**Fill in this information to identify the case:**

Debtor name    **Empire Solar Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)   **21-23636**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................   $   **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..........................................................................   $   **1,608,096.87**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................   $   **1,608,096.87**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $   **2,251,818.70**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $   **707,891.46**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................   +$   **16,935,487.92**

4. **Total liabilities** ...................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                $   **19,895,198.08**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Empire Solar Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   **21-23636**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Uinta Bank** | **Checking** | **1288** | **$26,759.53** |
| 3.2. | **Uinta Bank** | **Checking** | **2088** | **$5,000.00** |
| 3.3. | **Chase Bank** | **Checking** | **5910** | **$3,153.64** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                              **$34,913.17**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Mesa Ridge Business Park I** | **$3,605.12** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                          Case number *(If known)* **21-23636**
_____ Name

| | | |
|---|---|---|
| 7.2. | **York Palmdale Properties** | $6,900.00 |
| 7.3. | **Arka Miramar II, & others** | $4,932.00 |
| 7.4. | **Adobe Court** | $3,593.33 |
| 7.5. | **CI DEN I-GW, LLC** | $10,500.00 |
| 7.6. | **Mooney Longbranch II** | $3,500.00 |
| 7.7. | **AIM 786, LLC** | $3,000.00 |
| 7.8. | **Platinum Owner** | $7,000.00 |
| 7.9. | **SD&S/Elgin** | $4,178.42 |
| 7.10. | **Jay & Mike Investments** | $4,900.00 |
| 7.11. | **KCRM** | $2,734.90 |
| 7.12. | **Freeway Holdings** | $6,525.00 |
| 7.13. | **Speedway Commerce Center** | $28,000.00 |
| 7.14. | **Crescentville Partners** | $4,800.00 |
| 7.15. | **TPRF/TREP Acquisition 4** | $6,190.28 |

Official Form 206A/B               Schedule A/B Assets - Real and Personal Property                          page 2

Debtor **Empire Solar Group, LLC**                    Case number *(If known)* **21-23636**
_____Name_____

| 7.16. | **PCI Corp Pkwy** | **$5,360.92** |
|---|---|---|
| 7.17. | **Dr. Chet Gray (LMB)** | **$6,000.00** |
| 7.18. | **FJR Trading** | **$5,000.00** |
| 7.19. | **Experticity** | **$16,320.87** |
| 7.20. | **Utah Solar Group (D&J)** | **$7,786.18** |
| 7.21. | **Cref3 Felt Owner** | **$29,134.61** |

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

| 8.1. | **DocuSign** | **Unknown** |
|---|---|---|
| 8.2. | **Workers Comp** | **Unknown** |

9.   **Total of Part 2.**                                                      **$169,961.63**
     Add lines 7 through 8. Copy the total to line 81.

**Part 3:      Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**  - See Exhibit 1

| 11a. 90 days old or less: | **1,195,722.07** | - | **0.00** | = .... | **$1,195,722.07** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**                                                   **$1,195,722.07**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:      Investments**

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property                    page 3
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                    Case number *(If known)*  **21-23636**
                  Name

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Modules, inverters, racking, and generators.** | **7/31/21** | **$1,161,651.00** | **Average Cost** | **Unknown** |

23. **Total of Part 5.**                                                                                                                          **$0.00**

   Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor **Empire Solar Group, LLC**
Name

Case number *(If known)* **21-23636**

| | | | |
|---|---|---|---|
| **Leather lovesets and sofas, leather benches, tables, bar chairs and lunch table, reception style couches and chairs, and other miscellaneous office furniture.** | $463,102.86 | Liquidation | $100,000.00 |

| | | | | |
|---|---|---|---|---|
| 40. | **Office fixtures**<br>**Warehouse racking and other related items.** | $24,530.33 | Liquidation | $7,500.00 |

| | | | | |
|---|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**See Exhibit 2.** | $439,072.62 | Liquidation | $100,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$207,500.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **See Exhibit 3.** | $1,147,174.74 | Liquidation | Unknown |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

page 5

| Debtor | **Empire Solar Group, LLC** | Case number *(If known)* **21-23636** |
|---|---|---|
| | Name | |

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** <br> **Customer lists and other related lists.** | **Unknown** | **Liquidation** | **Unknown** |
| 64.   **Other intangibles, or intellectual property** <br> **https://www.empiresolargroup.com** | **Unknown** | **Unknown** | **Unknown** |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**                                                                                   **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                        Case number *(If known)* **21-23636**
          Name

|  | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**
     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

     **Potential causes of action against third parties**                                           **Unknown**

     Nature of claim
     Amount requested                                   **$0.00**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                                                          **$0.00**

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ■ No
     ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**
Name

Case number *(If known)*   **21-23636**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $34,913.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $169,961.63 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,195,722.07 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $207,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,608,096.87 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,608,096.87 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

# EXHIBIT 1

In re Empire Solar Group, LLC
Case No. 21-23636

Schedule B16 - Accounts receivable

| field_2 | field_2 | field_3 | current_value | Epiq id |
|---|---|---|---|---|
| | Face Amount | Doubtful or Uncollectible Accounts | Current Value of Debtor's Interest | |
| C00008 Jerry & Jessica Martinez - Uninsta | $2,090.00 | | | |
| C00009 Jean Noel | $1,068.24 | | | |
| C00015 Shannon Free | $816.00 | | | |
| C00016 Claudette Rivera | -$38,740.00 | | | |
| C00043 Tyler Sahr | $700.00 | | | |
| C00071 Jeffry Horton | $1,200.00 | | | |
| C00090 Jimmy Webb | $593.76 | | | |
| C00102 Paul Fenske | $444.50 | | | |
| C00103 Kevin Wells | $10,000.00 | | | |
| C00135 Min Kim Uninstall/Reinstall | $1,761.30 | | | |
| C00147 John Lamb | $12,865.76 | | | |
| C00155 Terry  Bagley | $2,470.00 | | | |
| C00182 Mark Miller | -$500.00 | | | |
| C00223 Linda White | $500.00 | | | |
| C00227 Mike Lloyd | $30,872.00 | | | |
| C00274 San Regis Apartments | $26,345.58 | | | |
| C00283 Robert McEwan | $14,899.50 | | | |
| C00292 Karen Leadens | $15,580.00 | | | |
| C00354 Emerald  Sharp | $5,429.65 | | | |
| C00358 Mark VanDresar | $10,489.25 | | | |
| C00400 Christopher Lehmann | $2,000.00 | | | |
| C00458 Mauna Hughes | $3,429.89 | | | |
| C00522 Jane Crain | $13,098.00 | | | |
| C00619 Jackson Chapman | $12,370.00 | | | |
| C00682 Bradley Davis | $18,300.00 | | | |
| C00686 Randy Ynchausti | $26,971.44 | | | |
| C00728 Hermenegildo Salgado Unit #2 | $10,472.50 | | | |
| C00729 Sully Salgado Unit #1 | $16,726.00 | | | |
| C00827 Chinese Church in Christ | $38,950.00 | | | |
| C00929 Tarek Mango | $13,446.68 | | | |
| C00958 Lisa Ridoutt | $17,000.00 | | | |
| C00994 Douglas Smith | $22,409.00 | | | |
| C01047 Norman Silva | $891.00 | | | |
| C01065 Rudy Lopez | $10,698.00 | | | |
| C01288 Jesus Policar | $11,401.00 | | | |
| C01294 Jesse England | $4,775.50 | | | |
| C01348 8bit Brewing Co. Tesla | $3,400.00 | | | |
| C01423 Ritu Gupta | $8,335.75 | | | |
| C01445 Daniel Castro | $2,000.00 | | | |
| C01540 Chris Rios | $1,980.00 | | | |
| C01640 Lioudmila Tachniazova | $7,828.75 | | | |
| C02023 Gabe Lindsay | $1,643.00 | | | |
| C02040 Rosa Montoya Sullivan | $4,006.77 | | | |
| C02224 Alan Garcia | $36.00 | | | |
| C02226 Blue Sky | $29,865.15 | | | |
| C02227 Bright Home Solar DBA FPM | $91,521.38 | | | |
| C02228 David Belek | $1,489.77 | | | |
| C02230 Edwin Rubio | $90.06 | | | |
| C02231 Eric Mott | $5,851.60 | | | |
| C02236 Jodi Bigler | $68.98 | | | |
| C02239 Martineau Eric | $700.03 | | | |
| C02244 Richard Mohammed | $1,489.77 | | | |
| C02248 Synaptic Solar | $10,380.00 | | | |
| C04200 Angelina Terlaje | $2,048.00 | | | |
| C04369 Ronny Ramirez | $990.00 | | | |
| C04537 Christopher Bess | $2,000.00 | | | |
| C04682 John Jackson | $2,000.00 | | | |
| C04764 Ricky Fernandez | $13,612.50 | | | |
| C05257 Hub Store | -$179.10 | | | |
| C05422 Nelwynn Holland | $20.00 | | | |
| C05483 John Chatmon | $717.00 | | | |
| C05682 Mark White | $10,414.75 | | | |
| C05690 David Rose | $17,441.58 | | | |
| C05760 Lauren Wilson | $1,715.74 | | | |
| C05837 Kristine Del Rio | -$1,000.00 | | | |
| C06659 Karen Hagan | -$8,199.50 | | | |
| C06689 Phillip Jacobson | $0.05 | | | |
| C07188 Jivan Hospitality 1 - Tesla | $51,315.00 | | | |
| C07203 Carolyn Hopson-Arnold & Frank A | $468.00 | | | |

In re Empire Solar Group, LLC
Case No. 21-23636

Schedule B16 - Accounts receivable

| | Face Amount | Doubtful or Uncollectible Accounts | Current Value of Debtor's Interest | |
|---|---|---|---|---|
| C07213 Mary Mosson | $10,609.00 | | | |
| C07226 Laura Makings | $11,502.30 | | | |
| C07436 Bonterra Sunrun Commercial | $167,353.60 | | | |
| C07438 Alex Popp | $10,225.00 | | | |
| C07440 Nader Janati-ataei & Sarah Short | $14,412.50 | | | |
| C07450 Kelly  Curtis | -$9,313.00 | | | |
| C07513 Tefera  Tesfaye | $1,000.00 | | | |
| C07538 Christine Mccormick | $0.00 | | | |
| C07612 Joan Fittery | $11,990.00 | | | |
| C07967 Theodore Erickson | $0.00 | | | |
| C08020 Jasmin Ibrahimagic | $25,372.00 | | | |
| C08178 George Heid | $6,100.00 | | | |
| C08343 Hopland Cooling Center | $28,600.00 | | | |
| C08344 Maria Arriaga | $8,391.25 | | | |
| C08435 Eleanore Frost - UNINSTALL ONLY | $17,160.00 | | | |
| C08453 Hopland Office | $27,500.00 | | | |
| C08454 Hopland Water Treatment | $26,000.00 | | | |
| C08506 Keith Meakins | $6,902.50 | | | |
| C08720 Christopher Glazener | $9,185.63 | | | |
| C09037 Kay Smith | $8,410.00 | | | |
| C09340 Eldon Nestle | $0.00 | | | |
| C09433 Steven Moore | $12,584.50 | | | |
| C09644 Arthur Waller | $9,041.00 | | | |
| C09660 Danoe Berrette | $4,069.80 | | | |
| C09663 Rafaela Rodriguez | $3,797.76 | | | |
| C09731 Pat Mitchell | $1,000.00 | | | |
| C09756 Bradley Getsfred | $12,850.00 | | | |
| C09907 Mark shell | $12,000.00 | | | |
| C09935 Mckinleyville Civil - Fischer | $16,349.00 | | | |
| C09936 Mckinleyville Civil North Bank | $17,349.00 | | | |
| C09950 Benoit East | $3,488.40 | | | |
| C09999 Brent  Johnson | $12,474.00 | | | |
| C10264 Raymon Grady | $1,000.00 | | | |
| C10327 Duane and Roberta Engstrom UN | $3,300.00 | | | |
| C10400 Patricia LaRose | $1,000.00 | | | |
| C10575 Joseph Pille | $1,000.00 | | | |
| C10699 John Garrison | $1,000.00 | | | |
| C10736 OMNIDIAN | $1,840.00 | | | |
| C10776 Deborah Johnson | $1,000.00 | | | |
| C10797 Robert Sherburn | $3,780.00 | | | |
| C10815 Jaryd Bernstein | $7,560.00 | | | |
| C10821 Martinez, Alfredo | $1,952.50 | | | |
| C10827 Boston, Cheryl | $2,147.75 | | | |
| C10834 Fullen, Jesse | $6,897.00 | | | |
| C10837 Phung, William | $2,538.25 | | | |
| C11018 Colson, Greg | $5,225.00 | | | |
| C11031 chavez, Albert | $2,464.00 | | | |
| C11043 Allen Hall | $3,622.50 | | | |
| C11048 Maurice Hoyt | $3,937.50 | | | |
| C11049 Janine Morrell | $5,512.50 | | | |
| C11077 Batiste, Walter | $3,709.75 | | | |
| C11078 Clark, Dan | $4,042.50 | | | |
| C11079 ONeal, Linda | $1,562.00 | | | |
| C11080 Arora, Vibin | $1,757.25 | | | |
| C11129 Martin, Serena D | $4,180.00 | | | |
| C11168 Gino Leon | $4,200.00 | | | |
| C11170 luis Chavez | $9,292.50 | | | |
| C11179 Charles Wenzler | $5,040.00 | | | |
| C11189 Jones, Roger | $4,620.00 | | | |
| C11190 Gilbert, Terry | $3,657.50 | | | |
| C11224 Baker, Norma | $3,514.50 | | | |
| C11225 Zimmerman, Andrew | $2,733.50 | | | |
| C11226 Rodriguez, Gissel | $1,562.00 | | | |
| C11227 Vanalstine, Donald | $2,640.00 | | | |
| C11228 Clark, Connie | $1,757.25 | | | |
| C11233 Escobar, Margarita | $1,952.50 | | | |
| C11293 Lising, Armando | $3,905.00 | | | |
| C11294 Yu, Jerry | $3,465.00 | | | |
| C11304 Sullivan, Richard | $3,124.00 | | | |
| C11312 Maddie Kreyer | $950.00 | | | |

In re Empire Solar Group, LLC
Case No. 21-23636
Schedule B16 - Accounts receivable

| | Face Amount | Doubtful or Uncollectible Accounts | Current Value of Debtor's Interest | |
|---|---|---|---|---|
| **TOTAL** | **$1,195,722.07** | | | |

# EXHIBIT 2

| Category | Model | Created | Lifetime | Serial number |
|---|---|---|---|---|
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370691 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370676 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370684 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370693 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370687 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370685 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370692 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370686 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370681 |
| Laptop | Lenovo IdeaPad S340-15IWL | 30-Aug-21 | 3 | MP1QNH2Q |
| Laptop | Surface Laptop 3 | 28-Jun-21 | 4 | 28936411557 |
| Laptop | Surface Laptop Go | 17-Jun-21 | 4 | 20578605066 |
| Laptop | Surface Laptop Go | 14-Jun-21 | 4 | 22222405066 |
| Laptop | Surface Laptop Go | 14-Jun-21 | 4 | 20156705066 |
| Laptop | Surface Laptop Go | 14-Jun-21 | 4 | 22865505066 |
| Laptop | Acer aspire | 11-Jun-21 | 3 | NXGP4AA002723080B53400 |
| Laptop | Surface Laptop Go | 10-Jun-21 | 4 | 3845104766 |
| Laptop | Surface Laptop Go | 13-May-21 | 4 | 21576705066 |
| Monitor | ASUS VA27EHE | 4-May-21 | | M1LMTF369407 |
| Monitor | ASUS VA27EHE | 4-May-21 | | M1LMTF369434 |
| Monitor | ASUS VA27EHE | 4-May-21 | | M1LMTF369426 |
| Monitor | ASUS VA27EHE | 4-May-21 | | M1LMTF369406 |
| Monitor | ASUS VA27EHE | 4-May-21 | | M1LMTF369419 |
| Monitor | ASUS VA27EHE | 4-May-21 | | M1LMTF369438 |
| Laptop Computer | Acer - N17Q3 | 3-May-21 | | NXGNVAA0168280F2F67600 |
| Laptop Computer | HP - 15-dy1751ms | 3-May-21 | | 5CD9421Q43 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 22207105066 |
| Laptop | Microsoft Surface Laptop 3 | 3-May-21 | | 18907304957 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 21200205066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | | 21018205066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 22132405066 |
| Laptop | Lenovo ThinkBook 14s-IWL | 3-May-21 | 3 | P2065RAC |
| Laptop | Microsoft Surface Laptop 3 | 3-May-21 | | 38131504957 |
| Laptop | MacBook Pro | 3-May-21 | | C02ZJ4CLLVDL |
| Laptop | MacBook Pro | 3-May-21 | | C02F702HMD6R |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | | 20922605066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 22266305066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 585304766 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 20542105066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 668104766 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | | 22462505066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 30540205066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | | 30179105066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | | 20070505066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | | 18800405066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 26729205066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | | 4213404766 |
| Laptop | Microsoft Surface Laptop 3 | 3-May-21 | 4 | 8066104657 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | | 4212504766 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 4143204766 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 760104766 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 4179704766 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 3210103866 |

| Category | Model | Created | Lifetime | Serial number |
|---|---|---|---|---|
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 3471604066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | | 16039204066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | | 4001204066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 3 | 3333204066 |
| Laptop | Acer Travelmate X3 | 3-May-21 | | NXVHJAA00585100DCF2600 |
| Laptop | Acer Travelmate X3 | 3-May-21 | 3 | NXVHJAA00585100E8B2600 |
| Laptop | Acer Travelmate X3 | 3-May-21 | 3 | NXVHJAA00585100E832600 |
| Laptop | Acer TravelMate X3 | 3-May-21 | 3 | NXVHJAA00585100E042600 |
| Laptop | Macbook Pro 16" | 3-May-21 | 4 | C02DJ3H8MD6M |
| Laptop | Dell Inspiron 15 5000 | 3-May-21 | | J1V2T33 |
| Laptop | Lenovo Ideapad 330-15IKB | 3-May-21 | | PF1HCR2W |
| Laptop | Acer Aspire | 3-May-21 | | NXGY3EG0188130F03F3400 |
| Laptop | Acer TravelMate X3 | 3-May-21 | 4 | NXVHJAA00585100E812600 |
| Laptop | Lenovo Thinkbook 14-IIL | 3-May-21 | | LR0DY3JF |
| Laptop | Lenovo Thinkbook 14-IIL | 3-May-21 | 3 | LR0DY40G |
| Laptop | Lenovo Thinkbook 14-IIL | 3-May-21 | | LR0DY40Z |
| Laptop | Lenovo Thinkbook 14-IIL | 3-May-21 | | LR0DY3XJ |
| Laptop | Lenovo Thinkbook 14-IIL | 3-May-21 | 3 | LR0DY3YC |
| Laptop | Dell Inspiron 15 5000 | 3-May-21 | | 88Y71V43 |
| Laptop | Dell Inspiron 15 5000 | 3-May-21 | 3 | 4JR1V43 |
| Laptop | Dell Inspiron 15 5000 | 3-May-21 | | G8D1V43 |
| Laptop | Dell Inspiron 15 5000 | 3-May-21 | | BSKSB53 |
| Laptop | Dell Inspiron 15 5000 | 3-May-21 | | 6XKSB53 |
| Laptop | Samsung Notebook | 3-May-21 | | 3ZFB9FAN807241K |
| Laptop | Samsung Notebook | 3-May-21 | 3 | 3ZFB9FAN807223X |
| Laptop | Samsung Notebook | 3-May-21 | 3 | 3ZFB9FAN805143M |
| Laptop | HP Envy X360 | 3-May-21 | | CND02116RB |
| Laptop | Samsung Notebook | 3-May-21 | | 3ZFB9FAN807267K |
| Laptop | Samsung Notebook | 3-May-21 | | 3ZFB9FAN805101H |
| Laptop | Samsung Notebook | 3-May-21 | | 3ZFB9FAN805236Z |
| Laptop | Samsung Notebook | 3-May-21 | | 3ZFB9FAN804750Y |
| Laptop | Samsung Notebook | 3-May-21 | | 3ZFB9FAN807160L |
| Laptop | Samsung Notebook | 3-May-21 | | 3ZFB9FAN807239M |
| Laptop | HP Envy X360 | 3-May-21 | | CND0227XR9 |
| Laptop | HP Envy X360 | 3-May-21 | | CND02115NF |
| Laptop | HP Envy X360 | 3-May-21 | | CND021184N |
| Laptop | HP Envy X360 | 3-May-21 | 3 | CND0227XS0 |
| Laptop | HP Envy X360 | 3-May-21 | | CND0247JZJ |
| Laptop | HP Envy X360 | 3-May-21 | | CND02115VY |
| Laptop | Lenovo Thinkpad - E15 | 3-May-21 | 3 | PF1W9KSM |
| Laptop | Lenovo Thinkpad - E15 | 3-May-21 | 3 | PF26H041 |
| Laptop | Dell Inspiron 14 | 3-May-21 | | 2PJQ003 |
| Laptop | HP Envy X360 | 3-May-21 | | CND02828JJ |
| Laptop | Lenovo Thinkbook 14s | 3-May-21 | | P2065R8J |
| Laptop | Lenovo Thinkbook 14s | 3-May-21 | | P2065RCN |
| Laptop | Lenovo Thinkbook 14s | 3-May-21 | | P2065QNZ |
| Laptop | Lenovo Thinkbook 14s | 3-May-21 | 3 | P2065R0H |
| Laptop | Lenovo Thinkbook 14s | 3-May-21 | | P2065QXR |
| Laptop | Lenovo Thinkbook 14s | 3-May-21 | | P2065QP7 |
| Laptop | Lenovo Thinkpad - E595 | 3-May-21 | | PF257AJB |
| Laptop | Lenovo Thinkpad - E595 | 3-May-21 | | PF256Z8C |
| Laptop | Lenovo Thinkpad - E595 | 3-May-21 | 3 | PF2569K0 |
| Laptop | Lenovo Thinkpad - E595 | 3-May-21 | | PF257HHG |

| Category | Model | Created | Lifetime | Serial number |
|---|---|---|---|---|
| Laptop | Lenovo Thinkpad - E595 | 3-May-21 | 4 | PF2560GJ |
| Laptop | Lenovo Thinkpad - E595 | 3-May-21 | 3 | PF25654H |
| Laptop | Lenovo Ideapad | 3-May-21 | | MP1MPAHQ |
| Laptop | Lenovo Thinkbook 14s | 3-May-21 | | P2065REM |
| Laptop | Lenovo Ideapad | 3-May-21 | | MP1QNH2Q |
| Laptop | Samsung Galaxy Book Flex a | 3-May-21 | | 1DPJ91CN502173 |
| Laptop | Lenovo Yoga | 3-May-21 | | PF2ACK1Z |
| Laptop | HP Envy X360 | 3-May-21 | | CND0227NTG |
| Laptop | HP Envy X360 | 3-May-21 | | CND0227MKS |
| Laptop | HP Envy X360 | 3-May-21 | | CND0214F9P |
| Laptop | HP Envy X360 | 3-May-21 | | CND0227NQ6 |
| Laptop | HP Envy X360 | 3-May-21 | | CND0227N18 |
| Laptop | HP Envy X360 | 3-May-21 | | CND0164C30 |
| Laptop | HP Envy X360 | 3-May-21 | | CND0180H0D |
| Laptop | Lenovo Thinkbook 13s | 3-May-21 | 3 | P206WHEE |
| Laptop | MacBook Pro | 3-May-21 | | C02D12W0MD6T |
| Laptop | Lenovo Thinkbook 13s | 3-May-21 | | P206WRK2 |
| Laptop | Asus Vivobook | 3-May-21 | | Asus Vivobook |
| Laptop | HP Envy X360 | 3-May-21 | 3 | CND0214H24 |
| Laptop | Acer Acpire 3 | 3-May-21 | | NXGNVAA02792305D6A7600 |
| Laptop | Acer Acpire 3 | 3-May-21 | | NXGNVAA02792305E2B7600 |
| Laptop | Dell Inspiron 3593 | 3-May-21 | | F7RRC33 |
| Laptop | Macbook Pro | 3-May-21 | | FVFXT6A9HV29 |
| Laptop | Lenovo Ideapad 330 | 3-May-21 | | PF15YFW3 |
| Laptop | Lenovo Ideapad S145 | 3-May-21 | 3 | PF1TMPNQ |
| Laptop | Lenovo Ideapad S145 | 3-May-21 | | PF1TKR54 |
| Laptop | Lenovo Ideapad L340 | 3-May-21 | | PF25Z9C1 |
| Laptop | Lenovo Ideapad L340 | 3-May-21 | | PF25YDH8 |
| Laptop | Lenovo Ideapad L340 | 3-May-21 | | PF25R3SH |
| Laptop | Lenovo Ideapad S145 | 3-May-21 | | PF2568K8 |
| Laptop | Lenovo IdeaPad S145 | 3-May-21 | | PF258NNF |
| Laptop | HP - 14-dk1003dx | 3-May-21 | | 5CG016B1FW |
| Laptop | HP - 14-cf0006dx | 3-May-21 | | 5CG9132DSX |
| Laptop | HP - 14-cf0006dx | 3-May-21 | | 5CG9131093 |
| Laptop | Lenovo Thinkbook 13s | 3-May-21 | | P206WGRW |
| Laptop | Lenovo - IdeaPad S145-15AST | 3-May-21 | | PF1CLDD9 |
| Laptop | HP - 14-cf0006dx | 3-May-21 | | 5CG91301QD |
| Laptop | Asus - C423N | 3-May-21 | | K6NXCV12A92626B |
| Laptop | Lenovo - 81H5 | 3-May-21 | | MP1LQ0ML |
| Laptop | Lenovo - 81H5 | 3-May-21 | | MP1JF5SW |
| Laptop | HP - 15-dy1731ms | 3-May-21 | | 5CD9384BDL |
| Laptop | HP - 14-dq1033cl | 3-May-21 | | 5CD941D75C |
| Laptop | Asus - Q526F | 3-May-21 | | 12MKBN0CV08Z032467 |
| Laptop | Acer - N16Q2 | 3-May-21 | | NXGRYAA0019100315D7600 |
| Laptop | Lenovo IdeaPad L340 | 3-May-21 | | PF260GX4 |
| Laptop | HP - 3168NGW | 3-May-21 | | CND7277L3X |
| Laptop | Dell Inspiron 3593 | 3-May-21 | | 993BX23 |
| Laptop | Chromebook- 81HY0001US | 3-May-21 | | P203J7ND |
| Laptop | Asus - Q406D | 3-May-21 | | 12MK6N0CX07Y68025D |
| Laptop | Asus - F510Q | 3-May-21 | | K6N0CX07P606258 |
| Desktop Computer | Acer - D17E5 | 3-May-21 | | 82401556396 |
| Desktop Computer | Acer - D17E5 | 3-May-21 | | DTBAPAA02182505BD79600 |
| Desktop Computer | Lenovo - D7U | 3-May-21 | | MJ81465 |

| Category | Model | Created | Lifetime | Serial number |
|---|---|---|---|---|
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC481905LV |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC4819067K |
| Laptop | Microsoft Laptop | 10-Jun-21 | 4 | 18995304957 |
| Laptop | Microsoft Surface Laptop 3 | 3-May-21 | 4 | 40421304957 |
| Laptop | Samsung Notebook | 3-May-21 | | |
| Laptop | Macbook Air | 3-May-21 | | C02ZC0P6LYWJ |
| Laptop | Asus F512D | 3-May-21 | | K8N0CV13U487350 |
| Access Point | UAP-SHD | 2-Sep-21 | 10 | 74:83:c2:4f:3a:ec |
| Access Point | UAP-SHD | 2-Sep-21 | 10 | 74:83:c2:4f:5e:5c |
| Access Point | UAP-SHD | 2-Sep-21 | 10 | 74:83:c2:4f:60:e0 |
| Access Point | UAP-SHD | 2-Sep-21 | 10 | fc:ec:da:79:84:d8 |
| Switch | 48 Port Switch | 2-Sep-21 | 10 | f4:92:bf:90:84:e4 |
| Switch | 48 Port Switch | 2-Sep-21 | 10 | f4:92:bf:90:83:d9 |
| Switch | 48 Port Switch | 2-Sep-21 | 10 | f4:92:bf:88:2c:02 |
| Switch | 16 Port Switch | 2-Sep-21 | 10 | 74:ac:b9:dd:36:20 |
| Firewall/router | Security Gateway | 2-Sep-21 | 10 | 74:ac:b9:49:69:e5 |
| Firewall/router | Security Gateway | 2-Sep-21 | 10 | e0:63:da:e3:55:ee |
| Access Point | U6-LR | 2-Sep-21 | 10 | 24:5a:4c:6b:99:33 |
| Access Point | U6-Lite | 2-Sep-21 | 10 | f4:92:bf:a1:e9:c8 |
| Access Point | U6-Lite | 2-Sep-21 | 10 | f4:92:bf:a1:f2:54 |
| Internet Controller | Ubiquity Cloud Key | 2-Sep-21 | 10 | |
| TV | Hisense Roku | 2-Sep-21 | 10 | 65G20088FH00114 |
| TV | Hisense Roku | 2-Sep-21 | 10 | 65G20088FH00115 |
| TV | Hisense Roku | 2-Sep-21 | 10 | 65G20088FH00225 |
| TV | TCL | 2-Sep-21 | 10 | 2004GTO001796A00022 |
| TV | Sceptre | 2-Sep-21 | 10 | M77N650BDUP088 |
| TV | Sceptre | 2-Sep-21 | 10 | M39N650BDH2954 |
| TV | Sceptre | 2-Sep-21 | 10 | U650CVUMRD8HJTV83AC |
| TV | Sceptre | 2-Sep-21 | 10 | M77N650BDUP090 |
| TV | Sceptre | 2-Sep-21 | 10 | M39N650BDH2950 |
| TV | Sceptre | 2-Sep-21 | 10 | M77N650BDUP292 |
| TV | Phillips | 2-Sep-21 | 10 | XA5A2034101783 |
| TV | Phillips | 2-Sep-21 | 10 | XA5A2036110835 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370679 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370689 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370678 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370673 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370677 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370680 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370682 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370674 |
| Monitor | VA27EHE | 2-Sep-21 | 10 | M1LMTF370672 |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N30DJ41V |
| Drone | DJI Mavic Air 2 Fly More Combo | 24-Aug-21 | 3 | 3N3BHAA0120423 |
| Drone | DJI Mavic Air 2 Fly More Combo | 24-Aug-21 | 3 | 3N3BH8K01203GZ |
| Tablet | Samsung Galaxy - SM-T291 | 24-Aug-21 | 3 | R52N30KXH4R |
| Tablet | Samsung Galaxy - SM-T291 | 24-Aug-21 | 3 | R52N30HS5DP |
| Laptop | Lenovo Thinkbook 13s | 24-Aug-21 | 3 | P206WPNQ |
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 3 | 8.91E+19 |
| Laptop | Lenovo Thinkbook 14 | 24-Aug-21 | 3 | P2065R8J |
| Drone | DJI Mavic Air | 24-Aug-21 | 3 | 3N3BH8K0120477 |
| Drone | DJI Mavic Air | 24-Aug-21 | 3 | 3N3BHAC01205MR |

| Category | Model | Created | Lifetime | Serial number |
|---|---|---|---|---|
| Laptop | Acer TravelMate X514-51 | 24-Aug-21 | 3 | NXVJ8AA001922036FD6600 |
| Laptop | Acer TravelMate X514-51 | 24-Aug-21 | 3 | NXVJ8AA001922038226600 |
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 3 | 8.91E+19 |
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 3 | 8.91E+19 |
| Laptop | Asus VivoBook | 24-Aug-21 | 3 | 12ML3N0CV02C52311B |
| Laptop | Dell - Inspiron 15 | 24-Aug-21 | 3 | GMZ2T33 |
| Laptop | Dell - Inspiron 15 | 24-Aug-21 | 3 | 5H30T33 |
| Camera | Nest Cam IQ | 24-Aug-21 | 3 | 17AA03AC491906X8 |
| Drone | DJI Mavic Air | 24-Aug-21 | 3 | 3N3BH7K00203QX |
| Tablet | Samsung Galaxy - SM-T292 | 24-Aug-21 | 3 | |
| Tablet | Samsung Galaxy - SM-T291 | 24-Aug-21 | 3 | R52N30FRTKT |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N30K1H5T |
| Drone | DJI Mavic Pro | 24-Aug-21 | 3 | 08QCFB3P124ZPX |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | |
| Tablet | Samsung Galaxy - SM-T580 | 24-Aug-21 | 3 | R52MB1GWJBB |
| Laptop | Asus - Q526F | 24-Aug-21 | 3 | 12MKBN0CV08Z032467 |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N30BCBPF |
| Drone | Mavic Air 2 | 24-Aug-21 | 3 | 3N3BH77012001M |
| Drone | Mavic Air 2 | 24-Aug-21 | 3 | 3N3BH7800203ST |
| Drone | Mavic Air 2 | 24-Aug-21 | 3 | 3N3BH8801205CG |
| Drone | Mavic Air 2 | 24-Aug-21 | 3 | 3N3BH7V01201EE |
| Laptop | Asus - GA502D | 24-Aug-21 | 3 | KBNRCV00J62145A |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N20FW1LE |
| Drone | DJI Mavic Pro | 24-Aug-21 | 3 | 08QCFAQP124TYW |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N3072BCL |
| Tablet | Samsung Galaxy - SM-T580 | 24-Aug-21 | 3 | R52MA0DMXBK |
| Laptop | Acer TravelMate X3 | 24-Aug-21 | 3 | NXVHJAA00585100E7A2600 |
| Drone | DJI Mavic Air 2 Fly More Combo | 24-Aug-21 | 3 | 3N3BHAC012066R |
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 3 | 8.91E+19 |
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 3 | 8.91E+19 |
| Drone | Mavic Air 2 | 24-Aug-21 | 3 | 3N3BH7K00205YY |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N307299M |
| Security Camera | Nest Cam IQ | 24-Aug-21 | 3 | 17AA03AC4819069J |
| Security Camera | Nest Cam IQ | 24-Aug-21 | 3 | 17AA03AC481906A8 |
| Security Camera | Nest Cam IQ | 24-Aug-21 | 3 | 17AA03AC491906X8 |
| Security Camera | Nest Cam IQ | 24-Aug-21 | 3 | 17AA03AC491905LK |
| Tablet | Samsung - SM-T580 | 24-Aug-21 | 3 | R52M80078MZ |
| Laptop | HP - 15-dy1731ms | 24-Aug-21 | 3 | 5CD9384BDL |
| Tablet | Samsung Galaxy Tab | 24-Aug-21 | 3 | 3.52E+14 |
| Drone | Mavic Air 2 (Fly More Combo) | 24-Aug-21 | 3 | 3N3BH8701202GB |
| Drone | Mavic Air 2 (Fly More Combo) | 24-Aug-21 | 3 | 3N3BH7M00200D6 |
| Drone | Mavic Pro | 24-Aug-21 | 3 | 08QCF9JP1245FG |
| Drone | Mavic Pro | 24-Aug-21 | 3 | 08Q3GBBP0SY011 |
| Tablet | Samsung Galaxy - SM-T307U | 24-Aug-21 | 3 | 8.91E+19 |
| Laptop | Acer Acpire 3 | 24-Aug-21 | 3 | NXGNVAA02792305E377600 |
| Laptop | Dell Inspiron 15 | 24-Aug-21 | 3 | D4ZZS33 |
| Drone | Mavic Pro | 24-Aug-21 | 3 | 08QCF87P123E7D |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N30HM4KB |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N307230P |
| Camera | Nest Cam IQ | 24-Aug-21 | 3 | 17AA03AC481905 |
| Camera | Nest Cam IQ | 24-Aug-21 | 3 | 17AA03AC481905MA |
| Camera | Nest Cam IQ | 24-Aug-21 | 3 | 17AA03AC481905LT |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | |

| Category | Model | Created | Lifetime | Serial number |
|---|---|---|---|---|
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 3 | 8.91E+19 |
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 3 | 8.91E+19 |
| Drone | DJI Mavic Air 2 Fly More Combo | 24-Aug-21 | 3 | 3N3BHAD012018C |
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 3 | 8.91E+19 |
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 3 | 8.91E+19 |
| Laptop | HP Envy X360 | 24-Aug-21 | 3 | CND021181B |
| Laptop | Asus - Q526F | 24-Aug-21 | 3 | 12MKBN0CV11A25047G |
| Tablet | Samsung Galaxy - SM-T291 | 24-Aug-21 | 3 | R52N30FANEK |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N3072HWT |
| Tablet | Samsung Galaxy - SM-T580 | 24-Aug-21 | 3 | R52MA0DMVMR |
| Laptop | Lenovo Thinkpad - E595 | 24-Aug-21 | 3 | PF256Z6S |
| Drone | DJI Mavic Air 2 Fly More Combo | 24-Aug-21 | 3 | 3N3BH8B012029J |
| Drone | DJI Mavic Air 2 Fly More Combo | 24-Aug-21 | 3 | 3N3BH8D01202MT |
| Laptop | Acer TravelMate X5 | 24-Aug-21 | 3 | NXVJ8AA001922036DF6600 |
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 3 | 8.91E+19 |
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 3 | 8.91E+19 |
| Laptop | Dell - Inspiron 15 | 24-Aug-21 | 3 | 9JP0T33 |
| Drone | DJI Mavic Air 2 | 24-Aug-21 | 3 | 3N3BH7K00200CT |
| Drone | DJI Mavic Pro | 24-Aug-21 | 3 | 08QCFAQP124TWD |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N3071GDE |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N30729FN |
| Laptop | HP 15-db0015dx | 24-Aug-21 | 3 | CND9195N27 |
| Tablet | Samsung Galaxy - SM-T580 | 24-Aug-21 | 3 | R52M900AGTJ |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R9WM9090QZJ |
| Drone | DJI Mavic Air 2 Fly More Combo | 24-Aug-21 | 3 | 3N3BHAC01204XY |
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 3 | 8.91E+19 |
| Tablet | Samsung Galaxy - SM-T291 | 24-Aug-21 | 3 | R52N20GXJBW |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N301H44QR |
| Drone | DJI Mavic Pro | 24-Aug-21 | 3 | 08QCFAQP124TVR |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N305YZ5V |
| Tablet | Samsung Galaxy - SM-T307U | 24-Aug-21 | 3 | 8.91E+19 |
| Drone | DJI Mavic Air 2 - Fly More Combo | 24-Aug-21 | 3 | 3N |
| Drone | DJI Mavic Air Pro 2 - Fly More Combo | 24-Aug-21 | 3 | 3N3BH8K01203EF |
| Drone | Mavic Pro 2 | 24-Aug-21 | 3 | 3N3BH8D01202PP |
| Drone | Mavic Air 2 | 24-Aug-21 | 3 | 3NNBH7K00204ZD |
| Mouse/Keyboard | Logitech MK270 | 24-Aug-21 | 3 | 2018SY0807F8 |
| Drone | Mavic Pro | 24-Aug-21 | 3 | 08QCFAGP124NFJ |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N30K0NMM |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N30DK45W |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N30728VR |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N3072BGJ |
| Laptop | HP - 14dk1003dx | 24-Aug-21 | 3 | 5CG016B384 |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC481905HF |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC481905NT |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC491905XB |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC491906AU |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC49190694 |
| Tablet | Samsung Galaxy tablet | 24-Aug-21 | 3 | R9WMC08ZBEJ |
| Laptop | HP | 24-Aug-21 | 3 | 5CD93611DT |
| Laptop | HP | 24-Aug-21 | 3 | 8CG0070VDL |
| Drone | DJI Mavic Air 2 - Fly More Combo | 24-Aug-21 | 3 | 3N3BHAD01207LY |
| Drone | DJI Mavic Air 2 - Fly More Combo | 24-Aug-21 | 3 | 3N3BH8D01202S4 |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC481905QR |

| Category | Model | Created | Lifetime | Serial number |
|---|---|---|---|---|
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC481905V9 |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC481905M4 |
| Laptop | Lenovo Thinkpad - E16 | 24-Aug-21 | 3 | PF1W9HWX |
| Tablet | Samsung Galaxy - SM-T291 | 24-Aug-21 | 3 | R52N30GR4GH |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N30K2EGK |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N30K1DLF |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N30K0YFE |
| Laptop | Lenovo - IdeaPad S145-15AST | 24-Aug-21 | 3 | PF1CJSJG |
| Laptop | HP - 14m-dh1003dx | 24-Aug-21 | 3 | 8CG0070VDL |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N30722MB |
| Laptop | HP - 6bt04ua#aba | 24-Aug-21 | 3 | 5CD9463F18 |
| TV Monitor | TCL - 50s421liaa | 24-Aug-21 | 3 | 1904gtc005136a00784 |
| Printer | Sharp - mx-265 | 24-Aug-21 | 3 | 9301950y00 |
| Printer | Epson - c442a | 24-Aug-21 | 3 | 462196855 |
| Laptop | HP - 7pa07ua#aba | 24-Aug-21 | 3 | 5CD93611D2 |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | |
| Monitor | HP - 32ma70hy | 24-Aug-21 | 3 | 712NTNH1A199 |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N30BCCVN |
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 3 | 8.91E+19 |
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 3 | 8.91E+19 |
| Drone | DJI Mavic Air 2 - Fly More Combo | 24-Aug-21 | 3 | 3N3BH8K01203EG |
| Tablet | Samsung Galaxy - SM-T291 | 24-Aug-21 | 3 | R52N20HMTAP |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N30GRHBT |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R52N30HKBRE |
| Mouse/Keyboard | Logitech MK345 | 24-Aug-21 | 3 | 2014CE099B49 |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N305XY0W |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R9WM9090PRJ |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC022000QW |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC022000A2 |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC0220007P |
| Laptop | HP Model 15 | 24-Aug-21 | 3 | 5CD9362K7T |
| Laptop | Lenovo Ideapad | 24-Aug-21 | 3 | MP1MLCC8 |
| Laptop | Acer TravelMate X3 | 24-Aug-21 | 3 | NXVHJAA00585100E0A2600 |
| Drone | Mavic Pro | 24-Aug-21 | 10 | 08QCF87P123E15 |
| Drone | Mavic Pro | 24-Aug-21 | 10 | 08QCF89P123F4R |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N30J1J7V |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N30DJ16Z |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N30EFVXW |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N307218F |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N30722QV |
| Monitor | Acer - V206WQL | 24-Aug-21 | 3 | 301056424 |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 3 | R9WMC08ZCQJ |
| Monitor | HP Monitor | 24-Aug-21 | 3 | CNC110RQRM |
| Laptop | HP - 15-dy1751ms | 24-Aug-21 | 3 | SCD9363BDL |
| Laptop | Lenovo IdeaPad L340-17API | 24-Aug-21 | 3 | PF25R3SH |
| Laptop | HP 15-dy1751ms | 24-Aug-21 | 3 | 5CD93669MX |
| Laptop | HP Envy X360 | 24-Aug-21 | 3 | CND021181K |
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 10 | 8.91E+19 |
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 10 | 8.91E+19 |
| Tablet | Samsung - SM-T307U | 24-Aug-21 | 10 | 8.91E+19 |
| Laptop | Acer N16Q2 | 24-Aug-21 | 3 | NXGRYAA0019100347B7600 |
| Laptop | HP Model 15 | 24-Aug-21 | 3 | CND9195F9G |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N30GR4QA |

| Category | Model | Created | Lifetime | Serial number |
|---|---|---|---|---|
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N30K22QM |
| Drone | Mavic Pro | 24-Aug-21 | 3 | 08QCF82P123BH7 |
| Laptop | Lenovo Thinkbook 14s | 24-Aug-21 | 3 | P2064Q7S |
| Tablet | Samsung Galaxy - SM-T292 | 24-Aug-21 | 10 | R52N30HLS4Z |
| Tablet | Samsung Galaxy - SM-T291 | 24-Aug-21 | 10 | R52N30GS69E |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N30GW4HA |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N30BCCVN |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N30BCBPF |
| Drone | Mavic Pro | 24-Aug-21 | 3 | 08QCF8TP123SSX |
| Laptop | Chromebook - 81HY0001US | 24-Aug-21 | 3 | P203HARU |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N305YDNT |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N20FTMPP |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N305Z2HH |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N3072V2Z |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N305XXYB |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N307240N |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC4919059X |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC4919062Z |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC491906BJ |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC4919018U |
| Security Camera | Nest Outdoor IQ | 24-Aug-21 | 3 | 17AA03AC491905YR |
| Tablet | Samsung Galaxy - SM-T293 | 24-Aug-21 | 10 | R52N30GR9AM |
| Tablet | Samsung Galaxy - SM-T292 | 24-Aug-21 | 10 | R52N30K0LCL |
| Tablet | Samsung Galaxy - SM-T291 | 24-Aug-21 | 10 | R52N30K0L6A |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N30HSAHV |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N30K2FMT |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N30K2FQW |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N30HSAWA |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N30K0WHK |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N302DRN |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | 10 | R52N3071J4P |
| Tablet | Samsung Galaxy - SM-T580 | 24-Aug-21 | 3 | R52MA0DLZQH |
| Drone | DJI Mavic Air 2 Fly More Combo | 24-Aug-21 | | 3N3BH880120318 |
| Laptop | Dell Inspiron 15 3593 | 24-Aug-21 | | GRP2T33 |
| Drone | DJI Mavic Air 2 | 24-Aug-21 | | 3N3BH7Q01200RU |
| Drone | DJI Mavic Air 2 | 24-Aug-21 | | 3N3BH7K00200CT |
| Tablet | Samsung Galaxy - SM-T291 | 24-Aug-21 | | R52N30HLV1R |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | | R52N30DK31V |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | | R52N30K0K6K |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | | R52N30K2F2T |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | | R52N30HSAZK |
| Tablet | Samsung Galaxy - SM-T290 | 24-Aug-21 | | R52N3072NNZ |
| Monitor | Asus VA27EHE | 16-Jul-21 | 8 | M1LMTF370688 |
| Laptop | Surface Laptop Go | 14-Jun-21 | 4 | 21210105066 |
| Laptop | Surface Laptop Go | 10-Jun-21 | 4 | 2708404066 |
| Laptop | Lenovo Thinkbook 14-IL | 9-Jun-21 | 3 | LR0DY3Z1 |
| Monitor | Asus VA27EHE | 7-Jun-21 | 10 | M1LMTF370737 |
| Laptop | Surface Go | 3-Jun-21 | 4 | 21148505066 |
| Monitor | Asus VA27EHE | 18-May-21 | | M1MTF369425 |
| Laptop | Acer | 14-May-21 | 3 | NXGP4AA002724002883400 |
| Monitor | VA27EHE | 4-May-21 | | M1LMTF369448 |
| Monitor | VA27EHE | 4-May-21 | | M1LMTF369429 |
| Monitor | VA27EHE | 4-May-21 | | M1LMTF369423 |

| Category | Model | Created | Lifetime | Serial number |
|---|---|---|---|---|
| Monitor | VA27EHE | 4-May-21 | | M1LMTF369424 |
| Monitor | VA27EHE | 4-May-21 | | M1LMTF369428 |
| Monitor | VA27EHE | 4-May-21 | | M1LMTF369422 |
| Monitor | VA27EHE | 4-May-21 | | M1LMTF369455 |
| Monitor | VA27EHE | 4-May-21 | | M1LMTF369433 |
| Monitor | VA27EHE | 4-May-21 | | M1LMTF369430 |
| Monitor | VA27EHE | 4-May-21 | | M1LMTF369427 |
| Monitor | VA27EHE | 4-May-21 | | M1LMTF369421 |
| Monitor | VA27EHE | 4-May-21 | | M1LMTF369444 |
| Monitor | ASUS VA27EHE | 4-May-21 | | M1LMTF369399 |
| Laptop | Lenovo Thinkbook 14s | 3-May-21 | 3 | P2066CWQ |
| Laptop | HP Envy x360 | 3-May-21 | 3 | CND02117ZQ |
| Laptop | Dell Inspiron 15 | 3-May-21 | 3 | J4B3T33 |
| Laptop | Lenovo Ideapad S145 | 3-May-21 | 3 | PF1TMPV3 |
| Laptop | Acer Acpire 3 | 3-May-21 | 3 | NXGNVAA02792305DD17600 |
| Laptop | HP Model 15 | 3-May-21 | 3 | 5CD030GYL6 |
| Laptop | Lenovo ThinkBook 13s | 3-May-21 | 3 | P206WPLQ |
| Laptop | Acer Acpire 3 | 3-May-21 | 3 | NXGNVAA02792305E247600 |
| Laptop | Dell Inspiron 15 | 3-May-21 | 3 | 88Y1V43 |
| Laptop | HP - 15-dy1731ms | 3-May-21 | 3 | 5CD9384BDG |
| Laptop | HP - 14-cf0006dx | 3-May-21 | 3 | 5CG91301QD |
| Laptop | Lenovo - 81H5 | 3-May-21 | 3 | MP1JGANY |
| Laptop | Acer TravelMate X5 | 3-May-21 | 3 | NXVJ8AA001922036C56600 |
| Laptop | Dell Laptop | 3-May-21 | 3 | 9424T33 |
| Laptop | Acer Aspire | 3-May-21 | 3 | NXGRYAA00191006F207600 |
| Laptop | Acer Aspire | 3-May-21 | 3 | NXGRYAA001910032DE7600 |
| Laptop | Lenovo Thinkbook 14-IIL | 3-May-21 | 3 | LR0DY3JK |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267959 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267940 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267954 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267955 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267960 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267951 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267945 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267961 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267956 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267948 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267949 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267958 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267953 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267944 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267946 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267962 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267947 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267950 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267957 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LBLMTF267943 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168685 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168697 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168698 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168699 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168688 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168694 |

| Category | Model | Created | Lifetime | Serial number |
|---|---|---|---|---|
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168700 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168701 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168704 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168702 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168708 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168625 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168696 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168695 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168703 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168692 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168706 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168693 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168724 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168721 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168718 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168046 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168707 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168714 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168049 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168705 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168055 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168713 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168709 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168093 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168715 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168018 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168028 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168008 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168016 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168025 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168017 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168010 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168024 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168004 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168021 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168012 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5XW2694 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5YB1503 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5YB1452 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5XW2702 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5YB1515 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5YB1514 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5YB1508 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5YB1507 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5YB1513 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5YB1504 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5XW2698 |
| Laptop | Dell - Inspiron 15 | 3-May-21 | 3 | 9424T33 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5YB1505 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM9330FCY |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5YB1453 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5XW2693 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5XW2736 |

| Category | Model | Created | Lifetime | Serial number |
|---|---|---|---|---|
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5XW2697 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5XW2701 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5XW2692 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5XW2691 |
| Monitor | Lenovo ThinkVision S27i | 3-May-21 | | V5XW2713 |
| Monitor | Lenovo Thinkvision S27i | 3-May-21 | | V5XW2704 |
| Monitor | Lenovo Thinkvision S27i | 3-May-21 | | V5YB1516 |
| Monitor | Lenovo Thinkvision S27i | 3-May-21 | | V5XW2680 |
| Monitor | Lenovo Thinkvision S27i | 3-May-21 | | V5XW2684 |
| Monitor | Lenovo Thinkvision S27i | 3-May-21 | | V5XW2678 |
| Monitor | Lenovo Thinkvision S27i | 3-May-21 | | V5XW2685 |
| Monitor | Lenovo Thinkvision S27i | 3-May-21 | | V5XW2686 |
| Monitor | Lenovo Thinkvision S27i | 3-May-21 | | V5XW2681 |
| Monitor | Lenovo Thinkvision S27i | 3-May-21 | | V5XW2683 |
| Monitor | Lenovo Thinkvision S27i | 3-May-21 | | V5XW2679 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTF01804 |
| Monitor | Lenovo Thinkvision S27i | 3-May-21 | | V5XW2682 |
| Monitor | Lenovo Thinkvision S27i | 3-May-21 | | V5XW2673 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTF010807 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTF010793 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTF010808 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTF010787 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTF010800 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTF010792 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTF010797 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTF010810 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTF010803 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTF010798 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTF010799 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTF010811 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTF010812 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTF010802 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTF010796 |
| Monitor | ASUS VA27EHE | 3-May-21 | | L4LMTG010805 |
| Laptop | Lenovo Ideapad Slim | 3-May-21 | | R90WSXZZ |
| Laptop | HP - 14-dq1033cl | 3-May-21 | | 5CD941D75C |
| Laptop | Acer Acpire 3 | 3-May-21 | | NXGNVAA0279221E8137600 |
| Laptop | HP - 14-dk1003dx | 3-May-21 | 3 | 5CG013812C |
| Laptop | Microsoft Surface Laptop 3 | 3-May-21 | 4 | 40132404957 |
| Laptop | HP - 15-dy1731ms | 3-May-21 | 3 | 5CD9386S6L |
| Laptop | Lenovo Ideapad | 3-May-21 | 3 | MP1MPAAZ |
| Laptop | HP - 14-dq1033cl | 3-May-21 | | 5CD941D3K7 |
| Tablet | IPad 8th Gen | 3-May-21 | | F6MF55J9Q1GC |
| Tablet | IPad 8th Gen | 3-May-21 | | F6MF57F5Q1GC |
| Tablet | Samsung Tab A (SM-T307U) | 3-May-21 | | 352250114935476 (IMEI) |
| Tablet | Samsung Galaxy - SM-T580 | 3-May-21 | | R52M9009ABL |
| Tablet | Samsung - SM-T580 | 3-May-21 | | R52M90086PM |
| SurfaceBook | Surface Book | 3-May-21 | | -12397654457 |
| Server | ILO - P02464-B21 | 3-May-21 | | 2M29420336 |
| Monitor | Viewsonic - VA2246MH-LED | 3-May-21 | | VqW194101041 |
| Monitor | Viewsonic - VA2246MH-LED | 3-May-21 | | V1W194100999 |
| Monitor | ViewSonic - VS15451 | 3-May-21 | | V1W194101023 |
| Monitor | Sceptre - J20 | 3-May-21 | | M19J205BTA1175 |

| Category | Model | Created | Lifetime | Serial number |
|---|---|---|---|---|
| Monitor | ViewSonic - VA2246mh-LED | 3-May-21 | | V1W194101040 |
| Monitor | ViewSonic - VS15451 | 3-May-21 | | V1W194101045 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM84511SH |
| Monitor | Viewsonic VA2252Sm | 3-May-21 | | VMT201401408 |
| Monitor | E-Machines - E202HQL | 3-May-21 | | 15101373443 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM84400SJ |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM7370614 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM7190V18 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8470S58 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM92007MQ |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8380J23 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8381K4N |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM92701TD |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8470S55 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM847258M |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM9172MYF |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM82402BS |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM9401F5F |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8470S5B |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM84724TN |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM84512HK |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM84512HN |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM7190THQ |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8451245 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM9172MTX |
| Monitor | Acer - K202HQL | 3-May-21 | | 92602110485 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM92701DX |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM9431RTD |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8470R3W |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM74018C0 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8490WQ3 |
| Monitor | HP - 22cwa | 3-May-21 | | 6M74912BQ |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8380J21 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8490XQ9 |
| Monitor | HP Monitor | 3-May-21 | | |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8470589 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM92008VQ |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM920083B |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM7370610 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM82402F5 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM7464GT6 |
| Monitor | Dell - P1913t | 3-May-21 | | CN-0PVGRC-74445-36K-AW8S |
| Monitor | HP - LA1951g | 3-May-21 | | CNC241PSCW |
| Monitor | Dell - P1913t | 3-May-21 | | CN-0PVGRC-74445-48B-D50L |
| Monitor | LG - 25UM58-P | 3-May-21 | | 906NTWG4P541 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM9330FCY |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM847258P |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM649`34D |
| Monitor | Dell - E22WFPc | 3-May-21 | | CN-0KU311-64180-835-264M |
| Monitor | Asus - VK248 | 3-May-21 | | GBLMQS110804 |
| Monitor | Dell - SE198WFPv | 3-May-21 | | CN-OUN492-73731-84H-AKLM |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM9172MS1 |
| Monitor | Dell Adjustable Monitor | 3-May-21 | | |

| Category | Model | Created | Lifetime | Serial number |
|---|---|---|---|---|
| Monitor | ViewSonic - VS15451 | 3-May-21 | | |
| Monitor | Acer - K202HQL | 3-May-21 | | 91803291985 |
| Monitor | Acer - K202HQL | 3-May-21 | | 91803292085 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM9420ZPM |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM9431RVC |
| Monitor | Acer - K202HQL | 3-May-21 | | 91803111785 |
| Monitor | Acer - K202HQL | 3-May-21 | | 91803111585 |
| Monitor | HP - HSTND-2771-Q | 3-May-21 | | CNK2050G5D |
| Monitor | HP Swivel - LA1951g | 3-May-21 | | CNC218QR06 |
| Monitor | HP Swivel - LA1951g | 3-May-21 | | CNC116RHQ7 |
| Monitor | AOC - TFT185W80PS | 3-May-21 | | DDQBAHA019247 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8380GQB |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM92007H9 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8490VVXN |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8490VVYR |
| Monitor | Acer - K202HQL | 3-May-21 | | MMT0CAA0029296053EE8519 |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8470RJN |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8470QNQ |
| Monitor | HP - 22cwa | 3-May-21 | | |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM84511SD |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM84725YF |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM8390345 |
| Monitor | HP VH240a | 3-May-21 | | 6CM0110WMN |
| Monitor | HP - 22cwa | 3-May-21 | | 6CM845125C |
| Monitor | LG - 27UL600 | 3-May-21 | | 911INKH6D317 |
| Laptop Computer | Acer - N16Q2 | 3-May-21 | | NXGRYAA001910033B47600 |
| Laptop Computer | Lenovo - 81N3001PUS | 3-May-21 | | PF1YYTND |
| Laptop Computer | Acer - N17C4 | 3-May-21 | | NXGY3EG0188130EFA03400 |
| Laptop Computer | Alienware - P31E | 3-May-21 | | B61BB8B5-605A-410B-92EE-E12B7E41C2AE |
| Laptop | Microsoft Surface Laptop 3 | 3-May-21 | | 18958404957 |
| Laptop | Microsoft Surface Laptop 3 | 3-May-21 | 4 | 19174604957 |
| Laptop | Surface Laptop Go | 3-May-21 | 4 | 18839605066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 22061305066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 30482405066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 811404766 |
| Laptop | Lenovo Thinkpad - 81SQ | 3-May-21 | 3 | MP1QGCVM |
| Laptop | Microsoft Surface Laptop 3 | 3-May-21 | 4 | 1625705057 |
| Laptop | Microsoft Surface Laptop 3 | 3-May-21 | 4 | 1848705057 |
| Laptop | Microsoft Surface Laptop 3 | 3-May-21 | 4 | 1416205057 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 20545505066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | | 20565305066 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 1053504766 |
| Laptop | Microsoft Surface Laptop 3 | 3-May-21 | 4 | 11466304657 |
| Monitor | ASUS VA27EHE | 3-May-21 | | LALMTF168634 |
| Laptop | Microsoft Surface Laptop Go | 3-May-21 | 4 | 15628604066 |
| Laptop | Acer TravelMate X3 | 3-May-21 | 3 | NXVHJAA00585100E002600 |
| Laptop | Acer Travelmate X3 | 3-May-21 | 3 | NXVHJAA00585100E172600 |
| Laptop | Dell Inspiron 15 3593 | 3-May-21 | 3 | HRSQC33 |
| Laptop | Acer TravelMate X3 | 3-May-21 | 4 | NXVHJAA00585100E642600 |
| Laptop | Acer TravelMate X3 | 3-May-21 | 3 | NXVHJAA00585100DCE2600 |
| Monitor | Lenovo Thinkvision S27i | 3-May-21 | | V5YB1506 |
| Laptop | Lenovo Thinkbook 14-IIL | 3-May-21 | 3 | LR0DY3VY |
| Laptop | Lenovo Thinkbook 14-IIL | 3-May-21 | 3 | LR0DY3ZR |

| Category | Model | Created | Lifetime | Serial number |
|---|---|---|---|---|
| Laptop | Macbook Pro | 3-May-21 | 4 | C02DC9XBML7H |
| Laptop | Surface Book | 3-May-21 | 4 | SN - 069684271554 |
| Laptop | HP 15 | 3-May-21 | 3 | CND9195CJ5 |
| Laptop | Lenovo Thinkpad - E15 | 3-May-21 | 4 | PF1W9LZC |
| Laptop | Lenovo Thinkbook 14s | 3-May-21 | 4 | P2064PVR |
| Laptop | Lenovo Thinkpad - E595 | 3-May-21 | 3 | PF256TNB |
| Laptop | Lenovo Thinkpad - E595 | 3-May-21 | 3 | PF2569MH |
| Laptop | Lenovo Ideapad | 3-May-21 | | MP1M5AZS |
| Laptop | HP Envy X360 | 3-May-21 | | CND0227PK2 |
| Laptop | HP Envy X360 | 3-May-21 | 3 | CND0164BZK |
| Laptop | Asus - Q406D | 3-May-21 | | 12MKCN0CX00A673496 |
| Desktop Computer | Cyberpowerpc - C SERIES | 3-May-21 | | MCYB5S1KWYNCY1164901154 |
| Desktop Computer | APC Tower | 3-May-21 | | |
| Desktop Computer | Dell Tower | 3-May-21 | | |
| Desktop Computer | Computer Tower | 3-May-21 | | 18958404957 |
| Desktop Computer | Acer - D17ES | 3-May-21 | | 83303521896 |
| Desktop Computer | Dell Tower | 3-May-21 | | |
| Desktop Computer | Acer - D17ES | 3-May-21 | | |
| Desktop Computer | Dell - DCCY1F | 3-May-21 | | DFC2JM1 |
| Desktop Computer | Acer - D17ES | 3-May-21 | | 82200782796 |
| Desktop Computer | B3G70VA | 3-May-21 | | MXL33720MY |
| Desktop Computer | DCCY | 3-May-21 | | G7PRBD1 |
| Desktop Computer | Dell - DCCY1F | 3-May-21 | | C1R6YQ1 |
| Desktop Computer | Dell - D09M | 3-May-21 | | W611N A01 JSD |
| Desktop Computer | Dell - DCCY1F | 3-May-21 | | FJ23GM1 |
| All-in-One | MSI Pro 24X | 3-May-21 | | MSAEC2K4S0102686 |
| Laptop | Microsoft Surface Laptop Go | 27-Apr-21 | 4 | 22086305066 |
| Laptop | Microsoft Surface Laptop Go | 27-Apr-21 | 4 | 3845104766 |
| Laptop | Surface Laptop 3 | 27-Apr-21 | 4 | 25220302057 |
| Laptop | Lenovo Legion | 10-Jun-21 | 3 | PF1GPPNA |
| Laptop | Acer Aspire | 9-Jun-21 | 3 | NXGS1AA00175002D423400 |
| Laptop | HP Model 15 | 9-Jun-21 | 3 | CND9195CVN |
| Laptop | HP Model 15 | 9-Jun-21 | 3 | 5CD95037ZQ |
| Laptop | Lenovo Thinkbook 13S-IWL | 9-Jun-21 | 3 | P206WPMV |
| Laptop | Acer Spin 1 | 3-May-21 | 2 | NXGRMAA0099260AD034S00 |
| Laptop Computer | HP - 15-dy1751ms | 3-May-21 | 3 | 5CD937BOQ |
| Laptop | Lenovo Thinkpad | 3-May-21 | 3 | PF1W7HMY |
| Laptop | HP Pavilion x360 | 3-May-21 | 3 | 5CD9234DXR |
| Laptop | Acer TravelMate X5 | 3-May-21 | 3 | NXVJ8AA001922036F16600 |
| Laptop | Acer TravelMate X3 | 3-May-21 | 3 | NXVHJAA00585100E752600 |
| Laptop | Asus F512D | 3-May-21 | 3 | K8N0CV132372359 |
| Laptop | Lenovo Thinkbook 14-IIL | 3-May-21 | 3 | LR0DY3VB |
| Laptop | Lenovo Thinkbook 14-IIL | 3-May-21 | 3 | LR0DY40L |
| Laptop | Lenovo Thinkbook 14-IIL | 3-May-21 | 3 | LR0DY3Y4 |
| Laptop | Lenovo Thinkbook 14-IIL | 3-May-21 | 3 | LR0DY3GQ |
| Laptop | Lenovo Thinkbook 14-IIL | 3-May-21 | 3 | LR0DY3M6 |
| Laptop | Lenovo Thinkbook 14-IIL | 3-May-21 | 3 | LR0DY3QF |
| Laptop | Dell Inspiron 15 5000 | 3-May-21 | 3 | FWK1V43 |
| Laptop | Dell Inspiron 15 5000 | 3-May-21 | 3 | 1CD1V43 |
| Laptop | Dell Inspiron 15 5000 | 3-May-21 | | HYKSB53 |
| Laptop | Dell Inspiron 15 5000 | 3-May-21 | 3 | DWKSB53 |
| Laptop | Dell Inspiron 15 5000 | 3-May-21 | 3 | HRKSB53 |
| Laptop | Samsung Notebook | 3-May-21 | 3 | 3ZFB9FAN807230H |

| Category | Model | Created | Lifetime | Serial number |
|---|---|---|---|---|
| Laptop | HP Envy X360 | 3-May-21 | 3 | CND0231PGR |
| Laptop | Samsung Notebook | 3-May-21 | 3 | 3ZFB9FAN805270L |
| Laptop | Samsung Notebook | 3-May-21 | 3 | 3ZFB9FAN807100Z |
| Laptop | HP Envy X360 | 3-May-21 | 3 | CND02115H7 |
| Laptop | HP Envy X360 | 3-May-21 | 3 | CND02115KL |
| Laptop | HP Envy X360 | 3-May-21 | 3 | CND0231Q8G |
| Laptop | Lenovo Thinkpad - E15 | 3-May-21 | 3 | PF1W9HEM |
| Laptop | Lenovo Thinkpad - E15 | 3-May-21 | 3 | PF1W8YZY |
| Laptop | Lenovo Thinkpad - E15 | 3-May-21 | | PF1W9L0M |
| Laptop | Lenovo Thinkpad - E15 | 3-May-21 | 3 | PF25QPD7 |
| Laptop | Lenovo Thinkpad - E15 | 3-May-21 | 3 | PF25YGHX |
| Laptop | Lenovo Thinkpad - E15 | 3-May-21 | 3 | PF26DMET |
| Laptop | Lenovo Thinkpad - E15 | 3-May-21 | 3 | PF1W9KZY |
| Laptop | Lenovo Thinkpad - E15 | 3-May-21 | 3 | PF1W9HWM |
| Laptop | HP Envy X360 | 3-May-21 | 3 | CND028285G |
| Laptop | HP Envy X360 | 3-May-21 | 3 | CND028291F |
| Laptop | Lenovo Thinkbook 14s | 3-May-21 | 3 | P2065R9K |
| Laptop | Lenovo Thinkbook 14s | 3-May-21 | 3 | P2065QQ3 |
| Laptop | Lenovo Thinkbook 14s | 3-May-21 | 3 | P2066CY1 |
| Laptop | Lenovo Thinkpad - E595 | 3-May-21 | 3 | PF257HG4 |
| Laptop | Lenovo Ideapad | 3-May-21 | 3 | MP1MP8Z2 |
| Laptop | Lenovo Ideapad | 3-May-21 | 3 | MP1QNVQG |
| Laptop | Lenovo Thinkbook 14s | 3-May-21 | 3 | P2065BJC |
| Laptop | HP Envy X360 | 3-May-21 | 3 | CND0214J10 |
| Laptop | HP Envy X360 | 3-May-21 | 3 | CND0180HVF |
| Laptop | HP Envy X360 | 3-May-21 | 3 | CND0164C22 |
| Laptop | Lenovo Thinkbook 13s | 3-May-21 | 3 | P206WPRQ |
| Laptop | HP Envy X360 | 3-May-21 | 3 | CND0214J0T |
| Laptop | Lenovo ThinkBook 13s | 3-May-21 | 3 | P206WRJX |
| Laptop | Dell - Inspiron 15 | 3-May-21 | 3 | 8PX5T33 |
| Laptop | MSI - Modern 15 A10RAS | 3-May-21 | 3 | K2004N0015281 |
| Laptop | HP - 14-dq1033cl | 3-May-21 | 3 | 5CD941C913 |
| Laptop | Asus - Q526F | 3-May-21 | 3 | KBN0CV03N90445 |

# EXHIBIT 3

| Rent/Own/Lease | Parent C | Branch | Year | Make | Model | Vehicle Type | Role/Purpose | Monthly payment |
|---|---|---|---|---|---|---|---|---|
| Empire Owned | ESG | CO Denver | 2008 | Chevrolet | SILVERADO | Pick up | LIQUIDATE | Paid off |
| Empire Owned | ESG | CO Denver | 2012 | Chevrolet | SILVERADO | Pick up | LIQUIDATE | Paid off |
| Empire Owned | ESG | NV | 2007 | Chevrolet | EXPRESS | Cargo van | Electrician | Paid off |
| Empire Owned | ESG | CO Denver | 2006 | Gmc | SAVANA | Cargo van | Electrician | Paid off |
| Empire Owned | ESG | CO Springs | 2010 | Gmc | SAVANA | Cargo van | Electrician | Paid off |
| Empire Owned | ESG | NV | 2008 | Gmc | SAVANA | Cargo van | Electrician | Paid off |
| Empire Owned | ESG | CENCAL | 2007 | Gmc | W3500 | Box truck | installs | Paid off |
| Empire Owned | ESG | NV | 2007 | Chevrolet | EXPRESS | Cargo van | Electrician | Paid off |
| Empire Owned | ESG | NV | 2013 | Nissan | NV200 | Small cargo | Site Survey | Paid off |
| Empire Owned | ESG | NV | 2007 | Gmc | W3500 | Box truck | installs | Paid off |
| Empire Owned | ESG | NV | 2015 | Chevrolet | CITY EXPRESS | Cargo van | Electrician | Paid off |
| Empire Owned | ESG | Midland TX | 2015 | Gmc | SAVANA | Cargo van | Electrician | Paid off |
| Empire Owned | ESG | FL TP | 2018 | Chevrolet | 4500/4500HD | Box truck | installs | $888.59 |
| Empire Owned | ESG | UT | 2019 | Chevrolet | EXPRESS 4500 | Box truck | Installs | $758.66 |
| Empire Owned | ESG | UT | 2018 | Gmc | SAVANA | Cargo van | Electrician | $507.04 |
| Empire Owned | ESG | FL TP | 2018 | Gmc | SAVANA | Cargo van | Electrician | $507.04 |
| Empire Owned | ESG | Commercial | 2018 | Gmc | SAVANA | Cargo van | Electrician | $491.43 |
| Empire Owned | ESG | NV | 2018 | Gmc | SAVANA | Cargo van | Electrician | $509.03 |
| Empire Owned | ESG | CO Denver | 2019 | Ford | TRANSIT CONNECT | Small cargo | Site Survey | $1,032.10 |
| Empire Owned | ESG | FL ORL | 2019 | Ford | TRANSIT CONNECT | Small cargo | Site Survey | $978.48 |
| Empire Owned | ESG | NV | 2019 | Ford | TRANSIT CONNECT | Small cargo | Site Survey | $1,034.78 |
| Empire Owned | ESG | NV | 2018 | Gmc | SAVANA | Cargo van | Electrician | $491.43 |
| Empire Owned | ESG | CENCAL | 2018 | Chevrolet | 4500/4500HD | Box truck | installs | $929.46 |
| Empire Owned | ESG | Midland TX | 2019 | Ford | TRANSIT CONNECT | Small cargo | Site Survey | $545.24 |
| Empire Owned | ESG | NORCAL | 2019 | Ford | TRANSIT CONNECT | Small cargo | Service Tech | $545.24 |
| Empire Owned | ESG | CENCAL | 2019 | Ford | TRANSIT CONNECT | Small cargo | Service Tech | $534.41 |
| Empire Owned | ESG | UT | 2018 | Chevrolet | EXPRESS | Cargo van | Electrician | |
| Empire Owned | ESG | Midland TX | 2018 | Chevrolet | EXPRESS | Cargo van | Electrician | |
| Empire Owned | ESG | SOCAL | 2018 | Chevrolet | EXPRESS | Cargo van | Electrician | $474.10 |
| Empire Owned | ESG | UT | 2014 | Ford | ECONOLINE | Box truck | Installs | Paid off |
| Empire Owned | ESG | CO Denver | 2019 | Chevrolet | 4500/4500HD | Box truck | installs | $977.97 |
| Empire Owned | ESG | HTX | 2019 | Nissan | NV200 | Small cargo | Service Tech | |
| Empire Owned | ESG | NORCAL | 2018 | Chevrolet | EXPRESS | Cargo van | Electrician | |
| Empire Owned | ESG | NORCAL | 2019 | Ford | TRANSIT CONNECT | Small cargo | Service Tech | : $464.86 |
| Empire Owned | ESG | SOCAL | 2019 | Ford | TRANSIT CONNECT | Small cargo | Service Tech | |
| Empire Owned | ESG | NV | 2018 | Chevrolet | 4500/4500HD | Box truck | installs | $839.36 |
| Empire Owned | ESG | SOCAL | 2019 | Chevrolet | 4500/4500HD | Box truck | installs | $984.64 |
| Empire Owned | ESG | SOCAL | 2020 | Chevrolet | Express 2500 | Cargo van | Electrician | Paid off |

| Rent/Own/Lease | Parent C | Branch | Year | Make | Model | Vehicle Type | Role/Purpose | Monthly payment |
|---|---|---|---|---|---|---|---|---|
| Empire Owned | ESG | SOCAL | 2021 | Chevrolet | Express 2500 | Cargo van | Electrician | Paid off |
| Empire Owned | ESG | AZ | 2020 | Chevrolet | Express 2500 | Cargo van | Electrician | Paid off |
| Empire Owned | ESG | NV | 2020 | Chevrolet | Express 2500 | Cargo van | Electrician | Paid off |
| Empire Owned | ESG | SOCAL | 2020 | Chevrolet | Express 2500 | Cargo van | Electrician | Paid off |
| Empire Owned | ESG | CO Denver | 2020 | Chevrolet | Express 2500 | Cargo van | Electircian | Paid off |
| Empire Owned | ESG | CO Denver | 2020 | Chevrolet | Express 2500 | Cargo van | Electircian | Paid off |
| Empire Owned | ESG | DFW | 2020 | Chevrolet | Express 2500 | Cargo van | Electrician | Paid off |
| Empire Owned | ESG | DFW | 2021 | Chevrolet | Express 2500 | Cargo van | Electrician | Paid off |
| Empire Owned | ESG | CENCAL | 2020 | Chevrolet | Express 2500 | Cargo van | Electrician | Paid off |

**Fill in this information to identify the case:**

Debtor name     **Empire Solar Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   **21-23636**

☐ Check if this is an
    amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

---

**2.1** | **Byline Financial Group**
Creditor's Name

**2801 Lakeside Drive, Suite 212**
**Deerfield, IL 60015**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**March 2021**
**Last 4 digits of account number**
**8501**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

| | Amount of claim | Value of collateral |
| --- | --- | --- |
| **Describe debtor's property that is subject to a lien**<br>**9 clark S25 Forklifts** | **Unknown** | **Unknown** |

**Describe the lien**
**Collateralized Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** | **Codale Electric Supply, Inc.**
Creditor's Name

**5225 West 2400 South**
**Salt Lake City, UT 84120**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**July 2021**
**Last 4 digits of account number**
**3243**

**Do multiple creditors have an interest in the same property?**

| | Amount of claim | Value of collateral |
| --- | --- | --- |
| **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Consolidated Electrical Distributors** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**15230 North 75th St., Suite 2020**
**Scottsdale, AZ 85260**
Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**June 2020**
**Last 4 digits of account number**
**5146**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Crawford Electric Supply Co.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**7390 Northcourt Road**
**Houston, TX 77040**
Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 2021**
**Last 4 digits of account number**
**3250**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **CT Corporation System** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**330 North Brand Blvd.**
**Suite 700**
**Glendale, CA 91203**
Creditor's mailing address

**Describe the lien**
**Security Agreement**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                    Case number (if known)   **21-23636**
         Name

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**September 2020**

**Last 4 digits of account number**

**2412**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Durham Commercial Capital Corp.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|-----|------|------|------|------|

Creditor's Name

**101 Sullys Trail, Bldg. 20
Pittsford, NY 14534**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**September 2018**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1823**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Gambit, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|-----|------|------|------|------|

Creditor's Name

**235 Washakie Drive
Evanston, WY 82930**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**November 2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**0546**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**2.8** | **Independent Electric Supply, Inc.**
Creditor's Name

**2001 Marina Blvd.**
**San Leandro, CA 94577**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**July 2021**
**Last 4 digits of account number**
**3267**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                     **Unknown**      **Unknown**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.9** | **Onesource Distributors, LLC**
Creditor's Name

**3951 Oceanic Drive**
**Oceanside, CA 92056**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**July 2021**
**Last 4 digits of account number**
**1530**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**                     **Unknown**      **Unknown**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10** | **QED Inc., d.b.a. Quality Electric**
Creditor's Name

**1661 West 3rd Ave.**
**Denver, CO 80233**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**                     **Unknown**      **Unknown**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

**July 2021**
**Last 4 digits of account number**
**3274**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | **Suntuity Solar, LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**2137 NJ-35**
**Holmdel, NJ 07733**
Creditor's mailing address

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No

Creditor's email address, if known

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 2021**
**Last 4 digits of account number**
**8690**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.12 | **Uinta Bank** | **Describe debtor's property that is subject to a lien** | **$2,000,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **Line of Credit** | | |

**140 Yellowcreek Drive**
**Evanston, WY 82930**
Creditor's mailing address

**Describe the lien**
**Collateralized Loan**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No

Creditor's email address, if known

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**February 2018**
**Last 4 digits of account number**
**1840**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.13 | **Uinta Bank** | **Describe debtor's property that is subject to a lien** | **$251,818.70** | **Unknown** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

**Loan**

**140 Yellowcreek Drive**
**Evanston, WY 82930**

Creditor's mailing address

**Describe the lien**

**Collateralized Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**March 2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1837**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.14 | **Viking Electric Supply, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**451 Industrial Boulevard NE**
**Minneapolis, MN 55413**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**July 2021**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**3298**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.15 | **Wesco Distribution, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**3425 East Van Buren Street**
**Phoenix, AZ 85008**

Creditor's mailing address

**Describe the lien**

**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

**June 2019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1942**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
_____Name_____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.16 | **World Electric Supply, Inc.** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**569 Stuary Lane
Jacksonville, FL 32254**
Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**July 2021**
**Last 4 digits of account number**
**3304**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$2,251,818.70** |

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Cohne Kinghorn
c/o Matthew Boley
111 East Broadway, Suite 1100
Salt Lake City, UT 84111** | Line **2.11** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Empire Solar Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **21-23636**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,293.50** | **$1,293.50** |
| --- | --- | --- | --- | --- |

**Aether, Kristofer**
**30 El Paso Blvd #3**
**MANITOU SPRINGS, CO 80829**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,294.25** | **$1,294.25** |
| --- | --- | --- | --- | --- |

**Aether, Kristofer**
**30 El Paso Blvd #3**
**MANITOU SPRINGS, CO 80829**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,293.17** | **$1,293.17** |
|---|---|---|---|---|

**Aguilar Rojas, Jaime**
**166 Birchwood Rd**
**Carentersville, IL 60110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,406.92** | **$1,406.92** |
|---|---|---|---|---|

**Aguilar Rojas, Jaime**
**166 Birchwood Rd**
**Carentersville, IL 60110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Aguilar, Edgar**
**4960 Rita Dr**
**Las Vegas, NV 89121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Aldama, Alexandra**
**1058 N Bradford Ave**
**Apt 1**
**Placentia, CA 92870**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,834.42 | $1,834.42 |

**Andrues, Claire M**
**1275 E Emerson Ave**
**Salt Lake City, UT 84105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,834.42 | $1,834.42 |

**Andrues, Claire M**
**1275 E Emerson Ave**
**Salt Lake City, UT 84105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,174.81 | $1,174.81 |

**Aniban Jr, Peter**
**1225 O Avenue**
**National City, CA 91950**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,164.31 | $1,164.31 |

**Aniban Jr, Peter**
**1225 O Avenue**
**National City, CA 91950**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $818.75 | $818.75 |
|---|---|---|---|---|

**Arce Peralta, Gabriel**
**3488 E St.**
**San Diego, CA 92102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**Arce Peralta, Gabriel**
**3488 E St.**
**San Diego, CA 92102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $880.00 | $880.00 |
|---|---|---|---|---|

**Arenivas, Cesar E**
**4960 Rita Dr**
**Las Vegas, NV 89121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $910.00 | $910.00 |
|---|---|---|---|---|

**Arenivas, Cesar E**
**4960 Rita Dr**
**Las Vegas, NV 89121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.15** | Priority creditor's name and mailing address
**Armas, Misael**
**860 e brown road**
**Mesa, AZ 85203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,607.00**  **$2,607.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address
**Armas, Misael**
**860 e brown road**
**Mesa, AZ 85203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,604.63**  **$1,604.63**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address
**Arthur, Sierra K**
**4516 Riptide Ct**
**Fort Worth, TX 76135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,137.26**  **$1,137.26**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address
**Arthur, Sierra K**
**4516 Riptide Ct**
**Fort Worth, TX 76135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,096.15**  **$1,096.15**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.19** Priority creditor's name and mailing address
**Asdrubal, Mujica**
**6123 metrowest blv, unid 113**
**Orlando, FL 32835**

As of the petition filing date, the claim is:   **$1,818.00**   **$1,818.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.20** Priority creditor's name and mailing address
**Asdrubal, Mujica**
**6123 metrowest blv, unid 113**
**Orlando, FL 32835**

As of the petition filing date, the claim is:   **$1,470.00**   **$1,470.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.21** Priority creditor's name and mailing address
**Avila, Jefferson**
**1234 17TH street north**
**Saint Petersburg, FL 33713**

As of the petition filing date, the claim is:   **$1,280.00**   **$1,280.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address
**Avila, Jefferson**
**1234 17TH street north**
**Saint Petersburg, FL 33713**

As of the petition filing date, the claim is:   **$1,340.00**   **$1,340.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | $1,250.00 |
|---|---|---|---|---|

**Baer, Michael**
**122 C Street E #2**
**Salt Lake City, UT 84103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | $1,250.00 |
|---|---|---|---|---|

**Baer, Michael**
**122 C Street E #2**
**Salt Lake City, UT 84103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $895.50 | $895.50 |
|---|---|---|---|---|

**Baeza, Juan**
**7131 w 21 st**
**Odessa, TX 79763**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,077.50 | $1,077.50 |
|---|---|---|---|---|

**Baeza, Juan**
**7131 w 21 st**
**Odessa, TX 79763**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.27** Priority creditor's name and mailing address
**Banuelos, Joseph G**
**2112 Royal Caribbean Ave.**
**North Las Vegas, NV 89031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$773.72    $773.72

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.28** Priority creditor's name and mailing address
**Banuelos, Joseph G**
**2112 Royal Caribbean Ave.**
**North Las Vegas, NV 89031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$897.07    $897.07

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.29** Priority creditor's name and mailing address
**Bargas, Danny**
**10060 Katy Frwy**
**Houston, TX 77055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,416.26    $1,416.26

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.30** Priority creditor's name and mailing address
**Bargas, Danny**
**10060 Katy Frwy**
**Houston, TX 77055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,056.25    $2,056.25

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,307.69 | $2,307.69 |
|---|---|---|---|---|

**Barger, Travis**
**238 Caleb Dr**
**North Salt Lake, UT 84054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,307.69 | $2,307.69 |
|---|---|---|---|---|

**Barger, Travis**
**238 Caleb Dr**
**North Salt Lake, UT 84054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,730.77 | $1,730.77 |
|---|---|---|---|---|

**Baucom, Bryan Edward**
**2657 S. Chadwick St**
**Salt Lake City, UT 84106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,730.77 | $1,730.77 |
|---|---|---|---|---|

**Baucom, Bryan Edward**
**2657 S. Chadwick St**
**Salt Lake City, UT 84106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

**2.35** Priority creditor's name and mailing address
**Baxter, Zachary Delbert**
**396 S 390 W**
**AMERICAN FORK, UT 84003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,442.31    $1,442.31

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.36** Priority creditor's name and mailing address
**Baxter, Zachary Delbert**
**396 S 390 W**
**AMERICAN FORK, UT 84003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,442.31    $1,442.31

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.37** Priority creditor's name and mailing address
**Beard, Max**
**19564 Saint Andrews Way**
**Apple Valley, CA 92308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$910.88    $910.88

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.38** Priority creditor's name and mailing address
**Beard, Max**
**19564 Saint Andrews Way**
**Apple Valley, CA 92308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$950.26    $950.26

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Bernardo, Deborah Kay**
**1637 OAKRIDGE PARK DR**
**Farmington, UT 84025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $816.00 | $816.00 |
|---|---|---|---|---|

**Bertsch, Matthew**
**7527 14th Ave S**
**Minneapolis, MN 55423**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $642.00 | $642.00 |
|---|---|---|---|---|

**Bertsch, Matthew**
**7527 14th Ave S**
**Minneapolis, MN 55423**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.08 | $1,923.08 |
|---|---|---|---|---|

**Bestgen, Cole T**
**122 C Street**
**Unit #2**
**Salt Lake City, UT 84103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,953.08** | **$1,953.08** |
|---|---|---|---|---|

**Bestgen, Cole T**
**122 C Street**
**Unit #2**
**Salt Lake City, UT 84103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,250.00** | **$1,250.00** |
|---|---|---|---|---|

**Birch, Derek**
**420 W 2450 N**
**Lehi, UT 84043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,250.00** | **$1,250.00** |
|---|---|---|---|---|

**Birch, Derek**
**420 W 2450 N**
**Lehi, UT 84043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,586.08** | **$1,586.08** |
|---|---|---|---|---|

**Booker, Nicholas D**
**1459 Detroit st apt 206**
**Denver, CO 80206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,587.15 | $1,587.15 |

**Booker, Nicholas D**
**1459 Detroit st apt 206**
**Denver, CO 80206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | $1,250.00 |

**Britt, Scott M**
**673 Emery St W**
**Salt Lake City, UT 84104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,280.00 | $1,280.00 |

**Britt, Scott M**
**673 Emery St W**
**Salt Lake City, UT 84104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $858.33 | $858.33 |

**Britt, Scott M**
**673 Emery St W**
**Salt Lake City, UT 84104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,307.69 | $2,307.69 |
|---|---|---|---|---|

**Buchmiller, Abigail**
**1698 W 600 N**
**Farminton, UT 84025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,337.69 | $2,337.69 |
|---|---|---|---|---|

**Buchmiller, Abigail**
**1698 W 600 N**
**Farminton, UT 84025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $737.00 | $737.00 |
|---|---|---|---|---|

**Buchmiller, Ronda L**
**9 W. Spring Creek Pkwy**
**Providence, UT 84332**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $693.00 | $693.00 |
|---|---|---|---|---|

**Buchmiller, Ronda L**
**9 W. Spring Creek Pkwy**
**Providence, UT 84332**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,728.00 | $1,728.00 |

**Butler, William A**
**6748 Bigford St**
**Spring Valley, CA 91977**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,410.00 | $1,410.00 |

**Butler, William A**
**6748 Bigford St**
**Spring Valley, CA 91977**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,040.00 | $1,040.00 |

**Caldwell, James C**
**273 S 400 E**
**Salt Lake City, UT 84111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,033.50 | $1,033.50 |

**Caldwell, James C**
**273 S 400 E**
**Salt Lake City, UT 84111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,057.69 | $1,057.69 |
|---|---|---|---|---|

**Carcamo, Ana C**
**417 Greenbrook**
**Las Vegas, NV 89110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,087.69 | $1,087.69 |
|---|---|---|---|---|

**Carcamo, Ana C**
**417 Greenbrook**
**Las Vegas, NV 89110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $948.82 | $948.82 |
|---|---|---|---|---|

**Cardenas Miranda, Jisel**
**196 east le Banke Avenue**
**Salt lake, UT 84115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $558.13 | $558.13 |
|---|---|---|---|---|

**Cardenas Miranda, Jisel**
**196 east le Banke Avenue**
**Salt lake, UT 84115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,424.23** | **$1,424.23** |
|---|---|---|---|---|

**Carrasquel, Emilie A**
**1440 W Ramola St**
**Kaysville, UT 84037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,424.23** | **$1,424.23** |
|---|---|---|---|---|

**Carrasquel, Emilie A**
**1440 W Ramola St**
**Kaysville, UT 84037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$576.00** | **$576.00** |
|---|---|---|---|---|

**Carrillo, Lance**
**1009 Fairview Avenue Apt J**
**Arcadia, CA 91007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$720.00** | **$720.00** |
|---|---|---|---|---|

**Carrillo, Lance**
**1009 Fairview Avenue Apt J**
**Arcadia, CA 91007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.67** Priority creditor's name and mailing address
**Carrillo, Osiel**
**10143 E Ave S-10**
**Littlerock, CA 93543**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,328.00   $1,328.00

---

**2.68** Priority creditor's name and mailing address
**Carrillo, Osiel**
**10143 E Ave S-10**
**Littlerock, CA 93543**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$1,690.00   $1,690.00

---

**2.69** Priority creditor's name and mailing address
**Carrillo, Osiel**
**10143 E Ave S-10**
**Littlerock, CA 93543**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$20.16   $20.16

---

**2.70** Priority creditor's name and mailing address
**Carrillo, Osiel**
**10143 E Ave S-10**
**Littlerock, CA 93543**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

$127.22   $127.22

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$738.31** | **$738.31** |
|---|---|---|---|---|

**Carter, Robert William**
**16085 Rimrock Rd.**
**Apple Valley, CA 92307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$922.31** | **$922.31** |
|---|---|---|---|---|

**Carter, Robert William**
**16085 Rimrock Rd.**
**Apple Valley, CA 92307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,323.00** | **$1,323.00** |
|---|---|---|---|---|

**Castaneda, Alejandro**
**1130 Camino Ternura**
**San Diego, CA 92154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,026.00** | **$1,026.00** |
|---|---|---|---|---|

**Castaneda, Alejandro**
**1130 Camino Ternura**
**San Diego, CA 92154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$837.00** | **$837.00** |
|---|---|---|---|---|

**Castaneda, Francisco Javier**
**1454 Princess Manor Court**
**Chula Vista, CA 91911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$441.00** | **$441.00** |
|---|---|---|---|---|

**Castaneda, Francisco Javier**
**1454 Princess Manor Court**
**Chula Vista, CA 91911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$865.38** | **$865.38** |
|---|---|---|---|---|

**Cave, Carie L**
**6231 Wall Street**
**Kansas City, MO 64151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$895.38** | **$895.38** |
|---|---|---|---|---|

**Cave, Carie L**
**6231 Wall Street**
**Kansas City, MO 64151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|--------|------|---|---|---|
| | Name | | | |

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$800.00** | **$800.00** |

**Celis, Juan**
**505 S Corcoran Ave**
**Apt 36**
**Avenal, CA 93204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$750.00** | **$750.00** |

**Celis, Juan**
**505 S Corcoran Ave**
**Apt 36**
**Avenal, CA 93204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Chandler, Gavin I**
**40656 Champion Way**
**Palmdale, CA 93551**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,736.00** | **$1,736.00** |

**Chavez, Jesus**
**37832 53rd st E**
**Palmdale, CA 93552**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,900.50** | **$1,900.50** |
|---|---|---|---|---|

**Chavez, Jesus**
**37832 53rd st E**
**Palmdale, CA 93552**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Christensen, Brittany R**
**3375 W. 7800 S. APT 1416**
**West Jordan, UT 84088**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,444.08** | **$1,444.08** |
|---|---|---|---|---|

**Chytraus, Matthew A**
**62 East Burton Lane**
**Kaysville, UT 84037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$489.69** | **$489.69** |
|---|---|---|---|---|

**Chytraus, Matthew A**
**62 East Burton Lane**
**Kaysville, UT 84037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.87** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,153.85** | **$1,153.85**

**Clark, Makenna**
**11773 S District View Drive**
**South Jordan, UT 84095**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.88** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,153.85** | **$1,153.85**

**Clark, Makenna**
**11773 S District View Drive**
**South Jordan, UT 84095**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.89** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$528.00** | **$528.00**

**Coates, Jacob**
**2901 vistas dr. #409**
**Fort Worth, TX 76135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.90** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,136.25** | **$1,136.25**

**Contreras, Carlos**
**513 canal st apt 43**
**Calexico, CA 92231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $886.50 | $886.50 |
|---|---|---|---|---|

**Contreras, Carlos**
**513 canal st apt 43**
**Calexico, CA 92231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $892.50 | $892.50 |
|---|---|---|---|---|

**Corl, Richard**
**1019 Haskell Ave**
**Kansas City, MO 66104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,132.50 | $1,132.50 |
|---|---|---|---|---|

**Corl, Richard**
**1019 Haskell Ave**
**Kansas City, MO 66104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $760.00 | $760.00 |
|---|---|---|---|---|

**Cornejo Martinez, Abraham**
**1822 Stanford St.**
**North Las Vegas, NV 89030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

**2.95** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$760.00** | **$760.00**

**Cornejo Martinez, Abraham**
**1822 Stanford St.**
**North Las Vegas, NV 89030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.96** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$1,000.00**

**Cortes Garcia, Maria**
**6158 S Azure Meadow Dr**
**Taylorsville, UT 84129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.97** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$1,000.00**

**Cortes Garcia, Maria**
**6158 S Azure Meadow Dr**
**Taylorsville, UT 84129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.98** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$739.38** | **$739.38**

**Cortes, Alexis**
**4896 S Highland Circle Apt 10**
**Salt Lake City, UT 84117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

**2.99** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$700.00** | **$700.00**

**Cortes, Alexis**
**4896 S Highland Circle Apt 10**
**Salt Lake City, UT 84117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.100** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$684.38** | **$684.38**

**Covert, Cory Allen**
**4315 Village Spring Street**
**Las Vegas, NV 89147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.101** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$740.63** | **$740.63**

**Covert, Cory Allen**
**4315 Village Spring Street**
**Las Vegas, NV 89147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.102** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$840.00** | **$840.00**

**Craig, Linsey Katy**
**2561 W 1550 N**
**Clearfield, UT 84015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
| --- | --- | --- | --- |
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $840.00 | $840.00 |
| --- | --- | --- | --- | --- |

Priority creditor's name and mailing address
**Craig, Linsey Katy
2561 W 1550 N
Clearfield, UT 84015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Culver, Drake DeWayne
3727 Southwest Trafficway Apt. 12
Kansas City, MO 64111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Culver, Drake DeWayne
3727 Southwest Trafficway Apt. 12
Kansas City, MO 64111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $760.00 | $760.00 |
| --- | --- | --- | --- | --- |

**Dansie, Quinn B
170 s Pleasant Grove BLVD
4305
Pleasant Grove, UT 84062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.107** | Priority creditor's name and mailing address
**Dansie, Quinn B**
**170 s Pleasant Grove BLVD**
**4305**
**Pleasant Grove, UT 84062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$767.13**     **$767.13**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.108** | Priority creditor's name and mailing address
**De La Cruz, Kylie D**
**1355 N. Redwood Rd.**
**Apt 13**
**Salt Lake City, UT 84116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.109** | Priority creditor's name and mailing address
**De La Torre Sierra, Cesar R**
**1130 Camino Ternura**
**San Diego, CA 92154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,470.00**     **$1,470.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.110** | Priority creditor's name and mailing address
**De La Torre Sierra, Cesar R**
**1130 Camino Ternura**
**San Diego, CA 92154**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,169.00**     **$1,169.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,057.67 | $1,057.67 |
|---|---|---|---|---|

**De Leon Ibarra, Carlos A**
**3408 Carefree Beauty Ave**
**Las Vegass, NV 89081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,011.66 | $2,011.66 |
|---|---|---|---|---|

**De Leon Ibarra, Carlos A**
**3408 Carefree Beauty Ave**
**Las Vegass, NV 89081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $774.00 | $774.00 |
|---|---|---|---|---|

**De Leon, Elizabeth**
**4714 W Thayn Dr**
**West Valley, UT 84120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576.00 | $576.00 |
|---|---|---|---|---|

**De Leon, Elizabeth**
**4714 W Thayn Dr**
**West Valley, UT 84120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$874.50** | **$874.50** |
|---|---|---|---|---|

**De Los Rios, Alejandro**
**1415 Horseshoe Rd**
**Saratoga Springs, UT 84045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,053.25** | **$1,053.25** |
|---|---|---|---|---|

**De Los Rios, Alejandro**
**1415 Horseshoe Rd**
**Saratoga Springs, UT 84045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,442.31** | **$1,442.31** |
|---|---|---|---|---|

**Deisenroth, Matthew**
**7533 N. Hoyne, #3**
**CHICAGO, IL 60645**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,472.31** | **$1,472.31** |
|---|---|---|---|---|

**Deisenroth, Matthew**
**7533 N. Hoyne, #3**
**CHICAGO, IL 60645**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,673.75** | **$1,673.75** |
|---|---|---|---|---|

**Delgadillo, Alejandro**
**44616 Foxboro Ct**
**Lancaster, CA 93535**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,352.00** | **$1,352.00** |
|---|---|---|---|---|

**Delgadillo, Alejandro**
**44616 Foxboro Ct**
**Lancaster, CA 93535**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$975.36** | **$975.36** |
|---|---|---|---|---|

**Diaz, Eduardo**
**3735 Glow Dr**
**Las Vegas, NV 89115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$864.49** | **$864.49** |
|---|---|---|---|---|

**Diaz, Eduardo**
**3735 Glow Dr**
**Las Vegas, NV 89115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,092.00** | **$1,092.00** |
|---|---|---|---|---|

**Diaz-Silva, Eduardo**
**2751 monument Blvd apt 142**
**Concord, CA 94520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,498.00** | **$1,498.00** |
|---|---|---|---|---|

**Diaz-Silva, Eduardo**
**2751 monument Blvd apt 142**
**Concord, CA 94520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$800.00** | **$800.00** |
|---|---|---|---|---|

**Dinsdale, Parker E**
**1060 S Kays Dr**
**Kaysville, UT 84037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$800.00** | **$800.00** |
|---|---|---|---|---|

**Dinsdale, Parker E**
**1060 S Kays Dr**
**Kaysville, UT 84037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
| | Name | | | |

**2.127** Priority creditor's name and mailing address
**Dixon, Cassandra**
**90 E Resaca Dr**
**Unit C9**
**Sandy, UT 84070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00**   **$1,000.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.128** Priority creditor's name and mailing address
**Dixon, Cassandra**
**90 E Resaca Dr**
**Unit C9**
**Sandy, UT 84070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00**   **$1,000.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.129** Priority creditor's name and mailing address
**Doggett, Brett**
**135 Remington Park Dr**
**Springtown, TX 76082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$630.00**   **$630.00**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

**2.130** Priority creditor's name and mailing address
**Dominguez Mares, Osvaldo**
**17876 N Fiano Dr**
**Maricopa, AZ 85138**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,318.75**   **$2,318.75**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,121.88 | $2,121.88 |
|---|---|---|---|---|

**Dominguez Mares, Osvaldo**
**17876 N Fiano Dr**
**Maricopa, AZ 85138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | $1,250.00 |
|---|---|---|---|---|

**Donnelly, John**
**779 Lakeview Drive**
**Stansbury Park, UT 84074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,250.00 | $1,250.00 |
|---|---|---|---|---|

**Donnelly, John**
**779 Lakeview Drive**
**Stansbury Park, UT 84074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Duran, Andrew**
**1559 Sonora St**
**Madera, CA 93638**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$515.65** | **$515.65** |
|---|---|---|---|---|

**Earl, Trenton David**
**1832 Birmingham Loop #105**
**COLORADO SPRINGS, CO 80910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$750.64** | **$750.64** |
|---|---|---|---|---|

**Earl, Trenton David**
**1832 Birmingham Loop #105**
**COLORADO SPRINGS, CO 80910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,596.15** | **$1,596.15** |
|---|---|---|---|---|

**Edwards, Robert Dylan**
**3814 56th st**
**Lubbock, TX 79413**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,626.15** | **$1,626.15** |
|---|---|---|---|---|

**Edwards, Robert Dylan**
**3814 56th st**
**Lubbock, TX 79413**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$700.00** | **$700.00** |
|---|---|---|---|---|

**Ellis, Kevin M**
**6025 Avonshire Ln. Apt#421**
**Fort Worth, TX 76137**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,864.00** | **$1,864.00** |
|---|---|---|---|---|

**Esteban, Edwin**
**330 Palomar Street**
**APT C4**
**Chula Vista, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,458.00** | **$1,458.00** |
|---|---|---|---|---|

**Esteban, Edwin**
**330 Palomar Street**
**APT C4**
**Chula Vista, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,283.64** | **$1,283.64** |
|---|---|---|---|---|

**Estorga, Andres Carlos**
**43010 Amoy Ct.**
**Lancaster, CA 93536**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.143** | Priority creditor's name and mailing address
**Estorga, Andres Carlos**
**43010 Amoy Ct.**
**Lancaster, CA 93536**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$916.14**       **$916.14**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.144** | Priority creditor's name and mailing address
**Estrada, Jose F**
**4521 Ranch Foreman Rd**
**N Las Vegas, NV 89032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,634.62**       **$1,634.62**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.145** | Priority creditor's name and mailing address
**Estrada, Jose F**
**4521 Ranch Foreman Rd**
**N Las Vegas, NV 89032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,664.62**       **$1,664.62**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.146** | Priority creditor's name and mailing address
**Estrada, Jose F**
**4521 Ranch Foreman Rd**
**N Las Vegas, NV 89032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$75.00**       **$75.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$459.52** | **$459.52** |
|---|---|---|---|---|

**Estrada, Jose F**
**4521 Ranch Foreman Rd**
**N Las Vegas, NV 89032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$71.93** | **$71.93** |
|---|---|---|---|---|

**Estrada, Jose F**
**4521 Ranch Foreman Rd**
**N Las Vegas, NV 89032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$954.50** | **$954.50** |
|---|---|---|---|---|

**Fangupo, Heilala**
**518 n 1000 w**
**salt lake, UT 84116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$920.00** | **$920.00** |
|---|---|---|---|---|

**Fangupo, Heilala**
**518 n 1000 w**
**salt lake, UT 84116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,105.77** | **$1,105.77** |
|---|---|---|---|---|

**Farooqi, Omer**
**255N 400W**
**Salt Lake City, UT 84103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,135.77** | **$1,135.77** |
|---|---|---|---|---|

**Farooqi, Omer**
**255N 400W**
**Salt Lake City, UT 84103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,366.25** | **$4,366.25** |
|---|---|---|---|---|

**Fernandez, Christian**
**7755 S Oketo Ave**
**Bridgeview, IL 60455**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,740.00** | **$3,740.00** |
|---|---|---|---|---|

**Fernandez, Christian**
**7755 S Oketo Ave**
**Bridgeview, IL 60455**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Fields, Jonathan George**
**6151 Mountain Vista St**
**Apt 2327**
**Henderson, NV 89014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?

Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                                                        ☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Fields, Jonathan George**
**6151 Mountain Vista St**
**Apt 2327**
**Henderson, NV 89014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?

Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                                                        ☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,152.50** | **$1,152.50** |
|---|---|---|---|---|

**Flores, Allan Bryan**
**8602 Causeway Drive**
**Houston, TX 77083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?

Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                                                        ☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,325.00** | **$1,325.00** |
|---|---|---|---|---|

**Flores, Allan Bryan**
**8602 Causeway Drive**
**Houston, TX 77083**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?

Specify Code subsection of PRIORITY          ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)
                                                                        ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,100.00 | $1,100.00 |
|---|---|---|---|---|

**Flores, Marissa**
**38333 Rosemarie St**
**Palmdale, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,130.00 | $1,130.00 |
|---|---|---|---|---|

**Flores, Marissa**
**38333 Rosemarie St**
**Palmdale, CA 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $920.00 | $920.00 |
|---|---|---|---|---|

**Fornelius, Caleb**
**6901 s Florentine way**
**West Jordan, UT 84084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $897.00 | $897.00 |
|---|---|---|---|---|

**Fornelius, Caleb**
**6901 s Florentine way**
**West Jordan, UT 84084**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,538.46 | $1,538.46 |
|---|---|---|---|---|

**Foutz, Spencer W**
**11083 Indigo Sky Way**
**South Jordan, UT 84009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,568.46 | $1,568.46 |
|---|---|---|---|---|

**Foutz, Spencer W**
**11083 Indigo Sky Way**
**South Jordan, UT 84009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,057.69 | $1,057.69 |
|---|---|---|---|---|

**Frazier, Kelsey**
**3212 Quincy Ave**
**Ogden, UT 84403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,057.69 | $1,057.69 |
|---|---|---|---|---|

**Frazier, Kelsey**
**3212 Quincy Ave**
**Ogden, UT 84403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$720.50** | **$720.50** |

**Freeman, Leif S**
**3325 Lake Johanna Blvd**
**Arden Hills, MN 55112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,144.00** | **$1,144.00** |

**Freeman, Leif S**
**3325 Lake Johanna Blvd**
**Arden Hills, MN 55112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,826.92** | **$1,826.92** |

**Garcia, Alan**
**8338 W Marlette Ave**
**Glendale, AZ 85305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,856.92** | **$1,856.92** |

**Garcia, Alan**
**8338 W Marlette Ave**
**Glendale, AZ 85305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.171** Priority creditor's name and mailing address
**Garcia, Miguel Angel**
**3283 W Jordan Line Pkwy #252**
**WEST JORDAN, UT 84088**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$700.00    $700.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.172** Priority creditor's name and mailing address
**Garcia, Miguel Angel**
**3283 W Jordan Line Pkwy #252**
**WEST JORDAN, UT 84088**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$700.00    $700.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.173** Priority creditor's name and mailing address
**Garcia-Rico, Martin**
**174 West 4250 South**
**Apt 102**
**Salt Lake City, UT 84107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$726.75    $726.75

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.174** Priority creditor's name and mailing address
**Garcia-Rico, Martin**
**174 West 4250 South**
**Apt 102**
**Salt Lake City, UT 84107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$526.50    $526.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$961.54** | **$961.54** |
|---|---|---|---|---|

**Gardner, Matthew**
**1593 Kayenta Pkwy**
**Ivins, UT 84738**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$961.54** | **$961.54** |
|---|---|---|---|---|

**Gardner, Matthew**
**1593 Kayenta Pkwy**
**Ivins, UT 84738**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$961.54** | **$961.54** |
|---|---|---|---|---|

**Gardner, Matthew**
**1593 Kayenta Pkwy**
**Ivins, UT 84738**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,132.50** | **$1,132.50** |
|---|---|---|---|---|

**Garza, Peter**
**3503 Anice**
**Houston, TX 77039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,325.00 | $1,325.00 |

**Garza, Peter**
**3503 Anice**
**Houston, TX 77039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 | $1,400.00 |

**Geishaker, Jacob**
**14144 wycliff way**
**Magalia, CA 95954**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,191.88 | $2,191.88 |

**Geishaker, Jacob**
**14144 wycliff way**
**Magalia, CA 95954**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $965.38 | $965.38 |

**Geishaker, Jacob**
**14144 wycliff way**
**Magalia, CA 95954**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,233.75** | **$1,233.75** |
|---|---|---|---|---|

**Geraldo, Cesar**
**1352 Stokes St**
**Las Vegas, NV 89110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,241.25** | **$1,241.25** |
|---|---|---|---|---|

**Geraldo, Cesar**
**1352 Stokes St**
**Las Vegas, NV 89110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$864.58** | **$864.58** |
|---|---|---|---|---|

**Geraldo, Cesar David**
**1352 STOKES ST.**
**Las Vegas, NV 89110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,751.00** | **$1,751.00** |
|---|---|---|---|---|

**Geraldo, Cesar David**
**1352 STOKES ST.**
**Las Vegas, NV 89110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$980.00** | **$980.00** |
|---|---|---|---|---|

**Gerber, Adam**
**12135 Wexford Overlook**
**Roswell, GA 30075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,117.84** | **$1,117.84** |
|---|---|---|---|---|

**Gerber, Adam**
**12135 Wexford Overlook**
**Roswell, GA 30075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$760.00** | **$760.00** |
|---|---|---|---|---|

**Gipson, Micheal L**
**411 W Walnut St**
**Independence, MO 64050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$755.25** | **$755.25** |
|---|---|---|---|---|

**Gipson, Micheal L**
**411 W Walnut St**
**Independence, MO 64050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.16 | $63.16 |
|---|---|---|---|---|

**Gipson, Micheal L**
**411 W Walnut St**
**Independence, MO 64050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**Gleaton, Owen**
**817 Arnold Dr**
**Martinez, CA 94553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**Gleaton, Owen**
**817 Arnold Dr**
**Martinez, CA 94553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,102.00 | $1,102.00 |
|---|---|---|---|---|

**Glover, Antonio**
**5709 Orchard Place Xing SW**
**Lilburn, GA 30047**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.195**  Priority creditor's name and mailing address

**Glover, Antonio**
**5709 Orchard Place Xing SW**
**Lilburn, GA 30047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$788.50        $788.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.196**  Priority creditor's name and mailing address

**Gomez, Ruben**
**2330 North 39th Avenue**
**Phoenix, AZ 85009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,292.50      $2,292.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.197**  Priority creditor's name and mailing address

**Gomez, Ruben**
**2330 North 39th Avenue**
**Phoenix, AZ 85009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,430.00      $1,430.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.198**  Priority creditor's name and mailing address

**Gonzalez Jr, Amado**
**7442 E Crescent cir**
**Mesa, AZ 85208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,065.00      $2,065.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,834.00** | **$1,834.00** |
|---|---|---|---|---|

**Gonzalez Jr, Amado**
**7442 E Crescent cir**
**Mesa, AZ 85208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,596.15** | **$1,596.15** |
|---|---|---|---|---|

**Gonzalez, Cesar A**
**1160 Tesoro Grove Way #122**
**San Diego, CA 92154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,626.15** | **$1,626.15** |
|---|---|---|---|---|

**Gonzalez, Cesar A**
**1160 Tesoro Grove Way #122**
**San Diego, CA 92154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,923.08** | **$1,923.08** |
|---|---|---|---|---|

**Gonzalez, Moises**
**1160 Tesoro Grove Way #122**
**SAN DIEGO, CA 92154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.203** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,953.08** | **$1,953.08**

**Gonzalez, Moises**
**1160 Tesoro Grove Way #122**
**SAN DIEGO, CA 92154**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.204** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,503.75** | **$1,503.75**

**Gray, Joseph**
**5422 bluepine**
**cincinnati, OH 45247**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.205** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,376.25** | **$1,376.25**

**Gray, Joseph**
**5422 bluepine**
**cincinnati, OH 45247**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.206** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$804.38** | **$804.38**

**Green, Samuel**
**922 Florence Lane**
**Hudson, MN 54016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$804.38** | **$804.38** |
|---|---|---|---|---|

**Green, Samuel**
**922 Florence Lane**
**Hudson, MN 54016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,163.85** | **$1,163.85** |
|---|---|---|---|---|

**Guanzon, Audrey M**
**7008 S 32nd Drive**
**Phoenix, AZ 85041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,163.85** | **$1,163.85** |
|---|---|---|---|---|

**Guanzon, Audrey M**
**7008 S 32nd Drive**
**Phoenix, AZ 85041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,326.92** | **$1,326.92** |
|---|---|---|---|---|

**Gustin, Donnie**
**4524 Oakbrook Ct**
**Kissimmee, FL 34746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,478.37** | **$1,478.37** |
|---|---|---|---|---|

**Gustin, Donnie**
**4524 Oakbrook Ct**
**Kissimmee, FL 34746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$880.00** | **$880.00** |
|---|---|---|---|---|

**Gutierrez Chavez, Erick**
**3338 Bassler**
**North Las Vegas, NV 89030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,243.00** | **$1,243.00** |
|---|---|---|---|---|

**Gutierrez Chavez, Erick**
**3338 Bassler**
**North Las Vegas, NV 89030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,527.00** | **$1,527.00** |
|---|---|---|---|---|

**Gutierrez, Joseph Aaron**
**2061 Natalie Drive**
**Rosamond, CA 93560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,416.00 | $1,416.00 |
|---|---|---|---|---|

**Gutierrez, Joseph Aaron**
**2061 Natalie Drive**
**Rosamond, CA 93560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $608.00 | $608.00 |
|---|---|---|---|---|

**Guzman, Marcos C**
**10158 HIll Avenue**
**Tujunga, CA 91042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $760.00 | $760.00 |
|---|---|---|---|---|

**Guzman, Marcos C**
**10158 HIll Avenue**
**Tujunga, CA 91042**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,235.00 | $1,235.00 |
|---|---|---|---|---|

**Guzman, Nestor B**
**10560 Floralita ave**
**Sunland, CA 91040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,235.00** | **$1,235.00** |
|---|---|---|---|---|

**Guzman, Nestor B**
**10560 Floralita ave**
**Sunland, CA 91040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$890.31** | **$890.31** |
|---|---|---|---|---|

**Hagen, Parker G**
**5165 East Atlantic Place**
**Denver, CO 80222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,502.31** | **$1,502.31** |
|---|---|---|---|---|

**Hagen, Parker G**
**5165 East Atlantic Place**
**Denver, CO 80222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$480.00** | **$480.00** |
|---|---|---|---|---|

**Hale, Matthew**
**25w271 foster ave**
**Roselle, IL 60172**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$275.00** | **$275.00** |
|---|---|---|---|---|
| | **Hale, Matthew**<br>**25w271 foster ave**<br>**Roselle, IL 60172** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,917.63** | **$1,917.63** |
|---|---|---|---|---|
| | **Hall, Corey Rey**<br>**7345 Calle Cristobal #176**<br>**San Diego, CA 92126** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$897.00** | **$897.00** |
|---|---|---|---|---|
| | **Hall, Corey Rey**<br>**7345 Calle Cristobal #176**<br>**San Diego, CA 92126** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50.00** | **$50.00** |
|---|---|---|---|---|
| | **Hall, Corey Rey**<br>**7345 Calle Cristobal #176**<br>**San Diego, CA 92126** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,512.50** | **$2,512.50** |
|---|---|---|---|---|

**Hansen, Alan**
**2107 Mecca Ct**
**FAIRFIELD, CA 94534**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,512.50** | **$2,512.50** |
|---|---|---|---|---|

**Hansen, Alan**
**2107 Mecca Ct**
**FAIRFIELD, CA 94534**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,103.14** | **$1,103.14** |
|---|---|---|---|---|

**Hansen, Jackson**
**2107 Mecca Ct**
**Fairfield, CA 94534**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,425.01** | **$1,425.01** |
|---|---|---|---|---|

**Hansen, Jackson**
**2107 Mecca Ct**
**Fairfield, CA 94534**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Hansen, Kevin**
**268 S 500 E**
**Apt F8**
**Clearfield, UT 84015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |

**Haro Leon, Alexander**
**28240 N Granite Ave**
**San Tan Valley, AZ 85143**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $770.00 | $770.00 |

**Haro Leon, Alexander**
**28240 N Granite Ave**
**San Tan Valley, AZ 85143**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.08 | $1,923.08 |

**Hart, Erik**
**128 Lakebreeze Cir**
**Lake Mary, FL 32746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  59 of 550

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,923.08** | **$1,923.08** |
|---|---|---|---|---|

**Hart, Erik**
**128 Lakebreeze Cir**
**Lake Mary, FL 32746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,305.82** | **$1,305.82** |
|---|---|---|---|---|

**Heinz, Damon**
**664 31st Street**
**Oakland, CA 94609**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,743.06** | **$1,743.06** |
|---|---|---|---|---|

**Heinz, Damon**
**664 31st Street**
**Oakland, CA 94609**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$760.00** | **$760.00** |
|---|---|---|---|---|

**Henriquez -Pineda, Jessenia B**
**3363 S Newmark Drive**
**West Valley City, UT 84128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Page  60 of 550**

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $817.00 | $817.00 |
|---|---|---|---|---|

**Henriquez -Pineda, Jessenia B**
**3363 S Newmark Drive**
**West Valley City, UT 84128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,014.77 | $2,014.77 |
|---|---|---|---|---|

**Henry, William J**
**4 E. Park Dr.**
**Kaysville, UT 84037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $668.13 | $668.13 |
|---|---|---|---|---|

**Henry, William J**
**4 E. Park Dr.**
**Kaysville, UT 84037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,211.54 | $1,211.54 |
|---|---|---|---|---|

**Hernandez Ramirez, Miguel A**
**1669 N 645 W**
**Orem, UT 84057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,211.54** | **$1,211.54** |
|---|---|---|---|---|

**Hernandez Ramirez, Miguel A**
**1669 N 645 W**
**Orem, UT 84057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,325.67** | **$2,325.67** |
|---|---|---|---|---|

**Hernandez, Edgar**
**1725 West Mohave St.**
**Phoenix, AZ 85007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,293.17** | **$1,293.17** |
|---|---|---|---|---|

**Hernandez, Edgar**
**1725 West Mohave St.**
**Phoenix, AZ 85007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,856.50** | **$1,856.50** |
|---|---|---|---|---|

**Hernandez, Fredy**
**4870 Contento Cir**
**North Las Vegas, NV 89031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.247** | Priority creditor's name and mailing address
**Hernandez, Fredy**
**4870 Contento Cir**
**North Las Vegas, NV 89031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,259.62**   **$1,259.62**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.248** | Priority creditor's name and mailing address
**Hernandez, Jerry**
**462 Bright lights Ave**
**NORTH LAS VEGAS, NV 89031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,020.00**   **$1,020.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.249** | Priority creditor's name and mailing address
**Hernandez, Jerry**
**462 Bright lights Ave**
**NORTH LAS VEGAS, NV 89031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,082.50**   **$1,082.50**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.250** | Priority creditor's name and mailing address
**Hernandez, Jose Alberto**
**7821 s knox ave**
**Chicago, IL 60652**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,340.01**   **$4,340.01**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,815.01** | **$3,815.01** |
|---|---|---|---|---|

**Hernandez, Jose Alberto**
**7821 s knox ave**
**Chicago, IL 60652**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,125.50** | **$1,125.50** |
|---|---|---|---|---|

**Herndon, Jeremy**
**9919 Topaz Ave**
**Apt 123**
**Hesperia, CA 92345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,171.00** | **$1,171.00** |
|---|---|---|---|---|

**Herndon, Jeremy**
**9919 Topaz Ave**
**Apt 123**
**Hesperia, CA 92345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$973.88** | **$973.88** |
|---|---|---|---|---|

**Herrera, Mark**
**3561 Haven  St**
**Rosamond, CA 93560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$1,189.13** | **$1,189.13** |

**Herrera, Mark**
**3561 Haven  St**
**Rosamond, CA 93560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | | | |
|---|---|---|---|---|---|
| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$1,920.52** | **$1,920.52** |

**Hibdon, Cameron F**
**8212 East 85th Terr**
**Raytown, MO 64138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | | | |
|---|---|---|---|---|---|
| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$1,361.97** | **$1,361.97** |

**Hibdon, Cameron F**
**8212 East 85th Terr**
**Raytown, MO 64138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| | | | | | |
|---|---|---|---|---|---|
| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | **$646.02** | **$646.02** |

**Hibdon, Cameron F**
**8212 East 85th Terr**
**Raytown, MO 64138**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Official Form 206 E/F   Schedule E/F: Creditors Who Have Unsecured Claims   **Page  65 of 550**

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,751.00** | **$2,751.00** |
|---|---|---|---|---|

**Hill, Kyle**
**15321 S Corbin St.**
**Plainfield, IL 60544**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,374.00** | **$1,374.00** |
|---|---|---|---|---|

**Hill, Kyle**
**15321 S Corbin St.**
**Plainfield, IL 60544**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,083.84** | **$3,083.84** |
|---|---|---|---|---|

**Hobbs, Russell D**
**3250 N 750 E**
**Layton, UT 84041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,083.84** | **$3,083.84** |
|---|---|---|---|---|

**Hobbs, Russell D**
**3250 N 750 E**
**Layton, UT 84041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
| --- | --- | --- | --- |
| | Name | | |

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 | $435.00 |
| --- | --- | --- | --- | --- |

**House, Bryan**
**6231 Wall St**
**Kansas City, MO 64151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $355.00 | $355.00 |
| --- | --- | --- | --- | --- |

**House, Bryan**
**6231 Wall St**
**Kansas City, MO 64151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $745.75 | $745.75 |
| --- | --- | --- | --- | --- |

**Housley, Jeremy R**
**750 W 1000 N**
**Bountiful, UT 84087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $703.00 | $703.00 |
| --- | --- | --- | --- | --- |

**Housley, Jeremy R**
**750 W 1000 N**
**Bountiful, UT 84087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**2.267** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$802.75** | **$802.75**

**Hudson Jr, Reginald Juan**
**878 Gawain Cir**
**Dayton, OH 45449**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.268** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,602.50** | **$1,602.50**

**Hudson Jr, Reginald Juan**
**878 Gawain Cir**
**Dayton, OH 45449**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.269** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,262.51** | **$1,262.51**

**Hudson, Alonzo**
**20119 Redwick Ct**
**Spring, TX 77388**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.270** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,538.75** | **$1,538.75**

**Hudson, Alonzo**
**20119 Redwick Ct**
**Spring, TX 77388**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,005.00 | $1,005.00 |
|---|---|---|---|---|

**Huerta, Aida R**
**190 Sierra Ct**
**Palmdale, CA 93550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $912.00 | $912.00 |
|---|---|---|---|---|

**Huerta, Aida R**
**190 Sierra Ct**
**Palmdale, CA 93550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,935.58 | $1,935.58 |
|---|---|---|---|---|

**Hynes, Gregory**
**1105 nw 109th terrace**
**Kansas City, MO 64155**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,935.58 | $1,935.58 |
|---|---|---|---|---|

**Hynes, Gregory**
**1105 nw 109th terrace**
**Kansas City, MO 64155**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$129.03** | **$129.03** |
|---|---|---|---|---|

**Hynes, Gregory**
**1105 nw 109th terrace**
**Kansas City, MO 64155**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$69.13** | **$69.13** |
|---|---|---|---|---|

**Hynes, Gregory**
**1105 nw 109th terrace**
**Kansas City, MO 64155**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,458.75** | **$1,458.75** |
|---|---|---|---|---|

**Ibarra -Altamirano, Juan**
**3228 dragon fly street**
**N Las Vegas, NV 89032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,616.25** | **$1,616.25** |
|---|---|---|---|---|

**Ibarra -Altamirano, Juan**
**3228 dragon fly street**
**N Las Vegas, NV 89032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.279** | Priority creditor's name and mailing address
**Ibarra, Miguel**
**3408 Carefree Beauty Ave**
**North Las Vegas, NV 89081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,302.68**    **$1,302.68**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.280** | Priority creditor's name and mailing address
**Ibarra, Miguel**
**3408 Carefree Beauty Ave**
**North Las Vegas, NV 89081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,403.51**    **$2,403.51**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.281** | Priority creditor's name and mailing address
**Ivie, Christopher**
**11095 South Black Hawk Drive**
**South Jordan, UT 84095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.282** | Priority creditor's name and mailing address
**Jackson, Julian**
**4460 Clairemont Dr**
**San Diego, CA 92117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,000.00**    **$1,000.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.283 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**Jackson, Julian**
**4460 Clairemont Dr**
**San Diego, CA 92117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.284 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $920.00 | $920.00 |
|---|---|---|---|---|

**Jarman, Noah**
**766 E 2825 S**
**Millcreek, UT 84106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.285 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $954.50 | $954.50 |
|---|---|---|---|---|

**Jarman, Noah**
**766 E 2825 S**
**Millcreek, UT 84106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,089.42 | $3,089.42 |
|---|---|---|---|---|

**Jasso, Marlena**
**30 Martinez Dr**
**Cuba, NM 87013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,089.42** | **$3,089.42** |
|---|---|---|---|---|

**Jasso, Marlena**
**30 Martinez Dr**
**Cuba, NM 87013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,425.50** | **$2,425.50** |
|---|---|---|---|---|

**Jennings, Samuel S**
**7442 e kilarea ave**
**mesa, AZ 85209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,483.25** | **$2,483.25** |
|---|---|---|---|---|

**Jennings, Samuel S**
**7442 e kilarea ave**
**mesa, AZ 85209**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$1,000.00** |
|---|---|---|---|---|

**Jimenez, Jessica**
**544 Kingfisher dr**
**Kissimmee, FL 34759**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00 | $1,000.00 |
|---|---|---|---|---|

**Jimenez, Jessica**
**544 Kingfisher dr**
**Kissimmee, FL 34759**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $494.00 | $494.00 |
|---|---|---|---|---|

**Jimenez, Leslie**
**369 E Leslie Ave**
**Salt Lake City, UT 84115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $304.00 | $304.00 |
|---|---|---|---|---|

**Jimenez, Leslie**
**369 E Leslie Ave**
**Salt Lake City, UT 84115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,327.81 | $1,327.81 |
|---|---|---|---|---|

**Johnson, Caleb**
**10177 Station Way**
**APT 234**
**Lone Tree, CO 80124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,213.22** | **$1,213.22** |
|---|---|---|---|---|

**Johnson, Caleb**
**10177 Station Way**
**APT 234**
**Lone Tree, CO 80124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,134.61** | **$1,134.61** |
|---|---|---|---|---|

**Jones, Cody**
**6326 W 13475 S**
**Herriman, UT 84096**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,134.62** | **$1,134.62** |
|---|---|---|---|---|

**Jones, Cody**
**6326 W 13475 S**
**Herriman, UT 84096**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$988.27** | **$988.27** |
|---|---|---|---|---|

**Joseph, Jessica**
**2726 Martinec Drive**
**Pearland, TX 77584**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.299 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$988.27** | **$988.27** |
|---|---|---|---|---|

**Joseph, Jessica**
**2726 Martinec Drive**
**Pearland, TX 77584**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.300 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,613.50** | **$1,613.50** |
|---|---|---|---|---|

**Juarez, Gabriel**
**959 Greenfield DR Apt 6**
**El Cajon, CA 92021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.301 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,253.00** | **$1,253.00** |
|---|---|---|---|---|

**Juarez, Gabriel**
**959 Greenfield DR Apt 6**
**El Cajon, CA 92021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.302 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$947.31** | **$947.31** |
|---|---|---|---|---|

**Kalbaugh, Anthony**
**6515 W Ave A**
**Rosamond, CA 93560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.303 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,082.31** | **$1,082.31** |
|---|---|---|---|---|

**Kalbaugh, Anthony**
**6515 W Ave A**
**Rosamond, CA 93560**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.304 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,031.00** | **$3,031.00** |
|---|---|---|---|---|

**Kamphouse, William**
**305 Larkdale Row**
**Wauconda, IL 60084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.305 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,603.00** | **$1,603.00** |
|---|---|---|---|---|

**Kamphouse, William**
**305 Larkdale Row**
**Wauconda, IL 60084**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.306 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$640.00** | **$640.00** |
|---|---|---|---|---|

**Kay, John**
**916 Emily trail**
**Azle, TX 76020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 77 of 550

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**2.307** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$301.00** | **$301.00**
**Kay, John**
**916 Emily trail**
**Azle, TX 76020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.308** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,264.50** | **$2,264.50**
**Kent, Hagen Dean**
**3601 N Kimball Dr**
**KANSAS CITY, MO 64161**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.309** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$912.99** | **$912.99**
**Kent, Hagen Dean**
**3601 N Kimball Dr**
**KANSAS CITY, MO 64161**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.310** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,384.25** | **$1,384.25**
**Key, Benjamin**
**3949 Monte Vista Dr.**
**Addis, LA 70710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.311 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,494.50** | **$1,494.50** |
|---|---|---|---|---|

**Key, Benjamin**
**3949 Monte Vista Dr.**
**Addis, LA 70710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.312 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$940.50** | **$940.50** |
|---|---|---|---|---|

**Kilgore, Casey B**
**6709 Fire Dance Dr.**
**Ft. Worth, TX 76126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.313 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$880.00** | **$880.00** |
|---|---|---|---|---|

**Kilgore, Casey B**
**6709 Fire Dance Dr.**
**Ft. Worth, TX 76126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.314 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,656.25** | **$1,656.25** |
|---|---|---|---|---|

**Knight, Lawrence**
**3100 Sweetwater Rd Apt 208**
**Lawrenceville, GA 30044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.315** Priority creditor's name and mailing address
**Knight, Lawrence**
**3100 Sweetwater Rd Apt 208**
**Lawrenceville, GA 30044**

As of the petition filing date, the claim is: **$1,215.63**   **$1,215.63**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.316** Priority creditor's name and mailing address
**Knodell, Benjamin**
**1987 Floret Dr**
**Windsor, CO 80550**

As of the petition filing date, the claim is: **$2,243.93**   **$2,243.93**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.317** Priority creditor's name and mailing address
**Knodell, Benjamin**
**1987 Floret Dr**
**Windsor, CO 80550**

As of the petition filing date, the claim is: **$2,160.95**   **$2,160.95**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**2.318** Priority creditor's name and mailing address
**Laws, Tracy S**
**898 E Canyon Ridge Way**
**Apt 30**
**Midvale, UT 84047**

As of the petition filing date, the claim is: **$634.73**   **$634.73**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.319 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.46 | $599.46 |
|---|---|---|---|---|

**Laws, Tracy S**
**898 E Canyon Ridge Way**
**Apt 30**
**Midvale, UT 84047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.320 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,091.00 | $2,091.00 |
|---|---|---|---|---|

**Lee, Kirby**
**810 loggins dr**
**West Columbia, TX 77486**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.321 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,295.00 | $2,295.00 |
|---|---|---|---|---|

**Lee, Kirby**
**810 loggins dr**
**West Columbia, TX 77486**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.322 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.92 | $998.92 |
|---|---|---|---|---|

**Leon, Miguel A**
**8606 East Ave U**
**LittleRock, CA 93543**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.323 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $975.67 | $975.67 |
|---|---|---|---|---|

**Leon, Miguel A**
**8606 East Ave U**
**LittleRock, CA 93543**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.324 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,109.75 | $1,109.75 |
|---|---|---|---|---|

**Limon, Joseluis**
**1055 reganti dr**
**Concord, CA 94518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.325 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,282.25 | $1,282.25 |
|---|---|---|---|---|

**Limon, Joseluis**
**1055 reganti dr**
**Concord, CA 94518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.326 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $731.50 | $731.50 |
|---|---|---|---|---|

**Long, Ashley**
**644 W North Temple**
**APT 332**
**Salt Lake City, UT 84116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.327 | Priority creditor's name and mailing address **Long, Ashley** **644 W North Temple** **APT 332** **Salt Lake City, UT 84116** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$665.00**    **$665.00** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.328 | Priority creditor's name and mailing address **Lopez, Eduardo** **300 W Lower Buckeye Rd Lot #38** **Avondale, AZ 85323** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,142.50**    **$2,142.50** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.329 | Priority creditor's name and mailing address **Lopez, Eduardo** **300 W Lower Buckeye Rd Lot #38** **Avondale, AZ 85323** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,352.50**    **$2,352.50** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 2.330 | Priority creditor's name and mailing address **Lopez, Jaime** **2118 Berkley Ave** **Las Vegas, NV 89101** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,204.01**    **$1,204.01** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.331 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $904.99 | $904.99 |
|---|---|---|---|---|

**Lopez, Jaime**
**2118 Berkley Ave**
**Las Vegas, NV 89101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.332 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,366.14 | $1,366.14 |
|---|---|---|---|---|

**Lopez-Garcia, Luis J**
**2832 Berg St**
**North Las Vegas, NV 89030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.333 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,460.45 | $1,460.45 |
|---|---|---|---|---|

**Lopez-Garcia, Luis J**
**2832 Berg St**
**North Las Vegas, NV 89030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.334 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,225.25 | $1,225.25 |
|---|---|---|---|---|

**Machuca, Erick**
**9620 Christine View Ct**
**Las Vegas, NV 89129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 2.335 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,600.00 | $2,600.00 |
|---|---|---|---|---|

**Machuca, Erick**
**9620 Christine View Ct**
**Las Vegas, NV 89129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.336 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,023.00 | $1,023.00 |
|---|---|---|---|---|

**Macioch, Nicolas**
**525 E 77th Ave**
**Denver, CO 80229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.337 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.00 | $960.00 |
|---|---|---|---|---|

**Macioch, Nicolas**
**525 E 77th Ave**
**Denver, CO 80229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.338 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $911.35 | $911.35 |
|---|---|---|---|---|

**Maes, Marie Antoinette**
**794 Old Wagon Trail Circle**
**Lafayette, CO 80026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.339** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$911.35** | **$911.35**

**Maes, Marie Antoinette**
**794 Old Wagon Trail Circle**
**Lafayette, CO 80026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.340** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$1,000.00**

**Maestas, Albert**
**4324 E Boston Ave**
**Street 2**
**Las Vegas, NV 89104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.341** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$1,000.00**

**Maestas, Albert**
**4324 E Boston Ave**
**Street 2**
**Las Vegas, NV 89104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.342** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,251.25** | **$1,251.25**

**Magana, Dashiell A**
**3640 38th street**
**San Diego, CA 92105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.343** | Priority creditor's name and mailing address

**Magana, Dashiell A**
**3640 38th street**
**San Diego, CA 92105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$819.50**    **$819.50**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.344** | Priority creditor's name and mailing address

**Magana, Edwy**
**6344 brittany way**
**Las Vegas, NV 89107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,401.43**    **$1,401.43**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.345** | Priority creditor's name and mailing address

**Magana, Edwy**
**6344 brittany way**
**Las Vegas, NV 89107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,694.49**    **$1,694.49**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.346** | Priority creditor's name and mailing address

**Malin, Megan**
**2785 S. Goship Ln**
**Apt D102**
**Magna, UT 84044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$787.32**    **$787.32**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.347 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$780.00** | **$780.00** |
|---|---|---|---|---|

**Malin, Megan**
**2785 S. Goship Ln**
**Apt D102**
**Magna, UT 84044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.348 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,730.77** | **$1,730.77** |
|---|---|---|---|---|

**Manzo, Jessica**
**3620 Pine St**
**MARTINEZ, CA 94553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.349 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,738.26** | **$1,738.26** |
|---|---|---|---|---|

**Manzo, Jessica**
**3620 Pine St**
**MARTINEZ, CA 94553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.350 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,834.42** | **$1,834.42** |
|---|---|---|---|---|

**Matsumori, Alisa**
**8279 S Lance St**
**#17**
**Midvale, UT 84047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 2.351 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,834.42** | **$1,834.42** |
|---|---|---|---|---|

**Matsumori, Alisa**
**8279 S Lance St**
**#17**
**Midvale, UT 84047**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.352 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**McConnell, Ben**
**2408 Stark St**
**Fort Worth, TX 76112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.353 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$718.13** | **$718.13** |
|---|---|---|---|---|

**McConnell, Ben**
**2408 Stark St**
**Fort Worth, TX 76112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.354 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,234.31** | **$1,234.31** |
|---|---|---|---|---|

**McCool, Patrick M**
**465 Quebec St**
**Denver, CO 80220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.355 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,500.31** | **$1,500.31** |
|---|---|---|---|---|

**McCool, Patrick M**
**465 Quebec St**
**Denver, CO 80220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.356 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6.92** | **$6.92** |
|---|---|---|---|---|

**McCormick, Eamon**
**8203 Ravenel Drive**
**Colorado Spring, CO 80920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.357 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6.92** | **$6.92** |
|---|---|---|---|---|

**McCormick, Eamon**
**8203 Ravenel Drive**
**Colorado Spring, CO 80920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.358 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$961.54** | **$961.54** |
|---|---|---|---|---|

**McCurren, Jean Marie**
**1910 39th St**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Official Form 206 E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page  90 of 550

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.359 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$961.54** | **$961.54** |
|---|---|---|---|---|

**McCurren, Jean Marie**
**1910 39th St**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.360 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$788.50** | **$788.50** |
|---|---|---|---|---|

**McGuire, David**
**1020 Idlewood Ave**
**Azle, TX 76020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.361 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,187.38** | **$1,187.38** |
|---|---|---|---|---|

**McGuire, David**
**1020 Idlewood Ave**
**Azle, TX 76020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.362 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,681.50** | **$1,681.50** |
|---|---|---|---|---|

**McLaughlin, Travis**
**1530 Adelaide St**
**Concord, CA 94520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 2.363 | Priority creditor's name and mailing address<br>**McLaughlin, Travis**<br>**1530 Adelaide St**<br>**Concord, CA 94520** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,648.25**   **$1,648.25** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.364 | Priority creditor's name and mailing address<br>**McManus, Peter H**<br>**9 paramount pkwy**<br>**Wheat Ridge, CO 80215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,371.50**   **$1,371.50** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.365 | Priority creditor's name and mailing address<br>**McManus, Peter H**<br>**9 paramount pkwy**<br>**Wheat Ridge, CO 80215** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,277.25**   **$1,277.25** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.366 | Priority creditor's name and mailing address<br>**McMullen, Jennifer**<br>**1904 Ashley Run Ct**<br>**NORCROSS, GA 30092** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,353.07**   **$1,353.07** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

Official Form 206 E/F      Schedule E/F: Creditors Who Have Unsecured Claims      **Page  92 of 550**

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.367 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,353.07** | **$1,353.07** |
|---|---|---|---|---|

**McMullen, Jennifer**
**1904 Ashley Run Ct**
**NORCROSS, GA 30092**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.368 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$936.06** | **$936.06** |
|---|---|---|---|---|

**Medina, Carina Isabel**
**1245 Donax Ave**
**Imperial Beach, CA 91932**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.369 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$641.31** | **$641.31** |
|---|---|---|---|---|

**Medina, Carina Isabel**
**1245 Donax Ave**
**Imperial Beach, CA 91932**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.370 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,266.92** | **$1,266.92** |
|---|---|---|---|---|

**Medina, Joseph Anthony**
**1284 Edgewater Dr.**
**Azle, TX 76020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.371** Priority creditor's name and mailing address

**Medina, Joseph Anthony**
**1284 Edgewater Dr.**
**Azle, TX 76020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,608.92**      **$1,608.92**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.372** Priority creditor's name and mailing address

**Melton, Timothy George**
**2727 Dohr St**
**Berkeley, CA 94702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,450.00**      **$2,450.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.373** Priority creditor's name and mailing address

**Melton, Timothy George**
**2727 Dohr St**
**Berkeley, CA 94702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,930.00**      **$1,930.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.374** Priority creditor's name and mailing address

**Melton-Stephan, Paul Alex**
**2727 Dohr Street**
**Berkeley, CA 94702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,063.17**      **$1,063.17**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.375 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,331.93** | **$1,331.93** |
|---|---|---|---|---|

**Melton-Stephan, Paul Alex**
**2727 Dohr Street**
**Berkeley, CA 94702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.376 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,537.02** | **$1,537.02** |
|---|---|---|---|---|

**Mendoza, Gabriel**
**115 Fireside St**
**Oceanside, CA 92058**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.377 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,109.25** | **$1,109.25** |
|---|---|---|---|---|

**Mendoza, Gabriel**
**115 Fireside St**
**Oceanside, CA 92058**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.378 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$628.13** | **$628.13** |
|---|---|---|---|---|

**Mendoza, Jimmy**
**807 Sunshine Medley Lane**
**Rosenberg, TX 77469**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.379 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $645.00 | $645.00 |
|---|---|---|---|---|

**Mendoza, Jimmy**
**807 Sunshine Medley Lane**
**Rosenberg, TX 77469**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.380 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,153.85 | $1,153.85 |
|---|---|---|---|---|

**Middeke, Arick**
**341 S Main St #100**
**Salt Lake City, UT 84111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.381 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,153.85 | $1,153.85 |
|---|---|---|---|---|

**Middeke, Arick**
**341 S Main St #100**
**Salt Lake City, UT 84111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.382 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,540.77 | $1,540.77 |
|---|---|---|---|---|

**Mierish, Michael**
**2840 Brosnan St**
**San Diego, CA 92111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.383 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,540.77** | **$1,540.77** |
|---|---|---|---|---|

**Mierish, Michael**
**2840 Brosnan St**
**San Diego, CA 92111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.384 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$372.00** | **$372.00** |
|---|---|---|---|---|

**Milner, Rachel**
**2228 E Keller Lane**
**Salt Lake City, UT 84109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.385 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$620.00** | **$620.00** |
|---|---|---|---|---|

**Milner, Rachel**
**2228 E Keller Lane**
**Salt Lake City, UT 84109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.386 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,076.88** | **$2,076.88** |
|---|---|---|---|---|

**Mora, Estavan**
**2635 S Hooker st**
**Denver, CO 80219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 2.387 | Priority creditor's name and mailing address **Mora, Estavan** **2635 S Hooker st** **Denver, CO 80219** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$2,050.63** | **$2,050.63** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.388 | Priority creditor's name and mailing address **Moran, Alberto** **435 la paloma rd** **El sobrante, CA 94803** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,542.42** | **$1,542.42** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.389 | Priority creditor's name and mailing address **Moran, Alberto** **435 la paloma rd** **El sobrante, CA 94803** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,486.92** | **$1,486.92** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| 2.390 | Priority creditor's name and mailing address **Moreno, Alan D** **3746 Northern Light Drive** **Las Vegas, NV 89115** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | **$1,529.63** | **$1,529.63** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No ☐ Yes | | |

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.391** Priority creditor's name and mailing address
**Moreno, Alan D**
**3746 Northern Light Drive**
**Las Vegas, NV 89115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,557.36       $1,557.36

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.392** Priority creditor's name and mailing address
**Moreno, Alexis**
**3401 rodney st**
**Rosamond, CA 93560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00       $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.393** Priority creditor's name and mailing address
**Moss, Kelsey D**
**30 W Lester Ave**
**Unit D21**
**Murray, UT 84107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$962.00       $962.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.394** Priority creditor's name and mailing address
**Moss, Kelsey D**
**30 W Lester Ave**
**Unit D21**
**Murray, UT 84107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,033.50       $1,033.50

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.395 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,233.00** | **$2,233.00** |
|---|---|---|---|---|

**Munguia, Edwing**
**3810 W Nernon Ave**
**Phoenix, AZ 85009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.396 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,634.50** | **$1,634.50** |
|---|---|---|---|---|

**Munguia, Edwing**
**3810 W Nernon Ave**
**Phoenix, AZ 85009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.397 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,012.00** | **$1,012.00** |
|---|---|---|---|---|

**Nass, Robert**
**8535 W Avalon Dr**
**Littleton, CO 80127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.398 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$929.50** | **$929.50** |
|---|---|---|---|---|

**Nass, Robert**
**8535 W Avalon Dr**
**Littleton, CO 80127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.399** Priority creditor's name and mailing address

**Navarro Paredes, Irma**
**7000 Paradise Rd**
**Apt 2160**
**Las Vegas, NV 89119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.400** Priority creditor's name and mailing address

**Navarro Paredes, Irma**
**7000 Paradise Rd**
**Apt 2160**
**Las Vegas, NV 89119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.401** Priority creditor's name and mailing address

**Newsome, Elvis**
**4958 n lola ave #101**
**Fresno, CA 93722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$960.00    $960.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.402** Priority creditor's name and mailing address

**Newsome, Elvis**
**4958 n lola ave #101**
**Fresno, CA 93722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,200.00    $1,200.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.403 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $680.00 | $680.00 |
|---|---|---|---|---|

**Nilsson, Xandria**
**75 E Lost Creek Lane Apt. 211**
**MURRAY, UT 84107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.404 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $671.50 | $671.50 |
|---|---|---|---|---|

**Nilsson, Xandria**
**75 E Lost Creek Lane Apt. 211**
**MURRAY, UT 84107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.405 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,036.00 | $1,036.00 |
|---|---|---|---|---|

**Nix, Thomas**
**10852 N Bryant St**
**Westminster, CO 80234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.406 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,130.50 | $1,130.50 |
|---|---|---|---|---|

**Nix, Thomas**
**10852 N Bryant St**
**Westminster, CO 80234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.407 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,533.67** | **$1,533.67** |
|---|---|---|---|---|

**Norton, Gregory**
**270 S Lake St**
**SOUTH AMHERST, OH 44001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.408 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,442.31** | **$1,442.31** |
|---|---|---|---|---|

**Norton, Gregory**
**270 S Lake St**
**SOUTH AMHERST, OH 44001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.409 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$960.00** | **$960.00** |
|---|---|---|---|---|

**Oborn, TC Matthew**
**203 W Center Street**
**Apt 217**
**Pleasant Grove, UT 84062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.410 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$960.00** | **$960.00** |
|---|---|---|---|---|

**Oborn, TC Matthew**
**203 W Center Street**
**Apt 217**
**Pleasant Grove, UT 84062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.411 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$861.75** | **$861.75** |
|---|---|---|---|---|

**Orozco, Joel**
**16520 cedar str**
**Channelview, TX 77530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.412 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$983.25** | **$983.25** |
|---|---|---|---|---|

**Orozco, Joel**
**16520 cedar str**
**Channelview, TX 77530**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.413 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,704.81** | **$2,704.81** |
|---|---|---|---|---|

**Orozco, Jorge**
**11270 W 66th PL**
**Arvada, CO 80004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.414 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,704.81** | **$2,704.81** |
|---|---|---|---|---|

**Orozco, Jorge**
**11270 W 66th PL**
**Arvada, CO 80004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.415 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $717.75 | $717.75 |
|---|---|---|---|---|

**Ortiz, Josue**
**409 E 5th St**
**National City, CA 91950**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.416 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $794.75 | $794.75 |
|---|---|---|---|---|

**Ortiz, Josue**
**409 E 5th St**
**National City, CA 91950**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.417 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $767.13 | $767.13 |
|---|---|---|---|---|

**Ortiz, Julio C**
**203 West Center St. Apt.32**
**Pleasant Grove, UT 84062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.418 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $612.75 | $612.75 |
|---|---|---|---|---|

**Ortiz, Julio C**
**203 West Center St. Apt.32**
**Pleasant Grove, UT 84062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.419 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$807.50** | **$807.50** |
|---|---|---|---|---|

**Overholt, Aaron Micheal**
**1713 South Clyde Morris BLVD**
**Apt. 201**
**Daytona Beach, FL 32119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.420 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$972.50** | **$972.50** |
|---|---|---|---|---|

**Overholt, Aaron Micheal**
**1713 South Clyde Morris BLVD**
**Apt. 201**
**Daytona Beach, FL 32119**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.421 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,753.42** | **$1,753.42** |
|---|---|---|---|---|

**Padilla Paez, Juan Antonio**
**1137 dogwood rd apt 74**
**HEBER, CA 92249**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.422 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,231.92** | **$1,231.92** |
|---|---|---|---|---|

**Padilla Paez, Juan Antonio**
**1137 dogwood rd apt 74**
**HEBER, CA 92249**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 2.423 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$820.00** | **$820.00** |
|---|---|---|---|---|

**Parker, Danielle B**
**2331 Alta Canyon Drive**
**Sandy, UT 84093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.424 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$727.75** | **$727.75** |
|---|---|---|---|---|

**Parker, Danielle B**
**2331 Alta Canyon Drive**
**Sandy, UT 84093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.425 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,009.38** | **$1,009.38** |
|---|---|---|---|---|

**Paschal, Amber**
**507 Winters Street**
**River Oaks, TX 76114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.426 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,000.00** | **$1,000.00** |
|---|---|---|---|---|

**Paschal, Amber**
**507 Winters Street**
**River Oaks, TX 76114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.427 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,086.50** | **$1,086.50** |
|---|---|---|---|---|

**Paul, Mariah**
**336 I Street Apt A**
**Salt Lake City, UT 84103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.428 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,047.50** | **$1,047.50** |
|---|---|---|---|---|

**Paul, Mariah**
**336 I Street Apt A**
**Salt Lake City, UT 84103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.429 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,276.73** | **$1,276.73** |
|---|---|---|---|---|

**Paulo, Mario O**
**3013 Hot Cider Ave.**
**North Las Vegas, NV 89031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.430 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,276.73** | **$1,276.73** |
|---|---|---|---|---|

**Paulo, Mario O**
**3013 Hot Cider Ave.**
**North Las Vegas, NV 89031**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.431 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$997.64** | **$997.64** |
|---|---|---|---|---|

**Pegues, Reginald**
**1210 Petree St**
**El Cajon, CA 92020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.432 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$971.75** | **$971.75** |
|---|---|---|---|---|

**Pegues, Reginald**
**1210 Petree St**
**El Cajon, CA 92020**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.433 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,619.69** | **$1,619.69** |
|---|---|---|---|---|

**Pisello, Matthew**
**4613 N Oriole Ave**
**Norridge, IL 60706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.434 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,766.13** | **$1,766.13** |
|---|---|---|---|---|

**Pisello, Matthew**
**4613 N Oriole Ave**
**Norridge, IL 60706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $971.75 | $971.75 |
|---|---|---|---|---|

**Pitts, Kayvesha**
**29427 106 Street East**
**Juniper Hills, CA 93543**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $920.00 | $920.00 |
|---|---|---|---|---|

**Pitts, Kayvesha**
**29427 106 Street East**
**Juniper Hills, CA 93543**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $402.75 | $402.75 |
|---|---|---|---|---|

**Pizi, Matthew**
**231 Turner Dr**
**Canon city, CO 81212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|---|---|---|---|---|

**Pizi, Matthew**
**231 Turner Dr**
**Canon city, CO 81212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,188.86** | **$2,188.86** |
|---|---|---|---|---|

**Plascencia, Antonio**
**13217 Aurora Dr. #7**
**El Cajon, CA 92021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,854.74** | **$1,854.74** |
|---|---|---|---|---|

**Plascencia, Antonio**
**13217 Aurora Dr. #7**
**El Cajon, CA 92021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,212.00** | **$1,212.00** |
|---|---|---|---|---|

**Pollman, Benjamin**
**5572 Eula Ave**
**Cincinnati, OH 45248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$858.00** | **$858.00** |
|---|---|---|---|---|

**Pollman, Benjamin**
**5572 Eula Ave**
**Cincinnati, OH 45248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.443 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,449.81** | **$1,449.81** |
|---|---|---|---|---|

**Priestley, Chad**
**916 hazel st**
**River falls, WI 54022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.444 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,449.81** | **$1,449.81** |
|---|---|---|---|---|

**Priestley, Chad**
**916 hazel st**
**River falls, WI 54022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.445 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,033.50** | **$1,033.50** |
|---|---|---|---|---|

**Pugh, Benjamin G**
**1005 E 3rd Ave**
**#4**
**Salt Lake City, UT 84103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.446 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,069.25** | **$1,069.25** |
|---|---|---|---|---|

**Pugh, Benjamin G**
**1005 E 3rd Ave**
**#4**
**Salt Lake City, UT 84103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.447 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,798.17** | **$2,798.17** |
|---|---|---|---|---|

**Ramirez, Edgardo**
**3527 E Yale st**
**Phoenix, AZ 85008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.448 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,036.92** | **$2,036.92** |
|---|---|---|---|---|

**Ramirez, Edgardo**
**3527 E Yale st**
**Phoenix, AZ 85008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.449 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,409.00** | **$2,409.00** |
|---|---|---|---|---|

**Ramirez, Oscar**
**2952 E Escondido Ave**
**Mesa, AZ 85204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.450 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,112.00** | **$2,112.00** |
|---|---|---|---|---|

**Ramirez, Oscar**
**2952 E Escondido Ave**
**Mesa, AZ 85204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.451 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,176.76** | **$1,176.76** |
|---|---|---|---|---|

**Ramos, Brayaan L**
**350 East 700 South**
**Apt K201**
**Salt Lake City, UT 84111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.452 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$348.75** | **$348.75** |
|---|---|---|---|---|

**Ramos, Brayaan L**
**350 East 700 South**
**Apt K201**
**Salt Lake City, UT 84111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.453 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Rangel, Christy**
**6411 Miranda Drive**
**Fort Worth, TX 76131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.454 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,208.88** | **$1,208.88** |
|---|---|---|---|---|

**Rebollar, Flavio**
**640 Delayne circle**
**Layton, UT 84040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| 2.455 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,208.88 | $1,208.88 |
| | **Rebollar, Flavio** | ☐ Contingent | | |
| | **640 Delayne circle** | ☐ Unliquidated | | |
| | **Layton, UT 84040** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| | | | |
|---|---|---|---|
| 2.456 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $299.25 | $299.25 |
| | **Reed, Doug E** | ☐ Contingent | | |
| | **11021 E 57th St** | ☐ Unliquidated | | |
| | **Raytown, MO 64133** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| | | | |
|---|---|---|---|
| 2.457 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $699.42 | $699.42 |
| | **Reed, Doug E** | ☐ Contingent | | |
| | **11021 E 57th St** | ☐ Unliquidated | | |
| | **Raytown, MO 64133** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| | | | |
|---|---|---|---|
| 2.458 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $405.00 | $405.00 |
| | **Reyes, Joel** | ☐ Contingent | | |
| | **12526 Shenandoah Trail** | ☐ Unliquidated | | |
| | **Plainfield, IL 60585** | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.459 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 | $450.00 |
|---|---|---|---|---|

**Reyes, Joel**
**12526 Shenandoah Trail**
**Plainfield, IL 60585**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.460 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,826.92 | $1,826.92 |
|---|---|---|---|---|

**Reynolds, Geoffery G**
**252 N 240 E**
**Vineyard, UT 84059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.461 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,826.92 | $1,826.92 |
|---|---|---|---|---|

**Reynolds, Geoffery G**
**252 N 240 E**
**Vineyard, UT 84059**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.462 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $930.58 | $930.58 |
|---|---|---|---|---|

**Robison, Patrick**
**146 East 100 South**
**#3**
**Bountiful, UT 84010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$930.58** | **$930.58** |
|---|---|---|---|---|

**Robison, Patrick**
**146 East 100 South**
**#3**
**Bountiful, UT 84010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$348.00** | **$348.00** |
|---|---|---|---|---|

**Robson, Daniel George**
**6047 Wayside Ave**
**Cincinnati, OH 45230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$691.87** | **$691.87** |
|---|---|---|---|---|

**Robson, Daniel George**
**6047 Wayside Ave**
**Cincinnati, OH 45230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,046.25** | **$1,046.25** |
|---|---|---|---|---|

**Rodriguez Lopez, Ignacio**
**1689 Broadway**
**Apt #117**
**Chula Vista, CA 91911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.467 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$841.50** | **$841.50** |
|---|---|---|---|---|

**Rodriguez Lopez, Ignacio**
**1689 Broadway**
**Apt #117**
**Chula Vista, CA 91911**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.468 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,470.00** | **$1,470.00** |
|---|---|---|---|---|

**Rodriguez, Gerardo**
**4542 W Indianola Ave**
**PHOENIX, AZ 85008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.469 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$885.00** | **$885.00** |
|---|---|---|---|---|

**Rodriguez, Gerardo**
**4542 W Indianola Ave**
**PHOENIX, AZ 85008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.470 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$800.00** | **$800.00** |
|---|---|---|---|---|

**Rodriguez, Nelson**
**4185 Wendy Lane**
**Las Vegas, NV 89115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,137.50 | $1,137.50 |
|---|---|---|---|---|

**Rodriguez, Nelson**
**4185 Wendy Lane**
**Las Vegas, NV 89115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,320.19 | $2,320.19 |
|---|---|---|---|---|

**Roseburg, Amanda D**
**436 Joshua Drive**
**Kaysville, UT 84037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,320.19 | $2,320.19 |
|---|---|---|---|---|

**Roseburg, Amanda D**
**436 Joshua Drive**
**Kaysville, UT 84037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,168.75 | $1,168.75 |
|---|---|---|---|---|

**Roseburg, Devin J**
**436 Joshua Dr**
**Kaysville, UT 84037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.475 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$525.00** | **$525.00** |
|---|---|---|---|---|

**Roseburg, Devin J**
**436 Joshua Dr**
**Kaysville, UT 84037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.476 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,346.15** | **$1,346.15** |
|---|---|---|---|---|

**Roseburg, Jazmyn S**
**88 W 50 S**
**#F2**
**Centerville, UT 84014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.477 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,346.15** | **$1,346.15** |
|---|---|---|---|---|

**Roseburg, Jazmyn S**
**88 W 50 S**
**#F2**
**Centerville, UT 84014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.478 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$541.50** | **$541.50** |
|---|---|---|---|---|

**Russell, Clayton**
**1365 S Emery St Apt 7**
**Salt Lake City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Ruzick, Joseph**
**7905 Goldstar Apt 15**
**Lumberton, TX 77657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Ruzick, Joseph**
**7905 Goldstar Apt 15**
**Lumberton, TX 77657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,145.53** | **$1,145.53** |
|---|---|---|---|---|

**Saenz, Walter G**
**2944 Harewood Ave**
**North Las Vegas, NV 89030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,178.84** | **$1,178.84** |
|---|---|---|---|---|

**Saenz, Walter G**
**2944 Harewood Ave**
**North Las Vegas, NV 89030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.483 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$738.00** | **$738.00** |
|---|---|---|---|---|

**Salazar, James**
**2532 Ryan Ave**
**Fort Worth, TX 76110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.484 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Salazar, James**
**2532 Ryan Ave**
**Fort Worth, TX 76110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.485 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$655.50** | **$655.50** |
|---|---|---|---|---|

**Salazar, Raymar**
**12090 3rd ave**
**Sharonville, OH 45249**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.486 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$807.48** | **$807.48** |
|---|---|---|---|---|

**Salazar, Raymar**
**12090 3rd ave**
**Sharonville, OH 45249**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.487 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,603.00** | **$1,603.00** |
|---|---|---|---|---|

**Saligan Ramirez, Adulfo**
**855 Softwind Rd**
**Vista, CA 92081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.488 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,197.00** | **$1,197.00** |
|---|---|---|---|---|

**Saligan Ramirez, Adulfo**
**855 Softwind Rd**
**Vista, CA 92081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.489 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Sanchez, Israel**
**3220 Figler CT Apt D**
**Las Vegas, NV 89030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.490 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Sanchez, Israel**
**3220 Figler CT Apt D**
**Las Vegas, NV 89030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.491 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,468.13 | $1,468.13 |
|---|---|---|---|---|

**Santamaria, Diego**
**8530 N 22nd Ave**
**Apt 2075**
**Phoenix, AZ 85021**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.492 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,728.00 | $1,728.00 |
|---|---|---|---|---|

**Santamaria, Diego**
**8530 N 22nd Ave**
**Apt 2075**
**Phoenix, AZ 85021**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.493 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,466.75 | $2,466.75 |
|---|---|---|---|---|

**Santiago, Roman O**
**43726 Eighth St E**
**Lancaster, CA 93535**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.494 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,248.14 | $2,248.14 |
|---|---|---|---|---|

**Santiago, Roman O**
**43726 Eighth St E**
**Lancaster, CA 93535**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.495 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$872.88** | **$872.88** |
|---|---|---|---|---|

**Sarnecki, Vanessa M**
**28240 N Granite Ave**
**San Tan Valley, AZ 85143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.496 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$969.04** | **$969.04** |
|---|---|---|---|---|

**Sarnecki, Vanessa M**
**28240 N Granite Ave**
**San Tan Valley, AZ 85143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.497 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,442.31** | **$1,442.31** |
|---|---|---|---|---|

**Scaife, Rashad J**
**1002 22nd Ave**
**Tampa, FL 33605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.498 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,251.20** | **$3,251.20** |
|---|---|---|---|---|

**Scott, Nicholie**
**7802 Sagemark Ridge Dr**
**Cypress, TX 77433**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,642.12** | **$1,642.12** |
|---|---|---|---|---|

**Scott, Nicholie**
**7802 Sagemark Ridge Dr**
**Cypress, TX 77433**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$920.00** | **$920.00** |
|---|---|---|---|---|

**Segovia, Francisco**
**6798 Callery Lane**
**West Jordan, UT 84081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$928.63** | **$928.63** |
|---|---|---|---|---|

**Segovia, Francisco**
**6798 Callery Lane**
**West Jordan, UT 84081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,148.44** | **$2,148.44** |
|---|---|---|---|---|

**Serrato, Christian**
**21 Alcott St**
**Denver, CO 80219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.503** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$859.06** | **$859.06**

**Serrato, Christian**
**21 Alcott St**
**Denver, CO 80219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.504** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,545.96** | **$1,545.96**

**Shannon, Daniel**
**2641 Stringham Ave**
**Apt 308C**
**Salt Lake City, UT 84109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.505** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,545.96** | **$1,545.96**

**Shannon, Daniel**
**2641 Stringham Ave**
**Apt 308C**
**Salt Lake City, UT 84109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

**2.506** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$832.50** | **$832.50**

**Sichembe, Ekupa**
**3210 w Michigan**
**Midland, TX 79701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

**2.507** | Priority creditor's name and mailing address

**Sichembe, Ekupa**
**3210 w Michigan**
**Midland, TX 79701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$1,092.50   $1,092.50

---

**2.508** | Priority creditor's name and mailing address

**Sierra, Ricardo**
**135 S 600 E**
**Unit 1**
**Salt Lake City, UT 84102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$1,839.42   $1,839.42

---

**2.509** | Priority creditor's name and mailing address

**Sierra, Ricardo**
**135 S 600 E**
**Unit 1**
**Salt Lake City, UT 84102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$1,839.42   $1,839.42

---

**2.510** | Priority creditor's name and mailing address

**Silva, Marco**
**342 W Prairie Circle**
**Itasca, IL 60143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

$1,634.62   $1,634.62

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,634.62 | $1,634.62 |
|---|---|---|---|---|

**Silva, Marco**
**342 W Prairie Circle**
**Itasca, IL 60143**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.512 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,115.38 | $2,115.38 |
|---|---|---|---|---|

**Slusser, Joshua**
**7211 Foxmoor Lake Ct.**
**HUMBLE, TX 77338**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.513 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,115.38 | $2,115.38 |
|---|---|---|---|---|

**Slusser, Joshua**
**7211 Foxmoor Lake Ct.**
**HUMBLE, TX 77338**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.514 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,834.42 | $1,834.42 |
|---|---|---|---|---|

**Smith, Christopher A**
**3542 S Riviera Dr**
**Salt Lake City, UT 84106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.515** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,834.42** | **$1,834.42**

**Smith, Christopher A**
**3542 S Riviera Dr**
**Salt Lake City, UT 84106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.516** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$647.63** | **$647.63**

**Soto, Samantha**
**163 E Burton Ave**
**South Salt Lake, UT 84115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.517** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$523.88** | **$523.88**

**Soto, Samantha**
**163 E Burton Ave**
**South Salt Lake, UT 84115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.518** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$912.00** | **$912.00**

**Spradlin,  Laurel Leroy**
**33797 Wright Rd**
**Menifee, CA 92584**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.519 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$912.00** | **$912.00** |
|---|---|---|---|---|

**Spradlin,  Laurel Leroy**
**33797 Wright Rd**
**Menifee, CA 92584**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.520 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Stapleton, Lanzereth Van**
**10523 Ludlow Court**
**San Antonio, TX 78239**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.521 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Stapleton, Lanzereth Van**
**10523 Ludlow Court**
**San Antonio, TX 78239**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.522 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,704.81** | **$2,704.81** |
|---|---|---|---|---|

**Starr, Brian J**
**1604 Venitian WAy**
**Saratoga Springs, UT 84045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.523 | Priority creditor's name and mailing address<br>**Starr, Brian J**<br>**1604 Venitian WAy**<br>**Saratoga Springs, UT 84045** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,704.81** | **$2,704.81** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.524 | Priority creditor's name and mailing address<br>**Strike, Henry L**<br>**330 East Williams Ave**<br>**Salt Lake City, UT 84111** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,057.69** | **$1,057.69** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.525 | Priority creditor's name and mailing address<br>**Strike, Henry L**<br>**330 East Williams Ave**<br>**Salt Lake City, UT 84111** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,057.69** | **$1,057.69** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.526 | Priority creditor's name and mailing address<br>**Stroud, Randy**<br>**1890 Kay Drive**<br>**Kaysville, UT 84037** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$897.00** | **$897.00** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$928.63** | **$928.63** |
|---|---|---|---|---|

**Stroud, Randy**
**1890 Kay Drive**
**Kaysville, UT 84037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,683.13** | **$1,683.13** |
|---|---|---|---|---|

**Suhr, Ryan**
**3077 Featherstone Dr**
**Burlington, KY 41005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,116.26** | **$2,116.26** |
|---|---|---|---|---|

**Suhr, Ryan**
**3077 Featherstone Dr**
**Burlington, KY 41005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,346.15** | **$1,346.15** |
|---|---|---|---|---|

**Sullivan, Scott**
**650 W South Temple Apt D310**
**Salt Lake City, UT 84104**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.531 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,346.15 | $1,346.15 |
|---|---|---|---|---|

**Sullivan, Scott**
**650 W South Temple Apt D310**
**Salt Lake City, UT 84104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.532 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Sweazea, Darla**
**109 Flyaway Ln**
**Fort Worth, TX 76120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.533 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $780.00 | $780.00 |
|---|---|---|---|---|

**Sweazea, Darla**
**109 Flyaway Ln**
**Fort Worth, TX 76120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.534 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,170.38 | $2,170.38 |
|---|---|---|---|---|

**Swensen, Valerie Anne**
**5210 S. 900 E.**
**Salt Lake City, UT 84117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
| | Name | | | |

| 2.535 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,170.38** | **$2,170.38** |

**Swensen, Valerie Anne**
**5210 S. 900 E.**
**Salt Lake City, UT 84117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.536 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,320.19** | **$2,320.19** |

**Taylor, Logan J**
**2456 S 800 E**
**Salt Lake City, UT 84106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.537 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,320.20** | **$2,320.20** |

**Taylor, Logan J**
**2456 S 800 E**
**Salt Lake City, UT 84106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.538 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$50.00** | **$50.00** |

**Taylor, Logan J**
**2456 S 800 E**
**Salt Lake City, UT 84106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**2.539** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$948.19** | **$948.19**

**Teegardin, Nickolus**
**1480 wilmont rd**
**Florence, CO 81226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.540** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,490.31** | **$1,490.31**

**Teegardin, Nickolus**
**1480 wilmont rd**
**Florence, CO 81226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.541** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,716.00** | **$1,716.00**

**Thomas, Christopher**
**555 N College Ave**
**#1012**
**Tempe, AZ 85281**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.542** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,518.00** | **$1,518.00**

**Thomas, Christopher**
**555 N College Ave**
**#1012**
**Tempe, AZ 85281**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 2.543 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,627.88** | **$1,627.88** |
|---|---|---|---|---|

**Tobar, Manuel A**
**38867 Barrington St**
**Palmdale, CA 93551**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.544 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,627.88** | **$1,627.88** |
|---|---|---|---|---|

**Tobar, Manuel A**
**38867 Barrington St**
**Palmdale, CA 93551**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.545 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$240.00** | **$240.00** |
|---|---|---|---|---|

**Tobar, Manuel A**
**38867 Barrington St**
**Palmdale, CA 93551**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.546 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,019.23** | **$1,019.23** |
|---|---|---|---|---|

**Torres, Sabrina**
**2020 Nevada St Apt 1**
**Salt Lake City, UT 84108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| | |
|---|---|
| Debtor **Empire Solar Group, LLC** | Case number (if known) **21-23636** |
| Name | |

| 2.547 | Priority creditor's name and mailing address **Torres, Sabrina** **2020 Nevada St Apt 1** **Salt Lake City, UT 84108** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,019.23 | $1,019.23 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.548 | Priority creditor's name and mailing address **Trujillo, Carlos A** **613 Richmar Ave 112** **San Marcos, CA 92069** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $910.88 | $910.88 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.549 | Priority creditor's name and mailing address **Trujillo, Carlos A** **613 Richmar Ave 112** **San Marcos, CA 92069** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $931.88 | $931.88 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| 2.550 | Priority creditor's name and mailing address **Urriola, Gregory E** **2743 Morning Rain St** **Las Vegas, NV 89156** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $730.00 | $730.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.551 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$997.53** | **$997.53** |
|---|---|---|---|---|

**Urriola, Gregory E**
**2743 Morning Rain St**
**Las Vegas, NV 89156**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.552 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$980.77** | **$980.77** |
|---|---|---|---|---|

**Valentine, Andrea Lynn**
**1859 east 122nd street**
**Burnsville, MN 55337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.553 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$980.77** | **$980.77** |
|---|---|---|---|---|

**Valentine, Andrea Lynn**
**1859 east 122nd street**
**Burnsville, MN 55337**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.554 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Varela, Daniella**
**6759 West Tupelo Lane**
**West Jordan, UT 84081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | | Case number (if known) | **21-23636** |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.555 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Vasquez, Jovanny**
**1915 Acacia ave**
**Antioch, CO 94509**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.556 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Vasquez-Toledo, Juno R**
**5800 W Charleston Blvd**
**Apt 1008**
**Las Vegas, NV 89146**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.557 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Vasquez-Toledo, Juno R**
**5800 W Charleston Blvd**
**Apt 1008**
**Las Vegas, NV 89146**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.558 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $753.09 | $753.09 |
|---|---|---|---|---|

**Veal, Anthony**
**4561 Lamplighter Cir**
**Colorado Springs, CO 80916**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$876.77** | **$876.77** |
|---|---|---|---|---|

**Veal, Anthony**
**4561 Lamplighter Cir**
**Colorado Springs, CO 80916**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,751.21** | **$2,751.21** |
|---|---|---|---|---|

**Vejar, Marco**
**6111 N 36th Dr**
**Phoenix, AZ 85019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,153.85** | **$1,153.85** |
|---|---|---|---|---|

**Vejar, Marco**
**6111 N 36th Dr**
**Phoenix, AZ 85019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,019.23** | **$1,019.23** |
|---|---|---|---|---|

**Velazquez, Kimberly**
**11758 S Lake Stone Circle**
**South Jordan, UT 84009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.563 | Priority creditor's name and mailing address<br>**Velazquez, Kimberly**<br>**11758 S Lake Stone Circle**<br>**South Jordan, UT 84009** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,019.23** | **$1,019.23** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.564 | Priority creditor's name and mailing address<br>**Villasenor Garcia, Rigoberto**<br>**842 Maple St Ne**<br>**Spring Lake Prk, MN 55432** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,042.50** | **$1,042.50** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.565 | Priority creditor's name and mailing address<br>**Villasenor Garcia, Rigoberto**<br>**842 Maple St Ne**<br>**Spring Lake Prk, MN 55432** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$757.50** | **$757.50** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.566 | Priority creditor's name and mailing address<br>**Wagoner, William Jordan**<br>**290 Princess Ann Court**<br>**Henderson, NV 89015** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                                       Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.567 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Wagoner, William Jordan**
**290 Princess Ann Court**
**Henderson, NV 89015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.568 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,026.80** | **$1,026.80** |
|---|---|---|---|---|

**Westphal, Adam**
**4720 Louisiana Ave**
**Denver, CO 80246**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.569 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$822.31** | **$822.31** |
|---|---|---|---|---|

**Westphal, Adam**
**4720 Louisiana Ave**
**Denver, CO 80246**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.570 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,430.77** | **$1,430.77** |
|---|---|---|---|---|

**Wijckmans, Annie V.**
**3818 S. Rock Drive**
**Saratoga Springs, UT 84045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**2.571** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,430.77** | **$1,430.77**

**Wijckmans, Annie V.**
**3818 S. Rock Drive**
**Saratoga Springs, UT 84045**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.572** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,045.96** | **$1,045.96**

**Willey, Chana**
**9212 Bedford Dr.**
**Odessa, TX 79764**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.573** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,045.96** | **$1,045.96**

**Willey, Chana**
**9212 Bedford Dr.**
**Odessa, TX 79764**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.574** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$760.00** | **$760.00**

**Williams, Chase**
**3161 South Park Court East**
**Salt Lake City, UT 84106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 144 of 550

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$755.25** | **$755.25** |
|---|---|---|---|---|

**Williams, Chase**
**3161 South Park Court East**
**Salt Lake City, UT 84106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,319.42** | **$2,319.42** |
|---|---|---|---|---|

**Williams, Michael**
**731 Minnesota St**
**Monticello, MN 55362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,475.67** | **$2,475.67** |
|---|---|---|---|---|

**Williams, Michael**
**731 Minnesota St**
**Monticello, MN 55362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$435.00** | **$435.00** |
|---|---|---|---|---|

**Wolsey, Joshua**
**18927 Atasca Oaks Dr.**
**Humble, TX 77346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.579 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $431.25 | $431.25 |
|---|---|---|---|---|

**Wolsey, Joshua**
**18927 Atasca Oaks Dr.**
**Humble, TX 77346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.580 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,935.58 | $1,935.58 |
|---|---|---|---|---|

**Woycio, Scott**
**4238 Wyandot St**
**Denver, CO 80211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.581 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,935.58 | $1,935.58 |
|---|---|---|---|---|

**Woycio, Scott**
**4238 Wyandot St**
**Denver, CO 80211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

| 2.582 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,748.72 | $1,748.72 |
|---|---|---|---|---|

**Young, Jeffrey**
**1608 Davis Dr.**
**Layton, UT 84041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 2.583 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,770.35** | **$1,770.35** |
|---|---|---|---|---|

**Young, Jeffrey**
**1608 Davis Dr.**
**Layton, UT 84041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.584 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,018.75** | **$1,018.75** |
|---|---|---|---|---|

**Zambrano, Geovanna**
**722 w jefferson ln**
**Sandy, UT 84070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.585 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,009.38** | **$1,009.38** |
|---|---|---|---|---|

**Zambrano, Geovanna**
**722 w jefferson ln**
**Sandy, UT 84070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

| 2.586 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,704.81** | **$2,704.81** |
|---|---|---|---|---|

**Zambrano, Rafael**
**1412 Buckeye Dr**
**El Cajon, CA 92021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No

☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 2.587 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,704.81 | $2,704.81 |
|---|---|---|---|---|

**Zambrano, Rafael**
**1412 Buckeye Dr**
**El Cajon, CA 92021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | **$84,820.00** |

**1 Solar**
**2391 S 1560 W**
**Woods Cross, UT 84087**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **$12,768.00** |
|---|---|---|

**1 Solar**
**2391 S 1560 W**
**Woods Cross, UT 84087**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **$14,464.00** |
|---|---|---|

**1 Solar**
**2391 S 1560 W**
**Woods Cross, UT 84087**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | **$28,240.00** |
|---|---|---|

**1 Solar**
**2391 S 1560 W**
**Woods Cross, UT 84087**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | **$26,752.00** |
|---|---|---|

**1 Solar**
**2391 S 1560 W**
**Woods Cross, UT 84087**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,080.00** |
|---|---|---|---|
| | **1 Solar** | ☐ Contingent | |
| | **2391 S 1560 W** | ☐ Unliquidated | |
| | **Woods Cross, UT 84087** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,600.00** |
|---|---|---|---|
| | **1 Solar** | ☐ Contingent | |
| | **2391 S 1560 W** | ☐ Unliquidated | |
| | **Woods Cross, UT 84087** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,840.00** |
|---|---|---|---|
| | **1 Solar** | ☐ Contingent | |
| | **2391 S 1560 W** | ☐ Unliquidated | |
| | **Woods Cross, UT 84087** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,646.50** |
|---|---|---|---|
| | **5 Star Energy Pros** | ☐ Contingent | |
| | **536 Stone Road #D** | ☐ Unliquidated | |
| | **Benicia, CA 94510** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,704.00** |
|---|---|---|---|
| | **5 Star Energy Pros** | ☐ Contingent | |
| | **536 Stone Road #D** | ☐ Unliquidated | |
| | **Benicia, CA 94510** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,719.00** |
|---|---|---|---|
| | **5 Star Energy Pros** | ☐ Contingent | |
| | **536 Stone Road #D** | ☐ Unliquidated | |
| | **Benicia, CA 94510** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,114.00** |
|---|---|---|---|
| | **5 Star Energy Pros** | ☐ Contingent | |
| | **536 Stone Road #D** | ☐ Unliquidated | |
| | **Benicia, CA 94510** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,862.50**

**5 Star Energy Pros**
**536 Stone Road #D**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,504.50**

**5 Star Energy Pros**
**536 Stone Road #D**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,722.50**

**5 Star Energy Pros**
**536 Stone Road #D**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,130.00**

**5 Star Energy Pros**
**536 Stone Road #D**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,240.00**

**5 Star Energy Pros**
**536 Stone Road #D**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,828.00**

**5 Star Energy Pros**
**536 Stone Road #D**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**815-847 Arnold Drive/James Ramos**
**P.O. Box 399266**
**San Francisco, CA 94139-9266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,603.50**

**A & A Industries**
**306 Fox Squirrel Run**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Aaron Hall**
**455 Willowcrest Way**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Aaron Romero**
**628 corona st**
**Denver, CO 80218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Aaron Timmons**
**912 winding oak trl**
**Lexington, KY 40511**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Abdul hamidi**
**14601 foothill rd**
**Victorville, CA 92394**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Abel Avalos**
**13238 Vicksburg st**
**Houston, TX 77015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Abigail Rowe**
**236 LCR 498**
**Mexia, TX 76667**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Abimael Rivera**
**983 Chanler Dr**
**Haines, FL 33844**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,218.74**

**ABP Energy**
**4151 East Mica Road**
**San Tan Valley, AZ 85143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Abraham Darais**
**934 W 360 S**
**Orem, UT 84058**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Abraham Lopez**
**13121 Gladden Dr**
**Houston, TX 77049**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Ace Ace**
**404 Crater Court**
**Henderson, NV 89014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Adam Bisonette**
**8217 Leaning Oak Ct**
**Arlington, TX 76002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Adam Follette**
**9816 Enchanted Valley Ct**
**Las Vegas, NV 89117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Adam Hayes**
**5 Maplewood Drive**
**Greenwich, OH 44837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Adam Montgomery**
**15561 S Cananea Circle**
**Arizona City, AZ 85123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Adam R Recob**
**6105 Troyer Drive**
**Cheyenne, WY 82007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Adam Russell**
**1705 Westfall Drive**
**Anna, TX 75409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Adam Tyler**
**2486 Catalina Drive**
**Cottonwood Heights, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Adam Valdez**
**1277 N Platteville Blvd**
**Pueblo West, CO 81007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,533.07**

**Adams & Reese**
**PO BOX 2153**
**Dept. 5208**
**Birmingham, AL 35287**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,854.19** |
|---|---|---|---|
| | **Addtech Controls** | ☐ Contingent | |
| | **5280 S Commerce DR** | ☐ Unliquidated | |
| | **Suite E155** | ☐ Disputed | |
| | **Murray, UT 84107-5328** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Adelma Anicete & Nerissa Bernabeo** | ☐ Contingent | |
| | **4555 Donegal Way** | ☐ Unliquidated | |
| | **Antioch, CA 94531** | ☐ Disputed | |
| | Date(s) debt was incurred **0** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Adolfo Rodriguez** | ☐ Contingent | |
| | **4912 Eterno st** | ☐ Unliquidated | |
| | **North Las Vegas, NV 89031** | ☐ Disputed | |
| | Date(s) debt was incurred **0** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Adrian Armour** | ☐ Contingent | |
| | **1049 Columbus Dr** | ☐ Unliquidated | |
| | **Jonesboro, GA 30236** | ☐ Disputed | |
| | Date(s) debt was incurred **0** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Adrian Carillo** | ☐ Contingent | |
| | **5682 W Cape Cod Dr** | ☐ Unliquidated | |
| | **West Valley City, UT 84128** | ☐ Disputed | |
| | Date(s) debt was incurred **0** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Adrian Casanola** | ☐ Contingent | |
| | **2725 Monterey Bay** | ☐ Unliquidated | |
| | **Evans, CO 80620** | ☐ Disputed | |
| | Date(s) debt was incurred **0** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Adrian Reyes** | ☐ Contingent | |
| | **3589 w 1800 n** | ☐ Unliquidated | |
| | **West Point, UT 84015** | ☐ Disputed | |
| | Date(s) debt was incurred **0** | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
         Name

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adrian Villa**
**4724 Bronzeleaf Ln**
**Fort Worth, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adriana Benavides**
**501 blue Sage dr.**
**Leander, TX 78641**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adriana DeLeon**
**2201 meadow dr**
**Anna, TX 75409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adriean Thomas**
**6802 S 8th St.**
**Phoenix, AZ 85042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Adrienne Talley**
**4445 S 13000E Rd**
**Hopkins Park, IL 60958**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,058.77** |
|---|---|---|---|

**Advantage Solar**
**429 W Granary Place**
**Saratoga Springs, UT 84045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$226,469.96** |
|---|---|---|---|

**AEE Solar (QCell)**
**Dept LA 25061**
**Pasadena, CA 91185-5061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          **Page 155 of 550**

Debtor   **Empire Solar Group, LLC**                              Case number (if known)   **21-23636**
_____                          _____
         Name

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Affiliate Solar LLC**
**195 E 400 S**
**Payson, UT 84651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Agedo Zaragoza**
**1705 E Shasta St**
**Casa Grande, AZ 85122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ageo Molina #2**
**4925 W 23rd Pl #2**
**Cicero, IL 60804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Agustin Constantino Culebro**
**2605 Perliter ave**
**North las vegas, NV 89030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ahizer Camacho-Farrera**
**1011 Wynkoop Dr**
**Colorado Springs, CO 80909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ahmad Alhussari**
**8569 Hayloft Pl**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ahmed  Barikzi**
**873 De Met**
**Las vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**AIM 786, LLC(ceo@group786.com)**
**PO Box 954053**
**Lake Mary, FL 32795-4053**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Akira Moriyasu**
**6139 gannet dr**
**Timnath, CO 80547**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alain Adai**
**6808 Richfield Dr**
**North Richland Hills, TX 76182**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alan Colinet**
**1400 Waterfall St**
**Timnath, CO 80547**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alan Hernandez**
**3327 Barkstone Drive**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alan Pfeifer**
**641 Timothy Ave.**
**Pahrump, NV 89179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alan Salazar**
**20306 Green Mountain Drive**
**New Caney, TX 77357**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.69** | **Nonpriority creditor's name and mailing address**
**Albert Alderfer**
**5247 hayden farms dr**
**Powder Springs, GA 30127**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.70** | **Nonpriority creditor's name and mailing address**
**Albert and Stephanie Quintanar**
**2202 manor oaks terr**
**Abeline, TX 79602**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.71** | **Nonpriority creditor's name and mailing address**
**Alberto Garcia**
**1613 Clark Trl**
**Grand Prairie, TX 75052**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.72** | **Nonpriority creditor's name and mailing address**
**Alberto Marron**
**229 HEALY AVE**
**ROMEOVILLE, IL 60446**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.73** | **Nonpriority creditor's name and mailing address**
**Aldair Sagal**
**19165 e Carmel cir**
**Aurora, CO 80011**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.74** | **Nonpriority creditor's name and mailing address**
**Aldia Abati**
**1150 Byerly Way,**
**Orlando, FL 32818**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.75** | **Nonpriority creditor's name and mailing address**
**Alec Kemnitz**
**6102 Blackgum Drive**
**Houston, TX 77092**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Official Form 206 E/F               **Schedule E/F: Creditors Who Have Unsecured Claims**               **Page 158 of 550**

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Alec VanLandult**
**7045 Plymouth Ave**
**University City, MO 63130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alecia  Rhoades**
**746 Fm 1633**
**Mexia, TX 76667**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alejandro & Leslie Cristina Gonz lez**
**10051 Meadow Mill Forest ln**
**Houston, TX 77044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alejandro Zuniga**
**3319 Bluebird Park Ln.**
**Humble, TX 77338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alex  Benavides**
**5004 Eaglewood Lane**
**Johnstown, CO 80534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alex Basilio**
**39481 Castleford Ln**
**Wadsworth, IL 60083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alex Gray**
**8324 Steel Dust Dr**
**Fort worth, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                          Case number (if known)     **21-23636**
          Name

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alex Knewtson**
**12930 Monarch CT**
**Broomfield, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$300.00** |
|---|---|---|---|

**Alex McEligot**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alex O'Leary**
**4633 Therapeutic St**
**North Las Vegas, NV 89031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alex Plechash**
**475 Highcroft rd**
**Wayzata, MN 55391**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alex Sbardellati**
**2274 East Knollhaven Street**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alex Soto**
**2923 nw 21st st**
**Fort worth, TX 76106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alexander Ollila**
**3614 Leeds Ln**
**Colorado Springs, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alexander Sowinski**
**7624 cruz bay ct**
**Las Vegas, NV 89128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alexandra Chindris**
**46 Calle Mattis**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alexandre Reid**
**4929 Orchid Dr**
**Fort Worth, TX 76137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alexandre Skiba**
**6079 Greybull Road**
**Timnath, CO 80547**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alexandria Ickes and Timothy Paiz**
**5677 Mystical Knight Ct**
**Las Vegas, NV 89131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.95** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alexandria Sutton**
**7417 Sunray Point St**
**North Las Vegas, NV 89084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.96** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alexis De La Cruz**
**19754 North Lauren Road**
**Maricopa, AZ 85138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alfonso Marcial**
**25402 Yolanda ave**
**Moreno Valley, CA 92551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alfred  Gomez**
**1916 E Sheridan st**
**Phoenix, AZ 85006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alfred  Neslen**
**7227 Callie Dr**
**West Jordan, UT 84084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alfred De La O**
**1412 Goldeneagle Drive**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alfredo Vargas**
**4222 S 20th PL**
**Phoenix, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ali Castellanos**
**4281 n high noon st**
**Enoch, UT 84721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Alicia Gonzalez**
**6200 Lundy Rd**
**Sun Valley, NV 89433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.104** | **Nonpriority creditor's name and mailing address**
**Alirio Ardon**
**12503 W Lobo Dr**
**Arizona City, AZ 85123**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.105** | **Nonpriority creditor's name and mailing address**
**Alisha Hunt**
**1370 Santa Victoria Road**
**Chula Vista, CA 91913**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.106** | **Nonpriority creditor's name and mailing address**
**Allen Mills**
**8309 smokey creek pass**
**Fort Worth, TX 76179**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.107** | **Nonpriority creditor's name and mailing address**
**Allison Erickson**
**2704 Elmira St**
**Denver, CO 80238**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.108** | **Nonpriority creditor's name and mailing address**
**Allstar Water Systems**
**7360 Trade Street**
**Suite B**
**San Diego, CA 92121**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$488.82**

---

**3.109** | **Nonpriority creditor's name and mailing address**
**Ally Bank**
**PO BOX 9001948**
**LOUISVILLE, KY 40290-1948**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Vehicle Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,969.75**

---

**3.110** | **Nonpriority creditor's name and mailing address**
**Alma Bloyed**
**5718 Begonia Drive**
**Rowlett, TX 75089**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**
Name

Case number (if known)   **21-23636**

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,262.71** |

**Altever Inc.**
**3212 Everglade Ave**
**Clovis, CA 93619**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,992.00** |

**Altitude Solar LLC**
**15345 N Scottsdale RD Unit 2048**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Alvin Denton**
**10454 Carry Back Cir**
**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,900.00** |

**Always Sunny Solar**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Alycia Erickson**
**2441 Shooting Star Way**
**Evans, CO 80620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Amador Mendiaz Meza**
**1708 Independence Rd**
**Blue Mount, TX 76131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Amanda Clark**
**2201 Blythwood Trail**
**Fort worth, TX 76108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
         Name

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amanda Gordon**
**5437 Lochdale Dr**
**Orlando, FL 32818**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amanda Jerzak**
**6200 Sadler Dr**
**Las Vegas, NV 89130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amanda Kirkendoll**
**5423 Lancer ave**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amanda Mooberry**
**6244 Ashley Hills Ave**
**Las Vegas, NV 89141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amanda Nadelson**
**105 Allison st**
**Lakewood, CO 80226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amanda Navarro**
**4070 Jacobs Drive**
**Traver, CA 93673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Amber  Barnes**
**1339 West 220 North**
**Pleasant grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor **Empire Solar Group, LLC** | Case number (if known)   **21-23636** |
| Name | |

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Amber & William Bowman**
**2361 s 450 e**
**Heber City, UT 84032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Amber Portillo**
**1702 Rio Grande Way**
**American Canyon, CA 94503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00**

**American Electric Power**
**PO Box 371883**
**Pittsburgh, PA 15250-7883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,325.58**

**American Energy Group llc**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$145.00**

**American Overhead Door**
**4336 N Nevada Ave**
**Colorado Springs, CO 80907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,726.93**

**Americana Solar LLC dba Amplifi Energy**
**1060 S Main Street**
**Bldg A Suite 3**
**St George, UT 84770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Ameyo  Akakpo**
**1562 Leonard St**
**Hampton, GA 30228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
_____
Name

| | | |
|---|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.132**

**Nonpriority creditor's name and mailing address**

**Ammie Black**
**73 S Drupe Ln**
**Vineyard, UT 84059**

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.133**

**Nonpriority creditor's name and mailing address**

**Amplifi Energy**

**Date(s) debt was incurred  _**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,811.70**

---

**3.134**

**Nonpriority creditor's name and mailing address**

**Amy Chou**
**6055 Crawford St**
**San Diego, CA 92120**

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.135**

**Nonpriority creditor's name and mailing address**

**Amy Nemcik**
**464 Buchon Street**
**San Luis Obispo, CA 93401**

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.136**

**Nonpriority creditor's name and mailing address**

**Amy Saucier**
**7007 Halliday Ave**
**Oakland, CA 94605**

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.137**

**Nonpriority creditor's name and mailing address**

**Amy Tanner**
**7018 Calvert Cliffs St**
**North Las Vegas, NV 89084**

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.138**

**Nonpriority creditor's name and mailing address**

**Ana Amaya**
**19831 Bettencourt ln**
**Houston, TX 77073**

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (*if known*) | **21-23636** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Anabel Reyes Garc a**<br>**801 Edgebrook Drive**<br>**Baytown, TX 77521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0** | Basis for the claim: _ | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Anagha Padgaokar**<br>**15764 Kavin Lane**<br>**Los Gatos, CA 95030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0** | Basis for the claim: _ | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Andre Session**<br>**8169 Highland Dr SW**<br>**Covington, GA 30014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0** | Basis for the claim: _ | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Andrea MacDonald**<br>**3741 W 3830 S**<br>**West Valley City, UT 84120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0** | Basis for the claim: _ | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Andrea Meyers**<br>**2833 Stagecoach Drive**<br>**Valley Springs, CA 95252** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0** | Basis for the claim: _ | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Andrea Skelton**<br>**219 Garrett St**<br>**Anna, TX 75409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0** | Basis for the claim: _ | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Andres Espinosa**<br>**6254 palm ave**<br>**Bell, CA 90201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0** | Basis for the claim: _ | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Andres Nizzotti**
**18131 W 94th Ln**
**Arvada, CO 80007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Andrew  Torres**
**6739 Spring Hurst St.**
**San Antonio, TX 78249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Andrew Baldwin**
**9026 Kirby Ct**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Andrew Blancarte**
**5137 Hayes St.**
**Shawnee, KS 66203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Andrew Burch**
**1190 Homestead rd**
**Erie, CO 80516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Andrew D Simmons**
**9018 E 72nd Terr**
**Raytown, MO 64133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Andrew Doroskin**
**475 Mohave Street**
**Hoffman Estates, IL 60169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

Debtor     **Empire Solar Group, LLC**                                    Case number (if known)     **21-23636**
           Name

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew Griffith**
**3648 Abbotswood Dr**
**Johnstown, CO 80534**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew Hill**
**175 Stapleton Way**
**Georgetown, KY 40324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew Jamerson**
**11400 Myrtle Avenue**
**KS City, MO 64137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew Jeffers**
**3061 S 4960 W**
**west valley, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew May**
**668 Donatello Dr**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew Metcalf**
**1505 Edgewood Drive**
**Ashland, OH 44805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Andrew Palella**
**435 N Franklin St**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
Name

---

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Andrew Rogers**
**6838 Empire Cliff St**
**North Las Vegas, NV 89084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Andrew Strong**
**2246 E 3225 N**
**Layton, UT 84040**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Andrew Zau**
**13644 pacifica trail**
**san diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Andy Neal**
**2140 south ouray st**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Angel  Rivera**
**1308 eagle lake dr**
**Azle, TX 76020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Angel Anderson**
**5519 Chantry Drive**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Angel Gabriel Lazcano**
**6160 Carl Ave**
**Las Vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 171 of 550**

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Angel Lascano**
**827 Green Meadow Dr**
**Harker Heights, TX 76548**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Angela Coleman**
**4988 Stoney Meadow Dr**
**North Ridgeville, OH 44039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Angela Lightfoot**
**7018 rim fossil st**
**North las vegas, NV 89084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Angela Tracy**
**7413 E 127 St**
**Grandview, MO 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Angelica Gomez**
**241 North 70th Terrace**
**Kansas City, KS 66112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Anibal Arias**
**2723 Steelhead Dr.**
**Houston, TX 77045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Anne Stoup**
**1766 39th St**
**San Diego, CA 92105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
Name

| | |
|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** |

**3.174** | **Nonpriority creditor's name and mailing address**
**Annette Peterson**
**8404 Steel Dust Dr**
**Fort worth, TX 76179**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** | **Nonpriority creditor's name and mailing address**
**Annie Allred**
**9942 W Cherokee Ave**
**Las Vegas, NV 89147**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176** | **Nonpriority creditor's name and mailing address**
**Anthony Belville**
**690 Fairview Avenue**
**Elmhurst, IL 60126**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177** | **Nonpriority creditor's name and mailing address**
**Anthony Cockriel**
**4859 Chestnut Drive**
**Woodbury, MN 55129**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.178** | **Nonpriority creditor's name and mailing address**
**Anthony Meadows**
**167 E 970 N**
**Hurricane, UT 84737**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.179** | **Nonpriority creditor's name and mailing address**
**Anthony Mogensen**
**62275 Crestview Drive**
**Joshua Tree, CA 92252**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.180** | **Nonpriority creditor's name and mailing address**
**Anthony Suggs**
**10301 Canvas Canyon Ct**
**Las Vegas, NV 89178**

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.181** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Anthony Teague**
**656 Chestnut Ln**
**Saginaw, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Anthony Vallejos**
**321 East Elm Street**
**Walsenburg, CO 81089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Anthony Whisler**
**16405 Harris Avenue**
**Belton, MO 64012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Anthony Wurtz**
**41910 Pacific Grove Way**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Antoinette Dace**
**10203 Napier Dr**
**Rosharon, TX 77583**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Antonia McIsaac**
**4845 Marlin Pl**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.187** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Antonio Castro**
**5403 four winds dr**
**Arlington, TX 76018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.188** | **Nonpriority creditor's name and mailing address**
**Antonio D. Rodriguez**
**4594 Morton Grove Avenue**
**Las Vegas, NV 89115**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address**
**Anusorn Kangkorn**
**2120 som center rd**
**Mayfield heights, OH 44124**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address**
**Apolonio Aleman**
**1841 South 88th Street**
**Kansas City, KS 66111**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address**
**April  Rubio**
**3372 oakdale waterford Hwy**
**Oakdale, CA 95361**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address**
**April & Christopher Besser**
**9593 Fairway Glen Dr**
**Peyton, CO 80831**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address**
**April McDonald**
**361 W 1550 N**
**Cedar City, UT 84721**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.194** | **Nonpriority creditor's name and mailing address**
**April Teffault**
**1055 Chatham rd**
**Buford, GA 30518**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Empire Solar Group, LLC**                                    Case number (if known)     **21-23636**
_____
Name

| | |
|---|---|
| 3.195 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Aptos Solar Technology**
**PO Box 4776, #100**
**Houston, TX 77210-4776**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*               **$0.45**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

3.196   **Nonpriority creditor's name and mailing address**
**Aquiles Coronel**
**12821 W Young St**
**Surprise, AZ 85378**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*               **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

3.197   **Nonpriority creditor's name and mailing address**
**Arailde Matos**
**5904 Eugene ave**
**Las vegas, NV 89108**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*               **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

3.198   **Nonpriority creditor's name and mailing address**
**Arcenio Crespo**
**4014 West Rochelle Road**
**Irving, TX 75062**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*               **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

3.199   **Nonpriority creditor's name and mailing address**
**Ariel  Peterson**
**4669 West Vista Drive**
**Highland, UT 84003**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*               **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

3.200   **Nonpriority creditor's name and mailing address**
**Aristides Saint-Hilaire**
**8225 151st St**
**Savage, MN 55378**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*               **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

3.201   **Nonpriority creditor's name and mailing address**
**Arize Energy**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*               **$740.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.202**

**Nonpriority creditor's name and mailing address**
**Arjay Garcia**
**7590 EL CANEY DR**
**Buena Park, CA 90620**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.203**

**Nonpriority creditor's name and mailing address**
**Arligen Miller**
**21661 Rum River Blvd**
**Anoka, MN 55303**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.204**

**Nonpriority creditor's name and mailing address**
**Armand Abrea**
**28263 Tierra Vista Road**
**Temecula, CA 92592**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.205**

**Nonpriority creditor's name and mailing address**
**Armando Macias & Danny Adrian Hernandez**
**3148 Rowland St**
**Las Vegas, NV 89108**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.206**

**Nonpriority creditor's name and mailing address**
**Armando Osalde**
**1670 Coral Drive**
**Santa Maria, CA 93454**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.207**

**Nonpriority creditor's name and mailing address**
**Arthur Waller**
**1936 Borda Way**
**Gardnerville, NV 89410**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.208**

**Nonpriority creditor's name and mailing address**
**Arturo Ramos**
**3678 Via Segundo Avenue**
**Las Vegas, NV 89115**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)        **21-23636**
          Name

| | |
|---|---|
| 3.209 | **Nonpriority creditor's name and mailing address** |
| | **Ashley Turner** |
| | **303 Phillips st** |
| | **Hutto, TX 78634** |

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.210 | **Nonpriority creditor's name and mailing address** |
| | **Ashley Demello** |
| | **10457 Gwynns Falls St** |
| | **Las Vegas, NV 89183** |

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.211 | **Nonpriority creditor's name and mailing address** |
| | **Ashley Dzubak** |
| | **284 Effington Ln** |
| | **Columbus, OH 43207** |

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.212 | **Nonpriority creditor's name and mailing address** |
| | **Ashley Elmore** |
| | **9732 canyon landing avenue** |
| | **las vegas, NV 89166** |

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.213 | **Nonpriority creditor's name and mailing address** |
| | **Ashley Martino** |
| | **8244 Strawberry Spring St** |
| | **las vegas, NV 89143** |

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.214 | **Nonpriority creditor's name and mailing address** |
| | **Ashley Pitts** |
| | **411 S Cedar St** |
| | **Colorado Springs, CO 80903** |

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.215 | **Nonpriority creditor's name and mailing address** |
| | **Atanas Hristov** |
| | **8196 Rabbit Dr** |
| | **Frisco, TX 75034** |

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 178 of 550**

Debtor    **Empire Solar Group, LLC**                                          Case number (if known)      **21-23636**
          Name

| 3.216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Atarah Harris**
**1542 Farrell Lane**
**Hampton, GA 30228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,788.14** |
|---|---|---|---|

**Atlanta Electrical Distributors LLC**
**2935 Shawnee Industrial Way Ste 200**
**SUWANEE, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Atlanta Electrical Distributors LLC**
**2935 Shawnee Industrial Way Ste 200**
**SUWANEE, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$72.07** |
|---|---|---|---|

**Atlanta Electrical Distributors LLC**
**2935 Shawnee Industrial Way Ste 200**
**SUWANEE, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.15** |
|---|---|---|---|

**Atlanta Electrical Distributors LLC**
**2935 Shawnee Industrial Way Ste 200**
**SUWANEE, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15.86** |
|---|---|---|---|

**Atlanta Electrical Distributors LLC**
**2935 Shawnee Industrial Way Ste 200**
**SUWANEE, GA 30024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Atreya Yelishetti**
**309 moss Cove rd**
**Crossroads, TX 76227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Aubrianna Shoup**
**6605 Crown Point Court**
**Midland, TX 79706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,996.32** |
|---|---|---|---|

**Auburn Roofing Inc.**
**130 Elm Avenue**
**Auburn, CA 95603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Audrey Talbott**
**1484 E 130th Dr**
**Thornton, CO 80241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,998.00** |
|---|---|---|---|

**Aurora Solar**
**434 Brannan Street**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Austin Fendzlau & Maya Eksten**
**4231 west Wilson rd**
**Pahrump, NV 89048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Austin Holmes**
**6501 13th Ave N**
**St. Petersburg, FL 33710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ◼ No  ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Austin Kakalow**
**13199 E Tumbleweed Ln**
**Florence, AZ 85132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ◼ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$373,923.15**

**Automotive Rentals, Inc. (ARI)**
**PO Box 8500-4375**
**Philadelphia, PA 19178-4375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$234,614.19**

**Automotive Rentals, Inc. (ARI)**
**PO Box 8500-4375**
**Philadelphia, PA 19178-4375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124,384.63**

**Automotive Rentals, Inc. (ARI)**
**PO Box 8500-4375**
**Philadelphia, PA 19178-4375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,562.37**

**Automotive Rentals, Inc. (ARI)**
**PO Box 8500-4375**
**Philadelphia, PA 19178-4375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Ava-Marie Cannella & Joseph Cannella**
**214 Colonial Hills Rd**
**Winder, GA 30680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Avery Leckrone**
**2140 Peach Hill Ave**
**Las Vegas, NV 89106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00**

**Avochato Inc.**
**38 Miller Ave #511**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
          Name

| | |
|---|---|
| **3.237** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Axel Ortiz**
**10639 topaz ave**
**Hesperia, CA 92344**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.238**    **Nonpriority creditor's name and mailing address**
**Axiom Commercial Property Management (NA**
**815 Woodswether Road**
**Kansas City, MO 64105**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.239**    **Nonpriority creditor's name and mailing address**
**Aymee Gonzalez**
**1026 Huckburn Ave**
**Henderson, NV 89015**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.240**    **Nonpriority creditor's name and mailing address**
**Barbara Baird**
**545 East Wood Street**
**Willows, CA 95988**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.241**    **Nonpriority creditor's name and mailing address**
**Barbara Rambold**
**4302 Cobblestone Ln**
**Johnstown, CO 80534**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.242**    **Nonpriority creditor's name and mailing address**
**Bart Thrailkill**
**2388 E Harding Way**
**Stockton, CA 95205**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.243**    **Nonpriority creditor's name and mailing address**
**Bazzill Engraving**
**2432 WEST PEORIA AVENUE**
**SUITE 1182**
**PHOENIX, AZ 85029**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*    **$76.02**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Beate Walker**
**1401 Martin Dr**
**CO Springs, CO 80915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,717.17** |
|---|---|---|---|

**Bee Solar LLC**
**320 Conestoga Way**
**#6205**
**Henderson, NV 89002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benjamin  Faust**
**709 Wylie St**
**Crowley, TX 76036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benjamin Avila**
**21007 High Crest Dr**
**Lake Elsinore, CA 92532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benjamin Chacon**
**1336 Clearwater Dr**
**Grand Prarie, TX 75052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benjamin Najar**
**1520 Stonefield Drive**
**Anna, TX 75409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benjamin Sampley**
**1955 Minter Lane**
**Abilene, TX 79603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benjamin Walker**
**5417 Blazing Star Ln**
**Witchita Falls, TX 76310**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Benton White**
**3195 Capistrano Way**
**Rocklin, CA 95677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,277.77** |
|---|---|---|---|

**Berloc Sign Company**
**1501 Truman St Suite B**
**San Fernando, CA 91340**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bernadette Neis**
**8270 w cypress cir**
**Arizona City, AZ 85123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bernard  Green**
**12633 Irving Ct**
**Broomfield, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Beryl Haroan**
**1445 Brushback Ave**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Beth Randall-Maher**
**314 Rodarte Street**
**Henderson, NV 89014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bettie JeanJacques**
**361 Summer Shore Drive**
**Auburndale, FL 33823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Betty Cummins**
**3631 E Sunnyside Dr**
**Phoenix, AZ 85028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Beverly Prentice**
**6005 Robin Drive**
**WATAUGA, TX 76148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$297.85** |
|---|---|---|---|

**Big Joe Handling Systems, Inc.**
**25932 Eden Landing Road**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,307.89** |
|---|---|---|---|

**Bill's Equipment & Supply Inc.**
**125 S Chestnut St**
**Colorado Springs, CO 80905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,401.56** |
|---|---|---|---|

**Bill's Equipment & Supply Inc.**
**125 S Chestnut St**
**Colorado Springs, CO 80905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,940.00** |
|---|---|---|---|

**Bird Creek Roofing & Construction**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,095.00** |
|---|---|---|---|

**Black Gold Roofing , Inc.**
**PO Box 355**
**Buellton, CA 93427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Blake  Engelman**
**4103 Boxelder Drive**
**Loveland, CO 80538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Blake Tibbens**
**2056 w rim rock dr**
**Stockton, UT 84071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Blake Wittenberg**
**4400 E UT Pl**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Blanca A Penados Duran**
**2016 Franklin ave**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Blanca Due ez**
**4590 Orleans ST**
**Denver, CO 80249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Blanca Hernandez**
**248 N 20th St**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Blanca Vargas**
**916 Santa Fe Drive**
**Saginaw, TX 76131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,952.80** |
|---|---|---|---|

**Blue Sky Solar And Roofing LLC**
**14201 E 4th Avenue**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bob Walters**
**4307 Kenridge Dr.**
**Columbus, OH 43220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bonarges Cohen**
**2105 Polk ln**
**Lexington, KY 40511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bonita Fahy**
**3898 Belleville avenue**
**Las Vegas, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brad Blackwell**
**802 Crazy Colt Circle**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brad Chapman**
**6833 Merwin Ave**
**Cincinnati, OH 45227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bradley  Funk**
**2073 Sapphire Valley Ave.**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bradley & Gwyn Niles**
**501 Sierra Peak Ct**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bradley Getsfred**
**10189 Calabro Court**
**Las Vegas, NV 89178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bradley Vermillion**
**614 Rowe Dr**
**Colorado Springs, CO 80911**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brandie & David Wolf**
**8056 hereland trail**
**fort Worth, TX 76131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brandon Carpenter**
**5878 s Sherman Way**
**Centennial, CO 80121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brandon Hoth**
**2512 Whetstone Dr**
**Corinth, TX 76210**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                        Case number (if known)      **21-23636**
Name

---

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brandon Ikerd**
**2215 Chalmers Rd**
**Colorado Springs, CO 80910**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brandon Lentz**
**4922 Chest Park Avenue**
**Las Vegas, NV 89131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brandy Payne**
**2414 Driftwood Pl**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brandy Stull**
**1715 Gordon Road**
**Cheyenne, WY 82007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brayden Mitchell**
**7240 Churchwood Cir**
**Colorado Springs, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brenda Flores**
**1201 James Street**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brenda Mair**
**4899 Red Ruby Ln**
**Herriman, UT 84096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
_____
Name

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brendon Yoder**
**16910 W 95th Pl**
**Arvada, CO 80007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brent Matheson**
**1034 S 1010 W**
**Tooele, UT 84074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brett Berringer**
**8800 Welsh Ln**
**Fredrick, CO 80504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brett Leland**
**25148 West Carson Court**
**Buckeye, AZ 85326**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brett Verling**
**1426 Lowe Ln**
**Auburn, CA 95603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brian  Sharp**
**5 w 625 n**
**La verkin, UT 84754**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Brian Battor**
**12700 E Bowen St**
**Independence, MO 64055**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.300** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Brian Bogucki**
**18111 W 94th Ln**
**Arvada, CO 80007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Brian Deckard**
**7689 Bierstadt Hts**
**Peyton, CO 80831**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Brian Finneran**
**21985 E Lake Pl**
**Aurora, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Brian Giddens & Jennifer Giddens**
**5631 Hurford ct**
**agoura hills, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Brian Gledhill**
**12574 Eagle River Rd.**
**Firestone, CO 80504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Brian Klotz**
**504 Heritage Way**
**Farmington, MN 55024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Brian Lunsford**
**1190 Brookside Drive Northeast**
**Conyers, GA 30012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.307** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brian Milne**
**2954 L St.**
**San Diego, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brian Siegfried**
**1704 Alborada Dr.**
**Laredo, TX 78045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brian Switala**
**6977 Fireside Drive**
**Timnath, CO 80547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brian Wortman**
**1309 Sierra Blanca dr**
**Burleson, TX 76028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brianna Bibian**
**201 Elm Grove**
**Anna, TX 75409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brianna DeLeon**
**2307 Mountain Valley Ct**
**Pueblo, CO 81003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Briar Cutler**
**6017 Monticeto Way**
**Las Vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                         Case number (if known)   **21-23636**
Name

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brien Sonson**
**4137 E Oxnard Cir**
**Las Vegas, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bright Home Solar, LLC**
**1331 Green Forest Court, Unit 3**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brock Babcock**
**2113 New Hampshire Street**
**Lawrence, KS 66046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$331.18** |
|---|---|---|---|

**Brockley Marketing**
**1366 East 3090 North**
**Odgen, UT 84414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brooke Newton**
**4188 Forest Ct**
**White Bear Lake, MN 55110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bruce Catlin**
**7030 Fossil Rim st**
**North Las Vegas, NV 89084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bruce Samuelson**
**655 Main St**
**New Munich, MN 56356**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.321** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Bryan Miller**
**248 w 500 n**
**La verkin, UT 84745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.322** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Bryan Reid & Tracey Bushman**
**2276 Mundare Dr**
**Henderson, NV 89002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.323** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Bryson Dancy**
**528 Doe Creek Trail**
**Glenn Heights, TX 75154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.324** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Buster Roop**
**2105 Argonne Drive**
**Carrollton, TX 75007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.325** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Butch & Terri Molaro**
**3641 w Donner st**
**Pahrump, NV 89048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.326** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,237.80**

**Byline Financial Group**
**2801 Lakeside Dr Ste 212**
**Bannockburn, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.327** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,762.20**

**Byline Financial Group**
**2801 Lakeside Dr Ste 212**
**Bannockburn, IL 60015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 3.328 | **Nonpriority creditor's name and mailing address** | **$13,743.38** |
| | **Byline Financial Group** | |
| | **2801 Lakeside Dr Ste 212** | |
| | **Bannockburn, IL 60015** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.329 | **Nonpriority creditor's name and mailing address** | **$18,724.56** |
| | **Byline Financial Group** | |
| | **2801 Lakeside Dr Ste 212** | |
| | **Bannockburn, IL 60015** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.330 | **Nonpriority creditor's name and mailing address** | **Unknown** |
| | **Caitlin  O'Neill** | |
| | **1311 Capstan dr** | |
| | **Allen, TX 75013** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.331 | **Nonpriority creditor's name and mailing address** | **Unknown** |
| | **Caleb Mccanlies** | |
| | **414 Saratoga Dr** | |
| | **Ponder, TX 76259** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.332 | **Nonpriority creditor's name and mailing address** | **Unknown** |
| | **Caleb Shane** | |
| | **902 Stewart Place** | |
| | **Colorado Springs, CO 80910** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.333 | **Nonpriority creditor's name and mailing address** | **Unknown** |
| | **Caleb Tovar** | |
| | **6618 Hampton Hills Street** | |
| | **Abilene, TX 79606** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.334 | **Nonpriority creditor's name and mailing address** | **$19,783.35** |
| | **California Smart Home Solutions** | |
| | **5008 S Rainbow Blvd** | |
| | **#202** | |
| | **Las Vegas, NV 89118** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.335** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Calla McDonnell**
**831 W Saguaro St**
**Casa Grande, AZ 85122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Camelia Antim**
**4537 Jeremiah Ct**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cameron Woody**
**4441 LANTERN POINT AVENUE**
**NORTH LAS VEGAS, NV 89084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Camilo Palisoc**
**2624 Calanques Ter**
**Henderson, NV 89044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,329.89**

**Capital Premium Financing, Inc.**
**12235 S 800 E**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carissa Wong & Jonathan Tunney**
**4509 Spellbinder Ct**
**Sacramento, CA 95826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carl Acosta**
**10341 Free Spirit Dr**
**Las Vegas, NV 89183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.342** | **Nonpriority creditor's name and mailing address**
**Carl Cordova**
**1098 Lamplighter Dr**
**River Heights, UT 84321**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.343** | **Nonpriority creditor's name and mailing address**
**Carl Hall**
**14331 Ingleside Avenue**
**Dolton, IL 60419**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.344** | **Nonpriority creditor's name and mailing address**
**Carl House**
**1477 Harrop St.**
**Ogden, UT 84404**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.345** | **Nonpriority creditor's name and mailing address**
**Carl Miller**
**800 Gemstone Trail**
**Arlington, TX 76002**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.346** | **Nonpriority creditor's name and mailing address**
**Carla Hatten**
**18711 Bridoon Drive**
**Cypress, TX 77433**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.347** | **Nonpriority creditor's name and mailing address**
**Carla Mejia & Sergio De La Rosa**
**1095 Johnson Street**
**Wiggins, CO 80654**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.348** | **Nonpriority creditor's name and mailing address**
**Carla Sharon Casey**
**17556 donmetz st**
**Granada hills, CA 91344**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|--------|------------------------------|------------------------|--------------|
|        | Name |  |  |

---

**3.349** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carle Atwater**
**710 Sylvia Court**
**Riverdale, GA 30296**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos Cervantes**
**11112 Crater Dr**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos Gonzalez**
**1505 Patricia Dr**
**St. Cloud, MN 56301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos Gutierrez**
**4307 Durham Court**
**Denver, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.353** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos Puente**
**3928 24th Ave**
**Evans, CO 80620**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.354** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos Ruvalcaba**
**1000 Babbling Brook Lane**
**Lancaster, TX 75134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.355** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Carlos Smith**
**8519 Circle R Valley Ln**
**Escondido, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.356** | **Nonpriority creditor's name and mailing address**
**Carlota  Gamboa**
**5624 Twin Oaks**
**Haltom City, TX 76148**

Date(s) debt was incurred **0**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**3.357** | **Nonpriority creditor's name and mailing address**
**Carly Bridgers**
**805 Cannady Circle**
**Cedar Hill, TX 75104**

Date(s) debt was incurred **0**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**3.358** | **Nonpriority creditor's name and mailing address**
**Carmen Bas**
**20003 Northpark Oak In**
**Porter, TX 77365**

Date(s) debt was incurred **0**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**3.359** | **Nonpriority creditor's name and mailing address**
**Carmen Fryer**
**3013 S Hedges Ave**
**Independence, MO 64052**

Date(s) debt was incurred **0**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**3.360** | **Nonpriority creditor's name and mailing address**
**Carmia & Christopher Frazier**
**1710 Game Garden Rd**
**North Las Vegas, NV 89031**

Date(s) debt was incurred **0**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**3.361** | **Nonpriority creditor's name and mailing address**
**Carol Hunt**
**1477 Galilee Church Road**
**Jefferson, GA 30549**

Date(s) debt was incurred **0**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**3.362** | **Nonpriority creditor's name and mailing address**
**Carol Montgomery**
**2108 blue yonder way**
**Fort Collins, CO 80525**

Date(s) debt was incurred **0**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Empire Solar Group, LLC**
_____
Name

Case number (if known)    **21-23636**

| 3.363 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Carolann Long**
**5032 Emerald St**
**Las Cruces, NM 88012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Carolyn Erickson**
**2813 w 66th st**
**Richfield, MN 55423**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.365 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Carolyn Krey**
**603 East 250 South**
**Clearfield, UT 84015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.366 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Carolyn Richardson**
**16760 East AZ Dr**
**Aurora, CO 80017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Carrie Jewett**
**918 N Royer St**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Carrie Martinez**
**5504 W Deercrest dr**
**West Valley City, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Casey Anderson**
**2635 Alida Cir**
**West Jordan, UT 84084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)     **21-23636**
_____
Name

| | |
|---|---|
| 3.370 | **Nonpriority creditor's name and mailing address** |

| | | |
|---|---|---|
| **3.370** | **Nonpriority creditor's name and mailing address** | **Unknown** |

**3.370**  **Nonpriority creditor's name and mailing address**                                     **Unknown**
**Casey Trombley**
**6436 Emerson St**
**Pahrump, NV 89048**
  As of the petition filing date, the claim is: *Check all that apply.*
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed
  Date(s) debt was incurred **0**
  Last 4 digits of account number __
  Basis for the claim: __
  Is the claim subject to offset?  ■ No  ☐ Yes

**3.371**  **Nonpriority creditor's name and mailing address**                                     **$4,596.39**
**Casillan Marketing**
**4016 Juanita May Avenue North**
**Las Vegas, NV 89032**
  As of the petition filing date, the claim is: *Check all that apply.*
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed
  Date(s) debt was incurred __
  Last 4 digits of account number __
  Basis for the claim: __
  Is the claim subject to offset?  ■ No  ☐ Yes

**3.372**  **Nonpriority creditor's name and mailing address**                                     **Unknown**
**Cassandra  Hatch**
**6189 Newville Ave**
**Las Vegas, NV 89103**
  As of the petition filing date, the claim is: *Check all that apply.*
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed
  Date(s) debt was incurred **0**
  Last 4 digits of account number __
  Basis for the claim: __
  Is the claim subject to offset?  ■ No  ☐ Yes

**3.373**  **Nonpriority creditor's name and mailing address**                                     **Unknown**
**Cassandra Marlene Tapia Suaste**
**3940 S 6165 W**
**west valley, UT 84128**
  As of the petition filing date, the claim is: *Check all that apply.*
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed
  Date(s) debt was incurred **0**
  Last 4 digits of account number __
  Basis for the claim: __
  Is the claim subject to offset?  ■ No  ☐ Yes

**3.374**  **Nonpriority creditor's name and mailing address**                                     **Unknown**
**Cassidy  Thatcher**
**7306 Harvest Hill Dr**
**Rowlett, TX 75089**
  As of the petition filing date, the claim is: *Check all that apply.*
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed
  Date(s) debt was incurred **0**
  Last 4 digits of account number __
  Basis for the claim: __
  Is the claim subject to offset?  ■ No  ☐ Yes

**3.375**  **Nonpriority creditor's name and mailing address**                                     **Unknown**
**Cassie Blackburn**
**6640 Starnes Road**
**Watauga, TX 76148**
  As of the petition filing date, the claim is: *Check all that apply.*
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed
  Date(s) debt was incurred **0**
  Last 4 digits of account number __
  Basis for the claim: __
  Is the claim subject to offset?  ■ No  ☐ Yes

**3.376**  **Nonpriority creditor's name and mailing address**                                     **Unknown**
**Cassie Watson**
**3504 Orchid Lane**
**Rowlett, TX 75089**
  As of the petition filing date, the claim is: *Check all that apply.*
  ☐ Contingent
  ☐ Unliquidated
  ☐ Disputed
  Date(s) debt was incurred **0**
  Last 4 digits of account number __
  Basis for the claim: __
  Is the claim subject to offset?  ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
         Name

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Catherine & Robert Hartsoe**
**7412 Sunray Point St**
**North Las Vegas, NV 89084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Catherine Gilliam**
**634 Landon St**
**Frederick, CO 80530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Catherine Reyes**
**28991 Lavatera Ave**
**Murrieta, CA 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cathy Schmid Dwyer**
**2816 Mason Ave**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |

**CCS PROCLEAN**
**PO Box 601265**
**Sa Diego, CA 92160**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cecilia  Angulo**
**11383 W Madero Dr**
**Arizona City, AZ 85123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Cecilia Corona**
**75 W 100 S**
**Kamas, UT 84036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.384** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cecilia Solon**
**17866 Kerry Court**
**Lathrop, CA 95330**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.385** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cedric Warren**
**1122 Rimcrest Dr**
**Arlington, TX 76017**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.386** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Celia Cervantes**
**1441 Shaman Drive**
**Bolingbrook, IL 60490**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.387** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59.85**

**Centerpoint Energy**
**PO Box 4671**
**Houston, TX 77210-4671**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116.32**

**Century Link**
**PO Box 91155**
**Seattle, WA 98111-9255**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.389** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$249.64**

**Century Link**
**PO Box 91155**
**Seattle, WA 98111-9255**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.390** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133.32**

**Century Link**
**PO Box 91155**
**Seattle, WA 98111-9255**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.391** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cesar Bariso**
**2077 ponticello dr**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.392** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cesar Clemente**
**1212 Windemere Circle**
**Gurnee, IL 60031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chandon Nichols**
**10609 marklin dr**
**Fort worth, TX 76108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.394** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chandra  Janda**
**1301 Westport ave**
**Berthoud, CO 80513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.395** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Charles  Smith**
**4166 Coolwater Dr**
**Colorado Springs, CO 80916**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.396** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Charles Calvo**
**1601 Treviso Way**
**Las Vegas, NV 89117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.397** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Charles Heater**
**628 Jackson St**
**Amherst, OH 44001-2411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
_____
Name

| 3.398 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles Hericks**
**13456 Kathleen Drive**
**Brook Park, OH 44142**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles James**
**9409 Blanca Street**
**Arvada, CO 80007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles Oconnell**
**731 Cheshire Ct**
**Eagan, MN 55123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.401 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles Stovall**
**16947 Buffalo Valley Path**
**Monument, CO 80132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.402 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles Walker**
**39660 Bordeaux place**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.403 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Charles Worn Jr**
**100 GA-49**
**Americus, GA 31709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Charlotte Hall and Michael Smith**
**5913 Gipsy Ave**
**Las Vegas, NV 89107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.405** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Chase Laing**
**4016  Mill Point Cir**
**North Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Chazlyn Nuuanu**
**1812 Soto Ln**
**Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.407** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Chelsea Byrd**
**127 Nix Dr**
**Hickory Creek, TX 75065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Chelsi Knudsen**
**460 Garrafon Bay St**
**Las Vegas, NV 89138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.409** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cherish robinson**
**2608 Dollison Ave**
**North Las Vegas, NV 89081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.410** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cherry Dewing**
**1913 Metamora Street**
**Las Vegas, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.411** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Cheryl & Albert Crosby**
**6308 mildas st**
**North Las Vegas, NV 89081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | **Page 206 of 550**

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.412** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cheryl Montoney**
**1986 OH Highway 725**
**Spring Valley, OH 45370**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.413** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cheryl Witherwax**
**1026 Killarney Court**
**Roseville, CA 95747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.414** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chris Andrist**
**1947 W Grays Dr**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.415** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chris Caudle**
**4420 Wintergreen Cir**
**Colorado Springs, CO 80916**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.416** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chris Faison**
**180 Mangham Road**
**Griffin, GA 30224**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.417** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Chris Hall**
**10123 Pagosa St.**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Christel Taylor**
**25545 Marta Court**
**Hemet, CA 92544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Empire Solar Group, LLC**                              Case number (if known)    **21-23636**
        _____
        Name

| | | |
|---|---|---|
| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

3.419 | **Nonpriority creditor's name and mailing address**
**Christian & Alexandra Barajas**
**872 N Monroe Blvd**
**Ogden, UT 84404**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.420 | **Nonpriority creditor's name and mailing address**
**Christian Fuentes**
**6747 Paseo**
**Kansas City, MO 64132**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.421 | **Nonpriority creditor's name and mailing address**
**Christian Leslie**
**2575 Nadine Dr**
**Colorado Springs, CO 80916**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.422 | **Nonpriority creditor's name and mailing address**
**Christian Myers**
**7908 Morning Queen Dr**
**Las Vegas, NV 89178**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.423 | **Nonpriority creditor's name and mailing address**
**Christian Richstad**
**201 Pivot Ave**
**North Las Vegas, NV 89031**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.424 | **Nonpriority creditor's name and mailing address**
**Christie brown**
**7921 Warm Winds St**
**North Las Vegas, NV 89084**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.425 | **Nonpriority creditor's name and mailing address**
**Christine Mccormick**
**683 East Lamarcia Drive**
**Camp Verde, AZ 86322**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christine Smith**
**915 west 1220 South**
**Tooele, UT 84074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher  Osborn**
**1305 Dixie Ave**
**Big spring, TX 79720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Castaneda**
**8243 E Posada Ave**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Crawford**
**2254 Roundrock Cir**
**Carrollton, TX 75007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Curry**
**22559 Reserve Circle**
**Plainfield, IL 60544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher DeBord**
**841 Jenny Ln**
**Berthoud, CO 80513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Duff**
**2859 Vista Mar Drive**
**Grand Junction, CO 81503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Edwards**
**5808 Gipsy Avenue**
**Las Vegas, NV 89107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Ellersick**
**3403 W Saint Kateri Dr**
**Phoenix, AZ 85041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Erb Sr**
**6800 Mary Crest Ln**
**Festus, MO 63028-5212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Fox**
**8248 Nebula Cloud Ave**
**Las Vegas, NV 89131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Gauthier**
**1138 Spottswoode St**
**Henderson, NV 89002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Glazener**
**7506 Pepita Way**
**San Diego, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Grau**
**214 Violet Avenue**
**San Marcos, CA 92078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Hernandez**
**5180 Winston St**
**Las Vegas, NV 89103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Hronek**
**1936 carriage ave**
**Riverton, UT 84065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Iles**
**4100 44th ave s**
**Minneapolis, MN 55406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Johnson**
**22711 Tuscany Ridge Ln**
**Katy, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Leach**
**109 hilltop dr**
**Anna, TX 75409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Mason**
**6516 Geneva Ln**
**Fort Worth, TX 76131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christopher Miller**
**10192 Spring Manor Ct.**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim: _**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                          Case number (if known)    **21-23636**
_____
Name

---

| 3.447 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Christopher Ruport**
**4464 N 151st Dr.**
**Goodyear, AZ 85395**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Christy Gonzales**
**5595 w Iowa ave**
**Lakewood, CO 80232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Chukwuka Okafor**
**2490 PERRY BLVD NW**
**ATLANTA, GA 30318**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**CI DEN I-GW, LLC**
**90 Park Avenue, 32nd Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**CI DEN I-GW, LLC**
**90 Park Avenue**
**32nd Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Cincinnati Insurance Company**
**PO Box 150011**
**Ogden, UT 84415**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  _**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Cindy Hebert**
**2502 orchard run way**
**Fresno, TX 77545**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor  **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
Name

| | | |
|---|---|---|
| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Cindy L Brown**
**1815 Appaloosa Drive**
**Cheyenne, WY 82001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$5,202.89** |

**Cintas**
**P.O. Box 650838**
**Dallas, TX 75265-0838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$153.78** |

**Cintas**
**P.O. Box 650838**
**Dallas, TX 75265-0838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$143.90** |

**Cintas**
**P.O. Box 650838**
**Dallas, TX 75265-0838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Cirilo Muneton Pinedo**
**1016 greenway dr**
**Las vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **Unknown** |

**Cirro Energy**
**910 Louisiana St., Suite 14020B**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$10,113.50** |

**City Creek Parking**
**P.O. Box 112130**
**Salt Lake City, UT 84147-2130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            **Page 213 of 550**

Debtor    **Empire Solar Group, LLC**
          Name                                                    Case number (if known)    **21-23636**

| | |
|---|---|
| 3.461 | **Nonpriority creditor's name and mailing address** |
| | **City Creek Parking** |
| | **P.O. Box 112130** |
| | **Salt Lake City, UT 84147-2130** |

**As of the petition filing date, the claim is:** *Check all that apply.*        **$14,535.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.462 | **Nonpriority creditor's name and mailing address** |
| | **Claire Olsen** |
| | **4658 namba way** |
| | **Millcreek, UT 84107** |

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.463 | **Nonpriority creditor's name and mailing address** |
| | **Clarinda Bui** |
| | **10853 arusha ave** |
| | **las vegas, NV 89166** |

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.464 | **Nonpriority creditor's name and mailing address** |
| | **Clark Newton** |
| | **8312 Sturm Lane** |
| | **Granite Bay, CA 95746** |

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.465 | **Nonpriority creditor's name and mailing address** |
| | **Claude Tertus** |
| | **2625 Greenfield Ave** |
| | **Orlando, FL 32808** |

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.466 | **Nonpriority creditor's name and mailing address** |
| | **Claudia Ivonne Vega Valdez** |
| | **6300 Anza Ln** |
| | **Las Vegas, NV 89108** |

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.467 | **Nonpriority creditor's name and mailing address** |
| | **Claudia Sandoval** |
| | **3047 s roundtable rd** |
| | **West Valley, UT 84120** |

**As of the petition filing date, the claim is:** *Check all that apply.*        **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.468** | Nonpriority creditor's name and mailing address

**Clayton Wold**
**3480 W 132nd Pl**
**Broomfield, CO 80020**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.469** | Nonpriority creditor's name and mailing address

**Clean Energy America**
**7133 North Mesa**
**#142**
**El Paso, TX 79912**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$3,120.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.470** | Nonpriority creditor's name and mailing address

**Clifford Edge**
**1623 E maplewood Ave**
**Buckeye, AZ 85326**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.471** | Nonpriority creditor's name and mailing address

**Clifford Thompson**
**224 west showalter dr**
**Georgetown, KY 40324**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.472** | Nonpriority creditor's name and mailing address

**Clifton & Amanda Byley**
**2485 illimuniation bay pl**
**Laughlin, NV 89029**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.473** | Nonpriority creditor's name and mailing address

**Clorisa Nishioka**
**563 Dutchman Ave**
**Henderson, NV 89011**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.474** | Nonpriority creditor's name and mailing address

**CloudBase Services**
**1400 Shattuck Ave**
**#15**
**Berkeley, CA 94709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$756.25**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.475** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cody Conner**
**454 Mt Sherman Avenue**
**Severance, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cody Sutton**
**1244 e rodeo rd**
**Casa grande, AZ 85122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.477** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cole Libby**
**288 w 25 s**
**Clearfield, UT 84015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,450.00**

**Colorado Electrical LLC**
**2617 E San Rafael St**
**Colorado Springs, CO 80909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.479** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Colton Nay**
**1992 Partridge Lane**
**Eagle Mountain, UT 84005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.480** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.90**

**Columbus Secure Shredding**
**3495 S West Temple**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.481** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$559.61**

**Comcast**
**PO Box 60533**
**City of Industry, CA 91716-0533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**

Name

| 3.482 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50.00** |
|---|---|---|---|
| | **Community Solar Authority** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.483 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,593.00** |
|---|---|---|---|
| | **Concentra Medical** | ☐ Contingent | |
| | **PO Box 9010** | ☐ Unliquidated | |
| | **Broomfield, CO 80021-9010** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$340.11** |
|---|---|---|---|
| | **Connect Pros** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.485 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$135.00** |
|---|---|---|---|
| | **Constant Communication** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Consuelo Raygoza** | ☐ Contingent | |
| | **9856 Niagara Ave.** | ☐ Unliquidated | |
| | **Fontana, CA 92335** | ☐ Disputed | |
| | Date(s) debt was incurred **0** | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,000.00** |
|---|---|---|---|
| | **Cook Martin Poulson, P.C.** | ☐ Contingent | |
| | **2180 South 1300 East, STE 430** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84106** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.488 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,650.41** |
|---|---|---|---|
| | **Cook Martin Poulson, P.C.** | ☐ Contingent | |
| | **2180 South 1300 East, STE 430** | ☐ Unliquidated | |
| | **Salt Lake City, UT 84106** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
|---|---|---|---|

**Coolidge Chamber of Commerce**
**351 N. Arizona Blvd. , Suite 5**
**Coolidge, AZ 85128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Corey & Rebecca Pichon**
**3709 Indianpipe cir**
**Colorado Springs, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Corey Sinske**
**11918 2nd Street**
**Yucaipa, CA 92399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Corina Acosta**
**737 25 Road**
**Grand Junction, CO 81505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Corinne Ramirez**
**204 3RD Street**
**Fowler, CO 81039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cortney Sullivan**
**6537 S Dexter St**
**Centennial, CO 80121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cory Howard**
**825 Sambar dr**
**Severance, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Coy Houston**
**5415 Bridgewood Dr**
**Killeen, TX 76549**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$156.66** |
|---|---|---|---|

**CPS Energy**
**PO BOX 2678**
**SAN ANTONIO, TX 78289-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$110.81** |
|---|---|---|---|

**CPS Energy**
**PO BOX 2678**
**SAN ANTONIO, TX 78289-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,740.80** |
|---|---|---|---|

**CR Solar, LLC**
**2463 N Hill Field Rd**
**Layton, UT 84041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$18,740.80** |
|---|---|---|---|

**CR Solar, LLC**
**2463 N Hill Field Rd**
**Layton, UT 84041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,065.60** |
|---|---|---|---|

**CR Solar, LLC**
**2463 N Hill Field Rd**
**Layton, UT 84041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Craig & Tiffany Savage**
**1804 Aria Lights Ave**
**North Las Vegas, NV 89081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.503** | Nonpriority creditor's name and mailing address

**Craig Andrews**
**778 pioneer ave**
**Tooele, UT 84074**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.504** | Nonpriority creditor's name and mailing address

**Craig Evert**
**27 Roscoe Trail**
**Glendo, WY 82213**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.505** | Nonpriority creditor's name and mailing address

**Cransten, Inc.**
**9980 S 300 W Ste 200**
**Sandy, UT 84095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

**$320.00**

---

**3.506** | Nonpriority creditor's name and mailing address

**Cransten, Inc.**
**9980 S 300 W Ste 200**
**Sandy, UT 84095**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

**$300.00**

---

**3.507** | Nonpriority creditor's name and mailing address

**Crescentville Partners #1, LLC**
**11590 Century Blvd**
**Suite 204**
**Cincinnati, OH 45246**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

**$132.91**

---

**3.508** | Nonpriority creditor's name and mailing address

**Crescentville Partners #1, LLC (RGW Deve**
**11590 Century Blvd**
**Suite 204**
**Cincinnati, OH 45246**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.509** | Nonpriority creditor's name and mailing address

**Cristina Munoz-Plaza**
**7101 Old Village Ave**
**Las Vegas, NV 89128**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

**3.510** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Cristobal Cardenas Garcia**
**18782 E 53 AVE**
**Denver, CO 80249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.511** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,011.78**

**Cromer Equipment**
**4701 Oakport St**
**Oakland, CA 94601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.512** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$64.78**

**Crown Trophy**
**6680 Wadsworth Blvd.**
**Unit C**
**Arvada, CO 80003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32.39**

**Crown Trophy**
**6680 Wadsworth Blvd.**
**Unit C**
**Arvada, CO 80003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Crystal Taylor**
**114 Fern Street**
**Lansing, KS 66043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Crystal Webb**
**637 Retama Drive**
**Fort Worth, TX 76108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.516** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,810.10**

**Cushman & Wakefield of Denver**
**Attn: Carlos Gonzalez**
**1401 Lawrence Street, Suite 100**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Empire Solar Group, LLC**
_____
Name

Case number (if known) **21-23636**

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cyd Cooper**
**1558 Kensington Pl**
**Lancaster, TX 75134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

Basis for the claim: _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cynthia Aagard**
**1522 E Braintree court**
**Millcreek, UT 84124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

Basis for the claim: _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cynthia Lowry**
**1901 del wood dr**
**Abilene, TX 79603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

Basis for the claim: _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cynthia Rocha**
**658 Braun Avenue**
**San Diego, CA 92114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

Basis for the claim: _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cyprien Kilulu**
**18 woodcock cir**
**Abilene, TX 79605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

Basis for the claim: _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**D & J Properties**
**3020 South West Temple**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

Basis for the claim: _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dale Gubler**
**161 E 130 N**
**La verkin, UT 84745**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

Basis for the claim: _

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
_____
Name

| | |
|---|---|
| 3.524 | **Nonpriority creditor's name and mailing address** |

**Dale b Lane Jr**
**1834 Corbin St**
**San Diego, CA 92154**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| | |
|---|---|
| 3.525 | **Nonpriority creditor's name and mailing address** |

**Dale Edberg**
**14385 Salem Avenue South**
**Savage, MN 55378**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| | |
|---|---|
| 3.526 | **Nonpriority creditor's name and mailing address** |

**Dale Jackson**
**710 Deborah Drive**
**Abilene, TX 79601**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| | |
|---|---|
| 3.527 | **Nonpriority creditor's name and mailing address** |

**Dallin Stout**
**644 Kingston dr**
**Tooele, UT 84074**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| | |
|---|---|
| 3.528 | **Nonpriority creditor's name and mailing address** |

**Damien Townsend**
**2015 sundale ave**
**Cincinnati, OH 45239**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| | |
|---|---|
| 3.529 | **Nonpriority creditor's name and mailing address** |

**Damon West**
**9832 Twin Mill st**
**Las Vegas, NV 89178**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| | |
|---|---|
| 3.530 | **Nonpriority creditor's name and mailing address** |

**Dan Beckstrom**
**2336 West 10455 South**
**South Jordan, UT 84095**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dan Helvick**
**5031 Lyndale Avenue South**
**Minneapolis, MN 55419**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dana B Anderson**
**3625 Greenbriar Bluff Ave**
**North Las Vegas, NV 89081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dana Hottinger**
**537 North Mountain Oak Court**
**Clifton, CO 81520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dania Barrera**
**726 Brushy Glend Dr**
**Houston, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel  Casanova**
**4847 ID ave**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel  Douglas**
**1184 e jaroso dr**
**Pueblo-West, CO 81007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel  Flores Gonzalez**
**3515 Orr Ave**
**North Las Vegas, NV 89030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | **Page 224 of 550**

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)     **21-23636**
_____
Name

| 3.538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel  Karrer**
**30642 Lily Pond Lane**
**murrieta, CA 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Becker**
**1154 Legacy Way**
**Fruita, CO 81521**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Carrasco**
**688 Takin Dr**
**Severance, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Leos Garcia**
**1098 Long Meadows Street**
**Severance, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Neitz**
**1430 Willow Lane**
**Willits, CA 95490**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Nulty**
**9071 W Westchester Hill**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Ortega**
**410 Ridge Dr**
**Creede, CO 81130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
         _____
              Name

| 3.545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Rojas**
**4 Meadow way Cir**
**Richmond, TX 77406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daniel Stanfield**
**10708 East 29th Street**
**Independence, MO 64052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Danielle Cassidy**
**9036 Saranac Trail**
**fort Worth, TX 76118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Danilo Gornal**
**2176 Eaglecloud Drive**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dann Guinto & Melissa Meyer**
**6838 Scarlet Flax St**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Danny Martinez**
**6304 Britannic St, Fortworth, TX 76179**
**fortworth, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Darcy Stanley**
**801 South Prospect Street**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**
Name
Case number (if known)   **21-23636**

| 3.552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Darlene Arroliga**
**1009 plena vista circle**
**Alamo, TX 78516**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Darlene Corona**
**27806 Slumber Lane**
**Moreno Valley, CA 92555**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Darlene Holt**
**4982 W Royal Ann Dr**
**West Valley, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Darren  Moritz**
**5622 Bristow rd**
**Timnath, CO 80547**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Darren Crider**
**3217 White Oaks Dr**
**Abilene, TX 79606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Darrian Aguilar**
**7411 Sunray Point St**
**North Las Vegas, NV 89084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Darryl Driggins & Lori Houser**
**3168 tularosa ln**
**Las vegas, NV 89122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                          Case number (if known)    **21-23636**
_____
Name

| | |
|---|---|
| 3.559 | **Nonpriority creditor's name and mailing address** |

**Dave Lloyd**
**2522 Eccles Ave**
**Ogden, UT 84401**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.560 | **Nonpriority creditor's name and mailing address** |

**Dave Moore**
**10534 S Split Rock Drive**
**South Jordan, UT 84009**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.561 | **Nonpriority creditor's name and mailing address** |

**David  Esparza**
**12233 Del Sur St.**
**Victorville, CA 92392**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.562 | **Nonpriority creditor's name and mailing address** |

**David  Jarrell**
**1913 Hot Springs Way**
**Princeton, TX 75407**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.563 | **Nonpriority creditor's name and mailing address** |

**David  Nemec**
**27625 river rock ct**
**Helendale, CA 92342**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.564 | **Nonpriority creditor's name and mailing address** |

**David & Donna Stodden**
**3271 Unicorn Avenue**
**Pahrump, NV 89048**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.565 | **Nonpriority creditor's name and mailing address** |

**David Barnell**
**1531 w hickory st**
**Pahrump, NV 89048**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                              **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Empire Solar Group, LLC**
Name                                                                    Case number (if known)      **21-23636**

| 3.566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Bass**
**401 San Carlos Road**
**Minooka, IL 60447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Bauer**
**13040 Hazel Ct**
**Broomfield, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Benepe**
**10629 Cactus Wren Ct**
**Fort Worth, TX 76108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Bosley**
**15910 E Crestridge PL**
**Centennial, CO 80015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Bradford**
**13128 Judicial Rd**
**Burnsville, MN 55337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Cobb**
**1931 Fieldstone Cir**
**Paso Robles, CA 93446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.572 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Engel**
**21061 East 60th Avenue**
**Aurora, CO 80019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
          Name

---

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Escobar**
**372 elks peak ave**
**North las vegas, NV 89084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Evenson**
**5272 S Charlotte Ave**
**Kearns, UT 84118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Ferry**
**1274 Pinehurst Drive**
**Calimesa, CA 92320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Garcia Gomez**
**5201 Milner Road**
**Louisville, KY 40216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Haigler**
**9143 Green Frost**
**Las Vegas, NV 89129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Herard**
**490 Mohave Street**
**Hoffman Estates, IL 60169**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Hurt**
**1606 S 27th Street**
**Saint Joseph, MO 64507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                                    Case number (if known)      **21-23636**
_____Name_____

| 3.580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**David Kent**
**5262 West London Lane**
**Kuna, ID 83634**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**David Kent**
**5262 West London Lane**
**Kuna, ID 83634**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**David Madsen**
**836 123rd lane nw**
**Coon rapids, MN 55448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**David May**
**6127 Oak Grove St.**
**Timnath, CO 80547**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**David Moore**
**16965 N lower field loop**
**nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**David Mowery Isis Morales**
**8520 Silver Shores Drive**
**Reno, NV 89506**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.586 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**David Perez lopez**
**11906 talman run dr**
**Humble, TX 77346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                   Case number (if known)      **21-23636**
         Name

| 3.587 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Pidcock**
**2649 Shadycrest Dr**
**Beavercreek, OH 45431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.588 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Plakorus**
**5093 lake trail court**
**Firestone, CO 80504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.589 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Rose**
**5021 Tangerine Ave**
**Winter Park, FL 32792**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.590 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Schraub**
**72 Avon Rd**
**NorthBrook, IL 60062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.591 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Soto**
**2204 E Margaret ave**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Stump**
**321 Creekside dr**
**Anna, TX 75409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.593 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Venegas**
**2868 Locust Street**
**Riverside, CA 92501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 232 of 550**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dayana Mendoza**
**4411 Verona Hills Lane**
**Katy, TX 77449**

Date(s) debt was incurred **0**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$65,187.00** |
|---|---|---|---|

**Daylight Roofing**
**1266 14th Street**
**Imperial Beach, CA 91932**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Daymi Santana Martinez**
**301 Inverness Ave**
**Louisville, KY 40214**

Date(s) debt was incurred **0**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$829.41** |
|---|---|---|---|

**De Lage Landen Financial Services Inc**
**PO BOX 41602**
**PHILADELPHIA, PA 19101-1602**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dean Larsen**
**815 High Mountain View Dr**
**Cedar City, UT 84720**

Date(s) debt was incurred **0**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dean Palius**
**320 Dogwood Dr**
**Buellton, CA 93427**

Date(s) debt was incurred **0**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Deana Macias**
**226 Regency Ct**
**Unit D**
**Chula Vista, CA 91911**

Date(s) debt was incurred **0**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.601** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Deanna Vonbehrens & Tyler Reed**
**11700 Tuscarora dr**
**Fort worth, TX 76108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.602** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dearest Randolph**
**4225 Rancho Crossing St.**
**Las Vegas, NV 89130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.603** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Debbie Thompson**
**28306 N 224th Ave**
**Wittmann, AZ 85361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.604** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Deborah Price**
**3425 white oaks dr**
**Abilene, TX 79606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.605** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Deborah Salazar**
**4420 Saulsbury st**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.606** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Debra  Storm**
**1264 North Cherry Creek Pl**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.607** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Debra Horn**
**302 Williams Street**
**Cedar Hill, TX 75104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.608** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Debra Murata**
**436 West Hill Dr.**
**Berthoud, CO 80513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.609** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Dee McMahon**
**10462 West Tidewater Court**
**Boise, ID 83704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.610** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Deena Cary**
**10661 Mann Street**
**Las Vegas, NV 89141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.611** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$235.00**
**Defensores De La Energ a Renovable**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.612** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Delbert Smith**
**8977 West Santa Cruz Blvd**
**Arizona City, AZ 85123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.613** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Delores Sharp**
**331 W Pima Ave**
**Coolidge, AZ 85128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.614** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Delores Sosa**
**15470 Arce Rojo St**
**Channelview, TX 77530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.01** |
|---|---|---|---|

**Deluxe**
**3680 Victoria Street North**
**Shoreview, MN 55126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Demetrius James**
**456 E Rio Pl**
**Casa Grande, AZ 85122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Denim Day**
**980e homestead blvd**
**Enoch, UT 84721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Denise Kuhlman**
**1116 magnolia ave**
**Las vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Denise Montoya & Jesus Garcia**
**118 Corretto Corner Ave**
**Henderson, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dennis Foley**
**22950 Chambray Dr**
**Moreno Valley, CA 92557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dennis Gauld**
**4778 Esplanade Way**
**Las Vegas, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
          Name

---

| 3.622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Dennis Johnson**
**9166 w Santa Cruz blvd**
**Arizona City, AZ 85123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Dennis Nieuwinckel**
**5115 Sitka Ln**
**Las Vegas, NV 89122**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Dennis Willams**
**341 Glendale Avenue**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Dennis Willams**
**337 Glendale Avenue**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Denys Crain Gully**
**10707 Mark Street**
**Oakland, CA 94605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.627 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Derek Jordan**
**2487 Grand Basin Dr**
**Las Vegas, NV 89156**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.628 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Derek Mcclelland**
**5350 Applewood St W**
**Springfield, MO 65802**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Derek Vote**
**1713 Dolores River Dr.**
**Windsor, CO 80550**

Date(s) debt was incurred **0**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Derick  Silva**
**3807 Lamanite Ct**
**Las Cruces, NM 88012**

Date(s) debt was incurred **0**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Derrica Robinson**
**13161 Serene Valley Dr**
**Clermont, FL 34711**

Date(s) debt was incurred **0**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Derrick Thomas**
**5800 Bannon Crossings Drive**
**Louisville, KY 40228**

Date(s) debt was incurred **0**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Desirre Rodriguez**
**320 gateway st**
**Azle, TX 76020**

Date(s) debt was incurred **0**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Destiny Hillis**
**301 Wagonwheel Dr.**
**Fort Lupton, CO 80621**

Date(s) debt was incurred **0**

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,579.72** |
|---|---|---|---|

**Deviate Solar LLC**
**2764 Audra Faye**
**Henderson, NV 89052**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Devin  McChristian**
**1812 Victoria dr**
**Fort worth, TX 76131**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Devin  Montgomery**
**2611 Katie Trl**
**Melissa, TX 75454**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Devine Solar Solutions LLC**
**1105 $th Ave**
**Napa, CA 94559**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Devon Blackwell**
**222 N Kirby Street**
**San Jacinto, CA 92582**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dewayne Holt**
**2036 Moonlight Trail**
**Heartland, TX 75126**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Deysi Dzul**
**1458 S Christy Ln**
**Las Vegas, NV 89142**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dhan Rai**
**1742 Snipe Ln**
**Abilene, TX 79605**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
          Name

| 3.643 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$82,635.74** |

**DialPad, Inc.**
**PO Box 123808**
**Dallas, TX 75312-3808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Diana Chicas**
**2127 Burnet St**
**San Antonio, TX 78202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Diana Hoffmann**
**3911 Blackwood ct**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Diana Morgan**
**5850 Flight Wing**
**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Diana Sbardellati**
**3489 Scofield Avenue**
**Simi Valley, CA 93063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Diana Sears**
**9933 Windmill Street**
**Red Bluff, CA 96035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.649 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Diane  C. Frost**
**4355 Quay Court**
**Las Vegas, NV 89120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
| --- | --- | --- | --- |
| | Name | | |

| 3.650 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Diane Anderson**
**4153 5th Ave S**
**Minneapolis, MN 55409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Diane Brannan**
**24438 W Desert Vista Trail**
**Wittmann, AZ 85361**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Dianette Porter**
**1744 Tustin ct**
**San jacinto, CA 92583**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Dillon Dollar**
**1610 Blackburn way**
**Princeton, TX 75407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Dillon Vogtsberger**
**4315 Sutton Cir**
**Wichita Falls, TX 76309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Dina Beeler-Muscat**
**10744 Cariuto Ct**
**San Diego, CA 92124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$180.00** |
| --- | --- | --- | --- |

**Divinci Solutions**
**5377 State Hwy N**
**Suite 383**
**Cottleville, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.657** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Dominga Thoele**
**1490 Falcon Ln**
**Hoffman Estates, IL 60192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.658** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Dominic  English**
**213 Castle Drive**
**Severance, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.659** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Dominic Centanni**
**6460 John Muir Trail**
**Colorado Springs, CO 80927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.660** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Don Kiick**
**4415 Anjelina Circle N**
**Colorado Springs, CO 80916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.661** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Don Wood**
**830 Doverlee Dr**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.662** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Donald Hect**
**809 Center St**
**Henderson, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.663** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Donald Penka**
**13028 Harmony Park Way**
**Westminster, CO 80234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.664 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donald Rastetter**
**1370 Portsmouth Dr**
**Providence Village, TX 76227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donna Fraizer**
**5132 Violet Lane**
**Kissimmee, FL 34758**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donna Harris**
**33 S Field St**
**Lakewood, CO 80226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donna Martin**
**8926 Bowen Branch**
**San Antonio, TX 78254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donna Porterfield**
**8438 Possum Hill**
**Worden, IL 62097**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donna Redmon**
**125 chamberlain dr**
**George Town, KY 40325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Donna Roland**
**14249 Stanley Lane**
**Forney, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                Case number (if known)      **21-23636**
_____Name

| | |
|---|---|
| 3.671 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

3.671 **Donna Zapata**
**3433 Rob Roy St**
**Seguin, TX 78155**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.672 **Nonpriority creditor's name and mailing address**
**Donnie McInis**
**202 Nash ct**
**Anna, TX 75409**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.673 **Nonpriority creditor's name and mailing address**
**Dora Clarke-Pine**
**12045 Harclare Drive**
**Moreno Valley, CA 92557**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.674 **Nonpriority creditor's name and mailing address**
**Doreen Maddaford**
**802 Crazyhorse way**
**Las vegas, NV 89110**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.675 **Nonpriority creditor's name and mailing address**
**Doreen Springer**
**18 N Merritt St**
**Pensacola, FL 32507**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.676 **Nonpriority creditor's name and mailing address**
**Doris  Duran**
**1811 Corral Dr**
**Houston, TX 77090**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.677 **Nonpriority creditor's name and mailing address**
**Doris Goulet**
**13699 E 49th Drive**
**Yuma, AZ 85367**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
_____
   Name

| | |
|---|---|
| 3.678 | **Nonpriority creditor's name and mailing address** |
| | **Doris Morfin** |
| | **1225 Pecan St.** |
| | **Wasco, CA 93280** |
| | **Date(s) debt was incurred  0** |
| | **Last 4 digits of account number** _ |

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.679 | **Nonpriority creditor's name and mailing address** |
| | **Doug Lohman** |
| | **3024 11th Avenue So.** |
| | **Minneapolis, MN 55407** |
| | **Date(s) debt was incurred** _ |
| | **Last 4 digits of account number** _ |

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.680 | **Nonpriority creditor's name and mailing address** |
| | **Douglas Grant** |
| | **8608 Grandbank Dr** |
| | **Las Vegas, NV 89145** |
| | **Date(s) debt was incurred  0** |
| | **Last 4 digits of account number** _ |

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.681 | **Nonpriority creditor's name and mailing address** |
| | **Douglas Smith** |
| | **2480 W 500 N** |
| | **Delta, UT 84624** |
| | **Date(s) debt was incurred  0** |
| | **Last 4 digits of account number** _ |

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.682 | **Nonpriority creditor's name and mailing address** |
| | **Douglas Stacy** |
| | **2922 Capistrano Ave** |
| | **Las Vegas, NV 89121** |
| | **Date(s) debt was incurred  0** |
| | **Last 4 digits of account number** _ |

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.683 | **Nonpriority creditor's name and mailing address** |
| | **Dreina Parrish** |
| | **240 Belford St., N** |
| | **Anna, TX 75409** |
| | **Date(s) debt was incurred  0** |
| | **Last 4 digits of account number** _ |

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.684 | **Nonpriority creditor's name and mailing address** |
| | **Drexel and Kenya Mitchell** |
| | **628 Leadtree trail** |
| | **Fort Worth, TX 76108** |
| | **Date(s) debt was incurred  0** |
| | **Last 4 digits of account number** _ |

**As of the petition filing date, the claim is:** *Check all that apply.*                          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.685** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Drowen Boudreaux**
**5903 Rising Meadow Dr**
**Arlington, TX 76018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.686** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Duane Farkas & Joan Deutsch**
**2106 Quartz Ln**
**Saint Paul, MN 55122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.687** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Duane Rethmeier**
**2908 E 15th Street**
**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.688** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dunia Fernandez**
**235 E Alvarado St**
**Pomona, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.689** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dustan and Adam Whytock**
**10737 Chickasaw Bend Ct**
**Las Vegas, NV 89129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.690** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dustin Smith**
**4100 Mackey dr**
**North Richland Hills, TX 76180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.691** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dustin Spiva**
**2430 W. Poinsettia Drive**
**Phoenix, AZ 85029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.692** | **Nonpriority creditor's name and mailing address**
**Dustin Turley**
**24417 Ysidro Drive**
**Ramona, CA 92065**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.693** | **Nonpriority creditor's name and mailing address**
**Duy Pham**
**2827 E hillside Ave**
**Orange, CA 92867**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.694** | **Nonpriority creditor's name and mailing address**
**Duy Vo**
**4111 Enchanting Sky Ave**
**North Las Vegas, NV 89081**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.695** | **Nonpriority creditor's name and mailing address**
**Dwight Shirley**
**9538 Tuthill Way**
**Santee, CA 92071**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.696** | **Nonpriority creditor's name and mailing address**
**Dylan Burdette**
**813 North Avenue**
**Waukegan, IL 60085**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.697** | **Nonpriority creditor's name and mailing address**
**Ebonie Chambers**
**10636 Woodleaf Dr**
**Dallas, TX 75227**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.698** | **Nonpriority creditor's name and mailing address**
**Ebony Lazaro**
**1041 Elmer Dr**
**Arbuckle, CA 95912**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15.00** |
|---|---|---|---|

**Echelon Solar Inc**
**3400 Cottage Way**
**STE G2 #3341**
**Sacramento, CA 95825**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edgar Colon**
**244 Rocking H Drive**
**Cheyenne, WY 82007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edgar Corona**
**1028 Hall Ct**
**Wylie, TX 75098**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edgar Rodriguez**
**694 bristlecone way**
**Silt, CO 89152**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.703 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edith Gazzuolo**
**6931 Newton Ave N**
**Brooklyn Center, MN 55430**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.704 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,674.00** |
|---|---|---|---|

**EDJ Solar**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.705 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eduardo Charvel**
**1407 Livingston**
**Chula Vista, CA 91913**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                        Case number (if known)      **21-23636**
         Name

---

| 3.706 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eduardo Delgado**
**4419 Amaryllis Ave**
**Baytown, TX 77521**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eduardo M Gari**
**1912 Elba Dr**
**Louisville, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eduardo Ortiz**
**15103 Sequoia Meadow Ct**
**Humble, TX 77346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eduardo Sanchez**
**606 Warner Dr**
**Anna, TX 75409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Eduardo V Valenzuela Dominguez**
**4116 Karma Dr**
**North Las vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Edward Baker**
**720 Moonglow Drive**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Edward Daniel**
**867 Marion Street**
**Manteca, CA 95337**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.713 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edward Fugate**
**4805 Bolin Ave**
**Springfield, OH 45502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edward Monson**
**4867 grand view peak dr.**
**Riverton, UT 84096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edward Reichert**
**9276 W San Lazaro Dr**
**Arizona City, AZ 85123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edward Sobolewski**
**1134 W Thunderhill Dr**
**Phoenix, AZ 85045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edward Wilcox**
**16208 W Pioneer St**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edward Wine**
**10954 zealand dr**
**Colorado Springs, CO 80925**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.719 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Edwin Fabio**
**2287 Poppy Hills Drive**
**Chula Vista, CA 91915**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Empire Solar Group, LLC**
_____
Name

Case number (if known)  **21-23636**

| | |
|---|---|
| 3.720 | **Nonpriority creditor's name and mailing address** |
| | **Edwin Rodriguez** |
| | **2215 Taylor Creek Court** |
| | **Kissimee, FL 34758** |

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.721 | **Nonpriority creditor's name and mailing address** |
| | **Edwin Solorzano & Andrea Ambriz** |
| | **2027 Prime Advantage Ave** |
| | **Las Vegas, NV 89032** |

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.722 | **Nonpriority creditor's name and mailing address** |
| | **Efren Maldonado** |
| | **6581 e 65th pl** |
| | **Commerce city, CO 80022** |

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.723 | **Nonpriority creditor's name and mailing address** |
| | **EideBailly CPA's & Business Advisors** |
| | **5929 Fashion Point Drive** |
| | **Suite 300** |
| | **Ogden, UT 84403** |

**As of the petition filing date, the claim is:** *Check all that apply.*          **$101,184.23**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.724 | **Nonpriority creditor's name and mailing address** |
| | **Eldon Nestle** |
| | **451 1/2 Bulla Dr** |
| | **Grand Junction, CO 81504** |

**As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.725 | **Nonpriority creditor's name and mailing address** |
| | **Electric Power & Solar Solutions** |
| | **9360 W Flemingo RD** |
| | **#110-103** |
| | **Las Vegas, NV 89147** |

**As of the petition filing date, the claim is:** *Check all that apply.*          **$4,470.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.726 | **Nonpriority creditor's name and mailing address** |
| | **Electriq Power** |

**As of the petition filing date, the claim is:** *Check all that apply.*          **$23,885.17**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Electrum Renewables**
**2085 Summerfield Ln**
**Rexburg, ID 83440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,970.00** |
|---|---|---|---|

**Element78, LLC**
**2211 York Rd Suite 200**
**Oak Brook, IL 60523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elena Serafin**
**2492 ROYAL ST JAMES DR**
**El Cajon, CA 92019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elevation Capital LLC**
**Bldg ID: ISY001**
**PO Box 82552**
**Goleta, CA 93118-2552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.731 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elevation Capital, LLC**
**341 South Main Street**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.732 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elias  Kanyabitabo**
**6141 duchess ave**
**Abilene, TX 79606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elijah Wallace**
**2504 Mark Twain Drive**
**Antioch, CA 94531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                          Case number (*if known*)   **21-23636**
Name

| 3.734 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eliot Hu**
**120 canyon creek way**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,018.99** |
|---|---|---|---|

**Elite Solar.**
**1820 N Delany Rd**
**Apt 325**
**Gumee, IL 60031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabeth  Fox**
**3225 S Eudora St**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabeth Addington**
**10836 Greencastle Street**
**Santee, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabeth Brambila**
**402 Milagrosa Cir**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabeth Brambila #2**
**2963 4 Corners St**
**Chula Vista, CA 91914**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabeth Curtis**
**1129 W Monroe Ave**
**Las Vegas, NV 89106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabeth Foster**
**4184 perch dr**
**Forney, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabeth Mendoza**
**360 RECREATION AVE**
**SANGER, CA 93657**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabeth Miller Apt B**
**10518 w carousel dr**
**AZ city, AZ 85123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elizabeth Miller Apt B**
**10518 West Carousel Drive**
**Arizona City, AZ 85123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elmer Aldana**
**10627 logger pine trl**
**Houston, TX 77088**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Elyssa Klose & Corey Hunt**
**4746 Challenger St**
**North Las Vegas, NV 89031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
|---|---|---|---|

**Emerge Energy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

**3.748** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Emery Ngatcha**
**5301 Lava Rock Dr.**
**Fort Worth, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.749** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Emilio Orozco**
**413 Blueberry Ln**
**Grand Prairie, TX 75052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.750** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Emilio Solis-Negreros**
**2716 Magnet St**
**North las vegas, NV 89030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.751** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Emily Dadabo**
**9908 Knollview Dr**
**Spring Valley, CA 91977**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.752** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Emily Seaton**
**401 Apricot Street**
**Cheyenne, WY 82007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.753** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Emmanuel Nwankwo**
**3215 Vinson Court**
**Irving, TX 75060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.754** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,940.98**

**Empire Solar Group**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
Name

| | |
|---|---|
| 3.755 | **Nonpriority creditor's name and mailing address** |

**3.755**

**Nonpriority creditor's name and mailing address**
**Energy Flow(GreenGo)**

As of the petition filing date, the claim is: *Check all that apply.*                                   **$30.00**
☐ Contingent
☐ Unliquidated

Date(s) debt was incurred _                          ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.756**

**Nonpriority creditor's name and mailing address**
**Engraving Pros**
**5500 Grossmont Center Drive**
**La Mesa, CA 91942**

As of the petition filing date, the claim is: *Check all that apply.*                                   **$1,367.10**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.757**

**Nonpriority creditor's name and mailing address**
**Enocras Williams**
**1412 Hummingbird Way**
**Hemet, CA 92545**

As of the petition filing date, the claim is: *Check all that apply.*                                   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.758**

**Nonpriority creditor's name and mailing address**
**Enrico Payad**
**2726 Wentworth Circle**
**Las Vegas, NV 89142**

As of the petition filing date, the claim is: *Check all that apply.*                                   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.759**

**Nonpriority creditor's name and mailing address**
**Enrique Paniagua**
**2005 lawry ave**
**Las Vegas, NV 89032**

As of the petition filing date, the claim is: *Check all that apply.*                                   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.760**

**Nonpriority creditor's name and mailing address**
**Enrique Vazquez**
**11001 Ave C**
**Chicago, IL 60617**

As of the petition filing date, the claim is: *Check all that apply.*                                   **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.761**

**Nonpriority creditor's name and mailing address**
**Enterprise Rent-A-Car**
**P.O. Box 840086**
**Kansas City, MO 64184**

As of the petition filing date, the claim is: *Check all that apply.*                                   **$159.87**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ephry Kaplan**
**9116 Heiden Lane**
**Austin, TX 78749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Epifanio Parra**
**13205 Grove Way**
**Broomfield, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erasmo Jaramillo**
**2403 sweet Leilani ave**
**North las vegas, NV 89031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erasmo Serrano**
**1484 Rancho Navarro St**
**Henderson, NV 89012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Altena**
**10520 W Lake Rd**
**Rice, MN 56367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Demillard**
**751 grand market Ave**
**Berthoud, CO 80513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Drost**
**642 Murray Drive**
**El Cajon, CA 92020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
_____
         Name

| 3.769 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Farmer**
**13136 Alcott Pl**
**Broomfield, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Jurgensen**
**125 Brookhouse ct**
**Henderson, NV 89011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Kos**
**306 Charles Avenue**
**Severance, CO 80546**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eric Rivera**
**326 Highgate Park Blvd**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erick Parra**
**208 Calle Orlando**
**Arvin, CA 93203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erik Blank**
**214 Tigercat Way**
**Fort Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Erik Johnson**
**24235 Cerro Vista Way**
**Ramona, CA 92065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                         Case number (if known)   **21-23636**
Name

---

| 3.776 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Erik Larrabee**
**2220 S 100 W**
**Clearfield, UT 84015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Erika Dominguez**
**2611 San vincente ct**
**Las Vegas, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**ERIKA SALINAS**
**4141 South 3600 West**
**West Valley City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Erin  Thompson**
**307 Jay Ave**
**Severance, CO 80546**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Erin Cobb**
**9474 w Troy**
**Arizona City, AZ 85123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Erin Ford**
**9700 S CA Ave**
**EVERGREEN PARK, IL 60805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Erin Peterson**
**9530 w maplewood pl**
**Littleton, CO 80123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
_____Name_____

| | | |
|---|---|---|
| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| | **Erland and Michele Lum** | ☐ Contingent |
| | **3461 Bradano Ln** | ☐ Unliquidated |
| | **Henderson, NV 89044** | ☐ Disputed |
| | **Date(s) debt was incurred** **0** | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| | **Ernesto Garcia** | ☐ Contingent |
| | **1129 Bordeaux st** | ☐ Unliquidated |
| | **Desoto, TX 75115** | ☐ Disputed |
| | **Date(s) debt was incurred** **0** | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| | **Ernesto Torres** | ☐ Contingent |
| | **4902 roth forest ln** | ☐ Unliquidated |
| | **Spring, TX 77389** | ☐ Disputed |
| | **Date(s) debt was incurred** **0** | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| | **Ernie Malasan** | ☐ Contingent |
| | **36056 Toulouse Street DR** | ☐ Unliquidated |
| | **Newark, CA 94560** | ☐ Disputed |
| | **Date(s) debt was incurred** **0** | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| | **Errol Garnett** | ☐ Contingent |
| | **35837  Breckyn Ln** | ☐ Unliquidated |
| | **Murrieta, CA 92562** | ☐ Disputed |
| | **Date(s) debt was incurred** **0** | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| | **Esmeralda Catarino** | ☐ Contingent |
| | **1148 Horizon Range Avenue** | ☐ Unliquidated |
| | **Henderson, NV 89012** | ☐ Disputed |
| | **Date(s) debt was incurred** **0** | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **Unknown** |
| | **Estela Lopez** | ☐ Contingent |
| | **4203 South Whipporwill Street** | ☐ Unliquidated |
| | **West Valley City, UT 84120** | ☐ Disputed |
| | **Date(s) debt was incurred** **0** | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
Name

| 3.790 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Esther  Acosta**
**1704 e Melinda ave**
**Las Vegas, NV 89101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.791 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ethan Duke**
**8008 Appleton Avenue**
**Raytown, MO 64138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.792 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ethan Lamkin**
**149 Angela Rose Court**
**Austin, TX 78737**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ethan Merkley**
**1411 rincon villa dr**
**Escondido, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ethel Dotray**
**6530 Prosper St**
**Dallas, TX 75209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eugene Berg**
**4432 Harmony Ln**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.796 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eugene Fanucchi**
**10535 Susie pl**
**Santee, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.797** | **Nonpriority creditor's name and mailing address**
**Eulalio Ramirez**
**1111 w Harding ave**
**Santa Maria, CA 93458**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.798** | **Nonpriority creditor's name and mailing address**
**Evan LeFevre**
**131 E 500 N**
**Mendon, UT 84325**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.799** | **Nonpriority creditor's name and mailing address**
**Evan Stott**
**972 s 770 e**
**Heber city, UT 84032**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.800** | **Nonpriority creditor's name and mailing address**
**Evangelina Sandoval**
**5564 East Burns Avenue**
**Fresno, CA 93727**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.801** | **Nonpriority creditor's name and mailing address**
**Evariste Musonera**
**965 minda st**
**Abilene, TX 79602**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.802** | **Nonpriority creditor's name and mailing address**
**Evelyn Cook**
**10128 Polo Park Circle**
**Waco, TX 76712**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.803** | **Nonpriority creditor's name and mailing address**
**Everett & Laura  Graves**
**3112 Floral Vista ave**
**Henderson, NV 89014**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Everett Smith**
**2448 Matterhorn Drive East**
**St. Paul, MN 55119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Evette Floresprieto**
**4189 S Granby Cir**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$480.00** |

**Expert Voice**
**19775 Palatine**
**Palantine, IL 60055-9775**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Expert Voice**
**19775 Palatine**
**Palantine, IL 60055-9775**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Fabio Amaya**
**1030 Sycamore Ridge**
**Houston, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Fabiola & Omar Sanchez**
**1059 Paradise Dr**
**Bullhead City, AZ 86442**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |

**Fairpower**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor  **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
_____Name_____

| | | |
|---|---|---|
| 3.811 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Falisha Gaytan**
**9021 Highland Orchard Dr**
**Fort Worth, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.00** |

**FasTrak Toll**
**PO BOX 26925**
**San Francisco, CA 94126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$191.36** |

**Fedex**
**P.O Box 7221**
**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3.10** |

**Fedex**
**P.O Box 7221**
**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.79** |

**Fedex**
**P.O Box 7221**
**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.57** |

**Fedex**
**P.O Box 7221**
**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.17** |

**Fedex**
**P.O Box 7221**
**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
_____                                         _____
                  Name

| 3.818 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,749.68** |

**Fedex Freight**
**PO BOX 21415**
**Pasadena, CA 91185-1415**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.819 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Felecia  Zeigler**
**2022 campfire dr**
**Riverdale, GA 30296**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.820 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Felicia Wix**
**4616 Frel Road**
**Louisville, KY 40272**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.821 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Felipa Martinez**
**1603 Wilderness Street**
**Princeton, TX 75407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.822 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Felix Pedraza**
**10520 worthington hill manor**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.823 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Fernando Fuentes**
**4117 El parque ave**
**Las vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.824 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Fernando Limia**
**5127 Violet Lane**
**Kissimmee, FL 34758**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.825** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fernando Uribe**
**2406 Webster St Unit A**
**North Las Vegas, NV 89030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.826** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,263.06**

**First Digital Telecom**
**PO BOX 1499**
**Salt Lake City, UT 84110-1499**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.827** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,882.43**

**First Digital Telecom**
**PO BOX 1499**
**Salt Lake City, UT 84110-1499**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.828** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fitsum Kidane**
**2313 Harmony Park Dr**
**Westminster, CO 80234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.829** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fitzgerald Littleton**
**2152 Dayton Lane**
**Grand Prairie, TX 75052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.830** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**FJR Trading LLC**
**PO Box 531**
**Cotulla, TX 78104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.831** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Flavio Aguilar**
**16378 east WY Dr**
**Aurora, CO 80017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | **Page 266 of 550**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.832** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Flor Alarcon**
**3404 S Hillsdale Dr**
**West Valley City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.833** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Flor Lucero**
**918 N 9th St**
**Phoenix, AZ 85006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.834** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,800.00**

**Fombon Plastering Roberto Fombon**
**P.O Box 1878**
**Imperial Beach, CA 91932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.835** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00**

**Fombon Plastering Roberto Fombon**
**P.O Box 1878**
**Imperial Beach, CA 91932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.836** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$950.00**

**Fombon Plastering Roberto Fombon**
**P.O Box 1878**
**Imperial Beach, CA 91932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.837** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,896.12**

**Forklifts of Minnesota**
**2201 W 94th Street**
**Bloomington, MN 55431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.838** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Frances Marshall**
**733 Canyonlands street**
**Berthoud, CO 80513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
| | Name | | | |

---

| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Francisco  Gonzalez- Mejias** | ☐ Contingent | |
| | **561 pendennis dr** | ☐ Unliquidated | |
| | **saginaw, TX 76131** | ☐ Disputed | |
| | **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Francisco  Jerez** | ☐ Contingent | |
| | **1236 Fagin Dr** | ☐ Unliquidated | |
| | **Colorado Springs, CO 80915** | ☐ Disputed | |
| | **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.841 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Francisco Changanaqui** | ☐ Contingent | |
| | **209 mill st** | ☐ Unliquidated | |
| | **Anna, TX 75409** | ☐ Disputed | |
| | **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.842 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Francisco Delgado Rios** | ☐ Contingent | |
| | **292 n 900 w** | ☐ Unliquidated | |
| | **Orem, UT 84057** | ☐ Disputed | |
| | **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Francisco Diaz** | ☐ Contingent | |
| | **4807 San Gregorio** | ☐ Unliquidated | |
| | **katy, TX 77493** | ☐ Disputed | |
| | **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Francisco Gomez** | ☐ Contingent | |
| | **1097 Bronco Dr** | ☐ Unliquidated | |
| | **Plumas lake, CA 95961** | ☐ Disputed | |
| | **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Francisco Sanchez Villalobos** | ☐ Contingent | |
| | **7836 Calico Flower Avenue** | ☐ Unliquidated | |
| | **Las Vegas, NV 89128** | ☐ Disputed | |
| | **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor   **Empire Solar Group, LLC**
_____
Name

Case number (if known)   **21-23636**
_____

| 3.846 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Francois Anga Anga & Christine Okitakoy**
**9125 Leveret Lane**
**Fort Worth, TX 76131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frank Mclaughlin**
**14955 s oakmont dr**
**Arizona City, AZ 85123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frank Rischner**
**939 Savannah Road**
**Eagan, MN 55123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frank Sapyta**
**12409 foxtail run ave**
**Las Vegas, NV 89139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Frank Solis**
**901 Meadow Wood Lane**
**Princeton, TX 75407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Franx Leonel Ramazzini**
**1119 tamerack ave**
**Las Vegas, NV 89106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Fred Ledda**
**32062 blazing star st**
**winchester, CA 92596**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.853 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Frederick Langan**
**2710 Marcy ave**
**Colorado Springs, CO 80910**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Frelyn Baclig & Blayne Espiritu**
**9878 Gold Coin Ct**
**Las Vegas, NV 89141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,521.50** |
| --- | --- | --- | --- |

**Fritts Electric Company (Solar)**
**64 E Broadway Rd**
**#200**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Gabe Lindsay**
**5032 Malaya Street**
**Denver, CO 80249**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Gabriel  Leon Guerrero**
**105 Paige**
**Forney, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Gabriel Belman**
**7803 Mason Dells Dr**
**Arlington, TX 76001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.859 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |

**Gabriel Colon-Rodriguez**
**708 Brooklet Dr**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.860 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabriel Ruiz**
**1619 S Laurel Ave**
**Ontario, CA 91762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.861 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabriela Gonzalez**
**7721 Lexus Dr**
**Fort Worth, TX 76137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.862 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabriela Macias**
**4048 Cricket Ln**
**North Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.863 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabriela Santiago**
**1738 west carol ave**
**Mesa, AZ 85202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.864 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gabrielle H Lindley**
**9001 E 67th Ter**
**Raytown, MO 64133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.865 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gail Smith**
**12079 Alder Branch Loop**
**Orlando, FL 32824**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.866 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ganga  Dhimal**
**5829 Oakhill Road**
**Watauga, TX 76148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor **Empire Solar Group, LLC**
Name

Case number (if known)      **21-23636**

| | |
|---|---|
| 3.867 | **Nonpriority creditor's name and mailing address** |

**Garland Franklin**
**2122 Pueblo Dr**
**Carrollton, TX 75006**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.868 | **Nonpriority creditor's name and mailing address** |

**Garrett  Herdman**
**4333 Chisholm Trail**
**San Angelo, TX 76904**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.869 | **Nonpriority creditor's name and mailing address** |

**Garrett  Scott**
**4803 Atlanta Drive**
**San Diego, CA 92115**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.870 | **Nonpriority creditor's name and mailing address** |

**Garrett Staas**
**1601 fields view drive**
**Anna, TX 75409**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.871 | **Nonpriority creditor's name and mailing address** |

**Gary  Setliff**
**5 club trl**
**Sweetwater, TX 79556**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.872 | **Nonpriority creditor's name and mailing address** |

**Gary Deters**
**6790 w 97th cir**
**Westminster, CO 80021**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.873 | **Nonpriority creditor's name and mailing address** |

**Gary Faulkner**
**2101 W 13480 S**
**Riverton, UT 84065**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                  **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Empire Solar Group, LLC**                                  Case number (if known)   **21-23636**
Name

---

| 3.874 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Gary Loyko**
**3541 Verde Avenue**
**Pahrump, NV 89048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Gary McDonald**
**603 Deep Spring Court**
**Stockbridge, GA 30281**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Gary Whitaker**
**7944 w Plymouth place**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Gavin McCarthy**
**3974 South Oneida Street**
**Denver, CO 80237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Gavin Tabada**
**6781 Glissando Ct**
**Las Vegas, NV 89139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,200.00** |

**GB Construction Services Inc**
**2973 Old Dixie Hwy**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.880 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Gene Shamburger**
**9023 Downing Street**
**Richmond, TX 77469**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.881 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$39,039.00** |
|---|---|---|---|

**Generation Solar**
**1192 East Draper Parkway**
**#466**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.882 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,005.00** |
|---|---|---|---|

**Generation Solar**
**1192 East Draper Parkway**
**#466**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.883 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,950.00** |
|---|---|---|---|

**Generation Solar**
**1192 East Draper Parkway**
**#466**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.884 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,012.00** |
|---|---|---|---|

**Generation Solar**
**1192 East Draper Parkway**
**#466**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.885 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,652.00** |
|---|---|---|---|

**Generation Solar**
**1192 East Draper Parkway**
**#466**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.886 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,006.00** |
|---|---|---|---|

**Generation Solar**
**1192 East Draper Parkway**
**#466**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.887 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,440.33** |
|---|---|---|---|

**Generation Solar**
**1192 East Draper Parkway**
**#466**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,089.95** |
|---|---|---|---|

**Generation Solar**
**1192 East Draper Parkway**
**#466**
**Draper, UT 84020**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,296.00** |
|---|---|---|---|

**Generation Solar**
**1192 East Draper Parkway**
**#466**
**Draper, UT 84020**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,372.80** |
|---|---|---|---|

**Generation Solar**
**1192 East Draper Parkway**
**#466**
**Draper, UT 84020**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,366.71** |
|---|---|---|---|

**Generation Solar**
**1192 East Draper Parkway**
**#466**
**Draper, UT 84020**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.00** |
|---|---|---|---|

**Genesis Renewables**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.893 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gentry  Griffin**
**2787 S LaVerkin circle**
**St George, UT 84790**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Geoffrey Landon**
**3945 Cashen Lane**
**Timnath, CO 80547**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **Empire Solar Group, LLC**
Name

Case number (if known)      **21-23636**

| | |
|---|---|
| 3.895 | **Nonpriority creditor's name and mailing address** |
| | **George Duenas**<br>**577 Hampshire Ln**<br>**Chula Vista, CA 91911** |

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.896 | **Nonpriority creditor's name and mailing address** |
| | **George Heid**<br>**1104 Weatherby Drive**<br>**Cheyenne, WY 82007** |

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.897 | **Nonpriority creditor's name and mailing address** |
| | **George Moore**<br>**4635 NE 12th St**<br>**Ocala, FL 34470** |

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.898 | **Nonpriority creditor's name and mailing address** |
| | **George Orvalla**<br>**28216 N 224TH Ave**<br>**Wittmann, AZ 85361** |

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.899 | **Nonpriority creditor's name and mailing address** |
| | **George Schiller**<br>**19679 E BATES DR**<br>**AURORA, CO 80013** |

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.900 | **Nonpriority creditor's name and mailing address** |
| | **George Souza**<br>**4848 Polar Lights Court**<br>**Las Vegas, NV 89130** |

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.901 | **Nonpriority creditor's name and mailing address** |
| | **Georges & Julienne Beyala**<br>**5136 Britton Ridge Ln**<br>**Fort Worth, TX 76179** |

**As of the petition filing date, the claim is:** Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.902** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Georgina Magana**
**2118 Encanto Ridge**
**San Antonio, TX 78230**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.903** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Geovanni  Torres**
**8019 royalwood drive**
**Houston, TX 77049**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.904** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Geovanny Gallegos Esparza & Jessica Cast**
**714 elkhart st**
**Aurora, CO 80011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.905** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gerald Chen**
**6785 Rock River Road**
**Timnath, CO 80547**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.906** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gerald Jackson**
**2318 Winchester Loop**
**Discovery Bay, CA 94505**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.907** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gerardo Cortez Avilez**
**5763 W Cape Vistaway**
**West Valley City, UT 84128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.908** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Gerardo Suarez**
**942 Fredrick st**
**Yuba, CA 95991**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.909** | **Nonpriority creditor's name and mailing address**
**Gerhard Van Rooyen**
**217 Burncrest Ct,**
**BURNSVILLE, MN 55337**

**Date(s) debt was incurred 0**
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.910** | **Nonpriority creditor's name and mailing address**
**Gerry Feeney**
**628 Edgewood ave**
**Elmhurst, IL 60126**

**Date(s) debt was incurred 0**
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.911** | **Nonpriority creditor's name and mailing address**
**Gilberto Padilla**
**1841 Dorchester Ave**
**Algonquin, IL 60102**

**Date(s) debt was incurred 0**
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.912** | **Nonpriority creditor's name and mailing address**
**Gina Alfonso**
**6140 E Valley View Dr**
**Florence, AZ 85132**

**Date(s) debt was incurred 0**
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.913** | **Nonpriority creditor's name and mailing address**
**Gina Fenwick**
**7817 Territorial Street**
**Las Vegas, NV 89149**

**Date(s) debt was incurred 0**
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.914** | **Nonpriority creditor's name and mailing address**
**Gina Marie**
**8862 Eureka Drive**
**Stockton, CA 95212**

**Date(s) debt was incurred 0**
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.915** | **Nonpriority creditor's name and mailing address**
**Gina Takeshita**
**13366 Misty Street**
**Broomfield, CO 80020**

**Date(s) debt was incurred 0**
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|--------|------------------------------|------------------------|--------------|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.916 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Ginger  Greer** | ☐ Contingent | |
| | **20193 Langwell dr** | ☐ Unliquidated | |
| | **Porter, TX 77365** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.917 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Gisel Gonzalez Puentes** | ☐ Contingent | |
| | **3539 mayo drive** | ☐ Unliquidated | |
| | **Louisville, KY 40218** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.918 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20,811.00** |
| | **GivePower Foundation** | ☐ Contingent | |
| | **415 E. Saint Elmo Rd** | ☐ Unliquidated | |
| | **Suite # 1 - F1** | ☐ Disputed | |
| | **Austin, TX 78745** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.919 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Glafira Espinoza** | ☐ Contingent | |
| | **385 North Melrose Avenue** | ☐ Unliquidated | |
| | **Elgin, IL 60123** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.920 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Glenis Palacios** | ☐ Contingent | |
| | **4707 avellino base dr** | ☐ Unliquidated | |
| | **Katy, TX 77449** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.921 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Glenn Huffer** | ☐ Contingent | |
| | **11590 Sir Galahad Drive** | ☐ Unliquidated | |
| | **Colorado Springs, CO 80908** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.922 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75,370.33** |
| | **GlobalTranz Enterprises, LLC (TX)** | ☐ Contingent | |
| | **PO Box 203285** | ☐ Unliquidated | |
| | **Dallas, TX 75320** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
Name

| | |
|---|---|
| 3.923  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$269.94** |
| **GlobalTranz Enterprises, LLC (TX)** | ☐ Contingent |
| **PO Box 203285** | ☐ Unliquidated |
| **Dallas, TX 75320** | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.924  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$425.48** |
| **GlobalTranz Enterprises, LLC (TX)** | ☐ Contingent |
| **PO Box 203285** | ☐ Unliquidated |
| **Dallas, TX 75320** | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.925  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$519.25** |
| **GlobalTranz Enterprises, LLC (TX)** | ☐ Contingent |
| **PO Box 203285** | ☐ Unliquidated |
| **Dallas, TX 75320** | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.926  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$503.64** |
| **GlobalTranz Enterprises, LLC (TX)** | ☐ Contingent |
| **PO Box 203285** | ☐ Unliquidated |
| **Dallas, TX 75320** | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.927  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$517.31** |
| **GlobalTranz Enterprises, LLC (TX)** | ☐ Contingent |
| **PO Box 203285** | ☐ Unliquidated |
| **Dallas, TX 75320** | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.928  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$375.86** |
| **GlobalTranz Enterprises, LLC (TX)** | ☐ Contingent |
| **PO Box 203285** | ☐ Unliquidated |
| **Dallas, TX 75320** | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | Is the claim subject to offset? ■ No  ☐ Yes |

| | |
|---|---|
| 3.929  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*   **$365.73** |
| **GlobalTranz Enterprises, LLC (TX)** | ☐ Contingent |
| **PO Box 203285** | ☐ Unliquidated |
| **Dallas, TX 75320** | ☐ Disputed |
| **Date(s) debt was incurred** _ | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | Is the claim subject to offset? ■ No  ☐ Yes |

Debtor **Empire Solar Group, LLC**
Name

Case number (if known)   **21-23636**

| | |
|---|---|
| 3.930 | **Nonpriority creditor's name and mailing address** |

**GlobalTranz Enterprises, LLC (TX)**
**PO Box 203285**
**Dallas, TX 75320**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **$255.17**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.931 | **Nonpriority creditor's name and mailing address** |

**GlobalTranz Enterprises, LLC (TX)**
**PO Box 203285**
**Dallas, TX 75320**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **$552.22**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.932 | **Nonpriority creditor's name and mailing address** |

**GlobalTranz Enterprises, LLC (TX)**
**PO Box 203285**
**Dallas, TX 75320**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **$587.42**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.933 | **Nonpriority creditor's name and mailing address** |

**GlobalTranz Enterprises, LLC (TX)**
**PO Box 203285**
**Dallas, TX 75320**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **$398.03**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.934 | **Nonpriority creditor's name and mailing address** |

**GlobalTranz Enterprises, LLC (UT)**
**795 E 340 S**
**Suite 200**
**American Fork, UT 84003**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **$96,568.24**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.935 | **Nonpriority creditor's name and mailing address** |

**GlobalTranz Enterprises, LLC (UT)**
**795 E 340 S**
**Suite 200**
**American Fork, UT 84003**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| | |
|---|---|
| 3.936 | **Nonpriority creditor's name and mailing address** |

**GlobalTranz Enterprises, LLC (UT)**
**795 E 340 S**
**Suite 200**
**American Fork, UT 84003**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          **$425.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**GlobalTranz Enterprises, LLC (UT)**
**795 E 340 S**
**Suite 200**
**American Fork, UT 84003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**GlobalTranz Enterprises, LLC (UT)**
**795 E 340 S**
**Suite 200**
**American Fork, UT 84003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,850.00** |
|---|---|---|---|

**GlobalTranz Enterprises, LLC (UT)**
**795 E 340 S**
**Suite 200**
**American Fork, UT 84003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,800.00** |
|---|---|---|---|

**GlobalTranz Enterprises, LLC (UT)**
**795 E 340 S**
**Suite 200**
**American Fork, UT 84003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**GlobalTranz Enterprises, LLC (UT)**
**795 E 340 S**
**Suite 200**
**American Fork, UT 84003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,850.00** |
|---|---|---|---|

**GlobalTranz Enterprises, LLC (UT)**
**795 E 340 S**
**Suite 200**
**American Fork, UT 84003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,100.00** |
|---|---|---|---|

**GlobalTranz Enterprises, LLC (UT)**
**795 E 340 S**
**Suite 200**
**American Fork, UT 84003**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,950.00** |
| | **GlobalTranz Enterprises, LLC (UT)** | ☐ Contingent | |
| | **795 E 340 S** | ☐ Unliquidated | |
| | **Suite 200** | ☐ Disputed | |
| | **American Fork, UT 84003** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Gloria Aguado** | ☐ Contingent | |
| | **152 Lamont Rd** | ☐ Unliquidated | |
| | **Anna, TX 75409** | ☐ Disputed | |
| | **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Gloria Martinez** | ☐ Contingent | |
| | **14620 Springflower Lane** | ☐ Unliquidated | |
| | **Fallon, NV 89406** | ☐ Disputed | |
| | **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Gloria Martinez** | ☐ Contingent | |
| | **7276 Phelan Rd , CA** | ☐ Unliquidated | |
| | **Phelan, CA 92371** | ☐ Disputed | |
| | **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Gloria Vargas** | ☐ Contingent | |
| | **3401 Kirby Creek Dr** | ☐ Unliquidated | |
| | **Grand Prairie, TX 75052** | ☐ Disputed | |
| | **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40.00** |
| | **Go Green with Len** | ☐ Contingent | |
| | **111 Brazos Valley Ln** | ☐ Unliquidated | |
| | **Weatherford, TX 76087** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
| | **God's Green Earth, Inc.** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Godofredo Saenz**
**623 heritage cliff Ave**
**North Las Vegas, NV 89032**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Godswill nkwusi**
**1803 artem ct**
**houston, TX 77051**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,127.49** |
|---|---|---|---|

**Good 3nergy**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,801.36** |
|---|---|---|---|

**GoodHire**
**555 Twin Dolphin Drive**
**Ste.630**
**Redwood City, CA 94065**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Grant Johnson**
**6250 Murray Hill Road**
**Chanhassen, MN 55331**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00** |
|---|---|---|---|

**Green Energy NV**
**2108 Calville St**
**Unit #104**
**Las Vegas, NV 89128**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,280.85** |
|---|---|---|---|

**Green Planet Solutions**
**500 E 4th Street #235**
**Austin, TX 78701**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                **Page 284 of 550**

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,234.52** |
|---|---|---|---|

**Greenhaus Energy Group**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$57,633.00** |
|---|---|---|---|

**GreenLancer Energy Inc.**
**2200 Hunt Street, Suite 419**
**Detroit, MI 48207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,375.00** |
|---|---|---|---|

**Greenway Group**
**12971 Tyler Run Ave**
**Odessa, FL 33556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Greg Gunn**
**518 North Rios Avenue**
**Solana Beach, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gregg Stowell**
**8184 S Cody St**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gregorio Siles**
**3849 Bach Way**
**North Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Gregory Gaff**
**217 Langston Rd**
**Perry, GA 31069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor   **Empire Solar Group, LLC**                                           Case number (if known)      **21-23636**
         Name

| | | |
|---|---|---|
| 3.965 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Gregory Kendall**
**12495 Glenlivet Lowland Avenue**
**Las Vegas, NV 89138**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.966 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Gregory Smith**
**437 S 540 W**
**Spanish Fork, UT 84660**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.967 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Gregory Sutherland**
**36006 country park dr**
**wildomar, CA 92563**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.968 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Gregory Tyler**
**240 Turnberry Drive**
**Windsor, CO 80550**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.969 | **Nonpriority creditor's name and mailing address** | **$1,085.19** |

**Griffco Partners**
**2800 SOUTH 400 WEST**
**SOUTH SALT LAKE, UT 84115**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.970 | **Nonpriority creditor's name and mailing address** | **$543.22** |

**Griffco Partners**
**2800 SOUTH 400 WEST**
**SOUTH SALT LAKE, UT 84115**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.971 | **Nonpriority creditor's name and mailing address** | **$1,880.38** |

**Griffco Partners**
**2800 SOUTH 400 WEST**
**SOUTH SALT LAKE, UT 84115**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (*if known*)     **21-23636**
_____
Name

| 3.972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,768.05** |
|---|---|---|---|

**Griffco Partners**
**2800 SOUTH 400 WEST**
**SOUTH SALT LAKE, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Griselda Espinoza**
**2995 Carruth St.**
**Las Vegas, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Griselda Rodriguez**
**369 South Wolff Street**
**Denver, CO 80219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guadalupe  Flores**
**5170 Worchester St**
**Denver, CO 80239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guadalupe Lemus**
**1760 Regency Way Unit B**
**Chula Vista, CA 91911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guadalupe Perez**
**1065 Malory Street**
**Lafayette, CO 80026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guillermo Gomez**
**19224 Flint Oak Ct**
**Houston, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **0**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guillermo Lugo**
**1100 eagle pointe dr**
**Lawrenceville, GA 30044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guru Adhikari**
**2332 toposo dr**
**Fort Worth, TX 76131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hailey Ellis**
**30217 Pechanga Dr**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hal Howell**
**1617 Pemelton Dr**
**Abilene, TX 79601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hardin  Miggins**
**31 N Riverside Dr**
**South Holland, IL 60473**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harlen Guardado**
**549 South K Street**
**San Bernardino, CA 92410**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Harness Power**
**177 E Colorado Blvd**
**Pasadena, CA 91103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.986 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harold Byard**
**20212 Middle Rd**
**Caldwell, ID 83607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harris Brokke**
**583 Mazelle Ln**
**Pahrump, NV 89060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harry Van Artsdalen**
**5324 Fireside Ranch Avenue**
**Las Vegas, NV 89131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harsch Investment Properties**
**1121 SW Salmon Street**
**Suite 500**
**Portland, OR 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.990 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hayden Humphreys**
**1243 Mira colina rd**
**Chanelview, TX 77530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heather Horspool**
**2822 West 4450 South**
**Roy, UT 84067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.992 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Heather Micelli**
**539 Carrie Cir**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.993 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Heather Rendleman**
**40451 Lincoln Street**
**Cherry Valley, CA 92223**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.994 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Heather Snyder**
**4000 Shiraz Dr**
**ARGYLE, TX 76226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Heather Traner**
**40103 Paseo Del Sol**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Heather Trieu**
**13349 Uplander St NW**
**Andover, MN 55304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,109.00** |
|---|---|---|---|

**Heaton Bros Roofing**
**3480 South 500 West**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hector Aguilar Romero**
**3252 JAMES AVE N**
**MINNEAPOLIS, MN 55412**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Hector Resendez**
**6869 S Grand Valley PL**
**West Jordan, UT 84081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number _**

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor     **Empire Solar Group, LLC**                                      Case number (if known)     **21-23636**
            Name

| 3.100 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Hector Rojas** | ☐ Contingent | |
| **726 absolon farm** | ☐ Unliquidated | |
| **San Antonio, TX 78228** | ☐ Disputed | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Hector Valadez** | ☐ Contingent | |
| **2801 s Zuni st** | ☐ Unliquidated | |
| **Denver, CO 80236** | ☐ Disputed | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Helen Knudtson** | ☐ Contingent | |
| **123 East Monroe Street** | ☐ Unliquidated | |
| **Villa Park, IL 60181** | ☐ Disputed | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Helen Vergara** | ☐ Contingent | |
| **301 Shannon Avenue** | ☐ Unliquidated | |
| **Madera, CA 93637** | ☐ Disputed | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Hemdee Kiwanuka** | ☐ Contingent | |
| **3024 Paseo Hills Way** | ☐ Unliquidated | |
| **Henderson, NV 89052** | ☐ Disputed | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Henry  Ferreira** | ☐ Contingent | |
| **128 Curt St** | ☐ Unliquidated | |
| **Anna, TX 75409** | ☐ Disputed | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.100 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Henry Walker** | ☐ Contingent | |
| **6390 Kimi Lane** | ☐ Unliquidated | |
| **La Mesa, CA 91942** | ☐ Disputed | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.100 7**

**Nonpriority creditor's name and mailing address**

**Henry Zhang**
**3571 Courtland Dr**
**Lewis Center, OH 43035**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

**Hermelinda Vela**
**655 Blanding Drive**
**Houston, TX 77015**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

**Hernandez Roofing Inc.**
**P.O. Box 344**
**San Luis Rey, CA 92068**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

**Hernesto Duenas**
**501 Somerset Drive**
**Cedar Hill, TX 75104**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

**High Speed Capital, LLC**
**116 Nassau Street**
**Suite 804**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$814,080.00**

---

**3.101 2**

**Nonpriority creditor's name and mailing address**

**Hilario Diaz**
**1737 Shatz Street**
**Las Vegas, NV 89156**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.101 3**

**Nonpriority creditor's name and mailing address**

**Hilde Haakensen**
**2200 Cascade Rd SW**
**Atlanta, GA 30311**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.101 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $395.00 |
|---|---|---|
| **HIRE MERIT LP**<br>**3712 Perkins Lane**<br>**McKinney, TX 75070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.101 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $178.00 |
|---|---|---|
| **HIREtech**<br>**PO Box 940664**<br>**Houston, TX 77094** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.101 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,270.00 |
|---|---|---|
| **Hole in the Wall Drywall Repair Orlando**<br>**2875 S. Orange Ave # 500-525**<br>**Orlando, FL 32806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.101 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Holly  Owens**<br>**2251 Lyrical Rd**<br>**Henderson, NV 89052** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.101 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Homero Ramirez**<br>**3150 Colchester dr**<br>**Farmers branch, TX 75234** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.101 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Houston Infill Industrial Investors I, L**<br>**11720 Katy Freeway**<br>**Suite 400**<br>**Houston, TX 77079** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.102 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Hozel Tolbert**<br>**7176 River Birch Street**<br>**Tipp City, OH 45371** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.102 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hubert Brown**
**212 S Cedar St**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37,247.91** |
|---|---|---|---|

**I10X Solutions LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$135.00** |
|---|---|---|---|

**Ignite NRG**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,375.00** |
|---|---|---|---|

**Ignite Power LLC**
**300 W Grand Ave**
**Suite 100B**
**Escondido, CA 92025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Igor Kostich**
**1134 Buckingham Dr**
**Forney, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,700.00** |
|---|---|---|---|

**Illumine Industries**
**PO Box 201029**
**11900 Jollyville Road**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Imad Murtada**
**22390 Soaring Woods**
**Porter, TX 77365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.102 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Imelda Salcido**<br>**4066 E Alta Ave**<br>**Fresno, CA 93702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.102 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|
| **Impact Power LLC**<br>**574 S 225 W**<br>**Cedar City, UT 84720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.103 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,502.50** |
|---|---|---|
| **Indeed**<br>**Mail code 5160**<br>**P.O. Box 660367**<br>**Dallas, TX 75266-0367** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.103 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,665.34** |
|---|---|---|
| **Infinity Marketing & Sales LLC**<br>**16906 SE 1st Street**<br>**Suite 101**<br>**Vancouver, WA 98684** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.103 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$480.00** |
|---|---|---|
| **Initiate Solar**<br>**30 Oak Street**<br>**Hicksville, NY 11801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.103 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Inkham adams**<br>**2319 Carinth Way**<br>**Henderson, NV 89074** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.103 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,465.51** |
|---|---|---|
| **Innovate Energy Solutions**<br>**2960 Foothill Drive**<br>**Provo, UT 84604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

**3.103 5**

**Nonpriority creditor's name and mailing address**
**Innovative Living**
**11095 South Black Hawk Drive**
**South Jordan, UT 84095**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$15.00**

---

**3.103 6**

**Nonpriority creditor's name and mailing address**
**Insur-West**
**P.O. Box 977**
**Farmington, UT 84025**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10,164.05**

---

**3.103 7**

**Nonpriority creditor's name and mailing address**
**International Solar Experts**
**4001 Santa Barbara Blvd #239**
**Naples, FL 34119**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,030.00**

---

**3.103 8**

**Nonpriority creditor's name and mailing address**
**Ira Tigner**
**5 Eleanor St**
**LaGrange, GA 30241**

**Date(s) debt was incurred** **0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103 9**

**Nonpriority creditor's name and mailing address**
**Irene Gomez**
**1172 Woodridge Dr**
**Vacaville, CA 95687**

**Date(s) debt was incurred** **0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104 0**

**Nonpriority creditor's name and mailing address**
**Iris Caprarogalati**
**102 E. South Avenue**
**Redlands, CA 92373**

**Date(s) debt was incurred** **0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104 1**

**Nonpriority creditor's name and mailing address**
**Iris Guibert Garcia**
**6602 Price Ln Rd**
**Louisville, KY 40229**

**Date(s) debt was incurred** **0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.104 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Irma Fabiola Chavez Torres**
**5105 Teal Petals St**
**North Las Vegas, NV 89081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Irma Lizeth Avila Guzman**
**4829 Dover Road**
**Louisville, KY 40216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Irma Miller**
**927 Monroe st**
**Wauconda, IL 60084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Irvin Ibarra**
**1217 Cooper Ave**
**Salinas, CA 93905**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Irving Rodriguez Negron**
**5429 W Wedge Wood Drive**
**Haltom City, TX 76137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Isaac Rene  Garcia Martinez**
**4607 Evergreen Pl**
**Las Vegas, NV 89107**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Isabel Orozco**
**2352 Valley Dr**
**Las Vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
Name

---

**3.1049**

**Nonpriority creditor's name and mailing address**
**Isidro Flores**
**1910 Delwood Dr**
**Abilene, TX 79603**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1050**

**Nonpriority creditor's name and mailing address**
**Ismael Anguiano**
**139 Parker Gulch**
**Shoshone, ID 83352**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1051**

**Nonpriority creditor's name and mailing address**
**Israel Chmiel**
**209 Lemonade Dr**
**Berthoud, CO 80513**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1052**

**Nonpriority creditor's name and mailing address**
**Ivette Peterson Delgado**
**1561 Woodlark Dr**
**Haines City, FL 33844**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1053**

**Nonpriority creditor's name and mailing address**
**Izel Dev LLC**
**1104 North**
**Las Vegas, NV 89032**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,890.88**

---

**3.1054**

**Nonpriority creditor's name and mailing address**
**J Thomas Flores**
**1435 S Hwy 198**
**Payson, UT 84651**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1055**

**Nonpriority creditor's name and mailing address**
**Jackson Kohagura**
**2804 Hartwick Pines Dr**
**Henderson, NV 89052**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
Name

| 3.105 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jacob  Micheau**
**5629 E Red Bird Lane**
**San Tan Valley, AZ 85129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.105 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jacob Clark**
**33447 Gypsum Street**
**Menifee, CA 92584**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.105 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jacob Mills**
**1112 Hawkshead St**
**Timnath, CO 80547**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.105 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jacqueline Arnold**
**2419 Astron Drive**
**Colorado Springs, CO 80906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.106 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jacqueline Tero**
**809 E Platte Ave**
**Colorado Springs, CO 80903**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.106 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jacquelyn Bliss**
**1401 field creek circle**
**Victoria, MN 55386**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.106 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jacquelyn Ray**
**2014 Rexford Drive**
**Rockford, IL 61109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

### 3.106 3

**Nonpriority creditor's name and mailing address**
**Jahrell Thomas**
**1221 DUTCH MILL RD**
**HEMET, CA 92545**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

### 3.106 4

**Nonpriority creditor's name and mailing address**
**Jaime Martinez**
**4730 Gay St**
**Wichita Falls, TX 76306**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

### 3.106 5

**Nonpriority creditor's name and mailing address**
**Jaime Salazar**
**4322 E Chafer Dr**
**Las Vegas, NV 89121**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

### 3.106 6

**Nonpriority creditor's name and mailing address**
**Jaimie  Redd**
**829 W Cholla St**
**Casa Grande, AZ 85122**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

### 3.106 7

**Nonpriority creditor's name and mailing address**
**Jair Mera Perez**
**6744 Waterville Cir**
**Las Vegas, NV 89107**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

### 3.106 8

**Nonpriority creditor's name and mailing address**
**Jake Houskeeper**
**2081 S 450 E**
**Kaysville, UT 84037**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,051,259.00**

### 3.106 9

**Nonpriority creditor's name and mailing address**
**Jamalh Lagrone**
**2003 orchard terrace**
**Loganville, GA 30052**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                **Page 300 of 550**

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.1070**

**Nonpriority creditor's name and mailing address**

**James Barrett**
**1025 Trail View Lane**
**Corona, CA 92881**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1071**

**Nonpriority creditor's name and mailing address**

**James Bushner**
**286 Swenson Court**
**Auburn, CA 95603**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1072**

**Nonpriority creditor's name and mailing address**

**James Chambers**
**929 Jefferson Avenue**
**East Point, GA 30344**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1073**

**Nonpriority creditor's name and mailing address**

**James Dillard**
**4278 s 3720 w**
**West Valley City, UT 84120**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1074**

**Nonpriority creditor's name and mailing address**

**James Foote**
**5909 Deck House Road**
**Fort Worth, TX 76179**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1075**

**Nonpriority creditor's name and mailing address**

**James Gentry**
**212 Redbud Lane**
**Belton, MO 64012**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1076**

**Nonpriority creditor's name and mailing address**

**James Gordon**
**12435 Schaler Dr**
**Poway, CA 92064**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
Name

---

**3.1077**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**James Hallman**
**6134 Park Ave**
**Minneapolis, MN 55417**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1078**

**Nonpriority creditor's name and mailing address**

**James Hogland**
**734 Greenland way**
**Grand prairie, TX 75050**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1079**

**Nonpriority creditor's name and mailing address**

**James Jackson**
**318 Buffalo Springs Dr**
**Abilene, TX 79602**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1080**

**Nonpriority creditor's name and mailing address**

**James Kennedy**
**1515 N Mckinley**
**Champaign, IL 61821**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1081**

**Nonpriority creditor's name and mailing address**

**James Looney**
**2220 Mainsail Dr**
**Fort Collins, CO 80524**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1082**

**Nonpriority creditor's name and mailing address**

**James Maloney**
**18653 W. 94th ln**
**Arvada, CO 80007**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1083**

**Nonpriority creditor's name and mailing address**

**James Porter**
**3115 e webb ave**
**Las vegas, NV 89030**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                         Best Case Bankruptcy

Debtor **Empire Solar Group, LLC**          Case number (if known)    **21-23636**
Name

| 3.108 4 | | | | |
|---|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | | **Unknown** |
| **James Ray** | ☐ Contingent | | | |
| **9968 Armando Circle,** | ☐ Unliquidated | | | |
| **Orlando, FL 32835** | ☐ Disputed | | | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | | |

| 3.108 5 | | | | |
|---|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | | **Unknown** |
| **James Smith** | ☐ Contingent | | | |
| **4753 Sandalwood Way** | ☐ Unliquidated | | | |
| **Oceanside, CA 92057** | ☐ Disputed | | | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | | |

| 3.108 6 | | | | |
|---|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | | **Unknown** |
| **James Strickland** | ☐ Contingent | | | |
| **910 West 10th Street** | ☐ Unliquidated | | | |
| **Cheyenne, WY 82007** | ☐ Disputed | | | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | | |

| 3.108 7 | | | | |
|---|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | | **Unknown** |
| **James Stuerzenberger** | ☐ Contingent | | | |
| **449 Quail Run Rd** | ☐ Unliquidated | | | |
| **Versailles, KY 40383** | ☐ Disputed | | | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | | |

| 3.108 8 | | | | |
|---|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | | **Unknown** |
| **James Williams** | ☐ Contingent | | | |
| **1721 Schubert Court** | ☐ Unliquidated | | | |
| **Glendale Heights, IL 60139** | ☐ Disputed | | | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | | |

| 3.108 9 | | | | |
|---|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | | **Unknown** |
| **Jameson McKee & Tiana** | ☐ Contingent | | | |
| **3324 Carolina Moon Ave** | ☐ Unliquidated | | | |
| **North Las Vegas, NV 89081** | ☐ Disputed | | | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | | |

| 3.109 0 | | | | |
|---|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | | **Unknown** |
| **Jamie Ballard** | ☐ Contingent | | | |
| **11801 banana ct** | ☐ Unliquidated | | | |
| **Fort worth, TX 76108** | ☐ Disputed | | | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | | | |

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

**3.109**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Jamie Collymore** | ☐ Contingent | |
| **4604 Quantana Ct** | ☐ Unliquidated | |
| **Las Vegas, NV 89102** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Jamie Edlin** | ☐ Contingent | |
| **2269 Sunrise Way** | ☐ Unliquidated | |
| **Solvang, CA 93463** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Jamie Skaff** | ☐ Contingent | |
| **3458 Raben Way** | ☐ Unliquidated | |
| **Cameron Park, CA 95682** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Jamie Sovereign** | ☐ Contingent | |
| **4875 Highway 193** | ☐ Unliquidated | |
| **Newcastle, CA 95658** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Janessa Quarles** | ☐ Contingent | |
| **6540 Bent Creek Dr** | ☐ Unliquidated | |
| **Rex, GA 30273** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Janet Lawlor** | ☐ Contingent | |
| **25823 W Nancy ln** | ☐ Unliquidated | |
| **Buckeye, AZ 85326** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.109**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Janis Martin** | ☐ Contingent | |
| **3115 Lombard Drive** | ☐ Unliquidated | |
| **Wichita Falls, TX 76309** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.1098 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Janzen Rivera**
**9275 White Sapphire Court**
**Las Vegas, NV 89178**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1099 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jared & Holland Hettick**
**5568 S Loughs Way**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jared Hansen**
**812 Ariel Heights Ave**
**Las Vegas, NV 89138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jarett Hughes**
**12303 E AZ Drive**
**Aurora, CO 80012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jarrod Cannon**
**2409 Caroline St**
**Anna, TX 75409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jarrod Ellingson**
**3756 South Mission Parkway**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jasmin Ibrahimagic**
**2589 E Lacewood Dr**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                  Case number (if known)    **21-23636**
_____
Name

| | | |
|---|---|---|
| 3.110 5 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Jasmine Humphries**
**11812 Lovejoy Crossing Blvd**
**Hampton, GA 30228**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.110 6 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Jason  Romaniec**
**2207 Glenwood cir**
**Colorado Springs, CO 80909**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.110 7 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Jason & Angel McConahy**
**5612 Champagne Flower Street**
**North Las Vegas, NV 89031**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.110 8 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Jason Decarlo**
**641 Ponderosa Dr**
**Silt, CO 81652**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.110 9 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Jason Ferguson**
**917 Chaps circle**
**Henderson, NV 89002**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.111 0 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Jason Hall**
**609 Indian Creek**
**Anna, TX 75409**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| | | |
|---|---|---|
| 3.111 1 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Jason Hill**
**215 S 17th St**
**Las Vegas, NV 89101**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor   **Empire Solar Group, LLC**                                        Case number (if known)   **21-23636**
Name

---

3.111
2

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Jason Lynch**
**331 S 8th St**                                                ☐ Contingent
**Berthoud, CO 80513**                                          ☐ Unliquidated
                                                                ☐ Disputed
Date(s) debt was incurred **0**
                                                                **Basis for the claim:** _
Last 4 digits of account number _
                                                                Is the claim subject to offset?  ■ No  ☐ Yes

---

3.111
3

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Jason Maldonado**
**6277 Vista Santa Clara**                                      ☐ Contingent
**San Diego, CA 92154**                                         ☐ Unliquidated
                                                                ☐ Disputed
Date(s) debt was incurred **0**
                                                                **Basis for the claim:** _
Last 4 digits of account number _
                                                                Is the claim subject to offset?  ■ No  ☐ Yes

---

3.111
4

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Jason Nunez**
**3972 Parkhaven Drive**                                        ☐ Contingent
**Las Vegas, NV 89120**                                         ☐ Unliquidated
                                                                ☐ Disputed
Date(s) debt was incurred **0**
                                                                **Basis for the claim:** _
Last 4 digits of account number _
                                                                Is the claim subject to offset?  ■ No  ☐ Yes

---

3.111
5

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Jason Vitello**
**3258 Falcon Dr**                                              ☐ Contingent
**Abilene, TX 79606**                                           ☐ Unliquidated
                                                                ☐ Disputed
Date(s) debt was incurred **0**
                                                                **Basis for the claim:** _
Last 4 digits of account number _
                                                                Is the claim subject to offset?  ■ No  ☐ Yes

---

3.111
6

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Javier Amezquita**
**3344 Ernest st**                                              ☐ Contingent
**Las Vegas, NV 89032**                                         ☐ Unliquidated
                                                                ☐ Disputed
Date(s) debt was incurred **0**
                                                                **Basis for the claim:** _
Last 4 digits of account number _
                                                                Is the claim subject to offset?  ■ No  ☐ Yes

---

3.111
7

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Javier Mendoza**
**80673 Sycamore Ln.**                                          ☐ Contingent
**Indio, CA 92201**                                             ☐ Unliquidated
                                                                ☐ Disputed
Date(s) debt was incurred **0**
                                                                **Basis for the claim:** _
Last 4 digits of account number _
                                                                Is the claim subject to offset?  ■ No  ☐ Yes

---

3.111
8

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Jay & Mike Investments, LLC**
**14331 Ewing Avenue**                                          ☐ Contingent
**Burnsville, MN 55306**                                        ☐ Unliquidated
                                                                ☐ Disputed
Date(s) debt was incurred **0**
                                                                **Basis for the claim:** _
Last 4 digits of account number _
                                                                Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Empire Solar Group, LLC**                                   Case number (if known)      **21-23636**
_____
Name

| | |
|---|---|
| **3.1119** | |

**Nonpriority creditor's name and mailing address**

**Jay Best**
**2446 E Sundown Avenue**
**Cottonwood Heights, UT 84121**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.1120** | |

**Nonpriority creditor's name and mailing address**

**Jay Perini**
**1448 Lodgepole Dr.**
**Henderson, NV 89014**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.1121** | |

**Nonpriority creditor's name and mailing address**

**Jay Skelton**
**1 Dulwich Road**
**Oakland, CA 94618**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.1122** | |

**Nonpriority creditor's name and mailing address**

**Jayro Martinez**
**564 n 400**
**W Brigham, UT 84302**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.1123** | |

**Nonpriority creditor's name and mailing address**

**Jazmin Martinez**
**3068 S 3080 W**
**West valley city, UT 84119**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.1124** | |

**Nonpriority creditor's name and mailing address**

**JD Roofing**
**915 East 820 North #22**
**Provo, UT 84606**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$55,947.83**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| **3.1125** | |

**Nonpriority creditor's name and mailing address**

**Jean Carlos Concepcion Santana**
**9016 Sycamore Leaf Drive**
**Fort Worth, TX 76179**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| Debtor | **Empire Solar Group, LLC** | Case number (if known)   **21-23636** |
| | Name | |

---

**3.1126**

**Nonpriority creditor's name and mailing address**

**Jean Shaughnessy**
**12623 Stone Creek Ct.**
**Firestone, CO 80504**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1127**

**Nonpriority creditor's name and mailing address**

**Jean-Pierre Mwema**
**35 Harvard Place**
**Abilene, TX 79603**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1128**

**Nonpriority creditor's name and mailing address**

**Jeanette Ward**
**11975 E Cornell Cir**
**Aurora, CO 80014**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1129**

**Nonpriority creditor's name and mailing address**

**Jeanne Gannon**
**3139 High View Dr**
**Henderson, NV 89014**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1130**

**Nonpriority creditor's name and mailing address**

**Jeanne Heggen**
**8740 Lake Springs Trail**
**Hurst, TX 76053**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1131**

**Nonpriority creditor's name and mailing address**

**Jeanne Stout**
**546 N 4475 W**
**Cedar city, UT 84720**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1132**

**Nonpriority creditor's name and mailing address**

**Jeannine Lovett**
**8321 Locust Street**
**Kansas City, MO 64131**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.1133**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Jebryan  Reiter**<br>**2004 14th st s**<br>**St. Cloud, MN 56301** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1134**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Jeff Anderson**<br>**506 Vicki Ln**<br>**Wylie, TX 75098** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1135**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Jeff Coker**<br>**9260 West Fork Tr**<br>**Fort Worth, TX 76179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1136**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Jeff Ercolani**<br>**13003 Lowell Ct**<br>**Broomfield, CO 80020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1137**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Jeff Marquez**<br>**45842 Gold Mine Dr**<br>**Temecula, CA 92592** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1138**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Jeff Mortberg**<br>**280 Switcher Hill Road**<br>**Turners Station, KY 40075** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.1139**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Jeff Riley**<br>**1606 Estella Way**<br>**Webb City, MO 64870** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.114 0**

**Nonpriority creditor's name and mailing address**

**Jeffery Atwood**
**130 Stapleton Way**
**Georgetown, KY 40324**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

**Jeffery Gibson**
**2846 La Palma Dr**
**Laughlin, NV 89029**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.114 2**

**Nonpriority creditor's name and mailing address**

**Jeffrey  Clark**
**470 Panhandle Pl**
**Hampton, GA 30228**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.114 3**

**Nonpriority creditor's name and mailing address**

**Jeffrey Ahlstrand**
**13594 GA Drive**
**Apple Valley, MN 55124**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.114 4**

**Nonpriority creditor's name and mailing address**

**Jeffrey and Patti Emberts**
**3550 Newberry Avenue**
**Pahrump, NV 89048**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.114 5**

**Nonpriority creditor's name and mailing address**

**Jeffrey Hunter**
**1109 Singletree Dr**
**Forney, TX 75126**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.114 6**

**Nonpriority creditor's name and mailing address**

**Jeffrey Shepard**
**1137 Broadmoor Way**
**Roanoke, TX 76262**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.114 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeffrey Strupe**
**3123 Richards Dr**
**Dickinson, TX 77539**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$30.00** |
|---|---|---|---|

**JEI Energy Solutions**
**13900 Kentucky Ave**
**Savage, MN 55378**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jennifer  Pendergrass**
**314 Sweet Pea Path**
**Abilene, TX 79602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jennifer & Robert Reed**
**1860 Columbia Drive**
**Yuba City, CA 95991**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jennifer Bishop**
**2201 8th Ln SE**
**Cambridge, MN 55008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jennifer Erikson**
**1411 n 1070 e**
**Shelley, ID 83274**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jennifer Fenati**
**1960 Misty cir**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

**3.115
4**

**Nonpriority creditor's name and mailing address**

**Jennifer Gianni
3514 Yulia Court
Westerville, OH 43081**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115
5**

**Nonpriority creditor's name and mailing address**

**Jennifer Mendonca-Richard
120 Michaela Dr
Alpharetta, GA 30009**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115
6**

**Nonpriority creditor's name and mailing address**

**Jennifer Merck
12641 Sandstone Court
Firestone, CO 80504**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115
7**

**Nonpriority creditor's name and mailing address**

**Jennifer Millingen
2307 redfield dr
Norcross, GA 30071**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115
8**

**Nonpriority creditor's name and mailing address**

**Jennifer Pene
8230 Campa a Dr
Las vegas, NV 89147**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.115
9**

**Nonpriority creditor's name and mailing address**

**Jennifer Rojo
661 Vallarta Court
Stockton, CA 95206**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.116
0**

**Nonpriority creditor's name and mailing address**

**Jenny Dang
3609 Cour De Jeune
San Jose, CA 95148**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.116**
**1**

**Nonpriority creditor's name and mailing address**

**Jenny Kafka**
**17308 Rimrock Dr**
**Golden, CO 80401**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.116**
**2**

**Nonpriority creditor's name and mailing address**

**Jeremiah  Poole**
**2990 Parkland View**
**Atlanta, GA 30331**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.116**
**3**

**Nonpriority creditor's name and mailing address**

**Jeremy Dean**
**3405 S Waterleaf Way**
**West Valley City, UT 84128**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.116**
**4**

**Nonpriority creditor's name and mailing address**

**Jeremy Finkle**
**7362 Ocean Ridge St**
**Wellington, CO 80549**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.116**
**5**

**Nonpriority creditor's name and mailing address**

**Jeremy Goebel**
**208 Third St E**
**Jordan, MN 55352**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.116**
**6**

**Nonpriority creditor's name and mailing address**

**Jeremy Shupe**
**20260 Drennan Rd**
**Colorado Springs, CO 80928**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.116**
**7**

**Nonpriority creditor's name and mailing address**

**Jeremy Slick**
**3268 South 4840 West**
**West Valley City, UT 84120**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.1168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jeri Campbell**
**5010 North White Avenue**
**Kansas City, MO 64119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jerome Givehand and Felecia Robinson**
**7 Red Sandstone Ave North**
**North Las Vegas, NV 89031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jerome Macariola**
**5949 188th Street West**
**Farmington, MN 55024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jerome Nelson**
**317 Summer Squall Road**
**Davenport, FL 33837**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jerry & Marcia Esterbrook**
**2005 Los Altos St**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jerry Larson**
**826 Pocahontas Trail**
**Georgetown, KY 40324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jerry Learned**
**1681 Rim Rock Drive**
**Stockton, UT 84071**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.117 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jerry Ortega**
**7729 E Old Mission Dr**
**Kingman, AZ 86401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number**  _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.117 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jerrybright Adofoli**
**10089 Prescott Drive**
**Monticello, MN 55362**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number**  _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.117 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jesse England**
**9016 Northeast Hurlingen Road**
**Saint Joseph, MO 64507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number**  _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.117 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jesse Terry**
**603 Lynnfield Drive**
**Arlington, TX 76014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number**  _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.117 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jessica  Bayless**
**17903 E Iowa Dr**
**Aurora, CO 80017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number**  _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.118 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jessica Elsey**
**2024 Thundercloud Drive**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number**  _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.118 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jessica Fleming**
**11172 W Patterson Pl**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number**  _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
| | Name | | |

**3.118 2**

**Nonpriority creditor's name and mailing address**
**Jessica Gaskins**
**2228 Sawgrass Dr**
**Hampton, GA 30228**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.118 3**

**Nonpriority creditor's name and mailing address**
**Jessica Gillum**
**12815 Sandy White**
**San Antonio, TX 78253**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.118 4**

**Nonpriority creditor's name and mailing address**
**Jessica Keller**
**5692 South Robb Street**
**Littleton, CO 80127**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.118 5**

**Nonpriority creditor's name and mailing address**
**Jessica Olivera Reyes**
**415 Harrow St**
**Severance, CO 80550**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.118 6**

**Nonpriority creditor's name and mailing address**
**Jessica Wright**
**106 Manzanita Falls Ave**
**North Las Vegas, NV 89031**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.118 7**

**Nonpriority creditor's name and mailing address**
**Jesus Carrillo**
**112 4th st**
**Bastrop, TX 78602**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

**3.118 8**

**Nonpriority creditor's name and mailing address**
**Jesus Dejesus**
**424 Diamond Peak Ln**
**Oakley, CA 94561**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor  **Empire Solar Group, LLC**                                          Case number (if known)    **21-23636**
          Name

---

| 3.118 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jesus Fletes**
**4042 W 6585 S**
**Taylorsville, UT 84129**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.119 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jesus Martin Angulo Reyes**
**5406 e owens ave**
**Las Vegas, NV 89110**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.119 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jesus Mendoza**
**626 n Avenue A**
**Kermit, TX 79745**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.119 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jesus Meza**
**3795 West Shire Circle**
**Salt Lake City, UT 84129**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.119 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jesus Moreno**
**2281 s 34th st**
**Abilene, TX 79605**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.119 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jesus Policar**
**8527 1/2 Cedar St.**
**Bellflower, CA 90706**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.119 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jesus Reyes**
**6507 S. Derbyshire Ave**
**Boise, ID 83709**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Empire Solar Group, LLC**
Name

Case number (if known) **21-23636**

---

**3.1196**

**Nonpriority creditor's name and mailing address**
**Jesus Rodriguez**
**6273 W 7860 S**
**west jordan, UT 84081**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1197**

**Nonpriority creditor's name and mailing address**
**Jesus Santillan**
**1289 N 500 W**
**Lehi, UT 84043**

**Date(s) debt was incurred  _**
**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$450.00**

---

**3.1198**

**Nonpriority creditor's name and mailing address**
**Jever Saravia**
**1433 Glenwood Avenue**
**Waukegan, IL 60085**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1199**

**Nonpriority creditor's name and mailing address**
**Jill and Alonzo Roddy**
**1012 Leisure Lane**
**Burnsville, MN 55337**

**Date(s) debt was incurred  _**
**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1200**

**Nonpriority creditor's name and mailing address**
**Jim Helgerson**
**4120 hidden pond trail NE**
**Prior Lake, MN 55372**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1201**

**Nonpriority creditor's name and mailing address**
**Jim Lambert**
**1718 Marshall St**
**Abilene, TX 79605**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1202**

**Nonpriority creditor's name and mailing address**
**Jimmy Calhoun**
**19290 E 45th Ave**
**Denver, CO 80249**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor **Empire Solar Group, LLC**                                    Case number (if known)        **21-23636**
_____Name_____

---

**3.120
3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Jimmy Contreras**<br>**1181 Fiore Way**<br>**Manteca, CA 95336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

---

**3.120
4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Jimmy Rivera**<br>**4511 Knights Ct.**<br>**Baytown, TX 77521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

---

**3.120
5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **jinghui Yu**<br>**1623 S Laurel Ave**<br>**Ontario, CA 91762** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

---

**3.120
6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **JMB Home Improvement**<br>**13201 Northwest Fwy**<br>**#800**<br>**Houston, TX 77040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**$20,000.00**

---

**3.120
7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Jo Ann DeLeon**<br>**13322 Briarwood Dr**<br>**Broomfield, CO 80020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

---

**3.120
8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Jo Costanzo**<br>**1274 North Hampton Drive**<br>**Hampton, GA 30228** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

---

**3.120
9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Joan Ayala**<br>**2925 Morningside St**<br>**San Diego, CA 92139** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                Case number (if known)    **21-23636**
          Name

---

**3.121 0**

**Nonpriority creditor's name and mailing address**

**Joan Fittery**
**16099 Goodview Way**
**Lakeville, MN 55044**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.121 1**

**Nonpriority creditor's name and mailing address**

**Joaquin Coronel**
**136 North Conlon Avenue**
**West Covina, CA 91790**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.121 2**

**Nonpriority creditor's name and mailing address**

**Jobvite Inc.**
**PO Box 208262**
**Dallas, TX 75320-8262**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **$36,635.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.121 3**

**Nonpriority creditor's name and mailing address**

**Jocelyn Garcia**
**1176 Denver Ln Unit D**
**El Cajon, CA 92021**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.121 4**

**Nonpriority creditor's name and mailing address**

**Jodie Kreider**
**8100 W 8th Ave**
**Lakewood, CO 80214**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

**Joe Calcasola**
**1420 Carmelle Drive**
**Fort Myers, FL 33919**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

**Joe Klein**
**1033 N Francis St**
**Carlsbad New, NM 88220**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
          Name

---

**3.121 7**

**Nonpriority creditor's name and mailing address**

**Joel Breevaart**
**326 E Rio Pl**
**Casa Grande, AZ 85122**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

**Joel Ortiz**
**5045 Milwaukee Street**
**Denver, CO 80216**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

**Johana Y Garcia**
**217 Colony Center Dr**
**Woodstock, GA 30188**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

**Johann Nelson**
**7010 Fossil Rim St**
**North Las Vegas, NV 89085**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

**John  Reimann**
**8086 E. Senate St**
**Tucson, AZ 85730**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.122 2**

**Nonpriority creditor's name and mailing address**

**John  Tweet**
**5704 puerto Vallarta dr**
**North Richland Hills, TX 76180**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.122 3**

**Nonpriority creditor's name and mailing address**

**John Barker**
**2705 Coronado Ave**
**Big Spring, TX 79720**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor     **Empire Solar Group, LLC**                                  Case number (if known)     **21-23636**
           Name

---

3.122
4

**Nonpriority creditor's name and mailing address**

**John Cline**
**2216 Sussex Ln**
**Colorado Springs, CO 80909**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.122
5

**Nonpriority creditor's name and mailing address**

**John Dyer**
**5505 Ridgeson dr**
**McKinney, TX 75071**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.122
6

**Nonpriority creditor's name and mailing address**

**John Eide**
**513 W Melrose Dr**
**Casa Grande, AZ 85122**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.122
7

**Nonpriority creditor's name and mailing address**

**John Fleming**
**11809 Banana ct**
**Fort Worth, TX 76108**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.122
8

**Nonpriority creditor's name and mailing address**

**John Haberkern**
**7524 Cecelia Court**
**Bakersfield, CA 93308**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.122
9

**Nonpriority creditor's name and mailing address**

**John Heil**
**3871 Hill ave**
**White bear lake, MN 55110**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.123
0

**Nonpriority creditor's name and mailing address**

**John Husted**
**603 Willow Wood Ct**
**Tooele, UT 84074**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
         Name

---

3.123
1

**Nonpriority creditor's name and mailing address**

**John Hutto**
**9033 Douglas cir**
**Terrell, TX 75126**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.123
2

**Nonpriority creditor's name and mailing address**

**John King**
**5808 Maurie Drive**
**Haltom City, TX 76148**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.123
3

**Nonpriority creditor's name and mailing address**

**John Kvist**
**6853 Puertollano Pl**
**Las Vegas, NV 89149**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.123
4

**Nonpriority creditor's name and mailing address**

**John Martinesky**
**5242 S Riviera Cir,**
**Aurora, CO 80015**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.123
5

**Nonpriority creditor's name and mailing address**

**John Mccoy**
**6327 roughlock st**
**Houston, TX 77016**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.123
6

**Nonpriority creditor's name and mailing address**

**John Mills**
**2349 Stefani Street**
**Anna, TX 75409**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.123
7

**Nonpriority creditor's name and mailing address**

**John O Brien**
**2400 Oneida st**
**Denver, CO 80207**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
| | Name | | |

---

**3.123 8**

**Nonpriority creditor's name and mailing address**

**John Outten**
**1585 E 133rd Ave**
**Thornton, CO 80241**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.123 9**

**Nonpriority creditor's name and mailing address**

**John Rogers**
**32 Woodcock Circle**
**Abilene, TX 79605**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.124 0**

**Nonpriority creditor's name and mailing address**

**John Stephens**
**607 Snake Charmer Avenue**
**North Las Vegas, NV 89031**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.124 1**

**Nonpriority creditor's name and mailing address**

**John Turner**
**1867 West 7000 South**
**West Jordan, UT 84084**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.124 2**

**Nonpriority creditor's name and mailing address**

**John Winn**
**967 Blue Bell Rd**
**Berthoud, CO 80513**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.124 3**

**Nonpriority creditor's name and mailing address**

**John Xiong**
**11641 UT ave n**
**Champlin, MN 55316**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.124 4**

**Nonpriority creditor's name and mailing address**

**Johnathan Hankins**
**7011 Arabian Ridge St**
**Las Vegas, NV 89131**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                Case number (if known)      **21-23636**
_____
Name

| 3.124 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Johnny Tannous** | ☐ Contingent | |
| | **3024 Campania Terrace** | ☐ Unliquidated | |
| | **Riverside, CA 92503** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.124 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Johnson Hoang** | ☐ Contingent | |
| | **6205 brookknoll Dr** | ☐ Unliquidated | |
| | **Arlington, TX 76018** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.124 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Jon Parrino** | ☐ Contingent | |
| | **3250 W 134th Ave** | ☐ Unliquidated | |
| | **Broomfield, CO 80020** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.124 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Jon Roddick** | ☐ Contingent | |
| | **112 Lauren Cir** | ☐ Unliquidated | |
| | **Scotts Valley, CA 95066** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.124 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Jonatan  Orellana** | ☐ Contingent | |
| | **909 barasingha st** | ☐ Unliquidated | |
| | **Severance, CO 80550** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.125 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Jonathan Gonzalez** | ☐ Contingent | |
| | **1902 Troy Dr** | ☐ Unliquidated | |
| | **Carlsbad New, NM 88240** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.125 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Jonathan Grawe** | ☐ Contingent | |
| | **1314 Oak Village Drive** | ☐ Unliquidated | |
| | **Ramona, CA 92065** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.125 2**

**Nonpriority creditor's name and mailing address**
**Jonathan Hall**
**4107 Undimmed Cir**
**Colorado Springs, CO 80917**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.125 3**

**Nonpriority creditor's name and mailing address**
**Jonathan Saunders**
**780 Cleveland Street**
**Idaho Falls, ID 83401**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.125 4**

**Nonpriority creditor's name and mailing address**
**Jonathan Wiswall**
**2600 S Cherry St**
**Denver, CO 80222**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.125 5**

**Nonpriority creditor's name and mailing address**
**Jones Waldo Attorneys**
**170 South Main Street**
**Suite 1500**
**Salt Lake City, UT 84101**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$67,420.72**

---

**3.125 6**

**Nonpriority creditor's name and mailing address**
**Jones Waldo Attorneys**
**170 South Main Street**
**Suite 1500**
**Salt Lake City, UT 84101**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,150.95**

---

**3.125 7**

**Nonpriority creditor's name and mailing address**
**Jonnie Keith**
**4970 Dublin Drive Southwest**
**Atlanta, GA 30331**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.125 8**

**Nonpriority creditor's name and mailing address**
**Joo Heon Yoon**
**4853 Carriage Run Dr**
**San Diego, CA 92130**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

3.125 9

**Nonpriority creditor's name and mailing address**
**Jordan  Shepherd**
**2254 E WEEPING WILLOW WAY**
**Eagle Mountain, UT 84045**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.126 0

**Nonpriority creditor's name and mailing address**
**Jordan Reder**
**5225 South 575 West**
**Riverdale, UT 84405**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.126 1

**Nonpriority creditor's name and mailing address**
**Jordan Velasco**
**15151 Camphor Way**
**Lake Elsinore, CA 92530**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.126 2

**Nonpriority creditor's name and mailing address**
**Jorge  Soto**
**2763 S marwari cr**
**Magna, UT 84044**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.126 3

**Nonpriority creditor's name and mailing address**
**Jorge Adrian Velazquez Garcia**
**390 Paradox Dr**
**Gridley, CA 95948**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.126 4

**Nonpriority creditor's name and mailing address**
**Jorge Caballero**
**9143 Brilliant Prairie CT**
**Las Vegas, NV 89149**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$400.00**

---

3.126 5

**Nonpriority creditor's name and mailing address**
**Jorge Caballero Castillo**
**11714 Wainscot Ct**
**Houston, TX 77038**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor  **Empire Solar Group, LLC**                                         Case number (if known)    **21-23636**
_____
Name

| 3.126 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jorge Fierro**
**900 Urban Drive**
**Desoto, TX 75115**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.126 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jorge Lazo**
**250 Nichols Dr**
**Suwanee, GA 30024**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.126 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jorge Lopez**
**4901 Quail Hollow Dr**
**Baytown, TX 77521**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.126 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jorge Rayas**
**6210 Hartwick Road**
**Houston, TX 77016**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.127 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jorge Rodriguez**
**16045 w Jefferson st**
**Goodyear, AZ 85338**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.127 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose & Susana Montano Ramirez**
**6417 LABOR LN**
**LOUISVILLE, KY 40291**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.127 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose & Virgen Rodriguez**
**4636 Marcos Cir**
**Kissimmee, FL 34758**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  □ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                              Case number (if known)    **21-23636**
          Name

| 3.127 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jose Aguas**
**2560 S Thompson St**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.127 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jose Avina**
**405 Sycamore Street**
**Gridley, CA 95948**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.127 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jose Castro**
**4535 Rowland Avenue**
**Kansas City, KS 66104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.127 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jose Chavez**
**870 s 670**
**W Logan, UT 84321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.127 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jose Cruz**
**9008 Fescue Dr.**
**Fort Worth, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.127 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jose Daniel Leiva**
**5205 Cannon Blvd**
**Las Vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.127 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Jose Delgado**
**1625 Eastwood Drive**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
          Name

| 3.128 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Gomez**
**2710 Holmes Road**
**Richmond, TX 77406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.128 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Guzman**
**1995 W 19th St**
**San Bernardino, CA 92411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.128 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose L. Perez**
**3605 Seneca Highland St**
**North Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.128 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Leon**
**1242 Bushy Tail Trail**
**san jacinto, CA 92583**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.128 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Luis Aguilar**
**2356 Valley Dr**
**Las Vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.128 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Luis Vasquez**
**3270 W Lemay ave**
**West Valley City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.128 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jose Martin**
**10470 48th St**
**Jurupa Valley, CA 91752**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
          Name

---

| 3.128 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| | **Jose Ornelas** **4007 Casita Way** **San Diego, CA 92115** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.128 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| | **Jose Ramirez-Loza** **7940 217th Avenue Northeast** **Stacy, MN 55079** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.128 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| | **jose rosario elizalde reyes** **5236 glen eagles ln** **las vegas, NV 89108** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.129 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| | **Jose Serna** **360 W. Orchard Ave** **Silt, CO 81652** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.129 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| | **Jose Solis** **28515 saxet dr** **Boerne, TX 78006** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.129 2 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| | **Jose Vargas** **6337 Dorchester trail** **North Richland Hills, TX 76182** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.129 3 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| | **Jose Ventura Serrato** **264 N New Star Dr** **Salt Lake City, UT 84116** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.129 4**

**Nonpriority creditor's name and mailing address**

**Jose Zamora**
**13601 East 50th Drive**
**Yuma, AZ 85367**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 5**

**Nonpriority creditor's name and mailing address**

**Joseph  Loveria**
**20088 Pienza Lane**
**Porter Ranch, CA 91326**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 6**

**Nonpriority creditor's name and mailing address**

**Joseph  Luhn**
**12110 W Benito dr**
**Arizona City, AZ 85123**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 7**

**Nonpriority creditor's name and mailing address**

**Joseph & Esther Finlay**
**3120 Cottonwood Drive**
**Laughlin, NV 89029**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 8**

**Nonpriority creditor's name and mailing address**

**Joseph Alexander**
**1273 Elm Street**
**Abilene, TX 79602**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.129 9**

**Nonpriority creditor's name and mailing address**

**Joseph Bennett**
**9611 E Linwood Blvd**
**Independence, MO 64052**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.130 0**

**Nonpriority creditor's name and mailing address**

**Joseph Burns**
**4730 Kennedy court**
**Rocklin, CA 95677**

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
          Name

---

3.130
1

**Nonpriority creditor's name and mailing address**

**Joseph Lambrix**
**1030 Woodgate CT**
**Longmont, CO 80501**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.130
2

**Nonpriority creditor's name and mailing address**

**Joseph Martinez**
**6670 E Driftwood Drive**
**Gardendale, TX 79758**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.130
3

**Nonpriority creditor's name and mailing address**

**Joseph Muwonge**
**18407 Grayson bluff way**
**Richmond, TX 77407**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.130
4

**Nonpriority creditor's name and mailing address**

**Joseph Nelson**
**1803 Holloway Drive**
**Windsor, CO 80550**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.130
5

**Nonpriority creditor's name and mailing address**

**Joseph Pinkley**
**5703 S 339th Ave**
**Tonopah, AZ 85354**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.130
6

**Nonpriority creditor's name and mailing address**

**Joseph Sebast**
**583 Victoria St N**
**St Paul, MN 55104**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.130
7

**Nonpriority creditor's name and mailing address**

**Joseph Wills**
**260 Horseman Run**
**Palmetto, GA 30268**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)        **21-23636**
          Name

| 3.1308 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Wolf**
**3503 Saguaro Cir**
**Colorado Springs, CO 80925**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.1309 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josh Aston**
**1025 Sleepy Hollow Rd**
**Paso Robles, CA 93446**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.1310 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josh Vidal**
**93 N 1100 W**
**St George, UT 84770**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.1311 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Bandelin**
**34929 sage canyon ct**
**winchester, CA 92596**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.1312 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Chen**
**1689 E Robinson Way**
**Chandler, AZ 85225**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.1313 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Fridholm**
**1818 36th st s**
**St. Cloud, MN 56301**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| 3.1314 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Olsen**
**1415 Snook Ct**
**Fort Collins, CO 80526**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Empire Solar Group, LLC**
Name

Case number (if known)    **21-23636**

---

**3.131 5**

**Nonpriority creditor's name and mailing address**
**Joshua Shelton**
**2040 E Danbury Road**
**Phoenix, AZ 85022**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.131 6**

**Nonpriority creditor's name and mailing address**
**Joshua Waggener**
**5030 Prairie Lark Ln**
**Severance, CO 80615**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.131 7**

**Nonpriority creditor's name and mailing address**
**JotForm Inc.**
**111 Pine St. , Suite 1815**
**San Francisco, CA 94111**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**$4,740.00**

---

**3.131 8**

**Nonpriority creditor's name and mailing address**
**Joumy Velilla-Rodriguez**
**6626 Tulip Falls Dr**
**Henderson, NV 89011**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.131 9**

**Nonpriority creditor's name and mailing address**
**Joyce Icenogle**
**19205 Boulder Ridge Drive**
**Mokena, IL 60448**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.132 0**

**Nonpriority creditor's name and mailing address**
**Joyce Roberts**
**2163 Glenside Ave**
**Cincinnati, OH 45212**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.132 1**

**Nonpriority creditor's name and mailing address**
**Juan  Manuel Barron**
**614 South Buffalo Street**
**Yuma, CO 80759**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                          Case number (if known)    **21-23636**
_____
Name

---

3.132
2

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Juan Antonio Roman**                                        ☐ Contingent
**5490 W Pleasant Ridge dr**                                  ☐ Unliquidated
**Kearns, UT 84118**                                          ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.132
3

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Juan Buenrostro**                                           ☐ Contingent
**103 Chandler Drive**                                        ☐ Unliquidated
**Baytown, TX 77521**                                         ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.132
4

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Juan C Grimont**                                            ☐ Contingent
**216 Morning Dr**                                            ☐ Unliquidated
**Athens, GA 30606**                                          ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.132
5

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Juan Carlos Ruiz**                                          ☐ Contingent
**481 Bermuda Dr**                                            ☐ Unliquidated
**San Mateo, CA 94403**                                       ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.132
6

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Juan Castorena**                                            ☐ Contingent
**5217 Rugged Ave**                                           ☐ Unliquidated
**Fort Worth, TX 76179**                                      ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.132
7

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Juan Cruz**                                                 ☐ Contingent
**1613 twin hills way**                                       ☐ Unliquidated
**Princeton, TX 75407**                                       ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No  ☐ Yes

---

3.132
8

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Juan Francisco Lara Galvan**                                ☐ Contingent
**4819 Bentonite Boulevard**                                  ☐ Unliquidated
**Baytown, TX 77521**                                         ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.1329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juan Garcia cruz**
**1005 Cunningham dr**
**Las Vegas, NV 89106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JUAN GN FERNANDEZ**
**2711 Rugby Rd**
**Dayton, OH 45406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juan Salazar**
**4671 E Talmadge dr**
**San Diego, CA 92116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juan Segura**
**1165 Stewart st**
**Reno, NV 89502**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juan Zaragoza**
**342 W 7th St**
**Stockton, CA 95206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juanita Branch**
**9333 Bistro Pl**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.1335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juanita Carrasco**
**1602 Glendale dr**
**Abilene, TX 79603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.133 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Juanita Norman**
**811 arrawanna ct**
**Colorado Springs, CO 80909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.133 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Judith Garcia de Linares**
**1334 Yecker Ave**
**Kansas City, KS 66104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.133 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Judy Miller-Patrick**
**2890 Margarita Ave**
**Pahrump, NV 89048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.133 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Judy Telling**
**1168 Ekalaka rd**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.134 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Julian Diego**
**3635 s evening light cv**
**Magna, UT 84044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.134 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Julie A Brenha**
**3329 Ashford st**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.134 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Julie Niles**
**3810 N Catalina Dr**
**Eloy, AZ 85131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor   **Empire Solar Group, LLC**                           Case number (if known)      **21-23636**
         Name

| 3.134 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Juliea Ward**
**8208 misty island cir**
**Las vegas, NV 89145**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julio Chavez**
**3406 Orchid Lane**
**Rowlett, TX 75089**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julio Roberto Pena Sibrian & Claudia Pen**
**1840 Blackhawk rd**
**Las Vegas, NV 89108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jun Herrera**
**4828 Erickson Drive**
**New Hope, MN 55428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**June Vespo**
**30597 Rockridge Rd.**
**Lake Elsinore, CA 92530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin Cruz**
**4962 W Winter Hill Lane**
**West Jordan, UT 84081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin Halford**
**603 Gore Range Drive**
**Severance, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.135 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Justin Locke**
**1116 Redcloud Dr**
**Fort Worth, TX 76120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Justin Miller**
**3038 W 134th Pl**
**Broomfield, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Justin Roland**
**1346 Doyle Pl**
**Colorado Springs, CO 80915**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Justin Wilmoth**
**5921 Vista Creek St**
**North Las Vegas, NV 89031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,850.00** |
|---|---|---|---|

**K & M Electric, Inc.**
**2208 Lois Drive**
**Mounds View, MN 55112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kaiser Anderson**
**1118 cottontail lane**
**Wiggins, CO 80654**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kaitlin Mestas**
**311 Windflower Way**
**Severance, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor      **Empire Solar Group, LLC**                                  Case number (if known)      **21-23636**
              Name

| 3.135 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Kaitlyn Stone**
**4551 Amberly Ridge Avenue**              ☐ Contingent
**Las Vegas, NV 89115**                    ☐ Unliquidated
                                           ☐ Disputed
Date(s) debt was incurred **0**
                                           **Basis for the claim:** _
Last 4 digits of account number _
                                           Is the claim subject to offset?  ■ No   ☐ Yes

| 3.135 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Kalani Cruz**
**4942 S Starry Night Ln**                 ☐ Contingent
**Ontario, CA 91762**                      ☐ Unliquidated
                                           ☐ Disputed
Date(s) debt was incurred **0**
                                           **Basis for the claim:** _
Last 4 digits of account number _
                                           Is the claim subject to offset?  ■ No   ☐ Yes

| 3.135 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Kaleyanna Morris**
**6461 karlsen ct**                        ☐ Contingent
**Las vegas, NV 89122**                    ☐ Unliquidated
                                           ☐ Disputed
Date(s) debt was incurred **0**
                                           **Basis for the claim:** _
Last 4 digits of account number _
                                           Is the claim subject to offset?  ■ No   ☐ Yes

| 3.136 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Kameron Hill**
**9958 Silver Stirrup Dr**                 ☐ Contingent
**Colorado Springs, CO 80925**             ☐ Unliquidated
                                           ☐ Disputed
Date(s) debt was incurred **0**
                                           **Basis for the claim:** _
Last 4 digits of account number _
                                           Is the claim subject to offset?  ■ No   ☐ Yes

| 3.136 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Karalea Helzer**
**968 prairie star dr**                    ☐ Contingent
**Berthoud, CO 80513**                     ☐ Unliquidated
                                           ☐ Disputed
Date(s) debt was incurred **0**
                                           **Basis for the claim:** _
Last 4 digits of account number _
                                           Is the claim subject to offset?  ■ No   ☐ Yes

| 3.136 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Karen Hagan**
**1244 Bourbon Ave**                       ☐ Contingent
**Louisville, KY 40213**                   ☐ Unliquidated
                                           ☐ Disputed
Date(s) debt was incurred **0**
                                           **Basis for the claim:** _
Last 4 digits of account number _
                                           Is the claim subject to offset?  ■ No   ☐ Yes

| 3.136 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Karen Ostergren**
**39 Westbury Drive Northwest**            ☐ Contingent
**Rome, GA 30165**                         ☐ Unliquidated
                                           ☐ Disputed
Date(s) debt was incurred **0**
                                           **Basis for the claim:** _
Last 4 digits of account number _
                                           Is the claim subject to offset?  ■ No   ☐ Yes

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

**3.136 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Karl & Monica Musick**<br>**7280 South Cloverdale Road**<br>**Boise, ID 83709** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.136 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Karl Herrera**<br>**5501 Dunshee Vista Ave**<br>**Las Vegas, NV 89131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.136 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Karla Brant**<br>**750 Cayce Lane**<br>**Fort Myers, FL 33905** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.136 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,025.00** |
|---|---|---|
| **Karlee Powers**<br>**14697 S Astin Ln # 0304**<br>**Herriman, UT 84096** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.136 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Karsten  Jensen**<br>**3334 FILLMORE ST NE**<br>**MINNEAPOLIS, MN 55418** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.136 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Karyn Drafahl**<br>**732 W Orchard St**<br>**Rialto, CA 92376** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

**3.137 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Kasmian Campa**<br>**39599 Tamarisk St**<br>**murrieta, CA 92563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 3.137 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Kasper Reger** <br> **2138 Pheasant Place** <br> **Colorado Springs, CO 80909** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.137 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Kassandra Beverly** <br> **285 Barley Circle** <br> **Crittenden, KY 41030** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.137 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Katarina Zwinck** <br> **17535 E Villanova Place** <br> **Aurora, CO 80013** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.137 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Katera Drain** <br> **6877 Oak Vine Ct** <br> **Colorado Springs, CO 80908** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.137 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Katherine Gentile** <br> **6970 Pickadilly Court** <br> **Fort Myers, FL 33919** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.137 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Katherine Jayne** <br> **13184 Flagstaff Avenue** <br> **Apple Valley, MN 55124** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.137 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Katherine Thomas** <br> **5461 Ovando Way** <br> **Las Vegas, NV 89122** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.137 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kathleen  Rosgen**
**7909 Buttonwood Dr**
**Fort Worth, TX 76137**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kathleen Rudder**
**5430 Auborn Ave**
**Las Vegas, NV 89108**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kathryn Esparza**
**14215 Bella dr**
**Cypress, TX 77429**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kathy Hardin**
**3611 wildwood lane**
**New Plymouth, ID 83655**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kathy Reddon & Jennifer Hill**
**8848 West Julia Circle**
**Magna, UT 84044**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Katia Anderson**
**940 E 700 N**
**Lehi, UT 84043**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Katie Baucom**
**2600 South Royal Meadows Drive**
**Nampa, ID 83686**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Empire Solar Group, LLC**
Name

Case number (if known)   **21-23636**

---

**3.138 5**

**Nonpriority creditor's name and mailing address**
**Katie Castillo**
**615 Betsy Ross Drive**
**Arlington, TX 76002**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.138 6**

**Nonpriority creditor's name and mailing address**
**Katie Mausolf**
**30672 Sunny Beach Rd**
**Grand Rapids, MN 55744**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.138 7**

**Nonpriority creditor's name and mailing address**
**Kay Sanderson**
**605 North Torrey Pines Drive**
**Las Vegas, NV 89107**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.138 8**

**Nonpriority creditor's name and mailing address**
**Kayla Sheffield**
**11059 cresco ct**
**Las vegas, NV 89141**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.138 9**

**Nonpriority creditor's name and mailing address**
**Kaytlyn Chappell**
**7510 Hercules Point**
**San Antonio, TX 78242**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.139 0**

**Nonpriority creditor's name and mailing address**
**Keith  Sotomey**
**3033 Echoed Rondel Ln**
**Henderson, NV 89044**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.139 1**

**Nonpriority creditor's name and mailing address**
**Keith Byrd**
**7720 South Green Street**
**Chicago, IL 60620**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                         Case number (if known)    **21-23636**
_____Name_____

| 3.139 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Keith Ottoson**
**16399 Itasca Ave. S.E.**
**Prior Lake, MN 55372**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kelli Schleret**
**8062 Yellow Daisy Avenue**
**Las Vegas, NV 89147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kelly  Curtis**
**7419 52nd St N**
**Oakdale, MN 55128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kelly Balog**
**3082 1/2 F 3/4 Rd**
**Grand Junction, CO 81504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kelly Dudal**
**283 Sunset Dr**
**La Salle, CO 80645**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kelly Nance & Raylene Reed**
**6669 W Kings Estate Ct**
**West Valley, UT 84128**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Kelly Roberts**
**31 E 500 N**
**Wellsville, UT 84339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
　　　　　　　Name

| 3.139 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Kelsey Longendyke** | ☐ Contingent | |
| **825 1st St. N** | ☐ Unliquidated | |
| **Sartell, MN 56377** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.140 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Kelsey overmire** | ☐ Contingent | |
| **7009 Fossil Rim St** | ☐ Unliquidated | |
| **North Las Vegas, NV 89084** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.140 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,613.00** |
| **Kenco Remodeling** | ☐ Contingent | |
| **8706 Sparren Way** | ☐ Unliquidated | |
| **San Diego, CA 92129** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.140 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Kendra Liss** | ☐ Contingent | |
| **2028 Rochelle Lane** | ☐ Unliquidated | |
| **Carrollton, TX 75007** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.140 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Kendrick Buchanan** | ☐ Contingent | |
| **10723 Meadow Glen Way E** | ☐ Unliquidated | |
| **Escondido, CA 92026** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.140 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Kenneth  Hettinger** | ☐ Contingent | |
| **5664 Summerlyn Court** | ☐ Unliquidated | |
| **Windsor, CO 80550** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.140 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Kenneth Clark** | ☐ Contingent | |
| **921 vista ln** | ☐ Unliquidated | |
| **Desoto, TX 75115** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.1406**

**Nonpriority creditor's name and mailing address**
**Kenneth Gensel**
**8347 spinnaker bay dr**
**Windsor, CO 80528**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1407**

**Nonpriority creditor's name and mailing address**
**Kenneth Martin**
**13670 Silversand St**
**Victorville, CA 92394**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1408**

**Nonpriority creditor's name and mailing address**
**Kenneth Martinez**
**3837 36th Street**
**San Diego, CA 92104**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1409**

**Nonpriority creditor's name and mailing address**
**Kenneth Perry**
**284 E Rienstra St**
**Chula Vista, CA 91911**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1410**

**Nonpriority creditor's name and mailing address**
**Kenneth Rick**
**28406 Princessa cir**
**Murrieta, CA 92563**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1411**

**Nonpriority creditor's name and mailing address**
**Kenneth Tolley**
**3765 Catalpa Drive**
**Colorado Springs, CO 80907**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1412**

**Nonpriority creditor's name and mailing address**
**Kenny Gonzalez**
**1229 Misty Dr.**
**Midlothian, TX 76065**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                   Case number (if known)      **21-23636**
         Name

---

**3.141
3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Kenny King**                                                         ☐ Contingent
**2917 Forester Court**                                                ☐ Unliquidated
**Kissimmee, FL 34758**                                                ☐ Disputed

**Date(s) debt was incurred  0**                                       **Basis for the claim:** _
**Last 4 digits of account number** _
                                                                       Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.141
4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Kent Hunt**                                                          ☐ Contingent
**9047 Kingston Heath Rd**                                             ☐ Unliquidated
**Peyton, CO 80831**                                                   ☐ Disputed

**Date(s) debt was incurred  0**                                       **Basis for the claim:** _
**Last 4 digits of account number** _
                                                                       Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.141
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Kenya Wilson**                                                       ☐ Contingent
**449 Cloverleaf Drive**                                               ☐ Unliquidated
**Lancaster, TX 75146**                                                ☐ Disputed

**Date(s) debt was incurred  0**                                       **Basis for the claim:** _
**Last 4 digits of account number** _
                                                                       Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.141
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**kerry Aultz**                                                        ☐ Contingent
**700 Elm Grv**                                                        ☐ Unliquidated
**Anna, TX 75409**                                                     ☐ Disputed

**Date(s) debt was incurred  0**                                       **Basis for the claim:** _
**Last 4 digits of account number** _
                                                                       Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.141
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Kevan Elliot**                                                       ☐ Contingent
**8123 North Spruce Avenue**                                           ☐ Unliquidated
**Kansas City, MO 64119**                                              ☐ Disputed

**Date(s) debt was incurred  0**                                       **Basis for the claim:** _
**Last 4 digits of account number** _
                                                                       Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.141
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Kevin  Knight**                                                      ☐ Contingent
**1078 bethpage Rd**                                                   ☐ Unliquidated
**Auberndale, FL 33823**                                               ☐ Disputed

**Date(s) debt was incurred  0**                                       **Basis for the claim:** _
**Last 4 digits of account number** _
                                                                       Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.141
9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Kevin Cooney**                                                       ☐ Contingent
**6219 E Rosewood St**                                                 ☐ Unliquidated
**Tucson, AZ 85711**                                                   ☐ Disputed

**Date(s) debt was incurred  0**                                       **Basis for the claim:** _
**Last 4 digits of account number** _
                                                                       Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
_____
Name

| | | |
|---|---|---|
| 3.1420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

3.1420

**Nonpriority creditor's name and mailing address**
**Kevin Gonzalez**
**1800 38th Avenue**
**Stone Park, IL 60165**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.1421

**Nonpriority creditor's name and mailing address**
**Kevin Griffin**
**9092 S 400 E**
**Sandy, UT 84070**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.1422

**Nonpriority creditor's name and mailing address**
**Kevin Murie**
**734 n 4475 w**
**cedar city, UT 84721**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.1423

**Nonpriority creditor's name and mailing address**
**Kevin Rogers**
**1711 N 201st Ave**
**Buckeye, AZ 85396**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.1424

**Nonpriority creditor's name and mailing address**
**Kevin Sullivan**
**247 56th Street**
**Downers Grove, IL 60516**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.1425

**Nonpriority creditor's name and mailing address**
**Kevin Winter**
**1146 Longs Peak Avenue**
**Berthoud, CO 80513**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.1426

**Nonpriority creditor's name and mailing address**
**Keya Hatchett**
**19864 E Dartmouth Pl**
**Aurora, CO 80013**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  _**

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Debtor **Empire Solar Group, LLC**
Name

Case number (if known) **21-23636**

---

3.142 7

**Nonpriority creditor's name and mailing address**
**Kim King**
**2200 W South St**
**Alvin, TX 77511**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.142 8

**Nonpriority creditor's name and mailing address**
**Kim Richins**
**3121 E Andre Ave**
**Gilbert, AZ 85298**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.142 9

**Nonpriority creditor's name and mailing address**
**Kimberly  Heegel**
**8259 Broward Ln**
**las vegas, NV 89147**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.143 0

**Nonpriority creditor's name and mailing address**
**Kimberly Ellis**
**12821 S Emerald Ave**
**Chicago, IL 60628**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.143 1

**Nonpriority creditor's name and mailing address**
**Kimberly Thompson**
**10115 Ulrich Avenue**
**Camp Dennison, OH 45111**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.143 2

**Nonpriority creditor's name and mailing address**
**King Roofing LLC**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$11,114.00**

---

3.143 3

**Nonpriority creditor's name and mailing address**
**Kip Siemens**
**778 Poplar St**
**Denver, CO 80220**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.1434**

**Nonpriority creditor's name and mailing address**
**Kirk Kucin**
**1346 Hillcrest Ave**
**Colorado Springs, CO 80909**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1435**

**Nonpriority creditor's name and mailing address**
**Kirk Mckinney**
**1461 Silver Fox Lane**
**Cheyenne, WY 82009**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1436**

**Nonpriority creditor's name and mailing address**
**Kirk Spencer**
**6 Douglass dr**
**Coto de caza, CA 92679**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1437**

**Nonpriority creditor's name and mailing address**
**Kirk Wells**
**1921 Stone Bridge Lane**
**Marietta, GA 30064**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1438**

**Nonpriority creditor's name and mailing address**
**Komi Akpawu**
**801 Morning Dove Ln**
**Rocklin, CA 95765**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1439**

**Nonpriority creditor's name and mailing address**
**Konnie Feigum**
**6020 E Ensenada**
**Mesa, AZ 85205**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1440**

**Nonpriority creditor's name and mailing address**
**KR Solar**
**932 Kenmore Ave**
**Buffalo, NY 14216**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$300.00**

---

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
_____
Name

| 3.144 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$717,203.03** |

**Krannich**
**3801 Ocean Ranch Blvd.**
**Suite 1**
**Oceanside, CA 92056**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.144 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,619.57** |

**Krannich**
**3801 Ocean Ranch Blvd.**
**Suite 1**
**Oceanside, CA 92056**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.144 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$637.44** |

**Krannich**
**3801 Ocean Ranch Blvd.**
**Suite 1**
**Oceanside, CA 92056**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.144 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$690.35** |

**Krannich**
**3801 Ocean Ranch Blvd.**
**Suite 1**
**Oceanside, CA 92056**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.144 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,494.07** |

**Krannich**
**3801 Ocean Ranch Blvd.**
**Suite 1**
**Oceanside, CA 92056**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.144 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,854.78** |

**Krannich**
**3801 Ocean Ranch Blvd.**
**Suite 1**
**Oceanside, CA 92056**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  □ Yes

---

| 3.144 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,198.47** |

**Krannich**
**3801 Ocean Ranch Blvd.**
**Suite 1**
**Oceanside, CA 92056**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  □ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.144 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,705.47** |
|---|---|---|---|
| | **Krannich** **3801 Ocean Ranch Blvd.** **Suite 1** **Oceanside, CA 92056** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.144 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,630.17** |
|---|---|---|---|
| | **Krannich** **3801 Ocean Ranch Blvd.** **Suite 1** **Oceanside, CA 92056** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$962.48** |
|---|---|---|---|
| | **Krannich** **3801 Ocean Ranch Blvd.** **Suite 1** **Oceanside, CA 92056** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,557.07** |
|---|---|---|---|
| | **Krannich** **3801 Ocean Ranch Blvd.** **Suite 1** **Oceanside, CA 92056** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,846.42** |
|---|---|---|---|
| | **Krannich** **3801 Ocean Ranch Blvd.** **Suite 1** **Oceanside, CA 92056** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,589.46** |
|---|---|---|---|
| | **Krannich** **3801 Ocean Ranch Blvd.** **Suite 1** **Oceanside, CA 92056** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
| | Name | | | |

| 3.145 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,374.27** |
| | **Krannich**<br>**3801 Ocean Ranch Blvd.**<br>**Suite 1**<br>**Oceanside, CA 92056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,892.28** |
| | **Krannich**<br>**3801 Ocean Ranch Blvd.**<br>**Suite 1**<br>**Oceanside, CA 92056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,270.66** |
| | **Krannich**<br>**3801 Ocean Ranch Blvd.**<br>**Suite 1**<br>**Oceanside, CA 92056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$12,907.47** |
| | **Krannich**<br>**3801 Ocean Ranch Blvd.**<br>**Suite 1**<br>**Oceanside, CA 92056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,410.94** |
| | **Krannich**<br>**3801 Ocean Ranch Blvd.**<br>**Suite 1**<br>**Oceanside, CA 92056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.145 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,328.49** |
| | **Krannich**<br>**3801 Ocean Ranch Blvd.**<br>**Suite 1**<br>**Oceanside, CA 92056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.146 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,771.33** |
| | **Krannich**<br>**3801 Ocean Ranch Blvd.**<br>**Suite 1**<br>**Oceanside, CA 92056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.146 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,357.59** |
|---|---|---|---|

**Krannich
3801 Ocean Ranch Blvd.
Suite 1
Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.146 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,801.04** |
|---|---|---|---|

**Krannich
3801 Ocean Ranch Blvd.
Suite 1
Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.146 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$520.39** |
|---|---|---|---|

**Krannich
3801 Ocean Ranch Blvd.
Suite 1
Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.146 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,269.42** |
|---|---|---|---|

**Krannich
3801 Ocean Ranch Blvd.
Suite 1
Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.146 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$36,853.40** |
|---|---|---|---|

**Krannich
3801 Ocean Ranch Blvd.
Suite 1
Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

| 3.146 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,750.65** |
|---|---|---|---|

**Krannich
3801 Ocean Ranch Blvd.
Suite 1
Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.146 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,535.55** |
|---|---|---|---|

**Krannich**
**3801 Ocean Ranch Blvd.**
**Suite 1**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kris Slocum**
**1542 Rochdale Lane**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.146 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Krishnapriya Marangattu Prathapan**
**3054 E Cottonwood Ln.**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kristen Breaux**
**142 Colony Way**
**Fate, TX 75189**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kristen Busch**
**1520 E 97th Ct**
**Thornton, CO 80229**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kristina  Covington**
**2711 N 300 E**
**North Logan, UT 84341**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.147 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kristina Holifield**
**3231 Meadowbrook Drive**
**West Valley City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Empire Solar Group, LLC**
        Name

Case number (if known)   **21-23636**

---

**3.147 4**

**Nonpriority creditor's name and mailing address**

**Kristine Villarreal**
**1125 W Waltman Dr**
**Meridian, ID 83642**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.147 5**

**Nonpriority creditor's name and mailing address**

**Kristoffer Gaffud**
**30318 Powderhorn Lane**
**Murrieta, CA 92563**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.147 6**

**Nonpriority creditor's name and mailing address**

**Kristopher Hensley**
**3132 Baffin Dr**
**Hamilton, OH 45011**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.147 7**

**Nonpriority creditor's name and mailing address**

**Kristyn Belen**
**2309 Howard dr**
**Las Vegas, NV 89104**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.147 8**

**Nonpriority creditor's name and mailing address**

**Kurt Minnicus**
**3100 Jerrold Zanzi Lane**
**Tracy, CA 95377**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.147 9**

**Nonpriority creditor's name and mailing address**

**Kye Jun**
**1489 Belmont Hills**
**Suwanee, GA 30024**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.148 0**

**Nonpriority creditor's name and mailing address**

**Kyle Jenkins**
**1816 Paley dr**
**Windsor, CO 80550**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

3.148
1

**Nonpriority creditor's name and mailing address**
**Kyle Sims**
**5529 Knights Valley Ct**
**Las Vegas, NV 89141**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.148
2

**Nonpriority creditor's name and mailing address**
**Kyle Woolley**
**27601 River Rock Road**
**Helendale, CA 92342**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.148
3

**Nonpriority creditor's name and mailing address**
**Ladetrian Johnson**
**824 Cloverwood Dr**
**Crowley, TX 76036**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.148
4

**Nonpriority creditor's name and mailing address**
**Ladislao Ruelas**
**5693 W Cape Cod Dr**
**West Valley City, UT 84128**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.148
5

**Nonpriority creditor's name and mailing address**
**Laken Stewart**
**6793 East Travertine Lane**
**Las Vegas, NV 89122**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.148
6

**Nonpriority creditor's name and mailing address**
**Lalit Verma**
**2182 W Northridge Drive**
**Lehi, UT 84043**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.148
7

**Nonpriority creditor's name and mailing address**
**Lance Brooking**
**208 Panola Road**
**Ellenwood, GA 30294**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Official Form 206 E/F | **Schedule E/F: Creditors Who Have Unsecured Claims** | **Page 360 of 550**

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.1488**

**Nonpriority creditor's name and mailing address**
**Landen Paikai**
**4211 Kibraney Ave**
**North Las Vegas, NV 89084**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1489**

**Nonpriority creditor's name and mailing address**
**Landon Hamill**
**2116 Blythwood Trail**
**Fort Worth, TX 76108**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1490**

**Nonpriority creditor's name and mailing address**
**Lanny Netz**
**10727 Welsh Lane**
**Grass Valley, CA 95949**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1491**

**Nonpriority creditor's name and mailing address**
**Larry Anderson**
**17316 Faraday Ln**
**Farmington, MN 55024**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1492**

**Nonpriority creditor's name and mailing address**
**Larry Fruge**
**4127 brush creek rd**
**Colorado Springs, CO 80916**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1493**

**Nonpriority creditor's name and mailing address**
**Larry Grimm**
**2906 Garrett**
**Fort Collins, CO 80526**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1494**

**Nonpriority creditor's name and mailing address**
**Larry Hayes**
**125 Spray Avenue**
**Monterey, CA 93940**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor      **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
            ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
            Name

| 3.1495 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Larry Moss** | ☐ Contingent | |
| **1211 North Osage Street** | ☐ Unliquidated | |
| **Independence, MO 64050** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1496 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Larry Orndorff** | ☐ Contingent | |
| **3112 Carmel St** | ☐ Unliquidated | |
| **Houston, TX 77091** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1497 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Larry Sullivan** | ☐ Contingent | |
| **2390 N Gurr Rd** | ☐ Unliquidated | |
| **Atwater, CA 95301** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1498 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Larry Torres** | ☐ Contingent | |
| **19585 Chaffee Cir** | ☐ Unliquidated | |
| **Groveland, CA 95321** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1499 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Lashonda Jackson** | ☐ Contingent | |
| **3609 Roseglen Court** | ☐ Unliquidated | |
| **Las Vegas, NV 89108** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1500 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Laura  Garcia** | ☐ Contingent | |
| **919 christine st** | ☐ Unliquidated | |
| **Houston, TX 77017** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1501 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Laura & Aaron Chavez** | ☐ Contingent | |
| **2908 W 5th St** | ☐ Unliquidated | |
| **Odessa, TX 79763** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.150 2**

**Nonpriority creditor's name and mailing address**
**Laura Branham**
**663 Bonnington Way**
**Columbus, OH 43230**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 3**

**Nonpriority creditor's name and mailing address**
**Laura Brown**
**10814 Merrimack Avenue**
**Las Vegas, NV 89166**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 4**

**Nonpriority creditor's name and mailing address**
**Laura Johnson**
**10595 Mert Ave**
**Saint Ann, MO 63074**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 5**

**Nonpriority creditor's name and mailing address**
**Laura Makings**
**337 Cerro St**
**Encinitas, CA 92024**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 6**

**Nonpriority creditor's name and mailing address**
**Laura Moncada**
**22838 ginosa trl**
**Katy, TX 77449**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 7**

**Nonpriority creditor's name and mailing address**
**Lauren Ostraff**
**10559 Kestrel Rise Rd**
**South Jordan, UT 84009**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.150 8**

**Nonpriority creditor's name and mailing address**
**Lauren Wilson**
**9027 Jergens Ct**
**San Diego, CA 92126**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.1509**

**Nonpriority creditor's name and mailing address**
**Laurence Drake**
**1522 Fox Sedge Trail**
**Woodstock, IL 60098**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1510**

**Nonpriority creditor's name and mailing address**
**Laurie A Hernandez**
**1613 Sunny Hill Drive**
**Cheyenne, WY 82001**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1511**

**Nonpriority creditor's name and mailing address**
**Laurie Lloyd**
**6741 Estrella Ave**
**San Diego, CA 92120**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1512**

**Nonpriority creditor's name and mailing address**
**LaVonne Creamer**
**6409 Grasshopper Drive**
**Watauga, TX 76148**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1513**

**Nonpriority creditor's name and mailing address**
**Lavonne Grizzel**
**5293 Scofield Court**
**Cheyenne, WY 82007**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1514**

**Nonpriority creditor's name and mailing address**
**Lawrence  Steele**
**9918  Opal Gates Dr**
**Rosharon, TX 77583**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1515**

**Nonpriority creditor's name and mailing address**
**Lawrence Archuleta**
**9013 w Coronado dr**
**Arizona City, AZ 85123**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
     Name

| 3.151 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lawrence Lanning**
**2500 Whetstone Dr**
**Corinth, TX 76210**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.151 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lawrence Nelson**
**703 West End St**
**Terrell, TX 75160**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.151 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**LC Kennedy**
**12247 W Country Club Ct**
**Sun City, AZ 85373**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.151 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lekeisha  Griffin**
**8502 Parapet Pl**
**Rosharon, TX 77583**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.152 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Leland Franklin**
**121 N Allen Dr**
**Kearny, AZ 85137**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.152 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lemmie Massinburge**
**1241 Sunset Heights Rd**
**Escondido, CA 92026**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.152 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lenisha Chaffin**
**1276 Roan Dr**
**Lancaster, TX 75134**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.152<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leobardo Guerrero**
**308 Fairwind Ct**
**Montgomery, IL 60538**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leon  Loggins**
**3133 Granite Rock Trail**
**Forney, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,690.00** |
|---|---|---|---|

**Leon Commercial Cleaning**
**3100 Ponderosa Drive**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred _**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leon Meyer**
**11145 Road 11 J**
**Ottawa, OH 45875**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leonard Killian**
**3933 Kelly Cir.**
**Selma, CA 93662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leonard Ochoa**
**2213 Baxter Canyon Rd**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leonardo Santos**
**10721 Culhane Ct**
**Las Vegas, NV 89141**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.153 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leonel Gomez #2**
**3029 Bright Street South**
**Franklin Park, IL 60131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leonel Perez**
**504 Gargano St**
**Bakersfield, CA 93306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,400.09** |
|---|---|---|---|

**Les Olson**
**PO Box 65598**
**Salt Lake City, UT 84165-0598**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,960.73** |
|---|---|---|---|

**Les Olson**
**PO Box 65598**
**Salt Lake City, UT 84165-0598**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,142.04** |
|---|---|---|---|

**Les Olson**
**PO Box 65598**
**Salt Lake City, UT 84165-0598**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leslie Garcia**
**22702 Palermo Rim Ln**
**Katy, TX 77449**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Leslie Valiant**
**13001 East 57th Street**
**Kansas City, MO 64133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.153 7**

**Nonpriority creditor's name and mailing address**
**Leta & Ronn Gordon**
**1316 post drive**
**Rockford, IL 61108**

Date(s) debt was incurred  **0**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.153 8**

**Nonpriority creditor's name and mailing address**
**Levester White**
**159 Peony Lane**
**Jarrrell, TX 76537**

Date(s) debt was incurred  **0**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.153 9**

**Nonpriority creditor's name and mailing address**
**Lexis Buchanan & Brian Wofford**
**2304 Stonebrook Cir**
**Carrollton, TX 75007**

Date(s) debt was incurred  **0**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.154 0**

**Nonpriority creditor's name and mailing address**
**Liaritza Caseres Jorge**
**7616 Saint Andrews Church Rd**
**dodge city, KY 40214**

Date(s) debt was incurred  **0**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.154 1**

**Nonpriority creditor's name and mailing address**
**Lilia Medrick**
**2653 Deliverance Dr**
**Colorado Springs, CO 80918**

Date(s) debt was incurred  **0**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.154 2**

**Nonpriority creditor's name and mailing address**
**Liliana Martinez**
**2601 San vincente ct**
**Las Vegas, NV 89115**

Date(s) debt was incurred  **0**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.154 3**

**Nonpriority creditor's name and mailing address**
**Lina Du**
**6326 Rockmine Ct**
**Las Vegas, NV 89118**

Date(s) debt was incurred  **0**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Debtor   **Empire Solar Group, LLC**                                     Case number (if known)   **21-23636**
　　　　　　　Name

| | |
|---|---|
| 3.154 4 | |

**Nonpriority creditor's name and mailing address**
**Linchpin/Forbes-Linchpin Structural Engi**
**PO Box 2651**
**Truckee, CA 96160**

**Date(s) debt was incurred** ＿
**Last 4 digits of account number** ＿

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ＿

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,500.00**

---

| | |
|---|---|
| 3.154 5 | |

**Nonpriority creditor's name and mailing address**
**Linda Clyce**
**8603 Ford Ave**
**Raytown, MO 64138**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** ＿

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ＿

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.154 6 | |

**Nonpriority creditor's name and mailing address**
**Linda Harrigan**
**9584 W Swansea Dr**
**Arizona City, AZ 85123**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** ＿

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ＿

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.154 7 | |

**Nonpriority creditor's name and mailing address**
**Linda Lorimor**
**27 N Prospect St**
**Colorado Springs, CO 80903**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** ＿

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ＿

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.154 8 | |

**Nonpriority creditor's name and mailing address**
**Linda Rucker**
**960 Mathew Ct**
**Vista, CA 92081**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** ＿

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ＿

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.154 9 | |

**Nonpriority creditor's name and mailing address**
**Linda Tyrone**
**1444  Recital Way**
**Las Vegas, NV 89119**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** ＿

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ＿

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.155 0 | |

**Nonpriority creditor's name and mailing address**
**Linh Pham**
**5613 Patti Court**
**Stockton, CA 95212**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** ＿

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ＿

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Debtor      **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
                   Name

| 3.155 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Linna Rogers** | ☐ Contingent | |
| **3108 Jules St** | ☐ Unliquidated | |
| **Saint Joseph, MO 64501** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.155 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Lioudmila Tachniazova** | ☐ Contingent | |
| **20612 Chaparral Cir** | ☐ Unliquidated | |
| **Penn valley, CA 95946** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.155 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Liqun Zhou & Stephen Huang** | ☐ Contingent | |
| **654 Sonoma Street** | ☐ Unliquidated | |
| **San Marcos, CA 92078** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.155 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Lisa  Bostdorff** | ☐ Contingent | |
| **405 N 13th St** | ☐ Unliquidated | |
| **Phoenix, AZ 85006** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.155 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Lisa Bowman** | ☐ Contingent | |
| **2185 South Elkhart Street** | ☐ Unliquidated | |
| **Aurora, CO 80014** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.155 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Lisa Cummings** | ☐ Contingent | |
| **737 E Willamette Ave** | ☐ Unliquidated | |
| **Colorado Springs, CO 80903** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.155 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| **Lisa Manchester** | ☐ Contingent | |
| **521 Amy Jo Cir** | ☐ Unliquidated | |
| **Aubrey, TX 76227** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor  **Empire Solar Group, LLC**                        Case number (if known)  **21-23636**
Name

| 3.1558 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Lisa Myklak**<br>**732 takin dr**<br>**Severance, CO 80550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1559 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Lisa Ochoa & Juan Ochoa**<br>**1524 Carpenter Rd**<br>**Stockton, CA 95206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1560 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Lisa Ridoutt**<br>**2009 Scarborough Lane**<br>**San Dimas, CA 91773** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1561 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Lisha Wan**<br>**366 Sunset Court**<br>**Oak View, CA 93022** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1562 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Litzeny Benitez & Edward Rodriguez**<br>**629 Retama Drive**<br>**Fort Worth, TX 76108** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1563 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **LMB Real Estate**<br>**4415 Meadowlark Lane**<br>**Midland, TX 79707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.1564 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,999.99** |
|---|---|---|---|
| | **Lockmer Collins Roofing**<br>**19407 Park Row**<br>**STE 130**<br>**Houston, TX 77084** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.156 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$315.00** |
|---|---|---|
| **Looper Solar**<br>**381 West Center Street**<br>**Pleasant Grove, UT 84062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.156 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Loren Priem**<br>**1796 Four Seasons Blvd**<br>**Leadville, CO 80461** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.156 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Lorena Velasco**<br>**1726 Night Shawdow Ave**<br>**Las Vegas, NV 89031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.156 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Lorenzo  Hernandez Montano**<br>**1771 Great Island St**<br>**Salinas, CA 93906** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.156 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Lorenzo Chavez**<br>**1741 Willow Way**<br>**Anna, TX 75409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.157 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **LORENZO NEVAREZ**<br>**21 N KENDALL ST**<br>**AURORA, IL 60505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.157 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Lori Brown**<br>**31 Crossridge Drive Southeast**<br>**Silver Creek, GA 30173** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.157 2**

**Nonpriority creditor's name and mailing address**
**Lori Peters**
**424 N Waterford Oaks Dr**
**Cedar Hill, TX 75104**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.157 3**

**Nonpriority creditor's name and mailing address**
**Lori Welsh**
**6680 lost Dutchman dr**
**Las Vegas, NV 89108**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.157 4**

**Nonpriority creditor's name and mailing address**
**Lorinda Floding**
**21590 Penfield Ave N**
**Scandia, MN 55073**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.157 5**

**Nonpriority creditor's name and mailing address**
**Lorraine Decano**
**5571 East Price Boulevard**
**North Port, FL 34288**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.157 6**

**Nonpriority creditor's name and mailing address**
**Lou Rudy**
**3824 Prairie Orchid Avenue**
**North Las Vegas, NV 89081**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.157 7**

**Nonpriority creditor's name and mailing address**
**Louis & Oren Gray**
**855 Sunlight Peak Dr**
**Severance, CO 80550**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.157 8**

**Nonpriority creditor's name and mailing address**
**Louis Vonproksch**
**21445 R Road**
**Cedaredge, CO 81413**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
_____Name_____

---

3.1579   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**
         **Louise Hensleigh**
         **11709 Tuscarora Drive**                                         ☐ Contingent
         **Fort Worth, TX 76108**                                         ☐ Unliquidated
                                                                          ☐ Disputed
         **Date(s) debt was incurred 0**
         **Last 4 digits of account number _**                          **Basis for the claim:** _

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

3.1580   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**
         **Louise Mushimiyimana**
         **1425 seamans way**                                             ☐ Contingent
         **Abilene, TX 79602**                                            ☐ Unliquidated
                                                                          ☐ Disputed
         **Date(s) debt was incurred 0**
         **Last 4 digits of account number _**                          **Basis for the claim:** _

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

3.1581   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**
         **Lucas Garcia**
         **9215 sand myrtle**                                             ☐ Contingent
         **Colorado Springs, CO 80925**                                   ☐ Unliquidated
                                                                          ☐ Disputed
         **Date(s) debt was incurred 0**
         **Last 4 digits of account number _**                          **Basis for the claim:** _

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

3.1582   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**
         **Lucas Lima**
         **10432 Monrovia Street**                                        ☐ Contingent
         **Lenexa, KS 66215**                                             ☐ Unliquidated
                                                                          ☐ Disputed
         **Date(s) debt was incurred 0**
         **Last 4 digits of account number _**                          **Basis for the claim:** _

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

3.1583   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**
         **Lucas Wagner**
         **3816 Ginkgo St**                                               ☐ Contingent
         **Wellington, CO 80549**                                         ☐ Unliquidated
                                                                          ☐ Disputed
         **Date(s) debt was incurred 0**
         **Last 4 digits of account number _**                          **Basis for the claim:** _

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

3.1584   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**
         **Lucio Del la fuente**
         **2401 Camille st**                                              ☐ Contingent
         **Pasadena, TX 77506**                                           ☐ Unliquidated
                                                                          ☐ Disputed
         **Date(s) debt was incurred 0**
         **Last 4 digits of account number _**                          **Basis for the claim:** _

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

3.1585   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **Unknown**
         **Lucius McLaren**
         **5471 N Nopah Vista ave**                                       ☐ Contingent
         **Pahrump, NV 89060**                                            ☐ Unliquidated
                                                                          ☐ Disputed
         **Date(s) debt was incurred 0**
         **Last 4 digits of account number _**                          **Basis for the claim:** _

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.158 6**

**Nonpriority creditor's name and mailing address**
**Luis  Montes**
**315 Harrington dr**
**Duncanville, TX 75116**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.158 7**

**Nonpriority creditor's name and mailing address**
**Luis Alberto**
**21210 Allenham ct**
**Humble, TX 77338**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.158 8**

**Nonpriority creditor's name and mailing address**
**Luis Alfonso Serna Valdez & Ana Santos**
**2323 Rosillo Brook Dr**
**Baytown, TX 77521**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.158 9**

**Nonpriority creditor's name and mailing address**
**Luis Flores**
**11727 S morning point way**
**South Jordan, UT 84009**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.159 0**

**Nonpriority creditor's name and mailing address**
**Luis Garcia Salcedo**
**4905 Ricky Rd.**
**Las Vegas, NV 89130**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.159 1**

**Nonpriority creditor's name and mailing address**
**Luis Licor Gonzalez**
**206 IROQUOIS AVE**
**LOUISVILLE, KY 40214**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.159 2**

**Nonpriority creditor's name and mailing address**
**Luis Pena**
**230 Burgoyne Loop**
**Davenport, FL 33897**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor  **Empire Solar Group, LLC**                              Case number (if known)      **21-23636**
_____
Name

| 3.159 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Luis Perez** | ☐ Contingent | |
| **1800 N Torrey Pines Dr** | ☐ Unliquidated | |
| **Las Vegas, NV 89108** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Luis Pineiro** | ☐ Contingent | |
| **6407 Hollock Meadows Ln** | ☐ Unliquidated | |
| **Houston, TX 77048** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Luis Pompa** | ☐ Contingent | |
| **4903 Cambridge park** | ☐ Unliquidated | |
| **Converse, TX 78109** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Luis Rivera** | ☐ Contingent | |
| **2835 N Juliet Dr** | ☐ Unliquidated | |
| **Deltona, FL 32738** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Luis Rocha** | ☐ Contingent | |
| **1119 Mirada Drive** | ☐ Unliquidated | |
| **Perris, CA 92571** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Luis Rodriguez** | ☐ Contingent | |
| **1390 Pennsylvania Ave** | ☐ Unliquidated | |
| **Beaumont, CA 92223** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Luisa Palacio** | ☐ Contingent | |
| **17640 East Bethany Drive** | ☐ Unliquidated | |
| **Aurora, CO 80013** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor **Empire Solar Group, LLC**
Name

Case number (if known) **21-23636**

| 3.1600 | **Nonpriority creditor's name and mailing address** <br> **Luiz Machado** <br> **1457 E 1250 S** <br> **Provo, UT 84606** <br><br> **Date(s) debt was incurred** **0** <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

| 3.1601 | **Nonpriority creditor's name and mailing address** <br> **Luminary Solar** <br><br> **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$50.00** |
|---|---|---|

| 3.1602 | **Nonpriority creditor's name and mailing address** <br> **Luz Lopez & Troy Karjala** <br> **26 S Hayman Ave** <br> **Colorado Springs, CO 80910** <br><br> **Date(s) debt was incurred** **0** <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

| 3.1603 | **Nonpriority creditor's name and mailing address** <br> **Luz M Flores** <br> **5157 Comida lane** <br> **Las Vegas, NV 89031** <br><br> **Date(s) debt was incurred** **0** <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

| 3.1604 | **Nonpriority creditor's name and mailing address** <br> **Lygia Lewis** <br> **217 Angelina ct** <br> **Azle, TX 76020** <br><br> **Date(s) debt was incurred** **0** <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

| 3.1605 | **Nonpriority creditor's name and mailing address** <br> **Lynda Foley-Gilbert** <br> **4105 Hawkins dr** <br> **McKinney, TX 75070** <br><br> **Date(s) debt was incurred** **0** <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

| 3.1606 | **Nonpriority creditor's name and mailing address** <br> **Lynn Thiriot** <br> **281 E Ford Ave** <br> **Las Vegas, NV 89123** <br><br> **Date(s) debt was incurred** **0** <br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.1607**

**Nonpriority creditor's name and mailing address**
**Lynn Worley and Joseph Mantelli**
**1305 63rd Ave**
**Greeley, CO 80634**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1608**

**Nonpriority creditor's name and mailing address**
**Maclovia Quiroz**
**336 w Essex rd**
**Kearny, AZ 85137**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1609**

**Nonpriority creditor's name and mailing address**
**Maddy White Roofing LLC**
**1332 N 2275 W**
**Layton, UT 84041**

**Date(s) debt was incurred  _**
**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$13,933.00**

---

**3.1610**

**Nonpriority creditor's name and mailing address**
**Madison Lee**
**3712 sassafras ct**
**McKinney, TX 75072**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1611**

**Nonpriority creditor's name and mailing address**
**Magally Bonilla**
**3211 Keenly Ives Ct**
**Buford, GA 30519**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1612**

**Nonpriority creditor's name and mailing address**
**Magaly Diaz**
**4929 Roja Drive**
**Oceanside, CA 92057**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1613**

**Nonpriority creditor's name and mailing address**
**Majid Araim**
**2171 Star Mist Dr SW**
**Atlanta, GA 30311**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                Case number (if known)    **21-23636**
          Name

| 3.161 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Makiesse Mbunga**
**625 e Powell ave**
**Fort Worth, TX 76104**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Manbir Bath**
**1580 Josephine Avenue**
**MADERA, CA 93638**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mandy Workman**
**251 Laurenbrooke drive**
**Anna, TX 75409**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Manolo Manuel**
**5220 Del Rey Ave**
**Las Vegas, NV 89146**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Manuel  Cantu**
**7412 Edith Wharton Dr**
**Laredo, TX 78041**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.161 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Manuel  Reyes**
**924 tarver st**
**San Angelo, TX 76903**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Manuel  Vega-Medina**
**1840 Stevens st**
**Las Vegas, NV 89115**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.162<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Manuel G. Regis**
**3020 Alcoa Avenue**
**Las Vegas, NV 89102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Manuel Quezada**
**311 S Central Ave**
**Rockford, IL 61102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Manuel Rolon**
**1960 Prell Road**
**Santa Maria, CA 93454**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Manuel Tarin**
**17506 W Maryland Ave**
**Waddell, AZ 85355**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mar a Adriana Ramos de Nunez**
**2157 Desert Meadows way**
**Las vegas, NV 89142**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marc Cox**
**23930 Via Alisol**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.162<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marcel  Reyes**
**29w406 Butternut Lane**
**Warrenville, IL 60555**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
          Name

| 3.162 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Marcelino Juarez** **332 Cottonwood Drive** **Silt, CO 81652** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **0** Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.162 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Marcelo Benitez** **814 Lafayette Street** **Aurora, IL 60505** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **0** Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Marcelo Hernandez** **2120 Santa Rita Dr** **Las vegas, NV 89104** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **0** Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Marcial Acosta** **17092 W Huntington Circle** **Grayslake, IL 60030** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **0** Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Marco A Tavares** **3904 broad meadow ct** **Las vegas, NV 89129** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **0** Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Marco Cedillo** **201 vz county road 4817** **chandler, TX 75758** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **0** Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Marco Crisostomo** **11625 Via Firul** **San Diego, CA 92128** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred **0** Last 4 digits of account number _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
_____
Name

| 3.163 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marco Navarro**
**3740 West 78th Street**
**Chicago, IL 60652**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
|---|---|---|---|

**MarDan Roofing**
**4492 S 5400 W**
**West Valley City, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mareian Mahrose**
**4534 Cobalt drive**
**Woodbury, MN 55129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Margaret Martinez**
**3383 Fir Tree Lane**
**Erlanger, KY 41018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Margaret Walsh**
**1123 Oakgreen Ave. N, West**
**Stillwater, MN 55082**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Margaret Wassgren**
**10938 Cord Avenue**
**Downey, CA 90241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Margarita Rivera**
**3613 s 7550 w**
**Magna, UT 84044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.164 2**

**Nonpriority creditor's name and mailing address**
**Margarita Zavala**
**828 W Jacinto St**
**Tucson, AZ 85705**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.164 3**

**Nonpriority creditor's name and mailing address**
**Maria  Fambro**
**3665 Cactusview drive**
**San Diego, CA 92105**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.164 4**

**Nonpriority creditor's name and mailing address**
**Maria  Martinez-Garcia**
**4018 Freedom St**
**Heartland, TX 75126**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.164 5**

**Nonpriority creditor's name and mailing address**
**Maria Arriaga**
**10115 Peaceful Ct**
**Santee, CA 92071**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.164 6**

**Nonpriority creditor's name and mailing address**
**Maria Elena Guillen Serrato**
**4325 S Cherry View Drive**
**West Valley City, UT 84120**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.164 7**

**Nonpriority creditor's name and mailing address**
**Maria Esparza**
**4400 West 5175 So**
**Kearns, UT 84118**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.164 8**

**Nonpriority creditor's name and mailing address**
**Maria Espino**
**6484 Centennial Rd**
**Pahrump, NV 89048**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

**3.1649**

**Nonpriority creditor's name and mailing address**
**Maria Fajardo**
**2007 Tommy Lane**
**MO City, TX 77489**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1650**

**Nonpriority creditor's name and mailing address**
**Maria Guzman**
**1044 Highland Avenue**
**Vallejo, CA 94590**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1651**

**Nonpriority creditor's name and mailing address**
**Maria Juan**
**733 West Street**
**Fort Morgan, CO 80701**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1652**

**Nonpriority creditor's name and mailing address**
**Maria Maranion**
**4095 Vista Grande Drive**
**San Diego, CA 92115**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1653**

**Nonpriority creditor's name and mailing address**
**Maria Montoya**
**2725 Gemini Ct**
**Colorado Springs, CO 80907**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1654**

**Nonpriority creditor's name and mailing address**
**Maria Ricardo**
**1211 Tumbleweed Avenue**
**Las Vegas, NV 89106**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1655**

**Nonpriority creditor's name and mailing address**
**Maria Rodriguez**
**1810 North 72nd Court**
**Elmwood Park, IL 60707**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
            Name

| 3.1656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria Rodriguez**
**3927 w hazy way**
**Taylorsville, UT 84129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1657 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria Tovar**
**122 County Road 5019**
**Cleveland, TX 77327**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1658 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria Villarreal**
**1807 7th st**
**Galena Park, TX 77547**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1659 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maria Yepez**
**15818 pine mountain Dr**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1660 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mariam E Marcelino**
**315 liberty trace**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1661 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maricel Nalus**
**4903 Daysailor ct.**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.1662 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maricela Roman**
**6067 S 4840 W**
**Kearns, UT 84118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

| 3.166 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marilissa Young**
**604 White Horse Trail**
**Hewitt, TX 76643**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.166 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mario Campbell**
**6790 Pine Valley Drive**
**Las Vegas, NV 89103**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.166 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mario Sosa**
**30627 Morning Dove Dr**
**Brookshire, TX 77423**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.166 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marjorie Zakrzewski**
**6311 E Ellis st**
**Mesa, AZ 85205**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.166 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Baughman**
**6028 N 186th Ave**
**Waddell, AZ 85355**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.166 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Bramble**
**12828 Berrydale St**
**Victorville, CA 92392**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.166 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Fitzpatrick**
**4828 south 31st ave**
**Minneapolis, MN 55417**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.167 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Fowler**
**20806 Derbyshire Meadows Lane**
**Humble, TX 77338**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.167 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Goth**
**5729 Glendive Ln**
**Timnath, CO 80547**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.167 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Harris**
**4404 E Zora St**
**Joplin, MO 64801**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.167 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Montano**
**3902 Village Wood Drive**
**West Valley City, UT 84120**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.167 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Proctor**
**1186 Parkstone ct**
**Berthoud, CO 80513**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.167 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Schlotterbeck**
**4531 Vincent Way**
**Riverside, CA 92501**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

| 3.167 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mark Thompson**
**1243 Discovery Street**
**San Marcos, CA 92078**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.1677**

**Nonpriority creditor's name and mailing address**

**Mark Twietmeyer**
**226 Saskatoon dr**
**Windsor, CO 80550**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1678**

**Nonpriority creditor's name and mailing address**

**Mark White**
**410 w 100 S**
**Parowan, UT 84761**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1679**

**Nonpriority creditor's name and mailing address**

**Marlin Miles**
**3021 Risen Star RD**
**North Las Vegas, NV 89086**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1680**

**Nonpriority creditor's name and mailing address**

**Marta Ortega**
**4320 Marsarie St**
**Fort Worth, TX 76137**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1681**

**Nonpriority creditor's name and mailing address**

**Marta Schweitzer**
**576 Lindisfarne Ln**
**Saginaw, TX 76131**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1682**

**Nonpriority creditor's name and mailing address**

**Martha Gibbons**
**3335 S Linder Rd**
**Meridian, ID 83642**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1683**

**Nonpriority creditor's name and mailing address**

**Martin and Ana Reyes**
**1127 deer horn ln**
**North Las Vegas, NV 89031**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**

Name

---

**3.1684**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Martin Castillo**<br>**7910 sesame st**<br>**baytown, TX 77521** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1685**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Martin Lopez**<br>**8054 S Fenway Drive**<br>**Tucson, AZ 85756** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1686**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Martin Martinez**<br>**2730 Piney Lake Court**<br>**Houston, TX 77038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1687**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Mary  Nahser**<br>**108 oriole dr**<br>**Anna, TX 75409** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1688**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Mary & Joseph Mckee**<br>**592 Our Heritage St**<br>**Henderson, NV 89011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1689**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Mary Cavanagh**<br>**3595 Santoro Way**<br>**San Diego, CA 92130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1690**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Mary Crosby**<br>**1335 Robin Hood Drive**<br>**Elgin, IL 60120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.169 1**

**Nonpriority creditor's name and mailing address**
**Mary Gomez**
**11380 W Hazelwood Dr**
**Boise, ID 83709**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169 2**

**Nonpriority creditor's name and mailing address**
**Mary Lemi**
**4571 W 3990 S**
**West Valley City, UT 84120**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169 3**

**Nonpriority creditor's name and mailing address**
**Mary Mosson**
**8880 Robinhood Ln.**
**La Jolla, CA 92037**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169 4**

**Nonpriority creditor's name and mailing address**
**Mary Myers**
**4149 East Oxnard Cir**
**Las Vegas, NV 89121**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169 5**

**Nonpriority creditor's name and mailing address**
**Maryann A Cambe**
**5235 West Grape Leaf Avenue**
**Las Vegas, NV 89141**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169 6**

**Nonpriority creditor's name and mailing address**
**Maschoff Brennan**
**c/o Robert Stewart**
**1389 Center Drive, Suite 300**
**Park City, UT 84098**

Date(s) debt was incurred _
Last 4 digits of account number **0083**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

**$35,906.24**

---

**3.169 7**

**Nonpriority creditor's name and mailing address**
**Mateusz Kuc**
**2157 shadetree ln**
**Escondido, CA 92029**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.1698**

**Nonpriority creditor's name and mailing address**

**Matt Aldrich & Daniella Gottschalk**
**2018 Piper Drive**
**Corinth, TX 76210**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1699**

**Nonpriority creditor's name and mailing address**

**Matt Cvik**
**126 miles dr**
**BETHALTO, IL 62010**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1700**

**Nonpriority creditor's name and mailing address**

**Matt Perez**
**5265 Burbank dr**
**Abilene, TX 79605**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1701**

**Nonpriority creditor's name and mailing address**

**Matt Potter**
**1645 rim circle**
**Santa Clara, UT 84765**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1702**

**Nonpriority creditor's name and mailing address**

**Matt Sassu**
**1109 Laurenwood Way**
**Littleton, CO 80129**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1703**

**Nonpriority creditor's name and mailing address**

**Matt Young**
**5520 Murton Pl**
**Fort Worth, TX 76137**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1704**

**Nonpriority creditor's name and mailing address**

**Matthew  Vazquez**
**1186 N Cambridge st**
**Orange, CA 92867**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor  **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
          Name

| 3.170 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew & Heather Duffett**
**3267 Crowell Lane**
**Valley Springs, CA 95252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew & Marcy Stark**
**3920 Country Lights St**
**Las Vegas, NV 89129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew Jackson**
**8728 Timber Ridge Dr**
**Aubrey, TX 76227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew Klaustermeier**
**18473 Cable Ave**
**Lester Prairie, MN 55354**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew Krone**
**713 Takin Drive**
**Severance, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew Rodela**
**7059 Stearns Street**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Matthew Troncoso**
**510 Buckrake St**
**Severance, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.171 2**

**Nonpriority creditor's name and mailing address**

**Maureen Contreras**
**22627 Petrizzi Ln**
**Katy, TX 77449**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.171 3**

**Nonpriority creditor's name and mailing address**

**Maureen Leighton**
**19710 W Meadowbrook Ave**
**Litchfield Park, AZ 85340**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.171 4**

**Nonpriority creditor's name and mailing address**

**Mauricio Llanas**
**2821 nw 18th st**
**Fort Worth, TX 76106**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.171 5**

**Nonpriority creditor's name and mailing address**

**Mauro Villa**
**5316 Gaston St**
**Houston, TX 77093**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.171 6**

**Nonpriority creditor's name and mailing address**

**Max Berry**
**1639 lynwood ln**
**Pueblo, CO 81005**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.171 7**

**Nonpriority creditor's name and mailing address**

**Mazin Alshaikhli**
**34284 Torrey Pines Court**
**Lake Elsinore, CA 92532**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.171 8**

**Nonpriority creditor's name and mailing address**

**Mcnaughton Mckay Elect**
**PO Box 67000**
**Detroit, MI 48267-0148**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$16,024.51**

---

Debtor   **Empire Solar Group, LLC**                                   Case number (if known)    **21-23636**
_____
Name

| 3.171 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$561.16**

**Mcnaughton Mckay Elect**
**PO Box 67000**
**Detroit, MI 48267-0148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 0 |
|---|

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$39.41**

**Mcnaughton Mckay Elect**
**PO Box 67000**
**Detroit, MI 48267-0148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 1 |
|---|

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$397.17**

**Mcnaughton Mckay Elect**
**PO Box 67000**
**Detroit, MI 48267-0148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 2 |
|---|

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$2,090.71**

**Mcnaughton Mckay Elect**
**PO Box 67000**
**Detroit, MI 48267-0148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 3 |
|---|

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**

**Meagan James**
**1384 westport Ave**
**Berthoud, CO 80513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 4 |
|---|

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **Unknown**

**Meagan Madrid**
**3916 Cedar Avenue**
**Clearlake, CA 95422**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 5 |
|---|

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** *Check all that apply.*   **$414.76**

**Med-Legal, LLC**
**PO Box 1288**
**West Covina, CA 91793**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.172 6**

**Nonpriority creditor's name and mailing address**

**Meghan  Porter**
**5156 W Burkman Way**
**West Valley, UT 84120**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.172 7**

**Nonpriority creditor's name and mailing address**

**Mehdi Taieb-Brahim**
**3626 Pinnate Drive**
**Las Vegas, NV 89147**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.172 8**

**Nonpriority creditor's name and mailing address**

**Melanie Wells**
**7701 Berwyn Loop**
**Peyton, CO 80831**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.172 9**

**Nonpriority creditor's name and mailing address**

**Melida Flores**
**6317 Mercer Valley St**
**Las Vegas, NV 89081**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.173 0**

**Nonpriority creditor's name and mailing address**

**Melissa  Siv**
**4311 N. Lincoln Ave**
**Beverly Hills, FL 34465**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.173 1**

**Nonpriority creditor's name and mailing address**

**Melissa Ait Belaid**
**717 Stallings dr**
**Princeton, TX 75407**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.173 2**

**Nonpriority creditor's name and mailing address**

**Melissa Bridges**
**43383 messina St**
**temecula, CA 92592**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.173 3**

**Nonpriority creditor's name and mailing address**

**Melissa Gruetze**
**7302 Bryan Way**
**Belton, MO 64012**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.173 4**

**Nonpriority creditor's name and mailing address**

**Melvin Gimbel**
**6581 Paula dt**
**Pahrump, NV 89048**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.173 5**

**Nonpriority creditor's name and mailing address**

**Melvin Joel  Gomez Linares**
**4008 Grouse Dr**
**Evans, CO 80620**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.173 6**

**Nonpriority creditor's name and mailing address**

**Melvin Palacios**
**3235 Apple Dale Dr**
**Houston, TX 77084**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.173 7**

**Nonpriority creditor's name and mailing address**

**Melvin Ratcliff**
**132 Aurelia ave**
**North las vegas, NV 89084**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.173 8**

**Nonpriority creditor's name and mailing address**

**Mesa Ridge Business Park 1, LLC**
**8120 East Cactus Road**
**STE 300**
**Scottsdale, AZ 85260**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.173 9**

**Nonpriority creditor's name and mailing address**

**Michael  Lepori**
**5904 Rickee Dr**
**Watauga, TX 76148**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.174
0**

**Nonpriority creditor's name and mailing address**

**Michael  Mclendon**
**820 oxford dr**
**odessa, TX 79764**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.174
1**

**Nonpriority creditor's name and mailing address**

**Michael  Miller**
**8720 lake meadows ln**
**Hurst, TX 76053**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.174
2**

**Nonpriority creditor's name and mailing address**

**Michael  Ores**
**16749 Hilltop Ave**
**Orland Hills, IL 60487**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.174
3**

**Nonpriority creditor's name and mailing address**

**Michael  Sneed**
**3256 Umbria Gardens Avenue**
**Las Vegas, NV 89141**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.174
4**

**Nonpriority creditor's name and mailing address**

**Michael  Vanwoerkom**
**7893 west friend Drive**
**Littleton, CO 80128**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.174
5**

**Nonpriority creditor's name and mailing address**

**Michael and William Frampton**
**6117 Starpoint Rd**
**North Las Vegas, NV 89031**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.174
6**

**Nonpriority creditor's name and mailing address**

**Michael Beshara**
**2574 Rosecommons Drive**
**Hampton, GA 30228**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)        **21-23636**
          Name

---

**3.1747**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- |

**Michael Carpenter**
**28642 Oakmist Pointe Ln**
**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1748**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- |

**Michael Clement**
**1092 Johnson St**
**Wiggins, CO 80654**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1749**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- |

**Michael Davis**
**5771 New Carlisle Pike**
**Springfield, OH 45504**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1750**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- |

**Michael Driscoll**
**1501 Barberry Way**
**Joliet, IL 60431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1751**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- |

**Michael Esnoz**
**40 B St**
**Lemoore, CA 93245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1752**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- |

**Michael Fields**
**650 E McClave Drive**
**Pueblo, CO 81007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1753**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| --- | --- | --- |

**Michael Gates**
**10432 Richard Rd**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                **Page 398 of 550**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
Name

---

3.175
4

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Michael Gines**                                                       ☐ Contingent
**3352w 400 n**                                                         ☐ Unliquidated
**Hurricane, UT 84737**                                                 ☐ Disputed

**Date(s) debt was incurred  0**                                        **Basis for the claim:** _

**Last 4 digits of account number** _                                   Is the claim subject to offset?  ■ No   ☐ Yes

---

3.175
5

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Michael Golubic**                                                     ☐ Contingent
**6420 sapphire st**                                                    ☐ Unliquidated
**Las vegas, NV 89108**                                                 ☐ Disputed

**Date(s) debt was incurred  0**                                        **Basis for the claim:** _

**Last 4 digits of account number** _                                   Is the claim subject to offset?  ■ No   ☐ Yes

---

3.175
6

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Michael Grimme**                                                      ☐ Contingent
**3601 Clover Meadow Drive**                                            ☐ Unliquidated
**Garland, TX 75043**                                                   ☐ Disputed

**Date(s) debt was incurred  0**                                        **Basis for the claim:** _

**Last 4 digits of account number** _                                   Is the claim subject to offset?  ■ No   ☐ Yes

---

3.175
7

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Michael Hughett**                                                     ☐ Contingent
**270 Bethany Dr**                                                      ☐ Unliquidated
**Scotts valley, CA 95066**                                             ☐ Disputed

**Date(s) debt was incurred  0**                                        **Basis for the claim:** _

**Last 4 digits of account number** _                                   Is the claim subject to offset?  ■ No   ☐ Yes

---

3.175
8

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Michael Ingersoll**                                                   ☐ Contingent
**3133 Rutgers Place**                                                  ☐ Unliquidated
**Rockford, IL 61109**                                                  ☐ Disputed

**Date(s) debt was incurred  0**                                        **Basis for the claim:** _

**Last 4 digits of account number** _                                   Is the claim subject to offset?  ■ No   ☐ Yes

---

3.175
9

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Michael Johnston**                                                    ☐ Contingent
**1766 Avery Plaza Street**                                             ☐ Unliquidated
**Severance, CO 80550**                                                 ☐ Disputed

**Date(s) debt was incurred  0**                                        **Basis for the claim:** _

**Last 4 digits of account number** _                                   Is the claim subject to offset?  ■ No   ☐ Yes

---

3.176
0

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Michael Johnston**                                                    ☐ Contingent
**281 Mt Harvard Avenue**                                               ☐ Unliquidated
**Severance, CO 80550**                                                 ☐ Disputed

**Date(s) debt was incurred  0**                                        **Basis for the claim:** _

**Last 4 digits of account number** _                                   Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
         Name

---

**3.176 1**

**Nonpriority creditor's name and mailing address**

**Michael Kerr**
**2509 savanah oaks bend**
**Abilene, TX 79602**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.176 2**

**Nonpriority creditor's name and mailing address**

**Michael Key**
**617 White Horse Trail**
**Hewitt, TX 76643**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.176 3**

**Nonpriority creditor's name and mailing address**

**Michael King**
**17690 BANGOR AVE**
**HESPERIA, CA 92345**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.176 4**

**Nonpriority creditor's name and mailing address**

**Michael Lapke**
**643 Longview Drive**
**Antioch, IL 60002**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.176 5**

**Nonpriority creditor's name and mailing address**

**Michael Lovell**
**3581 S Lisbon St**
**Aurora, CO 80013**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.176 6**

**Nonpriority creditor's name and mailing address**

**Michael McMillan**
**2670 w 4175 S**
**Roy, UT 84067**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.176 7**

**Nonpriority creditor's name and mailing address**

**Michael Myers**
**31571 Via Santa Ines**
**Temecula, CA 92592**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | |
|---|---|
| Debtor **Empire Solar Group, LLC** | Case number (if known) **21-23636** |
| Name | |

**3.176 8**

**Nonpriority creditor's name and mailing address**
**Michael Nielson**
**2116 e ravine rd**
**Enoch, UT 84721**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.176 9**

**Nonpriority creditor's name and mailing address**
**Michael Puchalski**
**920 59th Avenue**
**Saint Pete Beach, FL 33706**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 0**

**Nonpriority creditor's name and mailing address**
**Michael Ramos**
**7974 Hillandale Dr**
**San Diego, CA 92120**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 1**

**Nonpriority creditor's name and mailing address**
**Michael Rodrigues**
**9934 Pebble Beach Drive**
**Santee, CA 92071**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 2**

**Nonpriority creditor's name and mailing address**
**Michael Rollins**
**2115 Dain Drive**
**Lemon Grove, CA 91945**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 3**

**Nonpriority creditor's name and mailing address**
**Michael Rolon**
**4217 San Bernardino Ave**
**Las Vegas, NV 89102**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.177 4**

**Nonpriority creditor's name and mailing address**
**Michael Row**
**803 Sequoia Drive**
**Colorado Springs, CO 80910**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor     **Empire Solar Group, LLC**                                    Case number (if known)     **21-23636**
           Name

| 3.177 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Sanders**
**4704 White Willow Rd**
**Salida, CA 95368**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.177 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Shepard**
**8508 Steel Dust Dr**
**Fort Worth, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.177 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Sorenson**
**12922 60th Ave,**
**Milaca, MN 56353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.177 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Spigner**
**28243 Rodgers Dr**
**Saugus, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.177 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Swisse**
**35919 Nord Court**
**Winchester, CA 92596**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.178 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Tinoco Salazar**
**2265 W 300 N**
**Provo, UT 84601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.178 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michael Tolen**
**5844 Ivy Glen Drive**
**Grand Prairie, TX 75052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.178 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Micheal  Mcgovern**
**27168 Rio Vista Dr**
**Menifee, CA 92586**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.178 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Micheal & George Renfrow**
**19 Brown Street**
**Henderson, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.178 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michele Bazzani**
**206 Rocking Chair Dr.**
**Berthoud, CO 80513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.178 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michell Ennis**
**122 Maryland St**
**San Angelo, TX 76905**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.178 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michelle DeRemer**
**5543 Blaisdell Avenue**
**Minneapolis, MN 55419**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.178 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michelle Mason-Chapman**
**100 Neola Lane**
**Atlanta, GA 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.178 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Michelle Pagan**
**6394 W Alomar Ave**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**

Name

---

3.178 9

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**Michelle Sanford**                                         ☐ Contingent
**18343 Pin Oak Lake Dr**                                    ☐ Unliquidated
**Richmond, TX 77407**                                       ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No   ☐ Yes

---

3.179 0

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**Michelle Wilkos**                                          ☐ Contingent
**2185 Tedesca Drive**                                       ☐ Unliquidated
**Henderson, NV 89052**                                      ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No   ☐ Yes

---

3.179 1

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**Michellle Foxx**                                           ☐ Contingent
**2101 Salt Drive**                                          ☐ Unliquidated
**Colorado Springs, CO 80910**                               ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No   ☐ Yes

---

3.179 2

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**Mickey Marion**                                            ☐ Contingent
**2325 W 18th St**                                           ☐ Unliquidated
**Pueblo, CO 81003**                                         ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No   ☐ Yes

---

3.179 3

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**Mickie Moore**                                             ☐ Contingent
**8099 West Whitman Drive**                                  ☐ Unliquidated
**Magna, UT 84044**                                          ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No   ☐ Yes

---

3.179 4

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**Miguel Angel Ochoa**                                       ☐ Contingent
**736 Lawndale Ave**                                         ☐ Unliquidated
**Columbus, OH 43207**                                       ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No   ☐ Yes

---

3.179 5

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**

**Miguel Cervantes**                                         ☐ Contingent
**4748 San Rafael Ave**                                      ☐ Unliquidated
**Las Vegas, NV 89120**                                      ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.1796**

**Nonpriority creditor's name and mailing address**

**Miguel Lopez**
**1661 Talc Rd**
**Bullhead City, AZ 86442**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1797**

**Nonpriority creditor's name and mailing address**

**Miguel Moreno**
**811 Edgebrook dr**
**Baytown, TX 77521**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1798**

**Nonpriority creditor's name and mailing address**

**Miguel Perez**
**25874 mercy ct**
**Hemet, CA 92544**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1799**

**Nonpriority creditor's name and mailing address**

**Miguel Valle**
**2902  dewberry ln**
**Pasadena, TX 77502**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1800**

**Nonpriority creditor's name and mailing address**

**MIK Solutions , Inc.**
**777 Blazing Star Trail**
**Cary, IL 60013**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,800.00**

---

**3.1801**

**Nonpriority creditor's name and mailing address**

**Mike  Saing**
**2001 shelbourne way**
**SANTA ROSA, CA 95403**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1802**

**Nonpriority creditor's name and mailing address**

**Mike Jordan**
**20998 Junco Trail**
**Lakeville, MN 55044**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.180 3**

**Nonpriority creditor's name and mailing address**

**Mike Middleton**
**133 Kennedy dr**
**Venus, TX 76084**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.180 4**

**Nonpriority creditor's name and mailing address**

**Mike Powell**
**20 Saddlehorn Court**
**Pittsburg, CA 94565**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.180 5**

**Nonpriority creditor's name and mailing address**

**Miles Smiley**
**19140 Haida Rd**
**Apple valley, CA 92307**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.180 6**

**Nonpriority creditor's name and mailing address**

**Millisa Eubanks**
**2032 Bruce Ave**
**Louisville, KY 40218**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.180 7**

**Nonpriority creditor's name and mailing address**

**Milton Hopkins**
**1089 dean dr**
**Northglenn, CO 80233**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.180 8**

**Nonpriority creditor's name and mailing address**

**Minerva Y.  Hernandez Martinez**
**1585 Arden St**
**Las vegas, NV 89104**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.180 9**

**Nonpriority creditor's name and mailing address**

**Minnesota Dept. of Labor & Industry**
**Financial Services Office**
**PO Box 64219**
**St. Paul, MN 55164-0219**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$380.00**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.181 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35.00** |
|---|---|---|---|

**Minnesota Dept. of Labor & Industry**
**Financial Services Office**
**PO Box 64219**
**St. Paul, MN 55164-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.00** |
|---|---|---|---|

**Minnesota Dept. of Labor & Industry**
**Financial Services Office**
**PO Box 64219**
**St. Paul, MN 55164-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Miraquel Ridenhour**
**624 Michael Street**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mirella Mendoza**
**13942 Eagle Pass st**
**Houston, TX 77015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mitchell Mann**
**5355 Wells Fargo Dr**
**Colorado Springs, CO 80918**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,882.09** |
|---|---|---|---|

**MLL Holdings, LLC**
**1706 Holcomb Creek St**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,405.00** |
|---|---|---|---|

**Modern Electric LLC**
**12421 W49th Ave Unit 7**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor     **Empire Solar Group, LLC**                                      Case number (if known)     **21-23636**
           Name

| 3.181 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Mohamed Sharif** **7298 Commanche Creek Ave** **Las Vegas, NV 89179** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.181 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Moises Gonzales** **80 Lakeshore Pkwy** **Newnan, GA 30263** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.181 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Molly Brown** **2251 Pontiac Street** **Denver, CO 80207** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.182 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Momolu Gardiner** **3722 Blake canyon dr** **North Las Vegas, NV 89032** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.182 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Monica Miguel** **11143 W Benito Dr** **Arizona City, AZ 85123** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.182 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Monika Caton** **2457 Trumpet Creeper Street** **Las Vegas, NV 89115** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.182 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,001.08** |
|---|---|---|---|
| | **Monroe Titan** **1105 Marietta Way** **Sparks, NV 89431** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor      **Empire Solar Group, LLC**
                  Name

Case number (if known)      **21-23636**

---

| 3.182 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,274.87** |
|---|---|---|---|

**Monroe Titan**
**1105 Marietta Way**
**Sparks, NV 89431**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Montia  Leavell**
**3957 E Weld Ave**
**Pahrump, NV 89061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Montias Roberts**
**5415 Leumas Road**
**Cincinnati, OH 45239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mooney Longbranch II, LLC**
**13210 Spring Hill Drive**
**Spring Hill, FL 34609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,567.50** |
|---|---|---|---|

**Morgan, Lewis & Bockius LLP**
**P. O. Box 8500 S-6050**
**Suite 1800**
**Philadelphia, PA 19178-6050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Moses Jacques**
**30143 Westbrook Drive**
**Nuevo, CA 92567**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.183 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Moses Zaldana**
**4017 yellow mandarin ave**
**north las vegas, NV 89081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Page 409 of 550**

Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**
Name                                                Case number (if known)      **21-23636**

| 3.183 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Murphy Rhoads**
**633 Washington Boulevard**
**Abilene, TX 79601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Musa Omar**
**424 Miratan Street**
**Las Vegas, NV 89110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Myisha Gill**
**12339 Brewster Dr.**
**Moreno Valley, CA 92555**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mylece & Glenn Jones**
**19815 Mountain Vista Dr**
**Cypress, TX 77433**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mylynn Molina**
**1261 shepherd way**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Myron Woodson**
**4501 Weldon Dr.**
**Snellville, GA 30039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Nabeel Sawaf**
**2017 Polk ln**
**Lexington, KY 40511**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.1838**

**Nonpriority creditor's name and mailing address**
**Nader Janati-ataei & Sarah Short**
**4775 e beacon ridge dr**
**Pahrump, NV 89061**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1839**

**Nonpriority creditor's name and mailing address**
**Najibeh  Shahabad**
**7045 Burning Hills Place**
**San Jose, CA 95139**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1840**

**Nonpriority creditor's name and mailing address**
**Nana Sarpanyin**
**7008 Mommouth Drive**
**Joliet, IL 60431**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1841**

**Nonpriority creditor's name and mailing address**
**Nancy  Cardenas**
**2801 S Hawthorne Ave**
**Independence, MO 64052**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1842**

**Nonpriority creditor's name and mailing address**
**Nancy Bonesteel**
**113 Blue Spruce Drive**
**Severance, CO 80550**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1843**

**Nonpriority creditor's name and mailing address**
**Napoleon Ortega**
**6211 Catron Crossing**
**Katy, TX 77493**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1844**

**Nonpriority creditor's name and mailing address**
**Narciso Buelna**
**14852 S Overfield Road**
**Arizona City, AZ 85123**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
         Name

| 3.184 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Natalie Graves** | ☐ Contingent | |
| | **70 e 320 n** | ☐ Unliquidated | |
| | **La Verkin, UT 84745** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.184 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Natasha Gonzalez** | ☐ Contingent | |
| | **309 Quamasia Avenue** | ☐ Unliquidated | |
| | **McAllen, TX 78504** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.184 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Natasha Swinson** | ☐ Contingent | |
| | **3710 white angel dr** | ☐ Unliquidated | |
| | **North las vegas, NV 89032** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.184 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Nathan Armbruster** | ☐ Contingent | |
| | **4368n 1365e** | ☐ Unliquidated | |
| | **Enoch, UT 84721** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.184 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Nathan Purser** | ☐ Contingent | |
| | **6119 N White Rock Rd** | ☐ Unliquidated | |
| | **Eagle Mountain, UT 84005** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.185 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Nathan Reichmann** | ☐ Contingent | |
| | **2565 119th ave nw** | ☐ Unliquidated | |
| | **Coon rapids, MN 55433** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.185 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Nathaniel Alan Lockridge** | ☐ Contingent | |
| | **9450 W Gambel Oak Ln** | ☐ Unliquidated | |
| | **Tucson, AZ 85743** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No   ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.185 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nathaniel Castro**
**38902 Scenic View dr**
**Sartell, MN 56377**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.185 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nathaniel Gray**
**7110 Lindenwood Dr**
**Corpus Christi, TX 78414**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.185 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Nathaniel Richardson**
**1308 Stock Horse Rd**
**Sparks, NV 89436**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.185 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,075.68** |
|---|---|---|---|

**National Construction Rentals**
**PO BOX 841461**
**LOS ANGELES, CA 90084-1461**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.185 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$207.89** |
|---|---|---|---|

**National Construction Rentals**
**PO BOX 841461**
**LOS ANGELES, CA 90084-1461**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.185 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$582.44** |
|---|---|---|---|

**National Construction Rentals**
**PO BOX 841461**
**LOS ANGELES, CA 90084-1461**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.185 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$345.00** |
|---|---|---|---|

**Native Grid Solar**
**465 E. Chilton**
**Suite 1**
**Chandler, AZ 85225**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.1859**

**Nonpriority creditor's name and mailing address**
**Natividad Gutierrez**
**1339 hawks nest dr**
**Houston, TX 77067**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1860**

**Nonpriority creditor's name and mailing address**
**Nauman Taj**
**6055 story rd**
**Timnath, CO 80547**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1861**

**Nonpriority creditor's name and mailing address**
**Nearmap US Inc**
**PO Box 398319**
**San Fransico, CA 94139-8319**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$8,043.75**

---

**3.1862**

**Nonpriority creditor's name and mailing address**
**Neil Laurent**
**10046 Cotton Tail Ct.**
**Magnolia, TX 77354**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1863**

**Nonpriority creditor's name and mailing address**
**Neil Soderstrom**
**13471 Black Hills Road**
**San Diego, CA 92129**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1864**

**Nonpriority creditor's name and mailing address**
**Nell Evans**
**200 Dinner Lake Loop**
**Lake Wales, FL 33859**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1865**

**Nonpriority creditor's name and mailing address**
**Nelson Diaz**
**6652 black oil drive**
**Las Vegas, NV 89122**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.186 6**

**Nonpriority creditor's name and mailing address**

**Nelson Solano**
**2185 Sombrero Dr.**
**Las Vegas, NV 89169**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.186 7**

**Nonpriority creditor's name and mailing address**

**Nelwynn Holland**
**8852 W Concordia Dr**
**Arizona City, AZ 85123**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.186 8**

**Nonpriority creditor's name and mailing address**

**Nemesio Ramos**
**582 SWEENY STREET**
**SAN FRANCISCO, CA 94134**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.186 9**

**Nonpriority creditor's name and mailing address**

**Nevada State Contractors Board**
**2310 Corporate Circle, Suite 200**
**Henderson, NV 89074**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.187 0**

**Nonpriority creditor's name and mailing address**

**New Earth Solar LLC**
**145 Saddlerock Circle**
**Sedona, AZ 86336**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

**3.187 1**

**Nonpriority creditor's name and mailing address**

**Nexgen llc**
**7878 North 16th**
**Phoenix, AZ 85020**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,554.80**

---

**3.187 2**

**Nonpriority creditor's name and mailing address**

**Nhane Soumphonphakdy**
**4432 E CO Ave**
**Las Vegas, NV 89104**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 3.187<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nicholas Herrera**<br>**6241 Ryan Creek Rd**<br>**Fort Worth, TX 76179** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.187<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nicholas Hodgdon**<br>**4505 W Warren Ave**<br>**Denver, CO 80210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.187<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nicholas Hoyle**<br>**335 Mt Bross Avenue**<br>**Severance, CO 80550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.187<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nicholas Morales**<br>**2145 Corte Condesa**<br>**Chula Vista, CA 91914** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.187<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nicholas Stephens**<br>**1097 NW County Line Road**<br>**Gower, MO 64454** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.187<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nicholas Stevens**<br>**313 Jay Ave**<br>**Severance, CO 80550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.187<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nicholas Taylor**<br>**3553 Clearview Dr**<br>**San Angelo, TX 76904** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred 0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor     **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
           Name

| 3.188 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Nicholas Wohlford**
**1225 NE 81st St**
**Kansas City, MO 64118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Nick Bogacz**
**2846 Cranston Circle**
**Yorkville, IL 60560**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Nicole Black**
**3855 E Tano St.**
**Phoenix, AZ 85044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Nicole Cruz & Rolando Cruz Del Valle**
**421 Don Fernando Circle**
**North Las Vegas, NV 89031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Nikolay Bulymba**
**509 Indian Creek**
**Anna, TX 75409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Noaetta McDaniel**
**121 Lloyd Street**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Noah Balint**
**1325 Lawyers Ln**
**Abilene, TX 79602**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.1887**

**Nonpriority creditor's name and mailing address**

**Noble Solar**
**5825 Ward Ct**
**Virginia Beach, VA 23455**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,300.00**

---

**3.1888**

**Nonpriority creditor's name and mailing address**

**Noe Villanueva**
**342 Old Mill Ln**
**Hampshire, IL 60140**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1889**

**Nonpriority creditor's name and mailing address**

**Nomo Energy Hub LLC**
**2701 North Thanksgiving Way**
**Suite 100**
**Lehi, UT 84043**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,746.72**

---

**3.1890**

**Nonpriority creditor's name and mailing address**

**Norma Clarke**
**800 Chapel Hill**
**Lawrenceville, GA 30045**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1891**

**Nonpriority creditor's name and mailing address**

**Norma Vergara**
**2515 Dock Dr**
**Evans, CO 80620**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1892**

**Nonpriority creditor's name and mailing address**

**Norma Yessica Herrera**
**1461 N 250 W**
**Service address 1461 W 250 N**
**Springville, UT 84663**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.1893**

**Nonpriority creditor's name and mailing address**

**North Central Positronics**
**PO Box 336771**
**Greeley, CO 80633**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,600.00**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.189 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Norys s Mendez**
**715 Flicker Rd**
**Louisville, KY 40214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.189 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Novar Garcia**
**11463 Switzer Park Lane**
**Parker, CO 80138**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.189 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Novianti Chang**
**352 Broken par dr**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.189 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.01** |
|---|---|---|---|

**NuCLEEN**
**2852 Elmwood Ave**
**Stockton, CA 85204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.189 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nusrat Jehan**
**521 Seaton Boulevard**
**Raymore, MO 64083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.189 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$874.53** |
|---|---|---|---|

**Nv Blue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.190 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$749.00** |
|---|---|---|---|

**NV Energy**
**6100 Neil Road, MS 2A35**
**Reno, NV 89520**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor  **Empire Solar Group, LLC**                           Case number (if known)    **21-23636**
           Name

**3.190 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
**Odalis Mesa Angulo**                                                 ☐ Contingent
**1717 Talon Ave**                                                     ☐ Unliquidated
**Henderson, NV 89074**                                               ☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _                                 **Basis for the claim:** _

                                                                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.190 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
**Odell Wesatzke**                                                     ☐ Contingent
**3591 flamingo rd**                                                   ☐ Unliquidated
**Pahrump, NV 89048**                                                 ☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _                                 **Basis for the claim:** _

                                                                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.190 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$2,400.00**
**OFS Interiors**                                                      ☐ Contingent
**4753 Holladay Blvd**                                                 ☐ Unliquidated
**Holladay, UT 84117**                                                ☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _                                 **Basis for the claim:** _

                                                                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.190 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
**Ogden Stewart**                                                      ☐ Contingent
**1391 East Ramona Avenue**                                           ☐ Unliquidated
**Salt Lake City, UT 84105**                                          ☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _                                 **Basis for the claim:** _

                                                                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.190 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$2,201.25**
**Ohio Bureau of Workers' Compensation**                              ☐ Contingent
**P.O. Box 89492**                                                    ☐ Unliquidated
**Cleveland, OH 44101-6492**                                          ☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _                                 **Basis for the claim:** _

                                                                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.190 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
**Olga Cabrera**                                                       ☐ Contingent
**1847 w 9th St**                                                      ☐ Unliquidated
**Pomona, CA 91766**                                                  ☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _                                 **Basis for the claim:** _

                                                                       Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.190 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
**Olga Medina**                                                        ☐ Contingent
**1382 Annie Lace Way**                                               ☐ Unliquidated
**Draper, UT 84020**                                                  ☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _                                 **Basis for the claim:** _

                                                                       Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1908**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Olive Baclay & Rickey Majors**<br>**7188 Honeysuckle Court**<br>**Las Vegas, NV 89119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1909**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Oliver Ravanales**<br>**7819 Chinon Cir**<br>**Houston, TX 77071** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1910**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Omar Evans**<br>**8120 Macgregor Drive**<br>**Arlington, TX 76002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1911**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Omero Marin**<br>**6324 W Meander ave**<br>**West Valley City, UT 84128** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1912**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$655.00** |
|---|---|---|
| **One Energy Solutions LLC** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1913**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,195.40** |
|---|---|---|
| **One Source** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.1914**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Oneyda M Contreras**<br>**9726 Raisbeck Place**<br>**Houston, TX 77044** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.191**
**5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Opal Cooper** | ☐ Contingent | |
| **1140 woodlark dr** | ☐ Unliquidated | |
| **Haines city, FL 33844** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.191**
**6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$19,332.91** |
|---|---|---|
| **Oracle America Inc** | ☐ Contingent | |
| **Bank of America Lock Box** | ☐ Unliquidated | |
| **15612 Collections Center Drive** | ☐ Disputed | |
| **Chicago, IL 60693** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.191**
**7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Orlando Aguilar** | ☐ Contingent | |
| **8360 menkar** | ☐ Unliquidated | |
| **San Diego, CA 92126** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.191**
**8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Orlando Johnson** | ☐ Contingent | |
| **8631 Tortoise Canyon Ct.** | ☐ Unliquidated | |
| **Las Vegas, NV 89148** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.191**
**9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Oscar Elamparo** | ☐ Contingent | |
| **737 Gemstone Dr** | ☐ Unliquidated | |
| **San Marcos, CA 92078** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.192**
**0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Oscar Lopez** | ☐ Contingent | |
| **4455 S 5720 W** | ☐ Unliquidated | |
| **West Valley City, UT 84128** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.192**
**1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Oscar Martinez** | ☐ Contingent | |
| **212 Violet Avenue** | ☐ Unliquidated | |
| **San Marcos, CA 92078** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.192 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Osvaldo Perez** <br> **7400 Cresswell Drive** <br> **Arlington, TX 76001** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.192 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Otto Mcvey** <br> **4229 Summer Star Lane** <br> **Fort Worth, TX 76244** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.192 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,892.90** |
|---|---|---|
| **P.W. STEPHENS ENVIRONMENTAL , INC .** <br> **15201 Pipeline Lane Suite B** <br> **Huntington Beach, CA 92649** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.192 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Pablo Cruz** <br> **8017 Jeffery St** <br> **Houston, TX 77028** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.192 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Pablo Duran** <br> **4500 Exposition Ave** <br> **Las Vegas, NV 89102** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.192 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Pablo Zuniga** <br> **6008 Rimini Landing Lane** <br> **Porter, TX 77365** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.192 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$705.84** |
|---|---|---|
| **Pacific Gas and Electric Company (PG&E)** <br> **PO Box 8329** <br> **Stockton, CA 95208** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.1929**

**Nonpriority creditor's name and mailing address**
**Pacific Gas and Electric Company (PG&E)**
**PO Box 8329**
**Stockton, CA 95208**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,180.39**

---

**3.1930**

**Nonpriority creditor's name and mailing address**
**Pacific SouthWest Irrigation**
**8372 S. Jack Tone Rd.**
**Stockton, CA 95215**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$311.90**

---

**3.1931**

**Nonpriority creditor's name and mailing address**
**Paige Zemla**
**1649 Rowan Tree Dr**
**Las Vegas, NV 89123**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1932**

**Nonpriority creditor's name and mailing address**
**Painter's Plus**
**921 9th Street**
**Lasalle, IL 61301**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$500.00**

---

**3.1933**

**Nonpriority creditor's name and mailing address**
**Paje Gonzalez**
**1005 E Platte Ave**
**Colorado Springs, CO 80903**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1934**

**Nonpriority creditor's name and mailing address**
**Pamora San Nicolas**
**341 Waterwheel Falls Dr**
**Henderson, NV 89015**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.1935**

**Nonpriority creditor's name and mailing address**
**Paola  Mijares**
**1202 W 100 N**
**Provo, UT 84601**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.193 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,064.00** |
|---|---|---|---|

**Paramount Contractors LLC**
**1574 South Westview Drive**
**Cedar City, UT 84720**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.193 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Pat Ryan**
**8095 W 16th Pl**
**Lakewood, CO 80214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.193 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Patricia Aleman**
**8027 Barnett Avenue**
**Kansas City, KS 66112**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.193 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Patricia Jackson**
**244 Lawnridge Drive**
**Creve Coeur, IL 61610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.194 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Patricia Navarro**
**1514 Golfcrest Place**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.194 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Patrick  Brophy**
**4507 Dubois Boulevard**
**BROOKFIELD, IL 60513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.194 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Patrick  King**
**12832 N 111th Dr**
**Youngtown, AZ 85363**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**
Name

Case number (if known)   **21-23636**

---

**3.194 3**

**Nonpriority creditor's name and mailing address**
**Patrick Scott**
**6777 Highland Rd**
**Granite Bay, CA 95746**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.194 4**

**Nonpriority creditor's name and mailing address**
**Paul  Friendt**
**1282 Greystone Ave N**
**Oakdale, MN 55128**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.194 5**

**Nonpriority creditor's name and mailing address**
**Paul  Taylor**
**1146 E Concorda Dr**
**Tempe, AZ 85282**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.194 6**

**Nonpriority creditor's name and mailing address**
**Paul  Thorne**
**7370 S Old Hammer Way**
**Aurora, CO 80016**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.194 7**

**Nonpriority creditor's name and mailing address**
**Paul Cole**
**757 Arroyo Way**
**Santa Maria, CA 93455**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.194 8**

**Nonpriority creditor's name and mailing address**
**Paul Ford**
**6268 Wood Bison Trl**
**Colorado Springs, CO 80925**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.194 9**

**Nonpriority creditor's name and mailing address**
**Paul Fox**
**13138 Grove Pl**
**Broomfield, CO 80020**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                     Case number (if known)    **21-23636**
         Name

---

3.195
0

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **Unknown**

**Paul Gonzalez**                                              ☐ Contingent
**2818 Century Drive**                                         ☐ Unliquidated
**Bakersfield, CA 93306**                                      ☐ Disputed

**Date(s) debt was incurred  0**                              **Basis for the claim:** _
**Last 4 digits of account number** _
                                                              Is the claim subject to offset?  ■ No  ☐ Yes

---

3.195
1

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **Unknown**

**Paul Leavitt**                                               ☐ Contingent
**24496 Chestnut Dr**                                          ☐ Unliquidated
**Notus, ID 83656**                                            ☐ Disputed

**Date(s) debt was incurred  0**                              **Basis for the claim:** _
**Last 4 digits of account number** _
                                                              Is the claim subject to offset?  ■ No  ☐ Yes

---

3.195
2

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **Unknown**

**Paul Matson**                                                ☐ Contingent
**120 Oak Marsh Drive**                                        ☐ Unliquidated
**Mankato, MN 56001**                                          ☐ Disputed

**Date(s) debt was incurred  0**                              **Basis for the claim:** _
**Last 4 digits of account number** _
                                                              Is the claim subject to offset?  ■ No  ☐ Yes

---

3.195
3

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **Unknown**

**Paul Sutton**                                                ☐ Contingent
**10736 w Arvada dr**                                          ☐ Unliquidated
**Arizona City, AZ 85123**                                     ☐ Disputed

**Date(s) debt was incurred  0**                              **Basis for the claim:** _
**Last 4 digits of account number** _
                                                              Is the claim subject to offset?  ■ No  ☐ Yes

---

3.195
4

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **Unknown**

**Paul Swets**                                                 ☐ Contingent
**117 Las Lomas Dr**                                           ☐ Unliquidated
**San Angelo, TX 76904**                                       ☐ Disputed

**Date(s) debt was incurred  0**                              **Basis for the claim:** _
**Last 4 digits of account number** _
                                                              Is the claim subject to offset?  ■ No  ☐ Yes

---

3.195
5

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **Unknown**

**Paula Cutillo**                                              ☐ Contingent
**3973 Nations Way**                                           ☐ Unliquidated
**Berthoud, CO 80513**                                         ☐ Disputed

**Date(s) debt was incurred  0**                              **Basis for the claim:** _
**Last 4 digits of account number** _
                                                              Is the claim subject to offset?  ■ No  ☐ Yes

---

3.195
6

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.            **Unknown**

**Paula Skipper**                                              ☐ Contingent
**5502 Branston Dr**                                           ☐ Unliquidated
**Louisville, KY 40216**                                       ☐ Disputed

**Date(s) debt was incurred  0**                              **Basis for the claim:** _
**Last 4 digits of account number** _
                                                              Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 427 of 550**

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
_____
Name

| | | |
|---|---|---|
| **3.195 7** | | |

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Pauline Cahill**
**3071 lake Barkley rd**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.195 8**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Pawana Ruangnol**
**1423 Silver Knoll Ave.**
**Las Vegas, NV 89123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.195 9**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Payeng Lee**
**1515 7th Street E**
**SAINT PAUL, MN 55106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.196 0**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$1,038.75**

**PCdisposal.com**
**400 New Century Pkwy**
**New Century, KS 66031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.196 1**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**PCI Corp Parkway, LLC**
**17776 Preston Road**
**Suite 100**
**Dallas, TX 75252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.196 2**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$5,346.00**

**Peak Services**
**4710 W. DEWEY DRIVE**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.196 3**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**

**Pedro  Ramirez**
**175 S 250 E**
**Centerfield, UT 84622**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.196
4**

**Nonpriority creditor's name and mailing address**

**Pedro Benitez Carrillo**
**5213 Casco Way**
**Las Vegas, NV 89107**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.196
5**

**Nonpriority creditor's name and mailing address**

**Pedro Vallin Diaz**
**2701 Clayton St**
**North Las Vegas, NV 89032**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.196
6**

**Nonpriority creditor's name and mailing address**

**Peggy Coffelt**
**6535 Oak Crest Drive**
**Burlington, KY 41005**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.196
7**

**Nonpriority creditor's name and mailing address**

**Penny Farrell**
**1520 Lake Vista Way**
**Severance, CO 80550**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.196
8**

**Nonpriority creditor's name and mailing address**

**Penny s O'neal Gilliam**
**927 Adobe Dr,**
**Mesquite, NV 89027**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.196
9**

**Nonpriority creditor's name and mailing address**

**Peter Baca**
**4116 Bent Dr**
**Colorado Springs, CO 80909**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.197
0**

**Nonpriority creditor's name and mailing address**

**Peter Chapian**
**216 meadow view lane**
**Anna, TX 75409**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.197 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Peter Chasey**
**2221 Angelfire St**
**Las Vegas, NV 89128**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.197 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Peter H. Wilson**
**3883 Ventura Way**
**Las Vegas, NV 89121**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.197 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Peter Krall**
**11610 57th Ave N**
**Plymouth, MN 55442**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.197 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Peter Kulp**
**811 rancho alisal dr**
**solvang, CA 93463**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.197 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Peter Morrison**
**10546 W Maplewood Dr.**
**Littleton, CO 80127**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.197 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Phil Grindstaff**
**111 Douglas Dr**
**Wylie, TX 75098**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  □ Yes

---

| 3.197 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Philip  Gonzales**
**2012 13th st**
**Galena Park, TX 77547**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  □ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.1978**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Philip Haight**<br>**4549 W Thorley dr**<br>**Herriman, UT 84069** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

**3.1979**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Philip Nivens**<br>**6663 23rd Circle North**<br>**Saint Petersburg, FL 33702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

**3.1980**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Phillip Crandall**<br>**23570 Kettle Road**<br>**Murrieta, CA 92562** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

**3.1981**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Phillip Jacobson**<br>**1387 Westport ave**<br>**Berthoud, CO 80513** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

**3.1982**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Phillip Jenkins**<br>**685 Takin Drive**<br>**Severance, CO 80550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

**3.1983**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Phillip Knabenbauer**<br>**309 Zeppelin Way**<br>**Fort Collins, CO 80524** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

**3.1984**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Phoebe Einertson**<br>**406 West South Street**<br>**Belle Plaine, MN 56011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred 0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.1985**

**Nonpriority creditor's name and mailing address**

**Phyllis Williams**
**11702 W Benito Dr**
**Arizona City, AZ 85123**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1986**

**Nonpriority creditor's name and mailing address**

**Platinum Owner GA LLC**
**PO Box 95311**
**Chicago, IL 60694-5311**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1987**

**Nonpriority creditor's name and mailing address**

**Portia Blaylock**
**7516 San Gabriel Dr**
**Arlington, TX 76002**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1988**

**Nonpriority creditor's name and mailing address**

**Prasanna  Kamatham**
**3905 Urbandale In n**
**Plymouth, MN 55446**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1989**

**Nonpriority creditor's name and mailing address**

**Precy Torralba**
**4793 Woodland Ave**
**Las Vegas, NV 89121**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1990**

**Nonpriority creditor's name and mailing address**

**Preston Cooper**
**4610 N Halterman Rd**
**Enoch, UT 84721**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.1991**

**Nonpriority creditor's name and mailing address**

**Probet Vegas LLC**
**4612 Deer Forest Ave**
**Las Vegas, NV 89139**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$50.00**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.199 2**

**Nonpriority creditor's name and mailing address**
**Proclaim Solar LLC**
**17218 Preston Road**
**Dallas, TX 75252**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$35.00**

---

**3.199 3**

**Nonpriority creditor's name and mailing address**
**Prodigy Promos**
**123 South 1380**
**West Lindon, UT 84042**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$63,582.37**

---

**3.199 4**

**Nonpriority creditor's name and mailing address**
**Prodigy Promos**
**123 South 1380**
**West Lindon, UT 84042**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,021.25**

---

**3.199 5**

**Nonpriority creditor's name and mailing address**
**Prodigy Promos**
**123 South 1380**
**West Lindon, UT 84042**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,774.15**

---

**3.199 6**

**Nonpriority creditor's name and mailing address**
**Prodigy Promos**
**123 South 1380**
**West Lindon, UT 84042**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$11,940.25**

---

**3.199 7**

**Nonpriority creditor's name and mailing address**
**Prodigy Promos**
**123 South 1380**
**West Lindon, UT 84042**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,923.00**

---

**3.199 8**

**Nonpriority creditor's name and mailing address**
**Prodigy Promos**
**123 South 1380**
**West Lindon, UT 84042**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$3,250.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

**3.1999**

**Nonpriority creditor's name and mailing address**
**Professional Contractor Supply**
**PO Box 80455 Las Vegas, NV 89180**
**Las Vegas, NV 89180**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$51,586.42**

---

**3.2000**

**Nonpriority creditor's name and mailing address**
**Professional Contractor Supply**
**PO Box 80455 Las Vegas, NV 89180**
**Las Vegas, NV 89180**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,556.55**

---

**3.2001**

**Nonpriority creditor's name and mailing address**
**PT Adobe Court LLC**
**1864 Woodmoor Dr**
**Ste 100**
**Monument, CO 80132**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2002**

**Nonpriority creditor's name and mailing address**
**Pulse Marketing Group**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,453.00**

---

**3.2003**

**Nonpriority creditor's name and mailing address**
**Pure Wave Las Vegas**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$70.00**

---

**3.2004**

**Nonpriority creditor's name and mailing address**
**QuadBridge**
**PO Box 71335**
**Chicago, IL 60694-1335**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$18,879.97**

---

**3.2005**

**Nonpriority creditor's name and mailing address**
**Quality Construction and Repair Services**
**1930 E Tam O'Shanter Street**
**Ontario, CA 91761**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$16,500.00**

---

Debtor   **Empire Solar Group, LLC**                                Case number (if known)   **21-23636**
_____Name_____

| 3.200 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$165.15** |
|---|---|---|---|
| | **Quality Propane** **12650 Zenith Ave. South** **Burnsville, MN 55337-6009** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$50,507.82** |
|---|---|---|---|
| | **QuickBase** **P.O. Box 734227** **Chicago, IL 60673-4227** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,899.90** |
|---|---|---|---|
| | **Quickscrews International** **5830 Las Positas Road** **Livermore, CA 94551** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.200 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,500.00** |
|---|---|---|---|
| | **Quickscrews International** **5830 Las Positas Road** **Livermore, CA 94551** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,316.00** |
|---|---|---|---|
| | **Quickscrews International** **5830 Las Positas Road** **Livermore, CA 94551** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$264.00** |
|---|---|---|---|
| | **Quickscrews International** **5830 Las Positas Road** **Livermore, CA 94551** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

| 3.201 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Quresh Latif** **438 Zeppelin Way** **Fort Collins, CO 80524** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** **0** **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
   Name

---

3.201
3

**Nonpriority creditor's name and mailing address**

**R McGreggor Cawley (Gregg)**
**1411 East Ord Street**
**Laramie, WY 82070**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.201
4

**Nonpriority creditor's name and mailing address**

**R&R**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**$25.00**

---

3.201
5

**Nonpriority creditor's name and mailing address**

**Ra Synergy LLC**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**$250.00**

---

3.201
6

**Nonpriority creditor's name and mailing address**

**Rachel Boyce**
**423 E San Rafael St**
**Colorado Springs, CO 80903**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.201
7

**Nonpriority creditor's name and mailing address**

**Rachel Davis**
**2904 Autumn Haze Ln**
**Las Vegas, NV 89117**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.201
8

**Nonpriority creditor's name and mailing address**

**Rachel Goodwin**
**3928 Bedford Avenue**
**Oceanside, CA 92056**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

3.201
9

**Nonpriority creditor's name and mailing address**

**Rachel Graf**
**309 Main Street**
**Kingston, IL 60145**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.2020**

**Nonpriority creditor's name and mailing address**
**Rachel Roberts**
**217 Castle Drive**
**Severance, CO 80550**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2021**

**Nonpriority creditor's name and mailing address**
**Racy Atkins**
**122 Pintail Lane**
**Sanger, TX 76266**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2022**

**Nonpriority creditor's name and mailing address**
**Radiant Solar**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

---

**3.2023**

**Nonpriority creditor's name and mailing address**
**Rafael Calantas**
**5404 Northfield Dr**
**Fort Worth, TX 76179**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2024**

**Nonpriority creditor's name and mailing address**
**Rafael Cisneros**
**5620 Broken Gap Dr.**
**Fort Worth, TX 76179**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2025**

**Nonpriority creditor's name and mailing address**
**Rafael Moreno**
**1205 Norwalk CT.**
**Las Vegas, NV 89030**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2026**

**Nonpriority creditor's name and mailing address**
**Raj  Tamang**
**7248 navoti trail**
**Fort worth, TX 76131**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
| | Name | | |

| 3.2027 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Rajendra Adhikari**<br>**4540 larkhill Ln**<br>**Lexington, KY 40509** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2028 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Ram n Galindo**<br>**831 S Pine**<br>**Kermit, TX 79745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2029 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Ramiro Gonzalez**<br>**5134 Capitol Ave**<br>**Abilene, TX 79603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2030 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Ramon Ortiz**<br>**3065 Carlotta Cir**<br>**Las Vegas, NV 89121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2031 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Ramona Baird**<br>**8430 south Mojave ln**<br>**Yuma, AZ 85364** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2032 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Randall Miller**<br>**694 S 250 W**<br>**American Fork, UT 84003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2033 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
| | **Randy Ortiz**<br>**2816 oak creek**<br>**Mesquite, TX 75181** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  0**<br>**Last 4 digits of account number _** | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)     **21-23636**
          Name

---

| 3.203 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

**Randy Zeithamer**
**8309 Teal Trail SW**
**Alexandria, MN 56308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.203 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

**Raquel Lamph**
**878  depot dr**
**milliken, CO 80543**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.203 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

**Rashad Erakat**
**22423 N 19th Way**
**Phoenix, AZ 85024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.203 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

**Raul and Angelica Moreno**
**3004 Denver Ave**
**Aubrey, TX 76227**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.203 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

**Raul Delgadillo**
**2183 Manzana Way**
**San Diego, CA 92139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.203 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

**Raul Ortega**
**8405 Steel Dust Drive**
**Fort Worth, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.204 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: *Check all that apply.*     **Unknown**

**Raul Rodriguez**
**4260 S 3720 W**
**West Valley, UT 84120**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.204 1**

**Nonpriority creditor's name and mailing address**
**Raul Rustler Godoy Sandoval**
**600 Carpenter Dr**
**Las Vegas, NV 89107**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.204 2**

**Nonpriority creditor's name and mailing address**
**Raven Roofing**
**438 W 800 S**
**Orem, UT 84058**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$15,886.00**

---

**3.204 3**

**Nonpriority creditor's name and mailing address**
**Ray Penix**
**8 Hanging Tree CT**
**Oroville, CA 95966**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.204 4**

**Nonpriority creditor's name and mailing address**
**Ray Purtee**
**1222 Lincoln Ave**
**San Diego, CA 92103**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.204 5**

**Nonpriority creditor's name and mailing address**
**Raymond Copeland**
**1001 Muntjac St**
**Severance, CO 80550**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.204 6**

**Nonpriority creditor's name and mailing address**
**Raymond Tomaneng**
**35234 luau street**
**winchester, CA 92596**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.204 7**

**Nonpriority creditor's name and mailing address**
**Rayshaun Lampkins**
**18602 egret way**
**Farmington, MN 55024**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
          Name

---

3.204 8

**Nonpriority creditor's name and mailing address**
**Rebecca Gonzalez**
**33321 Warwick Hills Road**
**Yucaipa, CA 92399**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.204 9

**Nonpriority creditor's name and mailing address**
**Rebecca Madill**
**218 s 1800 w**
**Lehi, UT 84043**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.205 0

**Nonpriority creditor's name and mailing address**
**Rebecca Martz**
**3005 Oro Blanco Drive**
**Colorado Springs, CO 80917**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.205 1

**Nonpriority creditor's name and mailing address**
**Rebecca Rizor**
**1019 6th st**
**Walden, CO 80480**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.205 2

**Nonpriority creditor's name and mailing address**
**Rebecca Weatherly**
**315 Foxmoor Dr**
**Orem, UT 84057**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

3.205 3

**Nonpriority creditor's name and mailing address**
**Red Rhino Industrial**
**2312 W 700 S #3**
**Springville, UT 84663**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$770.41**

---

3.205 4

**Nonpriority creditor's name and mailing address**
**Redmond Martin**
**1643 Tiesa Ln**
**Oxnard, CA 93030**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.205 5**

**Nonpriority creditor's name and mailing address**
**ReEnergize Sun**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$26,573.00**

---

**3.205 6**

**Nonpriority creditor's name and mailing address**
**Rees Thorkelson**
**3759 valley view cir**
**Santa Clara, UT 84765**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.205 7**

**Nonpriority creditor's name and mailing address**
**Reese  Idica**
**5133 Tunnel Falls Drive**
**Las Vegas, NV 89141**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.205 8**

**Nonpriority creditor's name and mailing address**
**Regal Roofing Solutions**
**P.O. Box 4793**
**Modesto, CA 95352**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,850.00**

---

**3.205 9**

**Nonpriority creditor's name and mailing address**
**Reginald Bonier**
**2506 Sage Ct**
**Missouri City, TX 77489**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.206 0**

**Nonpriority creditor's name and mailing address**
**Regus**
**700 N St Mary's Street**
**Suite 1400**
**San Antonio, TX 78205**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$52.48**

---

**3.206 1**

**Nonpriority creditor's name and mailing address**
**Reinaldo Ortiz**
**4902 Fox Mill Ln**
**Spring, TX 77389**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.206<br>2 | **Nonpriority creditor's name and mailing address**<br>**Rene Martinez Tree Service**<br>**2605 Elmwood Avenue**<br>**Kansas City, MO 64127**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,375.00** |
|---|---|---|---|
| 3.206<br>3 | **Nonpriority creditor's name and mailing address**<br>**Renewable Resources**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,030.80** |
| 3.206<br>4 | **Nonpriority creditor's name and mailing address**<br>**Republic Services National Account - 269**<br>**PO Box 99917**<br>**Chicago, IL 60696-7717**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$34,585.61** |
| 3.206<br>5 | **Nonpriority creditor's name and mailing address**<br>**Republic Services National Account - 269**<br>**PO Box 99917**<br>**Chicago, IL 60696-7717**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$15,265.91** |
| 3.206<br>6 | **Nonpriority creditor's name and mailing address**<br>**Republic Services SoCal- #676**<br>**PO Box 78829**<br>**Phoenix, AZ 85062-8829**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$178.37** |
| 3.206<br>7 | **Nonpriority creditor's name and mailing address**<br>**Republic Services SoCal- #676**<br>**PO Box 78829**<br>**Phoenix, AZ 85062-8829**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$178.37** |
| 3.206<br>8 | **Nonpriority creditor's name and mailing address**<br>**Ressa & Derald Johnson**<br>**197 Popolo Dr**<br>**Las Vegas, NV 89138**<br><br>**Date(s) debt was incurred  0**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.2069**

**Nonpriority creditor's name and mailing address**

**Revo Home Solutions**
**5857 Owens Ave**
**Suite 301**
**Carlsbad, CA 92008**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,064.71**

---

**3.2070**

**Nonpriority creditor's name and mailing address**

**Rex Ashcroft**
**3259 S 6320 W**
**West Valley City, UT 84128**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2071**

**Nonpriority creditor's name and mailing address**

**Reyna Ocarrol and Aaron Goure**
**4312 Hanford Ave**
**Las Vegas, NV 89107**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2072**

**Nonpriority creditor's name and mailing address**

**Rhonda Stout**
**3301 E Alfalfa St**
**Pahrump, NV 89048**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$40.00**

---

**3.2073**

**Nonpriority creditor's name and mailing address**

**Rian Heide**
**29 Desert Palm Dr**
**Las Vegas, NV 89183**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2074**

**Nonpriority creditor's name and mailing address**

**Ricardo Covarrubias**
**13901 Monet Street**
**Moreno Valley, CA 92555**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2075**

**Nonpriority creditor's name and mailing address**

**Ricardo Dominguez**
**8324 Wildwood Glen Drive**
**Las Vegas, NV 89131**

**Date(s) debt was incurred** **0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Empire Solar Group, LLC**                                      Case number (if known)    **21-23636**
_____Name_____

| 3.207 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ricardo Pascua**
**3905 North Jamison Park Lane**
**North Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ricardo Rodriguez**
**15110 Possumwood Dr**
**Houston, TX 77084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ricardo Salinas Aguilera**
**1125 coral crystal ct**
**Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Aceves**
**16948 N MiddleField Way**
**Nampa, ID 83687**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Baum**
**11518 Carisio Ct**
**Richmond, TX 77406**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Cator**
**377 Berry Creek Place**
**Spring Creek, NV 89815**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Richard Demshok**
**7529 tinley creek ave**
**las vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred 0**
**Last 4 digits of account number _**

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.208 3**

**Nonpriority creditor's name and mailing address**

**Richard H. Lawson**
**1408 Pierron Drive**
**Arlingotn, TX 76002**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.208 4**

**Nonpriority creditor's name and mailing address**

**Richard Halstead**
**1068 E Pistioa Drive**
**Meridian, ID 83642**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.208 5**

**Nonpriority creditor's name and mailing address**

**Richard James**
**2866 Mac Dr**
**Minden, NV 89423**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.208 6**

**Nonpriority creditor's name and mailing address**

**Richard Lorensen**
**10142 S Amaryllis Drive**
**Sandy, UT 84094**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.208 7**

**Nonpriority creditor's name and mailing address**

**Richard Rodriguez**
**4546 Calico Cliff Ct**
**North Las Vegas, NV 89031**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.208 8**

**Nonpriority creditor's name and mailing address**

**Richard Roe**
**1320 Chamois Drive**
**Severance, CO 80550**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.208 9**

**Nonpriority creditor's name and mailing address**

**Richard Sebastian-Coleman**
**810 E Moreno Ave**
**Colorado Springs, CO 80903**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.2090**

**Nonpriority creditor's name and mailing address**
**Richard Seiler**
**312 Magnolia Cir**
**Versailles, KY 40383**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2091**

**Nonpriority creditor's name and mailing address**
**Richard Sheehan**
**4501 Westmere Ave**
**North Las Vegas, NV 89084**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2092**

**Nonpriority creditor's name and mailing address**
**Richard Sprague**
**4417 Stacey Ave**
**Las Vegas, NV 89108**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2093**

**Nonpriority creditor's name and mailing address**
**Richard Summers**
**57 South 2875 West**
**West Point, UT 84015**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2094**

**Nonpriority creditor's name and mailing address**
**Richard Torres**
**1144 east 11th street**
**Casa Grande, AZ 85122**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2095**

**Nonpriority creditor's name and mailing address**
**Richard Welsh**
**612 Crestview Ct**
**Saginaw, TX 76179**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2096**

**Nonpriority creditor's name and mailing address**
**Richard Witt**
**3550 Coneflower Dr.**
**Fort Collins, CO 80521**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Empire Solar Group, LLC**
_____
Name

Case number (if known) **21-23636**
_____

| | |
|---|---|
| **3.2097** | |

**Nonpriority creditor's name and mailing address**
**Rick Glise**
**2373 Viewcrest Rd**
**Henderson, NV 89014**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.2098** | |

**Nonpriority creditor's name and mailing address**
**Rick Foy**
**6935 North 2350 West**
**Honeyville, UT 84314**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.2099** | |

**Nonpriority creditor's name and mailing address**
**Ricky Fernandez**
**204 Holly Dr**
**Colorado Springs, CO 80911**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.2100** | |

**Nonpriority creditor's name and mailing address**
**Ricky Honaker**
**1260 Iguana st**
**Pahrump, NV 89048**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.2101** | |

**Nonpriority creditor's name and mailing address**
**Ridge Floria**
**1043 Pyramid Street**
**San Diego, CA 92114**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| | |
|---|---|
| **3.2102** | |

**Nonpriority creditor's name and mailing address**
**Right Move LLC**
**2022 N 400 E**
**Ogden, UT 84414**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,147.85**

---

| | |
|---|---|
| **3.2103** | |

**Nonpriority creditor's name and mailing address**
**Rigoberto Martinez Mora**
**5423 S 5425 w**
**Kearns, UT 84118**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                          Case number (if known)      **21-23636**
_____
Name

| 3.210 4 | **Nonpriority creditor's name and mailing address**<br>**Ritu Gupta**<br>**1077 W Hill Ct**<br>**Cupertino, CA 95014**<br><br>**Date(s) debt was incurred  0**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.210 5 | **Nonpriority creditor's name and mailing address**<br>**Rob Kies**<br>**185 Arion st East**<br>**St Paul, MN 55118**<br><br>**Date(s) debt was incurred  0**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.210 6 | **Nonpriority creditor's name and mailing address**<br>**Robert  Berglund**<br>**7417 Ellingwood Circle**<br>**Frederick, CO 80504**<br><br>**Date(s) debt was incurred  0**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.210 7 | **Nonpriority creditor's name and mailing address**<br>**Robert  Fuller**<br>**4270 S Gressa St**<br>**Pahrump, NV 89061**<br><br>**Date(s) debt was incurred  0**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.210 8 | **Nonpriority creditor's name and mailing address**<br>**Robert  Pipes**<br>**1121 Westheimer Rd**<br>**Abilene, TX 79601**<br><br>**Date(s) debt was incurred  0**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.210 9 | **Nonpriority creditor's name and mailing address**<br>**Robert  Reynolds**<br>**10416 West Coal Mine PL**<br>**Littleton, CO 80127**<br><br>**Date(s) debt was incurred  0**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

| 3.211 0 | **Nonpriority creditor's name and mailing address**<br>**Robert & Jennifer Copley**<br>**236 Red Cloud Terrace**<br>**Henderson, NV 89015**<br><br>**Date(s) debt was incurred  0**<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                   Case number (if known)   **21-23636**
         Name

| 3.211 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Alexander**
**15223 Central Lakes Dr**
**Humble, TX 77396**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert and Charity Nelson**
**8732 W Gilmore Ave**
**Las Vegas, NV 89129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Bagley**
**1344 Basseterre Pl.**
**Fort Collins, CO 80525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Brewer**
**1140 Kelleytown Road**
**McDonough, GA 30252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Childs**
**119 North Fork Avenue**
**Paonia, CO 81428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Easley**
**186 Camino Vista Real**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Robert Farrer & Jean Farrer**
**41 Sunset Ct**
**Hudson, CO 80642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Empire Solar Group, LLC**
Name

Case number (if known)     **21-23636**

---

3.2118

**Nonpriority creditor's name and mailing address**
**Robert Fisher Jr**
**45586 Rainbow Canyon Road**
**Temecula, CA 92592**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

3.2119

**Nonpriority creditor's name and mailing address**
**Robert Flinders**
**2166 North Wild Hyacinth Drive**
**Saratoga Springs, UT 84045**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

3.2120

**Nonpriority creditor's name and mailing address**
**Robert Garlington**
**2320 Heathercrest Dr**
**Colorado Springs, CO 80915**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

3.2121

**Nonpriority creditor's name and mailing address**
**Robert Hawks**
**840 mt rainier way**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

3.2122

**Nonpriority creditor's name and mailing address**
**Robert Hinger**
**9509 Jim Ln**
**Santee, CA 92071**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

3.2123

**Nonpriority creditor's name and mailing address**
**Robert Hoage**
**15213 Andorra Way**
**San Diego, CA 92129**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

3.2124

**Nonpriority creditor's name and mailing address**
**Robert Macmahon**
**40423 N 70th Street**
**Cave Creek, AZ 85331**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

**3.2125**

**Nonpriority creditor's name and mailing address**
**Robert Paddock**
**7000 Wonderberry St**
**Las Vegas, NV 89131**

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2126**

**Nonpriority creditor's name and mailing address**
**Robert Richards**
**5621 Birmingham Cir**
**Killeen, TX 76542**

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2127**

**Nonpriority creditor's name and mailing address**
**Robert Rio**
**9516 Wakashan Avenue**
**Las Vegas, NV 89149**

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2128**

**Nonpriority creditor's name and mailing address**
**Robert Schlick**
**3625 Tiger Ridge Ln**
**North Las Vegas, NV 89084**

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2129**

**Nonpriority creditor's name and mailing address**
**Robert Scolpino**
**8400 Dunphy Ct**
**Las Vegas, NV 89145**

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2130**

**Nonpriority creditor's name and mailing address**
**Robert Whitfield**
**942 camberly dr**
**Windsor, CO 80550**

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2131**

**Nonpriority creditor's name and mailing address**
**Robert Zaki**
**1212 Winter View Pl**
**El Cajon, CA 92021**

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor  **Empire Solar Group, LLC**                                  Case number (if known)      **21-23636**
Name

| 3.213 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **Unknown** |
| **Roberta Malcolm** | ☐ Contingent | | |
| **1119 Carlfield Avenue** | ☐ Unliquidated | | |
| **Lehigh Acres, FL 33971** | ☐ Disputed | | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.213 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **Unknown** |
| **Roberto  Marquez** | ☐ Contingent | | |
| **7543 W 61st St** | ☐ Unliquidated | | |
| **Summit, IL 60501** | ☐ Disputed | | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.213 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **Unknown** |
| **Roberto Aquino** | ☐ Contingent | | |
| **5621 Tingley Avenue** | ☐ Unliquidated | | |
| **Las Vegas, NV 89141** | ☐ Disputed | | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.213 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **Unknown** |
| **Roberto Gonzalez Sanchez** | ☐ Contingent | | |
| **152 Collin st** | ☐ Unliquidated | | |
| **Anna, TX 75409** | ☐ Disputed | | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.213 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **Unknown** |
| **Roberto Sanchez** | ☐ Contingent | | |
| **32673 Autumn Nest Road** | ☐ Unliquidated | | |
| **Winchester, CA 92596** | ☐ Disputed | | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.213 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **Unknown** |
| **Roberto Van Dams** | ☐ Contingent | | |
| **8399 Shenstone Dr** | ☐ Unliquidated | | |
| **Cincinnati, OH 45255** | ☐ Disputed | | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | | |

| 3.213 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | | **Unknown** |
| **Robin Hedlund** | ☐ Contingent | | |
| **5520 E Vassar Ave** | ☐ Unliquidated | | |
| **Denver, CO 80222** | ☐ Disputed | | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | | |

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
             Name

---

**3.2139**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**
**Robin Ringler**
**2561 Calanques Terrace**                                   ☐ Contingent
**Henderson, NV 89044**                                      ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred **0**
Last 4 digits of account number _                            **Basis for the claim:** _

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2140**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**
**Robyn Bunderson**
**4414 Rubious Ave**                                         ☐ Contingent
**North Las Vegas, NV 89084**                                ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred **0**
Last 4 digits of account number _                            **Basis for the claim:** _

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2141**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**
**Robyn Story**
**1417 Primrose Ln**                                         ☐ Contingent
**Desoto, TX 75115**                                         ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred **0**
Last 4 digits of account number _                            **Basis for the claim:** _

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2142**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**
**Rochelle Amaral**
**5632 Homewood Way**                                        ☐ Contingent
**Riverbank, CA 95367**                                      ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred **0**
Last 4 digits of account number _                            **Basis for the claim:** _

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2143**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$240.00**
**Rochester Public utilities**
**PO Box 77074**                                             ☐ Contingent
**Minneapolis, MN 55480-7774**                               ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _                            **Basis for the claim:** _

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2144**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$203.06**
**Rocky Mountain Dock & Door Specialties**
**9903 Titan Court Unit 11**                                 ☐ Contingent
**Littleton, CO 80125**                                      ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred _
Last 4 digits of account number _                            **Basis for the claim:** _

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2145**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**
**Rodney Navarro**
**17097 Matinal Rd**                                         ☐ Contingent
**San Diego, CA 92127**                                      ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred **0**
Last 4 digits of account number _                            **Basis for the claim:** _

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.2146**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Rodney Twyman**<br>**409 Saddle Club Way**<br>**Princeton, TX 75407** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **0** | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2147**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Rodney Wilson**<br>**4576 Moline Ave**<br>**Columbus, GA 31907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **0** | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2148**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Rodolfo Beraha**<br>**13241 Denara**<br>**San Diego, CA 92130** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **0** | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2149**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Roger Golden**<br>**4306 Retreat Rd**<br>**Louisville, KY 40219** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **0** | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2150**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Roland  Crawford**<br>**11679 w Lobo Dr**<br>**Arizona City, AZ 85123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **0** | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2151**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|
| **Roland Acevedo**<br>**30585 Mirasol Dr**<br>**Redlands, CA 92373** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **0** | | |
| Last 4 digits of account number _ | Basis for the claim: _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2152**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$695.00** |
|---|---|---|
| **ROLAND E. ROLLINS PROFESSIONAL**<br>**LAND SURV**<br>**3221 SW CRUMPACKER STREET**<br>**PORT ST. LUCIE, FL 34953** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.2153**

**Nonpriority creditor's name and mailing address**
**Rolando Batres**
**7084 Winona Court**
**Westminster, CO 80030**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2154**

**Nonpriority creditor's name and mailing address**
**Rolando Ingram**
**6812 Black Wing Dr**
**Fort Worth, TX 76137**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2155**

**Nonpriority creditor's name and mailing address**
**Rolla Stout**
**613 Andrea St**
**Fort Collins, CO 80524**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2156**

**Nonpriority creditor's name and mailing address**
**Ron  Engelhardt**
**1713 Goode St**
**Alvin, TX 77511**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2157**

**Nonpriority creditor's name and mailing address**
**Ronald & Christina Lamb**
**6644 Cascade Canyon Trail**
**Fort worth, TX 76179**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2158**

**Nonpriority creditor's name and mailing address**
**Ronald Chavez**
**2811 Tracy Avenue**
**Kansas City, MO 64109**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2159**

**Nonpriority creditor's name and mailing address**
**Ronald Cwetna**
**3581 mallard ave**
**Pahrump, NV 89048**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

**3.216 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Ronald Green** | ☐ Contingent | |
| **19435 olinda trail n** | ☐ Unliquidated | |
| **Marine, MN 55047** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.216 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,088,436.00** |
|---|---|---|
| **Ronald Houskeeper** | ☐ Contingent | |
| **375 W Paddock Ln** | ☐ Unliquidated | |
| **Kaysville, UT 84037** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.216 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Ronald Jeffries** | ☐ Contingent | |
| **3227 Wynbrooke Circle** | ☐ Unliquidated | |
| **Louisville, KY 40241** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.216 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Ronald Lear** | ☐ Contingent | |
| **470 Roy Walker Davis Road** | ☐ Unliquidated | |
| **Lancaster, KY 40444** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.216 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Ronald McCown** | ☐ Contingent | |
| **337 East Redwood Lane** | ☐ Unliquidated | |
| **Phoenix, AZ 85048** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.216 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Ronald Mitchell** | ☐ Contingent | |
| **8085 Highland Dr SW** | ☐ Unliquidated | |
| **Covington, GA 30014** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.216 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **Ronald Tolen** | ☐ Contingent | |
| **13675 Maple Dr** | ☐ Unliquidated | |
| **Tyler, TX 75709** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.216 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Ronald Volkmar** | ☐ Contingent | |
| **1538 Kiwi ln** | ☐ Unliquidated | |
| **Las Vegas, NV 89123** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.216 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$600.00** |
|---|---|---|
| **Ronda L Buchmiller** | ☐ Contingent | |
| **9 W. Spring Creek Pkwy** | ☐ Unliquidated | |
| **Providence, UT 84332** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.216 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Ronnie  Hutchins** | ☐ Contingent | |
| **717 green valley dr** | ☐ Unliquidated | |
| **Abilene, TX 79601** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.217 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,445.00** |
|---|---|---|
| **Roof Repair Squad** | ☐ Contingent | |
| **19407 Park Row, Suite 130** | ☐ Unliquidated | |
| **Houston, TX 77084** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.217 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Rory Jantz** | ☐ Contingent | |
| **1870 Ruddlesway Dr** | ☐ Unliquidated | |
| **Windsor, CO 80550** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.217 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Rory Lazenby** | ☐ Contingent | |
| **875 S 900 E** | ☐ Unliquidated | |
| **Spanish Fork, UT 84660** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.217 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|
| **Rosa Ayala** | ☐ Contingent | |
| **1282 Dakota Drive** | ☐ Unliquidated | |
| **Elgin, IL 60120** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Empire Solar Group, LLC**
_____
Name

Case number (if known)   **21-23636**

| 3.217 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rosa Juarez** **10048 W CONCORDIA DR** **Arizona City, AZ 85123** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number _** | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.217 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rosa Tenorio** **5611 Alta Vista Avenue** **San Diego, CA 92114** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number _** | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.217 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rosalba  Maldonado** **359 S Wolff St** **Denver, CO 80219** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number _** | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.217 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rosalinda Cruz** **1301 Americana Lane** **Mesquite, TX 75150** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number _** | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.217 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rosaly Rodriguez** **7005 Fossil Rim St** **North Las Vegas, NV 89084** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number _** | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.217 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rosanne Weiss** **6595 w 46th ave** **Wheat Ridge, CO 80033** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number _** | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.218 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Rosario Urrea** **3204 Wittman Way** **San Diego, CA 92173** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number _** | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.218
1**

**Nonpriority creditor's name and mailing address**

**Rose Gonzales**
**3525 Clover Meadow Dr**
**Garland, TX 75043**

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.218
2**

**Nonpriority creditor's name and mailing address**

**Rosemary Martinez**
**640 Crystal Brook Dr**
**Saginaw, TX 76179**

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.218
3**

**Nonpriority creditor's name and mailing address**

**Rosetta Chadwick**
**1105 North Pyramid Drive**
**Las Vegas, NV 89108**

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.218
4**

**Nonpriority creditor's name and mailing address**

**Rova Roofing LLC**
**2420 S Power Roads**
**Ste 104**
**Mesa, AZ 85209**

**Date(s) debt was incurred**  _

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**$9,831.00**

---

**3.218
5**

**Nonpriority creditor's name and mailing address**

**Roxanna Villanueva**
**8617 Treasure Cove**
**Rowlett, TX 75089**

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.218
6**

**Nonpriority creditor's name and mailing address**

**Roy & Janice Guerrero**
**177 Adomeit Drive**
**Henderson, NV 89074**

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.218
7**

**Nonpriority creditor's name and mailing address**

**Roy Chong**
**10995 Madrigal Street**
**San Diego, CA 92129**

**Date(s) debt was incurred  0**

**Last 4 digits of account number**  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
_____
Name

| 3.2188 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**
**Roy Douglas**
**9022 grackle run ln**                                    ☐ Contingent
**Humble, TX 77338**                                       ☐ Unliquidated
                                                           ☐ Disputed
**Date(s) debt was incurred  0**
                                                           **Basis for the claim:** _
**Last 4 digits of account number** _
                                                           Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2189 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**
**Roy Haley**
**18205 Clinton County Line Rd**                           ☐ Contingent
**Holt, MO 64048**                                         ☐ Unliquidated
                                                           ☐ Disputed
**Date(s) debt was incurred  0**
                                                           **Basis for the claim:** _
**Last 4 digits of account number** _
                                                           Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2190 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**
**Roy Palmeri**
**1049 McCall Alley**                                      ☐ Contingent
**Lyons, CO 80540**                                        ☐ Unliquidated
                                                           ☐ Disputed
**Date(s) debt was incurred  0**
                                                           **Basis for the claim:** _
**Last 4 digits of account number** _
                                                           Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2191 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**
**Roy Smith**
**12906 Dolomite Drive**                                   ☐ Contingent
**Frisco, TX 75035**                                       ☐ Unliquidated
                                                           ☐ Disputed
**Date(s) debt was incurred  0**
                                                           **Basis for the claim:** _
**Last 4 digits of account number** _
                                                           Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2192 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**
**Ruben Beita-Vidal**
**185 Sul Ponticello Ave**                                 ☐ Contingent
**Henderson, NV 89011**                                    ☐ Unliquidated
                                                           ☐ Disputed
**Date(s) debt was incurred  0**
                                                           **Basis for the claim:** _
**Last 4 digits of account number** _
                                                           Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2193 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**
**Ruben Lopez**
**16197 W Maricopa St**                                    ☐ Contingent
**Goodyear, AZ 85338**                                     ☐ Unliquidated
                                                           ☐ Disputed
**Date(s) debt was incurred  0**
                                                           **Basis for the claim:** _
**Last 4 digits of account number** _
                                                           Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2194 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **Unknown**
**Rubidia Garcia**
**5517 Rio Alamo St**                                      ☐ Contingent
**rosharon, TX 77583**                                     ☐ Unliquidated
                                                           ☐ Disputed
**Date(s) debt was incurred  0**
                                                           **Basis for the claim:** _
**Last 4 digits of account number** _
                                                           Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

**3.2195**

**Nonpriority creditor's name and mailing address**
**Ruja Maka**
**3006 Casa Bella Dr**
**Arlington, TX 76010**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2196**

**Nonpriority creditor's name and mailing address**
**Russell  Robson**
**158 E Inlet Spring Dr**
**Saratoga Springs, UT 84045**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2197**

**Nonpriority creditor's name and mailing address**
**Russell Grimshaw**
**791 E Homestead Blvd**
**Enoch, UT 84721**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2198**

**Nonpriority creditor's name and mailing address**
**Russell Schmidt**
**42243 Bancroft way**
**Hemet, CA 92544**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2199**

**Nonpriority creditor's name and mailing address**
**Russell Strom #1**
**1770 Chalcedony Street**
**San Diego, CA 92109**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2200**

**Nonpriority creditor's name and mailing address**
**Russell Strom #2**
**1772 Chalcedony Street**
**San Diego, CA 92109**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2201**

**Nonpriority creditor's name and mailing address**
**Russell Wright**
**11106 East 48th Terrace South**
**Kansas City, MO 64133**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.2202 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |
| **Ruth Clark** | ☐ Contingent | | |
| **671 Kimberly ave** | ☐ Unliquidated | | |
| **Pahrump, NV 89060** | ☐ Disputed | | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | | |

---

| 3.2203 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$5,499.65** |
| **RWC Building Products** | ☐ Contingent | | |
| **1918 West Grant Street** | ☐ Unliquidated | | |
| **Phoenix, AZ 85009** | ☐ Disputed | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | | |

---

| 3.2204 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |
| **Ryan Abety** | ☐ Contingent | | |
| **4006 Tropic Lane** | ☐ Unliquidated | | |
| **Rowlett, TX 75088** | ☐ Disputed | | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | | |

---

| 3.2205 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |
| **Ryan Butler** | ☐ Contingent | | |
| **13389 Fawn Ct** | ☐ Unliquidated | | |
| **Broomfield, CO 80020** | ☐ Disputed | | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | | |

---

| 3.2206 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |
| **Ryan Chancellor** | ☐ Contingent | | |
| **319 Tincher Drive** | ☐ Unliquidated | | |
| **Versailles, KY 40383** | ☐ Disputed | | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | | |

---

| 3.2207 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |
| **Ryan Dillemuth** | ☐ Contingent | | |
| **7705 W Long Boat Way** | ☐ Unliquidated | | |
| **Tucson, AZ 85757** | ☐ Disputed | | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | | |

---

| 3.2208 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **Unknown** |
| **Ryan Dregalla** | ☐ Contingent | | |
| **5675 summerlyn ct** | ☐ Unliquidated | | |
| **Windsor, CO 80550** | ☐ Disputed | | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | | |

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                **Page 463 of 550**

Debtor **Empire Solar Group, LLC**
Name

Case number (if known) **21-23636**

| 3.2209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ryan Emerson** | ☐ Contingent | |
| | **148 cadrow castle ct** | ☐ Unliquidated | |
| | **Las Vegas, NV 89148** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ryan Ferguson** | ☐ Contingent | |
| | **300 Penitenti Way** | ☐ Unliquidated | |
| | **Fort Bragg, CA 95437** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ryan Hand** | ☐ Contingent | |
| | **8408 Linda Lane** | ☐ Unliquidated | |
| | **Pleasant Valley, MO 64068** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ryan Huber** | ☐ Contingent | |
| | **1361 W 375 S** | ☐ Unliquidated | |
| | **Parowan, UT 84761** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ryan Jorgensen** | ☐ Contingent | |
| | **24443 Senna Drive** | ☐ Unliquidated | |
| | **Wildomar, CA 92595** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ryan Mahoney** | ☐ Contingent | |
| | **573 South 360 East Circle** | ☐ Unliquidated | |
| | **American Fork, UT 84003** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ryan Mckillop** | ☐ Contingent | |
| | **610 South Clay Street** | ☐ Unliquidated | |
| | **Denver, CO 80219** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

**3.2216**

**Nonpriority creditor's name and mailing address**

**Ryan Peters**
**1528 Sacramento**
**San Antonio, TX 78201**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2217**

**Nonpriority creditor's name and mailing address**

**Ryan Phillips**
**5311 Patton Cir**
**Tyler, TX 75704**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2218**

**Nonpriority creditor's name and mailing address**

**Ryan Rezzelle**
**2910 Northwest 59th Street**
**Kansas City, MO 64151**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2219**

**Nonpriority creditor's name and mailing address**

**Ryan Stevens**
**3210 W Hayward Ave.**
**Phoenix, AZ 85051**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2220**

**Nonpriority creditor's name and mailing address**

**Ryan Torres**
**6234 Luckey Run**
**San Antonio, TX 78252**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2221**

**Nonpriority creditor's name and mailing address**

**Sabrina & Bill Durham**
**26694 Red Coach Lane**
**Helendale, CA 92342**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2222**

**Nonpriority creditor's name and mailing address**

**Sally  Overman**
**932 Provance Ave**
**Santa Maria, CA 93458**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor  **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
Name

---

**3.222 3**

**Nonpriority creditor's name and mailing address**
**Salt City Studios**
**242 East South Temple**
**Salt Lake City, UT 84111**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,960.00**

---

**3.222 4**

**Nonpriority creditor's name and mailing address**
**Salvador  Sanchez**
**1154 W. 17th St.**
**San Bernardino, CA 92411**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222 5**

**Nonpriority creditor's name and mailing address**
**Salvador Cruz #1**
**5514 west Parker ave**
**Chicago, IL 60639**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222 6**

**Nonpriority creditor's name and mailing address**
**Salvador Cruz #2**
**5514 West Parker Avenue**
**Chicago, IL 60639**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222 7**

**Nonpriority creditor's name and mailing address**
**Salvador Ponce & Guadalupe Mendez-Ponce**
**1643 East Alvin Avenue**
**Santa Maria, CA 93454**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222 8**

**Nonpriority creditor's name and mailing address**
**Sam  Humphrey**
**140 Sandalin Ln**
**Atlanta, GA 30349**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.222 9**

**Nonpriority creditor's name and mailing address**
**Sam Hermes**
**45327 Esmerado Court**
**Temecula, CA 92592**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.2230**

**Nonpriority creditor's name and mailing address**
**Samantha Murray-Thompson**
**361 Bridgewater Dr**
**Davenport, FL 33897**

**Date(s) debt was incurred  0**
**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2231**

**Nonpriority creditor's name and mailing address**
**Samantha Prado**
**1006 Kus Dr**
**Laredo, TX 78045**

**Date(s) debt was incurred  0**
**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2232**

**Nonpriority creditor's name and mailing address**
**Samantha Young**
**124 W 920 S St**
**Provo, UT 84601**

**Date(s) debt was incurred  0**
**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2233**

**Nonpriority creditor's name and mailing address**
**Samira Taami**
**22421 Lakewood Drive**
**Wildomar, CA 92595**

**Date(s) debt was incurred  0**
**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2234**

**Nonpriority creditor's name and mailing address**
**Samuel  Thompson**
**189 E Brushy Canyon St**
**Saratoga Springs, UT 84045**

**Date(s) debt was incurred  0**
**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2235**

**Nonpriority creditor's name and mailing address**
**Samuel Arellano**
**2346 S Rachel Ave**
**Fresno, CA 93725**

**Date(s) debt was incurred  0**
**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2236**

**Nonpriority creditor's name and mailing address**
**Samuel Baker**
**4306 N CO Ave**
**Kansas City, MO 64117**

**Date(s) debt was incurred  0**
**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.2237**

**Nonpriority creditor's name and mailing address**

**Samuel Gonzales**
**2477 Woodcreek Road**
**Camarillo, CA 93012**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2238**

**Nonpriority creditor's name and mailing address**

**San Diego County Treasurer-Tax Collector**
**PO Box 129009**
**Sand Diego, CA 92112**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$66.34**

---

**3.2239**

**Nonpriority creditor's name and mailing address**

**San Diego Police Department**
**PO Box 121431**
**MS 735**
**San Diego, CA 92112-1431**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$110.00**

---

**3.2240**

**Nonpriority creditor's name and mailing address**

**Sandra Burgos**
**5636 Twin Oaks Dr**
**Haltom City, TX 76148**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2241**

**Nonpriority creditor's name and mailing address**

**Sandra Clifford**
**3800 Ginger Creek St.**
**Las Vegas, NV 89108**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2242**

**Nonpriority creditor's name and mailing address**

**Sandra Donner**
**5025 WY Trail**
**North Richland Hills, TX 76180**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2243**

**Nonpriority creditor's name and mailing address**

**Sandra Ferguson**
**12370 W RABBIT DR**
**LAKEWOOD, CO 80401**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
         Name

| 3.224 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sandra Leydens**
**4189 Olympic street**
**San Diego, CA 92115**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.224 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sandra Rodriguez**
**527 N 2400 W**
**Provo, UT 84601**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.224 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Santos  Guevara**
**35917 Arras Drive**
**Winchester, CA 92596**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.224 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Santos Echeverria**
**1645 Capistrano Ave**
**Las Vegas, NV 89169**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.224 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sara Butler**
**157 Jewel St**
**Lochbuie, CO 80603**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.224 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sara Mendez**
**5840 Janice ave**
**Pahrump, NV 89060**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.225 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sara Theodorson**
**15606 Shorebird Ln**
**Winter Garden, FL 34787**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
         Name

---

**3.225**
**1**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Sarah Ngo**                                                        ☐ Contingent
**12205 White Oak Street**                                           ☐ Unliquidated
**Peculiar, MO 64078**                                               ☐ Disputed

Date(s) debt was incurred **0**
                                                                     **Basis for the claim:** _
Last 4 digits of account number _
                                                                     Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.225**
**2**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Sarita Day**                                                       ☐ Contingent
**288 N Fogg St**                                                    ☐ Unliquidated
**Las Vegas, NV 89110**                                              ☐ Disputed

Date(s) debt was incurred **0**
                                                                     **Basis for the claim:** _
Last 4 digits of account number _
                                                                     Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.225**
**3**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Saul Carreon**                                                     ☐ Contingent
**6954 Summerset Ave**                                               ☐ Unliquidated
**Firestone, CO 80504**                                              ☐ Disputed

Date(s) debt was incurred **0**
                                                                     **Basis for the claim:** _
Last 4 digits of account number _
                                                                     Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.225**
**4**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$3,465.00**

**Savage Solar**                                                     ☐ Contingent
                                                                     ☐ Unliquidated
Date(s) debt was incurred _                                          ☐ Disputed

Last 4 digits of account number _                                    **Basis for the claim:** _

                                                                     Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.225**
**5**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$30,400.00**

**Scanifly**                                                         ☐ Contingent
**1105 Edinburg Windsor Rd**                                         ☐ Unliquidated
**Hightstown, NJ 08520**                                             ☐ Disputed

Date(s) debt was incurred _
                                                                     **Basis for the claim:** _
Last 4 digits of account number _
                                                                     Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.225**
**6**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$14,000.00**

**Scanifly**                                                         ☐ Contingent
**1105 Edinburg Windsor Rd**                                         ☐ Unliquidated
**Hightstown, NJ 08520**                                             ☐ Disputed

Date(s) debt was incurred _
                                                                     **Basis for the claim:** _
Last 4 digits of account number _
                                                                     Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.225**
**7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Scott  Hansen**                                                    ☐ Contingent
**8198 w chestnut ave**                                              ☐ Unliquidated
**Littleton, CO 80128**                                              ☐ Disputed

Date(s) debt was incurred **0**
                                                                     **Basis for the claim:** _
Last 4 digits of account number _
                                                                     Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**

Name

---

| 3.225 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott & Kaylie Joseph**
**600 Fort Carson Rd.**
**Pahrump, NV 89060**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.225 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott & Ozlem Burnim**
**745 Gemstone Dr**
**San Marcos, CA 92078**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.226 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Birk**
**7614 Northwest 74th Street**
**KS City, MO 64152**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.226 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Christensen**
**12083 Park Hollow Lane**
**Riverton, UT 84096**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,000.00**

---

| 3.226 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Evans**
**1033 Leroy**
**Ridgecrest, CA 93555**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.226 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Hubbard**
**5976 saddle flap dr**
**fort worth, TX 76179**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| 3.226 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Lawson**
**1314 Ascot St**
**Georgetown, TX 78626**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.226 5**

**Nonpriority creditor's name and mailing address**

**Scott Mohlman**
**6549 South Moonridge Place**
**Boise, ID 83709**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226 6**

**Nonpriority creditor's name and mailing address**

**Scott Morse**
**13312 Wendover Terrace**
**San Diego, CA 92130**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226 7**

**Nonpriority creditor's name and mailing address**

**Scott Soergel**
**2305 Knox Way**
**Melissa, TX 75454**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226 8**

**Nonpriority creditor's name and mailing address**

**Scottie Davis**
**5705 Carmel Drive**
**Cheyenne, WY 82009**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.226 9**

**Nonpriority creditor's name and mailing address**

**SD&S Elgin, LLC Properties**
**PO Box 221**
**Mount Prospect, IL 60056**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.227 0**

**Nonpriority creditor's name and mailing address**

**SD&S Properties, Inc. (IL Lease Agent)**
**PO Box 221**
**Mount Prospect, IL 60056**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$239.85**

---

**3.227 1**

**Nonpriority creditor's name and mailing address**

**Sean Clem**
**7734 John Carroll Dr**
**Abilene, TX 79606**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | **Page 472 of 550**

Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.227
2**

**Nonpriority creditor's name and mailing address**

**Sean Clements**
**9846 e Trent ave**
**Mesa, AZ 85212**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.227
3**

**Nonpriority creditor's name and mailing address**

**Sean Jacques**
**913 e 16th**
**Sweetwater, TX 79556**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.227
4**

**Nonpriority creditor's name and mailing address**

**Sean Smith**
**853 Cirrus Cloud Ave**
**Las Vegas, NV 89193**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.227
5**

**Nonpriority creditor's name and mailing address**

**Sector 7 Energy**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$740.00**

---

**3.227
6**

**Nonpriority creditor's name and mailing address**

**Selene Guzman**
**807 Sun Prairie Dr.**
**Houston, TX 77090**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.227
7**

**Nonpriority creditor's name and mailing address**

**Sergio Lopez**
**4320 S 5710 W**
**West Valley City, UT 84128**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.227
8**

**Nonpriority creditor's name and mailing address**

**Sergio Magallanes**
**3889 South 4000 West**
**West Valley City, UT 84120**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
_____
Name

| 3.227 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sergio Rodrigo Romecin**
**3491 w 4650 s**
**West Valley, UT 84119**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.228 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Sergio Zamora Cosio**
**348 Princess Arch LN**
**Lexington, KY 40511**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.228 1 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Serisha Santa Ana**
**3130 Calhoun Way**
**Stockton, CA 95219**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.228 2 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**SERVICE KING COLLISION**
**7350 W AZURE DR**
**LAS VEGAS, NV 89130**

Date(s) debt was incurred  _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,541.92**

---

| 3.228 3 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Seth & Nicole Neuschwander**
**16838 W 55th Dr**
**Golden, CO 80403**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.228 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Shahani Suriyarachchi**
**13126 Glandt Court**
**Corona, CA 92883**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.228 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**

**Shaina Klinglesmith**
**1413 Westport Ave**
**Berthoud, CO 80513**

Date(s) debt was incurred  **0**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Debtor     **Empire Solar Group, LLC**                               Case number (if known)     **21-23636**
Name

---

**3.2286**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Shane Borgens**
**339 Scotch Pine Court**
**Severance, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2287**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Shane Leigh**
**5745 Kevin Way**
**Las Vegas, NV 89149**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2288**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Shanelle Williams**
**4424 Bramble ln**
**Colorado Springs, CO 80925**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2289**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Shannan Shubert**
**1431 tule dr**
**Severance, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2290**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Shannon  Silva**
**263 Tadpole Ln**
**Henderson, NV 89012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2291**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Shannon Thomas**
**53553 Dupuis Rd**
**SANDSTONE, MN 55072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2292**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|

**Shantae Folk**
**9012 ridgeriver way**
**Fort worth, TX 76131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.229
3**

**Nonpriority creditor's name and mailing address**

**Shari Humbard
4255 Auburn St
Bel Air, KS 67220**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.229
4**

**Nonpriority creditor's name and mailing address**

**Sharra Maughan
3508 W 5700 S
Roy, UT 84067**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.229
5**

**Nonpriority creditor's name and mailing address**

**Shaun Graham
13425 Bryant Way
Broomfield, CO 80020**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.229
6**

**Nonpriority creditor's name and mailing address**

**Shaun Talbot
5516 fox hill rd
Hilliard, OH 43026**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.229
7**

**Nonpriority creditor's name and mailing address**

**Shaundra Jolley
4714 CA Rd
Cedar City, UT 84721**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.229
8**

**Nonpriority creditor's name and mailing address**

**Shavati Pearl
11708 Tammy Way
Grass Valley, CA 95949**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.229
9**

**Nonpriority creditor's name and mailing address**

**Shawn Haradine
703 n Morris st
Mckinney, TX 75069**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.230 0**

**Nonpriority creditor's name and mailing address**
**Shawn Watzlawick**
**5325 Willow Ave**
**Raytown, MO 64133**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.230 1**

**Nonpriority creditor's name and mailing address**
**Shean Barnes**
**16639 east atlantic pl**
**Aurora, CO 80013**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.230 2**

**Nonpriority creditor's name and mailing address**
**Shellie McCaskell**
**759 Alpine St**
**Hemet, CA 92545**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.230 3**

**Nonpriority creditor's name and mailing address**
**Shelly Short**
**344 East 1050 North**
**Harrisville, UT 84404**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.230 4**

**Nonpriority creditor's name and mailing address**
**Shelly Ward**
**802 Pine Hill Rd**
**San Bernadino, CA 92407**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.230 5**

**Nonpriority creditor's name and mailing address**
**Sherlon Ward**
**908 Pryor dr**
**Arlington, TX 76001**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

**3.230 6**

**Nonpriority creditor's name and mailing address**
**Sherri Zudell**
**3044 Snyder Avenue**
**Cheyenne, WY 82001**

Date(s) debt was incurred **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

**Unknown**

---

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
          Name

| | | |
|---|---|---|
| 3.230 7 | **Nonpriority creditor's name and mailing address** **Shi Huang** **1405 Buttermilk Ave** **Columbus, OH 43235** Date(s) debt was incurred **0** Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.230 8 | **Nonpriority creditor's name and mailing address** **Shipra Sharma** **28119 Wildwind Rd** **Canyon Country, CA 91351** Date(s) debt was incurred **0** Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.230 9 | **Nonpriority creditor's name and mailing address** **Shirley Gieselman** **184 Stoneham Street** **San Angelo, TX 76905** Date(s) debt was incurred **0** Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.231 0 | **Nonpriority creditor's name and mailing address** **Shirley Jones** **5058 Cervantes Ave #1** **San Diego, CA 92113** Date(s) debt was incurred **0** Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.231 1 | **Nonpriority creditor's name and mailing address** **Sidney Harris** **29367 Harley Ct** **Nuevo, CA 92567** Date(s) debt was incurred **0** Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.231 2 | **Nonpriority creditor's name and mailing address** **SignBright Solar (Ballew Realty)** **PO Box 702** **Boise, ID 83702** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.231 3 | **Nonpriority creditor's name and mailing address** **Signs By Tomorrow - Cincinnati North** **10126 Princeton-Glendale Road** **West Chester, OH 45246** Date(s) debt was incurred _ Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** _ Is the claim subject to offset? ■ No ☐ Yes | **$305.12** |

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

**3.231 4**

**Nonpriority creditor's name and mailing address**

**Silfab Solar USA Inc.**
**50 Fountain Plaza**
**Unit 1400**
**Buffalo, NY 14202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,820,609.60**

---

**3.231 5**

**Nonpriority creditor's name and mailing address**

**Silver State Engraving**
**10620 Southern Highlands Pkwy.**
**Suite 110-304**
**Las Vegas, NV 89141**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.231 6**

**Nonpriority creditor's name and mailing address**

**Silviu Bucur**
**17634 W Bethany Home Road**
**Waddell, AZ 85355**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231 7**

**Nonpriority creditor's name and mailing address**

**Sitara Mall**
**6542 s Taft way**
**Littleton, CO 80127**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.231 8**

**Nonpriority creditor's name and mailing address**

**Sky Blue Energy**
**4646 Amesbury Drive**
**Apt 501**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$633.52**

---

**3.231 9**

**Nonpriority creditor's name and mailing address**

**Smart Energy Direct, LLC**
**5275 Acqua Lane**
**Pahrump, NV 89061**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$17,491.07**

---

**3.232 0**

**Nonpriority creditor's name and mailing address**

**Smug Labs**
**1010 North 550 East**
**Bountiful, UT 84010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,659.80**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.232 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$741.60** |
|---|---|---|---|
| | **Snappy App , Inc.** | ☐ Contingent | |
| | **33 Irving Place # 5021** | ☐ Unliquidated | |
| | **New York, NY 10003** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$550.00** |
|---|---|---|---|
| | **SoCal Locators LLC** | ☐ Contingent | |
| | **14050 Cherry Ave , Suite # R - 172** | ☐ Unliquidated | |
| | **Fontana, CA 92337** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Socorro Guillen** | ☐ Contingent | |
| | **4917 Eagle Way** | ☐ Unliquidated | |
| | **North Las Vegas, NV 89031** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$420.00** |
|---|---|---|---|
| | **Sofia Jimenez** | ☐ Contingent | |
| | **36812 Royce Court** | ☐ Unliquidated | |
| | **Palmdale, CA 93552** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,520.83** |
|---|---|---|---|
| | **Solar Broker Pros** | ☐ Contingent | |
| | **1951 East Dryer Road** | ☐ Unliquidated | |
| | **Apt 106** | ☐ Disputed | |
| | **Santa Ana, CA 92705** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$426.95** |
|---|---|---|---|
| | **Solar Emblem** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.232 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$580.00** |
|---|---|---|---|
| | **Solar Emblem LLC** | ☐ Contingent | |
| | **3035 South Kedvale Avenue** | ☐ Unliquidated | |
| | **Chicago, IL 60623** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.2328**

**Nonpriority creditor's name and mailing address**

**Solar Improvements LLC**
**32 E Princeton Drive**
**Apt B 402**
**Sandy, UT 84070**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,706.49**

---

**3.2329**

**Nonpriority creditor's name and mailing address**

**Solar Plus LLC**
**2287 Bagwell Drive**
**Atlanta, GA 30315**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$16,307.00**

---

**3.2330**

**Nonpriority creditor's name and mailing address**
**Solar Simplified**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$425.00**

---

**3.2331**

**Nonpriority creditor's name and mailing address**
**Solar Warrior**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$840.00**

---

**3.2332**

**Nonpriority creditor's name and mailing address**

**Solaris Roofing LLC**
**1324 Forest Circle**
**Burnsville, MN 55306**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.2333**

**Nonpriority creditor's name and mailing address**

**Solaris Roofing LLC**
**1324 Forest Circle**
**Burnsville, MN 55306**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$9,980.00**

---

**3.2334**

**Nonpriority creditor's name and mailing address**

**Solenrgi LLC**
**4607 Flintlock Way**
**Herriman, UT 84096**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 3.2335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$28,950.00** |
|---|---|---|---|
| | **Solo, LLC** | ☐ Contingent | |
| | **3401 N Thanksgiving Way** | ☐ Unliquidated | |
| | **Ste. 150** | ☐ Disputed | |
| | **Lehi, UT 84043** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,095.00** |
|---|---|---|---|
| | **Solo, LLC** | ☐ Contingent | |
| | **3401 N Thanksgiving Way** | ☐ Unliquidated | |
| | **Ste. 150** | ☐ Disputed | |
| | **Lehi, UT 84043** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,089.11** |
|---|---|---|---|
| | **Soltec Corp** | ☐ Contingent | |
| | **3383 Cloverdale Ct** | ☐ Unliquidated | |
| | **Las Vegas, NV 89117** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$366,055.34** |
|---|---|---|---|
| | **Sonepar Key Accounts, LLC** | ☐ Contingent | |
| | **4400 Leeds Ave #500** | ☐ Unliquidated | |
| | **North Charleston, SC 29405** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$666.27** |
|---|---|---|---|
| | **Sonepar Key Accounts, LLC** | ☐ Contingent | |
| | **4400 Leeds Ave #500** | ☐ Unliquidated | |
| | **North Charleston, SC 29405** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,074.74** |
|---|---|---|---|
| | **Sonepar Key Accounts, LLC** | ☐ Contingent | |
| | **4400 Leeds Ave #500** | ☐ Unliquidated | |
| | **North Charleston, SC 29405** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,729.41** |
|---|---|---|---|
| | **Sonepar Key Accounts, LLC** | ☐ Contingent | |
| | **4400 Leeds Ave #500** | ☐ Unliquidated | |
| | **North Charleston, SC 29405** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Official Form 206 E/F  **Schedule E/F: Creditors Who Have Unsecured Claims**  **Page 482 of 550**

Best Case Bankruptcy

Debtor      **Empire Solar Group, LLC**                                        Case number (if known)      **21-23636**
            Name

| 3.234 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,102.32** |
|---|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$139.38** |
|---|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,822.72** |
|---|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,875.70** |
|---|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$832.84** |
|---|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$464.24** |
|---|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,986.77** |
|---|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Empire Solar Group, LLC**                           Case number (if known)   **21-23636**
_____Name_____

| | |
|---|---|
| **3.2349** | |

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$191.72**

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _          **Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.2350** | |

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$161.61**

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _          **Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.2351** | |

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$219.39**

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _          **Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.2352** | |

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$2,217.50**

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _          **Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.2353** | |

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$28.08**

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _          **Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.2354** | |

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$4,192.70**

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _          **Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.2355** | |

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$571.39**

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _          **Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                        Case number (if known)    **21-23636**
          Name

| | |
|---|---|

**3.235 6**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,202.90**

---

**3.235 7**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$107.99**

---

**3.235 8**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$152.24**

---

**3.235 9**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$632.80**

---

**3.236 0**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$262.36**

---

**3.236 1**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$212.17**

---

**3.236 2**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,132.19**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Empire Solar Group, LLC**
_____
Name

Case number (if known)   **21-23636**

---

**3.236 3**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,009.07**

---

**3.236 4**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,340.27**

---

**3.236 5**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$25.08**

---

**3.236 6**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$50.46**

---

**3.236 7**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,806.58**

---

**3.236 8**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$853.89**

---

**3.236 9**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$71.18**

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

**Page 486 of 550**

Debtor    **Empire Solar Group, LLC**                              Case number (if known)    **21-23636**
          Name

| 3.237 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29.42** |
|---|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$135.33** |
|---|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$112.05** |
|---|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$37.28** |
|---|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$146.85** |
|---|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$186.94** |
|---|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,942.44** |
|---|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
_____
Name

| | | |
|---|---|---|
| 3.237 7 | **Nonpriority creditor's name and mailing address** | **$71.60** |

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

3.237 8

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$848.74**

---

3.237 9

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$57.58**

---

3.238 0

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$649.59**

---

3.238 1

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$62.35**

---

3.238 2

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,345.55**

---

3.238 3

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$12,023.60**

---

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
Name

---

**3.238 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$824.50** |
|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.238 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$703.84** |
|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.238 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$42.81** |
|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.238 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$20.59** |
|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.238 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$76.43** |
|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.238 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,644.98** |
|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.239 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15.24** |
|---|---|---|

**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.239
1**

**Nonpriority creditor's name and mailing address**

**Sonepar Key Accounts, LLC
4400 Leeds Ave #500
North Charleston, SC 29405**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$29.38**

---

**3.239
2**

**Nonpriority creditor's name and mailing address**

**Sonepar Key Accounts, LLC
4400 Leeds Ave #500
North Charleston, SC 29405**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$207.87**

---

**3.239
3**

**Nonpriority creditor's name and mailing address**

**Sonepar Key Accounts, LLC
4400 Leeds Ave #500
North Charleston, SC 29405**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$293.87**

---

**3.239
4**

**Nonpriority creditor's name and mailing address**

**Sonepar Key Accounts, LLC
4400 Leeds Ave #500
North Charleston, SC 29405**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$49.70**

---

**3.239
5**

**Nonpriority creditor's name and mailing address**

**Sonepar Key Accounts, LLC
4400 Leeds Ave #500
North Charleston, SC 29405**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$391.96**

---

**3.239
6**

**Nonpriority creditor's name and mailing address**

**Sonepar Key Accounts, LLC
4400 Leeds Ave #500
North Charleston, SC 29405**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$8,000.75**

---

**3.239
7**

**Nonpriority creditor's name and mailing address**

**Sonepar Key Accounts, LLC
4400 Leeds Ave #500
North Charleston, SC 29405**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$233.89**

---

Debtor **Empire Solar Group, LLC**
Name

Case number (if known)   **21-23636**

---

**3.239 8**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$53.63**

---

**3.239 9**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$124.96**

---

**3.240 0**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$36.89**

---

**3.240 1**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,372.46**

---

**3.240 2**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$25.14**

---

**3.240 3**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$235.18**

---

**3.240 4**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1.75**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.2405**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,246.08** |
| **Sonepar Key Accounts, LLC** | ☐ Contingent | |
| **4400 Leeds Ave #500** | ☐ Unliquidated | |
| **North Charleston, SC 29405** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2406**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$635.31** |
| **Sonepar Key Accounts, LLC** | ☐ Contingent | |
| **4400 Leeds Ave #500** | ☐ Unliquidated | |
| **North Charleston, SC 29405** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2407**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5.05** |
| **Sonepar Key Accounts, LLC** | ☐ Contingent | |
| **4400 Leeds Ave #500** | ☐ Unliquidated | |
| **North Charleston, SC 29405** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2408**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$188.13** |
| **Sonepar Key Accounts, LLC** | ☐ Contingent | |
| **4400 Leeds Ave #500** | ☐ Unliquidated | |
| **North Charleston, SC 29405** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2409**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$922.48** |
| **Sonepar Key Accounts, LLC** | ☐ Contingent | |
| **4400 Leeds Ave #500** | ☐ Unliquidated | |
| **North Charleston, SC 29405** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.24010**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,457.71** |
| **Sonepar Key Accounts, LLC** | ☐ Contingent | |
| **4400 Leeds Ave #500** | ☐ Unliquidated | |
| **North Charleston, SC 29405** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.24011**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,528.40** |
| **Sonepar Key Accounts, LLC** | ☐ Contingent | |
| **4400 Leeds Ave #500** | ☐ Unliquidated | |
| **North Charleston, SC 29405** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                      Case number (if known)      **21-23636**
          Name

| 3.241 | | |
|---|---|---|

3.241
2

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$9,848.82**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _           **Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ■ No  ☐ Yes

3.241
3

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$2,144.76**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _           **Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ■ No  ☐ Yes

3.241
4

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$532.91**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _           **Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ■ No  ☐ Yes

3.241
5

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$502.18**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _           **Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ■ No  ☐ Yes

3.241
6

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$140.45**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _           **Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ■ No  ☐ Yes

3.241
7

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$42.40**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _           **Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ■ No  ☐ Yes

3.241
8

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$40.53**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _           **Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor **Empire Solar Group, LLC**
Name

Case number (if known)   **21-23636**

---

**3.2419**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$16.21**

---

**3.2420**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$24.32**

---

**3.2421**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$7.08**

---

**3.2422**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$37.86**

---

**3.2423**

**Nonpriority creditor's name and mailing address**
**Sonepar Key Accounts, LLC**
**4400 Leeds Ave #500**
**North Charleston, SC 29405**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$40.07**

---

**3.2424**

**Nonpriority creditor's name and mailing address**
**Sonja Reid**
**6132 Tooley Street**
**San Diego, CA 92114**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2425**

**Nonpriority creditor's name and mailing address**
**Sonny  Brase**
**8797 Arabian Rd.**
**Kingman, AZ 86401**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                                Case number (if known)    **21-23636**
          Name

| | |
|---|---|
| **3.242 6** | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**Soraya V Sanchez**
**3922 Chinchilla Ave**
**Las Vegas, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _                                 **Basis for the claim:** _

                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

| **3.242 7** | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                    **$780.00**

**Soria Construction Inc.**
**2424 Olive Street**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _                                 **Basis for the claim:** _

                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

| **3.242 8** | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**Spencer Fitzgerald**
**121 W Sicula Rd**
**Vineyard, UT 84059**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _                                 **Basis for the claim:** _

                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

| **3.242 9** | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**Spencer Silva**
**941 Ulfinian Way**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _                                 **Basis for the claim:** _

                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

| **3.243 0** | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**SR32 San Diego Portfolio, LLC**
**PO Box 845647**
**Los Angeles, CA 90084-5647**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _                                 **Basis for the claim:** _

                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

| **3.243 1** | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

**Sripan Roemer**
**17704 W Maricopa St**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _                                 **Basis for the claim:** _

                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

| **3.243 2** | |

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                    **$107.19**

**SS-454 Auto Repair**
**4240 E. Lake Mead #105**
**Las Vegas, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _                                 **Basis for the claim:** _

                                                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.243 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$107.19** |
|---|---|---|
| **SS-454 Auto Repair** <br> **4240 E. Lake Mead #105** <br> **Las Vegas, NV 89115** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.243 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,450.00** |
|---|---|---|
| **ST Raptor LLC** <br> **1309 Coffeen Ave** <br> **Ste 1200** <br> **Sheridan, WY 82801** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.243 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Stacy  Johnson** <br> **5662 W 132nd St** <br> **Savage, MN 55378** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.243 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Stanford  Hirai** <br> **3052 S Corbin Dr** <br> **West Valley City, UT 84120** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.243 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Stanley Tolle** <br> **7142 Saddlehorn Road** <br> **Carson City, NV 89701** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.243 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Starr & David  Miller** <br> **1517 Parma Ct** <br> **Irving, TX 75060** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.243 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Stephanie McAnally** <br> **2028 Kickapoo Trail** <br> **Heartland, TX 75126** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Empire Solar Group, LLC**
Name

Case number (if known)   **21-23636**

| | |
|---|---|
| **3.2440** | |

**Nonpriority creditor's name and mailing address**
**Stephanie S Soler**
**2217 Commerce Blvd**
**Orlando, FL 32807**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2441**

**Nonpriority creditor's name and mailing address**
**Stephen Briggs**
**6217 Red Fox Run**
**North Branch, MN 55056**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2442**

**Nonpriority creditor's name and mailing address**
**Stephen D Hare**
**6709 E 136th St**
**Grandview, MO 64030**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2443**

**Nonpriority creditor's name and mailing address**
**Stephen Emery**
**11124 North Lewis Avenue**
**Kansas City, MO 64157**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2444**

**Nonpriority creditor's name and mailing address**
**Stephen Ivey**
**1332 Bellaire St**
**Denver, CO 80220**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2445**

**Nonpriority creditor's name and mailing address**
**Stephen Lopez**
**1136 Sherman Dr.**
**Dacono, CO 80514**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2446**

**Nonpriority creditor's name and mailing address**
**Stephen Stiers**
**1232 Dayshia Lane**
**Cheyenne, WY 82007**

Date(s) debt was incurred **0**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.2447**

**Nonpriority creditor's name and mailing address**
**Stephen Thomas**
**2020 Meyers St**
**Belvidere, IL 61008**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2448**

**Nonpriority creditor's name and mailing address**
**Stephnie Wedderburn**
**1144 Tanny Drive**
**Decatur, GA 30035**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2449**

**Nonpriority creditor's name and mailing address**
**Steve  Gray**
**2316 heads and tails In**
**mckinney, TX 75071**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2450**

**Nonpriority creditor's name and mailing address**
**Steve & Maria Paden**
**718 w melrose dr**
**Casa grande, AZ 85122**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2451**

**Nonpriority creditor's name and mailing address**
**Steve DeJesus**
**4087 S Clipper St**
**Saratoga Springs, UT 84045**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2452**

**Nonpriority creditor's name and mailing address**
**Steve DeNeve**
**8155 Felton Road**
**Prophetstown, IL 61277**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2453**

**Nonpriority creditor's name and mailing address**
**Steve Hodas**
**5851 Grain Mill Road**
**Pahrump, NV 89061**

**Date(s) debt was incurred  0**
**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor    **Empire Solar Group, LLC**                                      Case number (if known)    **21-23636**
_____Name_____

| 3.245 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| | **Steve Mullins** | ☐ Contingent | |
| | **705 Brown Breeches Ave** | ☐ Unliquidated | |
| | **North las vegas, NV 89081** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.245 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| | **Steve Skidmore** | ☐ Contingent | |
| | **1564 Canyon View Dr** | ☐ Unliquidated | |
| | **Perry, UT 84302** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.245 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| | **Steve Trebesch** | ☐ Contingent | |
| | **360 Sophia ave** | ☐ Unliquidated | |
| | **Hamburg, MN 55339** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.245 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| | **Steven & Marilyn Hunerdosse** | ☐ Contingent | |
| | **3361 rebel ave** | ☐ Unliquidated | |
| | **Pahrump, NV 89048** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.245 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| | **Steven Anderson** | ☐ Contingent | |
| | **7925 E 33830 N** | ☐ Unliquidated | |
| | **Fairview, UT 84629** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.245 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| | **Steven Buck** | ☐ Contingent | |
| | **1428 West 1050 North** | ☐ Unliquidated | |
| | **Provo, UT 84604** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.246 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| | **Steven Leguillow** | ☐ Contingent | |
| | **29614 Big Dipper Way** | ☐ Unliquidated | |
| | **Murrieta, CA 92563** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.246 1**

**Nonpriority creditor's name and mailing address**

**Steven Moore**
**1745 W Baroness Pl**
**Salt Lake City, UT 84116**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.246 2**

**Nonpriority creditor's name and mailing address**

**Steven Nguyen**
**37827 Shady Maple Road**
**MURRIETA, CA 92563**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.246 3**

**Nonpriority creditor's name and mailing address**

**Steven Olson**
**6991 Wiggins Court**
**Timnath, CO 80547**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.246 4**

**Nonpriority creditor's name and mailing address**

**Steven Poole**
**920 Camberly Dr**
**Windsor, CO 80550**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.246 5**

**Nonpriority creditor's name and mailing address**

**Steven Rosenberg**
**3621 Olive St**
**Denver, CO 80207**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.246 6**

**Nonpriority creditor's name and mailing address**

**Steven Stoot**
**2516 Riders Way**
**Waco, TX 76712**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.246 7**

**Nonpriority creditor's name and mailing address**

**Steven Turner**
**157 Lamont Rd**
**Anna, TX 75409**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                        Case number (if known)     **21-23636**
         Name

---

**3.2468**

**Nonpriority creditor's name and mailing address**

**Steven Walker**
**1331 Barclay Dr**
**Carrollton, TX 75007**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.2469**

**Nonpriority creditor's name and mailing address**

**Steven Wolfman**
**2618 Central Rd**
**Glenview, IL 60025**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.2470**

**Nonpriority creditor's name and mailing address**

**Storm  Tate**
**1200 Steeple Ridge ct**
**Mckinney, TX 75069**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.2471**

**Nonpriority creditor's name and mailing address**

**Straight Talk Solar Co.**
**6018 Paseo Alemeda**
**Carlsbad, CA 92009**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

**$465.00**

---

**3.2472**

**Nonpriority creditor's name and mailing address**

**Suarez Consulting LLC**
**22824 Decoro Drive**
**Valencia, CA 91354**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

**$18,967.72**

---

**3.2473**

**Nonpriority creditor's name and mailing address**

**Sue Hayward**
**2110 Princeton Way**
**Colorado Springs, CO 80909**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

**3.2474**

**Nonpriority creditor's name and mailing address**

**Sumee Lee**
**2031 Brenner ave**
**Roseville, MN 55113**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

**Unknown**

---

Debtor     **Empire Solar Group, LLC**                                    Case number (if known)     **21-23636**
           Name

---

**3.2475**

**Nonpriority creditor's name and mailing address**

**Summit Solar and Roofing Inc**
**974 Kendall Dr**
**STE #9**
**San Bernardino, CA 92407**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$205.00**

---

**3.2476**

**Nonpriority creditor's name and mailing address**

**Sun Source Energy**
**5580 West Flamingo RD**
**#104**
**Las Vegas, NV 89103**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$475.00**

---

**3.2477**

**Nonpriority creditor's name and mailing address**

**Sun Trail**
**9999 W Katie Ave**
**#1253**
**Las Vegas, NV 89417**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,849.31**

---

**3.2478**

**Nonpriority creditor's name and mailing address**

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$61,857.59**

---

**3.2479**

**Nonpriority creditor's name and mailing address**

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,520.16**

---

**3.2480**

**Nonpriority creditor's name and mailing address**

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,511.76**

---

**3.2481**

**Nonpriority creditor's name and mailing address**

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,158.00**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.248 2**

**Nonpriority creditor's name and mailing address**

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,203.38**

---

**3.248 3**

**Nonpriority creditor's name and mailing address**

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,182.55**

---

**3.248 4**

**Nonpriority creditor's name and mailing address**

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,187.82**

---

**3.248 5**

**Nonpriority creditor's name and mailing address**

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,511.76**

---

**3.248 6**

**Nonpriority creditor's name and mailing address**

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$5,660.06**

---

**3.248 7**

**Nonpriority creditor's name and mailing address**

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$277.85**

---

**3.248 8**

**Nonpriority creditor's name and mailing address**

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,995.78**

---

Debtor **Empire Solar Group, LLC**                        Case number (if known)    **21-23636**
_____
Name

| 3.248 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39.42** |
|---|---|---|---|

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16.92** |
|---|---|---|---|

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,947.46** |
|---|---|---|---|

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,516.06** |
|---|---|---|---|

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,187.51** |
|---|---|---|---|

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,024.78** |
|---|---|---|---|

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sungeun Son**
**7418 Sunray Point St**
**North Las Vegas, NV 89084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.2496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,196.91** |
|---|---|---|---|

**Sunlight Forever**
**4115 Ruslter Way**
**Gilbert, AZ 85297**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$75.00** |
|---|---|---|---|

**Sunly Solar**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,539.91** |
|---|---|---|---|

**Sunny Renewable**
**562 East Austin Road**
**Vineyard, UT 84059**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$124.10** |
|---|---|---|---|

**Sunobi, LLC**
**5205 Avenida Encinas, Suite D**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$300.00** |
|---|---|---|---|

**SUNRUN INC**
**P.O. Box 516549**
**Los Angeles, CA 90051-0595**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25.00** |
|---|---|---|---|

**Suntec**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,893,515.19** |
|---|---|---|---|

**Suntuity Solar, LLC**
**2137 NJ-35**
**Holmdel, NJ 07733**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                                    Case number (if known)    **21-23636**
_____
Name

| 3.250 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Susan  Earles**
**233 calabay parc blvd**
**Davenport, FL 33897**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Susan Crabb**
**2012  Burnham Ave**
**Las Vegas, NV 89104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Susan Ladley**
**600 Milwaukee st**
**Denver, CO 80206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Susan McCabe**
**122 Voyage Mall**
**Marina del Ray, CA 90292**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Susan Poula**
**3433 Celestial Dr**
**Berthoud, CO 80513**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Susan Segura**
**4490 S Yates St**
**Denver, CO 80236**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.250 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Suzan Kotowski**
**3331 kraft cir n**
**Lake Elmo, MN 55042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Empire Solar Group, LLC**
         _Name_

Case number (if known)   **21-23636**

---

**3.251 0**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$216.35** |
| **Swire Coca Cola** | ☐ Contingent | |
| **PO Box 35144** | ☐ Unliquidated | |
| **Seattle, WA 98124-5144** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.251 1**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$75.00** |
| **Switch To Solar** | ☐ Contingent | |
| | ☐ Unliquidated | |
| **Date(s) debt was incurred** _ | ☐ Disputed | |
| **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.251 2**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
| **Sylvia Carlin** | ☐ Contingent | |
| **12020 Weeping Willow Lane** | ☐ Unliquidated | |
| **Fontana, CA 92337** | ☐ Disputed | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.251 3**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
| **Szehsing Chang** | ☐ Contingent | |
| **2802 Via Terra Street** | ☐ Unliquidated | |
| **Henderson, NV 89074** | ☐ Disputed | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.251 4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
| **Szehsing Chang (Add-On)** | ☐ Contingent | |
| **258 Via Contata Street** | ☐ Unliquidated | |
| **Henderson, NV 89074** | ☐ Disputed | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.251 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$223.91** |
| **T3 VoiceNet LLC** | ☐ Contingent | |
| **PO Box 4363** | ☐ Unliquidated | |
| **Midland, TX 79704** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.251 6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$223.91** |
| **T3 VoiceNet LLC** | ☐ Contingent | |
| **PO Box 4363** | ☐ Unliquidated | |
| **Midland, TX 79704** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Empire Solar Group, LLC**
Name

Case number (if known) **21-23636**

---

**3.2517**

**Nonpriority creditor's name and mailing address**
**T3 VoiceNet LLC**
**PO Box 4363**
**Midland, TX 79704**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$223.91**

---

**3.2518**

**Nonpriority creditor's name and mailing address**
**Tailored Solar**
**16621 Spence Park Lane**
**Prosper, TX 75078**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$25.00**

---

**3.2519**

**Nonpriority creditor's name and mailing address**
**Taitano Energy**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2520**

**Nonpriority creditor's name and mailing address**
**Tamara Robinson**
**13002 Devils Thumb Pl**
**Peyton, CO 80831**

**Date(s) debt was incurred 0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2521**

**Nonpriority creditor's name and mailing address**
**Tamas Kozicz**
**503 8th Ave SW**
**Rochester, MN 55902**

**Date(s) debt was incurred 0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2522**

**Nonpriority creditor's name and mailing address**
**Tammy Hernandez**
**14863 Elkins road**
**houston, TX 77060**

**Date(s) debt was incurred 0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2523**

**Nonpriority creditor's name and mailing address**
**Tammy Pham**
**897 Granada Lane**
**Vacaville, CA 95688**

**Date(s) debt was incurred 0**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Empire Solar Group, LLC**                           Case number (if known)   **21-23636**
_____
Name

| 3.252<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tanner Oakes**
**2532 West 2400 North**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Tara Gill**
**2319 North 500 West**
**Ogden, UT 84414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Tara McGregor**
**321 South Whipple St**
**Fort Bragg, CA 95437**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Tara Wagner**
**1818 Minter Lane**
**Abilene, TX 79603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Tarance Navarro**
**21128 Larson Road**
**Waynesville, MO 65583**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Tashanna Lacy**
**8201 Steppington Dr**
**Killeen, TX 76542**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Tate Clark**
**2704 Scovern Street**
**Lake Isabella, CA 93240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| 3.253 1 | **Nonpriority creditor's name and mailing address**<br>**Tauja Marbell**<br>**16327 Del Amo Ct**<br>**Ramona, CA 92065**<br><br>Date(s) debt was incurred **0**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.253 2 | **Nonpriority creditor's name and mailing address**<br>**Taylor Brevik**<br>**2046 S Danube Way**<br>**Aurora, CO 80013**<br><br>Date(s) debt was incurred **0**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.253 3 | **Nonpriority creditor's name and mailing address**<br>**Teco Tampa Electric**<br>**PO Box 31318**<br>**Tampa, FL 33631-3318**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$500.97** |

| 3.253 4 | **Nonpriority creditor's name and mailing address**<br>**Teco Tampa Electric**<br>**PO Box 31318**<br>**Tampa, FL 33631-3318**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$703.10** |

| 3.253 5 | **Nonpriority creditor's name and mailing address**<br>**Tefera  Tesfaye**<br>**2508 Ellen ln**<br>**Santa Maria, CA 93455**<br><br>Date(s) debt was incurred **0**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.253 6 | **Nonpriority creditor's name and mailing address**<br>**Tell Choat**<br>**8504 smokey creek pass**<br>**fort worth, TX 76179**<br><br>Date(s) debt was incurred **0**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| 3.253 7 | **Nonpriority creditor's name and mailing address**<br>**Teofilo Trujillo**<br>**162 Sespe Avenue**<br>**Fillmore, CA 93015**<br><br>Date(s) debt was incurred **0**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Empire Solar Group, LLC**                                      Case number (if known)      **21-23636**
Name

| 3.253 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Tequila Adams** **1908 Fairbanks dr** **Princeton, TX 75407** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.253 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Teresa  Parraga-pujante** **4540 standing bluff way** **Las vegas, NV 89130** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.254 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Teresa  Springer** **5736 E Reynolds Ln** **Florence, AZ 85132** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.254 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Teresa Henson** **6720 Dave Pappas St** **Las Vegas, NV 89086** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.254 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Teresa Skye** **1801 Cavalry St** **Pahrump, NV 89048** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.254 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Teressa Doodigian** **1401 Stratford Dr** **Killeen, TX 76549** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred  0** **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.254 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$175.00** |
|---|---|---|---|
| | **Terminus Solar** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date(s) debt was incurred** _ **Last 4 digits of account number** _ | **Basis for the claim:** _ Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
_____ Name _____

---

**3.2545**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*         **Unknown**

**Terrasea Page**
**1397 Caritas Court Southeast**                                    ☐ Contingent
**Conyers, GA 30013**                                              ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred **0**
                                                                  **Basis for the claim:** _
Last 4 digits of account number _
                                                                  Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.2546**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*         **Unknown**

**Terrell Martin**
**4893 Holly Street**                                              ☐ Contingent
**Orange, TX 77630**                                              ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred **0**
                                                                  **Basis for the claim:** _
Last 4 digits of account number _
                                                                  Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.2547**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*         **Unknown**

**Terrence King**
**15102 Sequoia Meadow Court**                                     ☐ Contingent
**Humble, TX 77346**                                              ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred **0**
                                                                  **Basis for the claim:** _
Last 4 digits of account number _
                                                                  Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.2548**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*         **Unknown**

**Terri Willett**
**2901 w Woodridge dr**                                           ☐ Contingent
**Phoenix, AZ 85053**                                             ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred **0**
                                                                  **Basis for the claim:** _
Last 4 digits of account number _
                                                                  Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.2549**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*         **Unknown**

**Terry  Bagley**
**924 W Pershing Ave**                                            ☐ Contingent
**Phoenix, AZ 85029**                                             ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred **0**
                                                                  **Basis for the claim:** _
Last 4 digits of account number _
                                                                  Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.2550**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*         **Unknown**

**Terry Blue**
**3800 East 18th Court**                                          ☐ Contingent
**Kansas City, MO 64127**                                         ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred **0**
                                                                  **Basis for the claim:** _
Last 4 digits of account number _
                                                                  Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.2551**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*         **Unknown**

**Terry Breedlove**
**1814 Forewing Ave**                                             ☐ Contingent
**North Las Vegas, NV 89031**                                     ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred **0**
                                                                  **Basis for the claim:** _
Last 4 digits of account number _
                                                                  Is the claim subject to offset?  ■ No   ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                              Case number (if known)      **21-23636**
_____
Name

| 3.255<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Terry Hosein**
**3210 Bowlin Drive**
**Fairburn, GA 30213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.255<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Terry Jackson**
**415 Carsin Wayne CT**
**North Las Vegas, NV 89031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.255<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Terry Petersen**
**48780 132nd St**
**Vernon Center, MN 56090**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.255<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Terry Price**
**2602 Fallcreek Drive**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.255<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$50.00** |
|---|---|---|---|

**TGE Solar LLC**
**1623 W Mission Ave**
**Spokane, WA 99201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.255<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,725.00** |
|---|---|---|---|

**The Copper Connection**
**10216 Isle Street**
**Parker, CO 80134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.255<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$465.00** |
|---|---|---|---|

**The Hartford**
**P.O. Box 660916**
**Dallas, TX 75266-1916**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          **Page 513 of 550**

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

**3.2559**

**Nonpriority creditor's name and mailing address**

**The Hartford**
**P.O. Box 660916**
**Dallas, TX 75266-1916**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.2560**

**Nonpriority creditor's name and mailing address**

**The Hartford**
**P.O. Box 660916**
**Dallas, TX 75266-1916**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

**3.2561**

**Nonpriority creditor's name and mailing address**

**The Roofing Company**
**3432 N Bruce St**
**Suite 3**
**North Las Vegas, NV 89030**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$37,600.00**

---

**3.2562**

**Nonpriority creditor's name and mailing address**

**The Shirt Stop**
**47 S Main St**
**Richfield, UT 84701**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$258.34**

---

**3.2563**

**Nonpriority creditor's name and mailing address**

**The Wrap Artist**
**954 S Citation Circle**
**Kaysville, UT 84037**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,012.50**

---

**3.2564**

**Nonpriority creditor's name and mailing address**

**Theodore  Kisla**
**8 Blazing Star Ct**
**Wichita Falls, TX 76310**

Date(s) debt was incurred  **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2565**

**Nonpriority creditor's name and mailing address**

**Theodore  Polanco**
**3929 N 110th Ave**
**Avondale, AZ 85392**

Date(s) debt was incurred  **0**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                            Case number (if known)    **21-23636**
_____Name

| 3.256<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Theodore Erickson**<br>**1289 Baker Pass Street**<br>**Severance, CO 80550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.256<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Theodore Ervin**<br>**320 Dogwood Ct**<br>**Versailles, KY 40383** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.256<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Theodore Fletcher**<br>**1929 Fieldstone Circle**<br>**Paso Robles, CA 93446** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.256<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Theodore Griffin Jr**<br>**302 Redwood Dr**<br>**Colorado Springs, CO 80907** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.257<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Theolanda Smith**<br>**311 Gardenia Court**<br>**Poinciana, FL 34759** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.257<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Theresa Lucia**<br>**17526 Olive Street**<br>**Hesperia, CA 92345** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.257<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Thomas  Butler**<br>**4478 Summerwood street**<br>**Taylorsville, UT 84123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor **Empire Solar Group, LLC**
Name

Case number (if known) **21-23636**

---

**3.257 3**

**Nonpriority creditor's name and mailing address**
**Thomas Gerlach**
**17733 Fortune Trail**
**Farmington, MN 55024**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 4**

**Nonpriority creditor's name and mailing address**
**Thomas & Sons**
**P.O. Box 996**
**Centerville, UT 84014-0996**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$31.10**

---

**3.257 5**

**Nonpriority creditor's name and mailing address**
**Thomas & Sons**
**P.O. Box 996**
**Centerville, UT 84014-0996**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$31.10**

---

**3.257 6**

**Nonpriority creditor's name and mailing address**
**Thomas Boileau**
**5687 Glendive Ln**
**Timnath, CO 80547**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 7**

**Nonpriority creditor's name and mailing address**
**Thomas Carson**
**428 S Cortez St**
**Prescott, AZ 86303**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 8**

**Nonpriority creditor's name and mailing address**
**Thomas Deike & Tabitha Rasco**
**9855 Panther Hollow St**
**Las Vegas, NV 89141**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.257 9**

**Nonpriority creditor's name and mailing address**
**Thomas Frounfelker**
**7308 Flat Rock Ln.**
**Tyler, TX 75703**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
_____
Name

---

3.2580

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Thomas Hackney**                                           ☐ Contingent
**26087 N Kings Mill Lane**                                  ☐ Unliquidated
**Kingwood, TX 77339**                                       ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No   ☐ Yes

---

3.2581

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Thomas Harmon**                                            ☐ Contingent
**925 E Cucharras St**                                       ☐ Unliquidated
**Colorado Springs, CO 80903**                               ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No   ☐ Yes

---

3.2582

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Thomas Jannazzo**                                          ☐ Contingent
**4841 stubblefield dr**                                     ☐ Unliquidated
**Pahrump, NV 89061**                                        ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No   ☐ Yes

---

3.2583

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Thomas Kenui**                                             ☐ Contingent
**6333 Mildas St**                                           ☐ Unliquidated
**North Las Vegas, NV 89081**                                ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No   ☐ Yes

---

3.2584

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Thomas Reid**                                              ☐ Contingent
**2824 roccella ct**                                         ☐ Unliquidated
**Kissimmee, FL 34747**                                      ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No   ☐ Yes

---

3.2585

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Thomas Weiler**                                            ☐ Contingent
**83 E Bliss Dr**                                            ☐ Unliquidated
**Saratoga Springs, UT 84045**                               ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No   ☐ Yes

---

3.2586

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

**Thomas Willard**                                           ☐ Contingent
**610 Barium Avenue**                                        ☐ Unliquidated
**Canon City, CO 81212**                                     ☐ Disputed

**Date(s) debt was incurred  0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                        Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.2587**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Thomas Woliver** | ☐ Contingent | |
| **18472 W 95th PL** | ☐ Unliquidated | |
| **Arvada, CO 80007** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2588**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Tianna Coleman** | ☐ Contingent | |
| **3691 Roxmore Ct** | ☐ Unliquidated | |
| **Columbus, OH 43232** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2589**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Tiffani Hahn** | ☐ Contingent | |
| **1416 Coues Deer Dr** | ☐ Unliquidated | |
| **Severance, CO 80550** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2590**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Tiffany & Chad Schonewill** | ☐ Contingent | |
| **16515 Papago Way** | ☐ Unliquidated | |
| **Colorado Springs, CO 80908** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2591**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Tiffany Williams** | ☐ Contingent | |
| **2507 Zephyr Ln** | ☐ Unliquidated | |
| **Rosenberg, TX 77471** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2592**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Tiffeny Douglas** | ☐ Contingent | |
| **8829 Northeast 74th Terrace** | ☐ Unliquidated | |
| **KS City, MO 64158** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2593**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Tim Davis** | ☐ Contingent | |
| **19870 E Columbia Ave** | ☐ Unliquidated | |
| **AURORA, CO 80013** | ☐ Disputed | |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
          Name

---

**3.2594**

**Nonpriority creditor's name and mailing address**

**Tim Heinze & Laura Heinze**
**59776 235th Street**
**Madison Lake, MN 56063**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2595**

**Nonpriority creditor's name and mailing address**

**Tim Schauer**
**225 Providence**
**Van Alstyne, TX 75495**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2596**

**Nonpriority creditor's name and mailing address**

**Timothy and Angie Waller**
**2836 Shimmering Bay St**
**Laughlin, NV 89029**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2597**

**Nonpriority creditor's name and mailing address**

**Timothy and Nina Harris**
**2645 Lockridge Avenue**
**Kansas City, MO 64128**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2598**

**Nonpriority creditor's name and mailing address**

**Timothy Judd**
**5265 S 125 E**
**Ogden, UT 84405**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2599**

**Nonpriority creditor's name and mailing address**

**Timothy Palmer**
**12922 Topaz Circle**
**Victorville, CA 92392**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2600**

**Nonpriority creditor's name and mailing address**

**Tina Beach**
**11217 Sandrone Ave**
**Las Vegas, NV 89138**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.260**
**1**

**Nonpriority creditor's name and mailing address**

**Tina Marie Torregrossa & Elizabeth Rosar**
**6694 78th Avenue North**
**Pinellas Park, FL 33781**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.260**
**2**

**Nonpriority creditor's name and mailing address**

**Tina Plunkett**
**6423 Nellie Drive**
**Arlington, TX 76002**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.260**
**3**

**Nonpriority creditor's name and mailing address**

**Todd  Adams**
**13329 Olive Meadows Dr**
**Poway, CA 92064**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.260**
**4**

**Nonpriority creditor's name and mailing address**

**Todd & Joanna Drew**
**2935 Old Glory Drive**
**Yorkville, IL 60560**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.260**
**5**

**Nonpriority creditor's name and mailing address**

**Todd Elliott**
**1761 Indole st**
**Pahrump, NV 89048**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.260**
**6**

**Nonpriority creditor's name and mailing address**

**Todd Hanson**
**6717 Parkwood Dr**
**North Richland Hills, TX 76182**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.260**
**7**

**Nonpriority creditor's name and mailing address**

**Todd Lewis**
**1395 Grape st**
**Denver, CO 80220**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.2608**

**Nonpriority creditor's name and mailing address**

**Tom Arrigo**
**13125 Grove Way**
**Broomfield, CO 80020**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2609**

**Nonpriority creditor's name and mailing address**

**Tom Edwards**
**10608 Cumberland Dr**
**Sun city, AZ 85351**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2610**

**Nonpriority creditor's name and mailing address**

**Tom Gilligan & Nicole Giangregorio**
**6721 Estrella Ave**
**San Diego, CA 92120**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2611**

**Nonpriority creditor's name and mailing address**

**Tom Lindsten**
**7928 Canyons Park Avenue**
**Las Vegas, NV 89131**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2612**

**Nonpriority creditor's name and mailing address**

**Tom Rose**
**3312 West Olive Leaf Lane**
**West Jordan, UT 84088**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2613**

**Nonpriority creditor's name and mailing address**

**Tom Treacy**
**1905 Giuliano way**
**Manteca, CA 95336**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2614**

**Nonpriority creditor's name and mailing address**

**Tomas Barcena**
**2424 calico st**
**Las Vegas, NV 89108**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Debtor    **Empire Solar Group, LLC**                                      Case number (if known)    **21-23636**
          Name

---

**3.2615**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown** |
| **Tomas Mendoza** | ☐ Contingent |
| **16815 Glaims LN** | ☐ Unliquidated |
| **Houston, TX 77084** | ☐ Disputed |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.2616**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown** |
| **Tony  Marcos** | ☐ Contingent |
| **4239 W Wrightwood Ave** | ☐ Unliquidated |
| **Chicago, IL 60639** | ☐ Disputed |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.2617**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown** |
| **Tony & Lindsi Clark** | ☐ Contingent |
| **913 Jade Plant St** | ☐ Unliquidated |
| **Las Vegas, NV 89106** | ☐ Disputed |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.2618**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown** |
| **Tony and Traci Jones** | ☐ Contingent |
| **2079 Albion Street** | ☐ Unliquidated |
| **Denver, CO 80207** | ☐ Disputed |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.2619**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown** |
| **Tony Becerra** | ☐ Contingent |
| **910 w waltman dr** | ☐ Unliquidated |
| **Meridian, ID 83642** | ☐ Disputed |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.2620**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown** |
| **Tony Camara** | ☐ Contingent |
| **1496 Carpinteria St** | ☐ Unliquidated |
| **Chula vista, CA 91913** | ☐ Disputed |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.2621**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*    **Unknown** |
| **Tony Chandler** | ☐ Contingent |
| **4100 East 74th Street** | ☐ Unliquidated |
| **Kansas City, MO 64132** | ☐ Disputed |
| **Date(s) debt was incurred 0** | **Basis for the claim:** _ |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.262
2**

**Nonpriority creditor's name and mailing address**

**Tony Cozza
10204 W Powers Ave
Littleton, CO 80127**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.262
3**

**Nonpriority creditor's name and mailing address**

**Tony Santistevan
393 East 12th Street
Craig, CO 81625**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.262
4**

**Nonpriority creditor's name and mailing address**

**Torin Burleson
1714 KS Ave
San Angelo, TX 76904**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.262
5**

**Nonpriority creditor's name and mailing address**

**Total Quality Logistics
PO BOX 634558
Cincinnati, OH 45263-4558**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,800.00**

---

**3.262
6**

**Nonpriority creditor's name and mailing address**

**Toyia  Brooks
3201 N 64th Dr
Phoenix, AZ 85033**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.262
7**

**Nonpriority creditor's name and mailing address**

**TPRF/TREP Acquisition 4, LLC
3657 Briarpark Drive
Suite 300
Houston, TX 77042**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.262
8**

**Nonpriority creditor's name and mailing address**

**Tracey Wilson
8404 E 85th St
Raytown, MO 64138**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
     Name

---

**3.2629**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**

**Tracy Barber**                                             ☐ Contingent
**9 Sequoyah Rd**                                            ☐ Unliquidated
**Colorado Springs, CO 80906**                              ☐ Disputed

**Date(s) debt was incurred 0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2630**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**

**Tracy Cole**                                              ☐ Contingent
**20 Via Monarca St**                                       ☐ Unliquidated
**Dana Point, CA 92629**                                    ☐ Disputed

**Date(s) debt was incurred 0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2631**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**

**Tracy L Case**                                            ☐ Contingent
**1306 N Indian Lane**                                      ☐ Unliquidated
**Independence, MO 64056**                                  ☐ Disputed

**Date(s) debt was incurred 0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2632**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**

**Tracy L Guillette & Todd M Guillette**                    ☐ Contingent
**1381 E Seneca Way**                                       ☐ Unliquidated
**Fort Mohave, AZ 86426**                                   ☐ Disputed

**Date(s) debt was incurred 0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2633**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: *Check all that apply.*           **$750.00**

**Traverse Solar, LLC**                                     ☐ Contingent
**12884 Front Runner Blvd**                                 ☐ Unliquidated
**Ste #140**                                                ☐ Disputed
**Draper, UT 84020**

**Date(s) debt was incurred** _                             **Basis for the claim:** _

**Last 4 digits of account number** _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2634**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: *Check all that apply.*           **Unknown**

**Travis Riddle**                                           ☐ Contingent
**4415n Oregon trl**                                        ☐ Unliquidated
**Enoch, UT 84721**                                         ☐ Disputed

**Date(s) debt was incurred 0**                             **Basis for the claim:** _

**Last 4 digits of account number** _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2635**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: *Check all that apply.*           **$1,200.00**

**Tree Amigoz Chris Smith**                                 ☐ Contingent
**26 Riverside Terrace**                                    ☐ Unliquidated
**Cannon Falls, MN 55009**                                  ☐ Disputed

**Date(s) debt was incurred** _                             **Basis for the claim:** _

**Last 4 digits of account number** _                       Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.2636**

**Nonpriority creditor's name and mailing address**

**Trevor Brazel**
**740 Warwick Castle Dr.**
**Las Vegas, NV 89178**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2637**

**Nonpriority creditor's name and mailing address**

**Trevor Quain**
**12561 Eliot St**
**Broomfield, CO 80020**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2638**

**Nonpriority creditor's name and mailing address**

**Tricia Schmidt**
**90 Maria Ave**
**St. Paul, MN 55106**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.2639**

**Nonpriority creditor's name and mailing address**

**Trident Transport**
**1428 Chestnut Street**
**Suite 114**
**Chattanooga, TN 37402**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,150.00**

---

**3.2640**

**Nonpriority creditor's name and mailing address**

**Trillium Construction**
**P.O. Box 671854**
**Detroit, MI 48267-1854**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,266.25**

---

**3.2641**

**Nonpriority creditor's name and mailing address**

**Trillium Construction**
**P.O. Box 671854**
**Detroit, MI 48267-1854**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,800.00**

---

**3.2642**

**Nonpriority creditor's name and mailing address**

**Trillium Construction**
**P.O. Box 671854**
**Detroit, MI 48267-1854**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$3,010.00**

---

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
Name

| 3.264<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,800.00** |
|---|---|---|---|
| | **Trillium Construction**<br>**P.O. Box 671854**<br>**Detroit, MI 48267-1854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.264<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,800.00** |
|---|---|---|---|
| | **Trillium Construction**<br>**P.O. Box 671854**<br>**Detroit, MI 48267-1854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.264<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,800.00** |
|---|---|---|---|
| | **Trillium Construction**<br>**P.O. Box 671854**<br>**Detroit, MI 48267-1854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.264<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,240.00** |
|---|---|---|---|
| | **Trillium Construction**<br>**P.O. Box 671854**<br>**Detroit, MI 48267-1854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.264<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,800.00** |
|---|---|---|---|
| | **Trillium Construction**<br>**P.O. Box 671854**<br>**Detroit, MI 48267-1854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.264<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,800.00** |
|---|---|---|---|
| | **Trillium Construction**<br>**P.O. Box 671854**<br>**Detroit, MI 48267-1854** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.264<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Trinidad Loya**<br>**994 Cottonwood Avenue**<br>**Craig, CO 81625** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred  0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
_____Name_____

| 3.265 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |
|---|---|---|---|

**Trinity Valley Electric Cooperative , In**
**PO Box 888**
**Kaufman, TX 75142-0888**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tristan Beyer**
**1108 Manassas dr**
**Forney, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tristan Dow**
**1660 Leana Ct**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Tristen Nelson**
**2241 N orchard way**
**Saratoga Springs, UT 84045**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Troielle Green and Queenie Reeves**
**6113 Iron Kettle St**
**Las Vegas, NV 89130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Troy  Smith**
**14238 South Dawson Hills Circle**
**Herriman, UT 84096**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Troy & Reashell Nicol**
**2179 Grant Union Ct.**
**Laughlin, NV 89029**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.2657**

**Nonpriority creditor's name and mailing address**

**Troy Christiansen**
**802 Timpie Rd**
**Tooele, UT 84074**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2658**

**Nonpriority creditor's name and mailing address**

**Troy Edwards**
**600 Skelton St**
**Royse City, TX 75189**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2659**

**Nonpriority creditor's name and mailing address**

**Troy Rich**
**8851 Greene Avenue South**
**Cottage Grove, MN 55016**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2660**

**Nonpriority creditor's name and mailing address**

**Troy Rivas**
**280 Cape Seville Place**
**Henderson, NV 89015**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2661**

**Nonpriority creditor's name and mailing address**

**TruHome Pros LLC**
**697 Somerset Avenue**
**Suite 400**
**West Dundee, IL 60118**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$10,816.87**

---

**3.2662**

**Nonpriority creditor's name and mailing address**

**TTG**
**725 W. Stetson Ave.**
**Hemet, CA 92543**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$310.46**

---

**3.2663**

**Nonpriority creditor's name and mailing address**

**Tuyanda Blackwell**
**1200 Barn Owl Dr**
**Little Elm, TX 75068**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)   **21-23636**
_____Name_____

| 3.266 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$851,400.00** |

**TVT Capital**
**90 Broad St**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.266 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Ty Brown**
**7692 Silver Baron Rd**
**Las Vegas, NV 89179**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.266 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Tye Poulsen**
**4619 Lost Creek Court**
**North Las Vegas, NV 89031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.266 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Tyler Ashby**
**2303 E Weeping Willow Way**
**Eagle Mountain, UT 84005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.266 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Tyler Aynes**
**7978 Calamint Ct**
**Fountain, CO 80817**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.266 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Tyler Charlton**
**6726 Coral Way**
**Browns Valley, CA 95918**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.267 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

**Tyler Johnson**
**427 Skipper Ln.**
**Azle, TX 76020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
| | Name | | |

---

**3.267**
**1**

**Nonpriority creditor's name and mailing address**

**Tyler Selby**
**747 mulberry dr**
**Princeton, TX 75407**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.267**
**2**

**Nonpriority creditor's name and mailing address**

**Tyler Senne**
**4225 Brightside Ct**
**Colorado Springs, CO 80916**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.267**
**3**

**Nonpriority creditor's name and mailing address**

**Tyler Sessions**
**919 Mount Shavano Ave**
**Severance, CO 80550**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.267**
**4**

**Nonpriority creditor's name and mailing address**

**Tyler Smith**
**141 E hidden creek way**
**Saratoga Springs, UT 84045**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.267**
**5**

**Nonpriority creditor's name and mailing address**

**Tyler Stein**
**5830 Rendezvous Parkway**
**Timnath, CO 80547**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.267**
**6**

**Nonpriority creditor's name and mailing address**

**Tyson Munford**
**360 e 2110 s**
**Heber City, UT 84032**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

**3.267**
**7**

**Nonpriority creditor's name and mailing address**

**Tyson Thomas**
**708 takin dr**
**Severance, CO 80550**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Empire Solar Group, LLC**
Name

Case number (if known)    **21-23636**

---

**3.2678**

**Nonpriority creditor's name and mailing address**
**UI Chong Song**
**11610 Township Dale Ct**
**Houston, TX 77038**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2679**

**Nonpriority creditor's name and mailing address**
**United Rentals**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$721.13**

---

**3.2680**

**Nonpriority creditor's name and mailing address**
**United Site Services**
**PO BOX 660475**
**DALLAS, TX 75266-0475**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$3,554.83**

---

**3.2681**

**Nonpriority creditor's name and mailing address**
**United Site Services**
**PO BOX 660475**
**DALLAS, TX 75266-0475**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$329.61**

---

**3.2682**

**Nonpriority creditor's name and mailing address**
**United Solar Global**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,312.00**

---

**3.2683**

**Nonpriority creditor's name and mailing address**
**UPS**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**$620.27**

---

**3.2684**

**Nonpriority creditor's name and mailing address**
**Uriel Vasquez**
**5514 W Townsend Way**
**Kearns, UT 84118**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor     **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
          Name

| 3.268 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,246.08** |

**US Bank Equipment Finance**
**P.O. Box 790448**
**St Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,595.50** |

**US Bank Equipment Finance**
**P.O. Box 790448**
**St Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,590.84** |

**US Bank Equipment Finance**
**P.O. Box 790448**
**St Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,099.99** |

**US Bank Equipment Finance**
**P.O. Box 790448**
**St Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.268 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Valeenia Boddie**
**185 E Beshoar Dr**
**Pueblo West, CO 81007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Valente Alcantar**
**206 Varner ct**
**Santa Maria, CA 93458**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.269 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Valerie Lovely**
**5627 that way**
**Kingwood, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                      Case number (if known)     **21-23636**
         Name

| 3.269 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Valerie Tucker** | ☐ Contingent | |
| **5055 4th Avenue S.** | ☐ Unliquidated | |
| **St. Petersburg, FL 33707** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.269 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Vanessa Johnson** | ☐ Contingent | |
| **169 coventry dr** | ☐ Unliquidated | |
| **Henderson, NV 89074** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.269 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$175.00** |
| **Varela Solar LLC** | ☐ Contingent | |
| **8280 Meadow Rd** | ☐ Unliquidated | |
| **#6305** | ☐ Disputed | |
| **Dallas, TX 75231** | | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.269 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
| **Venita Bengazi** | ☐ Contingent | |
| **1183 Rice Street** | ☐ Unliquidated | |
| **Saint Paul, MN 55117** | ☐ Disputed | |
| **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.269 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,469.46** |
| **Verde Solar LLC** | ☐ Contingent | |
| **908 SE 33rd St.** | ☐ Unliquidated | |
| **Cape Coral, FL 33904** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.269 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,569.94** |
| **Verizon Wireless** | ☐ Contingent | |
| **PO BOX 489** | ☐ Unliquidated | |
| **NEWARK, NJ 07101-0489** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.269 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,905.94** |
| **Verizon Wireless** | ☐ Contingent | |
| **PO BOX 489** | ☐ Unliquidated | |
| **NEWARK, NJ 07101-0489** | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    **Page 533 of 550**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                     Case number (if known)      **21-23636**
_____
Name

---

**3.2699**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**
**Vernolia Elliot-Ward**
**3569 Erva St.**                                          ☐ Contingent
**Las Vegas, NV 89147**                                    ☐ Unliquidated
                                                           ☐ Disputed
**Date(s) debt was incurred  0**
**Last 4 digits of account number _**                      **Basis for the claim:** _

                                                           Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.2700**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**
**Vernon  Green**
**7742 Shorewood Dr**                                      ☐ Contingent
**San Diego, CA 92114**                                    ☐ Unliquidated
                                                           ☐ Disputed
**Date(s) debt was incurred  0**
**Last 4 digits of account number _**                      **Basis for the claim:** _

                                                           Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.2701**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**
**Veronica Dunn-Jones**
**1736 Evening Bluff Pl**                                  ☐ Contingent
**North Las Vegas, NV 89084**                              ☐ Unliquidated
                                                           ☐ Disputed
**Date(s) debt was incurred  0**
**Last 4 digits of account number _**                      **Basis for the claim:** _

                                                           Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.2702**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**
**Veronica Venzor**
**110 Pinion St**                                          ☐ Contingent
**Gypsum, CO 81637**                                       ☐ Unliquidated
                                                           ☐ Disputed
**Date(s) debt was incurred  0**
**Last 4 digits of account number _**                      **Basis for the claim:** _

                                                           Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.2703**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**
**Victor & Cheryl Gates**
**3206 Lake Charles Ave**                                  ☐ Contingent
**Killeen, TX 76543**                                      ☐ Unliquidated
                                                           ☐ Disputed
**Date(s) debt was incurred  0**
**Last 4 digits of account number _**                      **Basis for the claim:** _

                                                           Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.2704**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**
**Victor Banuelos**
**5891 W 4300 S**                                          ☐ Contingent
**West Valley City, UT 84128**                             ☐ Unliquidated
                                                           ☐ Disputed
**Date(s) debt was incurred  0**
**Last 4 digits of account number _**                      **Basis for the claim:** _

                                                           Is the claim subject to offset?  ■ No   ☐ Yes

---

**3.2705**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **Unknown**
**Victor Figueroa**
**1312 Circle ave**                                        ☐ Contingent
**FOREST PARK, IL 60130**                                  ☐ Unliquidated
                                                           ☐ Disputed
**Date(s) debt was incurred  0**
**Last 4 digits of account number _**                      **Basis for the claim:** _

                                                           Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
_____Name_____

| 3.270 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Victor Hernandez & Judy Herrera**
**5748 Coral Sun St**
**North Las Vegas, NV 89031**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**Nonpriority creditor's name and mailing address**

**Victor Laney**
**39757 Barbados drive**
**Murrieta, CA 92563**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**Nonpriority creditor's name and mailing address**

**Victor Moreno**
**1201 Norwalk CT**
**Las Vegas, NV 89110**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**Nonpriority creditor's name and mailing address**

**Victor Rios**
**3693 Elevations Way**
**Clovis, CA 93619**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**Nonpriority creditor's name and mailing address**

**Victor Rivera**
**6530 Kearney Street**
**Commerce City, CO 80022**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**Nonpriority creditor's name and mailing address**

**Victor Rubio**
**413 N 13th St**
**Phoenix, AZ 85006**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**Nonpriority creditor's name and mailing address**

**Victoria Botero**
**708 East Gregory Boulevard**
**Kansas City, MO 64131**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.271 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Victoria Jaramillo** | ☐ Contingent | |
| **5028 Sock Hop Way** | ☐ Unliquidated | |
| **North Las Vegas, NV 89031** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Victorino Apaez Abundez** | ☐ Contingent | |
| **4112 El Parque ave** | ☐ Unliquidated | |
| **Las Vegas, NV 89102** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,515.97** |
|---|---|---|
| **Victory Solar** | ☐ Contingent | |
| **4961 North Ravencrest Lane** | ☐ Unliquidated | |
| **Lehi, UT 84043** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$54.14** |
|---|---|---|
| **Village of Franklin Park** | ☐ Contingent | |
| **9500 Belmont Avenue** | ☐ Unliquidated | |
| **Franklin Park, IL 60131** | ☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Vincent Azzue** | ☐ Contingent | |
| **6325 Garland ct** | ☐ Unliquidated | |
| **New port richey, FL 34652** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Vincente Concepcion** | ☐ Contingent | |
| **21803 red arbor dr** | ☐ Unliquidated | |
| **Humble, TX 77338** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.271 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|
| **Virgilio Martinez Jr** | ☐ Contingent | |
| **850 CO Dr** | ☐ Unliquidated | |
| **Hemet, CA 92544** | ☐ Disputed | |
| Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Empire Solar Group, LLC** | | | Case number (if known) | **21-23636** |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.272 0**

**Nonpriority creditor's name and mailing address**
**Visiom Solar LLC**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

**$150.00**

---

**3.272 1**

**Nonpriority creditor's name and mailing address**
**VIsion Solar FL LLC**
**313 Datura Street**
**Suite 200**
**Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

**$90.00**

---

**3.272 2**

**Nonpriority creditor's name and mailing address**
**Visions of Love DBA Affordable Solar**
**23910 lh 10 West**
**APT 1104**
**San Antonio, TX 78257**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

**$250.00**

---

**3.272 3**

**Nonpriority creditor's name and mailing address**
**Voltio**
**1785 East Sahara Avenue**
**Suite 380**
**Las Vegas, NV 89104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

**$2,300.00**

---

**3.272 4**

**Nonpriority creditor's name and mailing address**
**Vortex Industries , Inc.**
**File 1095**
**1801 W. Olympic Blvd.**
**Pasadena, CA 91199-1095**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

**$554.00**

---

**3.272 5**

**Nonpriority creditor's name and mailing address**
**Wallace Keith Whiten**
**102 Pinecrest Place**
**Carrollton, GA 30117**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

**Unknown**

---

**3.272 6**

**Nonpriority creditor's name and mailing address**
**Walt Hemingway**
**2497 Illumination Bay Place**
**Laughlin, NV 89029**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)      **21-23636**
_____
Name

---

| 3.272 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walt Thomas**
**925 Paullus Drive**
**Hollister, CA 95023**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.272 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walter Pimentel**
**240 w 125 n**
**Clearfield, UT 84015**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.272 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walter Radillo**
**4805 Plata Del Sol Dr**
**Las Vegas, NV 89121**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.273 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walter Ross**
**2526 Garnet Avenue**
**Riverdale, GA 30296**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.273 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walter Zumbrennen**
**238 Meyers Ave**
**Henderson, NV 89015**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.273 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Warren Hutson**
**19825 Elk Place**
**Denver, CO 80249**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| 3.273 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Warren Spiker**
**3210 westchester dr**
**Abilene, TX 79606**

**Date(s) debt was incurred  0**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.273 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Wasana Thompson**<br>**202 15th ave ne**<br>**Rochester, MN 55906** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.273 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,952.34** |
|---|---|---|---|
| | **Waste Management**<br>**PO Box 541065**<br>**Los Angeles, CA 90054-1065** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.273 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Wathinee Uttho**<br>**880 Venice Gln**<br>**Escondido, CA 92026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.273 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Wayne Adamczyk**<br>**13014 Bramble Court**<br>**Homer Glen, IL 60491** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.273 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Wayne Barrett**<br>**2015 Crestside Dr**<br>**Carrollton, TX 75007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.273 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Wayne Soltys**<br>**325 E. Cornell Dr**<br>**Tempe, AZ 85283** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.274 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Wendy Boeing**<br>**7649 Dove Canyon st**<br>**Las Vegas, NV 89123** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **0** | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
Name

| 3.274 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,319.07** |
| | **Werner Electric** | ☐ Contingent | |
| | **Bin 88502** | ☐ Unliquidated | |
| | **Milwaukee, WI 53288-8502** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.274 2 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.50** |
| | **Werner Electric** | ☐ Contingent | |
| | **Bin 88502** | ☐ Unliquidated | |
| | **Milwaukee, WI 53288-8502** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.274 3 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** |
| | **WESTERN NATIONAL MUTUAL INS CO** | ☐ Contingent | |
| | **PO BOX 59184** | ☐ Unliquidated | |
| | **MINNEAPOLIS, MN 55459-0184** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.274 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$749.20** |
| | **Western Sun** | ☐ Contingent | |
| | **230 N 1200 East** | ☐ Unliquidated | |
| | **Suite 204** | ☐ Disputed | |
| | **Lehi, UT 84043** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.274 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Weston Mullennix** | ☐ Contingent | |
| | **628 Kiwi Rd** | ☐ Unliquidated | |
| | **Sterling, CO 80751** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.274 6 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| | **Whitney Gladstone** | ☐ Contingent | |
| | **1960 Mendocino Blvd** | ☐ Unliquidated | |
| | **San Diego, CA 92107** | ☐ Disputed | |
| | **Date(s) debt was incurred  0** | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.274 7 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.00** |
| | **Whitney Nichols** | ☐ Contingent | |
| | **86 W Silver Springs Drive** | ☐ Unliquidated | |
| | **Vineyard, UT 84059** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

---

**3.2748**

**Nonpriority creditor's name and mailing address**

**William  Schmidt**
**1410 bankston dr**
**Wylie, TX 75098**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2749**

**Nonpriority creditor's name and mailing address**

**William  Wycoff Jr**
**5820 River Ridge Dr.**
**Haltom, TX 76137**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2750**

**Nonpriority creditor's name and mailing address**

**William Beckham**
**2202 Moore St**
**Abilene, TX 79605**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2751**

**Nonpriority creditor's name and mailing address**

**William Brown**
**11799 Brown Fox Ln**
**Alamosa, CO 81101**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2752**

**Nonpriority creditor's name and mailing address**

**William Cade**
**17192 Buffalo Valley Path**
**Monument, CO 80132**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2753**

**Nonpriority creditor's name and mailing address**

**William Calhoun**
**7225 Woodpigeon Road**
**Corona, CA 92880**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2754**

**Nonpriority creditor's name and mailing address**

**William Casey**
**1805 Saddleback Place**
**Hanford, CA 93230**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.275 5**

**Nonpriority creditor's name and mailing address**

**William Childers**
**10920 w bee bee ln**
**Casa grande, AZ 85193**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.275 6**

**Nonpriority creditor's name and mailing address**

**William Craft**
**10384 Coyote Cub Ave**
**Las Vegas, NV 89129**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.275 7**

**Nonpriority creditor's name and mailing address**

**William Fawley**
**3460 Anderson Rd**
**Lynchburg, OH 45142**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.275 8**

**Nonpriority creditor's name and mailing address**

**William Hall**
**108 Fedel Court**
**Ouray, CO 81427**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.275 9**

**Nonpriority creditor's name and mailing address**

**William Herzfeld**
**1863 N BAT MASTERSON LN**
**PUEBLO WEST, CO 81007**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.276 0**

**Nonpriority creditor's name and mailing address**

**William Kruppiak**
**3755 Blackwood lane**
**Johnstown, CO 80534**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.276 1**

**Nonpriority creditor's name and mailing address**

**William Kubie**
**6537 Westbourn Circle**
**Fort Collins, CO 80525**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor    **Empire Solar Group, LLC**                                    Case number (if known)    **21-23636**
Name

| | |
|---|---|
| 3.276 2 | **Nonpriority creditor's name and mailing address** |

**William McCormick**
**5755 Redcoat Run**
**Stone Mountain, GA 30087**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.276 3 | **Nonpriority creditor's name and mailing address** |

**William S Young**
**17700 South Golden Valley Drive**
**Sahuarita, AZ 85629**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.276 4 | **Nonpriority creditor's name and mailing address** |

**William Stanton**
**4338 Gallagher dr**
**Houston, TX 77045**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.276 5 | **Nonpriority creditor's name and mailing address** |

**William Zapata**
**3772 Sharon Dr**
**Powder Springs, GA 30127**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.276 6 | **Nonpriority creditor's name and mailing address** |

**William Zimmer**
**805 Columbia Ct**
**Blue Mound, TX 76131**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.276 7 | **Nonpriority creditor's name and mailing address** |

**Willow Welter**
**2544 Balboa St**
**Colorado Springs, CO 80907**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

**Unknown**

---

| | |
|---|---|
| 3.276 8 | **Nonpriority creditor's name and mailing address** |

**Wilson Villanueva**
**2217 Blythwood trail**
**Fort worth, TX 76109**

**Date(s) debt was incurred  0**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

**Unknown**

---

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.2769**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,030.43 |
|---|---|---|
| **WIPF CONSTRUCTION LLC**<br>**PO Box 234**<br>**Ukiah, CA 95482** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2770**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,287.50 |
|---|---|---|
| **WOLF TRACK ENERGY**<br>**6323 PIONEER JCT RD**<br>**DULUTH, MN 55804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2771**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Woody Means**<br>**9228 Vista Drive**<br>**Spring Valley, CA 91977** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2772**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,750.00 |
|---|---|---|
| **Wyssling Consulting Scott Wyssling**<br>**76 N. Meadowbrook Drive**<br>**Alpine, UT 84004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2773**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Xao Xiong**<br>**2186 Waukon Avenue**<br>**Saint Paul, MN 55119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2774**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Xavier Davis**<br>**817 Big Water Trail**<br>**Abilene, TX 79602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.2775**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Xavier Gulley**<br>**2101 Northwest 81st Street**<br>**Kansas City, MO 64151** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** **0** | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.277 6 | **Nonpriority creditor's name and mailing address** <br> **Xtreme Solar** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$250.00** |
| | **Date(s) debt was incurred** _ <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.277 7 | **Nonpriority creditor's name and mailing address** <br> **Yadira Theye** <br> **25086 Painted Canyon Court** <br> **Menifee, CA 92584** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **Unknown** |
| | **Date(s) debt was incurred 0** <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.277 8 | **Nonpriority creditor's name and mailing address** <br> **Yaimet Flores Rodriguez** <br> **4625 Fulton Place** <br> **Las Vegas, NV 89107** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **Unknown** |
| | **Date(s) debt was incurred 0** <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.277 9 | **Nonpriority creditor's name and mailing address** <br> **Yaqueze Martin** <br> **5707 Emmalee Dr** <br> **Louisville, KY 40219** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **Unknown** |
| | **Date(s) debt was incurred 0** <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.278 0 | **Nonpriority creditor's name and mailing address** <br> **Yaroslav Medina & Mayra Alvarez-Medina** <br> **4713 Cliff Breeze Drive** <br> **North Las Vegas, NV 89081** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **Unknown** |
| | **Date(s) debt was incurred 0** <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.278 1 | **Nonpriority creditor's name and mailing address** <br> **Yaw Obiri** <br> **10228 180th Lane Northwest,** <br> **Elk River, MN 55330** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **Unknown** |
| | **Date(s) debt was incurred 0** <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.278 2 | **Nonpriority creditor's name and mailing address** <br> **Yelixza Rodriguez** <br> **1718 W Orange St.** <br> **Kissimmee, FL 34741** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **Unknown** |
| | **Date(s) debt was incurred 0** <br> **Last 4 digits of account number** _ | **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

**3.278 3**

**Nonpriority creditor's name and mailing address**
**Yinet Amador-Gonzalez**
**4356 Questa Court**
**Las Vegas, NV 89120**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278 4**

**Nonpriority creditor's name and mailing address**
**Yohan Hwang**
**1208 Corte Mendi**
**Chula Vista, CA 91913**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278 5**

**Nonpriority creditor's name and mailing address**
**Yohan Ropero & Ximena Arteaga**
**3903 Hybrid ct**
**Baytown, TX 77521**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278 6**

**Nonpriority creditor's name and mailing address**
**Yolanda Granillo**
**1724 Newark**
**Aurora, CO 80010**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278 7**

**Nonpriority creditor's name and mailing address**
**Yolanda Keys**
**18369 Timbermil Lane**
**New Caney, TX 77357**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278 8**

**Nonpriority creditor's name and mailing address**
**York Palmdale Properties**
**6300 Canoga Ave**
**Suite 1520**
**Woodland Hills, CA 91367**

Date(s) debt was incurred **0**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.278 9**

**Nonpriority creditor's name and mailing address**
**Your Employment Solutions**
**880 W Center Street**
**North Salt Lake, UT 84054**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,498.45**

---

| Debtor | **Empire Solar Group, LLC** | | Case number (if known) | **21-23636** |
|---|---|---|---|---|
| | Name | | | |

| 3.279 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,102.54** |
|---|---|---|---|
| | **Your Employment Solutions**<br>**880 W Center Street**<br>**North Salt Lake, UT 84054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,102.50** |
|---|---|---|---|
| | **Yumi, Inc.**<br>**2970 E. Mountain View Dr.**<br>**Salt Lake City, UT 84109** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Yvette Arreola**<br>**3608 Tonopah Ave**<br>**North Las Vegas, NV 89030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** **0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Yvonne Cook-Todrick**<br>**40093 West Williams Way**<br>**Maricopa, AZ 85138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** **0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Zac Valdez**<br>**1604 Shoreview Pkwy**<br>**Severance, CO 80550** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** **0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Zacchary Mattson**<br>**247 Abby Road**<br>**Cheyenne, WY 82007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** **0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.279 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Zach Emick**<br>**5065 Praire Lark Ln**<br>**Severance, CO 80615** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** **0**<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

---

**3.2797**

**Nonpriority creditor's name and mailing address**
**Zach Nelson**
**315 4th Avenue South**
**South Saint Paul, MN 55075**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2798**

**Nonpriority creditor's name and mailing address**
**Zach Paul Herold**
**708 Hyde Merritt Road**
**Cheyenne, WY 82009**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2799**

**Nonpriority creditor's name and mailing address**
**Zachary Dickinson**
**4108 Vincent  Terrace**
**Haltom, TX 76137**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2800**

**Nonpriority creditor's name and mailing address**
**Zachary Gordon**
**5312 Cappellini Court**
**Las Vegas, NV 89141**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2801**

**Nonpriority creditor's name and mailing address**
**Zachary Herl**
**4144 Fossile Butte Dr**
**Fort Worth, TX 76244**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2802**

**Nonpriority creditor's name and mailing address**
**Zachary Steffen**
**6296 S Hudson Ct**
**Centennial, CO 80121**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.2803**

**Nonpriority creditor's name and mailing address**
**Zachary Van Etten**
**2400 Open Range Dr**
**Fort Worth, TX 76177**

Date(s) debt was incurred **0**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Empire Solar Group, LLC**                                    Case number (if known)     **21-23636**
_____
Name

| 3.280 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,674.00** |
|---|---|---|---|

3.280 4

**Nonpriority creditor's name and mailing address**
**Zendesk, Inc**
**PO Box 734287**
**Chicago, IL 60673-4287**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$41,674.00**

---

3.280 5

**Nonpriority creditor's name and mailing address**
**ZenSolar**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,971.70**

---

3.280 6

**Nonpriority creditor's name and mailing address**
**Zion Roof Repairs**
**245 West 725 South**
**Hurricane, UT 84737**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,200.00**

---

3.280 7

**Nonpriority creditor's name and mailing address**
**Ziya Rettig**
**8351 Hollywood Hills Ave**
**Las Vegas, NV 89178**

**Date(s) debt was incurred  0**
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

**Unknown**

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|
| 4.1 **Kosto & Rotella** c/o Raymond J. Rotella PO Box 113 Orlando, FL 32802 | Line **3.315** ☐ Not listed. Explain ____ | _ |
| 4.2 **Mcglinchey** c/o Ricardo A. Aguilar 601 Poydras St., Suite 1200 New Orleans, LA 70130 | Line **3.230** ☐ Not listed. Explain ____ | _ |
| 4.3 **Mcglinchey** c/o Ricardo A. Aguilar 601 Poydras St., Suite 1200 New Orleans, LA 70130 | Line **3.231** ☐ Not listed. Explain ____ | _ |
| 4.4 **Mcglinchey** c/o Ricardo A. Aguilar 601 Poydras St., Suite 1200 New Orleans, LA 70130 | Line **3.232** ☐ Not listed. Explain ____ | _ |

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                **Page 549 of 550**

| Debtor | **Empire Solar Group, LLC** | Case number (if known) | **21-23636** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **Mcglinchey**<br>**c/o Ricardo A. Aguilar**<br>**601 Poydras St., Suite 1200**<br>**New Orleans, LA 70130** | Line  **3.233**<br><br>☐   Not listed. Explain ____ | _ |
| 4.6 | **S&D Law**<br>**c/o Steven W. Kelly**<br>**1290 Broadway, Suite 1650**<br>**Denver, CO 80203** | Line  **3.450**<br><br>☐   Not listed. Explain ____ | _ |
| 4.7 | **Strong & Hanni**<br>**c/o Mark S. Swan**<br>**9350 South 150 East**<br>**Sandy, UT 84070** | Line  **3.731**<br><br>☐   Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **707,891.46** |
| **5b. Total claims from Part 2** | 5b.   **+** | $ | **16,935,487.92** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **17,643,379.38** |

---

Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | **Page 550 of 550**

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Empire Solar Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   **21-23636**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*       *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest     **See Exhibit 4.** | |
| State the term remaining | |
| List the contract number of any government contract | **See Exhibit 4.** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# EXHIBIT 4

In re Empire Solar Group, LLC
Case No.
Schedule G: Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|
| Schedule G: Executory Contracts and Unexpired Leases | | | | | | | | | | |
| Pure Expectations | 5870 Pacific Shores Dr | | | Las Vegas | NV | 89142 | USA | Solar system marketing and sales | Ongoing | |
| SOL Connection | 39641SabaC | | | Murrieta | CA | 92563 | USA | Solar system marketing and sales | Ongoing | |
| Cransten | 9980 S 300 W | Ste. 200 | | Sandy | UT | 84070 | USA | Solar system marketing and sales | Ongoing | |
| Defensores De La Energía Renovable | 22959 E Smoky Hill Rd, | Apt. F201 | | Aurora | CO | 80015 | USA | Solar system marketing and sales | Ongoing | |
| Divinci Solutions | 1617 Feise Forest Dr | | | Ofallon | MO | 63368 | USA | Solar system marketing and sales | Ongoing | |
| Ecolux Solar | 122 W Hackberry Road | | | Vineyard | UT | 84059 | USA | Solar system marketing and sales | Ongoing | |
| AmeriSave Mortgage | 3525 Piedmont Rd NE | 8 Piedmont Center | Suite 600 | Atlanta | GA | 30305 | USA | Solar system marketing and sales | 1 yr from 5/25/21 | |
| KR Comm LLC | 932 Kenmore Ave. | | | Buffalo | NY | 14216 | USA | Solar system marketing and sales | 1 yr from 5/21/21 | |
| Leverage Our Sun | 35622 Belleville Ct | | | Murrieta | CA | 29563 | USA | Solar system marketing and sales | 1 yr from 5/19/21 | |
| Rogelio Mata Marinez dba Ignite NRG | 600 Green Pastured Dr | | | Kyle | TX | 78640 | USA | Solar system marketing and sales | 1 yr from 5/19/21 | |
| Sunny Renewable Energy | 562 E Austin Rd | | | Vineyard | UT | 84059 | USA | Solar system marketing and sales | 1 yr from 5/19/21 | |
| Empire Solutions LLC dba TTG | 725 W Stetson Ave | | | Hemet | CA | 92543 | USA | Solar system marketing and sales | 1 yr from 5/6/21 | |
| Skylight NRG | 4100 Southwest Freeway | Apt 226 | | Houston | TX | 77027 | USA | Solar system marketing and sales | 1 yr from 5/3/21 | |
| ABP Energy | 4151 F Mica Rd | | | San Tan Valley | AZ | 85143 | USA | Solar system marketing and sales | 1 yr from 4/30/21 | |
| Mighty Mike | P.O. Box 85040 | | | Tucson | AZ | 85754 | USA | Solar system marketing and sales | 1 yr from 5/5/21 | |
| Good 3nergy | 36 E Jackson St. | | | Orlando | FL | 31801 | USA | Solar system marketing and sales | 1 yr from 5/5/21 | |
| Get 'Er Dunn, Inc. dba Harness Power | 177 E Colorado Blvd | | | Pasadena | CA | 91103 | USA | Solar system marketing and sales | 1 yr from 5/6/21 | |
| Savage Restoration Inc | 2405 Essington Rd. | Unit I | | Joilet | IL | 60435 | USA | Solar system marketing and sales | 1 yr from 4/30/21 | |
| David A. Jurgensen | 13900 Kentucky Ave | | | Savage | MN | 55378 | USA | Solar system marketing and sales | 1 yr from 5/3/21 | |
| Ballew Realty & Investments Inc dba SignBright Solar | PO Box 702 | | | Boise | ID | 83702 | USA | Solar system marketing and sales | 1 yr from 5/6/21 | |
| SUN/SOLAR/LIFE | 5829 Galway Bay St | | | N Las Vegas | NV | 89081 | USA | Solar system marketing and sales | 1 yr from 5/3/21 | |
| Ready Solar | 4935 W 9th St. | | | Greeley | CO | 80634 | USA | Solar system marketing and sales | 1 yr from 5/6/21 | |
| Straight Talk Solar CO | 6018 Paseo Alameda | | | Carlsbad | CA | 92009 | USA | Solar system marketing and sales | 1 yr from 5/6/21 | |
| 1 Up Solar | 1419 University Ave, | Suite A | | San Diego | CA | 92103 | USA | Solar system marketing and sales | 1 yr from 5/4/21 | |
| One Energy Solutions | 2800 W Lake Street | | | Chicago | IL | 60612 | USA | Solar system marketing and sales | 1 yr from 5/3/21 | |
| Synesthesia Solar dba Skycap Solar | 6715 Enterprise Drive | D 104 | | Fort Collins | CO | 80526 | USA | Solar system marketing and sales | 1 yr from 5/6/21 | |
| Zion Management dba Radiant Solar | 2596 Madison Rd | Ste A-10 | | Cincinnati | OH | 45208 | USA | Solar system marketing and sales | 1 yr from 4/30/21 | |
| Simple Energy | 33202 Parown Dr | | | Temecula | CA | 92592 | USA | Solar system marketing and sales | 1 yr from 5/7/21 | |
| Awaken Energy | 1350 S Five Mile Rd | #190744 | | Boise | ID | 83719 | USA | Solar system marketing and sales | 1 yr from 4/30/21 | |
| Pulse Marketing Group | 2249 Albren St. | | | North Port | FL | 34286 | USA | Solar system marketing and sales | 1 yr from 5/6/21 | |
| Kota Energy Group | 1227 Flynn Rd | Ste 307 | | Camarillo | CA | 93012 | USA | Solar system marketing and sales | 1 yr from 5/5/21 | |
| Luminary Solar | 616 Valencia St | | | Dallas | TX | 75223 | USA | Solar system marketing and sales | 1 yr from 5/5/21 | |
| Seed Solar | 1100 73rd Ave | 73C | | Denver | CO | 80229 | USA | Solar system marketing and sales | 1 yr from 4/30/21 | |
| LC Solar Panels | 3090 S Jamaica Ct | Office 112 | | Aurora | CO | 80014 | USA | Solar system marketing and sales | 1 yr from 5/5/21 | |
| Energy Advance | 3289 W 4975 S | | | Roy | UT | 84067 | USA | Solar system marketing and sales | 1 yr from 4/30/21 | |
| Renewable Resources | 1340 E Canyon Driv | | | South Weber | UT | 84405 | USA | Solar system marketing and sales | | |
| Optimum Solar Group | 4489 W Iron Mountain Drive | | | South Jordan | UT | 84009 | USA | Solar system marketing and sales | 1 yr from 5/6/21 | |
| Go Sunlite LLC | 4115 Ruslter Way | | | Gilbert | AZ | 85297 | USA | Solar system marketing and sales | 1 yr from 5/6/21 | |
| PAB GROUP INC | 1915 I Street | | | Sacramento | CO | 95811 | USA | Solar system marketing and sales | 1 yr from 4/30/21 | |
| Rivus Energy Consulting LLC | 10136 W 149th Terr. | | | Overland Park | KS | 66221 | USA | Solar system marketing and sales | 1 yr from 5/6/21 | |
| Noble Solar | 2901 W Bluegrass Blvd. | Ste 200 | | Lehi | UT | 84043 | USA | Solar system marketing and sales | 1 yr from 5/6/21 | |
| Native Grid LLC | 2036 W Virginia Ave | | | Phoenix | AZ | 85009 | USA | Solar system marketing and sales | 1 yr from 5/6/21 | |
| Moment Smart Home LLC | 879 Beacon St | | | Boise | ID | 83712 | USA | Solar system marketing and sales | 1 yr from 5/6/21 | |
| Impact Energy | PO BOX 844 | | | Enterprise | UT | 84725 | USA | Solar system marketing and sales | 1 yr from 5/5/21 | |
| Sunmade Solutions | 12971 Tyler Run Ave | | | Odessa | FL | 33556 | USA | Solar system marketing and sales | 1 yr from 5/3/21 | |
| Smart Energy Today, Inc. | 2500 Mottman Rd SW | Suite 100 | | Turnwater | WA | 98512 | USA | Solar system marketing and sales | 1 yr from 5/6/21 | |
| Flojo Recruiting LLC | 381 W Center St | | | Pleasant Grove | UT | 84062 | USA | Solar system marketing and sales | 1 yr from 4/9/21 | |
| Clean Energy America LLC | 7133 N Mesa | Apt 142 | | El Paso | TX | 79912 | USA | Solar system marketing and sales | 1 yr from 5/13/21 | |
| Dawrance Constant | 600 NE 40th St | | | Deerfield Beach | FL | 33064 | USA | Solar system marketing and sales | 1 yr from 3/29/21 | |
| Devine Solar Solutions | 1105 4th Ave | | | Napa | CA | 94559 | USA | Solar system marketing and sales | 1 yr from 5/3/21 | |
| Eco Rocha LLC | 6089 Mustang Breeze Trail | Unit 102 | | Henderson | NV | 89011 | USA | Solar system marketing and sales | 1 yr from 3/1/21 | |
| Electrum Renewables | 2085 Summerfield Ln | | | Rexburg | ID | 83440 | USA | Solar system marketing and sales | 1 yr from 4/15/21 | |
| Generation Solar LLC | 1192 E Draper Parkway | #466 | | Draper | UT | 84020 | USA | Solar system marketing and sales | 1 yr from 4/28/21 | |
| Go Green With Len | 111 Brazos Valley Ln | | | Weatherford | TX | 76087 | USA | Solar system marketing and sales | 1 yr from 5/10/21 | |
| Inty Power LLC | 819 W 22nd St | Suite 105 | | Tempe | AZ | 85282 | USA | Solar system marketing and sales | 1 yr from 2/19/21 | |
| New Earth Solar LLC | 145 Saddlerock Circle | | | Sedona | AZ | 86336 | USA | Solar system marketing and sales | 1 yr from 3/19/21 | |
| Sector 7 Energy LLC | 808 Stewart Avenue | Suite 200 | | Plano | TX | 75074 | USA | Solar system marketing and sales | 1 yr from 2/23/21 | |
| Solar Energy Partners LLC | 2925 Niagra Street | | | Turlock | CA | 95382 | USA | Solar system marketing and sales | 1 yr from 4/30/21 | |
| Summit Solar & Roofing Inc | 974 Kendall Dr. | Ste #9 | | San Bernardino | CA | 92407 | USA | Solar system marketing and sales | 1 yr from 5/10/21 | |
| Sunovio Inc | 3400 Cottage Way | Suite G2 | #2042 | Sacramento | CA | 95825 | USA | Solar system marketing and sales | 1 yr from 5/18/21 | |
| Sunwise Inc | 24049 Burr Oaks Ln | | | Athens | IL | 62613 | USA | Solar system marketing and sales | 1 yr from 4/21/21 | |
| Tailored Projects, LLC | 16621 Spence Park Ln | | | Prosper | TX | 75078 | USA | Solar system marketing and sales | 1 yr from 4/21/21 | |
| TruHome Pros | 697 Somerset Ave | | | W Dundee | IL | 60118 | USA | Solar system marketing and sales | 1 yr from 4/21/21 | |
| United Solar Association | 2017  Crystal  Bay  Ct. | | | Seneca | SC | 29672 | USA | Solar system marketing and sales | 1 yr from 2/12/21 | |
| Varela Solar LLC | 8280 Meadow Rd | #6305 | | Dallas | TX | 75231 | USA | Solar system marketing and sales | 1 yr from 5/10/21 | |
| Winners Circle Brokerage | 22800 Bulverde Rd | | | San Antonio | TX | 78261 | USA | Solar system marketing and sales | 1 yr from 5/6/21 | |
| Berrios Products LLC | 13333 Northwest Freeway | | | Houston | TX | 77040 | USA | Solar system marketing and sales | 1 yr from 3/2/21 | |
| Solar Avenue, LLC | 1910 Pacific Avenue | | | Dallas | TX | 75201 | USA | Solar system marketing and sales | 1 yr from 7/20/21 | |
| Green Energy NV, LLC | 2108 Calville St | Unit 104 | | Las Vegas | NV | 89128 | USA | Solar system marketing and sales | 1 yr from 7/20/21 | |
| Eric Alexander Falcon dba SFG Energy, Inc | 217 Bellagio Drive | | | Austin | TX | 78734 | USA | Solar system marketing and sales | 1 yr from 7/20/21 | |
| Preston Packard dba Solpal Energy, LLC | 13423 Blanco Rd | #841 | | San Antonio | TX | 78216 | USA | Solar system marketing and sales | 1 yr from 7/27/21 | |
| Broadliving Consulting, LLC | 150 S Decatur Blvd | | | Las Vegas | NV | 89107 | USA | Solar system marketing and sales | 1 yr from 7/22/21 | |
| Wesley Bryant dba NZO Solar, LLC | 1507 NW 10th Cir | | | Battle Ground | WA | 98604 | USA | Solar system marketing and sales | 1 yr from 7/20/21 | |
| Jose Roberto Esquer Cuevas dba RJ Smart Developme | 612 Park Landing Ct | | | North Las Vegas | NV | 89032 | USA | Solar system marketing and sales | 1 yr from 8/11/21 | |
| TGE Solar, LLC | 1623 W Mission Ave | | | Spokane | WA | 99201 | USA | Solar system marketing and sales | 1 yr from 7/20/21 | |
| Soular Energy Solutions, LLC | 316 W Avenida Gaviota | | | San Clemente | CA | 92672 | USA | Solar system marketing and sales | 1 yr from 7/27/21 | |
| Travis Wilson II dba Solarize Electric LTD | 6847 Stewart Rd | Apt 332 | | Cincinnati | OH | 45236 | USA | Solar system marketing and sales | 1 yr from 7/23/21 | |
| Green Planet Solutions | 11910 Orsinger Lane | | | San Antonio | TX | 78230 | USA | Solar system marketing and sales | Ongoing | |
| Home Nerds | 7901 4th St N | Ste 300 | | St Petersburg | FL | 33702 | USA | Solar system marketing and sales | Ongoing | |
| Impact Industries dba Impact Power | 574 S 225 W | | | Cedar City | UT | 84720 | USA | Solar system marketing and sales | Ongoing | |
| Innovative Living LLC | 11095 S Black Hawk Dr. | | | South Jordan | UT | 84095 | USA | Solar system marketing and sales | Ongoing | |
| Rawlstar Resources International | 4001 Santa Barbara Blvd | Suite 239 | | Naples | FL | 34104 | USA | Solar system marketing and sales | Ongoing | |
| Devin Roseburg | 436 Joshua Drive | | | Kaysville | UT | 84037 | USA | Solar system marketing and sales | Ongoing | |
| Electriq Power, Inc | 14451 Catalina Street | | | San Leandro | CA | 94577 | USA | Solar system marketing and sales | Ongoing | |
| LGCY Power, LL | 3333 Digital Dr | | | Lehi | UT | 84043 | USA | Solar system marketing and sales | Ongoing | |
| ST Raptor LL | 1309 Coffeen Ave | Suite 1200 | | Sheridan | WY | 82801 | USA | Solar system marketing and sales | Ongoing | |
| Nexgen("NEXGEN") | 7878 N 16th Street | Unit 116 | | Phoenix | AZ | 85020 | USA | Solar system marketing and sales | Ongoing | |
| Nationwide Energy | 6407 N.E. 117th Ave | Suite B | | Vancouver | WA | 98682 | USA | Solar system marketing and sales | | |
| Solar Improvement | 8373 Bellingham Dr | Apt B402 | | Sandy | UT | 84070 | USA | Solar system marketing and sales | Ongoing | |
| BLACK Ventures LLC | 537 N Mountain Peak Dr | | | Saratoga Springs | UT | 84045 | USA | Solar system marketing and sales | Ongoing | |
| Klick Solar | 9250 E Costilla Pl | #110 | | Greenwood Village | CO | 80112 | USA | Solar system marketing and sales | Ongoing | |
| Tephra Solar | 630 E Center St. | | | Alpine | UT | 84004 | USA | Solar system marketing and sales | Ongoing | |
| United Energy Partners | 12016 S Genova Dr. | | | Draper | UT | 84020 | USA | Solar system marketing and sales | Ongoing | |
| Spring Solar LLC | 1442 Copper John Way | | | Riverton | UT | 84065 | USA | Solar system marketing and sales | Ongoing | |
| Nomo Energy Hub | 2701 North Thanksgiving Way | Suite 100 | | Lehi | UT | 84043 | USA | Solar system marketing and sales | Ongoing | |
| Primitive Power | 366 N Gilbert Rd | #203 | | Gilbert | AZ | 85234 | USA | Solar system marketing and sales | Ongoing | |
| Solare Power | 640 New Hope Road East | | | McKinney | TX | 75071 | USA | Solar system marketing and sales | Ongoing | |
| Straight Talk Solar Co | 6018 Paseo Alameda | | | Carlsbad | CA | 92009 | USA | Solar system marketing and sales | Ongoing | |
| Sun Source Energy | 5580 W Flamingo Rd | Unit 101 | | Las Vegas | NV | 89103 | USA | Solar system marketing and sales | Ongoing | |
| Stability Consulting DBA vir | 2565Chandler Ave | #1 | | Las Vegas | NV | 89120 | USA | Solar system marketing and sales | Ongoing | |
| Voltaic | 41870 Kalmia St | Ste 145 | | Murrieta | CA | 92563 | USA | Solar system marketing and sales | Ongoing | |
| Delage Landen Financial Services | 1111 Old Eagle School Road | | | Wayne | PA | 19087 | USA | Copier lease - #500-50207245 | 1/5/2024 | |
| Delage Landen Financial Services | 1111 Old Eagle School Road | | | Wayne | PA | 19087 | USA | Copier lease - #500-50207313 | 1/5/2024 | |
| Delage Landen Financial Services | 1111 Old Eagle School Road | | | Wayne | PA | 19087 | USA | Copier lease - #500-50207314 | 2/12/2024 | |
| Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0508108-000 | 8/10/2022 | |
| Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0508108-000 | 8/10/2022 | |
| Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0508108-000 | 8/10/2022 | |
| Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0594838-000 | 11/15/2022 | |
| Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0607000-000 | 3/26/2023 | |
| Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0607002-000 | 3/26/2023 | |
| Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0607005-000 | 3/26/2023 | |

In re Empire Solar Group, LLC
Case No. 21-23636
Schedule G: Executory Contracts and Unexpired Leases

| | Contract Counterparty | Address1 | Address2 | Address3 | City | State | Zip | Country | State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Copier Lease 500-0607006-000 | 3/26/2023 | |
| | Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0607907-000 | 4/6/2023 | |
| | Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0609862-000 | 5/11/2023 | |
| | Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0609855-000 | 5/11/2023 | |
| | Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0609856-000 | 5/11/2023 | |
| | Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0609853-000 | 5/11/2023 | |
| | Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0611473-000 | 6/5/2023 | |
| | Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0616652-000 | 8/17/2023 | |
| | Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0619570-000 | 9/21/2025 | |
| | Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0619571-000 | 9/21/2023 | |
| | Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0625353-000 | 11/25/2023 | |
| | Les Olsen/US Bank | 3244 S 300 W | | | Salt Lake City | UT | 84115 | USA | Copier Lease 500-0637907-000 | 4/21/2024 | |
| | isolved HCM, LLC | 11215 N. Community House Rd | Suite 800 | | Charlotte | NC | 28277 | USA | Software | Ongoing | |
| | ConnectWise, LLC | 4110 George Road | Suite 200 | | Tampa | FL | 33364 | USA | Software | Unknown | |
| | Blissfully Tech, Inc. | 35 E 19th St | | | New York | NY | 10003 | USA | Software | 2022 | |
| | Suntuity Solar LLC | 2137 NJ-35 | | | Holmdel | NJ | 07733 | USA | Bridge Loan Agreement | 9/1/2024 | |
| | Suntuity Solar LLC | 2137 NJ-35 | | | Holmdel | NJ | 07733 | USA | Management Services Agreement | | |
| | Suntuity Solar LLC | 2137 NJ-35 | | | Holmdel | NJ | 07733 | USA | Amended Bridge Loan and Management Services Agreeement | 9/1/2024 | |
| | Goodleap LLC | 8781 Sierra College Blvd | | | Roseville | CA | 95661 | USA | Home Improvement Financing Program Agreement | Ongoing | |
| | ARI Fleet Management Company | 4001 Leadenhall Road | | | Mount Laurel | NJ | 08065 | USA | Vehicle fleet | | |
| | Byline Financial Group | 2801 Lakeside Drive | Suite 212 | | Bannockburn | IL | 60015 | USA | Forklift lease | 2026 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Empire Solar Group, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF UTAH |
| Case number (if known) | **21-23636** |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Abigail Buchmiller** | **1698 West 600 North Farmington, UT 84025** | **Potentially all creditors.** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Amanda Roseburg** | **436 Joshua Drive Kaysville, UT 84037** | **Potentially all creditors.** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Empire Solar Group, LLC**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)    **21-23636**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$71,286,784.76** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$135,089,625.97** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$36,784,707.93** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | | Case number *(if known)* **21-23636** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See Exhibit 5.** | **90 days prior to the petition date.** | **$15,223,286.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Various (see Exhibit 5)** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See Exhibit 6.** | **Various (see exhibit).** | **$2,346,478.22** | **Various (see Exhibit 6).** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Byline Financial Group 2801 Lakeside Drive, Suite 212 Deerfield, IL 60015** | **Clark S25 Forklifts** | **Unknown** | **Unknown** |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Bright Home Solar, LLC, et al. v. Emprie Solar Group, LLC 20-CA-001119** | | **13th Jud. Court for Hillsborough Co., FL 800 East Twiggs Street Tampa, FL 33602** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **2**

Debtor   **Empire Solar Group, LLC**                                          Case number *(if known)* **21-23636**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Gage Winters, et al. v. Empire Solar Group, LLC**<br>**2:21-CV-365-JCB** | | **US District Court for District of Utah**<br>**351 South West Temple**<br>**Salt Lake City, UT 84101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Lance Amato, et al. v. Empire Solar Group, LLC**<br>**C20-01064** | **Class Action** | **CA Superior Court County of Contra Costa**<br>**Wakefield Taylor Courthouse**<br>**725 Court Street**<br>**Martinez, CA 94553** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **GivePower Foundation**<br>**415 East St. Elmo**<br>**Suite #1-F1**<br>**Austin, TX 78745** | **Cash donations on the follwing dates: 1/4/21 ($23,480), 2/26/21 ($2,080), 3/4/21 ($26,203.20), 4/9/21 ($20,200), and 4/30/21 ($18,148).** | **See description section.** | **$90,111.00** |
| | **Recipients relationship to debtor** | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number *(if known)* **21-23636** |
|---|---|---|

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Greenberg Traurig** **1144 15th Street, Suite 3300** **Denver, CO 80202** | | **August 2021** | **$22,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |
| 11.2. **McKay, Burton & Thurman, P.C.** **15 West South Temple, Suite 1000** **Salt Lake City, UT 84101** | | **August 20, 2021** | **$15,338.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number *(if known)* **21-23636** |
|---|---|---|

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

    - ■ No Go to Part 10.
    - ☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

- ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

- ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

- ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **OFS Interiors**<br>**4753 Holladay Blvd**<br>**Salt Lake City, UT 84117** | **OFS Interiors**<br>**4753 Holladay Blvd.**<br>**Salt Lake City, Utah 84117** | **Office Furniture** | ☐ **No**<br>■ **Yes** |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number *(if known)* **21-23636**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **R&J Technical Services**<br>**3250 North 750 Eeast, #A**<br>**Layton, UT 84041** | **Unknown** | **Unknown** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **R&J Electric**<br>**467 West 4525 North**<br>**Ogden, UT 84405** | **Unkown** | **Unknown** | **Unknown** |

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■   No.
☐   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **6**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Empire Solar Group, LLC** | Case number *(if known)* **21-23636** |
|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Amanda Roseburg<br>436 Joshua Drive<br>Kaysville, UT 84037** | **From inception to August 2021.** |
| 26a.2. | **Daniel Barney<br>15157 South Silkwood Court<br>Draper, UT 84020** | **March 2021 to June 2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Eide Bailly LLP<br>5 Triad Center, Suite 600<br>Salt Lake City, UT 84180** | **Unknown to August 2021** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Amanda Roseburg<br>436 Joshua Drive<br>Kaysville, UT 84037** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | **Automtove Rentals Inc. (ARI)<br>PO Box 8500-4375<br>San Francisco, CA 94107** |
| 26d.2. | **Krannich Solar<br>3801 Ocean Ranch Blvd. Ste 1<br>Oceanside, CA 92056** |
| 26d.3. | **Sonepar Key Accounts, LLC<br>4400 Leeds Ave Suite 500<br>North Charleston, SC 29405** |
| 26d.4. | **CED Greentech (UT/National)<br>2242 S. Presidents Drive<br>Salt Lake City, UT 84120** |

Debtor   **Empire Solar Group, LLC**                                       Case number *(if known)* **21-23636**

| Name and address | |
| --- | --- |
| 26d.5. | **Everee, Inc.**<br>**26 South Rio Grande Street**<br>**Suite 2072**<br>**Salt Lake City, UT 84101** |
| 26d.6. | **Uinta Bank** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No

■  Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | **Amanda Roseburg** | **July 31, 2021** | **1,161,651 (average cost)** |
| | Name and address of the person who has possession of inventory records | | |
| | **Amanda Roseburg** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Abby Buchmiller** | **1698 West 600 North**<br>**Farmington, UT 84025** | **CEO/Owner** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Amanda Roseburg** | **436 Joshua Drive**<br>**Kaysville, UT 84037** | **President/CFO/Owner** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Steve Buchmiller** | **1698 West 600 North**<br>**Farmington, UT 84025** | **Former COO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Ronald Houskeeper** | **375 W Paddock Ln**<br>**Kaysville, UT 84037** | **Former equity holder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Jake Houskeeper** | **2081 South 450 East**<br>**Kaysville, UT 84037** | **Former equity holder** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Brian Starr** | **1604 Venitian WAy**<br>**Saratoga Springs, UT 84045** | **Former CTO** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor   **Empire Solar Group, LLC**                                    Case number *(if known)* **21-23636**

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ■ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _____

_____          _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# EXHIBIT 5

In re Empire Solar Group, LLC
Case No. 21-23636

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

**SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days preceding commencement of this case**

| Creditor Name | Address1 | Address2 | City | State | Zip | Check Number (if applicable) | Dates of Payments | Total Amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| C03170 Oscar Rodriguez | 212 Violet Avenue | | San Marcos | Califor | 92078 | 320 | 5/23/21 | $225.56 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 637 Ecoworld Energy | 13333 Northwest Freeway | | Houston | TX | 77040 | | 5/24/21 | 123926.34 | Accounts Payable : Dealer Commissions |
| 417 LGCY Power LLC | 3333 N Digital Drive | Ste 600 | Lehi | UT | 84043 | | 5/24/21 | $198,038.26 | Accounts Payable : Dealer Commissions |
| 1345 City of Anna | 3233 N. Powell Parkway | | Anna | TX | 75409 | 7689 | 5/24/21 | $185.00 | EPC : Permits |
| C02529 Anders Arnevik | 919 w 28th st | | Minneapolis | Minne | 55408 | 321 | 5/24/21 | $272.61 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 291 Comcast | PO Box 60533 | 0 | City of Industry | CA | 91716-0533 | ACH052421.2 | 5/24/21 | $146.70 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 445 MVEC | P.O. Box 77024 | | Minneapolis | MN | 55480-7724 | ACH052421.4 | 5/24/21 | $240.00 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944930 | 5/24/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944928 | 5/24/21 | $100.00 | EPC : Net Metering Fees |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944858 | 5/24/21 | $65.55 | EPC : Net Metering Fees |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944688 | 5/24/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944931 | 5/24/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944929 | 5/24/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944927 | 5/24/21 | $100.00 | EPC : Net Metering Fees |
| 177 Cirro Energy | P.O. Box 660004 | | Dallas | TX | 75266-0004 | ACH052421.5 | 5/24/21 | $195.05 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 1236 Duke Energy | PO Box 1326 | | Charlotte | NC | 28201-1326 | ACH052421.3 | 5/24/21 | $553.68 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 1345 City of Anna | 3233 N. Powell Parkway | | Anna | TX | 75409 | 7695 | 5/24/21 | $185.00 | EPC : Permits |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944740 | 5/24/21 | $428.20 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT052421.1 | 5/24/21 | $40,001.00 | Credit Cards : Divvy - 3099 |
| 1249 Grove City | | | | | | 7690 | 5/24/21 | $111.90 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 7688 | 5/24/21 | $255.00 | EPC : Net Metering Fees |
| 1345 City of Anna | 3233 N. Powell Parkway | | Anna | TX | 75409 | 7694 | 5/24/21 | $185.00 | EPC : Permits |
| 179 City Creek Parking | P.O. Box 112130 | | Salt Lake City | UT | 84147-2130 | | 5/25/21 | $19,051.00 | Accounts Payable : Trade |
| 411 Krannich | 3801 Ocean Ranch Blvd. | Suite 1 | Oceanside | CA | 92056 | | 5/25/21 | $389,450.95 | Accounts Payable : Trade |
| 411 Krannich | 3801 Ocean Ranch Blvd. | Suite 1 | Oceanside | CA | 92056 | | 5/25/21 | $1,963.34 | Accounts Payable : Trade |
| 528 Silfab Solar USA Inc. | 10620 Southern Highlands Pkwy. | Suite 110-304 | Las Vegas | NV | 89141 | | 5/25/21 | $129,729.60 | Accounts Payable : Trade |
| 1345 City of Anna | 3233 N. Powell Parkway | | Anna | TX | 75409 | 7698 | 5/25/21 | $185.00 | EPC : Permits |
| C01299 Ramona Baird | 8430 south Mojave ln | | Yuma | Arizon | 85364 | 322 | 5/25/21 | $215.92 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1572 Wright Hennepin Cooperative | 6800 Electric Drive | P.O. Box 330 | Rockford | MN | 55373 | VV2675 | 5/25/21 | $125.00 | EPC : Net Metering Fees |
| 1571 Sulphur Springs Valley Electric Co-op | 350 N Haskell Ave | | Wilcox | AZ | 85643 | VV2676 | 5/25/21 | $150.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944934 | 5/25/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944932 | 5/25/21 | $100.00 | EPC : Net Metering Fees |
| 1430 Village of Orland Hills | 16033 S. 94th Ave | | Orland Hills | IL | 60487 | VV2674 | 5/25/21 | $80.00 | EPC : Permits |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944689 | 5/25/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944935 | 5/25/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944933 | 5/25/21 | $100.00 | EPC : Net Metering Fees |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944879 | 5/25/21 | $66.24 | EPC : Net Metering Fees |
| 1567 City of San Bernardino | Vanir Tower | 290 North D Street | San Bernardino | CA | 92401 | VV2673 | 5/25/21 | $154.00 | EPC : Permits |
| 1575 City of Hesperia | 9700 Seventh Avenue | | Hesperia | CA | 92345 | VV2670 | 5/25/21 | $117.00 | EPC : Permits |
| 1574 City of Bullhead | 2355 Trane Road | | Bullhead City | AZ | 86442 | VV2671 | 5/25/21 | $50.00 | EPC : Permits |
| 1573 City of Galt | 380 Civic Drive | | Galt | CA | 95632 | VV2672 | 5/25/21 | $59.00 | EPC : Permits |
| 1345 City of Anna | 3233 N. Powell Parkway | | Anna | TX | 75409 | 7702 | 5/25/21 | $185.00 | EPC : Permits |
| C03122 Igor Rocha | 27814 Summit View Ct | | Katy | Texas | 77494 | 7691 | 5/25/21 | $2,618.34 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 671 City of Andover, MN | 1685 Crosstown Boulevard Northwest | | Andover | MN | 55304 | 7697 | 5/25/21 | $101.00 | EPC : Permits |
| Levi Metcalf | 234 E 100 N | APT 4 | Logan | UT | 84321 | 7701 | 5/25/21 | $846.00 | General Sales and Administrative Expenses : G&A : Department Expenses |
| C01496 Tara Wilson & Brandon Lomax | 7833 W Rainshower Dr | | Las Vegas | Nevad | 89147 | 7696 | 5/25/21 | $1,700.16 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1393 Southern Pioneer Electric Company | PO Box 1177 | 1490 General Welch Blvd | Liberal | KS | 67901 | 7700 | 5/25/21 | $912.00 | EPC : Net Metering Fees |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT052521.1 | 5/25/21 | $40,002.00 | Credit Cards : Divvy - 3099 |
| 335 Evergy | PO Box 208 | | Wichita | KS | 67201 | 7699 | 5/25/21 | $100.00 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 121 APA Solar Racking | PO Box 224 | 20345 Co Rd | Ridgeville Corners | OH | 43555 | | 5/26/21 | $4,748.49 | Accounts Payable : Trade |
| C04302 Hugo Stierholz | 1433 Sandalwood Ln | | Odessa | Texas | 79761 | 7705 | 5/26/21 | $258.30 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C03673 Jordan & Brooke Woodward | 1169 Abbington Dr | | Union | Kentuc | 41091 | 323 | 5/26/21 | $163.42 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 218 City of Farmington | 800 Municipal Drive | | Farmington | NM | 87401 | VV2681 | 5/26/21 | $262.00 | EPC : Permits |
| 1307 City of Payson | 439 W. Utah Ave. | | Payson | UT | 84651 | VV2683 | 5/26/21 | $696.00 | EPC : Permits |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944936 | 5/26/21 | $100.00 | EPC : Net Metering Fees |
| 1570 City of Stanton | 7800 Katella Ave | | Stanton | CA | 90680 | VV2682 | 5/26/21 | $154.00 | EPC : Permits |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | VV2679 | 5/26/21 | $100.00 | EPC : Net Metering Fees |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | VV2680 | 5/26/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944937 | 5/26/21 | $100.00 | EPC : Net Metering Fees |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944690 | 5/26/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 1345 City of Anna | 3233 N. Powell Parkway | | Anna | TX | 75409 | 7761 | 5/26/21 | $185.00 | EPC : Permits |
| 1420 Town of Cave Creek | 37622 North Cave Creek Road | | Cave Creek | AZ | 85331 | 7765 | 5/26/21 | $100.00 | EPC : Permits |
| C02644 Johan Vera Resendiz | | | | | | 7704 | 5/26/21 | $647.85 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C10300 Benjamin Ricks | | | | | | 7703 | 5/26/21 | $200.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1345 City of Anna | 3233 N. Powell Parkway | | Anna | TX | 75409 | 7762 | 5/26/21 | $185.00 | EPC : Permits |
| C02250 RJ Dowd | 12827 Lake Vista Drive | | Gibsonton | Florida | 33534 | 7706 | 5/26/21 | $142.59 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT052621.1 | 5/26/21 | $40,003.00 | Credit Cards : Divvy - 3099 |
| 1345 City of Anna | 3233 N. Powell Parkway | | Anna | TX | 75409 | 7763 | 5/26/21 | $185.00 | EPC : Permits |
| 547 Sonepar Key Accounts, LLC | 4400 Leeds Ave #500 | | North Charleston | SC | 29405 | | 5/27/21 | $392.60 | Accounts Payable : Trade |
| 1235 GreenLancer Energy Inc. | 2200 Hunt Street, Suite 419 | | Detroit | MI | 48207 | | 5/27/21 | $4,446.00 | Accounts Payable : Trade |
| 915 Aptos Solar Technology | PO Box 4776, #100 | | Houston | TX | 77210-4776 | | 5/27/21 | $131,211.60 | Accounts Payable : Trade |
| 41 Jorge Caballero | 9143 Brilliant Prairie CT | | Las Vegas | NV | 89149 | | 5/27/21 | $2,080.00 | Accounts Payable : Trade |
| 960 Werner Electric | Bin 88502 | | Milwaukee | WI | 53288-8502 | | 5/27/21 | $4,689.00 | Accounts Payable : Trade |
| 599 Village of Franklin Park | 9500 Belmont Avenue | | Franklin Park | IL | 60131 | | 5/27/21 | $29.33 | Accounts Payable : Trade |
| 83 The Roofing Company | 3432 N Bruce St | Suite 3 | North Las Vegas | NV | 89030 | | 5/27/21 | $9,000.00 | Accounts Payable : Trade |
| 562 Teco Tampa Electric | PO Box 31318 | | Tampa | FL | 33631-3318 | | 5/27/21 | $296.45 | Accounts Payable : Trade |
| 560 T3 VoiceNet LLC | PO Box 4363 | | Midland | TX | 79704 | | 5/27/21 | $223.91 | Accounts Payable : Trade |

In re Empire Solar Group, LLC
Case No.
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Check Number (if applicable) | Dates of Payments | Total Amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| 916 SUNRUN INC | P.O. Box 516549 | | Los Angeles | CA | 90051-0595 | | 5/27/21 | $590.00 | Accounts Payable : Trade |
| 557 Sunbelt Rentals | PO Box 409211 | | Atlanta | GA | 30384-9211 | | 5/27/21 | $7,003.85 | Accounts Payable : Trade |
| 521 Salt River Project Power (SRP) | P.O. Box 52025 | | Phoenix | AZ | 85072-2025 | | 5/27/21 | $1,014.23 | Accounts Payable : Trade |
| 1331 Quality Construction and Repair Service | 1930 E Tam O'Shanter Street | | Ontario | CA | 91761 | | 5/27/21 | $14,000.00 | Accounts Payable : Trade |
| 492 Prodigy Promos | 123 South 1380 | | West Lindon | UT | 84042 | | 5/27/21 | $7,709.54 | Accounts Payable : Trade |
| 1241 Peak Services | 4710 W. DEWEY DRIVE | | LAS VEGAS | NV | 89118 | | 5/27/21 | $2,475.00 | Accounts Payable : Trade |
| 58 Paramount Contractors LLC | 1574 South Westview Drive | | Cedar City | UT | 84720 | | 5/27/21 | $3,578.00 | Accounts Payable : Trade |
| 1193 Ohio Bureau of Workers' Compensation | P.O. Box 89492 | | Cleveland | OH | 44101-6492 | | 5/27/21 | $69.00 | Accounts Payable : Trade |
| 1300 Monroe Titan | 1105 Marietta Way | | Sparks | NV | 89431 | | 5/27/21 | $1,004.47 | Accounts Payable : Trade |
| 439 Sofia Jimenez | 36812 Royce Court | | Palmdale | CA | 93552 | | 5/27/21 | $140.00 | Accounts Payable : Trade |
| 43 Kenco Remodeling | 8706 Sparren Way | | San Diego | CA | 92129 | | 5/27/21 | $32,257.00 | Accounts Payable : Trade |
| 396 Insur-West | P.O. Box 977 | | Farmington | UT | 84025 | | 5/27/21 | $25,700.23 | Accounts Payable : Trade |
| 1005 GVK Heating & Air, Inc. | 13459 Olive Tree Lane | | San Diego | CA | 92064 | | 5/27/21 | $12,540.00 | Accounts Payable : Trade |
| 976 GlobalTranz Enterprises, LLC (UT) | 795 E 340 S | Suite 200 | American Fork | UT | 84003 | | 5/27/21 | $21,830.00 | Accounts Payable : Trade |
| 348 First Digital Telecom | PO BOX 1499 | | Salt Lake City | UT | 84110-1499 | | 5/27/21 | $2,263.05 | Accounts Payable : Trade |
| 1010 EideBailly CPA's & Business Advisors | 5929 Fashion Point Drive | Suite 300 | Ogden | UT | 84403 | | 5/27/21 | $95.08 | Accounts Payable : Trade |
| 316 DialPad, Inc. | PO Box 123808 | | Dallas | TX | 75312-3808 | | 5/27/21 | $471.90 | Accounts Payable : Trade |
| 964 Mcnaughton Mckay Elect | PO Box 67000 | | Detroit | MI | 48267-0148 | | 5/27/21 | $2,625.64 | Accounts Payable : Trade |
| 1055 Pacific Gas and Electric Company (PG&E | PO Box 8329 | | Stockton | CA | 95208 | | 5/27/21 | $402.03 | Accounts Payable : Trade |
| 100 AEE Solar (QCell) | Dept LA 25061 | | Pasadena | CA | 91185-5061 | | 5/27/21 | $1,311.16 | Accounts Payable : Trade |
| 471 Okiireve | 3967 Uniondale Ct | | South Jordan | UT | 84009 | | 5/27/21 | $38,666.67 | Accounts Payable : Trade |
| 390 Impact Power LLC | 574 S 225 W | | Cedar City | UT | 84720 | | 5/27/21 | $11,760.51 | Accounts Payable : Dealer Commissions |
| 979 (Offboarded) ABP Energy | 4151 East Mica Road | | San Tan Valley | AZ | 85143 | | 5/27/21 | $86.78 | Accounts Payable : Dealer Commissions |
| 643 Sky Blue Energy | 4646 Amesbury Drive | Apt 501 | Dallas | TX | 75206 | | 5/27/21 | $50,120.00 | Accounts Payable : Dealer Commissions |
| 639 TTG | 725 W. Stetson Ave. | | Hemet | CA | 92543 | | 5/27/21 | $4,894.87 | Accounts Payable : Dealer Commissions |
| 638 (Offboarded) Revo Home Solutions | 5857 Owens Ave | Suite 301 | Carlsbad | CA | 92008 | | 5/27/21 | $3,123.75 | Accounts Payable : Dealer Commissions |
| 611 Voltaic LLC | 32954 Poppy Street | | Temecula | CA | 92592 | | 5/27/21 | $1,376.76 | Accounts Payable : Dealer Commissions |
| 558 Sunnerds | 12707 High Bluff Drive | Suite 200 | San Diego | CA | 92130 | | 5/27/21 | $23,350.11 | Accounts Payable : Dealer Commissions |
| 585 UNTD Energy | 12016 S Genova Drive | | Draper | UT | 84020 | | 5/27/21 | $14,973.32 | Accounts Payable : Dealer Commissions |
| 576 TruHome Pros LLC | 697 Somerset Avenue | Suite 400 | West Dundee | IL | 60118 | | 5/27/21 | $2,966.08 | Accounts Payable : Dealer Commissions |
| 552 ST Raptor LLC | 1309 Coffeen Ave | Ste 1200 | Sheridan | WY | 82801 | | 5/27/21 | $15,004.90 | Accounts Payable : Dealer Commissions |
| 536 Smart Energy Today LLC | 2500 Mottman Road SW | Suite 100 T | Tumwater | WA | 98512 | | 5/27/21 | $58,432.57 | Accounts Payable : Dealer Commissions |
| 530 Simple Energy LLC | 33202 Parown Drive | | Temecula | CA | 92592 | | 5/27/21 | $56,816.77 | Accounts Payable : Dealer Commissions |
| 489 Primitive Power LLC | 1530 E Williams Field Rd | #201 | Gilbert | AZ | 85234 | | 5/27/21 | $27,804.85 | Accounts Payable : Dealer Commissions |
| 461 Nomo Energy Hub LLC | 2701 North Thanksgiving Way | Suite 100 | Lehi | UT | 84043 | | 5/27/21 | $17,262.82 | Accounts Payable : Dealer Commissions |
| 457 Nexgen llc | 7878 North 16th | | Phoenix | AZ | 85020 | | 5/27/21 | $10,698.54 | Accounts Payable : Dealer Commissions |
| 371 Harness Power | 177 E Colorado Blvd | | Pasadena | CA | 91103 | | 5/27/21 | $796.56 | Accounts Payable : Dealer Commissions |
| 322 Ecolux Solar | 122 W Hackberry Road | | Vineyard | UT | 84059 | | 5/27/21 | $703.45 | Accounts Payable : Dealer Commissions |
| 144 Black Solar Jenco Ventures LLC | 537 N Mountain Peak Dr | | Saratoga Springs | UT | 84045 | | 5/27/21 | $1,933.76 | Accounts Payable : Dealer Commissions |
| 1321 Moment Solar | 879 Beacon St | | Boise | ID | 83712 | | 5/27/21 | $30,957.59 | Accounts Payable : Dealer Commissions |
| 1294 Greenway Group | 12971 Tyler Run Ave | | Odessa | FL | 33556 | | 5/27/21 | $1,855.00 | Accounts Payable : Dealer Commissions |
| 1273 Seed Solar LLC | 1100 73rd Ave | 73C | Denver | CO | 80229 | | 5/27/21 | $7,471.10 | Accounts Payable : Dealer Commissions |
| 1272 Sunny Renewable | 562 East Austin Road | | Vineyard | UT | 84059 | | 5/27/21 | $3,596.35 | Accounts Payable : Dealer Commissions |
| 1075 De Lage Landen Financial Services Inc | PO BOX 41602 | | PHILADELPHIA | PA | 19101-1602 | | 5/27/21 | $600.78 | Accounts Payable : Trade |
| 1159 Hybrid Solar | 6089 Mustang Breeze Trail Unit 102 | | Henderson | NV | 89011 | | 5/27/21 | $3,650.64 | Accounts Payable : Dealer Commissions |
| 1151 Rivus Energy | 1828 Walnut Street | | Kansas City | MO | 64109 | | 5/27/21 | $6,684.70 | Accounts Payable : Dealer Commissions |
| 1135 Home Nerds | 7901 4th St. N. Ste 300 | | St. Petersburg | FL | 33702 | | 5/27/21 | $262.52 | Accounts Payable : Dealer Commissions |
| 1101 Green Planet Solutions | 500 E 4th Street #235 | | Austin | TX | 78701 | | 5/27/21 | $1,642.31 | Accounts Payable : Dealer Commissions |
| 1087 Solar Broker Pros | 1951 East Dryer Road | Apt 106 | Santa Ana | CA | 92705 | | 5/27/21 | $5,341.53 | Accounts Payable : Dealer Commissions |
| 1086 Divinci Solutions | 5377 State Hwy N | Suite 383 | Cottleville | MO | 63304 | | 5/27/21 | $1,439.58 | Accounts Payable : Dealer Commissions |
| 1072 Impact Energy | 880 Eagleridge Blvd | | Pueblo | CO | 81008 | | 5/27/21 | $931.19 | Accounts Payable : Dealer Commissions |
| 1070 SUN SOLAR LIFE | 1810 E Sahara Ave | | Las Vegas | NV | 89104 | | 5/27/21 | $16,591.00 | Accounts Payable : Dealer Commissions |
| 90 Ronda L Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | | 5/27/21 | $600.00 | Accounts Payable : Trade |
| 1029 Daylight Roofing | 1266 14th Street | | Imperial Beach | CA | 91932 | | 5/27/21 | $13,577.80 | Accounts Payable : Trade |
| 1374 Century Link | PO Box 91155 | | Seattle | WA | 98111-9255 | | 5/27/21 | $221.45 | Accounts Payable : Trade |
| 1050 Cactus & Tropicals | 2735 South 2000 East | | Salt Lake City | UT | 84109 | | 5/27/21 | $292.00 | Accounts Payable : Trade |
| 547 Sonepar Key Accounts, LLC | 4400 Leeds Ave #500 | | North Charleston | SC | 29405 | | 5/27/21 | $17,778.46 | Accounts Payable : Trade |
| 1348 Cross Arrow Contracting LLC | 9624 charelston pike | | Chillicothe | OH | 45601 | | 5/27/21 | $10,836.75 | Accounts Payable : Trade |
| 1157 Concur Technologies, Inc. | 62157 Collections Center Drive | | Chicago | IL | 60693 | | 5/27/21 | $2,751.31 | Accounts Payable : Trade |
| 166 CED Greentech (UT/National) | 2242 S Presidents Drive | | West Valley City | UT | 84120 | | 5/27/21 | $122.89 | Accounts Payable : Trade |
| 163 Capital Premium Financing, Inc. | 12235 S 800 E | | Draper | UT | 84020 | | 5/27/21 | $47,458.56 | Accounts Payable : Trade |
| 547 Sonepar Key Accounts, LLC | 4400 Leeds Ave #500 | | North Charleston | SC | 29405 | | 5/27/21 | $18,927.49 | Accounts Payable : Trade |
| 1345 City of Anna | 3233 N. Powell Parkway | | Anna | TX | 75409 | 7768 | 5/27/21 | $185.00 | EPC : Permits |
| C02855 Sherri Anderson | 10112 Nicollet Ave | | Minneapolis | Minne | 55420 | 324 | 5/27/21 | $196.81 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944940 | 5/27/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944938 | 5/27/21 | $100.00 | EPC : Net Metering Fees |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944880 | 5/27/21 | $66.24 | EPC : Net Metering Fees |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944691 | 5/27/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944941 | 5/27/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944939 | 5/27/21 | $100.00 | EPC : Net Metering Fees |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944881 | 5/27/21 | $66.24 | EPC : Net Metering Fees |
| Simplifile | 5072 North 300 West | | Provo | UT | 84604 | 135944839 | 5/27/21 | $14.00 | EPC : Permits |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944738 | 5/27/21 | $1,000.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 1078 TVT Capital | 8 Hunters Lane | | Roslyn | NY | 11576 | ACH052721.2 | 5/27/21 | $70,950.00 | Long-Term Liabilities : Notes Payable : |
| 163 Capital Premium Financing, Inc. | 12235 S 800 E | | Draper | UT | 84020 | ACH052721.1 | 5/27/21 | $1,872.54 | General Sales and Administrative Expenses : G&A : Insurance Expenses : |
| 1228 Jackson EMC | PO Box 38 | | Jefferson | GA | 30549 | 7769 | 5/27/21 | $100.00 | EPC : Net Metering Fees |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT052721.1 | 5/27/21 | $40,004.00 | Credit Cards : Divvy - 3099 |
| 1345 City of Anna | 3233 N. Powell Parkway | | Anna | TX | 75409 | 7767 | 5/27/21 | $185.00 | EPC : Permits |
| 1419 Power County | 500 Pocatello | | American Falls | ID | 83211 | 7774 | 5/27/21 | $153.25 | EPC : Permits |
| 1345 City of Anna | 3233 N. Powell Parkway | | Anna | TX | 75409 | 7766 | 5/27/21 | $185.00 | EPC : Permits |
| 547 Sonepar Key Accounts, LLC | 4400 Leeds Ave #500 | | North Charleston | SC | 29405 | | 5/28/21 | $49,346.32 | Accounts Payable : Trade |
| 410 Kota Energy Group | 1227 Flynn Rd | Ste 307 | Camarillo | CA | 93012 | | 5/28/21 | $8,603.52 | Accounts Payable : Dealer Commissions |
| 409 Klick Solar, LLC | 9250 E. Costilla Place | #110 | Greenwood Village | CO | 80112 | | 5/28/21 | $88,894.26 | Accounts Payable : Dealer Commissions |
| 328 Energy Advance, LLC | 3289 W. 4975 S. | | Roy | UT | 84067 | | 5/28/21 | $46,010.44 | Accounts Payable : Dealer Commissions |
| 295 ComEd | PO Box 6111 | | Carol Stream | IL | 60197-6111 | | 5/28/21 | $824.74 | Accounts Payable : Dealer Commissions |
| 563 Tephra Solar LLC | 630 E Center St. | | Alpine | UT | 84004 | | 5/28/21 | $208,420.95 | Accounts Payable : Dealer Commissions |
| 624 Xcel Energy 5596-0 | PO BOX 9477 | | MInneapolis | MN | 55484-9477 | 135944216 | 5/28/21 | $200.00 | EPC : Net Metering Fees |
| C04924 Nicholas Taylor | 3553 Clearview Dr | | San Angelo | Texas | 76904 | 325 | 5/28/21 | $150.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 570 Town of Cicero | 4949 W. Cermak Rd | | Cicero | IL | 60804 | VV2691 | 5/28/21 | $200.00 | EPC : Permits |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944730 | 5/28/21 | $22,000.00 | Loan payment |
| 1569 City of Atascadero | 6500 Palma Ave | | Atascadero | CA | 93422 | VV2689 | 5/28/21 | $156.00 | EPC : Permits |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944942 | 5/28/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944943 | 5/28/21 | $100.00 | EPC : Net Metering Fees |
| 864 Eagle Mountain City Building Department | 2565 N Pony Express Pkwy | | Eagle Mountain | UT | 84005 | VV2690 | 5/28/21 | $310.64 | EPC : Permits |
| 386 Illinois Department of Revenue | 9511 Harrison St | | Des Plaines | IL | 60016 | ACH052821.1 | 5/28/21 | $701.46 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : |

In re Empire Solar Group, LLC
Case No.
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Check Number (if applicable) | Dates of Payments | Total Amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| 386 Illinois Department of Revenue | 9511 Harrison St | | Des Plaines | IL | 60016 | ACH052821.2 | 5/28/21 | $992.32 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944985 | 5/28/21 | $200.00 | EPC : Net Metering Fees |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | VV2688 | 5/28/21 | $100.00 | EPC : Net Metering Fees |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT052821.1 | 5/28/21 | $50,005.00 | Credit Cards : Divvy - 3099 |
| C01149 Emmanuel Saint Juste | 2001 Mike Dr | | Copperas Cove | Texas | 76522 | 7776 | 5/28/21 | $200.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 162 Capital One | 1680 Capital One Drive | | McLean | VA | 22102 | 135944613 | 5/28/21 | $5,000.00 | Credit Cards : Capital One Spark - 6907 |
| C01409 Carolyn Richardson | 16760 East Arizona Dr | | Aurora | Colora | 80017 | 7775 | 5/28/21 | $468.81 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944692 | 5/28/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| C05257 Hub Store | | | | | | | 5/28/21 | $8.39 | Accounts Receivables : Installation |
| C03277 Maria Elena Guillen Serrato | 4325 S Cherry View Drive | | West Valley City | Utah | 84120 | 326 | 5/29/21 | $496.55 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944693 | 5/31/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| C06391 Brenda Galicia | 7421 Waterwell Trail | | Forest Hill | Texas | 76140 | 327 | 5/31/21 | $150.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 417 LGCY Power LLC | 3333 N Digital Drive | Ste 600 | Lehi | UT | 84043 | | 6/1/21 | $292,020.84 | Accounts Payable : Dealer Commissions |
| 327 Enerflo | 20422 Beach Blvd | Ste 215 | Huntington Beach | CA | 92648 | | 6/1/21 | $75,530.69 | Accounts Payable : Dealer Commissions |
| 400 Jay & Mike Investments, LLC | 14331 Ewing Avenue S. | | Burnsville | MN | 55306 | | 6/1/21 | $4,850.00 | Accounts Payable : Trade |
| 349 First Industrial, L.P. | P.O. Box 31001-1942 | | Pasadena | CA | 91110-1942 | | 6/1/21 | $4,775.60 | Accounts Payable : Trade |
| 336 Expert Voice | 19775 Palatine | | Palatine | IL | 60055-9775 | | 6/1/21 | $18,360.64 | Accounts Payable : Trade |
| 1141 Elevation Capital, LLC | Bldg ID: ISY001 | PO Box 82552 | Goleta | CA | 93118-2552 | | 6/1/21 | $24,593.31 | Accounts Payable : Trade |
| 984 Crescentville Partners #1, LLC | 11590 Century Blvd | Suite 204 | Cincinnati | OH | 45246 | | 6/1/21 | $8,671.54 | Accounts Payable : Trade |
| 1265 CI DEN I-GW, LLC | PO Box 208383 | | Dallas | TX | 75320-8383 | | 6/1/21 | $6,975.00 | Accounts Payable : Trade |
| 358 Freeway Holdings, LLC (c/o Axiom Comm | 815 Woodswether Road | | Kansas City | MO | 64105 | | 6/1/21 | $2,556.58 | Accounts Payable : Trade |
| 985 AIM 786, LLC | PO Box 954053 | | Lake Mary | FL | 32795-4053 | | 6/1/21 | $3,035.25 | Accounts Payable : Trade |
| 483 PCI Corp Pkwy, LLC | c/o Emersons Commercial Manageme | 17776 Preston Road, Suite 100 | Dallas | TX | 75252 | | 6/1/21 | $9,311.31 | Accounts Payable : Trade |
| 92 815 - 847 Arnold Drive, LLC | P.O. Box 399266 | | San Francisco | CA | 94139-9266 | | 6/1/21 | $4,872.63 | Accounts Payable : Trade |
| 551 SR32 San Diego Portfolio | PO Box 845647 | | Los Angeles | CA | 90084-5647 | | 6/1/21 | $4,933.63 | Accounts Payable : Trade |
| 523 SD&S Properties, Inc. (IL Lease Agent) | PO Box 221 | | Mount Prospect | IL | 60056 | | 6/1/21 | $8,300.00 | Accounts Payable : Trade |
| 1124 PT Adobe Court LLC | 1864 Woodmoor Dr Ste 100 | | Monument | CO | 80132 | | 6/1/21 | $3,447.50 | Accounts Payable : Trade |
| 1215 Platinum Owner GA LLC | PO Box 95311 | | Chicago | IL | 60694-5311 | | 6/1/21 | $8,018.99 | Accounts Payable : Trade |
| 443 Mooney Longbranch II, LLC | 13210 Spring Hill Drive | | Spring Hill | FL | 34609 | | 6/1/21 | $3,678.13 | Accounts Payable : Trade |
| 430 Mesa Ridge Business Park 1, LLC | 8120 East Cactus Road | STE 300 | Scottsdale | AZ | 85260 | | 6/1/20 | $4,640.54 | Accounts Payable : Trade |
| 419 LMB Realestate Group | 4415 Meadowlark Lane | | Midland | TX | 9707 | | 6/1/21 | $6,159.91 | Accounts Payable : Trade |
| 1190 FJR Trading LLC | PO Box 531 | | Cotulla | TX | 78104 | | 6/1/21 | $127.17 | Accounts Payable : Trade |
| 1187 Solare Power | 640 New Hope Rd | | E McKinney | TX | 75071 | | 6/1/21 | $27,147.32 | Accounts Payable : Dealer Commissions |
| Alexa T Anderson | 180 Albion Village Way | #201 | Sandy | UT | 84070 | 7833 | 6/1/21 | $1,028.48 | Reimbursement |
| C01469 Justine Houfer | 705 7th street north | | Montrose | Minne | 55363 | 328 | 6/1/21 | $175.76 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 629 Xcel Energy 2413-6 | PO Box 9477 | | MInneapolis | MN | 55484-9477 | ACH060121.3 | 6/1/21 | $511.13 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944844 | 6/1/21 | $15.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| Simplifile | 5072 North 300 West | | Provo | UT | 84604 | 135944840 | 6/1/21 | $14.00 | EPC : Permits |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944834 | 6/1/21 | $10.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135945173 | 6/1/21 | $1,000.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944830 | 6/1/21 | $9.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944950 | 6/1/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944948 | 6/1/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944946 | 6/1/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944944 | 6/1/21 | $100.00 | EPC : Net Metering Fees |
| 168 Centerpoint Energy | PO Box 4671 | | Houston | TX | 77210-4671 | ACH060121.4 | 6/1/21 | $169.59 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944988 | 6/1/21 | $290.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944949 | 6/1/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944947 | 6/1/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944945 | 6/1/21 | $100.00 | EPC : Net Metering Fees |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944694 | 6/1/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 177 Cirro Energy | P.O. Box 660004 | | Dallas | TX | 75266-0004 | ACH060121.6 | 6/1/21 | $315.99 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 351 Florida Department of Revenue | 5050 West Tennessee Street | | Tallahassee | FL | 32399 | ACH060121.1 | 6/1/21 | $4,687.37 | General Sales and Administrative Expenses : G&A : Department Expenses |
| 335 Evergy | PO Box 208 | | Wichita | KS | 67201 | ACH060121.5 | 6/1/21 | $202.07 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT060121.1 | 6/1/21 | $60,002.00 | Credit Cards : Divvy - 3099 |
| 1399 Spectrum - Time Warner Cable SA-TX | PO Box 60074 | | City of Industry | CA | 91716-0074 | | 6/2/21 | $182.36 | Accounts Payable : Trade |
| 1421 Nemko USA , Inc. | 2210 Faraday Ave | Suite 150 | Carlsbad | CA | 92008 | | 6/2/21 | $6,000.00 | Accounts Payable : Trade |
| 1235 GreenLancer Energy Inc. | 2200 Hunt Street, Suite 419 | | Detroit | MI | 48207 | | 6/2/21 | $27,880.00 | Accounts Payable : Trade |
| 89 Wyssling Consulting Scott Wyssling | 76 N. Meadowbrook Drive | | Alpine | UT | 84004 | | 6/2/21 | $34,843.15 | Accounts Payable : Trade |
| 1339 Mesa County | 7003 East 47th Avenue Drive | Unit A-400 | Denver | CO | 80216 | 7785 | 6/2/21 | $158.00 | EPC : Permits |
| C03236 Melba Valdez | 911 Seymour St | | Pasadena | Texas | 77506 | 329 | 6/2/21 | $127.06 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1328 Ozop Energy Systems, Inc. | 2870 Whiptail Loop | Ste 104 | Carlsbad | CA | 92010 | 10247 | 6/2/21 | $81,077.34 | EPC : Materials : BOS |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | VV2694 | 6/2/21 | $100.00 | EPC : Net Metering Fees |
| 526 Sighten Inc. | 426 17th Street | | Oakland | CA | 94612 | ACH060221.4 | 6/2/21 | $499.00 | Expenses : G&A : Facility Expenses : Office Expenses : Software Subscription/Licenses |
| 631 York Palmdale Properties, LLC | 28348 Roadside Dr | Ste #103 | Agoura Hills | CA | 91301 | ACH060121.2 | 6/2/21 | $3,763.00 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944951 | 6/2/21 | $100.00 | EPC : Net Metering Fees |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944847 | 6/2/21 | $20.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 468 NV Energy | 6100 Neil Road, MS 2A35 | | Reno | NV | 89520 | ACH060221.5 | 6/2/21 | $489.41 | General Sales and Administrative Expenses : G&A : Facility Expenses : |

In re Empire Solar Group, LLC
Case No. 21-23636

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Check Number (if applicable) | Dates of Payments | Total Amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| 372 Harsch Investment Properties | 6865 Speedway Blvd | Suite Q 101 | Las Vegas | NV | 89115 | ACH060221.3 | 6/2/21 | $9,293.00 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | 135944515 | 6/2/21 | $40,003.00 | Credit Cards : Divvy - 3099 |
| Leif S Freeman | 3325 Lake Johanna Blvd | | Arden Hills | MN | 55112 | 7796 | 6/2/21 | $210.00 | Expenses : G&A : Vehicle & Equipment Expenses : Vehicle Repairs and Maintenance |
| 1362 AES Ohio | 1900 Dryden Road | | Dayton | OH | 45439 | 7789 | 6/2/21 | $128.15 | EPC : Net Metering Fees |
| 435 Minnesota Power | 30 W Superior St | | Duluth | MN | 55802 | 7787 | 6/2/21 | $100.00 | EPC : Net Metering Fees |
| Jordan Crosby | 2775 W Golden Meadow Dr | | Riverton | UT | 84065 | 7795 | 6/2/21 | $43.15 | EPC : Travel - EPC : Rental Car/Gas - EPC |
| TImothy G Melton | 2727 Dohr St | | Berkeley | CA | 94702 | 7794 | 6/2/21 | $21.55 | General Sales and Administrative Expenses : G&A : Vehicle & Equipment Expenses : Small Tools & Equipment |
| C01033 Larry Hayes | 125 Spray Avenue | | Monterey | Califor | 93940 | 7784 | 6/2/21 | $408.86 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1123 American Express - Corporate | Three World Financial Center | 200 Vesey Street | New York | NY | 10285 | EFT060221.1 | 6/2/21 | $6,445.28 | Credit Cards : AmEx Corporate - 41000 |
| 1345 City of Anna | 3233 N. Powell Parkway | | Anna | TX | 75409 | 7783 | 6/2/21 | $185.00 | EPC : Permits |
| C00883 Kirk Spencer | 6 Douglass dr | | Coto de caza | Califor | 92679 | 7781 | 6/2/21 | $676.67 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| Chris Iglesias | 2050 Ladybird Lane | | Azle | TX | 76020 | 7793 | 6/2/21 | $145.60 | EPC : Travel - EPC : Mileage |
| Donnie Gustin | 4524 Oakbrook Ct | | Kissimmee | FL | 34746 | 7792 | 6/2/21 | $85.00 | EPC : Travel - EPC : Rental Car/Gas - EPC |
| Cole T Bestgen | 122 C Street | Unit #2 | Salt Lake City | UT | 84103 | 7791 | 6/2/21 | $154.32 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 323 Southern California Edison | PO Box 800 | | Rosemead | CA | 91771-001 | 7788 | 6/2/21 | $343.31 | EPC : Net Metering Fees |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944695 | 6/2/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 1339 Mesa County | 7003 East 47th Avenue Drive | Unit A-400 | Denver | CO | 80216 | 7786 | 6/2/21 | $177.00 | Accounts Payable : Trade |
| 519 RWC Building Products | 1918 West Grant Street | | Phoenix | AZ | 85009 | | 6/3/21 | $205.42 | Accounts Payable : Trade |
| 41 Jorge Caballero | 9143 Brilliant Prairie CT | | Las Vegas | NV | 89149 | | 6/3/21 | $1,440.00 | Accounts Payable : Trade |
| 366 GoodHire | 555 Twin Dolphin Drive | Ste.630 | Redwood City | CA | 94065 | | 6/3/21 | $1,451.04 | Accounts Payable : Trade |
| 471 Okiireve | 3967 Uniondale Ct | | South Jordan | UT | 84009 | | 6/3/21 | $38,666.67 | Accounts Payable : Trade |
| 1336 Bailey's Lawn and Tree Service | PO Box 9324 | | Tyler | TX | 75711 | | 6/3/21 | $5,200.00 | Accounts Payable : Trade |
| 528 Silfab Solar USA Inc. | 50 Fountain Plaza | Unit 1400 | Buffalo | NY | 14202 | | 6/3/21 | $100,000.00 | Accounts Payable : Trade |
| 1566 Town of Monument | 645 Beacon Life Road | | Monument | CO | 80132 | VV2700 | 6/3/21 | $75.00 | EPC : Permits |
| C04384 Cody Alexander | 2829 Ricks Dr | | San Angelo | Texas | 76905 | 330 | 6/3/21 | $135.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| Donnie Gustin | 4524 Oakbrook Ct | | Kissimmee | FL | 34746 | 163 | 6/3/21 | $74.48 | EPC : Materials : BOS |
| 1565 Perry County | | | | | | VV2701 | 6/3/21 | $100.00 | EPC : Permits |
| 1378 Globe City | 150 North Pine Street | | Globe | AZ | 85501 | VV2703 | 6/3/21 | $376.00 | EPC : Permits |
| 1568 City of Leavenworth | P.O. Box 287 | | Leavenworth | WA | 98826 | VV2695 | 6/3/21 | $200.00 | EPC : Permits |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944848 | 6/3/21 | $23.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 1567 City of San Bernardino | Vanir Tower | 290 North D Street | San Bernardino | CA | 92401 | VV2697 | 6/3/21 | $154.00 | EPC : Permits |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944882 | 6/3/21 | $66.24 | EPC : Net Metering Fees |
| 1078 TVT Capital | 8 Hunters Lane | | Roslyn | NY | 11576 | ACH060321.2 | 6/3/21 | $70,950.00 | Long-Term Liabilities : Notes Payable : |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944956 | 6/3/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944954 | 6/3/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944952 | 6/3/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944957 | 6/3/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944955 | 6/3/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944953 | 6/3/21 | $100.00 | EPC : Net Metering Fees |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944859 | 6/3/21 | $65.88 | EPC : Net Metering Fees |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944831 | 6/3/21 | $9.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 791 City Of Oakley | 3231 Main St | | Oakley | CA | 94561 | VV2696 | 6/3/21 | $254.00 | EPC : Permits |
| Chris Iglesias | 2050 Ladybird Lane | | Azle | TX | 76020 | 7835 | 6/3/21 | $52.64 | General Sales and Administrative Expenses : G&A : Department Expenses : Travel : Mileage Reimbursement |
| 1378 Globe City | 150 North Pine Street | | Globe | AZ | 85501 | VV2704 | 6/3/21 | $50.00 | EPC : Permits |
| 1470 Mendon City | PO Box 102 | | Mendon | UT | 84325 | 7850 | 6/3/21 | $202.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT060321.1 | 6/3/21 | $40,004.00 | Credit Cards : Divvy - 3099 |
| 1428 Diverse Power | 1400 South Davis Rd | | LaGrange | GA | 30240 | 7803 | 6/3/21 | $100.00 | EPC : Net Metering Fees |
| 187 City of Belton | | | | | | VV2698 | 6/3/21 | $70.00 | EPC : Permits |
| C02528 Meagan Bieniek | 621 Dillon ave N | | Montrose | Minne | 55363 | 7797 | 6/3/21 | $233.67 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1564 County of Storey | P.O. Box 176 | | Virginia City | NV | 89440 | VV2702 | 6/3/21 | $100.00 | EPC : Permits |
| 1345 City of Anna | 3233 N. Powell Parkway | | Anna | TX | 75409 | 7806 | 6/3/21 | $185.00 | EPC : Permits |
| 1345 City of Anna | 3233 N. Powell Parkway | | Anna | TX | 75409 | 7804 | 6/3/21 | $185.00 | EPC : Permits |
| Adam Bohe | 1007 E. Eaglewood Dr. | | North Salt Lake | UT | 84054 | 7834 | 6/3/21 | $386.80 | General Sales and Administrative Expenses : G&A : Department Expenses |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944696 | 6/3/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 415 LC Solar Panels, LLC | 3090 South Jamaica Court | Office 112 | Aurora | CO | 80014 | | 6/4/21 | $1,509.34 | Accounts Payable : Dealer Commissions |
| 457 Nexgen llc | 7878 North 16th | | Phoenix | AZ | 85020 | | 6/4/21 | $9,618.37 | Accounts Payable : Dealer Commissions |
| 576 TruHome Pros LLC | 697 Somerset Avenue | Suite 400 | West Dundee | IL | 60118 | | 6/4/21 | $13,238.97 | Accounts Payable : Dealer Commissions |
| 303 Cransten, Inc. | 9980 S 300 W Ste 200 | | Sandy | UT | 84095 | | 6/4/21 | $3,350.00 | Accounts Payable : Dealer Commissions |
| 409 Klick Solar, LLC | 9250 E. Costilla Place | #110 | Greenwood Village | CO | 80112 | | 6/4/21 | $73,931.50 | Accounts Payable : Dealer Commissions |
| 1159 Hybrid Solar | 6089 Mustang Breeze Trail Unit 102 | | Henderson | NV | 89011 | | 6/4/21 | $7,346.00 | Accounts Payable : Dealer Commissions |
| 915 Aptos Solar Technology | PO Box 4776, #100 | | Houston | TX | 77210-4776 | | 6/4/21 | $99,099.00 | Accounts Payable : Trade |
| 979 (Offboarded) ABP Energy | 4151 East Mica Road | | San Tan Valley | AZ | 85143 | | 6/4/21 | $2,509.98 | Accounts Payable : Dealer Commissions |
| 639 TTG | 725 W. Stetson Ave. | | Hemet | CA | 92543 | | 6/4/21 | $5,334.85 | Accounts Payable : Dealer Commissions |
| 1273 Seed Solar LLC | 1100 73rd Ave | 73C | Denver | CO | 80229 | | 6/4/21 | $9,775.00 | Accounts Payable : Dealer Commissions |
| 611 Voltaic LLC | 32954 Poppy Street | | Temecula | CA | 92592 | | 6/4/21 | $14,620.60 | Accounts Payable : Dealer Commissions |
| 585 UNTD Energy | 12016 S Genova Drive | | Draper | UT | 84020 | | 6/4/21 | $6,917.13 | Accounts Payable : Dealer Commissions |
| 489 Primitive Power LLC | 1530 E Williams Field Rd | #201 | Gilbert | AZ | 85234 | | 6/4/21 | $36,593.25 | Accounts Payable : Dealer Commissions |
| 1151 Rivus Energy | 1828 Walnut Street | | Kansas City | MO | 64109 | | 6/4/21 | $7,571.39 | Accounts Payable : Dealer Commissions |
| 1070 SUN SOLAR LIFE | 1810 E Sahara Ave | | Las Vegas | NV | 89104 | | 6/4/21 | $9,254.50 | Accounts Payable : Dealer Commissions |
| 410 Kota Energy Group | 1227 Flynn Rd | Ste 307 | Camarillo | CA | 93012 | | 6/4/21 | $19,189.49 | Accounts Payable : Dealer Commissions |
| 1389 Sun Source Energy | 5580 West Flamingo RD | #104 | Las Vegas | NV | 89103 | | 6/4/21 | $1,705.00 | Accounts Payable : Dealer Commissions |
| 1375 WOLF TRACK ENERGY | 6323 PIONEER JCT RD | | DULUTH | MN | 55804 | | 6/4/21 | $5,287.50 | Accounts Payable : Trade |
| 74 Solaris Roofing LLC | 1324 Forest Circle | | Burnsville | MN | 55306 | | 6/4/21 | $9,980.00 | Accounts Payable : Trade |
| 73 SolarCleann | 6355 Messina Court | | Palmdale | CA | 93552 | | 6/4/21 | $860.00 | Accounts Payable : Trade |
| 1369 Silva Enterprises | PO BOX 400 | | OAKLEY | CA | 94561 | | 6/4/21 | $7,453.45 | Accounts Payable : Trade |
| 1332 Rova Roofing LLC | 2420 S Power Roads | Ste 104 | Mesa | AZ | 85209 | | 6/4/21 | $10,775.00 | Accounts Payable : Trade |
| 1334 Recon Air Systems | 26220 S 201st Street | | Queen Creek | AZ | 85142 | | 6/4/21 | $5,950.00 | Accounts Payable : Trade |
| 1384 Raven Roofing | 438 W 800 S | | Orem | UT | 84058 | | 6/4/21 | $9,800.00 | Accounts Payable : Trade |
| 1383 Ortega's Jr Tree Service | 2140 Devonshire Dr | | Corona | CA | 92879 | | 6/4/21 | $600.00 | Accounts Payable : Trade |
| 1206 Mr. Handyman of Midwest Collin Count | 703 N. Chesnut, Suite B | | McKinney, | TX | 75069 | | 6/4/21 | $285.12 | Accounts Payable : Trade |

In re Empire Solar Group, LLC
Case No.

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Check Number (if applicable) | Dates of Payments | Total Amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| 144 Black Solar Jenco Ventures LLC | 537 N Mountain Peak Dr | | Saratoga Springs | UT | 84045 | | 6/4/21 | $3,195.11 | Accounts Payable : Dealer Commissions |
| 328 Energy Advance, LLC | 3289 W. 4975 S. | | Roy | UT | 84067 | | 6/4/21 | $15,242.32 | Accounts Payable : Dealer Commissions |
| 1388 Generation Solar | 1192 East Draper Parkway | #466 | Draper | UT | 84020 | | 6/4/21 | $1,305.00 | Accounts Payable : Dealer Commissions |
| 1294 Greenway Group | 12971 Tyler Run Ave | | Odessa | FL | 33556 | | 6/4/21 | $1,940.00 | Accounts Payable : Dealer Commissions |
| 76 JD Roofing | 915 East 820 North #22 | | Provo | UT | 84606 | | 6/4/21 | $11,221.65 | Accounts Payable : Trade |
| 1101 Green Planet Solutions | 500 E 4th Street #235 | | Austin | TX | 78701 | | 6/4/21 | $5,366.00 | Accounts Payable : Dealer Commissions |
| 1212 Constant Communication | 600 NE 40th St. | | Deerfield Beach | FL | 33064 | | 6/4/21 | $4,836.38 | Accounts Payable : Dealer Commissions |
| 396 Insur-West | P.O. Box 977 | | Farmington | UT | 84025 | | 6/4/21 | $17,428.13 | Accounts Payable : Trade |
| 1321 Moment Solar | 879 Beacon St | | Boise | ID | 83712 | | 6/4/21 | $61,239.06 | Accounts Payable : Dealer Commissions |
| 1135 Home Nerds | 7901 4th St. N. Ste 300 | | St. Petersburg | FL | 33702 | | 6/4/21 | $1,353.30 | Accounts Payable : Dealer Commissions |
| 1071 International Solar Experts | 4001 Santa Barbara Blvd #239 | | Naples | FL | 34119 | | 6/4/21 | $15,898.27 | Accounts Payable : Dealer Commissions |
| 1016 Doctor Sparky Ltd | 1476 South Olathe Way | | Aurora | CO | 80017 | | 6/4/21 | $4,190.00 | Accounts Payable : Trade |
| 805 City of Poway | 13325 Civic Center Drive | | Poway | CA | 92064 | VV2711 | 6/4/21 | $110.00 | EPC : Permits |
| C02461 Juan Rodriguez | 176 Fiesta Dr | | Kissimmee | Florida | 34743 | 331 | 6/4/21 | $105.31 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 425 Marlon Martinez | | | | | | 10723 | 6/4/21 | $5,180.00 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944697 | 6/4/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944896 | 6/4/21 | $85.00 | EPC : Net Metering Fees |
| Simplifile | 5072 North 300 West | | Provo | UT | 84604 | 135944894 | 6/4/21 | $70.00 | EPC : Permits |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944884 | 6/4/21 | $66.24 | EPC : Net Metering Fees |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944868 | 6/4/21 | $66.18 | EPC : Net Metering Fees |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944856 | 6/4/21 | $64.99 | EPC : Net Metering Fees |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944731 | 6/4/21 | $22,000.00 | Loan payment |
| 1236 Duke Energy | PO Box 1326 | | Charlotte | NC | 28201-1326 | VV2712 | 6/4/21 | $50.00 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | VV2713 | 6/4/21 | $100.00 | EPC : Net Metering Fees |
| 1562 Newton County | 1124 Clark Street | | Covington | GA | 30014 | VV2709 | 6/4/21 | $100.00 | EPC : Permits |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944895 | 6/4/21 | $70.78 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944883 | 6/4/21 | $66.24 | EPC : Net Metering Fees |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944867 | 6/4/21 | $66.18 | EPC : Net Metering Fees |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944857 | 6/4/21 | $65.31 | EPC : Net Metering Fees |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944998 | 6/4/21 | $1,276.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944990 | 6/4/21 | $300.00 | EPC : Net Metering Fees |
| 1563 City of Firebaugh | 1133 P Street | | Firebaugh | CA | 93622 | VV2708 | 6/4/21 | $50.00 | EPC : Permits |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | VV2714 | 6/4/21 | $100.00 | EPC : Net Metering Fees |
| 218 City of Farmington | 800 Municipal Drive | | Farmington | NM | 87401 | VV2706 | 6/4/21 | $262.00 | EPC : Permits |
| 1505 Ohio Department of Job and Family Ser | P.O. Box 1618 | | Columbus | OH | 43216 | ACH060421.2 | 6/4/21 | $3,330.83 | Taxes |
| 436 Minnesota Department of Revenue | 600 N. Robert St. | | St Paul | MN | 55146 | ACH060421.1 | 6/4/21 | $10,829.49 | Taxes |
| 1471 Troup County | 100 Ridley Avenue | | Lagrange | GA | 30240 | 7851 | 6/4/21 | $201.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : |
| 1058 Licking County Building Code Departme | 675 Price Rd | | Newark | OH | 43055 | 7826 | 6/4/21 | $67.00 | EPC : Permits |
| 1427 Town of Mancos | 117 N Main St | | Mancos | CO | 81328 | 7823 | 6/4/21 | $65.00 | EPC : Permits |
| C02273 Steven Wolfman | 2618 Central Rd | | Glenview | Illinois | 60025 | 7808 | 6/4/21 | $900.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | 060421.1 | 6/4/21 | $40,005.00 | Credit Cards : Divvy - 3099 |
| 1225 Central Georgia EMC | 923 S Mulberry St | | Jackson | GA | 30233 | 7828 | 6/4/21 | $100.00 | EPC : Net Metering Fees |
| 397 Intermountain Rural Electric Association( | 5496 North US Hwy 85 | | Sedalia | CO | 80135 | 7827 | 6/4/21 | $100.00 | EPC : Net Metering Fees |
| C01260 Chris Smith | 428 Major Lee Lane | | Jarrell | Texas | 76537 | 7807 | 6/4/21 | $305.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1188 Morgan County Rural Electric Associatic | 734 Barlow Road | PO Box 738 | Fort Morgan | CO | 80701 | 7825 | 6/4/21 | $250.00 | EPC : Net Metering Fees |
| 277 City of Warsaw | 201 W. Main PO Box 68 | | Warsaw | MO | 65355 | VV2707 | 6/4/21 | $60.00 | EPC : Permits |
| C01368 Lee Howard | 2658 Nicholson Road | | Chapman | Kansas | 67431 | 332 | 6/5/21 | $194.88 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C05540 Everett Smith | 2448 Matterhorn Drive East | | St. Paul | Minne | 55119 | 333 | 6/6/21 | $100.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1364 Cook Martin Poulson, P.C. | 2180 South 1300 East, STE 430 | | Salt Lake City | UT | 84106 | | 6/7/21 | $6,000.00 | Accounts Payable : Trade |
| 978 Martini Electric | 1738 W Addison | | Chicago | IL | 60613 | | 6/7/21 | $1,000.00 | Accounts Payable : Trade |
| 1150 Oscar E. Hedden | 5801 Walhalla Rd | | Highlands | NC | 28741 | | 6/7/21 | $1,000.00 | Accounts Payable : Trade |
| 943 Limitless Electric | 1009 Wedgewood Drive | | Independence | KY | 41051 | | 6/7/21 | $2,000.00 | Accounts Payable : Trade |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT060721.1 | 6/7/21 | $40,001.00 | Credit Cards : Divvy - 3099 |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944853 | 6/7/21 | $59.05 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944698 | 6/7/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944991 | 6/7/21 | $300.00 | EPC : Net Metering Fees |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944820 | 6/7/21 | $3.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944886 | 6/7/21 | $66.24 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944962 | 6/7/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944960 | 6/7/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944958 | 6/7/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944963 | 6/7/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944961 | 6/7/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944959 | 6/7/21 | $100.00 | EPC : Net Metering Fees |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944891 | 6/7/21 | $66.54 | EPC : Net Metering Fees |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944889 | 6/7/21 | $66.34 | EPC : Net Metering Fees |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944887 | 6/7/21 | $66.24 | EPC : Net Metering Fees |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944885 | 6/7/21 | $66.24 | EPC : Net Metering Fees |
| Simplifile | 5072 North 300 West | | Provo | UT | 84604 | 135944851 | 6/7/21 | $42.00 | EPC : Permits |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944979 | 6/7/21 | $145.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 288 Colorado Dept of Revenue | PO Box 17087 | | Denver | CO | 80217-0087 | ACH060721.1 | 6/7/21 | $9,575.00 | Taxes |
| C07187 Mark Bliven | | | | | | | 6/7/21 | $14,342.50 | Accounts Receivables : Installation |
| 397 Intermountain Rural Electric Association( | 5496 North US Hwy 85 | | Sedalia | CO | 80135 | 7839 | 6/8/21 | $100.00 | EPC : Net Metering Fees |
| C00384 Eric Parra Serrano | 5568 W Bailiff Dr | | Salt Lake City | Utah | 84118 | 334 | 6/8/21 | $476.56 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944980 | 6/8/21 | $145.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944986 | 6/8/21 | $200.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944964 | 6/8/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944965 | 6/8/21 | $100.00 | EPC : Net Metering Fees |

In re Empire Solar Group, LLC
Case No. 21-23636
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Check Number (if applicable) | Dates of Payments | Total Amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944699 | 6/8/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 1120 American Express - ESG | Three World Financial Center | 200 Vesey Street | New York | NY | 10285 | 135944661 | 6/8/21 | $15,000.00 | Credit Cards : AmEx Empire - 3003 |
| 1468 Connexus Energy | 14601 Ramsey Blvd | | Ramsey | MN | 55303 | 7842 | 6/8/21 | $100.00 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 1167 Yampa Valley Electric | 2211 Elk River Road | | Steamboat Springs | CO | 80487 | 7841 | 6/8/21 | $250.00 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 397 Intermountain Rural Electric Association( | 5496 North US Hwy 85 | | Sedalia | CO | 80135 | 7838 | 6/8/21 | $100.00 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 1167 Yampa Valley Electric | 2211 Elk River Road | | Steamboat Springs | CO | 80487 | 7837 | 6/8/21 | $250.00 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 1419 Power County | 500 Pocatello | | American Falls | ID | 83211 | 7843 | 6/8/21 | $153.25 | EPC : Permits |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT060821.1 | 6/8/21 | $30,002.00 | Credit Cards : Divvy - 3099 |
| 694 City of Chaska | One City Hall Plaza | | Chaska | MN | 55318 | 7846 | 6/8/21 | $100.00 | EPC : Net Metering Fees |
| 335 Evergy | PO Box 208 | | Wichita | KS | 67201 | 7844 | 6/8/21 | $100.00 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 1345 City of Anna | 3233 N. Powell Parkway | | Anna | TX | 75409 | 7840 | 6/8/21 | $185.00 | EPC : Permits |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | eft060921 | 6/9/21 | $70,003.00 | Credit Cards : Divvy - 3099 |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944968 | 6/9/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944966 | 6/9/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944967 | 6/9/21 | $100.00 | EPC : Net Metering Fees |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944996 | 6/9/21 | $870.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944994 | 6/9/21 | $386.02 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944700 | 6/9/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| Simplifile | 5072 North 300 West | | Provo | UT | 84604 | 135944852 | 6/9/21 | $42.75 | EPC : Permits |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944987 | 6/9/21 | $200.00 | EPC : Net Metering Fees |
| C00013 Hector Rodriquez | | | | | | 7847 | 6/9/21 | $1,875.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1212 Constant Communication | 600 NE 40th St. | | Deerfield Beach | FL | 33064 | | 6/10/21 | $250.00 | Accounts Payable : Trade |
| 466 NovaTime | 9680 Haven Ave | | Rancho Cucamonga | CA | 91730 | | 6/10/21 | $2,715.24 | Accounts Payable : Trade |
| 409 Klick Solar, LLC | 9250 E. Costilla Place | #110 | Greenwood Village | CO | 80112 | | 6/10/21 | $68,157.43 | Accounts Payable : Dealer Commissions |
| 1187 Solare Power | 640 New Hope Rd | | E McKinney | TX | 75071 | | 6/10/21 | $46,758.17 | Accounts Payable : Dealer Commissions |
| 558 Sunnerds | 12707 High Bluff Drive | Suite 200 | San Diego | CA | 92130 | | 6/10/21 | $45,022.29 | Accounts Payable : Dealer Commissions |
| 643 Sky Blue Energy | 4646 Amesbury Drive | Apt 501 | Dallas | TX | 75206 | | 6/10/21 | $32,453.35 | Accounts Payable : Dealer Commissions |
| 489 Primitive Power LLC | 1530 E Williams Field Rd | #201 | Gilbert | AZ | 85234 | | 6/10/21 | $31,255.59 | Accounts Payable : Dealer Commissions |
| 390 Impact Power LLC | 574 S 225 W | | Cedar City | UT | 84720 | | 6/10/21 | $23,265.46 | Accounts Payable : Dealer Commissions |
| 410 Kota Energy Group | 1227 Flynn Rd | Ste 307 | Camarillo | CA | 93012 | | 6/10/21 | $22,892.03 | Accounts Payable : Dealer Commissions |
| 328 Energy Advance, LLC | 3289 W. 4975 S. | | Roy | UT | 84067 | | 6/10/21 | $21,350.35 | Accounts Payable : Dealer Commissions |
| 641 Radiant Solar | 2596 Madison Rd. Ste A-10 | | Cincinnati | OH | 45208 | | 6/10/21 | $11,607.90 | Accounts Payable : Dealer Commissions |
| 639 TTG | 725 W. Stetson Ave. | | Hemet | CA | 92543 | | 6/10/21 | $7,551.28 | Accounts Payable : Dealer Commissions |
| 1071 International Solar Experts | 4001 Santa Barbara Blvd #239 | | Naples | FL | 34119 | | 6/10/21 | $6,573.35 | Accounts Payable : Dealer Commissions |
| 576 TruHome Pros LLC | 697 Somerset Avenue | Suite 400 | West Dundee | IL | 60118 | | 6/10/21 | $6,209.18 | Accounts Payable : Dealer Commissions |
| 461 Nomo Energy Hub LLC | 2701 North Thanksgiving Way | Suite 100 | Lehi | UT | 84043 | | 6/10/21 | $5,831.36 | Accounts Payable : Dealer Commissions |
| 1070 SUN SOLAR LIFE | 1810 E Sahara Ave | | Las Vegas | NV | 89104 | | 6/10/21 | $5,546.00 | Accounts Payable : Dealer Commissions |
| 538 Sol Connection | 39641 Saba Court | | Murrieta | CA | 92563 | | 6/10/21 | $4,359.01 | Accounts Payable : Dealer Commissions |
| 1087 Solar Broker Pros | 1951 East Dryer Road | Apt 106 | Santa Ana | CA | 92705 | | 6/10/21 | $4,312.98 | Accounts Payable : Dealer Commissions |
| 533 Sky Cap Solar | 6715 Enterprice Dr D104 | | Fort Collins | CO | 80526 | | 6/10/21 | $2,632.28 | Accounts Payable : Dealer Commissions |
| 638 (Offboarded) Revo Home Solutions | 5857 Owens Ave | Suite 301 | Carlsbad | CA | 92008 | | 6/10/21 | $3,227.55 | Accounts Payable : Dealer Commissions |
| 611 Voltaic LLC | 32954 Poppy Street | | Temecula | CA | 92592 | | 6/10/21 | $2,629.43 | Accounts Payable : Dealer Commissions |
| 457 Nexgen llc | 7878 North 16th | | Phoenix | AZ | 85020 | | 6/10/21 | $2,219.32 | Accounts Payable : Dealer Commissions |
| 536 Smart Energy Today LLC | 2500 Mottman Road SW | Suite 100 T | Tumwater | WA | 98512 | | 6/10/21 | $2,137.02 | Accounts Payable : Dealer Commissions |
| 1101 Green Planet Solutions | 500 E 4th Street #235 | | Austin | TX | 78701 | | 6/10/21 | $2,342.25 | Accounts Payable : Dealer Commissions |
| 644 Sunlight Forever | 4115 Ruslter Way | | Gilbert | AZ | 85297 | | 6/10/21 | $4,195.99 | Accounts Payable : Dealer Commissions |
| 415 LC Solar Panels, LLC | 3090 South Jamaica Court | Office 112 | Aurora | CO | 80014 | | 6/10/21 | $835.00 | Accounts Payable : Dealer Commissions |
| 1472 Village of Creve Coeur | 103 North Thorncrest | | Creve Coeur | IL | 61610 | 7859 | 6/10/21 | $255.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : |
| C03618 Flor Alarcon | 3404 S Hillsdale Dr | | West Valley City | Utah | 84119 | 335 | 6/10/21 | $110.44 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944832 | 6/10/21 | $9.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 1078 TVT Capital | 8 Hunters Lane | | Roslyn | NY | 11576 | ACH061021.2 | 6/10/21 | $70,950.00 | Long-Term Liabilities : Notes Payable : |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944701 | 6/10/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT061021 | 6/10/21 | $30,004.00 | Credit Cards : Divvy - 3099 |
| 471 Okiireve | 3967 Uniondale Ct | | South Jordan | UT | 84009 | | 6/11/21 | $38,666.67 | Accounts Payable : Trade |
| 1053 Quickscrews International | 5830 Las Positas Road | | Livermore | CA | 94551 | | 6/11/21 | $1,500.00 | Accounts Payable : Trade |
| 327 Enerflo | 20422 Beach Blvd | Ste 215 | Huntington Beach | CA | 92648 | | 6/11/21 | $117,356.07 | Accounts Payable : Dealer Commissions |
| 637 Ecoworld Energy | 13333 Northwest Freeway | | Houston | TX | 77040 | | 6/11/21 | $127,321.13 | Accounts Payable : Dealer Commissions |
| 417 LGCY Power LLC | 3333 N Digital Drive | Ste 600 | Lehi | UT | 84043 | | 6/11/21 | $514,151.49 | Accounts Payable : Dealer Commissions |
| 563 Tephra Solar LLC | 630 E Center St. | | Alpine | UT | 84004 | | 6/11/21 | $185,384.51 | Accounts Payable : Dealer Commissions |
| 160 Canyon County Building Department | 111 N 11th Ave | #140 | Caldwell | ID | 83605 | VV2725 | 6/11/21 | $70.00 | EPC : Permits |
| 1557 City of Los Banos | 520 J Street | | Los Banos | CA | 93635 | VV2732 | 6/11/21 | $75.09 | EPC : Permits |
| 569 Tooele City Building Department | 90 North Main Street | | Tooele | UT | 84074 | VV2726 | 6/11/21 | $227.63 | EPC : Permits |
| 1561 City of Alameda | 2263 Santa Clara Ave | | Alameda | CA | 94501 | VV2727 | 6/11/21 | $132.00 | EPC : Permits |
| 1560 City of Stockton | 425 N El Dorado St | | Stockton | CA | 95202 | VV2728 | 6/11/21 | $73.00 | EPC : Permits |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944702 | 6/11/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 1558 City of Reynoldsburg | 7232 E Main St | | Reynoldsburg | OH | 43068 | VV2731 | 6/11/21 | $75.00 | EPC : Permits |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | VV2724 | 6/11/21 | $100.00 | EPC : Net Metering Fees |
| 1559 City of Beaumont | P.O. Box 3827 | | Beaumont | TX | 77704 | VV2730 | 6/11/21 | $123.00 | EPC : Permits |
| 706 City of Colusa | 425 Webster St | | Colusa | CA | 95932 | VV2729 | 6/11/21 | $80.00 | EPC : Permits |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT061121 | 6/11/21 | $40,005.00 | Credit Cards : Divvy - 3099 |
| C07321 Wathinee Uttho | 880 Venice Gln | | Escondido | Califor | 92026 | | 6/11/21 | $30,284.10 | Accounts Receivables : Installation |
| C03589 Robert Bartelson | | | | | | | 6/11/21 | $38,952.89 | Accounts Receivables : Installation |
| C00681 Robert Lowery | 404 S 7th st | | Dekalb | Illinois | 60115 | 337 | 6/13/21 | $206.30 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 528 Silfab Solar USA Inc. | 50 Fountain Plaza | Unit 1400 | Buffalo | NY | 14202 | | 6/14/21 | $273,686.40 | Accounts Payable : Trade |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT061421 | 6/14/21 | $43,001.00 | Credit Cards : Divvy - 3099 |
| C03685 Mark Warder | 13012 Longview Dr | | Burnsville | Minne | 55337 | 338 | 6/14/21 | $275.30 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944703 | 6/14/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944983 | 6/14/21 | $174.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |

In re Empire Solar Group, LLC
Case No.

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Check Number (if applicable) | Dates of Payments | Total Amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT061521.1 | 6/15/21 | $10,002.00 | Credit Cards : Divvy - 3099 |
| C00644 Scott Mental | 2754 Powell Dr | | Cincinnati | Ohio | 45211 | 339 | 6/15/21 | $295.74 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1479 City of Hemet | 445 E Florida Ave | | Hemet | CA | 92543 | 100 | 6/15/21 | $110.34 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944704 | 6/15/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 1120 American Express - ESG | Three World Financial Center | 200 Vesey Street | New York | NY | 10285 | 135944662 | 6/15/21 | $15,894.97 | Credit Cards : AmEx Empire - 3003 |
| 432 Microsoft Store | 51 South Main Street | | Salt Lake City | UT | 84111 | 135944735 | 6/15/21 | $1,243.07 | Expenses : G&A : Facility Expenses : Office Expenses : Software Subscription/Licenses |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944705 | 6/16/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| C01154 Ricardo Sanchez | 105 Signal Hill | | Seguin | Texas | 78155 | 340 | 6/16/21 | $155.62 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135945172 | 6/16/21 | $1,000.00 | EPC : Net Metering Fees |
| 1121 American Express - Amazon | Three World Financial Center | 200 Vesey Street | New York | NY | 10285 | 135944660 | 6/17/21 | $132.00 | Credit Cards : AmEx Amazon - 1009 |
| C02719 Tyler Drangstveit | 3695 170th st sw | | Prior lake | Minne | 55372 | 341 | 6/17/21 | $278.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| Simplifile | 5072 North 300 West | | Provo | UT | 84604 | 135944841 | 6/17/21 | $14.25 | EPC : Permits |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944835 | 6/17/21 | $12.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 1078 TVT Capital | 8 Hunters Lane | | Roslyn | NY | 11576 | ACH061721.2 | 6/17/21 | $70,950.00 | Long-Term Liabilities : Notes Payable : |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944706 | 6/17/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 552 ST Raptor LLC | 1309 Coffeen Ave | Ste 1200 | Sheridan | WY | 82801 | | 6/18/21 | $6,712.17 | Accounts Payable : Dealer Commissions |
| 979 (Offboarded) ABP Energy | 4151 East Mica Road | | San Tan Valley | AZ | 85143 | | 6/18/21 | $3,799.87 | Accounts Payable : Dealer Commissions |
| 1069 Noble Solar | 5825 Ward Ct | | Virginia Beach | VA | 23455 | | 6/18/21 | $3,265.74 | Accounts Payable : Dealer Commissions |
| 461 Nomo Energy Hub LLC | 2701 North Thanksgiving Way | Suite 100 | Lehi | UT | 84043 | | 6/18/21 | $958.35 | Accounts Payable : Dealer Commissions |
| 144 Black Solar Jenco Ventures LLC | 537 N Mountain Peak Dr | | Saratoga Springs | UT | 84045 | | 6/18/21 | $14,636.96 | Accounts Payable : Dealer Commissions |
| 457 Nexgen llc | 7878 North 16th | | Phoenix | AZ | 85020 | | 6/18/21 | $3,640.00 | Accounts Payable : Dealer Commissions |
| 417 LGCY Power LLC | 3333 N Digital Drive | Ste 600 | Lehi | UT | 84043 | | 6/18/21 | $398,885.12 | Accounts Payable : Dealer Commissions |
| 644 Sunlight Forever | 4115 Ruslter Way | | Gilbert | AZ | 85297 | | 6/18/21 | $4,557.30 | Accounts Payable : Dealer Commissions |
| 1071 International Solar Experts | 4001 Santa Barbara Blvd #239 | | Naples | FL | 34119 | | 6/18/21 | $10,880.57 | Accounts Payable : Dealer Commissions |
| 74 Solaris Roofing LLC | 1324 Forest Circle | | Burnsville | MN | 55306 | | 6/18/21 | $20,600.00 | Accounts Payable : Trade |
| 1461 5 Star Energy Pros | 536 Stone Road #D | | Benicia | CA | 94510 | | 6/18/21 | $15,312.00 | Accounts Payable : Trade |
| 1461 5 Star Energy Pros | 536 Stone Road #D | | Benicia | CA | 94510 | | 6/18/21 | $6,006.00 | Accounts Payable : Trade |
| 541 Solar Improvements LLC | 32 E Princeton Drive | Apt B 402 | Sandy | UT | 84070 | | 6/18/21 | $2,209.76 | Accounts Payable : Dealer Commissions |
| 489 Primitive Power LLC | 1530 E Williams Field Rd | #201 | Gilbert | AZ | 85234 | | 6/18/21 | $80,226.28 | Accounts Payable : Dealer Commissions |
| 639 TTG | 725 W. Stetson Ave. | | Hemet | CA | 92543 | | 6/18/21 | $8,040.51 | Accounts Payable : Dealer Commissions |
| 563 Tephra Solar LLC | 630 E Center St. | | Alpine | UT | 84004 | | 6/18/21 | $52,387.65 | Accounts Payable : Dealer Commissions |
| 536 Smart Energy Today LLC | 2500 Mottman Road SW | Suite 100 T | Tumwater | WA | 98512 | | 6/18/21 | $3,650.53 | Accounts Payable : Dealer Commissions |
| 638 (Offboarded) Revo Home Solutions | 5857 Owens Ave | Suite 301 | Carlsbad | CA | 92008 | | 6/18/21 | $3,774.18 | Accounts Payable : Dealer Commissions |
| 1209 Renewable Resources | 1340 E. Canyon Dr. | | South Weber | UT | 84405 | | 6/18/21 | $1,262.28 | Accounts Payable : Dealer Commissions |
| 1273 Seed Solar LLC | 1100 73rd Ave | 73C | Denver | CO | 80229 | | 6/18/21 | $26,951.00 | Accounts Payable : Dealer Commissions |
| 576 TruHome Pros LLC | 697 Somerset Avenue | Suite 400 | West Dundee | IL | 60118 | | 6/18/21 | $6,843.26 | Accounts Payable : Dealer Commissions |
| 1159 Hybrid Solar | 6089 Mustang Breeze Trail Unit 102 | | Henderson | NV | 89011 | | 6/18/21 | $16,717.22 | Accounts Payable : Dealer Commissions |
| 1151 Rivus Energy | 1828 Walnut Street | | Kansas City | MO | 64109 | | 6/18/21 | $11,712.37 | Accounts Payable : Dealer Commissions |
| 327 Enerflo | 20422 Beach Blvd | Ste 215 | Huntington Beach | CA | 92648 | | 6/18/21 | $19,386.07 | Accounts Payable : Dealer Commissions |
| 530 Simple Energy LLC | 33202 Parown Drive | | Temecula | CA | 92592 | | 6/18/21 | $43,534.92 | Accounts Payable : Dealer Commissions |
| 409 Klick Solar, LLC | 9250 E. Costilla Place | #110 | Greenwood Village | CO | 80112 | | 6/18/21 | $119,866.72 | Accounts Payable : Dealer Commissions |
| 1212 Constant Communication | 600 NE 40th St. | | Deerfield Beach | FL | 33064 | | 6/18/21 | $1,160.19 | Accounts Payable : Dealer Commissions |
| 637 Ecoworld Energy | 13333 Northwest Freeway | | Houston | TX | 77040 | | 6/18/21 | $32,448.43 | Accounts Payable : Dealer Commissions |
| 1241 Peak Services | 4710 W. DEWEY DRIVE | | LAS VEGAS | NV | 89118 | | 6/18/21 | $495.00 | Accounts Payable : Trade |
| 650 Nova Solar | 436 Joshua Dr. | | Kaysville | UT | 84037 | | 6/18/21 | $2,223.10 | Accounts Payable : Dealer Commissions |
| 1072 Impact Energy | 880 Eagleridge Blvd | | Pueblo | CO | 81008 | | 6/18/21 | $4,466.27 | Accounts Payable : Dealer Commissions |
| 410 Kota Energy Group | 1227 Flynn Rd | Ste 307 | Camarillo | CA | 93012 | | 6/18/21 | $29,319.47 | Accounts Payable : Dealer Commissions |
| 328 Energy Advance, LLC | 3289 W. 4975 S. | | Roy | UT | 84067 | | 6/18/21 | $23,064.50 | Accounts Payable : Dealer Commissions |
| 585 UNTD Energy | 12016 S Genova Drive | | Draper | UT | 84020 | | 6/18/21 | $5,686.81 | Accounts Payable : Dealer Commissions |
| 41 Jorge Caballero | 9143 Brilliant Prairie CT | | Las Vegas | NV | 89149 | | 6/18/21 | $1,460.00 | Accounts Payable : Trade |
| 554 (Offboarded) STL Solar Plus LLC | 3201-1 Domain Street | | St Charles | MO | 63301 | | 6/18/21 | $702.54 | Accounts Payable : Dealer Commissions |
| 33 Fombon Plastering Roberto Fombon | P.O Box 1878 | | Imperial Beach | CA | 91932 | | 6/18/21 | $1,650.00 | Accounts Payable : Trade |
| 1122 American Express - RJ | Three World Financial Center | 200 Vesey Street | New York | NY | 10285 | 135944665 | 6/18/21 | $4,376.95 | Credit Cards : AmEx RJ - 6000 |
| 311 Deluxe | 3680 Victoria Street North | | Shoreview | MN | 55126 | VV001 | 6/18/21 | $32.33 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| C02994 Damian Schaab | 574 North Brunson Street | | Saint Paul | Minne | 55130 | 342 | 6/18/21 | $506.10 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944993 | 6/18/21 | $352.69 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| Simplifile | 5072 North 300 West | | Provo | UT | 84604 | 135944842 | 6/18/21 | $14.25 | EPC : Permits |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944845 | 6/18/21 | $15.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 302 Cox | PO BOX 53262 | | Phoenix | AZ | 85072-3262 | 135945178 | 6/18/21 | $100.82 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 1339 Mesa County | 7003 East 47th Avenue Drive | Unit A-400 | Denver | CO | 80216 | 8448 | 6/18/21 | $158.00 | EPC : Permits |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944707 | 6/18/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT061821.1 | 6/18/21 | $43,005.00 | Credit Cards : Divvy - 3099 |
| C02719 Tyler Drangstveit | 3695 170th st sw | | Prior lake | Minne | 55372 | 343 | 6/19/21 | $820.68 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 425 Marlon Martinez | | | | | | | 6/20/21 | $2,500.00 | Accounts Payable : Trade |
| C04327 Julio Roberto Pena Sibrian & Claudia | 1840 Blackhawk rd | | Las Vegas | Nevad | 89108 | 344 | 6/20/21 | $84.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1293 San Diego Gas & Electric (SDGE) | PO BOX 25111 | | Santa Ana | CA | 92799-5111 | ACH062121.4 | 6/21/21 | $247.32 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 282 City of Woodstock | | | | | | VV003 | 6/21/21 | $165.00 | EPC : Permits |
| 1579 Le Sueur County | 88 South Park Avenue | | Le Center | MN | 56057 | VV004 | 6/21/21 | $3,400.00 | EPC : Permits |
| 205 City of Debary | 16 Columba Rd | | Debary | FL | 32713 | VV002 | 6/21/21 | $175.00 | EPC : Permits |
| C04327 Julio Roberto Pena Sibrian & Claudia | 1840 Blackhawk rd | | Las Vegas | Nevad | 89108 | 345 | 6/21/21 | $333.92 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1060 Butler County Building & Zoning | 130 High St | | Hamilton | OH | 45011 | 107 | 6/21/21 | $30.00 | EPC : Permits |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | DIVVY062121 | 6/21/21 | $40,001.00 | Credit Cards : Divvy - 3099 |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944821 | 6/21/21 | $3.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |

In re Empire Solar Group, LLC
Case N...
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Check Number (if applicable) | Dates of Payments | Total Amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944995 | 6/21/21 | $667.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944708 | 6/21/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944826 | 6/21/21 | $6.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944822 | 6/21/21 | $5.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944732 | 6/21/21 | $22,000.00 | Loan payment |
| 177 Cirro Energy | P.O. Box 660004 | | Dallas | TX | 75266-0004 | ACH062121.5 | 6/21/21 | $144.82 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| Simplifile | 5072 North 300 West | | Provo | UT | 84604 | 135944843 | 6/21/21 | $14.25 | EPC : Permits |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944827 | 6/21/21 | $6.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 353 Florida Power & Light Company | 9250 W Flagler St | | Miami | FL | 33174 | ACH062121.2 | 6/21/21 | $33.79 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 1388 Generation Solar | 1192 East Draper Parkway | #466 | Draper | UT | 84020 | ACH062121.1 | 6/21/21 | $300,000.00 | Other Short Term Accrued Liabilities : Other Short Term Liabilities : |
| 1330 Valley Solar Cleaning LLC | 3137 E Millbrae Ave | | Fresno | CA | 93710 | | 6/22/21 | $760.00 | Accounts Payable : Trade |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT062221.1 | 6/22/21 | $40,002.00 | Credit Cards : Divvy - 3099 |
| 445 MVEC | P.O. Box 77024 | | Minneapolis | MN | 55480-7724 | ACH062221.1 | 6/22/21 | $233.00 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944709 | 6/22/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944823 | 6/22/21 | $5.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944981 | 6/22/21 | $145.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 1029 Daylight Roofing | 1266 14th Street | | Imperial Beach | CA | 91932 | | 6/23/21 | $20,127.00 | Accounts Payable : Trade |
| 135 Axitec | 510 Pedricktown Road | Suite A | Logan Township | NJ | 08085 | | 6/23/21 | $203,346.00 | Accounts Payable : Trade |
| 1349 Drill Sub | PO BOX 79411 | | CORONA | CA | 92877 | | 6/23/21 | $28,000.00 | Accounts Payable : Trade |
| 1236 Duke Energy | PO Box 1326 | | Charlotte | NC | 28201-1326 | ACH062321.2 | 6/23/21 | $530.76 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 205 City of Debary | 16 Columba Rd | | Debary | FL | 32713 | VV005 | 6/23/21 | $40.00 | EPC : Permits |
| C01409 Carolyn Richardson | 16760 East Arizona Dr | | Aurora | Colora | 80017 | 346 | 6/23/21 | $468.81 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| Timothy G Melton | 2727 Dohr St | | Berkeley | CA | 94702 | 164 | 6/23/21 | $159.46 | General Sales and Administrative Expenses : G&A : Vehicle & Equipment Expenses : Small Tools & Equipment |
| Timothy G Melton | 2727 Dohr St | | Berkeley | CA | 94702 | 116 | 6/23/21 | $461.00 | General Sales and Administrative Expenses : G&A : Vehicle & Equipment Expenses : Small Tools & Equipment |
| Chris Iglesias | 2050 Ladybird Lane | | Azle | TX | 76020 | 117 | 6/23/21 | $79.52 | General Sales and Administrative Expenses : G&A : Department Expenses : Travel : Mileage Reimbursement |
| Timothy G Melton | 2727 Dohr St | | Berkeley | CA | 94702 | 115 | 6/23/21 | $60.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : |
| Jessica Jimenez | 544 Kingfisher dr | | Kissimmee | FL | 34759 | 113 | 6/23/21 | $80.00 | EPC : Direct Subcontract Labor : Install |
| Gregory Hynes | 1105 nw 109th terrace | | Kansas City | MO | 64155 | 112 | 6/23/21 | $134.61 | Reimbursement |
| Lee Hatley | 9375 Joyce Way | | Arvada | CO | 80007 | 111 | 6/23/21 | $60.42 | Expenses : G&A : Department Expenses : Travel : Meals & Entertainment - Travel Related |
| Alexa T Anderson | 180 Albion Village Way | #201 | Sandy | UT | 84070 | 114 | 6/23/21 | $38.08 | General Sales and Administrative Expenses : G&A : Department Expenses : Travel : Mileage Reimbursement |
| Chris Iglesias | 2050 Ladybird Lane | | Azle | TX | 76020 | 118 | 6/23/21 | $129.92 | General Sales and Administrative Expenses : G&A : Department Expenses : Travel : Mileage Reimbursement |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | DIVVY062321 | 6/23/21 | $40,003.00 | Credit Cards : Divvy - 3099 |
| C02005 Kalani Cruz | 4942 S Starry Night Ln | | Ontario | Califor | 91762 | 109 | 6/23/21 | $125.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944982 | 6/23/21 | $145.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944710 | 6/23/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 1088 (Offboarded) Connect Pros | | | | | | | 6/24/21 | $1,636.80 | Accounts Payable : Dealer Commissions |
| 585 UNTD Energy | 12016 S Genova Drive | | Draper | UT | 84020 | | 6/24/21 | $5,604.20 | Accounts Payable : Dealer Commissions |
| 55 Jerome Mora Mora Enterprises | PO Box 791 | | Arvada | CO | 80001 | | 6/24/21 | $800.00 | Accounts Payable : Trade |
| 1070 SUN SOLAR LIFE | 1810 E Sahara Ave | | Las Vegas | NV | 89104 | | 6/24/21 | $8,570.00 | Accounts Payable : Dealer Commissions |
| 552 ST Raptor LLC | 1309 Coffeen Ave | Ste 1200 | Sheridan | WY | 82801 | | 6/24/21 | $6,777.03 | Accounts Payable : Dealer Commissions |
| 415 LC Solar Panels, LLC | 3090 South Jamaica Court | Office 112 | Aurora | CO | 80014 | | 6/24/21 | $1,472.49 | Accounts Payable : Dealer Commissions |
| 521 Salt River Project Power (SRP) | P.O. Box 52025 | | Phoenix | AZ | 85072-2025 | | 6/24/21 | $1,258.83 | Accounts Payable : Trade |
| 144 Black Solar Jenco Ventures LLC | 537 N Mountain Peak Dr | | Saratoga Springs | UT | 84045 | | 6/24/21 | $9,490.55 | Accounts Payable : Dealer Commissions |
| 1087 Solar Broker Pros | 1951 East Dryer Road | Apt 106 | Santa Ana | CA | 92705 | | 6/24/21 | $10,053.80 | Accounts Payable : Dealer Commissions |
| 328 Energy Advance, LLC | 3289 W. 4975 S. | | Roy | UT | 84067 | | 6/24/21 | $11,745.08 | Accounts Payable : Dealer Commissions |
| 638 (Offboarded) Revo Home Solutions | 5857 Owens Ave | Suite 301 | Carlsbad | CA | 92008 | | 6/24/21 | $11,801.00 | Accounts Payable : Dealer Commissions |
| 1024 Luminary Solar | 616 Valencia St. | | Dallas | TX | 75223 | | 6/24/21 | $1,703.25 | Accounts Payable : Dealer Commissions |
| 1151 Rivus Energy | 1828 Walnut Street | | Kansas City | MO | 64109 | | 6/24/21 | $9,334.79 | Accounts Payable : Dealer Commissions |
| 521 Salt River Project Power (SRP) | P.O. Box 52025 | | Phoenix | AZ | 85072-2025 | | 6/24/21 | $2,636.76 | Accounts Payable : Trade |
| 541 Solar Improvements LLC | 32 E Princeton Drive | Apt B 402 | Sandy | UT | 84070 | | 6/24/21 | $4,494.72 | Accounts Payable : Dealer Commissions |
| 1209 Renewable Resources | 1340 E. Canyon Dr. | | South Weber | UT | 84405 | | 6/24/21 | $8,604.00 | Accounts Payable : Dealer Commissions |
| 530 Simple Energy LLC | 33202 Parown Drive | | Temecula | CA | 92592 | | 6/24/21 | $12,519.38 | Accounts Payable : Dealer Commissions |
| 293 Comcast IL | PO Box 70219 | | Philadelphia | PA | 19176-0219 | | 6/24/21 | $402.65 | Accounts Payable : Trade |
| 1212 Constant Communication | 600 NE 40th St. | | Deerfield Beach | FL | 33064 | | 6/24/21 | $12,801.60 | Accounts Payable : Dealer Commissions |
| C03000 Vitalii Legkyi | 1926 trail ridge st | | Arlington Heights | Illinois | 60004 | 7861 | 6/24/21 | $900.75 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C02525 Christine Stone | 2222 Fontainebleau Dr | | Orlando | Florida | 32808 | 347 | 6/24/21 | $500.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 205 City of Debary | 16 Columba Rd | | Debary | FL | 32713 | VV006 | 6/24/21 | $40.00 | EPC : Permits |
| 1577 City of Liberal | 324 N Kansas Ave | | Liberal | KS | 67901 | VV007 | 6/24/21 | $205.00 | EPC : Permits |
| 521 Salt River Project Power (SRP) | P.O. Box 52025 | | Phoenix | AZ | 85072-2025 | ACH062421.2 - $313 | 6/24/21 | $496.11 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 521 Salt River Project Power (SRP) | P.O. Box 52025 | | Phoenix | AZ | 85072-2025 | ACH062421.2 - $153 | 6/24/21 | $274.40 | General Sales and Administrative Expenses : G&A : Facility Expenses : |

In re Empire Solar Group, LLC
Case No. 21-23636

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Check Number (if applicable) | Dates of Payments | Total Amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944828 | 6/24/21 | $6.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944989 | 6/24/21 | $290.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944711 | 6/24/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| C10645 Leonardo Valencia | 1806 Idaho St | | Fairfield | Califor | 94533 | 7860 | 6/24/21 | $406.64 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C05666 Dora Clarke-Pine | 12045 Harclare Drive | | Moreno Valley | Califor | 92557 | 7862 | 6/24/21 | $217.62 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 409 Klick Solar, LLC | 9250 E. Costilla Place | #110 | Greenwood Village | CO | 80112 | | 6/25/21 | $111,742.32 | Accounts Payable : Dealer Commissions |
| 1273 Seed Solar LLC | 1100 73rd Ave | 73C | Denver | CO | 80229 | | 6/25/21 | $14,153.00 | Accounts Payable : Dealer Commissions |
| 644 Sunlight Forever | 4115 Ruslter Way | | Gilbert | AZ | 85297 | | 6/25/21 | $14,183.12 | Accounts Payable : Dealer Commissions |
| 1254 JMB Home Improvement | 13201 Northwest Fwy | #800 | Houston | TX | 77040 | | 6/25/21 | $7,520.00 | Accounts Payable : Trade |
| 417 LGCY Power LLC | 3333 N Digital Drive | Ste 600 | Lehi | UT | 84043 | | 6/25/21 | $169,812.50 | Accounts Payable : Dealer Commissions |
| 410 Kota Energy Group | 1227 Flynn Rd | Ste 307 | Camarillo | CA | 93012 | | 6/25/21 | $32,613.74 | Accounts Payable : Dealer Commissions |
| 637 Ecoworld Energy | 13333 Northwest Freeway | | Houston | TX | 77040 | | 6/25/21 | $47,393.08 | Accounts Payable : Dealer Commissions |
| 563 Tephra Solar LLC | 630 E Center St. | | Alpine | UT | 84004 | | 6/25/21 | $73,389.06 | Accounts Payable : Dealer Commissions |
| 1159 Hybrid Solar | 6089 Mustang Breeze Trail Unit 102 | | Henderson | NV | 89011 | | 6/25/21 | $26,831.60 | Accounts Payable : Dealer Commissions |
| 327 Enerflo | 20422 Beach Blvd | Ste 215 | Huntington Beach | CA | 92648 | | 6/25/21 | $66,243.33 | Accounts Payable : Dealer Commissions |
| 489 Primitive Power LLC | 1530 E Williams Field Rd | #201 | Gilbert | AZ | 85234 | | 6/25/21 | $47,366.64 | Accounts Payable : Dealer Commissions |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944984 | 6/25/21 | $174.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| C03090 Roberto Serrato | 4754 s. 4520 w | | Kearns | Utah | 84118 | 348 | 6/25/21 | $1,172.05 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 434 Minnesota Dept. of Labor & Industry | Financial Services Office | PO Box 64219 | St. Paul | MN | 55164-0219 | 121 | 6/25/21 | $7,000.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : |
| 1497 Clean.Tech | 2603 Camino Ramon Suite 200 | | San Ramon | CA | 94583 | Clean.Tech062521.1 | 6/25/21 | $140,000.00 | Other Short Term Accrued Liabilities : Other Short Term Liabilities : Clean Tech |
| 331 Enoch City Building Department | 900 East Midvalley Road | | Enoch | UT | 84721 | 122 | 6/25/21 | $181.26 | EPC : Permits |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944846 | 6/25/21 | $15.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944969 | 6/25/21 | $100.00 | EPC : Net Metering Fees |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944825 | 6/25/21 | $5.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944992 | 6/25/21 | $348.40 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944712 | 6/25/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| C10551 Travis Jordan | 548 reserve drive | | Davenport | Florida | 33896 | | 6/25/21 | $1,500.00 | Accounts Receivables : Installation |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944824 | 6/26/21 | $5.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| C00097 Marie Desir | 233 W 20th Street | | Apopka | Florida | 32703 | 349 | 6/26/21 | $1,185.20 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C03583 Ivan Reynoso | 319 s Sinclair ave | | Stockton | Califor | 95215 | 350 | 6/27/21 | $129.80 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 370 Green Mountain Energy | PO Box 121233 | Dept 1233 | Dallas | TX | 75321-1233 | | 6/28/21 | $1,202.77 | Accounts Payable : Trade |
| 1251 San Antonio Water Systems | PO Box 2990 | | San Antonio | TX | 78299-2990 | | 6/28/21 | $229.47 | Accounts Payable : Trade |
| 1494 1 Solar | 2391 S 1560 W | | Woods Cross | UT | 84087 | | 6/28/21 | $133,935.50 | Accounts Payable : Trade |
| 162 Capital One | 1680 Capital One Drive | | McLean | VA | 22102 | 135944664 | 6/28/21 | $5,000.00 | Credit Cards : Capital One Spark - 6907 |
| C02664 Vanessa Herald | 12 Huntemann Ln | | Fort Thomas | Kentud | 41075 | 351 | 6/28/21 | $264.68 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| Alexa T Anderson | 180 Albion Village Way | #201 | Sandy | UT | 84070 | 165 | 6/28/21 | $5.60 | General Sales and Administrative Expenses : G&A : Department Expenses : Travel : Mileage Reimbursement |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944850 | 6/28/21 | $23.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944836 | 6/28/21 | $12.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944713 | 6/28/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944970 | 6/28/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944971 | 6/28/21 | $100.00 | EPC : Net Metering Fees |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944897 | 6/28/21 | $87.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944849 | 6/28/21 | $23.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944833 | 6/28/21 | $9.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 958 Chase Bank | P.O. Box 15298 | | Wilmington | DE | 19850 | 135944659 | 6/28/21 | $96.58 | Credit Cards : Chase Ink - 3343 |
| 1120 American Express - ESG | Three World Financial Center | 200 Vesey Street | New York | NY | 10285 | 135944663 | 6/28/21 | $30,000.00 | Credit Cards : AmEx Empire - 3003 |
| 459 NextLink Internet | 95 Parker Oaks Lane | | Hudson Oaks | TX | 76087 | ACH062821.4 | 6/28/21 | $439.77 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 623 Workers Compensation Fund | P.O. Box 26488 | | Salt Lake City | UT | 84126-0488 | | 6/29/21 | $257,908.25 | Accounts Payable : Trade |
| 1150 Oscar E. Hedden | 5801 Walhalla Rd | | Highlands | NC | 28741 | | 6/29/21 | $1,000.00 | Accounts Payable : Trade |
| 978 Martini Electric | 1738 W Addison | | Chicago | IL | 60613 | | 6/29/21 | $1,000.00 | Accounts Payable : Trade |
| 163 Capital Premium Financing, Inc. | 12235 S 800 E | | Draper | UT | 84020 | | 6/29/21 | $7,764.19 | Accounts Payable : Trade |
| 943 Limitless Electric | 1009 Wedgewood Drive | | Independence | KY | 41051 | | 6/29/21 | $2,000.00 | Accounts Payable : Trade |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944974 | 6/29/21 | $100.00 | EPC : Net Metering Fees |
| C04409 Selene Guzman | 807 Sun Prairie Dr. | | Houston | Texas | 77090 | 352 | 6/29/21 | $80.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | DIVVY062921.1 | 6/29/21 | $12,002.00 | Credit Cards : Divvy - 3099 |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | DIVVY062921 | 6/29/21 | $10,000.00 | Credit Cards : Divvy - 3099 |
| 1497 Clean.Tech | 2603 Camino Ramon Suite 200 | | San Ramon | CA | 94583 | ACH062921.1 | 6/29/21 | $30,000.00 | Other Short Term Accrued Liabilities : Other Short Term Liabilities : Clean Tech |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944892 | 6/29/21 | $66.54 | EPC : Net Metering Fees |
| 518 Rocky Mountain Power | PO BOX 26000 | | Portland | OR | 97256-0001 | 135944854 | 6/29/21 | $62.31 | EPC : Net Metering Fees |
| 1078 TVT Capital | 8 Hunters Lane | | Roslyn | NY | 11576 | ACH062921.2 | 6/29/21 | $70,950.00 | Long-Term Liabilities : Notes Payable : |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944972 | 6/29/21 | $100.00 | EPC : Net Metering Fees |

In re Empire Solar Group, LLC
Case No.
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Check Number (if applicable) | Dates of Payments | Total Amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944973 | 6/29/21 | $100.00 | EPC : Net Metering Fees |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944893 | 6/29/21 | $69.51 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944714 | 6/29/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944978 | 6/29/21 | $121.36 | EPC : Net Metering Fees |
| 1282 Planning & Development | | | | | | VV2742 | 6/30/21 | $1,991.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : |
| C02386 William Beckett | 7518 Miriam Vale Ct | | Corpus Christi | Texas | 78414 | 353 | 6/30/21 | $555.36 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| Jessica Manzo | 3620 Pine St | | MARTINEZ | CA | 94553 | 166 | 6/30/21 | $492.00 | Reimbursement |
| 1252 Ohio Edison Company | PO Box 3687 | | Akron | OH | 44309-3687 | 149 | 6/30/21 | $50.00 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| Duke Energy | PO Box 1326 | | Charlotte | NC | 28201-1326 | 148 | 6/30/21 | $50.00 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| Duke Energy | PO Box 1326 | | Charlotte | NC | 28201-1326 | 147 | 6/30/21 | $50.00 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| Duke Energy | PO Box 1326 | | Charlotte | NC | 28201-1326 | 146 | 6/30/21 | $50.00 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT063021.1 | 6/30/21 | $10,003.00 | Credit Cards : Divvy - 3099 |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | DIVVY063021 | 6/30/21 | $20,003.00 | Credit Cards : Divvy - 3099 |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944898 | 6/30/21 | $87.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944715 | 6/30/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944977 | 6/30/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944975 | 6/30/21 | $100.00 | EPC : Net Metering Fees |
| 630 Xcel NEM | P.O. Box 9477 | | MInneapolis | MN | 55484-9477 | 135944976 | 6/30/21 | $100.00 | EPC : Net Metering Fees |
| Quickbooks Intuit | 2700 Coast Ave | | Mountain View | CA | 94043 | 135944829 | 6/30/21 | $6.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 1502 Oracle Financing | BANC OF AMERICA LEASING LEASE AD | PO BOX 405874 | ATLANTA | GA | 30384-5874 | | 7/1/21 | $56,948.08 | Accounts Payable : Trade |
| 551 SR32 San Diego Portfolio | PO Box 845647 | | Los Angeles | CA | 90084-5647 | | 7/1/21 | $4,933.63 | Accounts Payable : Trade |
| 400 Jay & Mike Investments, LLC | 14331 Ewing Avenue S. | | Burnsville | MN | 55306 | | 7/1/21 | $4,850.00 | Accounts Payable : Trade |
| 1190 FJR Trading LLC | PO Box 531 | | Cotulla | TX | 78104 | | 7/1/21 | $7,357.83 | Accounts Payable : Trade |
| 1215 Platinum Owner GA LLC | PO Box 95311 | | Chicago | IL | 60694-5311 | | 7/1/21 | $8,018.99 | Accounts Payable : Trade |
| 985 AIM 786, LLC | PO Box 954053 | | Lake Mary | FL | 32795-4053 | | 7/1/21 | $3,035.25 | Accounts Payable : Trade |
| 92 815 - 847 Arnold Drive, LLC | P.O. Box 399266 | | San Francisco | CA | 94139-9266 | | 7/1/21 | $4,000.45 | Accounts Payable : Trade |
| 523 SD&S Properties, Inc. (IL Lease Agent) | PO Box 221 | | Mount Prospect | IL | 60056 | | 7/1/21 | $8,560.00 | Accounts Payable : Trade |
| 358 Freeway Holdings, LLC (c/o Axiom Comm | 815 Woodswether Road | | Kansas City | MO | 64105 | | 7/1/21 | $3,159.07 | Accounts Payable : Trade |
| 1265 CI DEN I-GW, LLC | PO Box 208383 | | Dallas | TX | 75320-8383 | | 7/1/21 | $6,975.00 | Accounts Payable : Trade |
| 987 D&J Properties | 3020 South West Temple | | Salt Lake City | UT | 84115 | | 7/1/21 | $7,739.51 | Accounts Payable : Trade |
| 1141 Elevation Capital, LLC | Bldg ID: ISY001 | PO Box 82552 | Goleta | CA | 93118-2552 | | 7/1/21 | $24,593.31 | Accounts Payable : Trade |
| 984 Crescentville Partners #1, LLC | 11590 Century Blvd | Suite 204 | Cincinnati | OH | 45246 | | 7/1/21 | $6,720.00 | Accounts Payable : Trade |
| 1124 PT Adobe Court LLC | 1864 Woodmoor Dr Ste 100 | | Monument | CO | 80132 | | 7/1/21 | $3,447.50 | Accounts Payable : Trade |
| 336 Expert Voice | 19775 Palatine | | Palantine | IL | 60055-9775 | | 7/1/21 | $18,300.64 | Accounts Payable : Trade |
| 443 Mooney Longbranch II, LLC | 13210 Spring Hill Drive | | Spring Hill | FL | 34609 | | 7/1/21 | $3,678.13 | Accounts Payable : Trade |
| 419 LMB Realestate Group | 4415 Meadowlark Lane | | Midland | TX | 9707 | | 7/1/21 | $6,159.91 | Accounts Payable : Trade |
| 430 Mesa Ridge Business Park 1, LLC | 8120 East Cactus Road | STE 300 | Scottsdale | AZ | 85260 | | 7/1/21 | $4,640.54 | Accounts Payable : Trade |
| 483 PCI Corp Pkwy, LLC | c/o Emersons Commercial Manageme | 17776 Preston Road, Suite 100 | Dallas | TX | 75252 | | 7/1/21 | $9,311.31 | Accounts Payable : Trade |
| 177 Cirro Energy | P.O. Box 660004 | | Dallas | TX | 75266-0004 | ACH060121.7 | 7/1/21 | $505.57 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| SDGE | PO BOX 25111 | | Santa Ana | CA | 92799-5111 | VV009 | 7/1/21 | $290.00 | EPC : Net Metering Fees |
| 428 Meeker County Building Department | 325 Sibley Avenue N | | Litchfield | MN | 55355 | VV010 | 7/1/21 | $121.50 | EPC : Permits |
| 1497 Clean.Tech | 2603 Camino Ramon Suite 200 | | San Ramon | CA | 94583 | Clean.Tech070121.1 | 7/1/21 | $540,937.51 | Other Short Term Accrued Liabilities : Other Short Term Liabilities : Clean Tech |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | DIVVY070121 | 7/1/21 | $20,004.00 | Credit Cards : Divvy - 3099 |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | DIVVY070121.2 | 7/1/21 | $10,004.00 | Credit Cards : Divvy - 3099 |
| Jacob Geishaker | 14144 wycliff way | | Magalia | CA | 95954 | 150 | 7/1/21 | $153.28 | EPC : Travel - EPC : Hotel - EPC |
| Damon Heinz | 664 31st Street | | Oakland | CA | 94609 | 152 | 7/1/21 | $32.88 | General Sales and Administrative Expenses : G&A : Vehicle & Equipment Expenses : Small Tools & Equipment |
| 991 Chris Renfro | 712 Fox Run Trail | | Saginaw | TX | 76179 | 151 | 7/1/21 | $50.98 | EPC : Permits |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | DIVVY070121.1 | 7/1/21 | $30,004.00 | Credit Cards : Divvy - 3099 |
| 144 Black Solar Jenco Ventures LLC | 537 N Mountain Peak Dr | | Saratoga Springs | UT | 84045 | | 7/2/21 | $3,512.38 | Accounts Payable : Dealer Commissions |
| 530 Simple Energy LLC | 33202 Parown Drive | | Temecula | CA | 92592 | | 7/2/21 | $7,029.10 | Accounts Payable : Dealer Commissions |
| 1187 Solare Power | 640 New Hope Rd | | E McKinney | TX | 75071 | | 7/2/21 | $41,668.92 | Accounts Payable : Dealer Commissions |
| 558 Sunnerds | 12707 High Bluff Drive | Suite 200 | San Diego | CA | 92130 | | 7/2/21 | $16,736.72 | Accounts Payable : Dealer Commissions |
| 637 Ecoworld Energy | 13333 Northwest Freeway | | Houston | TX | 77040 | | 7/2/21 | $21,668.64 | Accounts Payable : Dealer Commissions |
| 992 Scanifly | 1105 Edinburg Windsor Rd | | Hightstown | NJ | 08520 | | 7/2/21 | $1,350.00 | Accounts Payable : Trade |
| 503 Refugio Medina | 400 Oakford Street | | Las Vegas | NV | 89110 | | 7/2/21 | $150.00 | Accounts Payable : Trade |
| 434 Minnesota Dept. of Labor & Industry | Financial Services Office | PO Box 64219 | St. Paul | MN | 55164-0219 | | 7/2/21 | $140.00 | Accounts Payable : Trade |
| 1010 EideBailly CPA's & Business Advisors | 5929 Fashion Point Drive | Suite 300 | Ogden | UT | 84403 | | 7/2/21 | $2,660.00 | Accounts Payable : Trade |
| 1016 Doctor Sparky Ltd | 1476 South Olathe Way | | Aurora | CO | 80017 | | 7/2/21 | $5,024.00 | Accounts Payable : Trade |
| 1057 Sunray Energy Solutions | 4740 Green River Rd | | Corona | CA | 92880 | | 7/2/21 | $1,300.00 | Accounts Payable : Dealer Commissions |
| 1024 Luminary Solar | 616 Valencia St. | | Dallas | TX | 75223 | | 7/2/21 | $1,396.22 | Accounts Payable : Dealer Commissions |
| 585 UNTD Energy | 12016 S Genova Drive | | Draper | UT | 84020 | | 7/2/21 | $9,131.25 | Accounts Payable : Dealer Commissions |
| 327 Enerflo | 20422 Beach Blvd | Ste 215 | Huntington Beach | CA | 92648 | | 7/2/21 | $17,097.33 | Accounts Payable : Dealer Commissions |
| 417 LGCY Power LLC | 3333 N Digital Drive | Ste 600 | Lehi | UT | 84043 | | 7/2/21 | $166,765.24 | Accounts Payable : Dealer Commissions |
| 563 Tephra Solar LLC | 630 E Center St. | | Alpine | UT | 84004 | | 7/2/21 | $57,483.25 | Accounts Payable : Dealer Commissions |
| 471 Okiireve | 3967 Uniondale Ct | | South Jordan | UT | 84009 | | 7/2/21 | $38,666.67 | Accounts Payable : Trade |
| 89 Wyssling Consulting Scott Wyssling | 76 N. Meadowbrook Drive | | Alpine | UT | 84004 | | 7/2/21 | $40,520.00 | Accounts Payable : Trade |
| 1294 Greenway Group | 12971 Tyler Run Ave | | Odessa | FL | 33556 | | 7/2/21 | $5,144.50 | Accounts Payable : Dealer Commissions |
| 500 Ready Solar LLC | 4935 West 9th Street | | Greeley | CO | 80639 | | 7/2/21 | $8,980.08 | Accounts Payable : Dealer Commissions |
| 1025 Straight Talk Solar Co. | 6018 Paseo Alemeda | | Carlsbad | CA | 92009 | | 7/2/21 | $92,165.16 | Accounts Payable : Dealer Commissions |
| 457 Nexgen llc | 7878 North 16th | | Phoenix | AZ | 85020 | | 7/2/21 | $9,227.00 | Accounts Payable : Dealer Commissions |
| 322 Ecolux Solar | 122 W Hackberry Road | | Vineyard | UT | 84059 | | 7/2/21 | $3,220.91 | Accounts Payable : Dealer Commissions |
| 1161 Native Grid Solar | 465 E. Chilton | Suite 1 | Chandler | AZ | 85225 | | 7/2/21 | $3,405.54 | Accounts Payable : Dealer Commissions |
| 471 Okiireve | 3967 Uniondale Ct | | South Jordan | UT | 84009 | | 7/2/21 | $38,666.67 | Accounts Payable : Trade |
| 1448 MIK Solutions , Inc. | 777 Blazing Star Trail | | Cary | IL | 60013 | | 7/2/21 | $9,300.00 | Accounts Payable : Trade |
| 1212 Constant Communication | 600 NE 40th St. | | Deerfield Beach | FL | 33064 | | 7/2/21 | $2,580.55 | Accounts Payable : Dealer Commissions |
| 1151 Rivus Energy | 1828 Walnut Street | | Kansas City | MO | 64109 | | 7/2/21 | $3,274.23 | Accounts Payable : Dealer Commissions |
| 409 Klick Solar, LLC | 9250 E. Costilla Place | #110 | Greenwood Village | CO | 80112 | | 7/2/21 | $85,575.73 | Accounts Payable : Dealer Commissions |
| 303 Cransten, Inc. | 9980 S 300 W Ste 200 | | Sandy | UT | 84095 | | 7/2/21 | $8,614.70 | Accounts Payable : Dealer Commissions |
| 536 Smart Energy Today LLC | 2500 Mottman Road SW | Suite 100 T | Tumwater | WA | 98512 | | 7/2/21 | $22,875.21 | Accounts Payable : Dealer Commissions |
| 489 Primitive Power LLC | 1530 E Williams Field Rd | #201 | Gilbert | AZ | 85234 | | 7/2/21 | $39,840.52 | Accounts Payable : Dealer Commissions |
| 1273 Seed Solar LLC | 1100 73rd Ave | 73C | Denver | CO | 80229 | | 7/2/21 | $23,552.00 | Accounts Payable : Dealer Commissions |

In re Empire Solar Group, LLC
Case No.
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Check Number (if applicable) | Dates of Payments | Total Amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| 1075 De Lage Landen Financial Services Inc | PO BOX 41602 | | PHILADELPHIA | PA | 19101-1602 | | 7/2/21 | $2,122.80 | Accounts Payable : Trade |
| 141 Berloc Sign Company | 1501 Truman St Suite B | | San Fernando | CA | 91340 | | 7/2/21 | $882.00 | Accounts Payable : Trade |
| 1209 Renewable Resources | 1340 E. Canyon Dr. | | South Weber | UT | 84405 | | 7/2/21 | $1,989.60 | Accounts Payable : Dealer Commissions |
| C04490 James Ray | 9968 Armando Circle, | | Orlando | Florida | 32835 | 354 | 7/2/21 | $180.22 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1249 Grove City | | | | | | VV011 | 7/2/21 | $62.01 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : |
| 915 Aptos Solar Technology | PO Box 4776, #100 | | Houston | TX | 77210-4776 | | 7/6/21 | $297,297.00 | Accounts Payable : Trade |
| 958 Chase Bank | P.O. Box 15298 | | Wilmington | DE | 19850 | 161 | 7/6/21 | -$5,000.00 | Cash : Checking : Uinta Bank (New) - |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 167 | 7/6/21 | $255.00 | EPC : Net Metering Fees |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT070621.1 | 7/6/21 | $30,001.00 | Credit Cards : Divvy - 3099 |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT070621.2 | 7/6/21 | $10,001.00 | Credit Cards : Divvy - 3099 |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 168 | 7/6/21 | $255.00 | EPC : Net Metering Fees |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 169 | 7/6/21 | $255.00 | EPC : Net Metering Fees |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 170 | 7/7/21 | $255.00 | EPC : Net Metering Fees |
| 205 City of Debary | 16 Columba Rd | | Debary | FL | 32713 | VV015 | 7/7/21 | $75.00 | EPC : Permits |
| 206 City of Delta | 76 North 200 West | | Delta | UT | 84624 | VV016 | 7/7/21 | $458.43 | EPC : Permits |
| 1511 City of Guyton | 310 Central Boulevard | | Guyton | GA | 31312 | 172 | 7/7/21 | $85.00 | EPC : Permits |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT070721.1 | 7/7/21 | $20,003.00 | Credit Cards : Divvy - 3099 |
| C00360 Anne Runowiecki | 264 Orange st | | Elgin | Illinois | 60123 | 171 | 7/7/21 | $2,663.84 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 327 Enerflo | 20422 Beach Blvd | Ste 215 | Huntington Beach | CA | 92648 | | 7/8/21 | $24,729.86 | Accounts Payable : Dealer Commissions |
| 443 Mooney Longbranch II, LLC | 13210 Spring Hill Drive | | Spring Hill | FL | 34609 | | 7/8/21 | $236.40 | Accounts Payable : Trade |
| 1212 Constant Communication | 600 NE 40th St. | | Deerfield Beach | FL | 33064 | | 7/8/21 | $3,076.07 | Accounts Payable : Dealer Commissions |
| 500 Ready Solar LLC | 4935 West 9th Street | | Greeley | CO | 80639 | | 7/8/21 | $4,400.33 | Accounts Payable : Dealer Commissions |
| 489 Primitive Power LLC | 1530 E Williams Field Rd | #201 | Gilbert | AZ | 85234 | | 7/8/21 | $6,062.25 | Accounts Payable : Dealer Commissions |
| 576 TruHome Pros LLC | 697 Somerset Avenue | Suite 400 | West Dundee | IL | 60118 | | 7/8/21 | $6,669.30 | Accounts Payable : Dealer Commissions |
| 1087 Solar Broker Pros | 1951 East Dryer Road | Apt 106 | Santa Ana | CA | 92705 | | 7/8/21 | $7,243.12 | Accounts Payable : Dealer Commissions |
| 1071 International Solar Experts | 4001 Santa Barbara Blvd #239 | | Naples | FL | 34119 | | 7/8/21 | $7,383.31 | Accounts Payable : Dealer Commissions |
| 585 UNTD Energy | 12016 S Genova Drive | | Draper | UT | 84020 | | 7/8/21 | $8,606.08 | Accounts Payable : Dealer Commissions |
| 637 Ecoworld Energy | 13333 Northwest Freeway | | Houston | TX | 77040 | | 7/8/21 | $8,868.00 | Accounts Payable : Dealer Commissions |
| 558 Sunnerds | 12707 High Bluff Drive | Suite 200 | San Diego | CA | 92130 | | 7/8/21 | $17,105.43 | Accounts Payable : Dealer Commissions |
| 1072 Impact Energy | 880 Eagleridge Blvd | | Pueblo | CO | 81008 | | 7/8/21 | $2,162.70 | Accounts Payable : Dealer Commissions |
| 536 Smart Energy Today LLC | 2500 Mottman Road SW | Suite 100 T | Tumwater | WA | 98512 | | 7/8/21 | $34,647.81 | Accounts Payable : Dealer Commissions |
| 409 Klick Solar, LLC | 9250 E. Costilla Place | #110 | Greenwood Village | CO | 80112 | | 7/8/21 | $36,484.82 | Accounts Payable : Dealer Commissions |
| 397 Intermountain Rural Electric Association | 5496 North US Hwy 85 | | Sedalia | CO | 80135 | 174 | 7/8/21 | $524.00 | EPC : Net Metering Fees |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT070821.2 | 7/8/21 | $10,004.00 | Credit Cards : Divvy - 3099 |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT070821.1 | 7/8/21 | $103,004.00 | Credit Cards : Divvy - 3099 |
| C00402 Dean Smith | 3551 Redford Lane | | Monticello | Minne | 55362 | 173 | 7/8/21 | $1,000.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 417 LGCY Power LLC | 3333 N Digital Drive | Ste 600 | Lehi | UT | 84043 | | 7/9/21 | $159,501.55 | Accounts Payable : Dealer Commissions |
| 1070 SUN SOLAR LIFE | 1810 E Sahara Ave | | Las Vegas | NV | 89104 | | 7/9/21 | $41,291.50 | Accounts Payable : Dealer Commissions |
| 410 Kota Energy Group | 1227 Flynn Rd | Ste 307 | Camarillo | CA | 93012 | | 7/9/21 | $29,820.44 | Accounts Payable : Dealer Commissions |
| 563 Tephra Solar LLC | 630 E Center St. | | Alpine | UT | 84004 | | 7/9/21 | $72,519.62 | Accounts Payable : Dealer Commissions |
| 1507 Sunobi, LLC | 5205 Avenida Encinas, Suite D | | Carlsbad | CA | 92008 | | 7/9/21 | $10,000.00 | Accounts Payable : Trade |
| 471 Okiireve | 3967 Uniondale Ct | | South Jordan | UT | 84009 | | 7/9/21 | $38,666.67 | Accounts Payable : Trade |
| 33 Fombon Plastering Roberto Fombon | P.O Box 1878 | | Imperial Beach | CA | 91932 | | 7/9/21 | $2,600.00 | Accounts Payable : Trade |
| Amanda Roseburg | | | | | | 0 | 7/9/21 | $4.50 | 30112 - Equity : Partner Equity : Partner 1 : Distributions - P1 |
| 205 City of Debary | 16 Columba Rd | | Debary | FL | 32713 | VV020 | 7/9/21 | $75.00 | EPC : Permits |
| 380 Hurricane Building Department | 147 N 870 W | | Hurricane | UT | 84737 | VV017 | 7/9/21 | $551.00 | EPC : Permits |
| SDGE | PO BOX 25111 | | Santa Ana | CA | 92799-5111 | VV019 | 7/9/21 | $877.00 | EPC : Net Metering Fees |
| 1633 City of Lafayette Planning & Building De | 3675 Mt Diablo Boulevard | #210 | Lafayette | CA | 94549 | VV021 | 7/9/21 | $366.03 | EPC : Permits |
| 1633 City of Lafayette Planning & Building De | 3675 Mt Diablo Boulevard | #210 | Lafayette | CA | 94549 | VV022 | 7/9/21 | $248.63 | EPC : Permits |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT070921.1 | 7/9/21 | $35,005.00 | Credit Cards : Divvy - 3099 |
| 1123 American Express - Corporate | Three World Financial Center | 200 Vesey Street | New York | NY | 10285 | EFT070921.3 | 7/9/21 | $2,014.27 | Credit Cards : AmEx Corporate - 41000 |
| Ian S Johnson | 1922 N Crest Rd | Apt#22 | Saratoga Springs | UT | 84045 | 178 | 7/9/21 | $12.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : Bank Fees and Merchant Service Fees |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT070921.2 | 7/9/21 | $5,005.00 | Credit Cards : Divvy - 3099 |
| Amanda Roseburg | | | | | | 0 | 7/9/21 | $4.50 | 30112 - Equity : Partner Equity : Partner 1 : Distributions - P1 |
| C09184 Jeanne Scown | | | | | | | 7/9/21 | $1,000.00 | Accounts Receivables : Installation |
| 1363 Gunnison County Electric Association | 37250 West Highway 50 | PO Box 180 | Gunnison | CO | 81230-0180 | 181 | 7/10/21 | $250.00 | EPC : Net Metering Fees |
| 582 United Power | 500 Cooperative Way | | Brighton | CO | 80603 | 184 | 7/10/21 | $200.00 | EPC : Net Metering Fees |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 183 | 7/10/21 | $255.00 | EPC : Net Metering Fees |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 182 | 7/10/21 | $255.00 | EPC : Net Metering Fees |
| 466 NovaTime | 9680 Haven Ave | | Rancho Cucamonga | CA | 91730 | | 7/12/21 | $2,957.22 | Accounts Payable : Trade |
| 1499 CR Solar, LLC | 2463 N Hill Field Rd | | Layton | UT | 84041 | | 7/12/21 | $24,507.20 | Accounts Payable : Trade |
| 1499 CR Solar, LLC | 2463 N Hill Field Rd | | Layton | UT | 84041 | | 7/12/21 | $10,091.20 | Accounts Payable : Trade |
| 1512 Houston Infill Industrial Investors I, LLC | C/O Transwestern | 11720 Katy Freeway, Suite 400 | Houston | TX | 77079 | | 7/12/21 | $12,712.50 | Accounts Payable : Trade |
| 314 Design West | 795 North 400 West | | Salt Lake City | UT | 84103 | | 7/12/21 | $17,039.86 | Accounts Payable : Trade |
| 432 Microsoft Store | 51 South Main Street | | Salt Lake City | UT | 84111 | 135944736 | 7/12/21 | $1,171.64 | Expenses : G&A : Facility Expenses : Office Expenses : Software Subscription/Licenses |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT071221.2 | 7/12/21 | $10,001.00 | Credit Cards : Divvy - 3099 |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT071221.1 | 7/12/21 | $30,001.00 | Credit Cards : Divvy - 3099 |
| 163 Capital Premium Financing, Inc. | 12235 S 800 E | | Draper | UT | 84020 | ACH071221.1 | 7/12/21 | $7,347.13 | Insurance |
| Amanda Roseburg | | | | | | 0 | 7/12/21 | $4.50 | 30112 - Equity : Partner Equity : Partner 1 : Distributions - P1 |
| 1120 American Express - ESG | Three World Financial Center | 200 Vesey Street | New York | NY | 10285 | 135944727 | 7/12/21 | $15,000.00 | Credit Cards : AmEx Empire - 3003 |
| 923 3 Bros Quality Concrete LLC | 8279 S Lance St #1 | | Midvale | UT | 84047 | | 7/13/21 | $500.00 | Accounts Payable : Trade |
| 86 Tree Amigoz Chris Smith | 26 Riverside Terrace | | Cannon Falls | MN | 55009 | | 7/13/21 | $5,800.00 | Accounts Payable : Trade |
| 1289 The Copper Connection | 10216 Isle Street | | Parker | CO | 80134 | | 7/13/21 | $7,850.00 | Accounts Payable : Trade |
| 503 Refugio Medina | 400 Oakford Street | | Las Vegas | NV | 89110 | | 7/13/21 | $1,500.00 | Accounts Payable : Trade |
| 1333 Pro Home Projects, LLC | 3083 W 1750 N | Unit 8 | Cedar City | UT | 84721 | | 7/13/21 | $1,075.00 | Accounts Payable : Trade |
| 1447 Modern Electric LLC | 12421 W49th Ave Unit 7 | | Wheat Ridge | CO | 80033 | | 7/13/21 | $3,235.00 | Accounts Payable : Trade |
| 941 JR Services | 112 Brighton Road | | Springtown | TX | 76082 | | 7/13/21 | $5,642.85 | Accounts Payable : Trade |
| 55 Jerome Mora Mora Enterprises | PO Box 791 | | Arvada | CO | 80001 | | 7/13/21 | $1,150.00 | Accounts Payable : Trade |
| 324 Electric Power & Solar Solutions | 9360 W Flemingo RD | #110-103 | Las Vegas | NV | 89147 | | 7/13/21 | $14,751.00 | Accounts Payable : Trade |
| 1499 CR Solar, LLC | 2463 N Hill Field Rd | | Layton | UT | 84041 | | 7/13/21 | $22,344.80 | Accounts Payable : Trade |
| 303 Cransten, Inc. | 9980 S 300 W Ste 200 | | Sandy | UT | 84095 | | 7/13/21 | $775.06 | Accounts Payable : Trade |
| 925 Blue Spruce Exteriors | 11504 West Colfax Ave | | Lakewood | CO | 80215 | | 7/13/21 | $2,200.00 | Accounts Payable : Trade |
| Chris Renfro | 712 Fox Run Trail | | Saginaw | TX | 76179 | 197 | 7/13/21 | $108.00 | EPC : Permits |
| Alexa T Anderson | 180 Albion Village Way | #201 | Sandy | UT | 84070 | 198 | 7/13/21 | $33.60 | General Sales and Administrative Expenses : G&A : Department Expenses : Travel : Mileage Reimbursement |
| Elvis Newsome | 4958 n lola ave #101 | | Fresno | CA | 93722 | 196 | 7/13/21 | $46.80 | EPC : Travel - EPC : Hotel - EPC |

In re Empire Solar Group, LLC
Case No.
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Check Number (if applicable) | Dates of Payments | Total Amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT071321.2 | 7/13/21 | $10,002.00 | Credit Cards : Divvy - 3099 |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT071321.1 | 7/13/21 | $30,002.00 | Credit Cards : Divvy - 3099 |
| 985 AIM 786, LLC | PO Box 954053 | | Lake Mary | FL | 32795-4053 | | 7/14/21 | $607.05 | Accounts Payable : Trade |
| 599 Village of Franklin Park | 9500 Belmont Avenue | | Franklin Park | IL | 60131 | | 7/14/21 | $26.39 | Accounts Payable : Trade |
| 1190 FJR Trading LLC | PO Box 531 | | Cotulla | TX | 78104 | | 7/14/21 | $735.78 | Accounts Payable : Trade |
| 987 D&J Properties | 3020 South West Temple | | Salt Lake City | UT | 84115 | | 7/14/21 | $7,739.51 | Accounts Payable : Trade |
| 984 Crescentville Partners #1, LLC | 11590 Century Blvd | Suite 204 | Cincinnati | OH | 45246 | | 7/14/21 | $672.00 | Accounts Payable : Trade |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT071421.1 | 7/14/21 | $30,003.00 | Credit Cards : Divvy - 3099 |
| 582 United Power | 500 Cooperative Way | | Brighton | CO | 80603 | 206 | 7/14/21 | $200.00 | EPC : Net Metering Fees |
| 582 United Power | 500 Cooperative Way | | Brighton | CO | 80603 | 205 | 7/14/21 | $250.00 | EPC : Net Metering Fees |
| 582 United Power | 500 Cooperative Way | | Brighton | CO | 80603 | 208 | 7/14/21 | $200.00 | EPC : Net Metering Fees |
| 582 United Power | 500 Cooperative Way | | Brighton | CO | 80603 | 207 | 7/14/21 | $200.00 | EPC : Net Metering Fees |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT071421.2 | 7/14/21 | $10,003.00 | Credit Cards : Divvy - 3099 |
| 1273 Seed Solar LLC | 1100 73rd Ave | 73C | Denver | CO | 80229 | | 7/15/21 | $7,976.90 | Accounts Payable : Dealer Commissions |
| 576 TruHome Pros LLC | 697 Somerset Avenue | Suite 400 | West Dundee | IL | 60118 | | 7/15/21 | $150.00 | Accounts Payable : Dealer Commissions |
| 1151 Rivus Energy | 1828 Walnut Street | | Kansas City | MO | 64109 | | 7/15/21 | $383.42 | Accounts Payable : Dealer Commissions |
| 639 TTG | 725 W. Stetson Ave. | | Hemet | CA | 92543 | | 7/15/21 | $603.30 | Accounts Payable : Dealer Commissions |
| 83 The Roofing Company | 3432 N Bruce St | Suite 3 | North Las Vegas | NV | 89030 | | 7/15/21 | $15,000.00 | Accounts Payable : Trade |
| 58 Paramount Contractors LLC | 1574 South Westview Drive | | Cedar City | UT | 84720 | | 7/15/21 | $1,364.00 | Accounts Payable : Trade |
| 58 Paramount Contractors LLC | 1574 South Westview Drive | | Cedar City | UT | 84720 | | 7/15/21 | $21,736.50 | Accounts Payable : Trade |
| 1016 Doctor Sparky Ltd | 1476 South Olathe Way | | Aurora | CO | 80017 | | 7/15/21 | $5,081.00 | Accounts Payable : Trade |
| 1029 Daylight Roofing | 1266 14th Street | | Imperial Beach | CA | 91932 | | 7/15/21 | $9,453.45 | Accounts Payable : Trade |
| 1467 CONSTELLATION NEWENERGY GAS DIVI | PO BOX 5472 | | CAROL STREAM | IL | 60197-5472 | | 7/15/21 | $319.85 | Accounts Payable : Trade |
| 475 Optimum Solar Group, LLC | 4489 W. Iron Mountain Drive | | South Jordan | UT | 84009 | | 7/15/21 | $1,540.73 | Accounts Payable : Dealer Commissions |
| 530 Simple Energy LLC | 33202 Parown Drive | | Temecula | CA | 92592 | | 7/15/21 | $2,297.35 | Accounts Payable : Dealer Commissions |
| 500 Ready Solar LLC | 4935 West 9th Street | | Greeley | CO | 80639 | | 7/15/21 | $2,625.00 | Accounts Payable : Dealer Commissions |
| 552 ST Raptor LLC | 1309 Coffeen Ave | Ste 1200 | Sheridan | WY | 82801 | | 7/15/21 | $5,237.49 | Accounts Payable : Dealer Commissions |
| 1209 Renewable Resources | 1340 E. Canyon Dr. | | South Weber | UT | 84405 | | 7/15/21 | $6,646.24 | Accounts Payable : Dealer Commissions |
| 637 Ecoworld Energy | 13333 Northwest Freeway | | Houston | TX | 77040 | | 7/15/21 | $23,635.48 | Accounts Payable : Dealer Commissions |
| 410 Kota Energy Group | 1227 Flynn Rd | Ste 307 | Camarillo | CA | 93012 | | 7/15/21 | $31,355.43 | Accounts Payable : Dealer Commissions |
| 327 Enerflo | 20422 Beach Blvd | Ste 215 | Huntington Beach | CA | 92648 | | 7/15/21 | $33,356.25 | Accounts Payable : Dealer Commissions |
| 1124 PT Adobe Court LLC | 1864 Woodmoor Dr Ste 100 | | Monument | CO | 80132 | | 7/15/21 | $2,362.50 | Accounts Payable : Trade |
| 536 Smart Energy Today LLC | 2500 Mottman Road SW | Suite 100 T | Tumwater | WA | 98512 | | 7/15/21 | $8,545.33 | Accounts Payable : Dealer Commissions |
| 1159 Hybrid Solar | 6089 Mustang Breeze Trail Unit 102 | | Henderson | NV | 89011 | | 7/15/21 | $7,161.06 | Accounts Payable : Dealer Commissions |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 357 | 7/15/21 | $255.00 | EPC : Net Metering Fees |
| 323 Southern California Edison | PO Box 800 | | Rosemead | CA | 91771-001 | VV023 | 7/15/21 | $343.31 | EPC : Net Metering Fees |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT071521.2 | 7/15/21 | $20,004.01 | Credit Cards : Divvy - 3099 |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 359 | 7/15/21 | $255.00 | EPC : Net Metering Fees |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 358 | 7/15/21 | $255.00 | EPC : Net Metering Fees |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 356 | 7/15/21 | $255.00 | EPC : Net Metering Fees |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 355 | 7/15/21 | $255.00 | EPC : Net Metering Fees |
| C04548 Tara McGregor | 321 South Whipple St | | Fort Bragg | Califor | 95437 | 216 | 7/15/21 | $960.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 360 | 7/15/21 | $255.00 | EPC : Net Metering Fees |
| 1517 Fannin County Land Development | 400 West Main Street | Suite 101 | Blue Ridge | GA | 30513 | 378 | 7/15/21 | $50.00 | EPC : Permits |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT071521.1 | 7/15/21 | $20,004.00 | Credit Cards : Divvy - 3099 |
| 1019 Overland Park Awards | 7514 Floyd | | Overland Park | KS | 66204 | | 7/16/21 | $340.40 | Accounts Payable : Trade |
| 1010 EideBailly CPA's & Business Advisors | 5929 Fashion Point Drive | Suite 300 | Ogden | UT | 84403 | | 7/16/21 | $7,373.47 | Accounts Payable : Trade |
| 409 Klick Solar, LLC | 9250 E. Costilla Place | #110 | Greenwood Village | CO | 80112 | | 7/16/21 | $51,656.36 | Accounts Payable : Dealer Commissions |
| 417 LGCY Power LLC | 3333 N Digital Drive | Ste 600 | Lehi | UT | 84043 | | 7/16/21 | $55,194.04 | Accounts Payable : Dealer Commissions |
| 471 Okiireve | 3967 Uniondale Ct | | South Jordan | UT | 84009 | | 7/16/21 | $38,666.67 | Accounts Payable : Trade |
| 471 Okiireve | 3967 Uniondale Ct | | South Jordan | UT | 84009 | | 7/16/21 | $38,666.67 | Accounts Payable : Trade |
| 563 Tephra Solar LLC | 630 E Center St. | | Alpine | UT | 84004 | | 7/16/21 | $43,827.05 | Accounts Payable : Dealer Commissions |
| 1120 American Express - ESG | Three World Financial Center | 200 Vesey Street | New York | NY | 10285 | 135944726 | 7/16/21 | $15,000.00 | Credit Cards : AmEx Empire - 3003 |
| 197 City of Cheyenne | 2101 Oneil Ave | | Cheyenne | WY | 82001 | VV031 | 7/16/21 | $100.00 | EPC : Permits |
| 1191 City of Hanford | 315-321 North Douty Street | | Hanford | CA | 93230 | VV028 | 7/16/21 | $24.00 | EPC : Permits |
| 1632 Salt Lake City Corporation | 451 S State St | | Salt Lake City | UT | 84111 | VV029 | 7/16/21 | $3,665.00 | EPC : Permits |
| 197 City of Cheyenne | 2101 Oneil Ave | | Cheyenne | WY | 82001 | VV032 | 7/16/21 | $75.00 | EPC : Permits |
| 1631 Washoe County Business License | 1001 E Ninth Street | | Reno | NV | 89512 | VV030 | 7/16/21 | $117.75 | EPC : Net Metering Fees |
| C08082 Elizabet Morales | 1616 West 26th Street | | Odessa | Texas | 79763 | 375 | 7/16/21 | $199.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C08869 James Braxdale | 209 College Street | | Wellington | Missou | 64097 | 374 | 7/16/21 | $500.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C10360 Kent Pipes | 1529 Palm St | | Henderson | Nevad | 89011 | 369 | 7/16/21 | $300.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C08016 Stephen Cimino | 1080 Palos Verde Dr | | Orlando | Florida | 32825 | 365 | 7/16/21 | $1,072.90 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C10053 Jose Delgado | 1625 Eastwood Drive | | Las Vegas | Nevad | 89104 | 366 | 7/16/21 | $73.50 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C08946 Lauren Ostraff | 10559 Kestrel Rise Rd | | South Jordan | Utah | 84009 | 376 | 7/16/21 | $75.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C10505 Jose James Fajardo & Lisa Rios | 6211 Portland Treaty Ave | | Las Vegas | Nevad | 89122 | 364 | 7/16/21 | $105.06 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C04275 Anabel Reyes Garc�a | 801 Edgebrook Drive | | Baytown | Texas | 77521 | 371 | 7/16/21 | $150.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C07741 Christopher Fox | 8248 Nebula Cloud Ave | | Las Vegas | Nevad | 89131 | 362 | 7/16/21 | $1,541.92 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C09184 Jeanne Scown | | | | | | 363 | 7/16/21 | $1,000.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | VV034 | 7/16/21 | $100.00 | EPC : Net Metering Fees |
| C09672 Richard O'Neil | 6524 Fitzgerald St | | Fort Worth | Texas | 76179 | 372 | 7/16/21 | $248.66 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C00631 Darin Espinoza | 343 South Oregon Trail | | American Falls | Idaho | 83211 | 373 | 7/16/21 | $295.17 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 197 City of Cheyenne | 2101 Oneil Ave | | Cheyenne | WY | 82001 | VV033 | 7/16/21 | $75.00 | EPC : Permits |
| C10394 Susana Melara Sanabria | 9513 Canyonland Court | | Las Vegas | Nevad | 89147 | 368 | 7/16/21 | $142.65 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C10300 Benjamin Ricks | | | | | | 367 | 7/16/21 | $200.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C09747 Yuniesky Bravo | 2221 East Constantine Avenue | | Las Vegas | Nevad | 89101 | 370 | 7/16/21 | $251.72 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 621 WEX Fleet Flexcard | P.O. BOX 6293 | | Carol Stream | IL | 60197-6293 | EFT071621.1 | 7/16/21 | $565.55 | Credit Cards : WEX Fleet Flexcard - 3387 |
| 1465 Supreme Roofing | 4081 Dean Martin | | Las Vegas | NV | 89103 | | 7/19/21 | $6,569.60 | Accounts Payable : Trade |
| C11534 Martin Garcia | | | | | | 383 | 7/19/21 | $489.72 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C11533 Doris Telford | 2033 South Hollywell Street | | Las Vegas | Nevad | 89135 | 382 | 7/19/21 | $319.99 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C11532 Liliana & Tabatha Dionisio | 4229 Stonebridge Lane | | Las Vegas | Nevad | 89108 | 381 | 7/19/21 | $704.42 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C09292 Hector  Cruz | 1310 Madrone Avenue | | Midland | Texas | 79705 | 380 | 7/19/21 | $150.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |

In re Empire Solar Group, LLC
Case No. 21-23636
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Check Number (if applicable) | Dates of Payments | Total Amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| C11518 Desire Donfack | 3432 Sagebrush Drive | | Grand Prairie | Texas | 75052 | 379 | 7/19/21 | $1,267.68 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT071921.1 | 7/19/21 | $40,001.00 | Credit Cards : Divvy - 3099 |
| C11539 Dona Nunlee | 12933 E ELK PL | | Denver | Colora | 80239 | 387 | 7/19/21 | $741.16 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C02872 Luis Rivera | 2835 N Juliet Dr | | Deltona | Florida | 32738 | 384 | 7/19/21 | $133.56 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C11538 Devin Knapp | 10804 East County Road 106 | | Midland | Texas | 79706 | 386 | 7/19/21 | $1,109.71 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C11537 Jeanette Potter | 9 Palma Court | | Pueblo | Colora | 81005 | 385 | 7/19/21 | $1,424.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| Paul A Melton-Stephan | 2727 Dohr Street | | Berkeley | CA | 94702 | 389 | 7/19/21 | $92.72 | General Sales and Administrative Expenses : G&A : Vehicle & Equipment Expenses : Small Tools & Equipment |
| Gregory Norton | 270 S Lake St | | SOUTH AMHERST | OH | 44001 | 391 | 7/19/21 | $78.33 | EPC : Travel - EPC : Hotel - EPC |
| Capucine H Brouillet | 2265 S State St | Apt 427 | South Salt Lake | UT | 84115 | 390 | 7/19/21 | $254.80 | General Sales and Administrative Expenses : G&A : Department Expenses |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT071921.2 | 7/19/21 | $5,001.00 | Credit Cards : Divvy - 3099 |
| C07822 Amy Nemcik | 464 Buchon Street | | San Luis Obispo | Califor | 93401 | | 7/19/21 | $2,000.00 | Accounts Receivables : Installation |
| 580 Uinta Bank | 695 Parkway Dr | | Mountain View | WY | 82939 | 135944733 | 7/20/21 | $13,000.00 | Loan payment |
| 1557 City of Los Banos | 520 J Street | | Los Banos | CA | 93635 | VV037 | 7/20/21 | $75.09 | EPC : Permits |
| 1559 City of Beaumont | P.O. Box 3827 | | Beaumont | TX | 77704 | VV038 | 7/20/21 | $148.00 | EPC : Permits |
| 849 City Of West Sacramento | 1110 W Capitol Ave | | West Sacramento | CA | 95691 | VV036 | 7/20/21 | $80.00 | EPC : Permits |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | VV039 | 7/20/21 | $100.00 | EPC : Net Metering Fees |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | VV040 | 7/20/21 | $100.00 | EPC : Net Metering Fees |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | VV041 | 7/20/21 | $100.00 | EPC : Net Metering Fees |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT072321.1 | 7/20/21 | $25,002.00 | Credit Cards : Divvy - 3099 |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 395 | 7/20/21 | $255.00 | EPC : Net Metering Fees |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 394 | 7/20/21 | $255.00 | EPC : Net Metering Fees |
| 421 Lyon County | 27 S Main Street | | Yerington | NV | 89447 | VV035 | 7/20/21 | $216.20 | EPC : Permits |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 397 | 7/20/21 | $255.00 | EPC : Net Metering Fees |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 396 | 7/20/21 | $255.00 | EPC : Net Metering Fees |
| 1612 City of Marshall | | | | | | VV042 | 7/20/21 | $50.00 | EPC : Permits |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT072321.2 | 7/20/21 | $10,002.00 | Credit Cards : Divvy - 3099 |
| 425 Marlon Martinez | | | | | | | 7/21/21 | $7,300.00 | Accounts Payable : Trade |
| 163 Capital Premium Financing, Inc. | 12235 S 800 E | | Draper | UT | 84020 | | 7/21/21 | $1,965.87 | Accounts Payable : Trade |
| 1324 Town of Los Gatos | 110 E Main St | | Los Gatos | CA | 95030 | VV044 | 7/21/21 | $192.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT072121.2 | 7/21/21 | $10,003.00 | Credit Cards : Divvy - 3099 |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT072121.1 | 7/21/21 | $30,003.00 | Credit Cards : Divvy - 3099 |
| 1349 Drill Sub | PO BOX 79411 | | CORONA | CA | 92877 | | 7/22/21 | $3,750.00 | Accounts Payable : Trade |
| 311 Deluxe | 3680 Victoria Street North | | Shoreview | MN | 55126 | VV048 | 7/22/21 | $134.69 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 1120 American Express - ESG | Three World Financial Center | 200 Vesey Street | New York | NY | 10285 | 135944725 | 7/23/21 | $15,000.00 | Credit Cards : AmEx Empire - 3003 |
| 1627 Ottawa County Building Inspection | 315 Madison St #104 | | Port Clinton | OH | 43452 | VV050 | 7/23/21 | $100.00 | EPC : Inspections |
| 1596 City of Raytown | 10000 East 59th Street | | Raytown | MO | 64133 | VV047 | 7/23/21 | $50.00 | EPC : Permits |
| 1630 Occupational Tax Administrator | | | | | | VV045 | 7/23/21 | $75.00 | EPC : Permits |
| 1628 Madison County Treasurer | PO Box 270 | | Madison | NE | 68748 | VV049 | 7/23/21 | $10.00 | EPC : Permits |
| 287 CNA Surety | PO Box 957312 | | Louis | MO | 63195-7312 | ACH072321.1 | 7/23/21 | $337.50 | General Sales and Administrative Expenses : G&A : Insurance Expenses : |
| 1629 City of Shepherdsville | 634 Conestoga Pkwy | | Shepherdsville | KY | 40165 | VV046 | 7/23/21 | $100.00 | EPC : Permits |
| 162 Capital One | 1680 Capital One Drive | | McLean | VA | 22102 | 135945183 | 7/26/21 | $10,000.00 | Credit Cards : Capital One Spark - 6907 |
| 1625 City of Parma | 6611 Ridge Road | | Parma | OH | 44129 | VV054 | 7/26/21 | $125.00 | EPC : Permits |
| 1558 City of Reynoldsburg | 7232 E Main St | | Reynoldsburg | OH | 43068 | VV052 | 7/26/21 | $75.00 | EPC : Permits |
| 1626 City of Shively | 3920 Dixie Hwy | | Shively | KY | 40216 | VV051 | 7/26/21 | $50.00 | EPC : Permits |
| 1621 City of Strongsville | 16099 Foltz Pkwy | | Strongsville | OH | 44149 | VV053 | 7/26/21 | $100.00 | EPC : Permits |
| 1624 Columbus City Treasurer | 90 W Broad St #111 | | Columbus | OH | 43215 | VV055 | 7/26/21 | $350.00 | EPC : Permits |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT072621.3 | 7/26/21 | $40,001.00 | Credit Cards : Divvy - 3099 |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | ETF072621.2 | 7/26/21 | $16,001.00 | Credit Cards : Divvy - 3099 |
| Chris Renfro | 712 Fox Run Trail | | Saginaw | TX | 76179 | 398 | 7/26/21 | $55.21 | EPC : Permits |
| Jorge Orozco | 11270 W 66th PL | | Arvada | CO | 80004 | 401 | 7/26/21 | $447.22 | Reimbursement |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 402 | 7/26/21 | $255.00 | EPC : Net Metering Fees |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT072621.1 | 7/26/21 | $15,001.00 | Credit Cards : Divvy - 3099 |
| Paul A Melton-Stephan | 2727 Dohr Street | | Berkeley | CA | 94702 | 400 | 7/26/21 | $242.60 | Reimbursement |
| Jacob Geishaker | 14144 wycliff way | | Magalia | CA | 95954 | 399 | 7/26/21 | $242.18 | General Sales and Administrative Expenses : G&A : Vehicle & Equipment Expenses : Small Tools & Equipment |
| C09401 Steven Pope | | | | | | | 7/26/21 | $1,000.00 | Accounts Receivables : Installation |
| 1526 City of Mt Pleasant | Attn: Building, Planning & Code | 501 N Madison Ave | Mt. Pleasant | TX | 75455 | 403 | 7/27/21 | $35.00 | EPC : Permits |
| 1623 City of Bonham | 514 Chestnut St | | Bonham | TX | 75418 | VV056 | 7/27/21 | $50.00 | EPC : Permits |
| 275 City of Solana Beach | 635 Hwy 101 | | Solana Beach | CA | 92075 | VV058 | 7/27/21 | $111.10 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : |
| 1622 City of London Building & Zoning | 20 S. Walnut Street Suite 105 | | London | Ohio | 43140 | VV057 | 7/27/21 | $100.00 | EPC : Permits |
| 530 Simple Energy LLC | 33202 Parown Drive | | Temecula | CA | 92592 | | 7/28/21 | $9,852.60 | Accounts Payable : Dealer Commissions |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $100.00 | Accounts Payable : Trade |
| 494 Pure Expectations, LLC | 5870 Pacific Shores Dr. | | Las Vegas | NV | 89142 | | 7/28/21 | $14,629.77 | Accounts Payable : Dealer Commissions |
| 637 Ecoworld Energy | 13333 Northwest Freeway | | Houston | TX | 77040 | | 7/28/21 | $24,818.89 | Accounts Payable : Dealer Commissions |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $100.00 | Accounts Payable : Trade |
| 587 US Bank Equipment Finance | P.O. Box 790448 | | St Louis | MO | 63179-0448 | | 7/28/21 | $8,394.78 | Accounts Payable : Trade |
| 66 Scott Christensen | 12083 Park Hollow Lane | | Riverton | UT | 84096 | | 7/28/21 | $1,000.00 | Accounts Payable : Trade |
| 567 Thomas & Sons | P.O. Box 996 | | Centerville | UT | 84014-0996 | | 7/28/21 | $580.34 | Accounts Payable : Trade |
| 557 Sunbelt Rentals | PO Box 409211 | | Atlanta | GA | 30384-9211 | | 7/28/21 | $1,268.58 | Accounts Payable : Trade |
| 1252 Ohio Edison Company | PO Box 3687 | | Akron | OH | 44309-3687 | | 7/28/21 | $52.25 | Accounts Payable : Trade |
| 1193 Ohio Bureau of Workers' Compensation | P.O. Box 89492 | | Cleveland | OH | 44101-6492 | | 7/28/21 | $2,139.25 | Accounts Payable : Trade |
| 1447 Modern Electric LLC | 12421 W49th Ave Unit 7 | | Wheat Ridge | CO | 80033 | | 7/28/21 | $7,450.00 | Accounts Payable : Trade |
| 426 Maschoff Brennan | 100 Spectrum Center Drive | Suite 1200 | Irvine | CA | 92618 | | 7/28/21 | $1,705.00 | Accounts Payable : Trade |
| 416 Les Olson | PO Box 65598 | | Salt Lake City | UT | 84165-0598 | | 7/28/21 | $6,767.13 | Accounts Payable : Trade |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $130.00 | Accounts Payable : Trade |
| 1001 L & J Engraving | 1006 Shary Circle | Suite C | Concord | CA | 94518 | | 7/28/21 | $1,167.00 | Accounts Payable : Trade |
| 41 Jorge Caballero | 9143 Brilliant Prairie CT | | Las Vegas | NV | 89149 | | 7/28/21 | $2,240.00 | Accounts Payable : Trade |
| 396 Insur-West | P.O. Box 977 | | Farmington | UT | 84025 | | 7/28/21 | $15,502.06 | Accounts Payable : Trade |
| 389 Illumine Industries | PO Box 201029 | 11900 Jollyville Road | Austin | TX | 78759 | | 7/28/21 | $3,720.00 | Accounts Payable : Trade |
| 389 Illumine Industries | PO Box 201029 | 11900 Jollyville Road | Austin | TX | 78759 | | 7/28/21 | $9,060.00 | Accounts Payable : Trade |
| 653 Forklifts of Minnesota | 2201 W 94th Street | | Bloomington | MN | 55431 | | 7/28/21 | $948.06 | Accounts Payable : Trade |
| 1002 Engraving Pros | 5500 Grossmont Center Drive | | La Mesa | CA | 91942 | | 7/28/21 | $4,024.27 | Accounts Payable : Trade |
| 137 Bazzill Engraving | 2432 WEST PEORIA AVENUE | SUITE 1182 | PHOENIX | AZ | 85029 | | 7/28/21 | $2,572.74 | Accounts Payable : Trade |
| 1494 1 Solar | 2391 S 1560 W | | Woods Cross | UT | 84087 | | 7/28/21 | $17,056.00 | Accounts Payable : Trade |
| 489 Primitive Power LLC | 1530 E Williams Field Rd | #201 | Gilbert | AZ | 85234 | | 7/28/21 | $2,352.34 | Accounts Payable : Dealer Commissions |

13 of 16

In re Empire Solar Group, LLC
Case No. 21-23636
SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Check Number (if applicable) | Dates of Payments | Total Amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| 410 Kota Energy Group | 1227 Flynn Rd | Ste 307 | Camarillo | CA | 93012 | | 7/28/21 | $5,982.34 | Accounts Payable : Dealer Commissions |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $30.00 | Accounts Payable : Trade |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $750.00 | Accounts Payable : Trade |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $130.00 | Accounts Payable : Trade |
| 558 Sunnerds | 12707 High Bluff Drive | Suite 200 | San Diego | CA | 92130 | | 7/28/21 | $2,352.79 | Accounts Payable : Dealer Commissions |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $15.00 | Accounts Payable : Trade |
| 552 ST Raptor LLC | 1309 Coffeen Ave | Ste 1200 | Sheridan | WY | 82801 | | 7/28/21 | $26,246.01 | Accounts Payable : Dealer Commissions |
| 1273 Seed Solar LLC | 1100 73rd Ave | 73C | Denver | CO | 80229 | | 7/28/21 | $8,580.20 | Accounts Payable : Dealer Commissions |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $100.00 | Accounts Payable : Trade |
| 1425 AmeriSave Solar | 3525 Piedmont RD NE | Piedmont Center Suite #600 | Atlanta | GA | 30305 | | 7/28/21 | $144.41 | Accounts Payable : Dealer Commissions Payable |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $15.00 | Accounts Payable : Trade |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $100.00 | Accounts Payable : Trade |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $30.00 | Accounts Payable : Trade |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $30.00 | Accounts Payable : Trade |
| 475 Optimum Solar Group, LLC | 4489 W. Iron Mountain Drive | | South Jordan | UT | 84009 | | 7/28/21 | $4,785.00 | Accounts Payable : Dealer Commissions |
| 144 Black Solar Jenco Ventures LLC | 537 N Mountain Peak Dr | | Saratoga Springs | UT | 84045 | | 7/28/21 | $1,881.52 | Accounts Payable : Dealer Commissions |
| 1212 Constant Communication | 600 NE 40th St. | | Deerfield Beach | FL | 33064 | | 7/28/21 | $1,900.00 | Accounts Payable : Dealer Commissions |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $125.00 | Accounts Payable : Trade |
| 1159 Hybrid Solar | 6089 Mustang Breeze Trail Unit 102 | | Henderson | NV | 89011 | | 7/28/21 | $12,169.90 | Accounts Payable : Dealer Commissions |
| 409 Klick Solar, LLC | 9250 E. Costilla Place | #110 | Greenwood Village | CO | 80112 | | 7/28/21 | $25,513.40 | Accounts Payable : Dealer Commissions |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $100.00 | Accounts Payable : Trade |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $30.00 | Accounts Payable : Trade |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $100.00 | Accounts Payable : Trade |
| 565 The Hartford | P.O. Box 660916 | | Dallas | TX | 75266-1916 | | 7/28/21 | $125.00 | Accounts Payable : Trade |
| 1071 International Solar Experts | 4001 Santa Barbara Blvd #239 | | Naples | FL | 34119 | | 7/28/21 | $3,697.40 | Accounts Payable : Dealer Commissions |
| 162 Capital One | 1680 Capital One Drive | | McLean | VA | 22102 | 135945182 | 7/28/21 | $5,000.00 | Credit Cards : Capital One Spark - 6907 |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT072821.1 | 7/28/21 | $50,003.00 | Credit Cards : Divvy - 3099 |
| 417 LGCY Power LLC | 3333 N Digital Drive | Ste 600 | Lehi | UT | 84043 | | 7/29/21 | $30,205.57 | Accounts Payable : Dealer Commissions |
| 563 Tephra Solar LLC | 630 E Center St. | | Alpine | UT | 84004 | | 7/29/21 | $83,655.38 | Accounts Payable : Dealer Commissions |
| 1151 Rivus Energy | 1828 Walnut Street | | Kansas City | MO | 64109 | | 7/29/21 | $29,570.22 | Accounts Payable : Dealer Commissions |
| 327 Enerflo | 20422 Beach Blvd | Ste 215 | Huntington Beach | CA | 92648 | | 7/29/21 | $33,116.62 | Accounts Payable : Dealer Commissions |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT072921.1 | 7/29/21 | $20,004.00 | Credit Cards : Divvy - 3099 |
| 1620 City of Kirkwood | 139 S Kirkwood Rd | | Kirkwood | MO | 63122 | VV066 | 7/29/21 | $50.00 | EPC : Permits |
| Duke Energy | PO Box 1326 | | Charlotte | NC | 28201-1326 | VV060 | 7/29/21 | $50.00 | EPC : Net Metering Fees |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | VV059 | 7/29/21 | $100.00 | EPC : Net Metering Fees |
| 1621 City of Strongsville | 16099 Foltz Pkwy | | Strongsville | OH | 44149 | VV064 | 7/29/21 | $100.00 | EPC : Permits |
| Duke Energy | PO Box 1326 | | Charlotte | NC | 28201-1326 | VV063 | 7/29/21 | $50.00 | EPC : Net Metering Fees |
| 667 Centerville City | 250 N Main Street | | Centerville | UT | 84014 | VV065 | 7/29/21 | $150.00 | EPC : Net Metering Fees |
| Duke Energy | PO Box 1326 | | Charlotte | NC | 28201-1326 | VV062 | 7/29/21 | $50.00 | EPC : Net Metering Fees |
| 380 Hurricane Building Department | 147 N 870 W | | Hurricane | UT | 84737 | 440 | 7/29/21 | $551.00 | EPC : Permits |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 441 | 7/29/21 | $255.00 | EPC : Net Metering Fees |
| Duke Energy | PO Box 1326 | | Charlotte | NC | 28201-1326 | VV061 | 7/29/21 | $50.00 | EPC : Permits |
| C00670 Donna Mickleson | | | | | | | 7/29/21 | $6,375.00 | Accounts Receivables : Installation |
| 637 Ecoworld Energy | 13333 Northwest Freeway | | Houston | TX | 77040 | | 7/30/21 | $32,262.01 | Accounts Payable : Dealer Commissions |
| 50 Maddy White Roofing LLC | 1332 N 2275 W | | Layton | UT | 84041 | | 7/30/21 | $11,080.00 | Accounts Payable : Trade |
| 1425 AmeriSave Solar | 3525 Piedmont RD NE | Piedmont Center Suite #600 | Atlanta | GA | 30305 | | 7/30/21 | $1,655.70 | Accounts Payable : Dealer Commissions Payable |
| 585 UNTD Energy | 12016 S Genova Drive | | Draper | UT | 84020 | | 7/30/21 | $5,185.95 | Accounts Payable : Dealer Commissions |
| 417 LGCY Power LLC | 3333 N Digital Drive | Ste 600 | Lehi | UT | 84043 | | 7/30/21 | $147,373.21 | Accounts Payable : Dealer Commissions |
| 410 Kota Energy Group | 1227 Flynn Rd | Ste 307 | Camarillo | CA | 93012 | | 7/30/21 | $38,984.00 | Accounts Payable : Dealer Commissions |
| 475 Optimum Solar Group, LLC | 4489 W. Iron Mountain Drive | | South Jordan | UT | 84009 | | 7/30/21 | $6,956.14 | Accounts Payable : Dealer Commissions |
| 396 Insur-West | P.O. Box 977 | | Farmington | UT | 84025 | | 7/30/21 | $163,523.17 | Accounts Payable : Trade |
| 1072 Impact Energy | 880 Eagleridge Blvd | | Pueblo | CO | 81008 | | 7/30/21 | $1,546.78 | Accounts Payable : Dealer Commissions |
| 327 Enerflo | 20422 Beach Blvd | Ste 215 | Huntington Beach | CA | 92648 | | 7/30/21 | $14,331.28 | Accounts Payable : Dealer Commissions |
| 563 Tephra Solar LLC | 630 E Center St. | | Alpine | UT | 84004 | | 7/30/21 | $54,546.68 | Accounts Payable : Dealer Commissions |
| 328 Energy Advance, LLC | 3289 W. 4975 S. | | Roy | UT | 84067 | | 7/30/21 | $49,593.36 | Accounts Payable : Dealer Commissions |
| 536 Smart Energy Today LLC | 2500 Mottman Road SW | Suite 100 T | Tumwater | WA | 98512 | | 7/30/21 | $2,806.23 | Accounts Payable : Dealer Commissions |
| 530 Simple Energy LLC | 33202 Parown Drive | | Temecula | CA | 92592 | | 7/30/21 | $3,399.13 | Accounts Payable : Dealer Commissions |
| 1159 Hybrid Solar | 6089 Mustang Breeze Trail Unit 102 | | Henderson | NV | 89011 | | 7/30/21 | $3,950.00 | Accounts Payable : Dealer Commissions |
| 409 Klick Solar, LLC | 9250 E. Costilla Place | #110 | Greenwood Village | CO | 80112 | | 7/30/21 | $24,731.55 | Accounts Payable : Dealer Commissions |
| 1273 Seed Solar LLC | 1100 73rd Ave | 73C | Denver | CO | 80229 | | 7/30/21 | $20,289.70 | Accounts Payable : Dealer Commissions |
| 144 Black Solar Jenco Ventures LLC | 537 N Mountain Peak Dr | | Saratoga Springs | UT | 84045 | | 7/30/21 | $2,981.52 | Accounts Payable : Dealer Commissions |
| 1070 SUN SOLAR LIFE | 1810 E Sahara Ave | | Las Vegas | NV | 89104 | | 7/30/21 | $4,492.50 | Accounts Payable : Dealer Commissions |
| 489 Primitive Power LLC | 1530 E Williams Field Rd | #201 | Gilbert | AZ | 85234 | | 7/30/21 | $5,456.53 | Accounts Payable : Dealer Commissions |
| 1534 Long County Code Enforcement | 5800 Oakbrook Pkwy | Suite D | Norcross | GA | 30093 | 443 | 7/30/21 | $50.00 | EPC : Permits |
| 773 City of Lemoore | 429 C Street | | Lemoore | CA | 93245 | VV069 | 7/30/21 | $705.43 | EPC : Permits |
| 1282 Planning & Development | | | | | | VV067 | 7/30/21 | $1,991.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : |
| 1619 City of Aurora | 15151 E. Alameda Pkwy | | Aurora | Co | 80012-1555 | VV068 | 7/30/21 | $3,867.50 | EPC : Permits |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT073021.1 | 7/30/21 | $20,005.00 | Credit Cards : Divvy - 3099 |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | 446 | 7/31/21 | $100.00 | EPC : Net Metering Fees |
| 1122 American Express - RJ | Three World Financial Center | 200 Vesey Street | New York | NY | 10285 | 135945181 | 8/1/21 | $1,566.54 | Credit Cards : AmEx RJ - 6000 |
| TImothy G Melton | 2727 Dohr St | | Berkeley | CA | 94702 | 447 | 8/2/21 | $515.11 | Reimbursement |
| Simone Ritter | 9366 East Falcon Way | | Huntsville | UT | 84317 | 452 | 8/2/21 | $190.97 | EPC : Travel - EPC : Hotel - EPC |
| Jessica Manzo | 3620 Pine St | | MARTINEZ | CA | 94553 | 450 | 8/2/21 | $218.80 | Reimbursement |
| Erik Hart | 128 Lakebreeze Cir | | Lake Mary | FL | 32746 | 449 | 8/2/21 | $72.94 | EPC : Materials : BOS |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT080221.1 | 8/2/21 | $20,001.00 | Credit Cards : Divvy - 3099 |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | VV071 | 8/2/21 | $100.00 | EPC : Net Metering Fees |
| 1618 Hamilton County Planning and Develop | 138 E Court St | #800 | Cincinnati | OH | 45202 | VV070 | 8/2/21 | $168.00 | EPC : Permits |
| 397 Intermountain Rural Electric Association | 5496 North US Hwy 85 | | Sedalia | CO | 80135 | VV072 | 8/2/21 | $100.00 | EPC : Net Metering Fees |
| Micheal Gipson | 411 W Walnut St | | Independence | MO | 64050 | 448 | 8/2/21 | $99.81 | EPC : Materials : BOS |
| Chris Renfro | 712 Fox Run Trail | | Saginaw | TX | 76179 | 451 | 8/2/21 | $158.24 | EPC : Permits |
| 1218 Addtech Controls | 5280 S Commerce DR | Suite E155 | Murray | UT | 84107-5328 | | 8/3/21 | $1,854.19 | Accounts Payable : Trade |
| 1060 Butler County Building & Zoning | 130 High St | | Hamilton | OH | 45011 | VV073 | 8/3/21 | $30.00 | EPC : Permits |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | 461 | 8/3/21 | $100.00 | EPC : Net Metering Fees |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | 456 | 8/3/21 | $100.00 | EPC : Net Metering Fees |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | 460 | 8/3/21 | $100.00 | EPC : Net Metering Fees |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | 459 | 8/3/21 | $100.00 | EPC : Net Metering Fees |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT080321.1 | 8/3/21 | $25,002.00 | Credit Cards : Divvy - 3099 |
| 397 Intermountain Rural Electric Association | 5496 North US Hwy 85 | | Sedalia | CO | 80135 | 455 | 8/3/21 | $100.00 | EPC : Net Metering Fees |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | 458 | 8/3/21 | $100.00 | EPC : Net Metering Fees |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | 457 | 8/3/21 | $100.00 | EPC : Net Metering Fees |
| C03170 Oscar Rodriguez | 3901 desert dunes dr | | El Paso | Texas | 79938 | 454 | 8/3/21 | $350.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1087 Solar Broker Pros | 1951 East Dryer Road | Apt 106 | Santa Ana | CA | 92705 | | 8/4/21 | $6,520.83 | Accounts Payable : Dealer Commissions |
| 1193 Ohio Bureau of Workers' Compensation | P.O. Box 89492 | | Cleveland | OH | 44101-6492 | | 8/4/21 | $2,201.25 | Accounts Payable : Trade |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | 463 | 8/4/21 | $100.00 | EPC : Net Metering Fees |
| 323 Southern California Edison | PO Box 800 | | Rosemead | CA | 91771-001 | 464 | 8/4/21 | $343.31 | EPC : Net Metering Fees |

| Creditor Name | Address1 | Address2 | City | State | Zip | Check Number (if applicable) | Dates of Payments | Total Amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| 241 City of Maplewood | 1830 County Road B E | | Maplewood | MN | 55109 | 462 | 8/4/21 | $301.50 | EPC : Permits |
| C00360 Anne Runowiecki | 264 Orange st | | Elgin | Illinois | 60123 | 481 | 8/5/21 | $1,500.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| C07996 Gavin McCarthy | 3974 South Oneida Street | | Denver | Colora | 80237 | 471 | 8/5/21 | $4,000.00 | General Sales and Administrative Expenses : Sales : Sales & Marketing : |
| 1617 City of Huntsville | 308 Fountain Circle | | Huntsville | AL | 35801 | VV075 | 8/5/21 | $60.00 | EPC : Permits |
| 1543 HIRE MERIT LP | 3712 Perkins Lane | | McKinney | TX | 75070 | | 8/6/21 | $395.00 | Accounts Payable : Trade |
| 563 Tephra Solar LLC | 630 E Center St. | | Alpine | UT | 84004 | | 8/6/21 | $9,091.55 | Accounts Payable : Dealer Commissions |
| 1389 Sun Source Energy | 5580 West Flamingo RD | #104 | Las Vegas | NV | 89103 | | 8/6/21 | $7,490.00 | Accounts Payable : Dealer Commissions |
| 328 Energy Advance, LLC | 3289 W. 4975 S. | | Roy | UT | 84067 | | 8/6/21 | $10,822.20 | Accounts Payable : Dealer Commissions |
| 1391 Looper Solar | 381 West Center Street | | Pleasant Grove | UT | 84062 | | 8/6/21 | $14,337.00 | Accounts Payable : Dealer Commissions |
| 536 Smart Energy Today LLC | 2500 Mottman Road SW | Suite 100 T | Tumwater | WA | 98512 | | 8/6/21 | $26,497.97 | Accounts Payable : Dealer Commissions |
| 1159 Hybrid Solar | 6089 Mustang Breeze Trail Unit 102 | | Henderson | NV | 89011 | | 8/6/21 | $19,982.99 | Accounts Payable : Dealer Commissions |
| 489 Primitive Power LLC | 1530 E Williams Field Rd | #201 | Gilbert | AZ | 85234 | | 8/6/21 | $14,858.00 | Accounts Payable : Dealer Commissions |
| 86 Tree Amigoz Chris Smith | 26 Riverside Terrace | | Cannon Falls | MN | 55009 | | 8/6/21 | $1,200.00 | Accounts Payable : Trade |
| 83 The Roofing Company | 3432 N Bruce St | Suite 3 | North Las Vegas | NV | 89030 | | 8/6/21 | $8,300.00 | Accounts Payable : Trade |
| 1289 The Copper Connection | 10216 Isle Street | | Parker | CO | 80134 | | 8/6/21 | $3,025.00 | Accounts Payable : Trade |
| 75 Soria Construction Inc. | 2424 Olive Street | | Martinez | CA | 94553 | | 8/6/21 | $780.00 | Accounts Payable : Trade |
| 1510 ROLAND E. ROLLINS PROFESSIONAL LAN | 3221 SW CRUMPACKER STREET | | PORT ST. LUCIE | FL | 34953 | | 8/6/21 | $695.00 | Accounts Payable : Trade |
| 497 Quality Propane | 12650 Zenith Ave. South | | Burnsville | MN | 55337-6009 | | 8/6/21 | $165.15 | Accounts Payable : Trade |
| 1241 Peak Services | 4710 W. DEWEY DRIVE | | LAS VEGAS | NV | 89118 | | 8/6/21 | $5,346.00 | Accounts Payable : Trade |
| 1447 Modern Electric LLC | 12421 W49th Ave Unit 7 | | Wheat Ridge | CO | 80033 | | 8/6/21 | $8,405.00 | Accounts Payable : Trade |
| 1448 MIK Solutions , Inc. | 777 Blazing Star Trail | | Cary | IL | 60013 | | 8/6/21 | $3,800.00 | Accounts Payable : Trade |
| 42 K & M Electric, Inc. | 2208 Lois Drive | | Mounds View | MN | 55112 | | 8/6/21 | $4,850.00 | Accounts Payable : Trade |
| 1029 Daylight Roofing | 1266 14th Street | | Imperial Beach | CA | 91932 | | 8/6/21 | $11,100.00 | Accounts Payable : Trade |
| 1521 Colorado Electrical LLC | 2617 E San Rafael St | | Colorado Springs | CO | 80909 | | 8/6/21 | $4,450.00 | Accounts Payable : Trade |
| 141 Berloc Sign Company | 1501 Truman St Suite B | | San Fernando | CA | 91340 | | 8/6/21 | $1,543.50 | Accounts Payable : Trade |
| 1125 Alec VanLandult | 7045 Plymouth Ave | | University City | MO | 63130 | | 8/6/21 | $150.00 | Accounts Payable : Trade |
| 918 VIR Solar | 6362 McLeod Drive | Suite #5 | Las Vegas | NV | 89120 | | 8/6/21 | $4,009.00 | Accounts Payable : Dealer Commissions |
| 144 Black Solar Jenco Ventures LLC | 537 N Mountain Peak Dr | | Saratoga Springs | UT | 84045 | | 8/6/21 | $6,189.97 | Accounts Payable : Dealer Commissions |
| 410 Kota Energy Group | 1227 Flynn Rd | Ste 307 | Camarillo | CA | 93012 | | 8/6/21 | $11,160.52 | Accounts Payable : Dealer Commissions |
| 639 TTG | 725 W. Stetson Ave. | | Hemet | CA | 92543 | | 8/6/21 | $12,489.15 | Accounts Payable : Dealer Commissions |
| 1071 International Solar Experts | 4001 Santa Barbara Blvd #239 | | Naples | FL | 34119 | | 8/6/21 | $16,691.00 | Accounts Payable : Dealer Commissions |
| 637 Ecoworld Energy | 13333 Northwest Freeway | | Houston | TX | 77040 | | 8/6/21 | $39,360.13 | Accounts Payable : Dealer Commissions |
| 1273 Seed Solar LLC | 1100 73rd Ave | 73C | Denver | CO | 80229 | | 8/6/21 | $18,334.00 | Accounts Payable : Dealer Commissions |
| 461 Nomo Energy Hub LLC | 2701 North Thanksgiving Way | Suite 100 | Lehi | UT | 84043 | | 8/6/21 | $14,466.37 | Accounts Payable : Dealer Commissions |
| 530 Simple Energy LLC | 33202 Parown Drive | | Temecula | CA | 92592 | | 8/6/21 | $1,400.35 | Accounts Payable : Dealer Commissions |
| 1161 Native Grid Solar | 465 E. Chilton | Suite 1 | Chandler | AZ | 85225 | | 8/6/21 | $1,655.00 | Accounts Payable : Dealer Commissions |
| 390 Impact Power LLC | 574 S 225 W | | Cedar City | UT | 84720 | | 8/6/21 | $2,272.46 | Accounts Payable : Dealer Commissions |
| 500 Ready Solar LLC | 4935 West 9th Street | | Greeley | CO | 80639 | | 8/6/21 | $2,750.00 | Accounts Payable : Dealer Commissions |
| 1321 Moment Solar | 879 Beacon St | | Boise | ID | 83712 | | 8/6/21 | $32,929.57 | Accounts Payable : Dealer Commissions |
| 1125 Alec VanLandult | 7045 Plymouth Ave | | University City | MO | 63130 | | 8/6/21 | $350.00 | Accounts Payable : Trade |
| 585 UNTD Energy | 12016 S Genova Drive | | Draper | UT | 84020 | | 8/6/21 | $3,828.69 | Accounts Payable : Dealer Commissions |
| 641 Radiant Solar | 2596 Madison Rd. Ste A-10 | | Cincinnati | OH | 45208 | | 8/6/21 | $1,564.92 | Accounts Payable : Dealer Commissions |
| 1024 Luminary Solar | 616 Valencia St. | | Dallas | TX | 75223 | | 8/6/21 | $1,735.45 | Accounts Payable : Dealer Commissions |
| 409 Klick Solar, LLC | 9250 E. Costilla Place | #110 | Greenwood Village | CO | 80112 | | 8/6/21 | $24,305.74 | Accounts Payable : Dealer Commissions |
| 8 1UpSolar | 1419 University Avenue | Suite A | San Diego | CA | 92103 | | 8/6/21 | $1,503.50 | Accounts Payable : Dealer Commissions |
| 1236 Duke Energy | PO Box 1326 | | Charlotte | NC | 28201-1326 | VV079 | 8/6/21 | $50.00 | EPC : Net Metering Fees |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT080621.1 | 8/6/21 | $20,005.00 | Credit Cards : Divvy - 3099 |
| 218 City of Farmington | 800 Municipal Drive | | Farmington | NM | 87401 | VV077 | 8/6/21 | $25.00 | EPC : Permits |
| 1616 Lancaster City Treasurer | 39 W Chestnut St | | Lancaster | PA | 17603 | VV078 | 8/6/21 | $150.00 | EPC : Permits |
| 1236 Duke Energy | PO Box 1326 | | Charlotte | NC | 28201-1326 | VV080 | 8/6/21 | $50.00 | EPC : Net Metering Fees |
| 1121 American Express - Amazon | Three World Financial Center | 200 Vesey Street | New York | NY | 10285 | 135945180 | 8/8/21 | $2,103.22 | Credit Cards : AmEx Amazon - 1009 |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT080921.1 | 8/9/21 | $20,001.00 | Credit Cards : Divvy - 3099 |
| C11451 Theodore Spears | | | | | | VV081 | 8/9/21 | $50.00 | EPC : Permits |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 524 | 8/9/21 | $255.00 | EPC : Net Metering Fees |
| 404 Jones Waldo Attorneys | 170 South Main Street | Suite 1500 | Salt Lake City | UT | 84101 | | 8/10/21 | $72,080.22 | Accounts Payable : Trade |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | ACH 08112021 | 8/10/21 | $20,002.00 | Credit Cards : Divvy - 3099 |
| 1615 Litchfield City | | | | | | VV084 | 8/10/21 | $100.00 | EPC : Permits |
| 1614 City of Pickerington | 100 Lockville Rd | | Pickerington | OH | 43147 | VV085 | 8/10/21 | $120.00 | EPC : Permits |
| 991 Chris Renfro | 712 Fox Run Trail | | Saginaw | TX | 76179 | 0 | 8/10/21 | $300.00 | Long Term Assets : Furniture and |
| 545 Solo, LLC | 3401 N Thanksgiving Way | Ste. 150 | Lehi | UT | 84043 | | 8/11/21 | $10,000.00 | Accounts Payable : Trade |
| 432 Microsoft Store | 51 South Main Street | | Salt Lake City | UT | 84111 | 135944737 | 8/11/21 | $1,132.96 | Expenses : G&A : Facility Expenses : Office Expenses : Software Subscription/Licenses |
| 1236 Duke Energy | PO Box 1326 | | Charlotte | NC | 28201-1326 | VV086 | 8/11/21 | $50.00 | EPC : Net Metering Fees |
| 1613 Village of Ashville | P.O. Box 195 | 200 East Station St | Ashville | OH | 43103 | VV087 | 8/11/21 | $75.00 | EPC : Permits |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 526 | 8/12/21 | $255.00 | EPC : Net Metering Fees |
| 1079 High Speed Capital | 116 Nassau Street | Suite 804 | New York | NY | 10038 | 135944681 | 8/13/21 | $11,599.00 | Long-Term Liabilities : Notes Payable : High Speed Capital Loan 3 |
| 582 United Power | 500 Cooperative Way | | Brighton | CO | 80603 | 527 | 8/13/21 | $200.00 | EPC : Net Metering Fees |
| 773 City of Lemoore | 429 C Street | | Lemoore | CA | 93245 | VV089 | 8/16/21 | $497.59 | EPC : Permits |
| 773 City of Lemoore | 429 C Street | | Lemoore | CA | 93245 | VV090 | 8/16/21 | $707.78 | EPC : Permits |
| 382 Idaho Power Company | ATTN: Customer Generation, CHQ 8 | P.O. Box 70 | Boise | ID | 83707 | VV093 | 8/16/21 | $100.00 | EPC : Net Metering Fees |
| 1583 City of Merced | 678 W 18th St | | Merced | CA | 95340 | 528 | 8/16/21 | $156.00 | EPC : Permits |
| 318 Divvy | 13707 S 200 W | Suite 100 | Draper | UT | 84020 | EFT081521.1 | 8/16/21 | $20,000.00 | Credit Cards : Divvy - 3099 |
| 1612 City of Marshall | | | | | | VV091 | 8/16/21 | $50.00 | EPC : Permits |
| 335 Evergy | PO Box 208 | | Wichita | KS | 67201 | VV094 | 8/16/21 | $100.00 | EPC : Net Metering Fees |
| 331 Enoch City Building Department | 900 East Midvalley Road | | Enoch | UT | 84721 | VV092 | 8/16/21 | $181.26 | EPC : Permits |
| 488 Poudre Valley REA | 7649 Rea Pkwy | | Fort Collins | CO | 80528 | 529 | 8/16/21 | $255.00 | EPC : Net Metering Fees |
| 582 United Power | 500 Cooperative Way | | Brighton | CO | 80603 | 530 | 8/16/21 | $200.00 | EPC : Net Metering Fees |
| 1610 City of Winchester | 15 North Cameron Stret 3rd Floor | | Winchester | VA | 22601 | VV095 | 8/16/21 | $120.00 | EPC : Permits |
| 1289 The Copper Connection | 10216 Isle Street | | Parker | CO | 80134 | | 8/17/21 | $10,700.00 | Accounts Payable : Trade |
| 783 City Of Moorpark | 799 Moorpark Ave | | Moorpark | CA | 93021 | VV098 | 8/17/21 | $44.00 | EPC : Permits |
| 825 City Of Santee | 10601 N Magnolia Ave | | Santee | CA | 92071 | VV097 | 8/17/21 | $36.00 | EPC : Permits |
| 1188 Morgan County Rural Electric Associatic | 734 Barlow Road | PO Box 738 | Fort Morgan | CO | 80701 | 533 | 8/18/21 | $250.00 | EPC : Net Metering Fees |
| 1236 Duke Energy | PO Box 1326 | | Charlotte | NC | 28201-1326 | VV082 | 8/18/21 | $50.00 | EPC : Net Metering Fees |
| Greene County Building Dept. | 677 Dayton-Xenia Rd | | Xenia | OH | 45386 | 532 | 8/18/21 | $151.09 | EPC : Permits |
| 1402 City of Madera | 205 W 4th Street | | Madera | CA | 93637 | VV102 | 8/19/21 | $44.00 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : |
| 1642 City of Visalia | 707 W Acequia Ave | | Visalia | CA | 93291 | VV100 | 8/19/21 | $132.75 | EPC : Permits |
| 1643 City of Lewiston | 1134 F Street | | Lewiston | ID | 83501 | VV099 | 8/19/21 | $137.00 | EPC : Permits |
| 459 NextLink Internet | 95 Parker Oaks Lane | | Hudson Oaks | TX | 76087 | ACH051021.3 | 8/19/21 | $439.50 | General Sales and Administrative Expenses : G&A : Facility Expenses : |
| 351 Florida Department of Revenue | 5050 West Tennessee Street | | Tallahassee | FL | 32399 | VV101 | 8/19/21 | $111.89 | General Sales and Administrative Expenses : G&A : Other G&A Expenses : |
| 168 Centerpoint Energy | PO Box 4671 | | Houston | TX | 77210-4671 | | 8/20/21 | $59.85 | Accounts Payable : Trade |
| 323 Southern California Edison | PO Box 800 | | Rosemead | CA | 91771-001 | ACH062121.3 | 8/20/21 | $179.51 | General Sales and Administrative Expenses : G&A : Facility Expenses : |

In re Empire Solar Group, LLC
Case No. 21-23636

SOFA Part 2, Question 3 - Payments or transfers made to creditors within 90 days of commencement of this case

| Creditor Name | Address1 | Address2 | City | State | Zip | Check Number (if applicable) | Dates of Payments | Total Amount or value | Reasons for payment or transfer |
|---|---|---|---|---|---|---|---|---|---|
| 629 Xcel Energy 2413-6 | PO Box 9477 | | MInneapolis | MN | 55484-9477 | ACH062821.3 | 8/20/21 | $458.77 | General Sales and Administrative Expenses : G&A : Facility Expenses : |

# EXHIBIT 6

SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Insider Name | Address1 | Address2 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid | Description of payment or transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 8/21/20 | 3,846.15 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 8/28/20 | 3,854.22 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 9/4/20 | 3,854.22 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 9/11/20 | 3,854.22 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 9/18/20 | 5,777.30 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 9/25/20 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 10/2/20 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 10/9/20 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 10/16/20 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 10/23/20 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 10/30/20 | 7,695.03 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 10/30/20 | 24,833.63 | Bonus |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 11/6/20 | 7,740.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 11/13/20 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 11/20/20 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 11/27/20 | 7,900.38 | Payroll and referral bonus |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 12/4/20 | 7,740.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 12/11/20 | 7,710.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 12/18/20 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 12/24/20 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 12/31/20 | 7,695.03 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 1/8/21 | 7,750.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 1/15/21 | 7,750.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 1/22/21 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 1/29/21 | 19,964.21 | Bonus |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 1/29/21 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 2/5/21 | 8,011.38 | Payroll and reimbursements |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 2/12/21 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 2/19/21 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 2/26/21 | 7,750.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 3/5/21 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 3/12/21 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 3/19/21 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 3/26/21 | 7,700.38 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 4/2/21 | 7,712.88 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 4/9/21 | 7,712.88 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 4/16/21 | 7,712.88 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 4/23/21 | 7,712.88 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 4/30/21 | 7,695.03 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 5/7/21 | 7,712.88 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 5/14/21 | 7,712.88 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 5/21/21 | 7,704.81 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 5/28/21 | 7,704.81 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 6/4/21 | 7,692.31 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 6/11/21 | 7,692.31 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 6/11/21 | -7,692.31 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 6/25/21 | 7,692.31 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 7/2/21 | 7,722.31 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 7/9/21 | 7,692.31 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 7/16/21 | 7,692.31 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 7/23/21 | 7,692.31 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 7/30/21 | 2,307.69 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 8/6/21 | 2,337.69 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 8/13/21 | 2,307.69 | Payroll |
| Abigail Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Owner/Officer | 8/20/21 | 2,307.69 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 8/21/20 | 904.75 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 8/28/20 | 869.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 9/4/20 | 1,012.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 9/11/20 | 847.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 9/18/20 | 819.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 9/25/20 | 830.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 10/2/20 | 687.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 10/2/20 | 277.81 | Office Supplies |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 10/9/20 | 764.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 10/16/20 | 830.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 10/23/20 | 731.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 10/30/20 | 841.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 11/6/20 | 649.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 11/13/20 | 698.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 11/20/20 | 869.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 11/27/20 | 748.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 12/4/20 | 764.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 12/11/20 | 902.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 12/18/20 | 797.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 12/24/20 | 946.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 12/31/20 | 704.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 1/8/21 | 368.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 1/15/21 | 880.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 1/22/21 | 825.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 1/29/21 | 869.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 2/5/21 | 852.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 2/12/21 | 748.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 2/19/21 | 759.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 2/26/21 | 764.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 3/5/21 | 814.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 3/12/21 | 970.75 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 3/19/21 | 995.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 3/26/21 | 764.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 4/2/21 | 841.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 4/9/21 | 726.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 4/16/21 | 753.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Dovidence | UT | 84332 | United St | Sister of owner/officer | 4/23/21 | 693.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 4/30/21 | 904.75 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 5/7/21 | 781.00 | Payroll |

In re [Debtor Name]

Case No. [_____]

SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Insider Name | Address1 | Address2 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid | Description of payment or transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 5/14/21 | 698.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 5/21/21 | 808.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 5/28/21 | 885.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 6/4/21 | 847.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 6/11/21 | 825.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 6/18/21 | 1,089.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 7/9/21 | 511.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 7/16/21 | 539.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 7/23/21 | 390.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 7/30/21 | 627.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 8/6/21 | 1,193.50 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 8/13/21 | 715.00 | Payroll |
| Ronda Buchmiller | 9 W. Spring Creek Pkwy | | Providence | UT | 84332 | United St | Sister of owner/officer | 8/20/21 | 720.50 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 8/21/20 | 3,846.15 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 8/28/20 | 3,854.22 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 9/4/20 | 3,854.22 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 9/11/20 | 3,854.22 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 9/18/20 | 5,777.30 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 9/25/20 | 7,700.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 10/2/20 | 7,700.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 10/9/20 | 7,700.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 10/16/20 | 7,700.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 10/23/20 | 7,700.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 10/30/20 | 7,695.03 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 10/30/20 | 24,833.63 | Bonus |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 11/6/20 | 7,740.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 11/13/20 | 7,700.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 11/20/20 | 7,700.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 11/27/20 | 7,700.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 12/4/20 | 7,740.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 12/11/20 | 7,710.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 12/18/20 | 7,700.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 12/24/20 | 7,700.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 12/31/20 | 7,695.03 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 1/8/21 | 7,750.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 1/15/21 | 7,750.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 1/22/21 | 7,700.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 1/29/21 | 19,964.21 | Bonus |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 1/29/21 | 7,700.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 2/5/21 | 7,700.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 2/12/21 | 7,700.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 2/19/21 | 7,700.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 2/26/21 | 7,700.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 3/5/21 | 7,750.38 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 3/12/21 | 7,692.31 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 3/19/21 | 7,692.31 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 3/26/21 | 7,692.31 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 4/2/21 | 7,704.81 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 4/9/21 | 7,704.81 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 4/16/21 | 7,704.81 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 4/23/21 | 7,704.81 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 4/30/21 | 7,692.31 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 5/7/21 | 7,704.81 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 5/14/21 | 7,704.81 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 5/21/21 | 7,704.81 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 5/28/21 | 7,704.81 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 6/4/21 | 7,692.31 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 6/11/21 | 7,692.31 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 6/11/21 | 7,692.31 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 6/25/21 | 7,692.31 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 7/2/21 | 7,722.31 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 7/9/21 | 7,692.31 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 7/16/21 | 7,692.31 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 7/23/21 | 7,692.31 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 7/30/21 | 2,307.69 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 8/6/21 | 2,337.69 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 8/13/21 | 3,230.77 | Payroll |
| Steven Buchmiller | 1698 W 600 N | | Farminton | UT | 84025 | United St | Officer/husband of owner/office | 8/13/21 | 2,307.69 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 8/21/20 | 1,192.31 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 8/28/20 | 1,200.38 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 9/4/20 | 1,200.38 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 9/11/20 | 1,200.38 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 9/18/20 | 1,200.38 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 9/25/20 | 1,200.38 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 10/2/20 | 1,200.38 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 10/9/20 | 1,200.38 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 10/16/20 | 1,815.74 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 10/23/20 | 1,354.22 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 10/30/20 | 1,348.87 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 10/30/20 | 5,000.00 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 11/6/20 | 1,538.07 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 11/13/20 | 1,354.22 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 11/20/20 | 1,354.22 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 11/27/20 | 1,354.22 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 12/4/20 | 1,384.22 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 12/11/20 | 1,354.22 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 12/18/20 | 1,354.22 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 12/24/20 | 1,354.22 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 12/31/20 | 1,348.87 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 1/8/21 | 1,384.22 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 1/15/21 | 1,384.22 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 1/22/21 | 1,354.22 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 1/29/21 | 5,000.00 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 1/29/21 | 1,354.22 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 2/5/21 | 1,354.22 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 2/12/21 | 1,354.22 | Payroll |

In re [Debtor Name]
Case No. [Case No.]

SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Insider Name | Address1 | Address2 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid | Description of payment or transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 2/19/21 | 1,354.22 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 2/26/21 | 1,354.22 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 3/5/21 | 1,384.22 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 3/12/21 | 1,346.15 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 3/19/21 | 1,346.15 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 3/26/21 | 1,346.15 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 4/2/21 | 1,353.65 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 4/9/21 | 1,353.65 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 4/16/21 | 1,353.65 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 4/23/21 | 1,353.65 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 4/30/21 | 1,346.15 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 4/30/21 | 4,051.32 | Bonus |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 5/7/21 | 1,353.65 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 5/14/21 | 1,353.65 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 5/21/21 | 1,353.65 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 5/28/21 | 1,353.65 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 6/4/21 | 1,346.15 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 6/11/21 | 1,353.07 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 6/18/21 | 1,353.07 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 6/25/21 | 1,353.07 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 7/2/21 | 1,353.07 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 7/9/21 | 1,353.07 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 7/16/21 | 1,353.07 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 7/23/21 | 1,424.23 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 7/30/21 | 1,424.23 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 8/6/21 | 1,424.23 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 8/13/21 | 1,424.23 | Payroll |
| Emilie Carrasquel | 1440 W Ramola St | | Kaysville | UT | 84037 | United St | Sister of owner/officer | 8/20/21 | 1,424.23 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 8/28/20 | 4,600.00 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 9/4/20 | 2,300.00 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 9/11/20 | 2,300.00 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 9/18/20 | 2,300.00 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 9/25/20 | 2,300.00 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 10/2/20 | 2,300.00 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 10/9/20 | 2,300.00 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 10/16/20 | 2,300.00 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 10/23/20 | 2,300.00 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 10/30/20 | 2,300.00 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 11/6/20 | 3,106.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 11/13/20 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 11/20/20 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 11/27/20 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 12/4/20 | 3,106.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 12/11/20 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 12/18/20 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 12/24/20 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 12/31/20 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 1/8/21 | 3,106.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 1/15/21 | 3,106.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 1/22/21 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 1/29/21 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 2/5/21 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 2/12/21 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 2/19/21 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 2/26/21 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 3/5/21 | 3,106.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 3/12/21 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 3/19/21 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 3/26/21 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 4/2/21 | 3,084.42 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 4/9/21 | 3,084.42 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 4/16/21 | 3,084.42 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 4/23/21 | 3,084.42 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 4/30/21 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 5/7/21 | 3,084.42 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 5/14/21 | 3,084.42 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 5/21/21 | 3,084.42 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 5/28/21 | 3,084.42 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 6/4/21 | 3,076.92 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 6/11/21 | 3,083.84 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 6/18/21 | 3,083.84 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 6/25/21 | 3,083.84 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 7/2/21 | 3,083.84 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 7/9/21 | 3,083.84 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 7/16/21 | 3,083.84 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 7/23/21 | 3,083.84 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 7/30/21 | 3,083.84 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 8/6/21 | 3,083.84 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 8/13/21 | 3,083.84 | Payroll |
| Russell Hobbs | 3250 N 750 E | | Layton | UT | 84041 | United St | Uncle of owner/officer | 8/20/21 | 3,083.84 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 8/21/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 8/28/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 9/4/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 9/11/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 9/18/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 9/25/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 10/2/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 10/9/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 10/16/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 10/23/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 10/30/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 11/6/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 11/13/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 11/20/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 11/27/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 12/4/20 | 800.00 | Payroll |

In re [Debtor Name]

Case No. [case no]

SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Insider Name | Address1 | Address2 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid | Description of payment or transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 12/11/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 12/18/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 12/24/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 12/31/20 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 1/8/21 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 1/15/21 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 1/22/21 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 1/29/21 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 2/5/21 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 2/12/21 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 2/19/21 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 2/26/21 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 3/5/21 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 3/12/21 | 800.00 | Payroll |
| Linda Houskeeper | 375 Paddock Ln | | Kaysville | UT | 84037 | United St | Mother of owner/officer | 3/19/21 | 800.00 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 8/21/20 | 3,846.15 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 8/28/20 | 3,846.15 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 9/4/20 | 3,846.15 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 9/11/20 | 3,846.15 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 9/18/20 | 5,769.23 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 9/18/20 | 388.00 | Office Supplies |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 9/25/20 | 7,692.31 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 10/2/20 | 7,692.31 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 10/9/20 | 7,692.31 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 10/16/20 | 7,692.31 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 10/23/20 | 7,692.31 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 10/30/20 | 7,692.31 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 10/30/20 | 24,833.63 | Bonus |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 10/30/20 | 6,158.20 | Company party expense |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 11/6/20 | 7,692.31 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 11/13/20 | 7,692.31 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 11/20/20 | 7,692.31 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 11/27/20 | 7,692.31 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 12/4/20 | 7,692.31 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 12/11/20 | 7,692.31 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 12/18/20 | 7,692.31 | Payroll & Office supplies |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 12/24/20 | 7,692.31 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 12/31/20 | 7,692.31 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 1/8/21 | 7,750.38 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 1/15/21 | 10,860.38 | Payroll and reimbursements |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 1/22/21 | 7,700.38 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 1/29/21 | 19,964.21 | Bonus |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 1/29/21 | 7,700.38 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 2/5/21 | 7,700.38 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 2/12/21 | 7,700.38 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 2/19/21 | 12,216.38 | Payroll and reimbursements |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 2/26/21 | 7,700.38 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 3/5/21 | 37,750.38 | Payroll and distribution |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 3/12/21 | 37,692.31 | Payroll and distribution |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 3/19/21 | 37,692.31 | Payroll and distribution |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 3/26/21 | 22,692.31 | Payroll and distribution |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 4/2/21 | 22,704.81 | Payroll and distribution |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 4/9/21 | 22,704.81 | Payroll and distribution |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 4/16/21 | 22,704.81 | Payroll and distribution |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 4/23/21 | 22,704.81 | Payroll and distribution |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 4/30/21 | 22,692.31 | Payroll and distribution |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 5/7/21 | 22,704.81 | Payroll and distribution |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 5/14/21 | 22,704.81 | Payroll and distribution |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 5/21/21 | 22,704.81 | Payroll and distribution |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 5/28/21 | 22,704.81 | Payroll and distribution |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 6/4/21 | 22,704.81 | Payroll and distribution |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 6/11/21 | 7,704.81 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 6/11/21 | -7,704.81 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 6/18/21 | 7,704.81 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 6/25/21 | 7,704.81 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 7/2/21 | 7,704.81 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 7/2/21 | 7,704.81 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 7/9/21 | 7,704.81 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 7/16/21 | 7,704.81 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 7/23/21 | 7,704.81 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 7/30/21 | 2,307.69 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 8/6/21 | 2,320.19 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 8/13/21 | 2,320.19 | Payroll |
| Amanda Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Owner/Officer | 8/20/21 | 2,320.19 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 11/27/20 | 881.25 | Payroll and referral bonus |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 12/4/20 | 1,000.00 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 12/11/20 | 937.50 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 12/18/20 | 1,025.00 | Payroll |

In re [Debtor Name]

Case No. [number]

SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Insider Name | Address1 | Address2 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid | Description of payment or transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 12/24/20 | 787.50 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 12/31/20 | 1,009.38 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 1/8/21 | 1,095.57 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 1/15/21 | 1,008.07 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 1/22/21 | 1,054.95 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 1/29/21 | 983.07 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 2/5/21 | 951.82 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 2/12/21 | 1,045.57 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 2/19/21 | 1,008.07 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 2/26/21 | 989.32 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 3/5/21 | 1,039.32 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 3/12/21 | 1,026.82 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 3/19/21 | 945.57 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 3/26/21 | 983.07 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 4/2/21 | 989.32 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 4/9/21 | 1,036.20 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 4/16/21 | 1,045.57 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 4/23/21 | 1,017.44 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 4/30/21 | 977.72 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 5/7/21 | 1,017.44 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 5/14/21 | 1,064.32 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 5/21/21 | 1,054.94 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 5/28/21 | 1,026.82 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 6/4/21 | 1,026.82 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 6/11/21 | 1,036.20 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 6/18/21 | 1,008.07 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 6/25/21 | 408.07 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 7/9/21 | 414.32 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 7/16/21 | 608.07 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 7/23/21 | 989.32 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 7/30/21 | 1,008.07 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 8/6/21 | 726.82 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 8/13/21 | 1,176.82 | Payroll |
| Devin Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 8/20/21 | 720.57 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 8/21/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 8/28/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 9/4/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 9/11/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 9/18/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 9/18/20 | 77.95 | Office Supplies |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 9/25/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 10/2/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 10/9/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 10/16/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 10/23/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 10/30/20 | 1,252.72 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 11/6/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 11/13/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 11/20/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 11/27/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 12/4/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 12/11/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 12/18/20 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 12/24/20 | 2,258.07 | Payroll and bonus |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 12/31/20 | 1,252.72 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 1/8/21 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 1/15/21 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 1/22/21 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 1/29/21 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 2/5/21 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 2/12/21 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 2/19/21 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 2/26/21 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 3/5/21 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 3/12/21 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 3/19/21 | 1,258.07 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 3/26/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 4/2/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 4/9/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 4/16/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 4/23/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 4/30/21 | 1,348.87 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 5/7/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 5/14/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 5/21/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 5/28/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 6/4/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 6/11/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 6/18/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 6/25/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 7/2/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 7/9/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 7/16/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 7/23/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 7/30/21 | 1,348.87 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 8/6/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 8/13/21 | 1,354.22 | Payroll |
| Jazmyn Roseburg | 88 W 50 S | #F2 | Centerville | UT | 84014 | United St | Daughter of Owner/Officer | 8/20/21 | 1,354.22 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 8/21/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 8/28/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 9/4/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 9/11/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 9/18/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 9/25/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 10/2/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 10/9/20 | 210.00 | Payroll |

In re [Debtor Name]

Case No. [Case No.]

SOFA Part 2, Question 4 - Payments or transfers made within 1 year preceding commencement of this case to creditors who are or were insiders

| Insider Name | Address1 | Address2 | City | State | Zip | Country | Relationship to Debtor | Dates of Payments | Amount Paid | Description of payment or transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 10/16/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 10/23/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 10/30/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 11/6/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 11/13/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 11/20/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 11/27/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 12/4/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 12/11/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 12/18/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 12/24/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 12/31/20 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 1/15/21 | 420.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 1/22/21 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 1/29/21 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 2/5/21 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 2/12/21 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 2/19/21 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 2/26/21 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 3/5/21 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 3/12/21 | 210.00 | Payroll |
| Sarah Roseburg | 436 Joshua Drive | | Kaysville | UT | 84037 | United St | Daughter of Owner/Officer | 3/19/21 | 210.00 | Payroll |
| Ron Houskeeper | 375 W Paddock Ln | | Kaysville | UT | 84037 | United St | Father of Owner/Officer; Prior e | 3/1/21 | 52,828.50 | Redemption payment |
| Jake Houskeeper | 2081 S 450 E | | Kaysville | UT | 84037 | United St | Brother of Owner/Officer; Prior | 3/1/21 | 54,156.25 | Redemption payment |
| Ron Houskeeper | 375 W Paddock Ln | | Kaysville | UT | 84037 | United St | Father of Owner/Officer; Prior e | 4/1/21 | 52,828.50 | Redemption payment |
| Jake Houskeeper | 2081 S 450 E | | Kaysville | UT | 84037 | United St | Brother of Owner/Officer; Prior | 4/1/21 | 54,156.25 | Redemption payment |
| Ron Houskeeper | 375 W Paddock Ln | | Kaysville | UT | 84037 | United St | Father of Owner/Officer; Prior e | 5/3/21 | 52,828.50 | Redemption payment |
| Jake Houskeeper | 2081 S 450 E | | Kaysville | UT | 84037 | United St | Brother of Owner/Officer; Prior | 5/3/21 | 54,156.25 | Redemption payment |
| Ron Houskeeper | 375 W Paddock Ln | | Kaysville | UT | 84037 | United St | Father of Owner/Officer; Prior e | 6/1/21 | 52,828.50 | Redemption payment |
| Jake Houskeeper | 2081 S 450 E | | Kaysville | UT | 84037 | United St | Brother of Owner/Officer; Prior | 6/1/21 | 54,156.25 | Redemption payment |
| Devin Roseburg | 436 Joshua Dr. | | Kaysville | UT | 84037 | United St | Son of Owner/Officer | 6/18/21 | 2,223.10 | Dealer payment |