*Prepared and Submitted by:*

Michael R. Johnson (7070)
David H. Leigh (9433)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, UT 84145
(801) 532-1500
Email: mjohnson@rqn.com
Email: dleigh@rqn.com

*Attorneys for Steven R. Bailey, Chapter 7 Trustee*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Case No. 21-23636 |
|---|---|
| **EMPIRE SOLAR GROUP, LLC,** | Chapter 7 |
| Debtor. | Honorable Joel T. Marker |

### ORDER APPROVING THIRD INTERIM APPLICATION OF ROCKY MOUNTAIN ADVISORY, ACCOUNTANTS FOR THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2022 THROUGH AUGUST 31, 2022

This matter is before the Court on the *Third Interim Application of Rocky Mountain Advisory, Accountants for the Trustee, for Allowance of Compensation and Reimbursement of Expenses, for the Period of May 1, 2022 through August 31, 2022* [Docket No. 414] (the "**Third Interim Application**"), filed on September 28, 2022, by Rocky Mountain Advisory (the "**Applicant**"), which is the court-approved accountants for the Trustee in the above-entitled Chapter 7 case.

In the Third Interim Application, the Applicant seeks entry of an Order allowing it compensation in the total amount of $32,429.50 for services rendered, and reimbursement in the total amount of $461.77 for expenses incurred, for a total of $32,891.27, on an interim basis only, for the time period of May 1, 2022 through August 31, 2022 (the "**Application Period**"). The Applicant also seeks an Order directing payment of its allowed and authorized fees and expenses under the Third Interim Application from cash assets of the estate, to the extent such funds are or become available.

The Court, after independently reviewing and carefully considering the Application, after noting the absence of any objections to the Application in the Court's file, and after noting that the deadline to respond or object to the Application has expired, has determined that the Application is well-taken, and that the relief requested therein should be granted. Based upon the foregoing, and good cause appearing therefore,

**IT IS HEREBY ORDERED** as follows:

1. Notice of the Third Interim Application, of the scheduled hearing thereon and of the objection deadline related thereto, was proper in all respects, and no further notice need be given. No objections to the Third Interim Application were filed with the Court.

2. The Third Interim Application shall be, and it hereby is, granted in its entirety, and the Applicant is hereby allowed interim compensation in the amount of $32,429.50 for professional services rendered, and reimbursement of expenses in the amount of $461.77 for a total award related to the Application Period of $32,891.27.

3. The Chapter 7 Trustee is authorized pay all remaining outstanding amounts due and owing to the Applicant for services rendered and expenses advanced during the Application Period, from unencumbered funds of the estate, to the extent funds are or become available.

4. The foregoing award is interim only pursuant to 11 U.S.C. § 331, and as such, is subject to further review and approval by the Court when final approval of fees and expenses is requested pursuant to 11 U.S.C. § 330.

-----------------------------------------END OF DOCUMENT-----------------------------------------

1619104

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of October, 2022, a true and correct copy of the foregoing *proposed* **ORDER APPROVING THIRD INTERIM APPLICATION OF ROCKY MOUNTAIN ADVISORY, ACCOUNTANTS FOR THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2022 THROUGH AUGUST 31, 2022** was electronically filed and therefore served via CM/ECF on the following:

- **B. Scott Allen**     coley@mvmlegal.com
- **Rod N. Andreason**     randreason@kmclaw.com, mkowalczyk@kmclaw.com
- **Steven R. Bailey tr**     karen@baileylaw.org, UT06@ecfcbis.com
- **Megan K Baker**     baker.megan@dorsey.com, long.scarlette@dorsey.com
- **Matthew M. Boley**     mboley@ck.law, klopez@ck.law
- **Daniel K. Brough**     dbrough@btjd.com, hollyv@btjd.com;docketing@btjd.com
- **Ryan C. Cadwallader**     rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Deborah Rae Chandler**     dchandler@aklawfirm.com
- **P. Matthew Cox**     mw@scmlaw.com, ec@scmlaw.com
- **Douglas Farr**     dfarr@buchalter.com, docket@buchalter.com
- **Bryan T. Glover**     bryan.glover@stoel.com, lisa.petras@stoel.com
- **Michael F. Holbein**     mholbein@sgrlaw.com
- **Armand J. Howell**     armand@hwmlawfirm.com, armand@ecf.courtdrive.com;meghan@ecf.courtdrive.com
- **Chad Johnson**     chad@idahojobjustice.com, dunja@idahojobjustice.com;robyn@idahojobjustice.com;kati@utahjobjustice.com
- **Michael R. Johnson**     mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com
- **David H. Leigh**     dleigh@rqn.com, ASanchez@rqn.com;docket@rqn.com
- **Christopher J Martinez**     martinez.chris@dorsey.com
- **Jason A. McNeill**     mcneill@mvmlegal.com, coley@mvmlegal.com
- **Blake D. Miller**     bmiller@aklawfirm.com, millermobile@gmail.com;miller.blaked@gmail.com
- **Stuart J. Miller**     sjm@lankmill.com
- **Gregory S. Moesinger**     gmoesinger@kmclaw.com, tsanders@kmclaw.com
- **Austin Nate**     anate@rqn.com, ajohnson@rqn.com
- **Darren B. Neilson**     dneilson@parsonsbehle.com
- **Mary E. Olsen**     molsen@thegardnerfirm.com
- **Ellen E. Ostrow**     ellen.ostrow@stoel.com, docketclerk@stoel.com;michelle.smock@stoel.com
- **Mark C. Rose**     mrose@mbt-law.com, markcroselegal@gmail.com
- **Brian M. Rothschild**     brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- **Jeffrey Weston Shields**     jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;asanchez@rqn.com
- **Jeremy C. Sink**     jsink@kmclaw.com, mcarlson@kmclaw.com

- **Mark S. Swan**    mswan@strongandhanni.com, mark@swanlaw.net
- **Richard C. Terry**    richard@tjblawyers.com, cbcecf@yahoo.com
- **Jeffrey L. Trousdale**    jtrousdale@cohnekinghorn.com, mparks@ck.law
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov


/s/    Carrie Hurst

5

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER APPROVING THIRD INTERIM APPLICATION OF ROCKY MOUNTAIN ADVISORY, ACCOUNTANTS FOR THE TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MAY 1, 2022 THROUGH AUGUST 30, 2022** (the "**Order**") should be served on the persons in the manner designated below:

**By electronic service:** I certify that the parties of record in this case as identified immediately below are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF System:

- **B. Scott Allen**    coley@mvmlegal.com
- **Rod N. Andreason**    randreason@kmclaw.com, mkowalczyk@kmclaw.com
- **Steven R. Bailey tr**    karen@baileylaw.org, UT06@ecfcbis.com
- **Megan K Baker**    baker.megan@dorsey.com, long.scarlette@dorsey.com
- **Matthew M. Boley**    mboley@ck.law, klopez@ck.law
- **Daniel K. Brough**    dbrough@btjd.com, hollyv@btjd.com;docketing@btjd.com
- **Ryan C. Cadwallader**    rcadwallader@kmclaw.com, twhite@kmclaw.com
- **Deborah Rae Chandler**    dchandler@aklawfirm.com
- **P. Matthew Cox**    mw@scmlaw.com, ec@scmlaw.com
- **Douglas Farr**    dfarr@buchalter.com, docket@buchalter.com
- **Bryan T. Glover**    bryan.glover@stoel.com, lisa.petras@stoel.com
- **Michael F. Holbein**    mholbein@sgrlaw.com
- **Armand J. Howell**    armand@hwmlawfirm.com, armand@ecf.courtdrive.com;meghan@ecf.courtdrive.com
- **Chad Johnson**    chad@idahojobjustice.com, dunja@idahojobjustice.com;robyn@idahojobjustice.com;kati@utahjobjustice.com
- **Michael R. Johnson**    mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com
- **David H. Leigh**    dleigh@rqn.com, ASanchez@rqn.com;docket@rqn.com
- **Christopher J Martinez**    martinez.chris@dorsey.com
- **Jason A. McNeill**    mcneill@mvmlegal.com, coley@mvmlegal.com
- **Blake D. Miller**    bmiller@aklawfirm.com, millermobile@gmail.com;miller.blaked@gmail.com
- **Stuart J. Miller**    sjm@lankmill.com
- **Gregory S. Moesinger**    gmoesinger@kmclaw.com, tsanders@kmclaw.com
- **Austin Nate**    anate@rqn.com, ajohnson@rqn.com
- **Darren B. Neilson**    dneilson@parsonsbehle.com
- **Mary E. Olsen**    molsen@thegardnerfirm.com
- **Ellen E. Ostrow**    ellen.ostrow@stoel.com, docketclerk@stoel.com;michelle.smock@stoel.com
- **Mark C. Rose**    mrose@mbt-law.com, markcroselegal@gmail.com

- **Brian M. Rothschild**  brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- **Jeffrey Weston Shields**  jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com;asanchez@rqn.com
- **Jeremy C. Sink**  jsink@kmclaw.com, mcarlson@kmclaw.com
- **Mark S. Swan**  mswan@strongandhanni.com, mark@swanlaw.net
- **Richard C. Terry**  richard@tjblawyers.com, cbcecf@yahoo.com
- **Jeffrey L. Trousdale**  jtrousdale@cohnekinghorn.com, mparks@ck.law
- **United States Trustee**  USTPRegion19.SK.ECF@usdoj.gov

/s/ Carrie Hurst