Michael R. Johnson, Esq. (A7070)
David H. Leigh, Esq. (A9433)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
P.O. Box 45385
Salt Lake City, Utah  84145-0385
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com
Email:  dleigh@rqn.com

*Attorneys for Steven R. Bailey, Chapter 7 Trustee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | **Bankruptcy Case No. 21-23636** |
| EMPIRE SOLAR GROUP, LLC, | Chapter 7 |
| Debtor. | Honorable Joel T. Marker |

**ELEVENTH INTERIM MONTHLY FEE REQUEST OF
RAY QUINNEY & NEBEKER P.C., COUNSEL FOR THE TRUSTEE
(SEPTEMBER 1, 2022 THROUGH SEPTEMBER 30, 2022)**

Ray Quinney & Nebeker P.C. ("**RQN**"), counsel to Steven R. Bailey, the duly-appointed Chapter 7 Trustee (the "**Trustee**") for the above-captioned estate (the "**Estate**") of Empire Solar Group, LLC (the "**Debtor**"), and pursuant to the Court's *Order Establishing Monthly Fee and Expense Reimbursement Procedures*, entered on November 4, 2021 [Docket No. 128] (the "**Fee Order**"), hereby respectfully submits this *Eleventh Interim Monthly Fee Request* (the "**Fee Request**") for the period of September 1, 2022, through and including September 30, 2022 (the "**Fee Period**").

During the Fee Period, RQN has rendered 23.00 hours of service to the Trustee for a total amount of $6,458.50 in fees incurred.  RQN is voluntarily discounting its fees in the total sum of $758.50 thereby reducing its fees to $5,700 for the Fee Period.  RQN is also seeking reimbursement of expenses incurred in the amount of $65.38.  The total of these two numbers is $5,765.38.  Pursuant to the Fee Order, RQN is seeking payment of (i) compensation in an amount equal to eighty percent (80%) of the total fees sought, or $4,560.00, and (ii) one hundred percent (100%) of the expenses incurred, or $65.38 for a combined amount equal to $4,625.38.  Such services are fully detailed in the invoices attached hereto as Exhibit A.   The invoices contain a chronological listing of the tasks performed in each matter in which RQN provided services during the billing period covered by the invoice.

## I.   INTRODUCTION.

A.   Case Background.

1.   The Debtor commenced the above-captioned chapter 7 bankruptcy proceeding (the "**Bankruptcy Case**") on August 22, 2021 (the "**Petition Date**") by filing a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**").

2.   Steven R. Bailey is the duly qualified and acting Chapter 7 trustee in the Bankruptcy Case.

3.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

4.   This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

B.      RQN's Employment and Basis for Compensation.

1.   On August 30, 2021, the Trustee filed his application (the "**Employment Application**") seeking approval of his employment of RQN as general bankruptcy and litigation counsel for the Trustee in the Bankruptcy Case.  [Doc. # 11]

2.   On September 8, 2021, this Court entered its *Order Granting Ex Parte Application of Steven R. Bailey, Chapter 7 Trustee, Authorizing the Trustee to Retain and Employ Ray Quinney & Nebeker P.C. as his General Bankruptcy and Litigation Counsel* effective as of August 23, 2021.  [Doc. # 19]

3.   By virtue of the foregoing employment Order, RQN is currently the court-approved general bankruptcy and litigation counsel for the Trustee.

4.   As stated in RQN's Employment Application [Doc. 11], RQN's billing rates are subject to adjustment and increase as necessary or appropriate, which adjustments and increases typically become effective on February 1 of each calendar year. Unless expressly disallowed by the Court, RQN intends to regularly increase its hourly billing rates in this matter effective as of February 1 of each calendar year, if necessary and appropriate, by no more than $10.00 per hour per attorney or paralegal per each calendar year. Accordingly, effective February 1, 2022, RQN adjusted its rates in this case, by no more than $10.00 per hour per attorney or paralegal, and with a maximum rate for calendar year 2022 of $440.00 per hour for Mr. Johnson and $395.00 per hour for Mr. Leigh.  These rates are lower than the current standard hourly rates for Messrs. Johnson and Leigh, which are $465.00 and $405.00 respectively.  The range of hourly billing rates applicable to the Fee Period (i.e., August 1, 2022 through August 31, 2022) are as follows:

| Shareholders: | $330.00 to $440.00 |
| Of Counsels: | $350.00 to $405.00 |
| Associates: | $230.00 to $270.00 |
| Paralegals: | $190.00 |

5.   All services performed and expenses incurred for which compensation or reimbursement is sought in this Fee Request were performed or incurred for and on behalf of the Trustee and not for any other person or entity.

6.   RQN has not shared or agreed to share compensation or reimbursement awarded in the case with any other person except as among the shareholders and employees of the firm of RQN.

7.   RQN has not made any agreements with the Trustee, the Debtor, or any other persons or entities for compensation or reimbursement relating to the Bankruptcy Case which have not been disclosed to the Court.

II.    **PRIOR FEE REQUESTS.**

This is the Eleventh Fee Request filed by RQN in the case as set forth below.

**THE PRESENT FEE REQUEST.**

A.    Billing Methodology.

1.   In the Fee Request, RQN is requesting compensation for services provided and reimbursement of expenses incurred during the Fee Period.

2.   RQN's services for the Trustee in the case are billed on an hourly-rate basis, consistent with customary charges by comparably skilled practitioners in bankruptcy and non-bankruptcy cases.

3.   The rates being charged by RQN to the Estate are at or below the RQN's standard hourly rates for each attorney or paralegal who has worked on the Bankruptcy Case.

4.  In rendering services and incurring expenses on behalf of the Trustee, RQN makes reasonable efforts to use the most economical means and methods that are available and appropriate under the circumstances.

5.  Given the education, experience, and expertise of the RQN attorneys rendering services in this case, the rates charged are reasonable and are similar to rates RQN charges to clients for similar services.

B.  <u>Summary of Services Performed and Expenses incurred on Behalf of the Trustee.</u>

1.  During the Fee Period, RQN rendered 23.00 hours of service to the Trustee related to the case. Descriptions of the services rendered by RQN are fully detailed in the invoice attached hereto as <u>Exhibit A</u>.

2.  The invoice contains a chronological listing of the tasks performed in which RQN provided services during the billing period covered by the invoice.

3.  Below is a summary of the hours billed by each professional and costs advanced during the Fee Period and the hours and fees billed to each task category.

| Name of Professional/Paraprofessional: | Hours Billed: | Rate: | Total: |
|---|---|---|---|
| Michael R. Johnson, Shareholder | 5.20 | $440.00 | $2,288.00 |
| David H. Leigh, Shareholder | 3.30 | $395.00 | $1,303.50 |
| Austin Nate, Associate | 2.80 | $230.00 | $644.00 |
| Carrie Hurst, Paralegal | 11.70 | $190.00 | $2,223.00 |
| **TOTAL** | 23.00 | | $6,458.50 |
| **DISCOUNT** | | | ($758.50[1]) |
| **DISCOUNTED TOTAL** | | | **$5,700.00** |

---

[1] Discount taken on the billings of Carrie Hurst on Matter 7, Employment and Fee Applications.

| Task Category | Hours | $ Amount |
|---|---|---|
| General Case Administration | 7.50 | $2,392.50 |
| Avoidance Action Analysis | 4.90 | $1,977.00 |
| Fee Applications | 10.60 | $2,089.00 |
| **Subtotal**<br>**Less discount**<br>**Discounted Total** | 23.00 | $6,458.50<br>($758.50)<br>$5,700.00 |
| Costs | | $65.38 |
| **Total Combined Fees and Costs** | | **$5,765.38** |

4.   As set forth above, RQN is voluntarily discounting its fee request by $758.50 and is requesting in this application 80% of $5,700.00, or $4,560.00, in monthly interim fees for September, 2022.

5.   During the Fee Period, RQN incurred actual and necessary expenses in the total amount of $65.38 in connection with the services rendered to the Trustee.  RQN maintains appropriate details, including receipts, invoices, reimbursement vouchers, and other supporting information concerning the expenses incurred in this representation, and that information is available for review upon request.  The expenses incurred by RQN for which reimbursement in the Fee Request is sought are consistent with the U.S. Trustee Guidelines.

A summary showing the breakdown of total expenses by type of expense is as follows:

| Expense Category | Service Provider<br>(if applicable) | Total Expenses |
|---|---|---|
| Postage Expense | Ray Quinney & Nebeker P.C. | $19.38 |
| Service of Subpoena | Constable Reitz | $46.00 |
| **TOTAL** | | **$65.38** |

This is RQN's eleventh interim monthly fee request under the Fee Order.  Pursuant to the Fee Order, RQN is a "Professional" authorized to request payment from the estate for services rendered and expenses incurred during the Fee Period equal to eighty percent (80%) of the total fees sought and one hundred percent (100%) of the expenses incurred.  Payment of the requested fees and costs is interim in nature and is subject to approval by the Court.

In summary, RQN's fees and expenses requested for this Fee Period and previous fee periods are as follows:

| Month | Hours | Fees | 80% of Fees | 100% of Expenses | Total Amount Requested | Total paid |
|---|---|---|---|---|---|---|
| August 23, 2021 – November 30, 2021 | 584.10 | $188,091.50 (discounted amount) | $150,473.20 | $974.53 | $151,447.73 | $151,447.73 12/21/2021 |
| December 1, 2021 – December 31, 2021 | 72.70 | $22,500.00 (discounted amount) | $18,000.00 | $  23.25 | $18,023.25 | $18,023.25 2/16/2022 |
| January 1, 2022 – January 31, 2022 | 108.60 | $29,000.00 (discounted amount) | $23,200.00 | $  0.00 | $23,200.00 | $23,200.00 3/29/2022 |
| February 1, 2022 – February 28, 2022 | 89.30 | $23,000.00 (discounted amount) | $18,400.00 | $351.00 | $18,751.00 | $18,751.00 6/22/2022 |
| March 1, 2022 – March 31, 2022 | 66.50 | $19,800.00 (discounted amount) | $15,840.00 | $265.44 | $16,105.44 | $16,105.44 6/22/2022 |
| April 1, 2022 – April 30, 2022 | 42.00 | $12,500.00 (discounted amount) | $10,000.00 | $80.80 | $10,080.80 | $10,080.80 6/22/2022 |

| Month | Hours | Fees | 80% of Fees | 100% of Expenses | Total Amount Requested | Total paid |
|---|---|---|---|---|---|---|
| May 1, 2022 – May 31, 2022 | 46.60 | $13,500.00 (discounted amount) | $10,800.00 | $61.40 | $10,861.40 | $10,861.40 8/16/2022 |
| June 1, 2022- June 30, 2022 | 63.10 | $18,000.00 (discounted amount) | $14,400.00 | $107.70 | $14,507.70 | $14,507.70 8/16/2022 |
| July 1, 2022 – July 31, 2022 | 38.50 | $10,000 (discounted amount) | $8,000.00 | $18.81 | $8,018.81 | |
| August 1, 2022 – August 31, 2022 | 47.10 | $11,500.00 (discounted amount) | $9,200.00 | $5,744.60 | $14,944.60 | |
| Sept. 1, 2022 – Sept. 30, 2022 | 23.00 | $5,700.00 (discounted amount) | $4,560.00 | $65.38 | $4,625.38 | |

Pursuant to the Fee Order, any party wishing to object to this Request must file and serve an objection to this Request within ten (10) calendar days from the date this Request is served on the Notice Parties, as defined in Paragraph 2(d) of the Fee Order. If no objection to a Request is timely filed and served within the Objection Period, the Trustee shall be authorized to make payment as requested in this Request promptly upon the expiration of the Objection Period. Any objection to this Request must have a description of the specific subject matter and services in dispute and state the amount in dispute. It shall not be sufficient simply to object to all fees and expenses.

Accordingly, RQN respectfully submits this Request, and requests payment as set forth herein.

DATED this 26th day of October, 2022.

RAY QUINNEY & NEBEKER P.C.

/s/ Michael R. Johnson
Michael R. Johnson
David H. Leigh
*Counsel for the Trustee*

1618453

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 26th day of October, 2022, a true and correct copy of the foregoing *Eleventh Interim Monthly Fee Request Of Ray Quinney & Nebeker P.C., Counsel For The Trustee (September 1, 2022 Through September 30, 2022)* was electronically filed and therefore served via ECF on the following:

- B. Scott Allen    coley@mvmlegal.com
- Rod N. Andreason    randreason@kmclaw.com, mkowalczyk@kmclaw.com
- Steven R. Bailey tr    karen@baileylaw.org, UT06@ecfcbis.com
- Megan K Baker    baker.megan@dorsey.com
- Matthew M. Boley    mboley@ck.law, klopez@ck.law
- Daniel K. Brough    dbrough@btjd.com, hollyv@btjd.com;docketing@btjd.com
- Ryan C. Cadwallader    rcadwallader@kmclaw.com, twhite@kmclaw.com
- Deborah Rae Chandler    dchandler@aklawfirm.com
- P. Matthew Cox    mw@scmlaw.com, ec@scmlaw.com
- Douglas Farr    dfarr@buchalter.com, docket@buchalter.com
- Bryan T. Glover    bryan.glover@stoel.com, lisa.petras@stoel.com
- Michael F. Holbein    mholbein@sgrlaw.com
- Armand J. Howell    armand@hwmlawfirm.com,
    armand@ecf.courtdrive.com;meghan@ecf.courtdrive.com
- Chad Johnson    chad@idahojobjustice.com,
    dunja@idahojobjustice.com;robyn@idahojobjustice.com;
    kati@utahjobjustice.com
- Michael R. Johnson    mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com
- David H. Leigh    dleigh@rqn.com, ASanchez@rqn.com;docket@rqn.com
- Christopher J Martinez    martinez.chris@dorsey.com
- Jason A. McNeill    mcneill@mvmlegal.com, coley@mvmlegal.com
- Blake D. Miller    bmiller@aklawfirm.com,
    millermobile@gmail.com;miller.blaked@gmail.com
- Stuart J. Miller    sjm@lankmill.com
- Gregory S. Moesinger    gmoesinger@kmclaw.com, tsanders@kmclaw.com
- Austin Nate    anate@rqn.com, ajohnson@rqn.com
- Darren B. Neilson    dneilson@parsonsbehle.com
- Mary E. Olsen    molsen@thegardnerfirm.com
- Ellen E. Ostrow    eostrow@foley.com,
    docketclerk@stoel.com;michelle.smock@stoel.com
- Mark C. Rose    mrose@mbt-law.com, markcroselegal@gmail.com
- Brian M. Rothschild    brothschild@parsonsbehle.com,
    ecf@parsonsbehle.com;docket@parsonsbehle.com
- Jeffrey Weston Shields    jshields@rqn.com,
    5962725420@filings.docketbird.com;docket@rqn.com,tzimmerman@rqn.com
- Jeremy C. Sink    jsink@kmclaw.com, mcarlson@kmclaw.com

- Mark S. Swan    mswan@strongandhanni.com, mark@swanlaw.net
- Richard C. Terry    richard@tjblawyers.com, cbcecf@yahoo.com
- Jeffrey L. Trousdale    jtrousdale@cohnekinghorn.com, mparks@ck.law
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Aaron M. Waite    aaronmwaite@agutah.gov

I further certify that on the 26th day of October, 2022, a true and correct copy of the
foregoing was served via email as follows:

USTPRegion19.SK.ECF@usdoj.gov

/s/ Carrie Hurst

# EXHIBIT A



**RAY QUINNEY & NEBEKER**
ATTORNEYS AT LAW

PO BOX 45385
SALT LAKE CITY, UT 84145-0385
801 532-1500
**www.RQN.com**

Stephen R. Bailey, Trustee
P.O. Box 1828
Layton, UT  84041

October 25, 2022
Invoice: 719327

---

## INVOICE SUMMARY

For professional services rendered and costs advanced through September 30, 2022:

**Client: 53228**
**Billing Attorney: M. R. Johnson**

Steve Bailey Trustee / Empire Solar

| Matter # | Description | Legal Fees | Disbursements | Discount | Total |
|---:|---|---:|---:|---:|---:|
| 1 | Case Administration | 2,392.50 | .00 | .00 | 2,392.50 |
| 5 | Avoidance Action Analysis | 1,977.00 | .00 | .00 | 1,977.00 |
| 7 | Employment and Fee Applications | 2,089.00 | .00 | -758.50 | 1,330.50 |
| 11 | Costs | .00 | 65.38 | .00 | 65.38 |
| **Total** | | **6,458.50** | **65.38** | **-758.50** | **5,765.38** |

| | |
|---|---:|
| Less Discount | $ -758.50 |
| Net Professional Services | $ 5,700.00 |
| **TOTAL THIS INVOICE** | **$ 5,765.38** |
| Previous Balance | $ 58,482.51 |
| **TOTAL BALANCE DUE** | **$ 64,247.89** |

RAY QUINNEY & NEBEKER

Client-Matter: 53228 - 1                                                    Invoice: 719327

**Client-Matter: 53228 - 1**

**RE:  Case Administration**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 9/01/22 | DLEI | Receive and review email correspondence from T. Christensen. | .10 | 39.50 |
| 9/06/22 | MJOH | Review subpoena; emails with Krannich and with Trustee regarding same. | .40 | 176.00 |
| 9/06/22 | DLEI | Receive and review email correspondence from M. Holbein regarding Arbitration Summons; Analyze Summons. | .20 | 79.00 |
| 9/07/22 | DLEI | Phone conference with prior Empire Solar customer with questions regarding warranty work and status of bankruptcy. | .20 | 79.00 |
| 9/07/22 | DLEI | Receive and review correspondence from W. McGee. | .10 | 39.50 |
| 9/07/22 | DLEI | Receive and review email correspondence regarding review of documents from Krannich relating to subpoena. | .10 | 39.50 |
| 9/07/22 | CHUR | Review documents to identify any responsive documents to Summons issued in the Krannich Solar arbitration case. | .40 | 76.00 |
| 9/08/22 | DLEI | Phone conference with J. Nato regarding bankruptcy case and repair issues. | .10 | 39.50 |
| 9/08/22 | DLEI | Receive and review email correspondence regarding Klick Solar request for confirmation that it can take over installation permit. | .10 | 39.50 |
| 9/09/22 | DLEI | Receive and review email correspondence from D. Johnson with information regarding documents search in response to subpoena. | .10 | 39.50 |
| 9/13/22 | DLEI | Receive and review email from Trustee. | .10 | 39.50 |
| 9/13/22 | DLEI | Receive and review email correspondence from S. Jensen (counsel for Generation Solar). | .10 | 39.50 |
| 9/15/22 | MJOH | Telephone conference with M. Coffman (.2); telephone conference with counsel for WARN Act plaintiffs (.2). | .40 | 176.00 |
| 9/15/22 | DLEI | Phone conference with S. Nguyen regarding faulty solar system. | .30 | 118.50 |
| 9/20/22 | DLEI | Receive and review email correspondence from L. Gomez regarding solar panel servicing issues; Respond to same. | .10 | 39.50 |
| 9/20/22 | CHUR | Return calls to Empire Solar customers regarding issues with solar panels | .20 | 38.00 |
| 9/21/22 | DLEI | Receive and review email correspondence from T. Salazar (GoodLeap). | .10 | 39.50 |
| 9/21/22 | AUNA | Phone call with former Empire customer. | .10 | 23.00 |

RAY QUINNEY & NEBEKER

Client-Matter: 53228 - 1                                                          Invoice: 719327

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 9/22/22 | MJOH | Telephone conference with Trustee regarding subpoena he received regarding arbitration in New York. | .20 | 88.00 |
| 9/22/22 | AUNA | Email M. Johnson and D. Leigh regarding deadline for dispositive motions. | .10 | 23.00 |
| 9/23/22 | DLEI | Receive and review email correspondence from J. McCarthy. | .10 | 39.50 |
| 9/26/22 | MJOH | Telephone conference with Trustee regarding subpoena (.2); work on objection (.2). | .40 | 176.00 |
| 9/26/22 | CHUR | Return calls to customers. | .10 | 19.00 |
| 9/27/22 | DLEI | Receive, review, and reply to T. Holmbeck regarding questions relating to status of warranty purchased with solar panels and servicing needs. | .20 | 79.00 |
| 9/27/22 | CHUR | Return calls to customers regarding failure of solar panels. | .20 | 38.00 |
| 9/30/22 | MJOH | Review, edit and revise subpoena objection. | .30 | 132.00 |
| 9/30/22 | DLEI | Receive and review email correspondence from Trustee. | .10 | 39.50 |
| 9/30/22 | AUNA | Draft objection to subpoena to trustee to appear at arbitration hearing in New York. | 2.60 | 598.00 |

## TOTAL PROFESSIONAL SERVICES                              $ 2,392.50

### FEE SUMMARY BY ATTORNEY

| Name | ID | Staff Level | Hours | Rate | Total |
|------|----|-----------| ------|------|-------|
| A. Nate | AUNA | Associate | 2.80 | 230.00 | 644.00 |
| M. R. Johnson | MJOH | Shareholder | 1.70 | 440.00 | 748.00 |
| D. H. Leigh | DLEI | Shareholder | 2.10 | 395.00 | 829.50 |
| C. Hurst | CHUR | Paralegal | .90 | 190.00 | 171.00 |
| **TOTALS** | | | **7.50** | | **$ 2,392.50** |

## TOTAL THIS MATTER                                        $ 2,392.50

RAY   QUINNEY   &   NEBEKER

Client-Matter: 53228 - 5                                                      Invoice: 719327

**Client-Matter: 53228 - 5**

**RE:  Avoidance Action Analysis**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|---------------------------------|-------|--------|
| 9/01/22 | MJOH | Lengthy discussion with Goodleap in-house counsel regarding subpoena and documents the Trustee is looking for. | .40 | 176.00 |
| 9/13/22 | MJOH | Emails with counsel for Generation Solar regarding extension of time to answer complaint. | .20 | 88.00 |
| 9/19/22 | MJOH | Review and respond to questions from Goodleap regarding subpoena questions. | .30 | 132.00 |
| 9/20/22 | DLEI | Receive and review email correspondence from D. Dixon, Assistant General Counsel for GoodLeap. | .10 | 39.50 |
| 9/21/22 | MJOH | Emails with Goodleap. | .30 | 132.00 |
| 9/21/22 | DLEI | Receive and review email correspondence from D. Dixon, General Counsel for GoodLeap. | .10 | 39.50 |
| 9/22/22 | MJOH | Video call with Goodleap to review spreadsheets and other information regarding charge backs and related matters. | .80 | 352.00 |
| 9/28/22 | MJOH | Review and respond to emails from counsel for High Speed and TVT Funding. | .30 | 132.00 |
| 9/28/22 | CHUR | Begin review of documents received from Silfab for payment forbearance and any payment plan. | .50 | 95.00 |
| 9/29/22 | MJOH | Emails with Wisconsin AG regarding Electrious. | .30 | 132.00 |
| 9/29/22 | MJOH | Edit and revise Notice of Hearing. | .20 | 88.00 |
| 9/29/22 | DLEI | Communicate with D. Dixon, Assistant General Counsel, regarding GoodLeap produced documents in response to Subpoena. | .10 | 39.50 |
| 9/29/22 | DLEI | Receive and begin review of documents from GoodLeap in response to subpoena. | .30 | 118.50 |
| 9/29/22 | DLEI | Further communication with D. Dixon regarding GoodLeap provided documents in response to subpoena. | .10 | 39.50 |
| 9/29/22 | DLEI | Receive and review detailed voice message from B. Dexter regarding Gen Solar adversary proceeding (.1); Phone conference with B. Dexter (.1). | .20 | 79.00 |
| 9/30/22 | MJOH | Review proposed scheduling order revisions and emails with Trustee and R. Terry regarding same. | .40 | 176.00 |

RAY QUINNEY & NEBEKER

Client-Matter: 53228 - 5                                                                 Invoice: 719327

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|--------------------------------|-------|--------|
| 9/30/22 | DLEI | Receive and review email correspondence from R. Terry (counsel for TVT and High Speed Capital) (.1); Work on issues relating to request for reopening of scheduling Order in TVT and High Speed Capital adversary proceedings (.2). | .30 | 118.50 |

**TOTAL PROFESSIONAL SERVICES**                                    **$ 1,977.00**

**FEE SUMMARY BY ATTORNEY**

| Name | ID | Staff Level | Hours | Rate | Total |
|------|----|----|-------|------|-------|
| M. R. Johnson | MJOH | Shareholder | 3.20 | 440.00 | 1,408.00 |
| D. H. Leigh | DLEI | Shareholder | 1.20 | 395.00 | 474.00 |
| C. Hurst | CHUR | Paralegal | .50 | 190.00 | 95.00 |
| **TOTALS** | | | **4.90** | | **$ 1,977.00** |

**TOTAL THIS MATTER**                                    **$ 1,977.00**

RAY QUINNEY & NEBEKER

Client-Matter: 53228 - 7                                                    Invoice: 719327

**Client-Matter: 53228 - 7**

**RE:  Employment and Fee Applications**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 9/12/22 | CHUR | Review and edit of August time for 10th monthly fee request and for quarterly fee application for time period of May, 2022 through August, 2022 and prepare initial draft of 10th Monthly Fee Request for RQN. | 1.70 | 323.00 |
| 9/16/22 | MJOH | Work on August fee request. | .30 | 132.00 |
| 9/16/22 | CHUR | Work on drafts of 10th Monthly fee request and 3rd Application for Compensation. | .70 | 133.00 |
| 9/19/22 | CHUR | Revisions to 10th Monthly Fee request pursuant to M. Johnson and confirm calculations. | 1.20 | 228.00 |
| 9/20/22 | CHUR | Prepare draft of RMA 10th Monthly Fee request and circulate for review; finalize RQN and RMAs 10th monthly fee requests (1.00), format for efiling and file (.50). | 1.50 | 285.00 |
| 9/22/22 | CHUR | Work on RQN 3rd Application for Compensation for May 2022 August 2022 | 2.60 | 494.00 |
| 9/26/22 | CHUR | Edits to 3rd Application for Compensation of RQN. | .50 | 95.00 |
| 9/27/22 | CHUR | Revise and finalize 3rd Application for Compensation of RQN. | .50 | 95.00 |
| 9/28/22 | CHUR | Format and efile RQN and RMA 3rd Applications for Compensation. | .50 | 95.00 |
| 9/29/22 | CHUR | Obtain hearing date on RQN and RMA fee applications and complete draft of Notice. | .60 | 114.00 |
| 9/30/22 | CHUR | Finalize and format Notice of filing and Notice of Hearing on RQN and RMA 3rd Interim Applications for Compensation (.30); file and facilitate service on limited service list (.20) | .50 | 95.00 |

|  | | |
|--|--|--|
| **TOTAL PROFESSIONAL SERVICES** | | **$ 2,089.00** |
| Less Discount | | $ -758.50 |
| **NET PROFESSIONAL SERVICES** | | **$ 1,330.50** |

**FEE SUMMARY BY ATTORNEY**

| Name | ID | Staff Level | Hours | Rate | Total |
|------|----|-----------|-------|------|-------|
| M. R. Johnson | MJOH | Shareholder | .30 | 440.00 | 132.00 |

RAY QUINNEY & NEBEKER

Client-Matter: 53228 - 7                                    Invoice: 719327

| Name | ID | Staff Level | Hours | Rate | Total |
|------|-----|-------------|-------|------|-------|
| C. Hurst | CHUR | Paralegal | 10.30 | 190.00 | 1,957.00 |
| **TOTALS** | | | **10.60** | | **$ 2,089.00** |

### TOTAL THIS MATTER                                    $ 1,330.50

RAY QUINNEY & NEBEKER

Client-Matter: 53228 - 11                                              Invoice: 719327

**Client-Matter: 53228 - 11**

**RE:  Costs**

**COSTS ADVANCED**

| Date | Description | Amount |
|------|-------------|--------|
| 8/18/22 | Constable Reitz, Service of Subpoena, 8/18/2022, 790260, Service Of Subpoena | 46.00 |
| | Postage | 19.38 |

|  | **TOTAL COSTS ADVANCED** | **$ 65.38** |
|--|--------------------------|------------|
|  | **TOTAL THIS MATTER** | **$ 65.38** |
|  | **TOTAL THIS INVOICE** | **$ 5,765.38** |

8

RAY QUINNEY & NEBEKER

Client-Matter: 53228 - 11                                                        Invoice: 719327

**OUTSTANDING INVOICES**

| INVOICE<br>NUMBER | DATE | INVOICE<br>TOTAL | PAYMENTS<br>RECEIVED | ENDING<br>BALANCE |
|---|---|---|---|---|
| 715375 | 10/07/22 | 58,482.51 | .00 | 58,482.51 |

Outstanding Balance                          $ 58,482.51

Total This Invoice                           $ 5,765.38

**TOTAL BALANCE DUE**                        **$ 64,247.89**