IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>EMPIRE SOLAR GROUP, LLC,<br><br>Debtor. | **Bankruptcy Case No. 21-23636**<br><br>Chapter 7<br><br>Honorable Joel T. Marker |

**ELEVENTH INTERIM MONTHLY FEE REQUEST OF
ROCKY MOUNTAIN ADVISORY, LLC,
ACCOUNTANTS FOR THE TRUSTEE
(SEPTEMBER 1, 2022 through SEPTEMBER 30, 2022)**

Rocky Mountain Advisory, LLC. ("**RMA**"), the court-appointed accountants to Steven R. Bailey, the duly-appointed Chapter 7 Trustee (the "**Trustee**") for the above-captioned estate (the "**Estate**") of Empire Solar Group, LLC (the "**Debtor**"), and pursuant to the Court's *Order Establishing Monthly Fee and Expense Reimbursement Procedures*, entered on November 4, 2021 [Docket No. 128] (the "**Fee Order**"), hereby respectfully submits this Tenth Interim Fee Request (the "**Fee Request**") for the period of September 1, 2022 through and including September 30, 2022 (the "**Fee Period**"). During the Fee Period, RMA has rendered 72.80 hours of service to the Trustee for a total amount of $18,241.50 in fees incurred. Pursuant to the Fee Order, RMA is seeking payment of (i) compensation in an amount equal to eighty percent (80%) of the total fees sought, or $14,593.20 and (ii) one hundred percent (100%) of the expenses incurred in the amount of $13.22 for a combined amount equal to $14,606.42. The services are fully detailed in the invoice attached hereto as <u>Exhibit A</u>. The invoice contains a chronological listing of the tasks performed in each matter in which RMA provided services during the billing period covered by the invoice.

I. **INTRODUCTION.**

A. Case Background.

1. The Debtor commenced the above-captioned chapter 7 bankruptcy proceeding (the "**Bankruptcy Case**") on August 22, 2021 (the "**Petition Date**") by filing a voluntary petition for relief under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**").

2. Steven R. Bailey is the duly qualified and acting Chapter 7 trustee in the Bankruptcy Case.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

4. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

B. RMA's Employment and Basis for Compensation.

1. On August 30, 2021, the Trustee filed his application (the "**Employment Application**") seeking approval of his employment of Gil A. Miller and Rocky Mountain Advisory LLC as accountants for the Trustee in the Bankruptcy Case. [Doc. # 9]

2. On September 21, 2021, this Court entered its *Amended Order Authorizing Employment of CPA*. [Doc. # 30]

3. By virtue of the foregoing employment Order, Gil A. Miller and RMA are currently the court-approved accountants for the Trustee.

4. All services performed and expenses incurred for which compensation or reimbursement is sought in this Fee Request were performed or incurred for and on behalf of the Trustee and not for any other person or entity.

5. RMA has not shared or agreed to share compensation or reimbursement awarded in the case with any other person except as among the shareholders and employees of the firm of RMA.

6. RMA has not made any agreements with the Trustee, the Debtor, or any other persons or entities for compensation or reimbursement relating to the Bankruptcy Case which have not been disclosed to the Court.

**II.    PRIOR FEE REQUESTS.**

This is the Eleventh Fee Request filed by RMA in the case as set forth below.

**III.   THE PRESENT FEE REQUEST.**

A.    Billing Methodology.

1. In the Fee Request, RMA is requesting compensation for services provided and reimbursement of expenses incurred during the Fee Period.

2. RMA's services for the Trustee in the case are billed on an hourly-rate basis, consistent with customary charges by comparably skilled practitioners in bankruptcy and non-bankruptcy cases.

B.    Summary of Services Performed and Expenses incurred on Behalf of the Trustee.

1. During the Fee Period, RMA rendered 72.80 hours of service to the Trustee related to the case. Descriptions of the services rendered by RMA are fully detailed in the invoice attached hereto as Exhibit A.

2. The invoice contains a chronological listing of the tasks performed in which RMA provided services during the billing period covered by the invoice.

3. Below is a summary of the hours billed by each professional and costs

3

advanced during the Fee Period:

| Name of Professional/Paraprofessional: | Hours Billed: | Rate: | Total: |
|---|---|---|---|
| Dan L. Johnson | 32.60 | $270.00 | $8,802.00 |
| Heather Denison | 1.20 | $230.00 | $276.00 |
| John H. Curtis | .30 | $315.00 | $94.50 |
| Josh Gifford | 32.90 | $255.00 | $8,389.50 |
| Kaytee Howell | 1.80 | $90.00 | $162.00 |
| Matt H. Connors | .70 | $315.00 | $220.50 |
| Raani Erekson | 3.30 | $90.00 | $297.00 |
| TOTAL | 49.00 | | **$18,241.50** |

This is RMA's eleventh interim request under the Fee Order. Pursuant to the Fee Order, RMA is a "Professional" authorized to request payment from the estate for services rendered and expenses incurred during the Fee Period equal to eighty percent (80%) of the total fees sought and one hundred percent (100%) of the expenses incurred. Payment of the requested fees and cost is interim in nature and is subject to approval by the Court.

In summary, RMA's fees and expenses requested for the Fee Period and previous fee periods are as follows:

| Month | Hours | Fees | 80% of Fees | 100% of Expenses | Total Amount Requested | Total paid |
|---|---|---|---|---|---|---|
| August 23, 2021 – November 30, 2021 | 361.80 | $114,551.50 | $91,641.20 | $1,271.56 | $92,912.76 | $92,912.76 12/21/21 |
| December 1, 2021 - December 31, 2021 | 100.60 | $28,192.00 | $22,553.60 | $656.43 | $23,210.03 | $23,210.03 2/16/2022 |
| January 1, 2022 - January 31, 2022 | 128.00 | $27,138.50 | $21,710.80 | $551.98 | $22,262.78 | $22,262.78 3/29/2022 |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| February 1, 2022 - February 28, 2022 | 62.80 | $17,775.50 | $14,220.40 | $805.84 | $15,026.24 | $15,025.24 6/22/2022 |
| March 1, 2022 - March 31, 2022 | 45.70 | $12,760.50 | $10,208.40 | $47.82 | $10,256.22 | $10,256.22 6/22/2022 |
| April 1, 2022 - April 30, 2022 | 57.50 | $16,269.50 | $13,015.60 | $42.99 | $13,058.59 | $13,058.59 6/22/2022 |
| May 1, 2022 - May 31, 2022 | 51.60 | $13,435.00 | $10,748.00 | $405.65 | $11,153.65 | $11,153.65 8/22/2022 |
| June 1, 2022 – June 30, 2022 | 11.50 | $3,578.00 | $2,862.40 | $ 0.00 | $2,862.40 | $2,862.40 8/22/2022 |
| July 1, 2022 – July 31, 2022 | 15.10 | $4,077.00 | $3,261.60 | $ 0.00 | $3,261.60 | |
| August 1, 2022– August 31, 2022 | 49.00 | $11,339.50 | $9,071.60 | $56.12 | $9,127.72 | |
| Sept.1, 2022 – Sept. 30, 2022 | 72.80 | $18,241.50 | $14,593.20 | $13.22 | $14,606.42 | |

Pursuant to the Fee Order, any party wishing to object to this Request must file and serve an objection to this Request within ten (10) calendar days from the date this Request is served on the Notice Parties, as defined in Paragraph 2(d) of the Fee Order. If no objection to a Request is timely filed and served within the Objection Period, the Trustee shall be authorized to make payment as requested in this Request promptly upon the expiration of the Objection Period. Any objection to this Request must have a description of the specific subject matter and services in dispute and state the amount in dispute. It shall not be sufficient simply to object to all fees and expenses.

Accordingly, RMA respectfully submits this Request, and requests payment as set forth herein.

DATED this 26th day of October, 2022.

        ROCKY MOUNTAIN ADVISORY, LLC

        /s/ *John Curtis*
        John Curtis
        Dan L. Johnson
        *Accountants for the Trustee*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2022, a true and correct copy of the foregoing Eleventh Interim Monthly Fee Request of Rocky Mountain Advisory, LLC., Accountants For The Trustee (September 1, 2022 through September 30, 2022) was electronically filed and therefore served via ECF on the following:

- B. Scott Allen    coley@mvmlegal.com
- Rod N. Andreason    randreason@kmclaw.com, mkowalczyk@kmclaw.com
- Steven R. Bailey tr    karen@baileylaw.org, UT06@ecfcbis.com
- Megan K Baker    baker.megan@dorsey.com
- Matthew M. Boley    mboley@ck.law, klopez@ck.law
- Daniel K. Brough    dbrough@btjd.com, hollyv@btjd.com;docketing@btjd.com
- Ryan C. Cadwallader    rcadwallader@kmclaw.com, twhite@kmclaw.com
- Deborah Rae Chandler    dchandler@aklawfirm.com
- P. Matthew Cox    mw@scmlaw.com, ec@scmlaw.com
- Douglas Farr    dfarr@buchalter.com, docket@buchalter.com
- Bryan T. Glover    bryan.glover@stoel.com, lisa.petras@stoel.com
- Michael F. Holbein    mholbein@sgrlaw.com
- Armand J. Howell    armand@hwmlawfirm.com, armand@ecf.courtdrive.com;meghan@ecf.courtdrive.com
- Chad Johnson    chad@idahojobjustice.com, dunja@idahojobjustice.com;robyn@idahojobjustice.com;kati@utahjobjustice.com
- Michael R. Johnson    mjohnson@rqn.com, docket@rqn.com;ASanchez@rqn.com
- David H. Leigh    dleigh@rqn.com, ASanchez@rqn.com;docket@rqn.com
- Christopher J Martinez    martinez.chris@dorsey.com
- Jason A. McNeill    mcneill@mvmlegal.com, coley@mvmlegal.com
- Blake D. Miller    bmiller@aklawfirm.com, millermobile@gmail.com;miller.blaked@gmail.com
- Stuart J. Miller    sjm@lankmill.com
- Gregory S. Moesinger    gmoesinger@kmclaw.com, tsanders@kmclaw.com
- Austin Nate    anate@rqn.com, ajohnson@rqn.com
- Darren B. Neilson    dneilson@parsonsbehle.com
- Mary E. Olsen    molsen@thegardnerfirm.com
- Ellen E. Ostrow    eostrow@foley.com, docketclerk@stoel.com;michelle.smock@stoel.com
- Mark C. Rose    mrose@mbt-law.com, markcroselegal@gmail.com
- Brian M. Rothschild    brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- Jeffrey Weston Shields    jshields@rqn.com, 5962725420@filings.docketbird.com;docket@rqn.com,tzimmerman@rqn.com
- Jeremy C. Sink    jsink@kmclaw.com, mcarlson@kmclaw.com
- Mark S. Swan    mswan@strongandhanni.com, mark@swanlaw.net

- Richard C. Terry  richard@tjblawyers.com, cbcecf@yahoo.com
- Jeffrey L. Trousdale  jtrousdale@cohnekinghorn.com, mparks@ck.law
- United States Trustee  USTPRegion19.SK.ECF@usdoj.gov
- Aaron M. Waite  aaronmwaite@agutah.gov

I further certify that on the 26th day of October, 2022, a true and correct copy of the foregoing was served via email as follows:

USTPRegion19.SK.ECF@usdoj.gov

/s/   *Carrie Hurst*

1619268

# EXHIBIT A

**Rocky Mountain Advisory LLC**
15 West South Temple, Suite 500
Salt Lake City, UT 84101
(801) 428-1600

October 07, 2022

**Steven Bailey, Trustee**
Bailey Law
PO Box 1828
Layton, UT 84041

**Invoice Number: 16047**
Invoice Period: 09-01-2022 - 09-30-2022

Payment Terms: Net 15

**RE: Empire Solar Group Bankruptcy**

Bankruptcy Estate of Empire Solar Group, LLC

## Time Details

| Date | Staff Member | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Case Administration | | | | | |
| 09-01-2022 | DLJ | Continue search for requested data for 401k audit. | 0.70 | 270.00 | 189.00 |
| 09-01-2022 | DLJ | Communications regarding insurance issues and potential claim. | 0.20 | 270.00 | 54.00 |
| 09-02-2022 | DLJ | Communications regarding 401k audit and issues. | 0.20 | 270.00 | 54.00 |
| 09-06-2022 | DLJ | Review and discuss summons and document request and review documents provided to date (.6). Begin search for documents and information (.7). | 1.30 | 270.00 | 351.00 |
| 09-07-2022 | DLJ | Work on document and information search for subpeona. | 1.70 | 270.00 | 459.00 |
| 09-08-2022 | DLJ | Email and phone call with Click Solar regarding release of plans from Fort Collins to complete subcontracted project for Empire. | 0.30 | 270.00 | 81.00 |
| 09-09-2022 | DLJ | Reconnect server to gain access to data for 401k audit (1.1). Communications with G. Reynolds regarding the same (.2). | 1.30 | 270.00 | 351.00 |
| 09-12-2022 | DLJ | Work on access to server and data for 401k audit (.6). Search for data related to the same (.5) | 1.10 | 270.00 | 297.00 |
| 09-13-2022 | DLJ | Continue search for data on server for 401k audit. | 0.60 | 270.00 | 162.00 |
| 09-14-2022 | DLJ | Copy QuickBooks file from server and search files to determine if it contains needed W-2's and paystubs (.8). Communications with S. Bailey regarding 401k audit and issues (.2). Search email files for W-2's and paystubs (.4). Communications with staff regarding the same (.4). | 1.80 | 270.00 | 486.00 |
| 09-22-2022 | DLJ | Search server for requested 401k audit (.5). Call with QuickBooks regarding W-2's (.5). Download backup of QuickBooks and open it in older | 3.80 | 270.00 | 1,026.00 |

Page 1 of 5

| Date | Staff Member | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Case Administration | | | | | |
| | | version of QuickBooks to see if W-2's or paystub data available (.6). Identify and pull various reports and paystubs (1.1). Draft email regarding the same (.3). Compile requested documents and information for 401k audit (.8) | | | |
| 09-23-2022 | DLJ | Continue to pull payroll reports and paycheck details for certain individuals and provide for 401k audit. | 1.20 | 270.00 | 324.00 |
| 09-26-2022 | DLJ | Multiple communications with A. Roseburg regarding W-2's (.3). Search in emails based on communications from A. Roseburg in search of W-2's (1.5). Communications with D. Nesbit regarding requested data for 401k audit (.3). Create and upload requested reports (.8). | 2.90 | 270.00 | 783.00 |
| 09-27-2022 | DLJ | Communications with A. Roseburg regarding W-2 recreation and set up meeting time. | 0.40 | 270.00 | 108.00 |
| 09-28-2022 | DLJ | Call with QuickBooks regarding W-2 reporting and issues and updates to QuickBooks related to the same (1.7). Create various reports related to 401k audit (.5). Communications with D. Nesbrt regarding 401k audit and issues (.2) | 2.40 | 270.00 | 648.00 |
| 09-29-2022 | DLJ | Work on creation of W-2 reports for 401k audit. | 0.50 | 270.00 | 135.00 |
| 09-30-2022 | DLJ | Run QuickBooks W-2 report after QuickBooks error caused initial report to not be completed. | 0.30 | 270.00 | 81.00 |
| | | | 20.70 | | 5,589.00 |
| Fee Applications | | | | | |
| 09-19-2022 | DLJ | Review and make updates to invoices for fee application. | 0.40 | 270.00 | 108.00 |
| 09-27-2022 | RE | Preparation of third interim fee application. | 2.80 | 90.00 | 252.00 |
| 09-28-2022 | RE | After review, make corrections and send to counsel for filing. | 0.50 | 90.00 | 45.00 |
| 09-28-2022 | DLJ | Review and discuss fee application. | 0.20 | 270.00 | 54.00 |
| 09-28-2022 | JHC | Reviewed third interim fee application and provided comments and changes to R. Erekson. | 0.30 | 315.00 | 94.50 |
| | | | 4.20 | | 553.50 |
| Litigation Consulting | | | | | |
| 09-09-2022 | DLJ | Search and review emails and attachments for requested data from subpoena (.7). Review relevant documents and files related to the same (.4). Review emails and communications regarding previously provided data and draft email to counsel regarding the same (.4). | 1.50 | 270.00 | 405.00 |
| 09-14-2022 | DLJ | Compile and review documents related to Silfab subpeona (.4). Review and compare transaction listings related to the same to RMA preference analysis (.6). Identify and discuss issues related to the same (.3). | 1.30 | 270.00 | 351.00 |
| 09-15-2022 | DLJ | Review and discuss summons (.2). Review additional documents related to Silfab analysis (.4). | 0.60 | 270.00 | 162.00 |
| 09-16-2022 | DLJ | Work on Silfab preference action. | 1.10 | 270.00 | 297.00 |
| 09-20-2022 | DLJ | Work on AMEX analysis and issues. | 1.40 | 270.00 | 378.00 |
| 09-21-2022 | DLJ | Work on updates to AMEX analysis. | 0.50 | 270.00 | 135.00 |

| Date | Staff Member | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| <u>Litigation Consulting</u> | | | | | |
| 09-22-2022 | DLJ | Follow-up on subpoena issues. | 0.20 | 270.00 | 54.00 |
| 09-26-2022 | DLJ | Review and discuss Krannich subpoena and response (.9). Search hard copy files related to the same (.5). | 1.40 | 270.00 | 378.00 |
| 09-27-2022 | DLJ | Review and discuss subpeona and related issues. | 0.40 | 270.00 | 108.00 |
| 09-30-2022 | DLJ | Review document request from Krannich and email from counsel regarding the same (.2). Draft response email including documents provided to date (.2). Compile emails and files for delivery related to the same (.5). Perform additional searches and upload documents for delivery (.7) | 1.60 | 270.00 | 432.00 |
| | | | 10.00 | | 2,700.00 |
| <u>Tax Work</u> | | | | | |
| 09-01-2022 | JG | Review and reconcile retained earnings and Form 2 adjustments to the profit and loss statement. | 2.60 | 255.00 | 663.00 |
| 09-02-2022 | JG | Review and update accounting and journal entries to combine trustee activity with pre-petition operations. | 7.50 | 255.00 | 1,912.50 |
| 09-05-2022 | JG | Review and update tax disclosures, Form 3115, depreciation, and prepare form 8594. | 6.30 | 255.00 | 1,606.50 |
| 09-06-2022 | JG | Review and update asset sale reporting and prepare state specific disclosures. | 4.10 | 255.00 | 1,045.50 |
| 09-06-2022 | DLJ | Meetings with staff regarding tax issues (.2). Research issues related to the same (.5). Communications with G. Miller regarding the same (.1). | 0.80 | 270.00 | 216.00 |
| 09-07-2022 | JG | Calculate accrual to cash adjustment and remove 481(a) adjustment and update federal return. | 6.10 | 255.00 | 1,555.50 |
| 09-08-2022 | JG | Review remaining state returns. | 1.30 | 255.00 | 331.50 |
| 09-08-2022 | DLJ | Meetings with staff to discuss tax issues (.2). Research issues related to the same (.3). | 0.50 | 270.00 | 135.00 |
| 09-09-2022 | MHC | Discuss various issues related to the 2021 tax return with J. Gifford. | 0.70 | 315.00 | 220.50 |
| 09-09-2022 | JG | Final review 2021 tax returns (1.6). Discuss with M. Connors (.7). | 2.30 | 255.00 | 586.50 |
| 09-14-2022 | JG | E-file federal and state returns and prepare state bankruptcy copies for mailing. | 2.70 | 255.00 | 688.50 |
| 09-14-2022 | HD | Called Utah Tax Technical unit to discuss steps needed to file necessary returns (.6). Compile information needed to file Utah State Withholdings (.6). | 1.20 | 230.00 | 276.00 |
| 09-14-2022 | KH | Prepared and mailed bankruptcy forms and tax returns to bankruptcy departments in multiple states. | 1.80 | 90.00 | 162.00 |
| | | | 37.90 | | 9,399.00 |
| | | **Total** | | | 18,241.50 |

**Time Summary**

| Staff Member | Hours | Rate | Amount |
|---|---|---|---|
| Dan L. Johnson | 32.60 | 270.00 | 8,802.00 |
| Heather Denison | 1.20 | 230.00 | 276.00 |
| John H. Curtis | 0.30 | 315.00 | 94.50 |
| Josh Gifford | 32.90 | 255.00 | 8,389.50 |
| Kaytee Howell | 1.80 | 90.00 | 162.00 |
| Matt H. Connors | 0.70 | 315.00 | 220.50 |
| Raani Erekson | 3.30 | 90.00 | 297.00 |
| **Total** | **72.80** | | **18,241.50** |

## Expense Summary

| Expense | Amount |
|---|---|
| Case Specific Software | 13.22 |
| **Total Expenses** | **13.22** |

| | |
|---|---|
| **Total for this Invoice** | 18,254.72 |
| **Previous Invoice Balance** | 18,875.22 |
| **Total Amount to Pay as of 10-25-2022** | **37,129.94** |

**Steven Bailey, Trustee**
Bailey Law
PO Box 1828
Layton, UT 84041

October 07, 2022

**Rocky Mountain Advisory LLC**
15 West South Temple, Suite 500
Salt Lake City, UT 84101

**Invoice Number: 16047**
Invoice Period: 09-01-2022 - 09-30-2022

## REMITTANCE COPY

**RE: Empire Solar Group Bankruptcy**

|  |  |
|---|---:|
| **Fees** | 18,241.50 |
| **Expenses** | 13.22 |
| **Total for this Invoice** | 18,254.72 |
| **Previous Invoice Balance** | 18,875.22 |
| **Total Amount to Pay as of 10-25-2022** | 37,129.94 |

| Project | Balance Due |
|---|---:|
| Empire Solar Group Bankruptcy | 37,129.94 |
| **Total Amount to Pay** | **37,129.94** |

**Open Invoices and Credits**

| Date | Transaction | Project | Amount | Applied | Balance |
|---|---|---|---:|---:|---:|
| 06-02-2022 | Invoice 15779 | Empire Solar Group Bankruptcy | 13,840.65 | (11,153.65) | 2,687.00 |
| 07-11-2022 | Invoice 15806 | Empire Solar Group Bankruptcy | 3,578.00 | (2,862.40) | 715.60 |
| 08-16-2022 | Invoice 15902 | Empire Solar Group Bankruptcy | 4,077.00 |  | 4,077.00 |
| 09-06-2022 | Invoice 15989 | Empire Solar Group Bankruptcy | 11,395.62 |  | 11,395.62 |
| 10-07-2022 | Invoice 16047 | Empire Solar Group Bankruptcy | 18,254.72 |  | 18,254.72 |
|  |  |  |  | **Balance** | **37,129.94** |