PDF FILE WITH AUDIO FILE ATTACHMENT

Case Type: bk
Case Number(s): 21-23636
Case Title: Empire Solar Group, LLC
Case Matter(s):
Trustees Amended Document (related document(s):920 Trustee's Final Report (TFR)) Trustees Amended TFR. (Bailey tr, Steven)

---------------------------------------------
Audio Date/Time :2026-09-16T18:33:47.4970496Z
Audio File Name :21-23636_906136_20260916112824.mp3
Audio File Size :4654.79 kb
Audio Run Time :00:06:52
---------------------------------------------

Help using this file:

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."